SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,

            Plaintiff,

      vs.

DORMITORY AUTHORITY - STATE OF NEW
YORK, TDX CONSTRUCTION CORP.,
and KOHN PEDERSEN FOX ASSOCIATES, P.C.,

            Defendants.

Civil Action No.: 07-CV-6915

DLC

(UA)(XB)

Granted.

_James, 8/24/07_

**NOTICE OF MOTION**
**FOR PRO HAC VICE ADMISSION OF**
**JOANNE M. BONACCI, ESQ.**

**MEMO ENDORSED**

      **PLEASE TAKE NOTICE** that upon the annexed Affidavit of JoAnne M. Bonacci, Esq.,

the exhibits attached thereto, the Affirmation of Sponsoring Counsel in support thereof, and upon

all of the papers, pleadings, and proceedings hereto for had herein, the undersigned counsel for

Plaintiff, Travelers Casualty and Surety Company as Administrator for Reliance Insurance

Company (hereinafter "Travelers") shall move the United States District Court, Southern District

of New York located at Foley Square, 500 Pearl Street, New York, New York on August 29,

2007, at 9:00 a.m. or as soon thereafter as counsel can be heard, for an Order granting admission

pro hac vice to JoAnne M. Bonacci, Esq., pursuant to Local Civil Rule 1.3(b) for purposes of

representing Travelers in connection with the above-captioned matter.

      Movant Travelers respectfully requests that this motion be decided on the papers.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/20/07_