UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07 Civ. 6915 (DLC)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF TDX CONSTRUCTION CORP.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant TDX Construction Corp. ("TDX") certifies that TDX has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       September 28, 2007

HOLLAND & KNIGHT LLP
*Attorneys for Third-Party Plaintiffs*
*Dormitory Authority of the State of New*
*York and TDX Construction Corp.*

By: _____
    Stephen B. Shapiro
    Timothy B. Froessel
195 Broadway
New York, New York 10007
(212) 513-3200

#4822480_v1

## CERTIFICATE OF SERVICE

TIMOTHY B. FROESSEL hereby declares the following to be true under penalty of perjury:

On September 28, 2007, I caused the foregoing Rule 7.1 Disclosure Statement of TDX Construction Corp. to be served upon all parties listed in the attached Service List, at the addresses designated for service, by depositing same, enclosed in a properly addressed wrapper, first-class postage pre-paid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
   September 28, 2007

                     _____
                      TIMOTHY B. FROESSEL

## SERVICE LIST

Eli J. Rogers, Esq.
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, NJ  07932

*Attorneys for Plaintiff*

Michael K. DeChiara, Esq.
Zetlin & DeChiara LLP
801 Second Avenue
New York, NY  10017

*Attorneys for Defendant
Kohn Pedersen Fox Associates, P.C.*

#2153451_v1