UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE : 07 Civ. 6915 (DLC)
COMPANY,
 :
                Plaintiff,
 : **NOTICE OF MOTION TO**
        -against- **DISMISS PURSUANT TO**
 : **FRCP RULE 12(b)(6)**
DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN :
FOX ASSOCIATES, P.C.,
 :
                Defendants.
------------------------------------------------------------------ X

      PLEASE TAKE NOTICE, that upon the accompanying Declaration of Peter Catalano, dated September 27, 2007, and the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings, papers and proceedings heretofore had herein, defendant Kohn Pedersen Fox Associates, P.C. ("KPF") will move this Court, Hon. Denise L. Cote, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on the date and time to be determined by the Court, for an Order (i) dismissing the Complaint of the above-named plaintiff as against KPF pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (ii) awarding costs and such other and further relief as to this Court shall seem just and proper.

Dated: New York, New York
       October 1, 2007

                                     **ZETLIN & DE CHIARA LLP**
                                     *Attorneys for Defendant*
                                        *Kohn Pedersen Fox Associates, P.C.*
                                   /s/ David Abramovitz, Esq.
                                   David Abramovitz (DA-8214)
                                   801 Second Avenue
                                   New York, New York 10017
                                   (212) 682-6800

To:    Dreifuss Bonacci & Parker, LLP
*Attorneys for Plaintiff*
26 Columbia Turnpike North
Florham Park, New Jersey 07932
Attn.: Joanne M. Bonacci, Esq.

Holland & Knight, LLP
*Attorneys for Defendant*
    Dormitory Authority – State of New York
195 Broadway
New York, New York 10007
Attn.: Stephen B. Shapiro, Esq.

Mazur Carp & Rubin, P.C.
*Attorneys for Defendant*
    TDX Construction Corp.
1250 Broadway
New York, New York 10001
Attn.: Gary L. Rubin, Esq.