# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07
```

Timothy B. Froessel
212 513 3484
tim.froessel@hklaw.com



RECEIVED
OCT -5 2007
CHAMBERS OF
DENISE COTE

October 4, 2007

VIA HAND DELIVERY

Hon. Denise L. Cote, U.S.D.J.
United States District Court
500 Pearl Street, Room 1040
New York, New York 10007

Re: *Travelers Casualty and Surety Co. v. Dormitory Authority of the State of New York*
Civil Action No. 07 Civ. 6915 (DLC)

Dear Judge Cote:

We represent defendants Dormitory Authority of the State of New York ("DASNY") and TDX Construction Corporation ("TDX") in the above-referenced action. We write to request an adjournment of the initial pre-trial conference presently scheduled for October 12, 2007 at 11:30 a.m. We are requesting the conference be adjourned to November 9, 2007. There have been no prior requests for an adjournment in this case.

The reason for the request is that the principal trial counsel for DASNY and TDX, Stephen B. Shapiro, has a previously scheduled deposition of an adverse party's expert witness on October 12. We have conferred with all counsel regarding our request for an adjournment and their availability for an adjourned conference, and all counsel have consented to an adjournment to November 9, 2007.

We thank the Court for its consideration of this request.

Respectfully submitted,

*The conference is adjourned to November 30 at 11:00 am.*
*Denise Cote*
*October 5, 2007*

Timothy B. Froessel

cc: JoAnne Bonacci, Esq. (via fax)
David Abramovitz, Esq. (via fax)

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • San Francisco
Tallahassee • Tampa • Washington, D.C. • West Palm Beach
Beijing • Caracas* • Helsinki* • Mexico City • Tel Aviv* • Tokyo  *Representative Office