# EXHIBIT 1

# CONTRACT



**DORMITORY AUTHORITY -- STATE OF NEW YORK**

Main Office
161 Delaware Avenue
Delmar, New York 12054
(518) 475-3000

New York City Office
One Penn Plaza, 52nd Floor
New York, New York 10119-0098
(212) 273-5000

(5/96)

# CONTRACT

This Agreement made as of the 22nd day of April, 1998, by and between the DORMITORY AUTHORITY -- State of New York, hereinafter referred to as

the "OWNER" and TRATAROS CONSTRUCTION, INC.

664 64th Street, Brooklyn, New York 11220

hereinafter referred to as the General Construction

CONTRACTOR, for Work at Baruch College, Site B

WITNESSETH: That the OWNER and the CONTRACTOR for the consideration named agree as follows:

1. The CONTRACTOR shall provide and shall perform all Work of every kind or nature whatsoever required and all other things necessary to complete in a proper and workmanlike manner the Package No. 1 - General Construction Work, Contract No 15 at Baruch College, Site B, DA# 6500 1802 2176 in strict accordance with the Contract Documents as defined in the General Conditions (and of which a listing of specifications and drawings are attached hereto) and in strict accordance with such changes as are ordered and approved pursuant to the Contract, and shall perform all other obligations imposed on such CONTRACTOR by the Contract.

2a. The CONTRACTOR agrees to perform all Work and labor required, necessary, proper for, or incidental to the Work, and to Furnish all supplies and materials required, necessary, proper for, or incidental to the Work for the total sum of Fifty Million, Two Hundred Twenty-two Thousand and 00/100 Dollars ($50,222,000.00), which sum shall be deemed to be in full consideration for the performance by the CONTRACTOR of all the duties and obligations of such CONTRACTOR under the Contract.

2b. In the event the Form of Bid includes Alternates for an extended warranty service maintenance agreement, and the OWNER'S letter of intent accepts those alternates, funds for said Alternates shall be encumbered upon the final execution of said agreement. However, if the extended warranty service maintenance agreement is not signed concurrent with this contract, the warranty service provider's authorized representative acknowledges by signature hereto that the warranty service provider will execute the extended warranty service agreement which is included with the contract documents.

3. The CONTRACTOR shall commence Work on the Contract at a time to be specified in a written notice to proceed issued by the OWNER and complete the project no later than September 1, 2000

The CONTRACTOR shall pay to the OWNER, as liquidated damages, the sum of <u>Five Hundred and 00/100</u> Dollars (<u>$500.00</u>) for each and every day that the CONTRACTOR shall be in default after the above time of completion.

4. The full name and address of the OWNER (s):

   (a.) of the land is: <u>DORMITORY AUTHORITY-STATE OF NEW YORK, 515 Broadway, Albany, New York 12207.</u>

   (b.) of the building is: <u>DORMITORY AUTHORITY - STATE OF NEW YORK, 515 Broadway, Albany, New York 12207.</u>

The street address, or section, block and lot numbers, or deed book and page number of the property which is the subject of the Contract is as follows:

<u>55 Lexington Avenue, New York, New York 10010</u>

IN WITNESS WHEREOF, the parties hereto have executed this Contract the day and year first above written.

DORMITORY AUTHORITY

*Douglas Van Vleck*
(Signature)

_____
(Title)

TRATAROS CONSTRUCTION, INC.
**(Contractor - Legal Name)**

By _[signature]_____
(Signature)

*Cosmas N. Trataros, President*
(Title)

TRATAROS CONSTRUCTION, INC.
**(Warranty Service Provider - Legal Name)**

By _[signature]_____
(Signature)

*Cosmas N. Trataros, President*
(Title)

CERTIFICATION OF NON-SEGREGATED FACILITIES;
NON-DISCRIMINATION IN EMPLOYMENT IN NORTHERN IRELAND
COMPLIANCE WITH FEDERAL EQUAL EMPLOYMENT OPPORTUNITY ACT;
COMMITMENT TO NEW YORK STATE BUSINESS ENTERPRISE;
AND NON-COLLUSIVE BIDDING REQUIREMENT

