# EXHIBIT
# 7

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **August 2, 1999**

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **Change Order No. GC2-001**

..................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $20,607.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of the of the miscellaneous steel required 1) in Room B3-118 west wall per Engineer's comment in the shop drawing, to support the masonry cavity wall along line 5 from  line F to line H per section 17/S-229 and 2) along line 5 per Engineer's sketches SK-1 and SK-2 dated 3-29-99 and Architect's sketch no.1857.

The contract document did not show section 17/S-229 being applied to the structural steel beam in Room B3-118 west wall at elev. 1'-4 7/8". It was added later by the Engineer during the review of Trataros Construction, Inc shop drawing M-7, submittal no. 16-05505-0013-01.

The bent plates per Engineer's sketches SK-2 are required to support the concrete where the cavity wall (sect. A) and the curtain wall (sect. B) at the stair area  will rest. The relieving angles per Engineer's sketch SK-1 and Architect's sketch SK-1857 are required to support the return piece of the brick veneer wall which was not specified when the change order for the relieving angle was issued under change order No. SS-051.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 060619

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      September 27, 1999

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-002, ND-382**

...................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $2,630.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional steel for the reconfiguration of Stairs No. 16, and revisions to shop drawings, to meet the city code requirements.

The contractor fabricated and installed 5 revised pans, 1 stringer, 1 riser and widened 1 landing to conform with the city code. This change required revisions to the shop drawings, M4-L and M5-L, which had been previously submitted.

Contract Drawing No. A-407 shows two (2) corners at the intermediate landing by Column line G. These corners restricted the required clearance. Therefore, the change was made to skew the east stringer and eliminate one corner, thus increasing the clearance to meet the code requirements.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design error.

DASNY_TRAVELERS2 060662

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      September 13, 1999

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **Change Order No. GC2-006**

.....................................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $7,470.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of the head restraint on top of the north and east walls in room B3-150 per RFI CM-196.

The head restraint on top of the cmu wall was indicated only in the contract drawings being applied to the south wall of room B3-150. No head restraints were indicated to support the top of the north and east walls in room B3-150. RFI CM-196 was issued to provide head restraint on top of the north and east walls in room B3-150 similar to the one applied to the south wall per detail B/S-230.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 050178

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       August 2, 2000

**TO:**          Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**         **Baruch College - Site B**

**RE:**          **GC2-011, ND-517**

.......................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $65,289.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional work in Bulletin No. 35 dated September 1, 1999, resulting in changes to Architectural drawing Nos. A-527, A-611, A-614, A-615 & A-723 and issuance of Architect Sketch SK-2203, and added changes to the contractor's shop drawings M-11E through M-11H & M-11J.

Part I, the Contractor installed structural steel beams and posts to support the CMU wall above the (3) twin double-doors at the B-2 and B-3 levels at the Theater Atrium. This support was not shown in the contract documents.

Part II, the Contractor installed structural steel lintels, posts, hangers, angles, stiffener plates and structural tees to support the brick wall at the east side of the south west lobby on the ground floor. The contract drawings did not detail most the of the required lintels and supports for the masonry along the East Elevation and when it did show details at the Food Court window, the supports were under-designed for its loading. The drawings also did not indicate the type of hanger support or lintels to support the brick above the horizontal control joint.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 066036

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      January 25, 2000

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-012, ND-520**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $11,917.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional work in Bulletin No. 37 dated October 8, 1999, resulting from Architectural drawings Nos. A-103 & A-612. Part I was a result of Engineer's response to RFI CM-360 to frame HVAC pipe in Cellar B-1 Level, part drawing S-103. Part II resulted from Engineer's response to RFI CM-322, Sketch SK-2114, drawing No. A-612/Detail-5, to reinforce CMU wall at Theater Atrium B-1 Level.

Part I, the Contractor installed structural steel framing around three cored 12" diameter holes through the slab for HVAC risers located between column lines 6 & 7 at the B-1 level. This additional work was required to reinforce the slab around the risers to maintain structural integrity.

Part II, the Contractor installed angles and stiffener plates to support CMU wall at B-1 Level at Theater Atrium as per Sketch No. SK-2114. The stiffener plates were welded to an existing steel beam on Column Line 5. Angles were fastened vertically at each plate (2.5' o.c.), which in turn supported the relieving angle. This additional work was necessary since there were no provisions in the contract documents to support the relieving angle for the masonry.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 066249

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **01/27/2000** .

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-014**

..............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 4,363.00 is for the cost of providing all labor, equipment and materials for the complete demolition of work resulting from CM-RFI #451, CM-RFI#430 and RFI #39.

The installation of concrete curbs at the ground floor was laid out and installed by the Contractor based on contract drawing S-104B, i.e., "Ground Floor Concrete Curb Layout", Bulletin No.18, dated 8/18/98. However, it was discovered that the location of the curb near line 2.3/F was not in alignment with the intended face of the block wall above. This surely will create problem in the layout of the brick wall later. The curb contractor (Contract #16) contended that his installation was based on the dimensional and layout information as shown on the contract drawing, "Ground Floor Curb Layout", drawing S-104B. This was verified to be true and correct. Likewise, CM-RFI# 451 is a further request for clarification relating to dimensional conflict in the architect's layout and drawing details of curb at the south west entry and the S.W plaza entry doors. While the Architect's final resolution to this problem is still pending, the demolition of the curb was inevitable. Thereafter, a new concrete curb will be laid out and constructed to the desired angle criteria and in alignment with the connecting wall above and requiring a second change order. Change order No. GC2-014 only covers the demolition and removal of the already in place concrete curb.

. TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design error and furthermore, a separate ND will be issued for the reconstruction of the curbs to its proper location.

# TDX CONSTRUCTION CORPORATION

## MEMORANDUM

**DATE:**     11/19/99

**TO:**        Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**       Baruch College - Site B

**RE:**         C.O. # GC2-015- Support Framing at Black Box Theatre Grid

....................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $21,817.00 is for the cost of providing all labor, equipment and materials for the complete installation of work resulting from the issuance of RFI GC2-0026 and subsequent revisions to shop drawings affecting Contract Drawing details 2 & 5 of A-470.

A sloping structural steel frame was required to attach the hangers supporting the theatre grid and surrounding catwalk. However, the structural contract drawing missed the inclusion of a support beam for these sloping frames.

In his corrective remarks to submitted shop drawing E1, the Engineer has specified the installation of 7- 4x4 tubular steel posts to receive the connection of the sloping steel members. This procedure resulted on several changes to the submitted shop drawings E1, D3 and D6 before actual shop fabrication could start. Additionally, during field installation, steel materials were hand carried down to B2 level where they were raised to their required locations and finally welded in place.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 069542

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     December 29, 1999

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-018, ND-516**

..............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $128,190.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of wall-mounted steel pipe handrails and supports for interior Fire Stairs throughout the building, as per DASNY meeting on October 22, 1999.

