# EXHIBIT
# 7 – Part 2

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   July 25, 2001

**TO:**   Nick D'Ambrosio

**FROM:**   John J. McCullough

**JOB:**   **Baruch College - Site B**

**RE:**   **GC2-078, ND-1111**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $68,437.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of:

a.  Additional closure plates at HPE-4 elevator and at the escalators from the B-2 level through the 5th floor
b.  Additional miscellaneous steel to support the front wall of the three (3) racquetball courts
c.  Additional metal and glass panels, aluminum doors with side lites and solar shades for the President's office on the 5th floor.

This work resulted from Architectural changes in Bulletin No. 44 dated December 15, 2000.

a)  Miscellaneous Steel

Part I, the Contractor fabricated and installed a built-up closure angle to close the gap between the landing and the stair by the HPE-4 elevator on the B-2 level. The contract documents did not indicate the closure of this gap underneath the terrazzo floor.

Part II, the Contractor will install three (3) different types of closure details for the gaps between the floor slabs and the finished escalators on the 2nd through 5th floors. These gaps have to be closed in for the terrazzo flooring. The enclosure details (see page 6 of the estimate) include Detail A) 1/8" steel plate welded to the existing bent plate at the floor slab;  Detail B) 1/8" steel plate expansion bolted into the concrete floor slab where the bent plate is not called for in the contract documents and Detail C) 1/8" bent plate installed in the gap at the landings and welded to the structural steel. The contract documents did not indicate the closure for these gaps between the escalators and the floor slabs.

b)  The Contractor will install steel angles for the top and mid-wall supports for the front wall of the three (3) racquetball courts located in the B-3 through the B-2 levels. These supports are necessary to minimize the amount of penetrations or anchoring through the drainage mat and negative waterproofing system on the foundation walls.

DASNY_TRAVELERS2 338757

c)  Interior Storefront

 The Contractor shop fabricated and installed metal and glass partitions with aluminum doors and side lites at the President's office and the executive assistant's office as per sketch nos. Sk-1C, 2365, 2366 & 2367.  This area by contract was supposed to be a conference room but was made into offices for the President and his assistant.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 338758

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    **4/26/01**

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **Modification to Metal Studs at Public Stair #1**
        **ND #1036; C. O. No.: GC2-082**

..............................................................................................................

      Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

      This change order in the amount of $ 1,463.00 is for the cost of providing all labor, equipment and materials required for the complete installation of metal studs at public stair No. 1, due to modification required by the Arhitect's response to GC2 RFI # 115.

      The Architect's response to GC2 RFI #115 has modified among others the change in the guage sizing of the metal studs from ga. 16 to ga.12. The studs were screwed and laterally supported from ¼" thick fish plates spaced at 12" o.c. This change incurred additional hours in installation and material cost due to the switch to a heavier guage. It is also noted herein that the installation of support angles and plates similarly described in this RFI was separately paid for under Change Order GC2-044 in favor of a different trade.

      TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design error.

DASNY_TRAVELERS2 338663

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    **5/01/01**

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2-084, ND#1161**

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 16,038.00 is for the cost of providing additional labor in handling, transporting, and distribution of roofing materials to the 13th and 14th floor roofs.

The 13th and 14th floor roofs were delayed due to the delays in starting the metal siding on the east wall. The metal siding could not start due to design changes as a result of the contract design being beyond the property line. The roofs could not have been loaded with roofing material at the time that the temporary exterior hoists were in service since this would have impeded the rigging and staging for the metal siding and curtain wall work. This forced the contractor to hand load the roofing material from the ground floor to the SE-12 car and off load in limited quantities, walking through finished floors and through finished areas to get to the roofs through roof doors that are 18" above finished floor. The contractor incurred additional manpower to mobilize the material than originally anticipated.

It is hereby noted that this change order is different and unrelated to change order GC2-080.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated a design omission.

DASNY_TRAVELERS2 013492

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   August 14, 2001

**TO:**   Nick D'Ambrosio

**FROM:**   John J. McCullough

**JOB:**   **Baruch College - Site B**

**RE:**   **GC2-085, ND-449**

..........................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $38,034.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional fabric, stainless steel flashing and coping cap at the east elevation parapet over the CO-OP parking garage, resulting from the Architect's response to RFI CM-301 and as per Bulletin No. 26.

None of this work is indicated in the contract documents but is necessary in order to provide a water tight condition between our building and the CO-OP parking garage.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 338557

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     July 24, 2001

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-086, ND-1238**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,627.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional stainless steel rain skirts at fence posts on the 13th and 14th floor roofs to protect the base flashing from exposure to ultraviolet light, resulting from the Architect's response to RFI No. CM-872 and changes incorporated into Bulletin No. 35, dated September 1, 1999.

The Contractor will install (100) rain skirts on the 13th floor (32) and 14th floor (68) roofs at the east elevation. This work will include the shop fabrication of the stainless steel rain skirts to fit snug around the 2"x2" fence posts, fastened with three (3) rivets at the interior seam and then sealed on the top and bottom with gray caulking to prevent water leakage.

The manufacturer would not warranty the roof unless the base flashing around the fence posts is protected from UV exposure. This was brought to the attention of the Contractor during the manufacturer's site walk-through, as stated in Barret's memorandum dated May 11, 2001.

The contract documents did not indicate any type of rain skirt or protection against UV exposure at the fence posts. This was due to the Architect's original design which called for the fence posts to be anchored to the top of the pre-cast pavers but through Bulletin No. 35, dated September 1, 1999, the anchoring of the fence posts was relocated to the roof deck and flashed with roofing material. It was this change that prompted the roofing manufacturer, Barret, to request the installation of rain skirts to protect the flashing.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**        June 25, 2001

**TO:**          Nick D'Ambrosio

**FROM:**        John J. McCullough

**JOB:**         **Baruch College - Site B**

**RE:**          **GC2-087, ND-1169**

........................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $16,867.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of stainless steel flashing and roof emulsion to protect the exposed roof flashing from ultraviolet light, resulting from the Architect's response to RFI CM-825.

Part I, the Contractor installed stainless steel flashing at the step roof pavers on the 15th Floor roof, along column line D/2-7. The roofers raised and removed the stone pavers, providing access for the sheet metal workers to install the stainless steel angle on the exposed section of the roofing membrane, for a total of 140 LF.

Part II, the Contractor will apply one (1) coat each of Ram Ultra-White Primer and Ram Ultra-White Roof Emulsion to the unprotected areas between the stainless steel siding and the roofing.

The manufacturer would not guarantee warranty for the life of the materials unless the exposed flashing has UV protection. This was brought to the attention of the Contractor during the manufacturer's site walk-through, as stated in a letter dated March 26,2001.

The contract documents, drawings and specifications did not indicate any type of UV protection for the roofing at this step up portion of the roof.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 338507

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **August 14, 2001**

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College – Site B**

**RE:**     **GC2-088, ND#1255**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $12,307.00 is for the cost of providing all labor, equipment and materials for the complete installation of work indicated:

Provide concrete fill in north entrance vestibule by column line A-7 and in north planter area as per GC2-RFI #238 and GC2-RFI #236.The contractor proceeded with the work as requested and all work was performed on 6/29/01 – Saturday.

