# EXHIBIT 8

5/07/04                                              CUNY-BARUCH COLLEGE
                                                   Site "B"- Post Occupancy Services
                                                           Contract No. 51046

AMENDMENT NO. 30

A Contract having been made as of the 14th day of September 1995, amended by Amendment No. 1 dated March 26, 1996, Amendment No. 2 dated February 3, 1997, Amendment No. 3 dated April 11, 1997, Amendment No. 4 dated April 11, 1997, Amendment No. 5 dated February 10, 1998, Amendment No. 6 combined with Amendment No. 5, Amendment No. 7 dated November 19, 1998, Amendment No. 8, Amendment No. 9, Amendment No. 10 dated February 12, 1999, Amendment No. 11 dated March 9, 1999, Amendment No. 12 dated March 9, 1999, Amendment No. 13 which is a $0.00 DA System Change, Amendment No. 14 dated July 19, 1999, Amendment No. 15 dated July 19, 1999, Amendment No. 16 dated October 28, 1999, Amendment No. 17 dated May 8, 2000, (Amendment No. 18 not used), Amendment No. 19, Amendment No. 20, Amendment No. 21, Amendment No. 22, all dated December 1, 2000, Amendment No. 23 dated June 6, 2001, Amendment No. 24 dated August 3, 2001, Amendment No. 25 dated October 18, 2001, Amendment No. 26 dated February 1, 2002, Amendment No. 27 dated April 3, 2002, Amendment No. 28 dated January 8, 2003 and Amendment No. 29 dated June 24, 2003, by and between the **DORMITORY AUTHORITY - State of New York**, having its principal office and place of business at 515 Broadway, Albany, New York, 12207-2964 therein and hereinafter referred to as the OWNER, and **KOHN PEDERSEN FOX ASSOCIATES, P.C.**, whose office is located at 111 West 57th Street, New York, New York 10019, therein and hereinafter referred to as the ARCHITECT; and

WHEREAS, the OWNER has requested the ARCHITECT to Provide Additional Services for the Design and Construction Services for the Canopy and Façade Treatment as described herein for the Project; and

WHEREAS, the OWNER and the ARCHITECT have agreed upon an amount of compensation and a revised Time of Completion for the Additional Services; and

NOW, THEREFORE, the OWNER and the ARCHITECT agree that said Contract is hereby amended as follows:

1.    ARTICLE I:   ARCHITECT'S SERVICES, APPENDIX "A", SCOPE OF SERVICES OF ARCHITECT - II. Additional Services, is hereby amended to include the following services:

Baruch College - Site "B"

The ARCHITECT shall provide:

Additional Services of the ARCHITECT for the Design and Construction Administration for the Canopy and Façade Treatment at Baruch College, Site "B" for the implementation of snow and ice remediation as follows:

- Detailed design of a system to reduce the potential for snow and ice to fall from building
- Follow guidelines outlined in RWDI report June 23, 2003

KPF_Travelers 021744

- Review design drawings to determine if they satisfy the intent of the recommendations from the original study
- RWDI to provide written comments and marked up drawings
- Two sets of drawing review, one for the preliminary design and one for a secondary follow-up
- RWDI to review photos taken of the building before and after installation of the snow retention measures and comment on how they perform
- Sub-consultant to provide specification of heat tracing and ice anchors
- Schematic options for canopies/facade treatment with budget cost
- Provide design services, construction documents and construction administration, including site visits

2. **ARTICLE V: PROVISION FOR PAYMENT, MAXIMUM AMOUNT PAYABLE**, is amended by this Amendment (No. 30) to increase the total amount of this Contract by the Not to Exceed Amount of $123,358.00, and shall read as follows:

   **MAXIMUM AMOUNT PAYABLE**

   The OWNER shall pay, and the ARCHITECT agrees to accept, as full compensation for all Services pursuant to this Amendment, the Not to Exceed amount of Seventeen Million, Five Hundred Twenty-eight Thousand, Five Hundred Thirty and 00/100 Dollars ($17,528,530.00). Appendix "B," entitled **SUMMARY OF PAYMENTS**, is attached to and made a part hereof. Payments shall be made in accordance with the following Schedule:

   | | |
   |---|---|
   | Baruch College, Site "B" | $16,778,394 NTE |
   | School of Public Affairs | 750,136 NTE |

   Payments for Services shall be made monthly in proportion to Services performed and approved by the OWNER. Payments shall be requisitioned on the OWNER's form, **PROFESSIONAL SERVICES CONTRACT PAYMENT REQUISITION**, with accompanying backup. Only said form shall be used for reimbursement of Services.

   A. **ARCHITECT'S SERVICES**

   2. **Additional Services**

   The OWNER shall pay, and the ARCHITECT agrees to accept, as compensation for all Additional Services pursuant to this Amendment, the Not to Exceed amount of Five Million, Seven Hundred Twenty-one Thousand, Eight Hundred Two and 00/100 Dollars ($5,721,802.00). Payments shall be made in accordance with the following Schedule:

   | | |
   |---|---|
   | Baruch College, Site "B" | $ 5,028,701 NTE |
   | School of Public Affairs | 693,101 LS |

   Payments for Additional Services pursuant to this Amendment No. 30 shall be paid in accordance with the following schedule:

2

KPF_Travelers 021745

Amendment No. 30

| Baruch College – Site "B" | $ 121,358 NTE |
|---|---|
| Pre Schematic | $ 6,068 LS |
| Schematic | 12,136 LS |
| Design Development | 24,272 LS |
| Construction Documents | 46,116 LS |
| Bid | 6,068 LS |
| Construction Administration | 26,698 NTE |

B. **REIMBURSABLES**

Payment for approved Reimbursables pursuant to Article VI. Shall be made monthly on the basis of invoices submitted by the ARCHITECT and approved by the OWNER. Total reimbursement for said Reimbursables shall Not Exceed Six Hundred Six Thousand, Seven Hundred Twenty-eight and 00/100 Dollars ($606,728.00). Payment for reimbursables added pursuant to this Amendment (No.30) shall be made in accordance with the following Schedule:

Amendment No. 30

| Baruch College –Site "B" | $ 2,000 NTE |
|---|---|
| Miscellaneous Reimbursables | $ 2,000 NTE |

3. **ARTICLE XIV: TIME OF COMPLETION** is amended to revise the Time of Completion from December 31, 2000 to December 30, 2004 and shall read:

The ARCHITECT shall complete all services on or before December 30, 2004.

It is further agreed that all other terms and conditions of this Contract, as amended, shall remain in full force and effect.

RAD/ah

KPF_Travelers 021746

In WITNESS WHEREOF, the Owner has executed this Amendment on the __17<sup>T</sup>__ day of ___June___, 20__04__.

**Dormitory Authority**
515 Broadway
Albany, NY 12207-2964

By: _Douglas Van Vleck_
Title: Managing Director of Construction
Date: 6/17/04


In WITNESS WHEREOF, the ARCHITECT has caused this Amendment to be signed by its duly authorized officer on the __11__ day of __June__, 20__04__.

KOHN PEDERSON FOX ASSOCIATES, P.C.

By: _[signature]_
Title: Vice-President
Date: 6/11/04

---

¹  If a corporation, signer must be President, Vice-President or other authorized officer.
   If a Limited Liability Company (LLC), signer must be a member or manager.
   If a Limited Liability Partnership (LLP), signer must be a partner.
   If a Limited Partnership, signer must be an authorized partner.
   If a general partnership, signer must be a partner.
   If a sole proprietorship, signer must be the owner.