1. The CONSULTANT certifies that the CONSULTANT or its SubCONSULTANT does not, nor shall not, maintain or provide for the employees of such CONSULTANT or SubCONSULTANT any segregated facilities at any establishments, of such CONSULTANT or SubCONSULTANT, and that the CONSULTANT or SubCONSULTANT shall not permit any employees, of such CONSULTANT or SubCONSULTANT, to perform services at any location, under the control of such CONSULTANT or SubCONSULTANT, where segregated facilities are maintained. The CONSULTANT or SubCONSULTANT agrees that a breach of this certification is a violation of the equal opportunity clauses of the Agreement. The CONSULTANT or SubCONSULTANT further agrees that, except in any instance in which the CONSULTANT or SubCONSULTANT has obtained identical certifications from proposed SubCONSULTANTs for specific time periods, such CONSULTANTs or SubCONSULTANT shall obtain identical certifications from proposed SubCONSULTANTs prior to the award of subcontracts exceeding Ten Thousand Dollars ($10,000.00); that such CONSULTANT or SubCONSULTANT shall retain such certifications in the files of such CONSULTANT or SubCONSULTANT.

2. The CONSULTANT or SubCONSULTANT further stipulates that it, and any individual or legal entity in which the CONSULTANT or SubCONSULTANT holds a ten percent (10%) or greater ownership interest and any such entity that holds such an interest in the CONSULTANT or the SubCONSULTANT, either:

    (i) has no business operations in Northern Ireland; or

    (ii) shall take all lawful steps in good faith to conduct any business operations it has or in which it has such an interest in Northern Ireland in accordance with the MacBride Fair Employment Principles as set forth in Chapter 807 of the Laws of 1992 and shall permit any independent monitoring of its compliance with said Principles.

3. The CONSULTANT attests to its compliance with the Federal Equal Employment Opportunity Act of 1972 (P.L. 92-261), as amended.

4. It is the policy of New York State to maximize opportunities for the participation of New York State business enterprises, including minority and women-owned business enterprises as bidders, subCONSULTANTs, and suppliers on its procurement contracts. Information on the availability of New York State subCONSULTANTs and suppliers, including the Directory of Certified Minority and Women-Owned Business Enterprises, is available from the New York State Department of Economic Development.

5. The Omnibus Procurement Act of 1992 (as amended) requires that by signing this bid/proposal, the CONSULTANT certifies that whenever the total bid amount is greater than $1 million:

    (i) The CONSULTANT has made reasonable efforts to encourage the participation of New York State Business Enterprises as suppliers and subCONSULTANTs on this project, and has retained the documentation of these efforts to be provided upon request to the Owner.

    (ii) The CONSULTANT agrees to make reasonable efforts to provide notification to New York State residents of employment opportunities on this project through listing any such positions with the Job Service Division of the New York State Department of Labor, or providing such notification in such manner as is consistent with existing collective bargaining contracts or agreements. The CONSULTANT agrees to document these efforts and to provide said documentation to the Owner upon request.

    On contracts of One Million Dollars or more, the CONSULTANT acknowledges notice of the requirement to cooperate with New York State in efforts to obtain offset credits from foreign countries as a condition of contract award.

6. In accordance with Section 139-d of the State Finance Law, if this contract was awarded based upon the submission of bids, the CONSULTANT warrants, under penalty of perjury, that its bid was arrived at independently and without collusion aimed at restricting competition. The CONSULTANT further warrants that, at the time the CONSULTANT submitted its bid, an authorized and responsible person executed and delivered to the Owner a non-collusive bidding certification on the CONSULTANT behalf.

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

COSTAS N. TZATZAROS
(Name and Title of Certifier-Please Type)
PRESIDENT

(Signature)

4/27/98
(Date)

-1-

ACKNOWLEDGMENT OF OFFICER OF OWNER EXECUTING CONTRACT

STATE OF NEW YORK)
COUNTY OF ALBANY)ss:

On the _____ day of _____ in the year 19__, before me personally came SAM R. DAVIDSON, to me known, who, being by me duly sworn, did depose and say that he resides at 35 Kennedy Drive, Colonie, New York 12205; that he is the Managing Director, Construction of Dormitory Authority, the corporation described in and which executed the above instrument; and that he signed his name thereto by order of the Board of Directors of said corporation.

_____
Notary Public

ACKNOWLEDGMENT OF CONTRACTOR, IF A CORPORATION

STATE OF __New York__)
COUNTY OF __Queens__)ss:

On the __27__ day of __April__ in the year 199_8_, before me personally came __Acmas N. Trataros__ to me known, who, being by me duly sworn, did depose and say that (s)he resides at _____ NJ _____ that (s)he is the __President__ of TRATAROS CONSTRUCTION, INC. the corporation described in and which executed the above instrument; and that (s)he signed her/his name thereto by order of the Board of Directors of said corporation.