The contractor is to install steel pipe handrails for Fire Stairs Nos. ST-1 thru ST-15 throughout the building fasten into CMU walls in the three basement levels and fasten through the drywall into the 16 gauge grounds in the upper floors.  The contractor field measured the locations requiring railings at the fire stairs, prior to shop fabrication of the railings.

The fire stairs were furnished and installed under the Structural Steel contract (Contract No. 2).  The wall-mounted handrails for the stairs were specifically deleted from this contract and were intended to be provided under Contract No.16.  The contract documents for Contract No. 16 did not adequately specify that these handrails were to be provided by Contract No. 16.

At a meeting held on October 22, 1999, with DASNY representatives Nick D'Ambrosio and John Mueller, Chris Stoddard and Paul Sheehan of KPF, John Clarke and Athena Curis of Trataros Construction, and James Jones and John McCullough of TDX Construction, it was concluded that the handrails were not included as part of the work for Contract No. 16 and the contractor was directed to proceed with the above work.

The first Contractor proposal dated November 5, 1999, was rejected due to high unit costs.  The second proposal dated November 19, 1999, was accepted due to fair unit costs and was negotiated with the contractor on December 14, 1999.  See the Record of Negotiation for the agreed upon cost breakdown.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 065964

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **1/26/2000**

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-019**

.......................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 75,233.00 is for the cost of providing all labor, equipment and materials required for the installation of hung lintel supports and head restraint at block walls as a result of the issuance of RFI#0017, RFI#0027, and Architect's sketches SK-2005 and SK-2006.

Contract drawing detail 1/A-601 is an architectural detail section for a hung lintel support and head restraint at the pool area, that require further reference to structural detail 19-19A/S-229. However, detail 19-19A/S-229 was already installed as per requirement of Contract #2. Moreover, RFI #0017 has clarified that structural detail 19-19A/S-229 do not reflect the intent of detail 1/A-601, and because of this discrepancy, the Architect has clarified in RFI #0027 by the issuance of sketches SK-2005 and SK-2006. These sketches requires the installation of new hung lintel supports and additional head restraint to CMU walls at Col. Line 6/A-D & 8/A-E, all at B2 level, as an additional requirement to Contract 16. Stiffener plates, head restraint plates, angle supports and shelf angles are to be shop fabricated and then hot-dipped galvanized. The materials shall then be hand carried to B2 level and installed to existing building frames. Surface preparation includes the removal of fire proofing on existing steel surfaces. Shop drawings were likewise prepared to conform to the new issued sketches.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     January 25, 2000

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-020, ND-548**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,852.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of revised masonry block support at Column line 2.5 between E and F at the second floor slab of the Southwest Entrance, resulting from Engineer's response to RFI CM-338, Sketches SK-2105 & SK-2106.

The contractor drilled holes every 12" on center into the second floor slab edge to embed ¾" dia. anchors in epoxy to attach the angle support. The 6"x4"x5/8" angle, 14.5' in length, was installed along the face of the slab to support the CMU wall along this edge.

Structural Drawing S-105 showed a 5" jog in the floor slab at the above location, which left an insufficient area off the edge of slab to support the CMU wall. The field survey showed a 50 degree angle with the slab but only 47.09 degree angle with the face of block. The added angle bridged this gap for support of the CMU wall.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 050620

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      March 14, 2000

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-021, ND-615**

...................................................................................................

Attached you will find one (1) original of the above referenced change order signed by the contractor and one (1) copy of the required back up.

This change order in the amount of $107,079.00 is for the cost of providing all labor, equipment and material necessary for the revision of material, from aluminum to steel railings, and for the complete installation of additional steel woven mesh for Roof Railings issued in Bulletin No. 35 dated September 1, 1999, resulting from Architectural drawings Nos. A-368, A-382, A-383, A-385, A-387, A-388, A-390 & A-391, and from clarification in RFIs Nos. GC2-072 and CM-479.

The Contractor will install 2"x2" tube steel roof railings and posts with steel woven mesh panels at the 6th, 8th, 13th, 14th, Mechanical Penthouse and Roof floors. The rails will be fabricated with 5' posts on center as designed in the original contract drawings.

From July 7, 1999, through January 24, 2000, twelve (12) meetings regarding the changes to the roof railings were held at TDX field office with the Contractor and Architect. These meetings included several design changes, shop drawing reviews, methods of shop fabrication and field installation. Also, the Contractor fabricated and showed two (2) mock-ups with the revised steel railings. The first mock-up was framed with a aluminum mesh. The second mock-up was framed with a rigid welded mesh, which ultimately was accepted by the Architect as the revised design.

The Contractor will build the steel frames for the railings and the steel woven mesh panels separately, then join them together to complete the fabrication. Making the panels will include measuring and cutting 2"x1"x3/16" channels (5'x2' panels), drilling 2" holes on center for the wire mesh ends, welding the channel frames, inserting and tightening the 11 gauge steel wire mesh in the frames.

The Contractor will fabricate the steel rails and post frames two (2) bays at a time, with a 1' cut for the rail splice extending off the frame. A slip-sleeve connection will join the rail splices, fitting the two pre-fabricated frames together in the field. Two woven mesh panels inserts will be welded to the frames in the shop, with every third panel being installed in the field after the railings are joined together.

DASNY_TRAVELERS2 056960



Due to delays in the final design of the steel railings with the woven mesh panels, the Contractor will miss the use of the material hoist due to the hoist being taken down prior to completing shop fabrication. A change order for additional hoisting of materials by Crane will be addressed in a separate change order if necessary. In attendance at the negotiation meeting were DASNY representative, John Mueller; James Jones, Jr. and James Grundvig of TDX Construction Corp.; Ramesh Rangaswamy, Trataros Construction, Inc. and Gerry Rizzi of their Subcontractor, Brooklyn Welding.

This change was necessary to meet the Building Code{Title 27-334, Protective Guards} which states no openings shall be allowed where a person can crawl through the rails or climb over them, such as a ladder. Our contract railings did not meet this criteria.

The negotiated price was for $90,000.00 for the fabrication and installation of the roof railings and woven mesh, with an additional cost of $12,500.00 for the "Field Applied Primer" Tnemec Epoxy Primer (one coat) and Tnemec 73 Endura-Shield (finish coat) as per the Architect's response to RFI GC2-072 on February 23, 2000.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 056961

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **March 3, 2000**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC # 2  022   ND # 370     Swimming pool backwash tank.**

..............................................................................................................…………………………………....

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 14,967.00 is for the cost of providing all labor, equipment and materials for the complete installation of work indicated. The furnishing and installation of a fiberglass backwash tank for the swimming pool.

The contract documents showed a backwash sump pit with 2'-0" walls by Contract No. 8. However, there is no Contract No. 8 on this project and therefore, this pit was not installed at the time of rock excavation for the underground drainage systems. In order not to impede the progress of the project, it was decided to install an above ground fiberglass tank rather than proceed with further rock excavation.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as an Design Omission.