The concrete fill in these areas are not shown in any of the contract documents but are necessary to bring the floor and the planters to its correct elevations.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 010674

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   July 24, 2001

**TO:**   Nick D'Ambrosio

**FROM:**   John J. McCullough

**JOB:**   **Baruch College - Site B**

**RE:**   **GC2-090, ND-1**

......................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $7,622.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of Best Access locks for the mail access panels at various locations throughout the building, resulting from the Architect's memorandum dated April 25, 2001.

The architect selected a lock set that is over and beyond what is specified under specification section 06400, "Architectural Woodwork," paragraph 3.05e.5 and what is shown on detail 1/A-561. This lock set will provide added security.

The Contractor has order the new locks, including levers, backset, core housing pin, strike package, with an overall brushed satin steel finish. They will install twenty-six (26) sets of these locks for the mail access panels.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 045959

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

DATE:        July 23, 2001

TO:          Nick D'Ambrosio

FROM:        John J. McCullough

JOB:         **Baruch College - Site B**

RE:          **GC2-091, ND-1092**

......................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $5,646.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional free-standing benches at the 5th and 8th floor atriums, resulting from the Architect's response to RFI No. GC2-195 and Sketch Nos. SK-2460 thru SK-2463.

The architect made a net add of three (3) additional benches. Four regular benches were added to the 8th floor in lieu of two long benches in the atrium by the passenger elevators, one was deleted on the ground floor adjacent to the information desk at the southwest entry and two were added on the 5th floor by the north atrium. The additional wood benches will have custom steel bases supported by stainless steel rods, clevis pins and finished fasteners.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 338321

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **August 27, 2001**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-094, ND-948**

.....................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $11,144.00 is for the cost of providing all labor, equipment and material necessary to install three (3) additional rows of stainless steel ribs for the screen mesh wall in the TV lounge area as per CM- RFI #758.

These three (3) additional stainless steel horizontal ribs that are equally spaced between the top and bottom frames of each panel are required to ensure that the curvature of the wire mesh is maintained. The additional ribs are not shown in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated due to design omission.

DASNY_TRAVELERS2 338242

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **July 16, 2001**

**TO:**        Nick D'Ambrosio

**FROM:**    John J. McCullough

**RE:**        **Baruch College - Site B, CO # GC2 -095 , ND # 1263**

........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $23,050.00 is for the cost of providing all labor, equipment and materials required for modification of perforated stainless steel panels at the public stairs throughout the building, resulting from the Architect's response to RFI # CM-891.

The contractor is required to notch the stainless steel panels at the public stairs that are in conflict with the support beams and their GFRG beam enclosures. The notching of the panels are not shown in the contract documents, but are needed in order to install the SS panels.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 010943

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **August 15, 2001**

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **Trataros Const., Inc., C.O. #GC2-096, ND #1121**

..................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $19,155.00 is for the cost of providing all labor, equipment, and materials required for the installation of the following miscellaneous metal works:

1.  Install tube posts to laterally support the low walls at stair No.1 on the 1st and 2nd floors, and on the B2 level in the theater atrium. All in accordance with RFI #340 and RFI #338. These supports are not shown in the contract documents but are required in order to laterally stabilize the free standing knee walls.

2.  Provide hanging rods and steel plates to support sheetrock enclosure at Escalator Nos. 3 and 4 as per SK 2303. Contract documents failed to show steel supports to hang the 2 hour rated sheetrock enclosure around the escalator pits off of existing structural steel. As discussed and agreed in the meeting of March 23, 2001, the contractor was directed to support the enclosure with a continuous 4"x1/4" steel plate hung from the existing steel beams with 3/8" diameter rods.

3.  Provide stainless steel plate (diamond pattern) ramp at the entrance of Equipment Room 1-132. There is a 3" discrepancy in the contract documents between the finished elevation of the equipment room and the sidewalk elevation which necessitated this ramp. See detail 2/A-306 and S-104.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated due to design omission.

DASNY_TRAVELERS2 025524

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **August 15, 2001**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-097, ND-894**

.................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,869.00 is for the cost of providing all labor, equipment and material necessary for the complete:

a.   Removal and reinstallation of countertop in pantry 13-220 to accommodate coring of concrete floor slab, resulting from the Architect's revised response to RFI CM-821.
b.   Installation of modified access panels at the fixture lowering station on the 11th floor, resulting from the Architect's response to RFI GC2-699.

Part I, the Contractor removed a previously installed countertop, as the electrical contractor had to core the concrete floor slab in order to install the contract required outlet in room 13-220. The coring machine would not fit underneath the counter. The Contractor reinstalled the countertop after the electrical contractor installed the poke thru in the floor slab.

The electrical contractor had questioned the location of the poke through but was directed by the architect to place the poke through as per the contract drawings. This was reiterated in the Architect's reply to RFI CM-821 (5/7/01). Thus, a backcharge in the amount of $770.00 will be assessed to Contract No. 11, under ND No. 458.

Part II, the architect increased the size of the stainless steel access panels at the lowering station on the 11th floor to accommodate all the mechanism. In Sketch No. 2345, the scope increased in quantity and in size and added stiffeners and lap plates for the panels, which are to be welded along the vertical seams.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 338099

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **August 8, 2001**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2- 098 , ND#1316**

.................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 6,881.00 is for the cost of providing all labor, equipment and materials to furnish and install fully adhered EPDM roofing at north canopy as per response to GC1-RFI #369.

The north canopy metal deck is on a negative pitch into the building. The architect's detail calls for sheetrock to be applied to the deck and an air barrier laid on the sheetrock. However, because the stainless steel canopy is made up of many pieces that are caulked on the flat and there are many penetrations such as stations, lights etc, they are prone to leaks. Therefore, the detail was amended to  replace the sheetrock with 5/8" cementitious board and shim as required to get a positive pitch away from building. Also to install water tight roof  system EPDM roofing by Firestone at north canopy will be furnished and installed in response to GC1-RFI 369.

A credit for the vapor barrier and the sheetrock will be  applied  under ND # 1248.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 035152

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       **August 15, 2001**

**TO:**         Nick D'Ambrosio

**FROM:**       John J. McCullough

**JOB:**        **Baruch College - Site B**

**RE:**         **GC2-100, ND-1246**

............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,986.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of sloped maple wood caps on top of the curtain wall on the 8th & 11th floors at the South Atrium, resulting from the Architect's Sketch Nos. 2496A, 2496 & 2508.

The Contractor will fabricate and install 140 LF of sloped maple wood cap for the top of the curtain wall on the 8th and 11th floors. These wood caps are not shown in the contract documents but are requested by the architect for aesthetic reasons.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 045760

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       **August 15, 2001**

**TO:**         Nick D'Ambrosio

**FROM:**       John J. McCullough

**JOB:**        **Baruch College - Site B**

**RE:**         **Trataros Const., Inc., C.O. #GC2-104, ND #1230**

.........................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,134.00 is for the cost of providing all labor, equipment, and materials required for the installation of cleat angle supports at both ends of the stud purlins on the roof of the food court bridge, in accordance with the architect's response to RFI #GC2-196.