4

KPF_Travelers 021747

## OWNER'S ACKNOWLEDGEMENT FORM

ACKNOWLEDGEMENT OF DORMITORY AUTHORITY OFFICER EXECUTING CONTRACT

STATE OF NEW YORK )
COUNTY OF ALBANY  )    ss:

On the  17th  day of  June  in the year 20 04, before me personally came DOUGLAS M. VAN VLECK, to me known, who, being by me duly sworn, did depose and say that he resides at 28 Furry Road, Wynantskill, NY, 12198; that he is the Managing Director, Construction of the Dormitory Authority, the corporation described in and which executed the foregoing instrument; and that he signed his name thereto by authority of the Board of said corporation.

PEARL ELLEN ROCK
Notary Public, State of New York
No. 01RO5022790
Qualified in Albany County
Commission Expires Jan 18, 20 06

_____
Notary Public

KPF_Travelers 021748

## ARCHITECT'S ACKNOWLEDGEMENT FORM

ACKNOWLEDGEMENT OF ARCHITECT EXECUTING CONTRACT, IF A CORPORATION

STATE OF _New York_ )
                                              ) ss. :
COUNTY OF _New York_ )

On the _11_ day of _June_ in the year 20_04_, before me personally came _William Pedersen_, to me known, who, being by me duly sworn, did depose and say that he/she/they reside(s) at _7 West 81st Street, New York NY 10024_ (include street and street number, if any); that he/she/they is (are) the _Vice-President_ of _KPF_, the corporation described in and which executed the foregoing instrument; and that he/she/they signed his/her/their name(s) thereto by authority of the Board of Directors of said corporation.

_[signature]_
Notary Public

RAMSES CONYERS
Notary Public - State of New York
NO. 01CO6007749
Qualified in Kings County
My Commission Expires May 26, 2006

KPF_Travelers 021749

## ACKNOWLEDGEMENT OF ARCHITECT EXECUTING CONTRACT, IF A PARTNERSHIP, LIMITED LIABILITY COMPANY OR INDIVIDUAL

STATE OF _____ )
                                                      )    ss. :

COUNTY OF _____ )

On the _____ day of _____ in the year 20____, before me, the undersigned, a Notary Public in and for said State, personally appeared _____, personally known or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

_____

7

KPF_Travelers 021750

APPENDIX "B"

SUMMARY OF PAYMENTS

<u>MAXIMUM AMOUNT PAYABLE</u>                                    $17,528,530 NTE

A.   <u>ARCHITECT's SERVICES</u>

   1. <u>Original Scope of Services</u>            $11,200,000 LS
      Programming                              $ 336,000 LS
      Pre-schematics                             616,000 LS
      Schematic                                1,288,000 LS
      Design Development                       2,464,000 LS
      Construction Documents                   3,920,000 LS
      Bidding                                    112,000 LS
      Construction                             2,240,000 LS
      Post Construction Deliverables             224,000 LS

   2. **ADDITIONAL SERVICES**                      $ 5,721,802 NTE

      <u>Amendment No. 1</u>                   $   165,705 LS
      Kohn Pedersen Fox                      $    20,359 LS
      Castro-Blanco, Piscioner                    54,155 LS
      Vollmer Associates                          47,934 LS
      Federman Design                             21,112 LS
      Testwell Craig                              22,145 LS

      <u>Amendment No. 2</u>                   $   547,130 LS
      <u>School of Public Affairs</u>
      Schematic Design                       $    69,718 LS
      Design Development                          93,231 LS
      Construction Documents                     187,096 LS
      Bidding and Award                           22,651 LS
      Construction Administration                 82,824 LS
      Elevator Design                             12,100 LS
      Expediter Service                           16,500 LS

      <u>17 Lexington Avenue</u>
      Feasibility Study                      $    63,010 LS

      <u>Amendment No. 3</u>                   $   106,005 NTE
      <u>Historic Exhibition / Kaufman Stables</u>
      Part 1 - Demolition                    $    34,313 NTE
      Part 2 - Design                             42,458 NTE
      Part 3 - Bidding / Const. Admin.            21,734 NTE
      CONSULTANT'S Administration                  7,500 NTE