_____
Notary Public

DIMITRA ANDREOU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AN6003638
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES MARCH 9, 20__

ACKNOWLEDGMENT OF CONTRACTOR, IF A PARTNERSHIP

STATE OF _____)
COUNTY OF _____)ss:.

On the _____ day of _____ in the year 19__, before me personally came _____ to me known and known to me to be a member of the firm _____, described in and who executed the foregoing instrument, and (s)he duly acknowledged to me that (s)he executed the same for and in behalf of said firm for the uses and purpose mentioned therein.

_____
Notary Public

ACKNOWLEDGMENT OF CONTRACTOR, IF AN INDIVIDUAL

STATE OF _____)
COUNTY OF _____)ss:

On the _____ day of _____ in the year 19__, before me personally came _____, to me known and known to me to be the person described in and who executed the foregoing instrument and (s)he duly acknowledged that (s)he executed the same.

_____
Notary Public

-1-

## ACKNOWLEDGMENT OF OFFICER OF OWNER EXECUTING CONTRACT

STATE OF NEW YORK   )
COUNTY OF ALBANY    ) ss:

On the __18th__ day of __May__ in the year 1998, before me personally came __Douglas M. Van Vleck__ to me known, who, being by me duly sworn, did depose and say that he resides at __28 Furry Road, Wynantskill, New York  12198__; that he is the acting __Managing Director of Construction__ of Dormitory Authority, the corporation described in and which executed the above instrument; and that he signed his name thereto by order of the Board of Directors of said corporation.

PEARL ELLEN ROCK
Notary Public, State of New York
No. 01RO5022790
Qualified in Albany County
Commission Expires Jan. 18, 20 _00_

_____
Notary Public

## ACKNOWLEDGMENT OF INDIVIDUAL, IF A CORPORATION

STATE OF NEW YORK   )
COUNTY OF _____ ) ss:

On this _____ day of _____ in the year 19 ____, before me personally came _____ to me known, who, being by me duly sworn, did depose and say that (s)he resides at _____, that (s)he is the _____ of _____, the corporation described in and which executed the above instrument; and that (s)he signed her/his name thereto by order of the Board of Directors of said corporation.

_____
Notary Public

## ACKNOWLEDGMENT OF INDIVIDUAL, IF A PARTNERSHIP

STATE OF _____ )
COUNTY OF _____ ) ss:.

On the _____ day of _____ in the year 19____, before me personally came _____ to me known and known to me to be a member of the firm _____, described in and who executed the foregoing instrument, and (s)he duly acknowledged to me that (s)he executed the same for and in behalf of said firm for the uses and purpose mentioned therein.

_____
Notary Public

## ACKNOWLEDGMENT OF INDIVIDUAL, IF AN INDIVIDUAL

STATE OF _____ )
COUNTY OF _____ )ss:

On the _____ day of _____ in the year 19 ____, before me personally came _____, to me known and known to me to be the person described in and who executed the foregoing instrument and (s)he duly acknowledged that (s)he executed the same.

_____
Notary Public

ACKNOWLEDGMENT OF WARRANTY SERVICE PROVIDER, IF A CORPORATION

STATE OF __Queens__ )
COUNTY OF __NY__ )ss:

On the __27__ day of __April__ in the year 19__98__ before me personally came __Costas N. Trataros__ to me known, who, being by me duly sworn, did depose and say that (s)he resides at __New York__ that (s)he is the __President__ of TRATAROS CONSTRUCTION, INC. the corporation described in and which executed the above instrument; and that (s)he signed her/his name thereto by order of the Board of Directors of said corporation.

DIMITRA ANDREOU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AN6003638
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES MARCH 30, 20__

_Dimitra Andreou_
Notary Public

ACKNOWLEDGMENT OF WARRANTY SERVICE PROVIDER, IF A PARTNERSHIP

STATE OF _____ )
COUNTY OF _____ )ss:.

On the _____ day of _____ in the year 19__, before me personally came _____ to me known and known to me to be a member of the firm _____ described in and who executed the foregoing instrument, and (s)he duly acknowledged to me that (s)he executed the same for and in behalf of said firm for the uses and purpose mentioned therein.

_____
Notary Public

ACKNOWLEDGMENT OF WARRANTY SERVICE PROVIDER, IF AN INDIVIDUAL

STATE OF _____ )
COUNTY OF _____ )ss:

On the _____ day of _____ in the year 19__, before me personally came _____ to me known and known to me to be the person described in and who executed the foregoing instrument and (s)he duly acknowledged that (s)he executed the same.