DASNY_TRAVELERS2 049902

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      3/31/00

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2- 023**

...................................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 36,980.00 is for the cost of providing all labor, equipment and materials for the complete installation of work resulting from the Engineer's modification to the railings in the black box theater as shown on shop drawings M-10-L and M-11-L. Primarily, the modifications require that the balcony railings be removable that require additional tube sleeves to be welded to the "Unistruts" at corresponding post locations. However, specification 05520/3.03/J/1a has specified that the "Unistrut" material shall be provided by other trades. As this was not specifically included in any of the trade contracts, it was decided that the "Unistrut" material shall now be furnished and installed by this contractor.

In the negotiation meeting held at TDX office on February 29, 2000, DASNY further clarified that the steel facia was not part of the contractor's original scope of work. Initially, TDX prepared an estimate without consideration for the steel facia and due to this clarification, our estimate was accordingly amended to include the cost for this facia. Similarly, a credit was taken for the elimination of the steel brackets that were originally supporting the posts.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 060203

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **March 3, 2000**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC # 2  024   ND # 485      Sodium hypo-chlorite fill and vent lines.**

................................................................................................................................................................

     Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

     This change order in the amount of $ 15,781.00 is for the cost of providing all labor, equipment and materials to change the pool chemicals from a pellet calcium hypo-chlorite to a liquid sodium hypo-chlorite.

     The original pool contract documents called for the use of two pellet feeders (calcium hypo-chlorite feeders). A substitution was requested because of objections that were raised by the New York City Department of Health and the New York City fire code on other projects regarding the storage of chlorine tablets in the building. The re-design required the additional installation of one 2" sodium hypo-chlorite fill line and one 2" vent line. (See attached Cosentini sketches). The piping went from the pool storage room on the B-3 level to the ground floor. This change also eliminated the need to manually bring down the pellets from the ground floor to the B-3 level.

     TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a design error.

DASNY_TRAVELERS2 081261

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **March 31,2000**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC # 2 -025     ND # 608     Masonry relief angles for the second floor**

..........................................................................................................................…………………………………...

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 21,482.00 is for the cost of providing all labor, equipment and materials for the complete installation of work as noted below:

Part 1) Fabricate, deliver and install structural steel shelf angles to support the brick work on the second floor at the west side of column line 6, between columns C and E.

Part 2) Fabricate, deliver and install structural steel shelf angles, hangers and braces to support the brick work on the second floor to the east of column line 6, between columns E and H.

Part 3) Fabricate, deliver and install structural steel shelf angles, hangers and braces to support the brick work on the second floor at the east side of column line 5 and the west side of column line 6, between column lines F and H.

These additional work are necessary since the contract documents does not indicate any supports to carry the masonry at these locations.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 356743

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **April 4, 2000**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC-2-026  ND # 635   Revisions to Public Stair # 3.**
...................................................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up:

This change order in the amount of $ 6,290.00 is for the cost of providing all labor, equipment and materials for the complete installation of work as noted below:

The circular stair, Public Stair # 3 required additional work due to the relocation of the working point as per sketch 1663(later incorporated into Bulletin # 32) and the re-sizing of the curved members as noted by the structural engineer on the shop drawings. The sizes of the stringers were increased due to structural concerns and the working point had to be revised in order for the circular stair to fit into the opening. This also contributed to the re-sizing of the stringers.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a design omission.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    4/10/2000

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2-028, Trataros Construction, Inc.**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 853,369.00 is for the allocation of additional funds as compensation for supplying labor, equipment and materials required in the installation of "self leveling" floor fill from the 3rd floor through to the 14th floor. KPF, by their memorandum issued on 11/8/99 has emphasized that the criteria to be used for slab tolerances for finish floor materials shall be 1/4" over 10 feet run for Terrazzo and VCT and ½" over 10 feet for Carpet floor finish. Where slabs are beyond these tolerances, self leveling floor fill should be used to level the slabs prior to finish installation. Survey results revealed that leveling work is necessary and primarily covers the corridor floors and some isolated areas. It was agreed in the meeting held on 3/30/00 that payments shall be assessed by the unit cost of $59.68 per bag of cementitious self leveling materials used (inclusive of all labor, materials, equipment, overhead and profit), and regardless of the thickness in placed. Progress payment will be made to the contractor and the amount owed will be deducted from this fund. If upon completion of this work, the final amount exceeds the allocated funds, a supplemental change order will then be issued.

This additional work is necessary due to the camber in the steel not coming out in the loading of the structure. The slab had to be pinned to ensure that the required thickness in the slab was achieved for structural integrity as well as to attain the proper coverage over shear studs, conduits and other embedded items. This created irregular contours in the flatness of the slab. A credit change order (SC-022) was taken against Contract No. 9 for what he would have expended in flash patching of the slabs if the camber had came down.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 150190

## TDX CONSTRUCTION CORPORATION

## <u>CHANGE ORDER MEMORANDUM</u>

**DATE:**      May 3, 2000

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2- 029**

..............................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 204,984.00 is for the cost of providing all labor, equipment and materials for the complete installation of supplemental steel supports at the bookstore canopy, the elevator canopy, and to stabilize the tubular steel (TS) at the storefront window of the 2nd floor; all in accordance with KPF memorandum dated Aug.27, 1999, RFI #481, and relevant sketches SK-1, #1907, #1949, SK1955 thru SK1959, #2069, #2070, #2079, #2080, #2082, #2083, & #2085.

The contract drawing failed to provide the necessary hung support for the bookstore canopy, the elevator canopy, and the supporting frame for the tubular steel at the storefront window. The work requires the installation of supplemental steel supports in a skewed position that calls for actual site measurements and verification of existing condition. The contractor was also requested to include the necessary engineering and design services towards the development of an approved design and the preparation of shop drawings. The shop drawings experienced several revisions in its early stage of preparation and incurred more man-hours on drafting than earlier anticipated. Likewise, a survey was conducted by an independent firm hired by the contractor to establish the required theoretical curve line of the wall. From this reference line, location of existing beams and columns were referenced which enabled the contractor to determine the location of the proposed steel supports. As the steel members are to be installed in a skewed position, additional man-hours were required due to field measurements, verification, and actual field erection. Additional field labor was also considered due to existing field conditions where the existing building steel, plumbing pipes, electrical conduits, and mechanical ducts are in the way of the installation of the proposed steel support. There is also an extensive amount of sprayed on fire proofing that has to be removed along the affected surface of the existing structural steel. In some cases it is necessary to remove-and-restore the affected portion of the existing metal deck slab where moment connections have to be installed.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design error.

DASNY_TRAVELERS2 069447

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **November 3, 2000**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **CO # GC2 - 030, ND# 643**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.