The Architect in his reply to RFI #GC2-196 has issued SK # 2490 that requires the installation of steel angles to support the ends of the purlin studs. The angles were shop fabricated and then field installed to the brick wall with Hilti-anchor bolts. The purlin studs were then bolted to the angles. A moving platform was used to access all twenty two (22) end conditions of the studs. These angles are not shown in the contract documents but are required in order to support the purlins.

.TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated due to design omission.

DASNY_TRAVELERS2 045057

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **August 15, 2001**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-108, ND # 674**

..............................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $11,200.00 is for the cost of providing all labor, equipment and materials necessary to complete the additional two-hour rated spray on fireproofing at stair 7 as per attached GC2 RFI # 75. This work was not part of the original Contract document requirement.

The contract documents failed to indicate the required spray on fireproofing for stair #7. The architect in his response to GC2-RFI #75 called for the spraying of all steel channel, angles and plates that are supporting the stair.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 337696

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     October 23, 2001

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-109, ND-1311**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $12,015.00 is for the cost of providing all equipment and material necessary for the complete installation of a stainless steel roll-down grille at the 2nd floor coffee bar, resulting from the Architect's response to RFI No. GC2-217.

There is a conflict between the contract drawings and the specifications and also within the architectural drawings as to whether we brought a roll down grille in the 2nd floor coffee bar. The specification does not indicate a roll down grille in this particular location. Architectural plan, A-105 and all the referenced details on A-529 and referenced elevations on A-647 does not indicate a roll down grille. The grille is only shown on A-747 but we can not get to this detail.

The Contractor met with TDX representative, Jim R. Jones, and DASNY cost control representative, John Mueller and agreed to pay for the material portion of the roll-down grille only. It was agreed that some of the burden needed to be shared with the Contractor, as the contract documents does call out that the drawings and specifications are "complementary." Therefore, the cost estimate does not take into account any of the labor cost to hoist and install this grille.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 035027

**TDX CONSTRUCTION CORPORATION**

**CHANGE ORDER MEMORANDUM**

**DATE:**     **November 5, 2001**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-115, ND-1337**

...................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $3,705.00 is for the cost of providing all labor, equipment and material necessary for the installation of flashing around the mushroom vent on the 16th floor. This work was recorded on a time and material ticket basis.

On the 16th floor roof, this vent is only shown on mechanical contract drawing, M-120 but is not shown in the structural or architectural drawings. Therefore, there were no provisions made in the roof for this vent when the roofing was done. Subsequently, the opening was provided by others and the roofing contractor had to come back and tied-in the curb to the new roof as indicated on the time and material ticket dated August 7, 2001.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **December 18, 2001**

**TO:**     Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-116, ND #1287**

..............................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $5,354.00 is for the cost of providing all labor, equipment and materials necessary to furnish and install a stainless steel angle between the floor and the guardrail on the 4th floor corridor, as per the response to CM-RFI # 898.

During the pouring of the concrete, it was evident that the camber in the steel did not come down as designed. As per RFI nos. SC-019, CM-046, 051, 059 and 063, the contractor was directed to maintain a constant coverage over the decking. This resulted in the slab not being level which created a gap between the stainless steel base for the guardrail and the finished floor. In order to close this gap, a stainless steel angle was provided as per CM RFI No. 898.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 355875

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    **October 23, 2001**

**TO:**     Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**     **Trataros Const., Inc., C.O. #GC2-117, ND #1314**

...................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $2,862.00 is for the cost of providing all labor, equipment and materials required for the installation of a curve steel base plate fronting stair #3 at the theater entry bench and an extended flat plate at the escalator entry, all at the ground floor level and in accordance with the Architect's response to RFI# GC2- 228 and CM-RFI#894.

In reference to RFI #GC2-288, the architect has confirmed his reply through CM-RFI #894, that a curve steel plate be installed to fill in the gap between the existing floor slab and the curved bench so that we can install the terrazzo flooring. Similarly, a flat plate was also installed at the escalator base and welded to the existing building beam to support the floor slab extension. These plates are necessary since the structural drawings were not properly coordinated with the architectural drawings.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 035114

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      November 9, 2001

**TO:**         Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**        **Baruch College - Site B**

**RE:**         **GC2-118, ND-1425**

.....................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $18,768.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of Optics Glass and additional framing in control room 5-155, resulting from the Architectural changes in Bulletin No. 31, dated March 10, 1999, and Bulletin No. 41, May 25, 2000.

This change represents the increase in size of the window framing from 12'-0" to 16'-0" (Bulletin No. 41), from regular float glass to special anti-glare glass (Bulletin No. 31) and from the glass being in a vertical position to a slant position (Bulletin No. 31). A credit of ($5,098.97) was taken into account for the contract frame and glass. This change is necessary so that the audio/video equipment can function properly.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 091715

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

DATE:           December 5, 2001

TO:             Nick D'Ambrosio

FROM:           John J. McCullough

JOB:            **Baruch College - Site B**

RE:             **GC2-121, ND-1389**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $27,902.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional steel supports for the Stage in the Recital Hall on the B-3 Level, resulting from the Architect's response to RFI No. CM-919.

As per the contract documents, there are not enough supports for the metal decking underneath the stage. Additional supports are required. In addition, the CMU piers that are shown in the contract documents will not provide a continuous support for the decking. Through RFI No. CM-919, additional supports were provided and the CMU piers were replaced with continuous tubes and posts.

The Contractor fabricated steel tube posts and beams and delivered them to the site. They installed the posts by drilling bolts into concrete floor slab and fastening them to the base plates. They set and welded the steel beams to the posts, forming seven (7) walls (up from 5 walls in the contract drawing A-810) to support the stage as detailed in Sketch A-810. A credit was taken for the original design of CMU kneewalls and pylons.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       **November 14, 2001**

**TO:**         Nick D'Ambrosio

**FROM:**       John J. McCullough

**JOB:**        **Baruch College - Site B**

**RE:**         **Change Order No. GC2-122, ND #1440**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $12,458.00 is for the cost of providing all labor, equipment and materials necessary to install steel bollards and automated door opening hardware as per CM-RFI #910 at the locations shown on KPF's sketches SK-2548, 2549, 2550, 2551 and 2552.