KPF_Travelers 021751

| | |
|---|---|
| **Amendment No. 4** | **$ 141,737 LS** |
| **Baruch College, Site "B"** | |
| **Asbestos Abatement Services** | |
| Air Monitoring Services | $ 74,503 LS |
| Air Sampling & Analysis | 37,653 LS |
| | |
| **Soils Contamination Services** | |
| Field Labor | $ 5,760 LS |
| Sampling & Analysis | 20,610 LS |
| 10% Consultant's Markup on Labor | 3,211 LS |
| | |
| **Amendment No. 5** | **$ 75,240 NTE** |
| **Baruch College, Site "B"** | |
| Labor Soil Contamination | $ 20,583 NTE |
| Sampling & Analysis | 37,710 NTE |
| Consultant Markup | 1,200 NTE |
| (At rates previously established) | |
| | |
| **School of Public Affairs** | |
| Labor for Air Monitoring (Asbestos Abate) | $ 10,572 NTE |
| Air Sampling & Analysis | 5,175 NTE |
| (At rates previously established) | |
| | |
| **Amendment No. 7** | **$ 331,981 LS** |
| **School of Public Affairs** | |
| Art Glass and Wall Installation | $ 60,000 LS |
| Payment to Non-Selected Artists | 4,000 LS |
| ARCHITECT'S Admin. Fee | 6,000 LS |
| | |
| **Baruch College, Site "B"** | |
| **Signage** | |
| Signage Sub-Consultant | $ 69,000 LS |
| ARCHITECT'S Admin. Fee | 15,315 LS |
| **Security System** | |
| Security Sub-Consultant | 153,000 LS |
| ARCHITECT'S Admin. Fee | 24,666 LS |
| | |
| **Amendment No. 8** | **$ 434,585 LS** |
| KPF | $ 60,585 LS |
| Cosentini Associates | 281,000 LS |
| Cosentini Constr. Admin. | 93,000 LS |
| | |
| **Amendment No. 9** | **$ 221,084 NTE** |
| **KPF** | |
| Schematics | $ 4,784 LS |
| Design Development | 5,938 LS |
| Construction Documents | 20,803 LS |
| Bid Phase | 1,154 LS |
| Construction Services | 10,055 LS |

KPF_Travelers 021752

<u>Shen Milson & Wilke</u>
1. Additional Spaces/Capabilities         $  74,000 LS
    (includes deleted video & viewing
    studio credit of $17,500)
2. Program Development                    19,000 LS
3. Smart Podium                           12,000 LS
4. Video over the Internet                12,000 LS
5. On-site Supervision                    51,850 NTE
    (Sr. Assoc. @ $43/hr X 2.5 X 1,210 hrs)
6. Altered Backgrounds                    5,000 LS
7. Telecommunications Coordination        4,500 LS

**<u>Amendment No. 10</u>**                       **$    55,508 NTE**
<u>KPF</u>
Pool Work                                 $   4,357 LS

<u>Cosentini Associates LLP</u>
Pool Work Coordination                    1,851 LS

<u>Counsilman/Hunsacker & Associates</u>
Construction Documents                    32,045 LS
Bid Phase                                 3,451 LS
Construction Administration               13,804 NTE
Principal & Sr. Assoc.      $95/hr
Sr. Associates              $34/hr *
Associates                  $26/hr *
Engineer                    $30/hr *
Architectural Technician    $18/hr *
 * subject to a 2.5 Multiplier)

**<u>Amendment No. 11</u>**                       **$   757,343 LS**
B. Accelerated Schedule -
    Additional Staffing & Bid Packages    $ 409,212 LS
C. Co-op Studies/Redesign                 290,000 LS
D. CUNY Trustees Presentation             58,131 LS

**<u>Amendment No. 12</u>**                       **$   104,992 LS**
<u>Pedestrian Crossing & Utility Tunnel</u>
Pedestrian Crossing                       $  33,847 LS
Utility Tunnel                            71,145 LS