_____
Notary Public

-2-

## SPECIFICATIONS AND DRAWINGS LISTING

The following is a list of contract specifications and drawings placed for bid; changes, additions, and deletions made by addenda may not be listed, but remain a part of the Contract as referenced in the Form of Bid.

### SPECIFICATIONS

TECHNICAL SPECIFICATIONS
07216: SPRAYED ACOUSTICAL INSULATION
07251: SPRAY-ON FIREPROOFING
07410: FIELD ASSEMBLED WALL PANELS
07627: EXTERIOR THRU-WALL STAINLESS FLASHING
07900: JOINT SEALERS
07901: INTERIOR JOINT SEALERS
08100: FLUSH METAL DOORS AND FRAMES
08200: FLUSH WOOD DOORS
08310: ACCESS DOORS (GYPSUM BOARD)
08425: STAINLESS STEEL ENTRANCE DOORS
08500: ALUMINUM WINDOWS
08700: FINISH HARDWARE
08920: ALUMINUM WINDOWS
08925: OFF-SITE PERFORMANCE MOCK-UP
09100: NON-BEARING STEEL STUD FRAMING
09212: SPRAY APPLIED ACOUSTICAL PLASTER
09215: VENEER PLASTER
09250: GYPSUM DRYWALL
09511: ACOUSTICAL PANEL CEILINGS
09513: SUSPENDED WOOD PANEL CEILINGS
09515: METAL CEILINGS
10200: ALUMINUM LOUVERS

THE BARUCH ACADEMIC COMPLEX
DASNY PROJECT NO. 6500 1802 2176

## LIST OF DRAWINGS

| DWG. | TITLE |
|---|---|
| --- | COVER SHEET |
| 001 | GENERAL CONSTRUCTION #1 DRAWING LIST |
| A-002 | MATERIAL LEGEND, KEY, GRAPHIC SYMBOLS & ABBREVIATIONS |
| P-2 | SITE SURVEY |
| A-101 | 2ND SUBCELLAR / B3 FLOOR PLAN |
| A-102 | SUBCELLAR / B2 FLOOR PLAN |
| A-103 | CELLAR / B1 FLOOR PLAN |
| A-104 | GROUND FLOOR PLAN |
| A-105 | 2ND FLOOR PLAN |
| A-106 | MEZZANINE FLOOR PLAN |
| A-107 | 3RD FLOOR PLAN |
| A-108 | 4TH FLOOR PLAN |
| A-109 | 5TH FLOOR PLAN |
| A-110 | 6TH FLOOR PLAN |
| A-111 | 7TH FLOOR PLAN |
| A-112 | 8TH FLOOR PLAN |
| A-113 | 9TH FLOOR PLAN |
| A-114 | 10TH FLOOR PLAN |
| A-115 | 11TH FLOOR PLAN |
| A-116 | 12TH FLOOR PLAN |
| A-117 | 13TH FLOOR PLAN |
| A-118 | 14TH FLOOR PLAN |
| A-119 | MECHANICAL PENTHOUSE PLAN |
| A-120 | ROOF PLAN |
| A-121 | 2ND SUBCELLAR/B3 FLOOR RCP |
| A-122 | SUBCELLAR/B2 FLOOR RCP |
| A-123 | CELLAR/B1 FLOOR RCP |
| A-124 | GROUND FLOOR RCP |
| A-125 | 2ND FLOOR RCP |
| A-126 | 3RD FLOOR RCP |
| A-127 | 4TH FLOOR RCP |
| A-128 | 5TH FLOOR RCP |
| A-129 | 6TH FLOOR RCP |
| A-130 | 7TH FLOOR RCP |
| A-131 | 8TH FLOOR RCP |
| A-132 | 9TH FLOOR RCP |
| A-133 | 10TH FLOOR RCP |
| A-134 | 11TH FLOOR RCP |
| A-135 | 12TH FLOOR RCP |
| A-136 | 13TH FLOOR RCP |
| A-137 | 14TH FLOOR RCP |
| A-201 | NORTH AND WEST ELEVATIONS |
| A-202 | SOUTH AND EAST ELEVATIONS |