This change order in the amount of $8,815.00 is for the cost of providing all labor, equipment and materials for the complete installation of work indicated below:

Part 1 – ND # 643:
        Provide a steel angle to support the metal siding @ col. Line 10 as per RFI CM-506. At the North east corner of the parapet, the contract drawings does not provide any structural support for the metal siding. In order to properly support the exterior façade, the Architect issued sketch SK-2, dated 2/25/00 which added a 6x4x5/16 by 5'-0" angle in order to allow the façade to be supported properly. However, this remedy failed to perform as expected due to the geometry of the building. This portion of the change order is classified as a Design Error. An additional change order will be issued for the Exterior siding contractor to engineer a remedy that will work with the geometry of the building.

Part 2:
        Remove and reinstall metal decking at the KE/SE elevator machine room. Due to the sequence of Bid document issuance, the Structural Steel framing was bid, awarded and work was completed prior to the appearance of the elevator contractor on the project. The steel framing contractor had installed the metal decking at the elevator machine room in accordance with his portion of the contract documents. By the time the elevator contract was awarded through Contract No. 15 and equipment fabricated, the steel framing contractor had departed from the jobsite. The decking had to be removed in order for the elevator machine beams and equipment to be hoisted up through the shaft. This portion of the change order is designated as a Coordination.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated for Part 1 - as Design Error and Part 2 – as Coordination

DASNY_TRAVELERS2 058372

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**        October 20, 2000

**TO:**          Nick D'Ambrosio

**FROM:**        John J. McCullough

**JOB:**         **Baruch College - Site B**

**RE:**          **GC2-031, ND-711**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $19,802.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional work in Bulletin No. 26 dated January 20, 1999, resulting from Architectural drawings Nos. A-103 & A-125, and from Architect's meeting on August 10, 2000, which increased the quantity of draft guard at the escalators.

Part I, the contractor fabricated and installed additional draft guards made up of steel angles and "Clair" glass on the outside seams of the escalators on the 2nd, 3rd and 4th floors. This is necessary to prevent the rise of smoke between floors. The extent of the draft guards were later clarified at the meeting held on 8/10/00 with the architect.

Part II, the contractor installed additional steel to reconfigured the stair in the B-1 telephone room from a straight run to an L-shaped stair. The work included additional railings and extending the platform. This work is necessary to clear overhead pipe obstructions.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 356214

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   **9/29/2000**

**TO:**      Nick D'Ambrosio

**FROM:**   John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**      **GC2-032**

..............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 12,780.00 is for the cost of providing all labor, equipment and materials for the complete installation of cast-in-place concrete curb along the fin tube enclosure of the lecture room at the 13th floor.

The Architect in his reply to RFI CM 224 has directed to install a 6" wide concrete curbing in lieu of masonry blocks along the fin tube enclosure in the lecture room on the 13th floor. The contract documents did not indicate any type of curbs to be installed in this area. Bulletin 17, dated 8/5/98 was issued to add a masonry curb in this area but was later changed to a 6" wide concrete curb as per CM-RFI No. 224. This curb is required to enclose the building underneath the window sills and to provide support for the windows and fin tubes.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission

DASNY_TRAVELERS2 356175

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **7/18/00**

**TO:**      Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**      **GC2-033- Support for Knee Wall**
..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 74,550.00 is for the cost of providing all labor, equipment and materials for the installation of 650 units of steel tube supports at the knee wall along the perimeter on each floor as per Architect's memorandum dated 6/20/2000.

The knee wall was originally required to be braced from the steel girts. The bracing was eliminated in order to accommodate the lateral movement of the exterior wall, but this method resulted in the loss of a lateral support to the knee wall by itself. The steel angle base support originally designed for this purpose is not sufficient. It was decided to erect a steel tube support stanchion to be located at each window span. These low steel stanchions are to be independently anchored to the concrete floor with 4-"Hilti" adhesive anchor bolts. An earlier solution was described in revision 7 of Bulletin #41 dated 5/1/00. However, the revised knee wall details, if adopted would have caused the unsightly appearance of anchor bolt heads along the continuous steel angle support. Moreover, the procedure would involve considerable monetary costs in comparison to the independent steel tube stanchion. Finally, a skeleton mock up of the knee wall was constructed incorporating the steel tube support, and was accepted by the Architect.

Initially, it was anticipated that 500 units of steel tubes would be adequate, but final review revealed that a total of 650 units are actually required. Credit cost was taken for the steel angle as contractually required. However, additional compensation was also considered due to the cutting of the bottom track and the installation of additional vertical studs at the sides of the tubular stanchion.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 356143

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    July 31, 2000

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2-034, ND-780**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $7,235.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional braces and pipe rails, resulting from Architect's sketch SK-2202 and Architect's comments added to miscellaneous steel shop drawings M-22L, M-23L & M-27L, for steps at Cellar (B-1), and for pipe bracing at Rehearsal Room (B-3) and at Multi-Purpose Rooms (Ground Floor).

Part I, the contractor fabricated and installed additional handrails and posts for the stairs in the mechanical equipment rooms in the B-1 level at the north elevation. Handrails were also added on three sides of the elevated platform enclosing the stairwell.

Part II, the contractor installed additional steel pipe bracing as diagonal stiffeners for the lighting equipment hangers in the Rehearsal Room at the B-3 level. The lighting fixtures on contract drawing A-121 were switched from facing an east-west direction to a north-south alignment. This was as a result to the Architect's change on sketch SK-2202 to clear the ductwork.

In the three (3) Multi-Purpose Rooms on the ground floor, additional bracing will be added perpendicular to the lighting equipment hangers as stiffeners. A total of sixteen (16) single diagonal pipes will be installed at the both ends of each row to support the hanger bays.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 356101

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     July 28, 2000

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-035**

............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the total amount of $65,208.00 are in two parts. The first part, "A", is for the complete installation of a steel angle support to the masonry wall at stair No.10 corridor, and Part "B" is for the complete installation of the stud framing support at the mezzanine walkway and transfer stairs.

- <u>Part "A"</u>- Field condition revealed that the hallway clearance at stair No.10 does not meet the required 5'-6" code standard. This was due to the dimensional discrepancy between the structural drawing S104 and the architectural drawing 1/A401. In reply to CM RFI # 355 the Architect issued SK # 2160 (Rev. by SK# 2189), that requires the additional installation of a steel angle anchored from the edge of the existing floor slab to support the 6" thick CMU wall, thus obtaining the required 5'-6" minimum corridor width.