The location of the push buttons for the power assist doors were not shown in the contract documents and in some areas, there is no strategic location to place them on for proper operation of the power assist doors. Thus, Architect in response to CM-RFI #910 called for "Wireless" push plate technology (see attached KPF's sketches). In areas where there are no walls to place the push plates, free standing stainless steel bollards will be added to mount them.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 092410

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

DATE:       February 15, 2002

TO:         Nick D'Ambrosio

FROM:       John J. McCullough

JOB:        Baruch College - Site B

RE:         GC2-123, ND-1201

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $36,642.00 is for the cost of providing all labor, equipment and material necessary to install the following work resulting from the Architect's response to GC2-RFI #207.
1  Extend exterior stone at north elevation by column line 12 and cut to fit adjacent stone panels.
2  Provide labor on T & M basis for field cutting of stones to meet existing dimensional conditions.
3  Replace exterior stones at various locations due to field conditions affecting dimensions on
    approved  shop drawings

Due to the discrepancy in the layout of the concrete curb on drawing S-104B and Architectural drawing A-051, the stone and the architectural channel had to be replaced. This process also affected 4 adjacent stones requiring additional cutting to make them fit.

Secondly, and prior to the start of fabrication of the stones, the stone contractor was not able to conduct the necessary field measurements because some of the brick facing was not yet completed. To avoid any delay, the fabrication of the stones went as scheduled based on theoretical dimensions. However, when the stones were being installed, it was observed that the brick was out of the minimum required tolerance. This was a result of the lintel being welded to the steel by design, which did not allow for any adjustment of the relieving angles to support the brick. As a result, the stones had to be modified by cutting or re-fabricating new stones to meet actual length of openings so that the stone is in alignment with the face of the brick and/or the support channel.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated due to design error.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    January 21, 2002

**TO:**      Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**     **Baruch College – Site B**

**RE:**      **GC2-124, ND-1421**

........................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $8,283.00 is for the cost of providing all labor, equipment and material on T & M basis for the installation of the following work:

1.    Provide angle posts to support motorized projection screen in room 4-150 resulting from Architect's response to RFI No. GC2-206.
2.    Provide steel supports for the recessed floor lights at the ground floor in front of Elevator HPE-4, resulting from Architect's changes in Bulletin No. 12, dated May 12, 1998.

Part I, the Contractor added additional steel framing to support the projection screen in room 4-150. This was due to the projection screen being twenty-six (26') feet in length and weighing over 500 pounds. The supplemental steel was added to carry the loading required by the oversized projection screen, as indicated in the manufacturer's product data. These supports are not shown in the contract documents.

Part II, the Contractor installed additional steel pans to support the recessed floor lights in the North Atrium at Elevator No. HPE-4 on the Ground Floor. These lights were added to the project in the Electrical Contract (No. 11) under Bulletin No. 12.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated due to design omission.

DASNY_TRAVELERS2 091293

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    **February 15, 2002**

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2-125, ND#1267**

........................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 6,576.00 is for the cost of providing all labor, equipment and material necessary to install extended wood panels, caps, base molding and steel supports at the 4th floor lecture hall stage (room 4-150), resulting from the Architect response to GC2-RFI#245 and CM-RFI#860.

The contract documents did not make any provisions to provide a three inch depression in the floor slab to accommodate the handicap lift. The architect in response to RFI #860 called for a concrete ramp to be poured from the finished floor to the platform of the handicap lift. This ramp would have extended three feet beyond the stage front. Therefore, the front of the stage was extended accordingly and the same on the other side to maintain symmetry.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 011049

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**　　　December 13, 2001

**TO:**　　　Nick D'Ambrosio

**FROM:**　　John J. McCullough

**JOB:**　　　**Baruch College - Site B**

**RE:**　　　**GC2-127, ND-1340**

.................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $12,686.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional structural steel supports to reinforce the guide rails for the hydraulic lift on the ground floor thru the B-2 level at Elevator No. HPE-14. This work was done on a time and material ticket basis.

The elevator contractor noted that prior to completing the hydraulic elevator (HPE-14), there was too much "play" in the guide rails that supported the twin hydraulic pistons. Large angles (<8"x6"x1/2") were fabricated and installed on both sides of the elevator door on each one of the above three (3) floors. The guide rail runners were then welded to the angles by intermediate miscellaneous irons, which stiffened the runners and provided the necessary supports.

The Architect in his response to GC1 RFI # 364 stated that the contract specifications for "Miscellaneous Steel (elevators)" No. 05115 called for the Contractor to supply the steel. The Contractor did not agree since there was no way for them to bid on an additional one (1) ton of steel that didn't show up in any of the contract documents.

This issue was discussed with the Dormitory Authority's cost control analyst, John Mueller, on December 5th, 2001 and DASNY determined that this additional steel is beyond the contract requirements.

The Contractor installed the steel angles on a premium time basis, working around the schedule of the elevator contractor. The work was thus recorded on a time and material ticket basis, covering the days of May 3rd, 4th & 7th.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 036011

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**        **February 1, 2002**

**TO:**          Nick D'Ambrosio

**FROM:**        John J. McCullough

**JOB:**         **Baruch College - Site B**

**RE:**          **GC2-128, ND-861**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $10.095.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional steel tube supports to reinforce the steel beam to accept the sliding fire doors in the Black Box Theater, resulting from the Architect's response to Trataros sketches, dated 10/17/01.

Contract detail 6/A-602 indicate masonry in fill between the flanges to support the fire doors. This is unacceptable to the door manufacturer, American Metal Door, which required positive anchoring directly to the steel beam since each door weights over 2500 lbs. In response to Trataros memorandum of 10/10/01, the architect added additional steel tube supports between the flanges to support the doors. Subsequently, the contractor shop fabricated the steel tubes and installed them to the steel beam, drilled holes in the anchor clips that support the wheels and bolted them to the steel tubes.  The tubes were welded to the steel beam.

A credit for the CMU block will be taken out of Contract No. 4.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 355199

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**  December 3, 2001

**TO:**  Nick D'Ambrosio

**FROM:**  John J. McCullough

**JOB:**  **Baruch College - Site B**

**RE:**  **Trataros Const., Inc., C.O. #GC2-130, ND #862**

..........................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 43,405.00 is for the cost of providing all labor, materials and equipment necessary for the modification of the stainless steel handrails/ guardrails as per Architect's memo dated September 1st, 2000.

Subsequent to the Architect's review of the two railing mockups at Public Stair #5( 3rd fl.) and Public Stair #8 ( 13th fl.), KPF issued a memorandum underlining the required modifications to the railings. It was noted that due to excessive lateral movement of the guardrail and handrail support bracket, further anchorage is required. The memorandum requires the provision of two additional recessed stainless steel spanner head screws to be screwed  approximately 1 ½" – 2" down from the top and in opposite sides of each stanchions into the handrail/guardrail bracket. The fabricated posts assembly were already on site, it had to be transported back to the fabrication shop for the required modifications. From there, they were unpacked, sorted out, marked for boring of countersunk holes, install the added S/S Spanner machine screws, and finally repacked for re-delivery. These additional screws are not shown in the contract documents but became necessary after fabrication.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated due to design error.

DASNY_TRAVELERS2 355137

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **May 8, 2002**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-131, ND# 1509**

.........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 1,461.00 is for the cost of providing all labor, equipment and materials necessary to provide additional two-hour rated spray on fireproofing at transfer stair # 7 on the 2nd floor, as per GC2-RFI # 75.