**<u>Amendment No. 13 - System Change</u>**      **$         0 LS**

**<u>Amendment No. 14</u>**                       **$   534,407 LS**
<u>Accelerated Schedule</u>
KPF                                       $ 297,881 LS
Castro-Blanco, Piscioneri                 190,248 LS
Cosentini                                 46,278 LS

**<u>Amendment No. 15</u>**                       **$   267,750 LS**
<u>Various Program Changes</u>
Program Modifications (1063-06)
KPF                                       $  65,814 LS

B3

KPF_Travelers 021753

Gym Modifications (1063-10)
KPF                                   $ 30,205 LS
Cosentini                               17,415 LS
Weidlinger                              50,000 LS
AMIS                                     1,952 LS

Space Planning Modifications 1063-13)
KPF                                   $ 39,151 LS

Hoist/Lift (1063-20)
KPF                                   $  9,049 LS
Weidlinger                              13,358 LS
Van Duesen                               7,290 LS

13th Floor Redesign (1063-25,41)
KPF                                   $ 12,072 LS
Cosentini                               21,444 LS

**Amendment No. 16**                  $   10,795 LS
Demolition/Replacement of Sidewalk Slab
 at 26th Street            $ 10,795 LS

**Amendment No. 17**                  $  128,435 LS
Stuart Subotnick Financial Service Center
 and Trading Room
KPF                                   $ 44,800 LS
AKF                                     26,195 LS
SMW                                     50,000 LS
AMI                                      7,440 LS

**Amendment No. 19**                  $  125,863 LS
**Program Changes**
Food Service Scope Changes            $  7,192 LS
Change Pneumatic to DDC Devices         37,680 LS
Include Extended Maintenance Contracts  41,185 LS
Program Changes per Bulletin No. 34     19,787 LS
(Doors, Partitions, Ceilings, Lighting  20,019 LS
  Fixtures, Room Finishes, Furniture
  & Electrical Layouts)

**Amendment No. 20**                  $   72,486 LS
**Baruch College, Site "B"–Program Changes**
Item 1 – Interior Atrium Window
         Washing System               $ 20,048 LS
Item 2 – Revisions to Kitchen Equipment  6,780 LS
Item 3 - Negative side Foundation
         Waterproofing                  45,658 LS

**Amendment No. 21**
**Baruch College, Site "B"**          $  849,166 LS
Item 1 - Sixteen (16) month extension
         of Design Services           $ 747,246 LS

B4

KPF_Travelers 021754

Item 2 - Ten (10) month full time
    Site observer during construction    $ 101,920 LS
    (@ $10,192 per month)

**Amendment No. 22**      $    67,500 LS
**Baruch College, Site "B"**
Field-related wall panel system problems,
  Punch window mock-up problems and
    Cast stone modifications    $   67,500 LS

**Amendment No. 23**      $    42,784 LS
**Baruch College, Site "B"**
Item 1 – Exterior Signage    $    9,216 LS
Item 2 – Review Artwork Locations      16,909 LS
Item 3 – Review A/V & Security Revisions      10,186 LS
Item 4 – Redesign 5th Floor Rooms      6,473 LS
    5-212- & 5-213 into new President's Office

**Amendment No. 24**      $    132,667 LS
**Baruch College, Site "B"**
BCA Historical Exhibit & Kiosk    $   132,667 LS

**Amendment No. 25**      $    16,000 LS
**Baruch College, Site "B"**
Additional Full-time field observation    $    16,000 LS

**Amendment No. 26**      $    183,050 NTE
**Baruch College, Site "B"**
Extended Services    $   139,319 LS
Railing Modifications      19,649 LS
Additional Graphics      4,082 LS
Signage      20,000 NTE

**Amendment No. 27**      $    60,224 LS
**School of Public Affairs**
Additional Design & Construction Services    $    60,224 LS