TABLE OF CONTENTS

TOC

)MPLEX
02 2176

THE BARUCH ACADEMIC COMPLEX
DASNY PROJECT NO. 6500 1802 2176

| | |
|---|---|
| A-203 | BUILDING SECTIONS |
| A-204 | BUILDING SECTIONS |
| A-205 | PENTHOUSE SECTIONS |
| A-206 | PENTHOUSE SECTIONS |
| A-210 | EXTERIOR WALL GEOMETRY |
| A-211 | EXTERIOR WALL GEOMETRY |
| A-212 | EXTERIOR WALL GEOMETRY |
| A-213 | ELLIPSE GEOMETRY |
| A-220 | CONCRETE BLOCK CURB DIAGRAMS |
| A-221 | CONCRETE BLOCK CURB DIAGRAMS |
| | |
| A-301 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-302 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-303 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-304 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-305 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-306 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-307 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-308 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-309 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-310 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-311 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-312 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-313 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-314 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-315 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| | |
| A-320 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-321 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-322 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-323 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-324 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| | |
| A-330 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-331 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-332 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-333 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-334 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-335 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| | |
| A-340 | EXTERIOR WALL PARTIAL PLANS - NORTH AND WEST LOWRISE |
| A-341 | EXTERIOR WALL PARTIAL PLANS - SOUTHWEST LOWRISE |
| A-342 | EXTERIOR WALL PARTIAL REFL. CLG. PLAN - NORTH AND WEST LOWRISE |
| A-350 | EXTERIOR WALL DETAILS - BRICK SCHEDULE |
| A-351 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-351A | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-352 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-353 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-354 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-355 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-356 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-357 | EXTERIOR WALL PLAN DETAILS - LOWRISE |

| | |
|---|---|
| A-357A | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-358 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-358A | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-359 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-360 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-360A | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-361 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-362 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-363 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-364 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-365 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-365A | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-366 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-367 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-368 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369 | EXTERIOR WALL DETAILS - BASE |
| A-369A | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369B | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369C | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369D | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-370 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-371 | EXTERIOR WALL METAL COMPONENT PROFILES |
| A-372 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-373 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-374 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-375 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-376 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-377 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-378 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-380 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-381 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-382 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-383 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-384 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-385 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-386 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-387 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-388 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-389 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-390 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-391 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-392 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-393 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-394 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-395 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-396 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-397 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-401 | FIRE STAIR PLANS |

| | |
|---|---|
| A-403 | FIRE STAIR PLANS |
| A-404 | FIRE STAIR PLANS |
| A-405 | FIRE STAIR PLANS |
| A-406 | FIRE STAIR PLANS |
| A-410 | FIRE STAIR SECTIONS |
| A-411 | FIRE STAIR SECTIONS |
| A-412 | FIRE STAIR SECTIONS |
| A-413 | FIRE STAIR SECTIONS |
| A-415 | FIRE STAIR DETAILS |
| A-416 | FIRE STAIR DETAILS |
| A-420 | ELEVATOR HOISTWAY PLANS |
| A-421 | ELEVATOR HOISTWAY PLANS |
| A-422 | ELEVATOR HOISTWAY SECTIONS |
| A-423 | ELEVATOR HOISTWAY PLANS |
| A-440 | TOILET ROOM PLANS |
| A-441 | TOILET ROOM PLANS |
| A-442 | TOILET ROOM ELEVATIONS |
| A-443 | TOILET ROOM ELEVATIONS |
| A-444 | TOILET ROOM ELEVATIONS |
| A-445 | TOILET ROOM ELEVATIONS |
| A-446 | TOILET ROOM ELEVATIONS |
| A-501 | NORTH & EAST ELEVATIONS - THEATER ATRIUM |
| A-502 | SOUTH & WEST ELEVATIONS - THEATER ATRIUM |
| A-503 | NORTH & EAST ELEVATIONS - SPORTS ATRIUM |
| A-504 | SOUTH & WEST ELEVATIONS - SPORTS ATRIUM |
| A-507 | BASEMENT LOBBY ELEVATIONS |
| A-508 | BASEMENT LOBBY ELEVATIONS |
| A-509 | BASEMENT LOBBY ELEVATIONS |
| A-511 | PARTIAL SECTION @ RECITAL HALL & THEATER |
| A-512 | PARTIAL SECTION @ RECITAL HALL |
| A-513 | PARTIAL SECTION @ THEATER |
| A-515 | PARTIAL SECTION @ POOL AND DOUBLE GYM - NORTH |
| A-516 | PARTIAL SECTION @ DOUBLE GYM & POOL - SOUTH |
| A-517 | PARTIAL SECTION @ POOL & FITNESS CENTER |
| A-518 | PARTIAL SECTION @ DOUBLE GYM & AUX. GYM |
| A-519 | PARTIAL SECTION @ DOUBLE GYM & AUX. GYM - EAST |
| A-520 | PARTIAL SECTION @ DOUBLE GYM & AUX. GYM - WEST |
| A-521 | PARTIAL SECTION @ RACQUETBALL & AUX. GYM |
| A-523 | PARTIAL SECTION @ RACQUETBALL & AUX. GYM |
| A-524 | PARTIAL EAST ELEVATION - STAIR LOBBY |
| A-525 | PARTIAL WEST ELEVATION - ENTRY COURT |
| A-526 | INTERIOR ELEVATIONS EXTERIOR WALL - NORTH ELEVATION |
| A-527 | PARTIAL SOUTH ELEVATION @ ENTRY COURT |
| A-528 | PARTIAL EAST & WEST ELEVATIONS @ 24TH ST. LOBBY |
| A-529 | GROUND FLOOR LOBBY ELEVATIONS |
| A-530 | 2ND FLOOR LOBBY ELEVATIONS |
| A-531 | INTERIOR ELEVATIONS / SECTIONS - 24TH ST. LOBBY |
| A-532 | ELEVATION / SECTION - FOOD COURT |
| A-533 | PARTIAL ELEVATION/SECTION - CLASSROOM |
| A-534 | PARTIAL ELEVATION/SECTION - CLASSROOM |
| A-535 | PARTIAL ELEVATION/SECTION - CLASSROOM |
| A-537 | PARTIAL ELEVATION/SECTION - CLASSROOM |
| | INTERIOR WINDOW PLANS / ELEVATIONS |