- <u>Part "B"</u>- The drywall along the mezzanine walkway and at the stair transfer were not provided with the required support for the stud framing. In response to CM RFI #413, the Architect issued SK #2150, 2150R and 2271 which calls for the installation of an additional steel angle and filler plate to received the installation of the bottom track of the metal studs. A walk-thru and a survey of the area were conducted to verify the exact location(s) of the work. Six different locations were identified, measured, and properly marked on plan which were located along the walkways and stair areas at the mezzanine and ground floor levels. This change order includes mobilization & setup, erection of scaffolds, and distribution of materials to the various locations.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 050911

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **August 8, 2000**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC# 2, Contract # 16, CO # - GC-2 -036  ND #551-16**

....................................................................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of  $18,033.00 is for the cost of providing all labor, equipment and materials for the complete installation of work indicated below:

Part A-Provide additional form work to place the additional concrete to provide a smooth substrate for the waterproofing in the pool areas. There are no provisions in the contract documents to prepare the rough irregular surfaces of the rock excavation to receive the waterproofing.
Part B-Provide the additional concrete in the mud slab in order to place the pool at the proper elevation. Due to over excavation of the rock in spots which is expected in rock excavation, additional concrete is necessary to fill in these pockets.
Part C-Provide additional chopping around the pool perimeter for the gutter installation. The pool gutter as designed would have produced a tripping hazard. The architect changed this to a stainless steel flush gutter which now required additional chopping of the rock.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 050692

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    **September 14, 2000**

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **GC# 2-037    ND # 630 and 640**

................................................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 27,915.00 is for the cost of providing all labor, equipment and materials for the complete installation of work indicated below:

Part A: Furnish and install masonry support as required on the B2 level at column line 6 between column lines A and B in accordance with CM-RFI No. 486. The supports were not shown in the contract documents.

Part B: Furnish and install miscellaneous anchorage support steel for the loading dock area in accordance with the architect's revisions to shop drawing nos. M-12, M-13 and M-14. Due to the late award of Contract # 16, the structural concrete under Contract # 9 was placed prior to the embedded angles and anchors being provided under Contract # 16.

Part C: Furnish and install galvanized closure plates for the dock leveler in the loading dock area as per GC-2 RFI No. 46. The concrete was placed in accordance with the contract documents but the dimensions were too small for the specified dock leveler.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission for Part A, field condition for Part B and design error for Part C.

DASNY_TRAVELERS2 057517

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

DATE:        **September 27, 2000**

TO:          Nick D'Ambrosio

FROM:        John J. McCullough

RE:          **Baruch College - Site B ,CO # GC 2 - 038, ND # 786**

..............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 31,813.00 is for the cost of providing all labor, equipment and materials required for the complete installation of reinforcing steel as per the sketches attached to Trataros memorandum of June 20, 2000. This steel is required to support the lateral load of the vertical partition between escalator numbers 1 & 2. Upon review of the documents, the architect made changes and finalized the design in Sketch Numbers 2266, 2267, 2268 and 2269.

Contract detail 1 on A-437 calls for the studs to be braced back to the escalator truss. However, specification section 14700 (escalators) did not specify the design criteria for the truss to address the loads, deflection and reaction that would be generated by attaching a three story dividing wall to it. Subsequently, the construction of the escalator truss was not designed to withstand the loads that would be developed by bracing the partition wall on to it. This was confirmed by the escalator manufacturer, Kone Inc. in their memorandum of June 8, 2000.

Trataros was instructed to have a New York State Licensed P.E. design a support/stabilization system for the 12-inch wide, 40' high sheet rock partition wall to expedite the resolution. The architect in the meeting on 7/26/00 agreed to this solution and Trataros was directed to proceed with the same.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 351218

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

DATE:      July 13, 2001

TO:        Nick D'Ambrosio

FROM:      John J. McCullough

JOB:       **Baruch College - Site B**

RE:        **STAIRS AND RAILINGS —Trataros Const., Inc.**

           **ND # 725, CO GC2-042**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 6,715.00 is for the cost of providing all labor, equipment and materials for the complete installation of the following work:

    1.     Provide corner stiffeners at guard rails as per GC2- RFI #097.
    2.     Extend center bar rail support of Public stair #1 as per GC2- RFI #113.

Part I, the contractor installed additional corner reinforcing brackets for the guardrails at five (5) locations. The brackets were fabricated from stainless steel plates and bent to 95.84 degree angle. These were installed in conjunction with the field assembly of the guardrails. The corner brackets are not shown in the contract documents but are required in order to reinforce the corner.

Part II, through GC2-RFI #113, the contractor requested changes in the sizing of the stainless steel stanchion at the center rail of Public Stair No. 1. The Architect responded by extending the stainless steel stanchion down to the base plate and welded. Each of the (26) stanchions was increased by 2 1/2" with additional field welding in the field. This change was necessary in order for the stanchion to resist lateral forces.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 351012

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **September 29, 2000**

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**RE:**     **Baruch College - Site B  CO # GC2 – 043,  ND # 765,  Public Stair # 4**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

   This change order in the amount of $ 12,131.00 is for the cost of providing all labor, equipment and materials required for the installation and removal of Public Stair # 4 as to allow for the electrical rough-in for the light fixtures to be installed corresponding to the holes in the stringer. This change order also modified the stair to provide supports for the light fixtures underneath each tread.
   Through several meeting held at TDX Field Office on various dates (meeting minutes enclosed), the issues regarding the installation of the fixtures were addressed and the Architect concluded the following method of installation:

1) Empire to fully erect the stair to allow the electrician to coordinate the rough-in holes in the stringer with the holes through the adjacent brick wall. The stair will then be disassembled to allow the electrician to exactly install his rough-in.

2) Empire to make all necessary penetrations and fix all mounting hardware to include drilling and taping as to allow for the installation of the conduit straps, junctions boxes and light fixtures. This is necessary since the hardware holding the stair stringer together cannot be used as a means to install the fixture and exposed kindorf is unacceptable.

3) Comstock to mark all holes and location of mounting stud and all related hardware.

4) The LU-13A light fixture comes with a ballast that can be mounted no more than 12 feet away. The remote ballast will be installed within the 12 feet specified.

5) The power required to feed the fixtures would penetrate the wall from the theater lobby side through the stringer to the fixture.

6) All associated junction boxes for the branch circuits feeding the ballast will be on the theater lobby side.

DASNY_TRAVELERS2 350971

7) The stringer will have 26 holes total for the conduit in ordered to wire the fixture to each ballast.
8) From each ballast, Superflex will be routed to each fixture.
9) Four fixtures per ballast will require junction boxes to accommodate splicing.
10) The location of the fixtures, conduit, and ballast are as directed by the Architect in sketch # 2201.
11) The conduit feeding the fixture from the ballast will be located on the east side of the stringer heading back in a westerly direction.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM



**DATE:**     **November 10, 2000**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**RE:**        **Baruch College - Site B CO # GC2 – 045, ND # 809**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

     This change order in the amount of $ 18,053.00 is for the cost of providing all labor, required for the modification of the steel in the shaft for hydraulic elevator # HPE-14 to allow for the pistons run through as per the response to RFI # 293.

     The lateral bracing on the steel framing for the shaftway had to be relocated since it interfere with the travel of the (2) pistons for the hydraulic elevator. An RFI was issued and it was determined that the W8x15 lateral bracing needed to be removed and replaced with 2" x 8" structural tubes attached the building steel and to the HPE – 14 columns.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design error.