The contract documents failed to indicate the required spray on fireproofing for stair # 7. The architect in his response to GC2-RFI # 75 called for the spraying of all, steel channels, angles, and plates supporting the stairs and platforms.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design omission.

DASNY_TRAVELERS2 052554

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **December 11, 2001**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**RE:**        **Baruch College - Site B, Bulletin # 33, Locker Bases, CO # GC2 -134, ND # 1445**

......................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 28,858.00 is for the cost of providing all labor, equipment and materials required for the installation of poured lightweight concrete bases for the lockers as described in Bulletin # 33, Drawing A-447, Detail Numbers' 7 & 8.

These bases are required in order to elevate the lockers off the finished floor for sanitary purposes.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission

DASNY_TRAVELERS2 354994

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

DATE:        December 11, 2001

TO:          Nick D'Ambrosio

FROM:        John J. McCullough

JOB:         **Baruch College - Site B**

RE:          **GC2-136, ND-1443**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $19,238.00 is for the cost of providing all labor, equipment and material necessary for the complete the installation of additional stainless steel ramp and steel supports for granite countertop, resulting from the Architect's response to RFI Nos. GC2-268 & GC2-269, and for elevator pit ladders at hydraulic elevator nos. HPE-4 and HPE-14.

Part I, the Contractor installed a stainless steel ramp at the depressed floor in storage room B3-106. The contract documents did not indicate a transitional ramp from the B-3 corridor into this depressed room. They also shop fabricated and installed steel tube to support the granite countertops in the men and women's bathrooms on the B-3 Level. These supports are not shown in the contract documents.

Part II, the Contractor installed a elevator pit ladder in each of the hydraulic elevators, HPE-4 and HPE-14. For HPE-4, the contract documents didn't show an elevator pit ladder for this elevator. For HPE-14, the contract documents showed the elevator pit ladder, however, it was labeled as the responsibility of Contract No. 15 as detailed on drawing A-423 on Bulletin No. 11 but this note came after the bid for contract # 15.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    December 19, 2001

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    Baruch College - Site B

**RE:**    Trataros Const., Inc., C.O. #GC2-139, ND #1193

........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $14,580.00 is for the cost of providing all labor, equipment, and materials required to modify the railings and posts at the south west plaza and terrace, in accordance with the Architect's response to GC2 RFI #356.

The Architect in his response to GC2 RFI #356 has accepted the contractor's recommendation for the up grade and re-sizing of the posts and the railings. This was based on the Structural Engineer's review that the contract post for the railing was under sized and may bend upon moderate use. It was also decided that the hand rail should be increased from a 1 ½" diameter to a 2" diameter round pipe in order to correspond with the enlarged rail posts. In addition, the contract bolted anchors were found to be insufficient and the posts were changed so that they can be embedded into the concrete slab.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated due to design error.

DASNY_TRAVELERS2 030586

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      December 19, 2001

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College – Site B**

**RE:**        **GC2-140, ND-1309**

.......................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,872.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of grounds to hang the artwork in the North Atrium, resulting from the Architect's response to RFI No. GC2-246. The work was recorded on a time and material ticket basis.

The wall panels in the east lobby of the North Atrium are not structurally strong enough to support the artwork that would be displayed in the building lobby. Therefore, the contractor fabricated and installed plywood grounds as per the response to RFI GC2-246. The grounds will reinforce the panels where each individual piece of artwork will be anchored to the wall. These grounds are not shown in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 354783

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       **December 19, 2001.**

**TO:**         Nick D'Ambrosio

**FROM:**       John J. McCullough

**JOB:**        **Baruch College Site-"B"**

**RE:**         **GC#2, Contract # 16, CO #GC-2-141, ND #1498.**

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $70,000.00 is for the cost of providing all labor, equipment and materials for the complete installation of built-up shower bases as per the engineer's response to RFI #CM-203, dated April 23, 1999 and subsequent bulletin #033, dated July 14, 1999.

Drawing A-445 shows various elevations depicting pre-cast shower pans without any information on which contract will provide these pans. Also the schedule on plumbing drawing P-401 did not list any pre-cast shower receptors and contract #16 specification section 10800 did not list pre-cast showers receptors either.

In response to RFI #CM-203, the engineer asserted that pre-cast showers will not be used anywhere on the project and that built-up units are to be provided by contract #16 over #4 lead pans. These built up shower bases are not shown in any of the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 051843



# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **February 21, 2002**

**TO:**         Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**        **Baruch College - Site B**

**RE:**         **Change Order No. GC2-142, ND #1466**

............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $2,442.00 is for the cost of providing all material necessary to fabricate two stainless steel shutters for the Box Office room #1-104 and the Security Office room #1-131 on the Ground floor.

Contract specification section 08333 indicates the location of the stainless steel shutters for the Coat Room #B2-177, Food Court 170 and Food Court Lobby 171only, but failed to indicate the location for the above referenced rooms. However, the shutter for the (2) rooms in question are shown on contract details 15/A-644 and 4/A-324. Due to the conflicts in the contract documents a meeting was held at TDX field office with DASNY change order unit personnel and TDX to discuss this issue. As a compromise, DASNY instructed TDX to compensate the contractor for the material cost of the stainless steel shutters only, since the contract specifications fail to indicate that shutters are required in these (2) rooms. The contractor agreed with the compromise and hence the issuances of this change order.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 089294

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     February 15, 2002

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-143, ND-1474**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,466.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of maple cabinets in the President's office on the 5th floor, resulting from the Architect's response to RFI No. CM-926, and for providing cover plates in the gymnasium floor, resulting from the Architect's response to RFI No. CM-832.

Part I, these cabinets are not shown in the contract documents. As a result, the contractor was directed to fabricate and install maple-veneer wood cabinets in the President's office on the 5th floor. The cabinets include two (2) shelves per cabinet, doors, hardware, and plastic laminated countertop with a backsplash. This work is necessary to complete the furniture layout in the office in order to enclose the refrigerator and to provide storage space with a countertop for food and beverages.

Part II, the contract documents does not indicate any cover plates in the gymnasium floor to gain access to the clean outs in the slab for the under slab drainage system.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 089597

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

| | |
|---|---|
| **DATE:** | January 10, 2002 |
| **TO:** | Nick D'Ambrosio |
| **FROM:** | John J. McCullough |
| **JOB:** | **Baruch College - Site B** |
| **RE:** | **GC2-144, ND-1346** |

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $14,297.00 is for the cost of providing all labor, equipment and material necessary for the complete installation of additional stainless steel bars to support light fixtures at TV Lounge in room 3-260, resulting from the Architect's response to RFI No. CM-914 and Sketch No. 2537.

The contract documents in architectural drawing No. A-126 (Addendum No. 1, Contract No. 16), "3rd Floor RCP," shows a partially drawn TV Lounge. However, there was no reference to the light fixture detail on drawing A-755 "Game Room/Lounge Details" that would have allowed the Contractor to account for the one (1") inch stainless steel bar required to support the light fixtures.