**Amendment No. 28**      $    156,007 LS
**Baruch College, Site "B"**
Extended Services    $   156,007 LS

**Amendment No. 29**
**Baruch College, Site "B"**      $    12,000 LS
Extended Services    $    12,000 LS

**Amendment No. 30**
**Baruch College – Site "B"**      $ 121,358 NTE
Pre Schematic    $ 6,068 LS
Schematic    $12,136 LS
Design Development    $24,272 LS
Construction Documents    $46,116 LS
  Bid    $ 6,068 LS
  Construction Administration    $26,698 NTE

KPF_Travelers 021755

| B. | **REIMBURSABLES** | **$ 606,728 NTE** |
|---|---|---|
| | <u>Original Contract</u><br><u>Baruch College, Site "B"</u> | **$ 200,000 NTE** |
| | Reimbursables | $ 200,000 NTE |
| | <u>Amendment No. 1</u><br><u>Building "B"</u> | **$ 14,953 NTE** |
| | Kohn Pedersen Fox | $ 3,600 NTE |
| | Castro-Blanco, Piscioneri & Associates | 4,550 NTE |
| | Testwell Craig | 6,803 NTE |
| | <u>Amendment No. 2</u><br><u>School Of Public Affairs</u> | **$ 50,000 NTE** |
| | Misc. Reimbursables | $ 50,000 NTE |
| | <u>Amendment No. 3</u><br><u>Historic Exhibition/Kaufman Stables</u> | **$ 44,990 NTE** |
| | Part 1- Demolition | $ 7,850 NTE |
| | Part 2 - Miscellaneous Expenses | 32,700 NTE |
| | Part 3 - Bidding/Con Adm. Misc. | 4,440 NTE |
| | <u>Amendment No. 5</u><br><u>Building "B"</u> | **$ 250,000 NTE** |
| | Reproduction | $ 195,000 NTE |
| | Travel/Mockups | 40,000 NTE |
| | Courier | 10,000 NTE |
| | Telephone/Telegraph | 5,000 NTE |
| | <u>Amendment No. 7</u><br><u>Baruch College, Site "B"</u> | **$ 3,999 NTE** |
| | Signage Miscellaneous Expenses | $ 1,532 NTE |
| | Security System Miscellaneous Expenses | 2,467 NTE |
| | <u>Amendment No. 8</u><br><u>Baruch College, Site "B"</u> | **$ 6,058 NTE** |
| | Miscellaneous Expenses | $ 6,058 NTE |
| | <u>Amendment No. 9</u> | **$ 4,273 NTE** |
| | Miscellaneous Expenses | $ 4,273 NTE |
| | <u>Amendment No. 10</u><br><u>Baruch College, Site "B"</u> | **$ 420 NTE** |
| | Miscellaneous Expenses | $ 420 NTE |
| | <u>Amendment No. 17</u><br><u>Baruch College, Site "A"</u> | **$ 5,000 NTE** |
| | Miscellaneous Expenses | $ 5,000 NTE |
| | <u>Amendment No. 27</u><br><u>Baruch College – School of Public Affairs</u> | **$ 7,035 NTE** |
| | Filing Services | $ 7,035 NTE |

KPF_Travelers 021756

**Amendment No. 28**
**Baruch College, Site "B"**                    $ 15,000 NTE
Miscellaneous Reimbursables           $ 15,000 NTE

**Amendment No. 29**
**Baruch College, Site "B"**                    $ 3,000 NTE
Miscellaneous Reimbursables           $ 3,000 NTE

**Amendment No. 30**
**Baruch College, Site "B"**                    $ 2,000 NTE
Miscellaneous Reimbursables           $ 2,000 NTE


Payments for Services shall be made monthly in proportion to Services performed and approved by the OWNER. Payments shall be requisitioned on the OWNER's form, <u>**PROFESSIONAL SERVICES CONTRACT PAYMENT REQUISITION,**</u> with accompanying backup. Only said form shall be used for reimbursement of Services.

NTE = Not to Exceed
LS  = Lump Sum

KPF_Travelers 021757