| | |
|---|---|
| A-541 | UPPER ATRIUM ELEVATIONS |
| A-542 | UPPER ATRIUM ELEVATIONS |
| A-543 | UPPER ATRIUM ELEVATIONS |
| A-551 | ELEVATIONS @ CLASSROOM CORRIDOR |
| A-553 | LECTURE HALL - 3RD AND 4TH FLOOR PLAN |
| A-554 | LECTURE HALL - 5TH FLOOR PLAN |
| A-555 | LECTURE HALL - SECTIONS |
| A-556 | LECTURE HALL RCP |
| A-563 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-564 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-565 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-566 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-567 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-568 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-601 | INTERIOR MASONRY DETAILS - POOL/GYM |
| A-602 | INTERIOR MASONRY DETAILS - RECITAL HALL & THEATER |
| A-604 | INTERIOR MASONRY DETAILS |
| A-605 | RECITAL HALL / THEATER DETAILS |
| A-606 | INT. MASONRY PLAN DETAILS - SPORTS & THEATER ATRIA |
| A-607 | INT. MASONRY PLAN DETAILS - SPORTS, THEATER & GROUND FLOOR ATRIA |
| A-608 | INTERIOR BRICK PLAN DETAILS |
| A-609 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-610 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-611 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-612 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-613 | INTERIOR MASONRY PLAN DETAILS - 24TH ST. LOBBY |
| A-614 | INTERIOR MASONRY PLAN DETAILS - GR. & 2ND FLOOR |
| A-615 | INTERIOR MASONRY SECTION DETAILS - 24TH ST. LOBBY |
| A-616 | INTERIOR MASONRY DETAILS - ENTRY HALL |
| A-618 | FIN TUBE ENCLOSURE DETAILS |
| A-624 | ATRIUM WALL DETAILS |
| A-625 | ATRIUM WALL DETAILS |
| A-701 | PARTITION TYPE DETAILS |
| A-702 | PARTITION TYPE DETAILS |
| A-703 | PARTITION TYPE DETAILS |
| A-704 | PARTITION TYPE DETAILS |
| A-705 | DOOR SCHEDULE - SUBCELLAR / B3 FLOOR |
| A-706 | DOOR SCHEDULE - CELLARS B2 / B1 |
| A-707 | DOOR SCHEDULE - GROUND FLOOR |
| A-708 | DOOR SCHEDULE - SECOND FLOOR |
| A-709 | DOOR SCHEDULE - THIRD FLOOR |
| A-710 | DOOR SCHEDULE - FOURTH FLOOR |
| A-711 | DOOR SCHEDULE - FIFTH FLOOR |
| A-712 | DOOR SCHEDULE - SIXTH FLOOR |
| A-713 | DOOR SCHEDULE - SEVENTH FLOOR |
| A-714 | DOOR SCHEDULE - EIGHTH FLOOR |
| A-715 | DOOR SCHEDULE - NINTH FLOOR |
| A-716 | DOOR SCHEDULE - TENTH FLOOR |
| A-717 | DOOR SCHEDULE - ELEVENTH FLOOR |
| A-718 | DOOR SCHEDULE - TWELFTH FLOOR |