DASNY_TRAVELERS2 098132

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   **11/6/2000**

**TO:**    Nick D'Ambrosio

**FROM:**   John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**     **GC2- 050**
...............................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $13,109.00 is for the cost of providing all labor, equipment and materials for the complete installation of the following work:

- <u>ND 917-</u> Additional steel tube supports for knee wall at the lecture area of the 3rd, and 10th through the 14th floors.
- <u>ND 858-</u> Miscellaneous steel to hang and support the rated wall at public stair #3, as per GC2-RFI 126.

1. Contract detail 4/A-742 shows a knee wall section at the tiered lecture areas without any lateral support. To attain stability, it was decided to provide tubular knee wall supports similar to the ones provided in Change Order # GC2-033. Relatively, the unit cost derived from the aforementioned change order was adopted for this change. These knee wall supports are over and beyond what was paid for under C.O. # GC2-033.

2. In response to GC2 RFI#126, the Architect revised drawing detail 9/A-659 and added 5x5 angles to reinforced the knee wall at public stair #3. The rated wall below was stabilized by the addition of 3/8" diameter hanger rods. These rods were hung from the existing steel beams. There were no provisions in the contract documents to support this wall.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       November 6, 2000

**TO:**          Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**         **Baruch College - Site B**

**RE:**          **GC2-051, ND-793**

...................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $55,081.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional structural steel supports for interstory control joints of drywall framing around the main passenger elevator shaft (PE-6 thru PE-11), on the 3rd, 4th, 6th, 9th, 10th and 12th floors, resulting from Architect's response to RFIs GC2-114, GC2-120, GC2-121, CM-655, CM-724 and CM-726.

The Contractor will install W8x10 beams at 10 feet on center that will be welded to the existing steel beams at the slab edge. They will then erect and weld double angles (<8x4x1/2") cantilevered off the beams which in turn will support the drywall control joints located at each floor to allow for interstory movement. The angles will be shop fabricated at a maximum length of 10 feet, while the W8x10 beams will be cut to 7.5" in length. There are no provisions in the contract documents for interstory movement at these walls.

In developing solution for this work, the Contractor enlisted a professional engineer, Richard J. Zaloum, who modified the Architect's design on the angles on September 6, 2000. These modifications were approved by the Architect in their response to RFI CM-726 on October 25, 2000.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 350643

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       **April 17, 2001**

**TO:**         Nick D'Ambrosio

**FROM:**       John J. McCullough

**JOB:**        **Baruch College - Site B**

**RE:**         **Change Order No. GC2-054, ND #476**

...................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $6,533.00 is for the cost of providing all labor, equipment and materials necessary to change the support for the hanging soffit at the Lecture Hall 4-150, as per Architect response to CM RFI #319 and attached sketch nos. 2077, 2078 and 2078A.

Bulletin #35 drawing A-757 sketch #2078 eliminated the TS 8"x4"x3/8" and continuous ¼" steel angle which support the hanging soffit in the Lecture Hall 4-150 due to a concern to the structural stability of the soffit. However, to reinforce the soffit, sketch #2077 was issued which added two (2) diagonal 4" 20 GA steel frames at 2'- 0" O.C. that will be attached to two (2) continuous ¼" steel bent plates mechanically fastened to the metal stud framing.

Subsequently, in order to give the soffit additional support, the Architect in his response to CM RFI #319, called for the installation of 3/8" threaded rods fastened to the underside of the slab at 4'-0" O.C. with a continuous metal plate 3-1/2" wide at the bottom of the soffit.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 080638

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    **1/15/00**

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **C. O. No.: GC2-057**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 4,388.00 is for the cost of providing all labor, equipment and materials for the complete installation of additional Gypsum Board ceiling at the 2nd floor atrium area, as required by revised detail 3/ A-623 , Bulletin #38.

Bulletin 38 requires among others, the revision to detail 3/A-623. The ceiling for the curtain wall pocket was increased from the original 1' 0 3/8" to 3'-1" wide and increased the coverage of the GB ceiling at section detail 7/A-615. This change defines the limit for the installation of the GB ceiling and the suspended wood panel ceiling. While this claim incurs a monetary increase in favor of Contract 16, a credit cost reduction on Contract 15 is being processed under a separate change order as a result of the reduced scope in the installation of the adjacent wood panel ceiling. The unit cost of $9.00 per square foot as claimed is acceptable, and matches the contractor's unit rate as shown in his contract payment schedule.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design error.

DASNY_TRAVELERS2 065535

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **December 7, 2000**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        Window stool metal filler panels ND # 824, Change Order # GC2-058

...................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 29,859.00 is for the cost of providing all labor, equipment and materials required for the installation of the complete installation of the revised window stool metal filler panels from the 6th floor to the 14th floor, to conform to revisions required due to the mock-up.

The contract detail was revised from a slip joint to a caulked joint at the window connection due to the varying facet of the window mullion because of the geometry of the building. As a result, this required a 90-degree break in the metal filler panel to allow the backer rod to be compressed between the mullion and the filler panel for caulking. In addition, the filler panel had to be extend down and over the plywood backing in order to properly support the fin tube enclosures. The elevation of the filler panel was so revised to line up with the corner of the horizontal window mullion. This required additional wood blocking & shims.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 350893

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **January 30, 2001**

**TO:**        Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **Change Order No. GC2-059, ND #945**

.........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $29,341.00 is for the cost of providing all labor, equipment and materials necessary to: A) Complete installation of supplemental steel framing to laterally support the walls underneath escalator nos. 5 and 6, as per KPF's memorandum, dated 11/6/00 and B) Fabricate and install head restraint for the kitchen wall by column line 9 as shown on sketch SK-2291, dated 7/2/00.

The contract documents did not call for supplemental steel framing to laterally support the walls which runs underneath escalator nos. 5 and 6. However, in order to provide a mean of support for the walls, Kohn Pedersen Fox Associates, P.C. issued a memorandum, dated 11/6/2000 with sketches SK-2356 and SK-2356, which called for the installation of supplemental steel framing.

Drawing A-104 indicated a 12' CMU partition (type 17) in the Central Kitchen Room 1-150 to the underside of decking. However, due to interference with the kitchen exhaust ductwork, this wall could not be built to the underside of the decking above. In response to RFI #CM-632, Kohn Pedersen Fox Associates, P.C. issued sketch SK-2291, which call for supplemental steel below the ductwork as head restraint for this wall.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 350851

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE: January 29, 2001**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

RE: Change Order No. GC2-060    ND #838

...................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $18,409.00 is for the cost of providing all labor, equipment and materials necessary to: A) Fabricate and install ship ladder and platform with rails in the MP roof, as per GC-1 RFI #321; B) Enlarge openings at the 14th floor roof gutter as per CM-RFRI #727; C) Fabricate and install horizontal bracing to the rail support beams at HPE-4 as per Architect response to RFI #CM-737 and D) Extend 3/8" "Z" plate as required for cladding support in order to increase the height of the 14th floor canopy as per RFI #CM-648.