The Contractor will install horizontal stainless steel bars on the ceiling at the sudent TV Lounge, Room No. 3-260, to support the light fixtures which are plugged into ceiling outlets. This work will be done on three (3-4) to four trips, working around the students' schedule when the Lounge isn't occupied.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 090114

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **January 21, 2002**

**TO:**       Nick D'Ambrosio

**FROM:**     John J. McCullough

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-145, ND#1515**

.......................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 6,495.00 is for the cost of providing all labor, equipment and materials for the complete installation of work indicated to provide removable enclosures for the fan coil, fin tube and dummy units in the north atrium as per the attached CM-RFI # 940.

The contract documents did not indicate a removable enclosure to maintain and gain access to the controls of the fan coil units. In addition, the size of the adjacent dummy enclosures had to be increased to match the same dimensions and design as the fan coil enclosures. The further east fan coil unit was changed to a low profile fin tube and enclosure since the back of the fan coil would had been exposed through the oversized picture window. DASNY agreed to reimburse 50% of the cost which represent the difference in cost between the new design and what was brought in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 052647

# TDX CONSTRUCTION CORPORATION

# CHANGE ORDER MEMORANDUM

**DATE:**      **January 24, 2002**

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **Change Order No. GC2-146, ND #1470**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,218.00 is for the cost of providing all labor, equipment and material necessary to provide the overflow alarm and fill box for the Pool chlorine tank as per Bulletin No. 37 and Cosentini's sketch no. SKP-17.

Bulletin #37 called for the installation of a NaOC1 fill box for the pool chlorine tank at the exterior north wall and a vent plate in the wall at 10'- 0" above grade (see attached Cosentini's sketches SKP-14, 15, 16 and 17). Subsequently, the Architect changed the location of the fill box to the east wall adjacent to the north entrance in order to conceal it from public view. Also, the fill box was revised to a custom-made 16"(w) x 20"(h) x 12"(d) Nema-4 stainless steel and overfill alarm panel and associated fittings. However, the location of the vent plate remains unchanged.

The original pool contract documents called for the use of two pellet feeders (calcium hypo chlorite feeders). Due to objections raised by the New York City Department of Health and the New York City Fire Department on other projects to storing chlorine tablets in the building, the pool chemicals were changed to liquid sodium hypo-chlorite. As a result, the Architect issued Bulletin #37 and Cosentini sketches which required the additional installation of the fill and vent lines, overfill alarm and fill box. The vent and fill lines were already paid via, Trataros Change Order No. GC2-024. This change order is just for the overfill alarm, fill box and the relocation of the fill station.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 089433

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      February 7, 2002

**TO:**        Nick D'Ambrosio

**FROM:**      John J. McCullough

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-148, ND-1572**

......................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $15,013.00 is for the cost of providing all labor, equipment and material necessary to install membrane waterproofing in the three (3) racquetball courts on the B-3 level, resulting from the Architect's response to RFI CM-943.

The contract documents did not address the issue of possible excessive moisture seeping through the concrete floor slab on the B-3 level. In response to CM-RFI # 943, the architect added a membrane waterproofing system to the floor to ensure that no moisture will permeate through and cause damage to the wood flooring in the racquet ball courts. This waterproofing is not shown in any of the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 354457

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       May 10, 2002

**TO:**         Nick D'Ambrosio

**FROM:**       Ray Leu

**JOB:**        **Baruch College - Site B**

**RE:**         **GC2-150, ND-1286**

..............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $7,819.00 is for providing all labor, equipment and material necessary to modify the stainless steel grating and extend the threshold at the Southwest vestibule as per the architect's response to GC2-RFI # 242.

The stainless steel grating at Ground Floor Vestibule (Room 1-175) had to be adjusted due to revisions in the panel configuration as indicated in GC2-RFI # 242 to align with the interior set of doors. This created more joints. In addition, the threshold had to be extended to cover the rixons. This was not shown in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the above costs should all be appropriated as a Design Omission.

DASNY_TRAVELERS2 012292

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       **February 1, 2002**

**TO:**         Nick D'Ambrosio

**FROM:**       John J. McCullough

**JOB:**        **Baruch College - Site B**

**RE:**         **Change Order No. GC2-151, ND #1580**

.........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $3,887.00 is for the cost of providing all labor, equipment and material necessary to provide containment vat on the B3 level for the NaOCl storage tank for the swimming pool.

The contract documents did not make any provision for the installation of a containment vat for the NaOCl storage tank. As a result, the contractor was directed to provide the containment vat as per CM RFI # 961 to contain any over spill that may occur in the NaOCl storage tank.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       **March 25, 2002**

**TO:**         Nick D'Ambrosio

**FROM:**       Ray Leu

**JOB:**        **Baruch College - Site B**

**RE:**         **GC2-152, ND-1604**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $1,352.00 is for the cost of providing all labor, equipment and material necessary to increase the depth of the countertops in control room nos. B1-152, B2-179, 4-140 & 5-150, resulting from the Architect's comments on the contractor's shop drawing nos. C-10, 12, 42 and 44.

The Architect increased the size (depth) of the countertops in four (4) control rooms that are situated in the Black Box Theater (B2-179) and Recital Hall (B1-152), and the two control rooms for Lecture Hall 4-150 (4-140 & 5-155) on the east elevation.  Comments made by the Architect on the final review of the contractor's shop drawings requested an increase in size from 24" to 36" in control rooms B1-152, 4-140 & 5-155.  In control room No. B2-179, the counter depth was increased from 24" to 30" in order to provide more counter space.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.  It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 088032

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**  March 25 2002

**TO:**  Nick D'Ambrosio

**FROM:**  Ray Leu

**JOB:**  **Baruch College - Site B**

**RE:**  **Trataros Const., Inc., C.O. #GC2-153, ND #1557**

.........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,422.00 is for the cost of providing all labor, equipment, and materials on T & M basis for the installation of the following work:

1. Provide a steel support angle at edge of slab to support the guardrail in the sports atrium.
2. Provide labor to increase the size of the opening for the rough in the stainless steel turnstiles on the ground floor.
3. Provide stainless steel brackets to anchor the light fixtures at the north canopy roof as per Bulletin No. 33.

1.1. The edge of the floor slab at the ground floor sports elevator lobby is missing an embedded support angle to support the guardrail. To avoid any delay, the guardrail contractor was instructed to provide a 3" x 3" x 18" angle anchored to the slab to support their guardrail.
1.2. The opening in the bottom of the turnstiles for the rough in did not match with our embedded bus duct. This was as a result of the turnstiles being re-oriented to fit between the security desk and the stainless steel partition. The openings had to be enlarged to pick up the bus duct.
1.3. There were no supports indicated in the contract documents for these light fixtures on top of the canopy. Subsequently, Bulletin No. 33 was issued to provide anchors through the stainless steel roof panels.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 188247

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     May 10, 2002

**TO:**       Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-159, ND-1573**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $29,315.00 is for the cost of providing all labor, equipment and material necessary for the complete the installation of:

Part I     Steel handrails @ Black Box Theater, resulting from Architect's Sketches Nos. 2564-2568.
Part II    Steel closure plates @ base of columns in the North Atrium ground floor as per CM RFI # 957.
Part III   Steel closure plates @ Stair No. 16, resulting from the Architect's response to CM RFI # 963.
Part IV    Steel closure plates @ Public Stair No. 3, resulting from the Architect's response to
           RFI No. CM-956.