TABLE OF CONTENTS

| | |
|---|---|
| A-719 | DOOR SCHEDULE - THIRTEENTH FLOOR |
| A-720 | DOOR SCHEDULE - FOURTEENTH FLOOR/ MECH. PENTHOUSE |
| A-721 | INTERIOR DOOR TYPES AND DETAILS |
| A-722 | INTERIOR DOOR DETAILS |
| A-723 | INTERIOR DOOR & SADDLE DETAILS |
| A-724 | INTERIOR DOOR & SADDLE DETAILS |
| A-727 | OPERABLE WALL DETAILS |
| A-734 | CEILING DETAILS |
| A-735 | CEILING DETAILS |
| A-736 | CEILING DETAILS |
| A-737 | CEILING DETAILS |
| A-740 | INTERIOR COLUMN ENCLOSURES |
| A-741 | INTERIOR COLUMN ENCLOSURES |
| A-742 | MISCELLANEOUS DRYWALL DETAILS |
| A-743 | MISCELLANEOUS DRYWALL DETAILS |
| A-745 | INTERIOR WINDOW DETAILS |
| A-750 | PARTITION DETAILS - CLASSROOM CORRIDORS |
| A-751 | CEILING / SOFFIT DETAILS |
| A-752 | PARTITION DETAILS - CLASSROOM CORRIDORS |
| A-753 | CEILING/SOFFIT DETAILS |
| A-757 | MISCELLANEOUS DETAILS - LECTURE HALL |
| A-758 | MISCELLANEOUS DETAILS - CLASSROOM |
| S-002 | GENERAL NOTES, DESIGN CRITERIA AND ABBREVIATIONS |
| S-100 | UNDER SLAB DRAINAGE & TRENCHES |
| S-101 | FOUNDATION PLAN BASEMENT 3 (B3) |
| S-102 | 2ND BASEMENT FRAMING PLAN BASEMENT (B2) |
| S-103 | 1ST BASEMENT FRAMING PLAN BASEMENT (B1) |
| S-104 | GROUND FLOOR FRAMING PLAN |
| S-104A | MISCELLANEOUS FRAMING PLAN |
| S-104B | GROUND FLOOR FRAMING CURB LAYOUT |
| S-105 | 2ND FLOOR FRAMING PLAN |
| S-106 | MEZZANINE FRAMING PLAN |
| S-107 | 3RD FLOOR FRAMING PLAN |
| S-108 | 4TH FLOOR FRAMING PLAN |
| S-109 | 5TH FLOOR FRAMING PLAN |
| S-110 | 6TH FLOOR FRAMING PLAN |
| S-111 | 7TH FLOOR FRAMING PLAN |
| S-112 | 8TH FLOOR FRAMING PLAN |
| S-113 | 9TH FLOOR FRAMING PLAN |
| S-114 | 10TH FLOOR FRAMING PLAN |
| S-115 | 11TH FLOOR FRAMING PLAN |
| S-116 | 12TH FLOOR FRAMING PLAN |
| S-117 | 13TH FLOOR FRAMING PLAN |
| S-118 | 14TH FLOOR FRAMING PLAN |
| S-119 | MECHANICAL P.H. FLOOR FL. FRAMING PLAN |
| S-120 | ROOF FRAMING PLAN |

THE FOLLOWING BID PACKAGE DRAWINGS ARE INCLUDED AS PART OF THE CONT. DOCUMENTS:

- STRUCTURAL DRAWINGS
- CONTRACT #3: DUCTWORK
- CONTRACT #4: UNIT MASONRY
- CONTRACT #6: PLUMBING
- CONTRACT #7: SPRINKLER AND STANDPIPE WORK
- CONTRACT #9: SUPERSTRUCTURE CONCRETE
- CONTRACT #10: HEATING, VENTILATION AND AIR CONDITIONING WORK
- CONTRACT #11: ELECTRICAL WORK

THE FOLLOWING DRAWINGS ARE INCLUDED FOR INFORMATION ONLY:

- CONTRACT #8: SWIMMING POOL WORK
- CONTRACT #12: FIRE ALARM SYSTEM
- CONTRACT #13: AUTOMATIC TEMPERATURE CONTROLS
- CONTRACT #14: ELEVATOR AND ESCALATOR WORK