A)  The contract documents did not call for the installation of ship ladder at door 13 MP-105 in the Mechanical Penthouse on the roof. However, in order to provide a mean of access from the MP to the exterior roof, the Architect in response to RFI #CM-321 called for the installation of a ship ladder, as per attached sketches nos. SK-2381 and SK-2382.

B)  In order to allow the drain body to be installed from underneath the 14th floor roof gutter, the existing holes in the structural steel had to be enlarged as per Architect's response to RFI #CM-727.

C)  In response to RFI #CM-737, the Architect called for the installation of horizontal bracing to the W12x22 rail support beams at HPE-4, to counter act any lateral loads from the Elevator.

D)  The existing 3/8" 'Z' steel plate at the 14th floor south canopy was installed as per Contract Documents, approximately 1'-6" from where the canopy is to terminate. However, in order to increase the height of the canopy and provide adequate support to the aluminum cladding, the 3/8" 'Z' plate had to be extended, as indicated in the Architect response to RFI #CM-648.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   1/19/01

**TO:**   Nick D'Ambrosio

**FROM:**   John J. McCullough

**JOB:**   **Baruch College - Site B**

**RE:**   **GC2- 061**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 11,848.00 is for the complete installation of steel tube support framing at the east wall of Public Stair #1 as per Architect's response to RFI-GC1# 292

At a meeting in July 27, 2000 with the Architect and TDX, the contractor Trataros Construction Inc., was asked to submit a proposal on how best to support and stabilize the dividing wall between stair #1 and the escalator. The contract document shows lateral bracing of the wall from the escalator truss, but the escalator manufacturer advises that transfer loads to their truss is not recommended. By RFI-GC1 #292, the contractor submitted a sketch which was approved by the Architect. This calls for the erection of tubular steel posts and rail frames resting and supported by existing structural beams at the ground floor level.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **March 5, 2001**

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **Change Order No. GC2-062, ND #993**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $43,590.00 is for the cost of providing all labor, equipment and materials necessary to: A) Provide steel posts and lintel at the 2nd floor bookstore for brick support as per Architect's transmittal copy, dated 1/4/01 with sketches SK-01, SK-02 and SK-03, attached; and B) Provide additional dunnage steel for Cooling Tower relocation as per Architect's memorandum, dated 12/12/00.

A)  The contract documents did not indicate how to support the steel lintel (nor defined which contractor was responsible even though other items within the detail did) that support the brick wall at the 2nd floor bookstore. As a result, the Architect issued memorandum, dated 1/4/01 calling for floor to ceiling steel posts with bracing attached to the existing beams to support the steel lintel.

B)  The Mechanical contract drawing M-120 indicated the cooling tower dunnage support with a 3'-0" clear separation between the towers. However, when KPF reviewed the structural shop drawing S-120, the separation between the cooling towers was revised to 10-1/2" as per KPF memorandum, dated 2/1/99 with attached sketches CH-128 SK-1, SK-2, SK-3 and SK-4, which indicate a 10-1/2" separation between the Towers. This was to allow for the future window washing scaffold to be installed but this made it more difficult to gain access into the cooling towers for maintenance. The manufacturer recommends a separation of 3'-0". Subsequently, KPF issued a memorandum, dated 12/12/00, with attached sketch SK-01, which call for additional dunnage steel to relocate the cooling towers to a minimum of 3'-0" apart.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design error.

DASNY_TRAVELERS2 098515

# TDX CONSTRUCTION CORPORATION

# CHANGE ORDER MEMORANDUM

**DATE:**    **2/9/01**

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2- 063**

...........................................................................................................

    Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

    This change order in the amount of $ 33,109.00 is for the cost of the complete installation of the concrete roof slab on metal deck over HPE-4 as per architect response to RFI CM# 146, RFI CM#719, and RFI CM#719A

    The responsibility of providing the concrete roof slab at the theater elevator HPE-4 was not specified in the contract documents. The drawings did not show the necessary structural details and required dimensions of the concrete slab and curb. As per CM-RFI Nos. 719 and 719A, the contractor suggested the used of metal deck for the concrete roof slab and masonry blocks for the curb. The A/E in his reply has accepted this proposal. The installation of the metal deck requires shear studs welded along the existing steel beams and metal pour stop at the edges and floor opening. No. 4 reinforcing bars @ 6" o.c., e.w. at the top, and @ 8" o.c., e.w. at the bottom were specified. Dowels were placed at 12" o.c. to reinforce the masonry curb. The cost to furnish, erect and dismantle the required scaffolding is also included in this change.

    TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 350172

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     April 17, 2001

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-065, ND-989**

..........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $3,433.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional anchor supports for exterior stainless steel door frames on the Ground Floor, resulting from the Architect's memorandum dated December 5, 2000.

The Contractor drilled holes to anchor stainless steel door frames to C-channels with Tek screws and expansion shields for ten (10) single doors and six (6) double doors on the Ground Floor exterior entrances at the North, West and South Elevations. After drilling the holes, the Contractor set the door frames and screwed the anchors tight.

The anchors of the stainless steel door frames to the C-channel were not specified in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 350042

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **July 11, 2001**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **Change Order No. GC2-066, ND #932**

....................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $21,372.00 is for the cost of providing all labor, equipment and materials necessary for the complete installation of additional glass Guardrail and Stainless steel cap on the south side of the 13th floor vertical strip window, resulting from the Architect response to RFI's GC2 #161 and CM #810 dated 10/27/00 and 3/13/01, respectively.

The Contract Documents failed to show a glass guardrail and stainless steel cap on the 13th floor south vertical strip window but are required as fall protection. As a result, the Architect added a glass rail and stainless steel cap at the above referenced location as indicated on the above referenced RFI's.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.



# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **February 26, 2001**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **Change Order No. GC2-068, ND #868**

..................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $19,803.00 is for the cost of providing all labor, equipment and materials necessary to: A) Provide stainless steel gutter behind the stair Bulkhead on top of the Carlton Arms Hotel as per Architect response to CM RFI #602 and as per the attached sketch nos. 2320, 2321 and 2322, dated 8/23/00; and B) Provide steel framing at new roof penetration for exhaust fan E-17 as Architect response to CM RFI #765 with attached Engineer sketches SK-01 and SK-02 dated 9/17/98 and 12/14/00 respectively.

A)  The contract documents did not indicate how to terminate the gap between the top of the Carlton Arms Hotel and the east party wall at the stair bulkhead. As a result, the Architect responded to CM RFI #602 calling for the installation of a stainless steel gutter behind the stair bulkhead on top of the Hotel as shown on attached KPF's sketch nos. 2320, 2321 and 2322.