Part I, the Contractor fabricated and installed handrails at the upper level entrances for both the Recital Hall and Black Box Theater. The contract documents did not show these handrails to be installed in these locations. The Architect through Sketches Nos. 2564, 2565, 2566, 2567, and 2568 identified the locations for the new railings.

Part II, the Contractor fabricated and installed steel closure plates at the base of the columns in the North Atrium ground floor. They fastened the plates to the columns with lag screws that were countersunk. This work was done to match the existing column enclosures and are not shown in the contract documents.

Part III, the Contractor fabricated and installed steel closure plates alongside Stair No. 16. The contract documents did not indicate these closure plates.

Part IV, the Contractor fabricated and installed steel closure plates that were welded on top of the stringers at the circular Public Stairs No. 3. There was a gap between the stringers and the brick wall and the circular hydraulic elevator HPE-4 cladding. The contract documents did not indicate these steel closures plates to close the gap. The contractor made a template to gauge the curvature of the circular hall, then install four foot long pieces to close off the gap.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the above costs should all be appropriated as a Design Omission.

DASNY_TRAVELERS2 188699

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **May 6, 2002**

**TO:**     Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-162, ND-1632**

............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,000.00 is for providing all labor, equipment and material necessary for the complete installation of shoe molding in the B-1 Level Fitness Center and door saddles in the Main Gymnasium, resulting from the Architect's response to RFI No. CM-980.

Part I, the variation in elevation of the concrete floor slab in the Fitness Center produced an irregular gap between the bottom of the wood base and the finished synthetic floor. RFI No. CM-980 called for a shoe molding to be installed around the perimeter, where the wood base meets the floor to conceal and voids. The Contractor installed the molding and applied a clear finish in the three (3) rooms that comprise the Fitness Center. It is our recommendation that the cost should be appropriated as a Design Omission.

Part II, the contract documents do not indicate any door saddles between the wood floor and the adjacent finished concrete floor in the Main Gym. Therefore, under RFI No. CM-980, the Contractor installed the saddles to make the transition between 2 different types of floor. It is our recommendation that the cost should be appropriated as a Design Omission.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.

DASNY_TRAVELERS2 188831

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     May 10, 2002

**TO:**       Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-165, ND-1630**

........................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $23,640.00 is for the cost of providing all labor, equipment and material necessary to modify the roof railings from wall mounted to floor mounted due to the architect extending the parapet coping down to the roof level on shop drawing No. 278 (LBL).

The contract documents originally called for the roof railing to be wall mounted underneath the coping cap at the elliptical roof and the railing was fabricated accordingly. However, the architect extended the cap down to the finished roof level for aesthetic purposes and to cover the exposed base flashing. This in turn, prevented the railings from being mounted on the wall. Pockets would have had to be provided in the cap so that the railing could be anchored into the concrete parapet and then made water tight and capped over to conceal the anchoring plates.

The Contractor met with the A/E and came up with a solution to the problem. By designing and building a couple of mockups, they found that there was no sufficient way to anchor the railings through the stone pavers and into the roofing system. Therefore, the solution was to fasten the four to five (4-5') foot segment of railings and weld them together with horizontal braces on both top and bottom rails, making the railings a curved monolithic system mirroring the ellipse. These changes will impact the Contractor, first by removing shop fabricated wall brackets, then cutting off the bottom caps on the vertical rails in order to insert and weld the leg extensions. The base plates will be welded to the bottom of the legs. Each section had to be tack welded and aligned with the former, then final welded and positioned to provide a continuous, even height around the ellipse.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the above costs should all be appropriated as a Design Error.

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     July 23, 2002

**TO:**       Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-167, ND-1708**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $3,790.00 is the cost for providing all labor, equipment and material necessary for the installation of the following:

1. Reflash relocated curb on the 15th floor roof, due to Contract No. 4 constructing the curb in the wrong location.
2. Flash and cutout holes in the roof pavers on the 14th floor roof, resulting from the installation of roof anchors in Bulletin No. 41, dated May 5, 2000.

Part 1, the Unit Masonry contractor incorrectly lay out the construction of the east curb along column line 7 on the 15th floor south elevation. The curb was erected too close to the louvers that were going to be installed perpendicular to the curb. Therefore, the Unit Masonry contractor, Contract No. 4, had to go back and tear up the old curb and relocate it to the proper location. This, in turn, impacted the roofing subcontractor, since they had already installed the roofing prior to the relocation of the curb. The curb had to be reflashed and tied into the roofing system. Contract No. 4 will be backcharged a total amount of ($2,855.00). It is our recommendation that this cost should be appropriated as a back charge.

Part 2, the Architect added three (3) Probel roof anchors on the 14th floor roof slab along the south elevation in Bulletin No. 41, which were paid for in change order no. GC2-077 (ND #1108). The contract documents did not provide any type of roof anchors for future window washing equipment in the post construction phase of the facility. The Contractor had to re-roof around the anchors after they were installed. It is our recommendation that this cost should be appropriated as a Design Omission.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval.

DASNY_TRAVELERS2 168880

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **November 1, 2002**

**TO:**     Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-168, ND #1518**

.......................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,197.00 is for providing all labor, equipment and material necessary for the complete installation of stainless steel access panels in the Ground Floor north canopy, as per the Architect's Sketch No. 1206. This work will be recorded on a time and material ticket basis. Also, to fabricate stainless steel stiffeners to be installed in the railing posts of Public Stair No. 1 in the ground floor atrium, resulting from the A/E response to RFI No. CM-899.

After the North Canopy had been erected and sealed, the Architect noted that access for future maintenance of roof drains and heat tracing was needed. Therefore, the Architect requested that two (2) of the stainless steel panels be transformed into access doors connected with a continuous piano hinge. This method proved to be too costly for the stainless steel fabricator, who suggested that smaller access doors (2'x2') be installed directly into the cladding of the canopy. The Architect accepted this alternative. The Construction Manager purchased the two (2) stainless steel access panels directly from the manufacturer at a total cost of $190.00. The ornamental metal subcontractor provided the holes in the existing stainless steel cladding and installed the access panels flush with the canopy surface.

After the center railing was installed at Public Stair No. 1, it became evident that there was too much play in the handrails. The contract documents shows the handrail bracket to be sandwiched between two plates. This design did not provide enough rigidity to the post. Therefore, the center portion of each post had to be reinforced with another stainless steel insert plate.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 052328

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**  **July 25, 2002**

**TO:**  Nick D'Ambrosio

**FROM:**  Ray Leu

**JOB:**  **Baruch College - Site B**

**RE:**  **GC2-171  ND #1614**

..............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,501.00 for providing all labor, equipment and material necessary to install ceramic tile floors in the two (2) Sauna rooms on the B-1 Level, resulting in the Architect's response to RFI No. CM-970.