LIST OF STRUCTURAL DRAWINGS

| | |
|---|---|
| S-002 | GENERAL NOTES, DESIGN CRITERIA AND ABBREVIATIONS |
| S-100 | UNDER SLAB DRAINAGE & TRENCHES |
| S-101 | FOUNDATION PLAN |
| S-102 | 2ND BASEMENT PLAN |
| S-103 | 1ST BASEMENT PLAN |
| S-104 | GROUND FLOOR FRAMING PLAN |
| S-104A | MISCELLANEOUS FRAMING PLAN |
| S-105 | 2ND FLOOR FRAMING PLAN |
| S-106 | MEZZANINE FRAMING PLAN |
| S-107 | 3RD FLOOR FRAMING PLAN |
| S-108 | 4TH FLOOR FRAMING PLAN |
| S-109 | 5TH FLOOR FRAMING PLAN |
| S-110 | 6TH FLOOR FRAMING PLAN |
| S-111 | 7TH FLOOR FRAMING PLAN |
| S-112 | 8TH FLOOR FRAMING PLAN |
| S-113 | 9TH FLOOR FRAMING PLAN |
| S-114 | 10TH FLOOR FRAMING PLAN |
| S-115 | 11TH FLOOR FRAMING PLAN |
| S-116 | 12TH FLOOR FRAMING PLAN |
| S-117 | 13TH FLOOR FRAMING PLAN |
| S-118 | 14TH FLOOR FRAMING PLAN |
| S-119 | MECHANICAL P.H. FRAMING PLAN |
| S-120 | ROOF FRAMING PLAN |
| S-201 | FOOTING SCHEDULE AND FOUNDATION DETAILS |
| S-202 | FOUNDATION SECTIONS AND DETAILS (1) |
| S-203 | FOUNDATION SECTIONS AND DETAILS (2) |
| S-204 | FOUNDATION SECTIONS AND DETAILS (3) |
| S-205 | FOUNDATION WALL ELEVATIONS |
| S-206 | SWIMMING POOL DETAILS |

| | | |
|---|---|---|
| | S-210 | COLUMN SCHEDULE (1) |
| | S-211 | COLUMN SCHEDULE (2) |
| | S-212 | TRUSS ELEVATION (1) |
| | S-213 | TRUSS ELEVATION (2) |
| | S-214 | TRUSS ELEVATION (3) |
| | S-215 | TYPICAL SECTIONS AND DETAILS |
| | S-216 | SUPERSTRUCTURE SECTIONS AND DETAILS (1) |
| | S-217 | SUPERSTRUCTURE SECTIONS AND DETAILS (2) |
| | S-218 | SUPERSTRUCTURE SECTIONS AND DETAILS (3) |
| | S-219 | SUPERSTRUCTURE SECTIONS AND DETAILS (4) |
| | S-220 | SUPERSTRUCTURE SECTIONS AND DETAILS (5) |
| | S-221 | SUPERSTRUCTURE SECTIONS AND DETAILS (6) |
| | S-222 | SUPERSTRUCTURE SECTIONS AND DETAILS (7) |
| | S-223 | SUPERSTRUCTURE SECTIONS AND DETAILS (8) |
| | S-224 | SUPERSTRUCTURE SECTIONS AND DETAILS (9) |
| | S-225 | PARAPET SECTIONS AND DETAILS (1) |
| | S-226 | PARAPET SECTIONS AND DETAILS (2) |
| | S-227 | PARAPET SECTIONS AND DETAILS (3) |
| | S-228 | SUPERSTRUCTURE SECTIONS AND DETAILS (10) |
| | S-229 | SUPERSTRUCTURE SECTIONS AND DETAILS (11) |
| | S-230 | SUPERSTRUCTURE SECTIONS AND DETAILS (12) |
| | S-231 | SUPERSTRUCTURE SECTIONS AND DETAILS (13) |
| | S-300 | EXTERIOR GIRT SYSTEM - NORTH AND WEST ELEVATIONS |
| | S-301 | EXTERIOR GIRT SYSTEM - SOUTH AND EAST ELEVATIONS |
| | S-302 | EXTERIOR WALL STRUCTURAL GEOMETRY (1) |
| | S-303 | EXTERIOR WALL STRUCTURAL GEOMETRY (2) |
| | S-304 | EXTERIOR WALL STRUCTURAL GEOMETRY (3) |
| | S-305 | EXTERIOR WALL STRUCTURAL GEOMETRY (4) |