B)  The mechanical drawing M-120 indicated the penthouse MER exhaust fan E-17 to be located between column lines 6 and 7 on the roof but structural roof plan drawing, S-120, does not indicate steel framing for such an opening at this location nor is it shown on architectural roof plan drawing, A-120. As a result, the structural engineer issued sketch SK-01 and SK-02, which indicates the opening and steel framing, required for exhaust fan E-17.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 349948

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **March 6, 2001**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-070, ND-912**

.................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $20,034.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional structural steel supports to extend the slab edges at Escalator No. 2 on the Ground and B-2 levels, at Elevator No. HPE-14 on the Ground and B-1 thru B-3 levels and HPE-4 on the B-2 level and Ground Floor, resulting from the Architect's response to RFI Nos. CM-706, CM-731 & CM-779, respectively.

Part I, the Contractor installed bent plates and a supporting gusset plates at the Ground and B-2 Floors slab edge of Escalator No. 2, South Elevation. The structural design of the slab opening is 5'-8" wide, but the escalator is only 5'-0" wide as shown on Drawing No. A-104. This left a gap of 8" from the edge of the slab to the escalator deck plate that must be filled in. The existing concrete slab was chopped out by the Construction Manager and the bent plates were then shop fabricated and welded to the web of the existing steel beams.

Part II, the Contractor installed bent plates at the Ground thru B-3 levels due to a six (6") inch gap from the HPE-14 door sill to the existing slab edge at the South Elevation. The existing concrete slab was chopped out by the Construction Manager and the bent plates were then fabricated and welded to the web of the existing steel beams. This is as a result of the structural drawing not coordinated with the architectural drawings.

Part III, the Contractor installed bent plates at the Ground and B-2 levels due to a six (6") inch gap from the HPE-4 door sill to the existing slab edge at the North Elevation. The existing concrete slab was chopped out by the Construction Manager and the bent plates were then fabricated and welded to the web of the existing steel beams. This is also as a result of the structural drawings not being coordinated with the architectural drawings.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 349851

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     April 17, 2001

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-072, ND-1075**

...................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $5,407.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of structural steel and metal deck at Stair No. 16, B-1 Level, resulting from the Architect's response to RFI No. CM-173.

The contract documents called for the installation of a CMU wall over Stair No. 16 at the B-1 Level. However, the structural drawings failed to provide a mean of support for the CMU wall. The installation of the W12x26 beam was needed to provide structural support for the CMU wall.

The Contractor removed existing pour stop (5"x5'x3/8" bent plate) and studs. They shop fabricated a structural steel beam (W12x26) and two (2) base plates, then installed and welded the structural steel beam and base plates onto existing steel beams at B-1 Level over Stair No. 16. They cut and installed metal deck, then re-installed the pour stop and re-welded the studs to the bent plate.

This work was necessary to provide structural support for the masonry wall that will be installed at this location by another contract.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     4/27/01

**TO:**      Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**      **GC2- 074, ND# 819**

..........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 4,017.00 is for the cost to provide additional abrasive in-fills in the stair treads at public stair #3 as per KPF Sketch #2302.

The contract drawing shows a single 1 ½" wide abrasive nosing per tread. This was modified by the Architect in the issuance of SK 2302, which added (8) additional short strips of abrasive in-fill at the outer edge of each tread. This revision requires additional time and materials during the pre-casting of the terrazzo treads. The additional in-fills are required to meet the Building Code requirement.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 349756

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   3/30/2001

**TO:**   Nick D'Ambrosio

**FROM:**   John J. McCullough

**JOB:**   **Baruch College - Site B**

**RE:**   **ND 712, GC2-075,  Hung Lintel Support
At East Side Of  SW Entry**

..........................................................................................................……………………………

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 39,925.00 is for the cost of providing all labor, equipment and materials required for the installation of hung lintel support at the east side of the southwest entry in accordance with the architect response to GC2-RFI #099.

The structural steel contract drawing failed to show the hung lintel support for the brick wall on the second floor at the southwest entry. The Architect, in his response to RFI #099 issued sketches #2210 through #2218, #2225 and #2226. These sketches require the additional hangers to support the hung lintels from the third floor building frame. 4" x 4" steel angles were connected from existing steel beams and from the underside of the slab as vertical and diagonal support to the lintels. The materials were shop fabricated to required lengths and hand carried to the 2nd. floor level. Surface preparation includes the removal of fire proofing on existing steel surfaces and "hilti" bolts were used to anchor the supports to the underside of the metal deck floor. Shop drawings were likewise prepared to conform to the architect's sketches. The following miscellaneous work are also incorporated in this change order:

1. Relocate steel tube girts that were stored on the 6th floor roof. These girts were to be installed after the temporary hoists are removed but in the interim, they were in the way of the installation of the strip windows. Contract # 2 was not on site at the time.
2. Install 30' girt (6th floor) when the temporary platform for the outside hoists was removed. Contract # 2 installed the girts as the hoists were being removed but could not install this last one until the temporary platform was removed. By the time the platform was removed at a later date, Contract # 2 had already demobilized.
3. Additional bent plate installed along col. lines 3, 4, 5 & 6 that were not shown in the contract documents.
4. Added structural steel support of escalator wall due to dimensional error in elevation.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 349712

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **6/15/01**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2- 076, ND # 920**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $5,594.00 is for the cost of providing all labor, equipment and materials for the furnishing and installation of an additional pantry station and counter in Room 1-182 as per GC-2  RFI # 149.

Millwork details on contract drawing, A-691 failed to reference room 1-182 as requiring a pantry and counter. In response to GC2- RFI # 149, the Architect clarified the need for a pantry station and counter top in this room and to adopt a similar detail as shown on contract drawing 8/A-691 but with a longer length of 10'-6.

.TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission

DASNY_TRAVELERS2 338937

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      April 17, 2001

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-077, ND-1108**

........................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $7,196.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of maintenance anchors located on the roof, resulting from Architectural changes in Bulletin No. 41 dated May 5, 2000.

The Contractor laid out and drilled two (2) holes on the 14th Floor slab at the South Elevation. However, the drilling hit steel beams at both locations. The Architect, when indicating the location of the three (3) anchors at 30' on center on drawing No. A-118, Bulletin No. 41, mistakenly placed the proposed location of the roof anchors on top of existing steel beams along the column lines. This forced the Contractor to go back to the Architect to identify new locations – approximately three (3') feet from the original holes – then return with their crew for a second day to actually do the installation.

The Contractor installed three (3) Pro-Bel roof anchors, including structural bolts, base and backer plates, U-hooks with heat-shrink rubber and spun aluminum flashing. The anchors are rated for a maximum 5000-lb load, with a working load of 1000-lb.

Notwithstanding the above, the contract drawings and specifications did not indicate any type of roof anchors for future window washing and/or curtainwall/siding maintenance in the post-construction phase of the facility.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.