The contract documents did not indicate the type of finish floor in the Sauna rooms (Nos. B1-136 and B1-141). Therefore, the Contractor installed a waterproof membrane, set the 1"x2" ceramic tiles and applied the epoxy grout finish. The finisher returned the following day and washed down the excess grout off the surface of the tiles. The application and cleaning portion of the epoxy grout was recorded on a time and material ticket basis only, and thus was included in the estimate.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**        **July 22, 2002**

**TO:**          Nick D'Ambrosio

**FROM:**        Ray Leu

**JOB:**         **Baruch College - Site B**

**RE:**          **GC2-175,  ND #1272**

...............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $10,325.00 is for providing new undermount sinks, steel tube framing supports and additional aprons to the countertops in the men's and women's toilets (Room Nos. WT1/2 & MT1/2) on the 14th floor, as per the Architect's memorandum dated June 27, 2001.  The steel tube installation was recorded on a time and material ticket basis.

Due to the excessive weight of the granite countertops, the Contractor installed steel tube (2"x4"x3/8") framing and concealed it with four (4") inch stone apron in front of the granite countertop in the four (4) toilets on the 14th floor. The specified 1'-10" width of the countertops was not wide enough to accept the approved —American Standard Aqualyn Countertop Lavatory from Contract # 6.  Therefore, new sinks had to be provided. The above additions are not shown in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Error.

DASNY_TRAVELERS2 011663

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     July 25, 2002

**TO:**     Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-176  ND #1631**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $10,947.00 is for providing all labor, equipment and material for the complete installation of floor-mounted wire mesh enclosures around the fan starters in B1-135 and B2-132 Men's Locker Rooms, resulting from the Architect's response to RFI No. CM-976 and Sketch Nos. 2580-2584.

The fan starters in two (2) Men's Locker Rooms are surface-mounted on the walls and unprotected. They were installed as per the electrical contract drawings. However, the contract documents did not call for any kind of protection to be built around the starters. Therefore, the Contractor will fabricate and install wire mesh enclosures as per CM RFI No. 976.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 189241

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    **August 2, 2002**

**TO:**    Nick D'Ambrosio

**FROM:**    Ray Leu

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2-177,  ND #1586**

..............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $4,461.00 is for providing all labor, equipment and material to paint the exposed steel bracing in the ground floor multi-purpose rooms.  This work was recorded on a time and material ticket basis.

The contract documents did not call for any lateral steel bracing to support the light fixture battans in the multi-purpose rooms.  This additional steel bracing was paid for under Change Order No. GC2-034 (ND #780).  Due to this change, the painting subcontractor had to comeback and spray paint the bracing during after hours and after the rooms were finished.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Design Omission.

DASNY_TRAVELERS2 087137

## TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**  January 31, 2003

**TO:**   Nick D'Ambrosio

**FROM:**  Ray Leu

**JOB:**   **Baruch College - Site B**

**RE:**   **GC2-204, ND-1778**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This credit cost change order in the amount of ($8,114.00) is for not furnishing and installing the maple cabinets in the President's Office on the 5th Floor, resulting from the Architect's response to RFI No. CM-926.

Through Change Order No. GC2-143, the Contractor was suppose to install maple wood cabinets in the new President's Office on the 5th floor. However, the college moved the President's office down to the 4th floor and therefore, these cabinets are no longer required. Since the Contractor did not perform this extra work, a credit is being taken for this portion of the work in change order no. GC2-143.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the above costs should all be appropriated as a Design Omission.

DASNY_TRAVELERS2 370439

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:** January 3, 2003

**TO:** Nick D'Ambrosio

**FROM:** Ray Leu

**JOB:** **Baruch College - Site B**

**RE:** **GC2-197, ND-867**

........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This is a net credit cost change order in the amount of ($78,226.00) for all deletions and additions associated with the revised Building Pavement Plans. This involves the following:

1. Not removing existing Traffic Signals and not installing new Traffic Signals at various locations.
2. Not laying out and painting "Ladder" Crosswalk on 25th Street.
3. Not constructing two (2) Handicap Sidewalk Ramps on 25th Street.
4. Not milling and resurfacing existing blacktop and asphalt base on 25th Street.
5. Cleaning-out existing catch basins.
6. Providing additional light pole on 24th Street

Part 1. The Contractor did not remove and did not install a new traffic signal at the corner of 25th Street and Lexington Avenue as per the contract documents. They also did not install two (2) new "orange blinking" traffic signals at the pedestrian crossing at the mid-point on 25th Street and tying them into the existing light pole on 25th Street and 3rd Avenue.

Part 2. The contract documents called for a twelve (12") inch wide painted pedestrian crosswalk between Baruch College Sites 'A' and 'B' on 25th Street. The contractor did not perform this work. Therefore, a credit will be taken for the field measurements, layout and bituminous painting not done as per the revised Building Pavement Plans.

Part 3. The contract documents called for two (2) new Handicap ramps to be installed in the sidewalk at the ends of the pedestrian crosswalk between Baruch College Sites 'A' and 'B' on 25th Street. The contractor did not perform this work. Therefore, a credit is being taken for not demolishing and removing the existing sidewalk and curb, and for not constructing new handicap ramps as per the revised Building Pavement Plans.

DASNY_TRAVELERS2 190124



Part 4. The contract documents called for a two (2") inch milling of existing asphalt top, removal of debris, and paving of new bituminous asphalt top at the crown of the road on 25th Street, from road Stations 11+40 to 13+25, near Third Avenue and for patching the roadway for the underground conduit to 3rd Avenue. However, the Contractor never performed this work, leaving the existing roadway in place. Therefore, a credit will be taken for not milling and resurfacing the roadway as per the contract documents.

Part 5. The Contractor cleaned out by hand, the two (2) existing catch basins and its piping on Lexington Avenue that were beyond their contract requirements to determine if we can leave the existing catch basins in place.

Part 6. The Contractor provided and roughed in an additional light pole on 24th Street as per the revised Building Pavement Plans.

All of the above deletions and additions were as a result of changes to the Building Pavement Plans from the original contract plans.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the above costs should all be appropriated as a Design Error.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**       August 27, 2002

**TO:**         Nick D'Ambrosio

**FROM:**       Ray Leu

**JOB:**        **Baruch College - Site B**

**RE:**         **GC2-179, ND-1719**

.......................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $10,656.00 is to provide all labor, equipment and material necessary to install stainless steel handrails in the Recital Hall (B3-140), as per the Architect's memorandums dated June 21 & 26, 2002, and Sketch Nos. 2584 thru 2590.

The contract documents did not call for any handrails along the walls in the Recital Hall. As per the Architect's sketches, the Contractor will install wall-mounted stainless steel handrails along the stairs on either side of the auditorium's seating, in order to provide an extra measure of safety to the occupants. The Contractor will fasten the stainless steel handrails using Carlstad self-aligning handrail brackets.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the above costs should all be appropriated as a Design Omission.

DASNY_TRAVELERS2 189324