# EXHIBIT
# 9

4/19/99

**BARUCH COLLEGE**
Site "B"
JDE #51046
DA# 6500 1802 3145 (9012)

AMENDMENT NO. 12

An Agreement having been made as of the 14th day of September 1995, amended by Amendment No. 1 dated March 26, 1996, Amendment No. 2 dated February 3, 1997, Amendment No. 3 dated April 11, 1997, amendment No. 4 dated April 11, 1997, Amendment No. 5 dated February 10, 1998, (Amendment No. 6 combined with Amendment No. 5), Amendment No. 7 dated November 19, 1998, Amendment No. 8, Amendment No. 9 and Amendment No. 10 dated February 12, 1999, and Amendment No. 11 which is in process, by and between the **DORMITORY AUTHORITY** - State of New York, having its principal office and place of business at 515 Broadway, Albany, New York, 12207-2964 therein and hereinafter referred to as the OWNER, and **KOHN PEDERSEN FOX ASSOCIATES, P.C.**, whose office is located at 111 West 57th Street, New York, New York 10019, therein and hereinafter referred to as the ARCHITECT; and

**WHEREAS**, the OWNER has requested the ARCHITECT to Provide Additional Design and Construction Services as described herein for the Project; and

**WHEREAS**, the OWNER and the ARCHITECT have agreed upon an amount of compensation for the Additional Services; and

**NOW, THEREFORE**, the OWNER and the ARCHITECT agree that said Agreement is hereby amended as follows:

1.   **ARTICLE I:   ARCHITECT'S SERVICES, APPENDIX "A," SCOPE OF SERVICES OF ARCHITECT, II. Additional Services,** is hereby amended to include the following services:

The ARCHITECT shall perform the following **SCOPE OF WORK** for Amendment No. 12:

**Pedestrian Crossing**

**Vollmer Associates (Civil Engineering Subconsultant)**
1.   Vollmer Associates (VA) will revise the Builders's Pavers Plan to include a mid-block pedestrian crossing with blinking lights on 25th Street.
2.   VA will prepare traffic and pedestrian assessments for the pedestrian crossing (Traffic Signal Warrant Study). VA will prepare signal drawings, obtain NYDOT approval and provide services for construction administration in conjunction with KFP.

**Kohn Pedersen Fox**
1.   KPF will coordinate the work of VA and incorporate the revised Builder's Pavers Plan and specifications in the General Construction #2 bid package.
2.   KPF will provide construction administration and supervision for this work.

Utility Tunnel

**Vollmer Associates**
1. VA will design utility conduit which connect the two Building Site A and Site B
2. VA will attend meeting with the NYC Department of Transportation and other city agencies as required to obtain permission to construct conduits under 25th Street.
3. VA will design the method to relocate the water main in 25th Street to accommodate the conduits.
4. VA will provide construction administration services in conjunction with KPF.

Weidlinger (Structural Engineering Subconsultant)
1. Working with KPF and VA, Weidlinger will perform the required structural design work involved in the utility tunnel.
2. Weidlinger will modify the Foundation Work Package (Contract #1) to incorporate the design of the utility tunnel.

**Kohn Pedersen Fox**
1. KPF will coordinate the work of VA and Weidlinger and incorporate the design of the utility tunnel in all related drawings and specifications in the Construction bid packages.
2. KPF will provide construction administration and supervision for this work.

2.   **ARTICLE V: PROVISION FOR PAYMENT, MAXIMUM AMOUNT PAYABLE,** is amended to increase the total amount of this Agreement by the total Lump Sum Amount of this Amendment (No. 12), said amount being $104,992.00, for Site "B" and shall read as follows:

**MAXIMUM AMOUNT PAYABLE**

The OWNER shall pay, and the ARCHITECT agrees to accept, as full compensation for all Services pursuant to this Agreement, the Not to Exceed amount of Fourteen Million, Seven Hundred Sixteen Thousand, Three and 00/100 ($14,716,003.00). Appendix "B," entitled **SUMMARY OF PAYMENTS**, is attached to and made a part hereof. Payments shall be made in accordance with the following Schedule:

| | |
|---|---|
| Baruch Site "B" | $14,003,126.00 NTE |
| School of Public Affairs | $    682,877.00 NTE |

Payments for Services shall be made monthly in proportion to Services performed and approved by the OWNER. Payments shall be requisitioned on the OWNER's form, **PERSONAL SERVICES AGREEMENT REQUISITION** with accompanying backup. Only said form shall be used for reimbursement of Services.

A. **ARCHITECT'S SERVICES**

2. **Additional Services**

The OWNER shall pay, and the ARCHITECT agrees to accept, as compensation for all Additional services pursuant to this Agreement, as amended, the Lump Sum amount of Two Million, Nine Hundred Forty-one Thousand, Three Hundred Ten and 00/100 Dollars ($2,941,310.00). Payments shall be made in accordance with the following Schedule:

2

KPF_Travelers 022046

Baruch Site "B"                    $2,308,433.00 LS
School of Public Affairs           $  632,877.00 LS

Payments for Additional Services pursuant to this Amendment No. 12 shall be paid in accordance with the following schedule:

**AMENDMENT NO. 12**
**Baruch Site "B"**     (connections of Site "A" & Site "B")     **$104,992 LS**
Pedestrian Crossing on 25th Street          $33,847 LS
Utility Tunnels under 25th Street           71,145 LS

It is further agreed that all other terms and conditions of this Agreement, as amended, shall remain in full force and effect.

IN WITNESS WHEREOF, the OWNER and ARCHITECT have executed this Amendment as of this _____ 28 _____ day of _____ April _____ 1999.

KOHN PEDERSON FOX ASSOCIATES, P.C.

By _____

Title _____ Vice President _____

DORMITORY AUTHORITY

By _____

Title _____ Managing Director of Construction _____

CHD/ah

3

KPF_Travelers 022047

## ACKNOWLEDGMENT OF OFFICER OF OWNER EXECUTING CONTRACT

STATE OF NEW YORK    )
COUNTY OF ALBANY    ) ss:

On the _10_ day of _May_ in the year 19_99_, before me personally came <u>DOUGLAS</u> <u>M. VANVLECK</u>, to me known, who, being by me duly sworn, did depose and say that he resides at <u>28</u> <u>Furry Road, Wynantskill, New York  12198</u>; that he is the <u>Managing Director of Construction</u> of the Dormitory Authority, the corporation described in and which executed the above instrument; and that he signed his name thereto by order of the Board of Directors of said corporation.

<u>Pearl Ellen Rock</u>
Notary Public

**Pearl Ellen Rock**
Notary Public, State of New York
No. 01RO5022790
Qualified in Albany County
Commission Expires Jan. 18, 20_00_

## ACKNOWLEDGMENT OF INDIVIDUAL, IF A CORPORATION

STATE OF NEW YORK    )
COUNTY OF_New York_) ss:

On this _28_ day of _April_ in the year 19 _99_, before me personally came _Robert Cioppa_ to me known, who, being by me duly sworn, did depose and say that (s)he resides at _1 Byworth Rd. New Rochelle NY 10804_ that (s)he is the _Vice President_ of _Kohn Pederson Fox Assoc PC_, the corporation described in and which executed the above instrument; and that (s)he signed her/his name thereto by order of the Board of Directors of said corporation.

_Ramses Conyers_
Notary Public

**RAMSES CONYERS**
Notary Public - State of New York
NO. 01CO6007749
Qualified in Kings County
My Commission Expires May 26, 2000

## ACKNOWLEDGMENT OF INDIVIDUAL, IF A PARTNERSHIP

STATE OF _____)
COUNTY OF _____) ss:.

On the _____day of _____ in the year 19____, before me personally came _____ to me known and known to me to be a member of the firm _____ , described in and who executed the foregoing instrument, and (s)he duly acknowledged to me that (s)he executed the same for and in behalf of said firm for the uses and purpose mentioned therein.

_____
Notary Public

## ACKNOWLEDGMENT OF INDIVIDUAL, IF AN INDIVIDUAL

STATE OF _____)
COUNTY OF _____)ss:

On the _____day of _____ in the year 19 ____, before me personally came _____ , to me known and known to me to be the person described in and who executed the foregoing instrument and (s)he duly acknowledged that (s)he executed the same.

_____
Notary Public

KPF_Travelers 022048

APPENDIX "B"

SUMMARY OF PAYMENTS

<u>MAXIMUM AMOUNT PAYABLE</u>                                      $14,716,003 NTE

A.   <u>ARCHITECT's SERVICES</u>
    1.   <u>Original Scope of Services</u>                          $11,200,000 LS
       Programming                        $ 336,000 LS
       Pre-schematics                       616,000 LS
       Schematic                          1,288,000 LS
       Design Development                 2,464,000 LS
       Construction Documents             3,920,000 LS
       Bidding                              112,000 LS
       Construction                       2,240,000 LS
       Post Construction Deliverables       224,000 LS
    2.   <u>Additional Services</u>                             $2,941,310 LS
       <u>Amendment No. 1</u>                              $165,705 LS
       Kohn Pedersen Fox                  $20,359 LS
       Castro-Blanco, Piscioneri          $54,155 LS
       Vollmer Associates                 $47,934 LS
       Federman Design                    $21,112 LS
       Testwell Craig                     $22,145 LS
       <u>Amendment No. 2</u>                               547,130 LS
       <u>School of Public Affairs</u>
       Schematic Design                   $69,718 LS
       Design Development                 $93,231 LS
       Construction Documents            $187,096 LS
       Bidding and Award                  $22,651 LS
       Construction Administration        $82,824 LS
       Elevator Design                    $12,100 LS
       Expediter Service                  $16,500 LS
       <u>17 Lexington Avenue</u>
       Feasibility Study                  $63,010 LS

       <u>Amendment No. 3</u>                               106,005 NTE
       <u>Historic Exhibition / Kaufman Stables</u>
       Part 1 - Demolition                $34,313 NTE
       Part 2 - Design                    $42,458 NTE
       Part 3 - Bidding / Const. Admin.   $21,734 NTE
       CONSULTANT'S Administration         $7,500 NTE

       <u>Amendment No. 4</u>                               141,737 LS
       <u>Baruch Site "B"</u>
       <u>Asbestos Abatement Services</u>
       Air Monitoring Services            74,503 LS
       Air Sampling & Analysis            37,653 LS
       <u>Soils Contamination Services</u>
       Field Labor                         5,760 LS
       Sampling & Analysis                20,610 LS
       10% Consultant's Markup on Labor    3,211 LS

       <u>Amendment No. 5</u>                                75,240 NTE
       <u>Baruch Site "B"</u>
       Labor Soil Contamination           20,583 NTE
       Sampling & Analysis                37,710 NTE

KPF_Travelers 022049

| | | |
|---|---|---|
| Consultant Markup | 1,200 NTE | |
| (At rates previously established) | | |
| **School of Public Affairs** | | |
| Labor for Air Monitoring (Asbestos Abate) | 10,572 NTE | |
| Air Sampling & Analysis | 5,175 NTE | |
| (At rates previously established) | | |

| | | |
|---|---|---|
| **Amendment No. 7** | | $261,981 LS |
| **School of Public Affairs** | | |
| Art Glass and Wall Installation | 60,000 LS | |
| Payment to Non-Selected Artists | 4,000 LS | |
| ARCHITECT'S Admin. Fee | 6,000 LS | |
| **Baruch Site "B"** | | |
| **Signage** | | |
| Signage Sub-Consultant | 69,000 LS | |
| ARCHITECT'S Admin. Fee | 15,315 LS | |
| **Security System** | | |
| Security Sub-Consultant | 153,000 LS | |
| ARCHITECT'S Admin. Fee | 24,666 LS | |

| | | |
|---|---|---|
| **Amendment No. 8** | | $434,585 LS |
| Kohn Pederson Fox | 60,585 LS | |
| Cosentini Associates | 281,000 LS | |
| Cosentini Constr. Admin. | 93,000 LS | |

| | | |
|---|---|---|
| **Amendment No. 9** | | $225,357 NTE |
| KPF | | |
| Schematics | $ 4,784 LS | |
| Design Development | 5,938 LS | |
| Construction Documents | 20,803 LS | |
| Bid Phase | 1,154 LS | |
| Construction Services | 10, 055 LS | |

| | | |
|---|---|---|
| Shen Milson & Wilke | | |
| 1. Additional Spaces/Capabilities | | $74,000 LS |
| (includes deleted video & viewing studio | | |
| credit of $17,500) | | |
| 2. Program Development | 19,000 LS | |
| 3. Smart Podium | 12,000 LS | |
| 4. Video over the Internet | 12,000 LS | |
| 5. On-site Supervision | 51,850 NTE | |
| (Sr. Assoc. @ $43/hr X 2.5 X 1,210 hrs) | | |
| 6. Altered Backgrounds | 5,000 LS | |
| 7. Telecommunications Coordination | 4,500 LS | |

| | | |
|---|---|---|
| **Amendment No. 10** | | $55,928 NTE |
| KPF | | |
| Pool Work | 4,357 LS | |

| | | |
|---|---|---|
| Cosentini Associates LLP | | |
| Pool Work Coordination | 1,851 LS | |

| | | |
|---|---|---|
| Counsilman/Hunsacker & Associates | | |
| Construction Documents | 32,045 LS | |
| Bid Phase | 3,451 LS | |
| Construction Administration | 13,804 NTE | |

B2

KPF_Travelers 022050

```
                 (Principal & Sr. Assoc.      $95/hr
Sr. Associates                               $34/hr *
Associates                                   $26/hr *
Engineer                                     $30/hr *
Architectural Technician                     $18/hr *
   * subject to a 2.5 Multiplier)
```

**Amendment No. 11**                                    $757,343 LS
B.   Accelerated Schedule -
     Additional Staffing & Bid Packages      $409,212 LS
C.   Co-op Studies/Redesign                   290,000 LS
D.   CUNY Trustees Presentation                58,131 LS


**AMENDMENT NO. 12**
**Baruch Site "B"** (connections of Site "A" & Site "B")   $104,992 LS
Pedestrian Crossing on 25th Street           $33,847 LS
Utility Tunnels under 25th Street             71,145 LS

B.   **REIMBURSABLES**                        $568,215 NTE
     **Original Agreement**            $200,000 NTE
     **Baruch Site "B"**
     Reimbursables                     $200,000 NTE


     **Amendment No. 1**                  $ 14,953 NTE
     **Building "B"**
     Kohn Pedersen Fox                 $3,600 NTE
     Castro-Blanco, Piscioneri & Associates  $4,550 NTE
     Testwell Craig                    $6,803 NTE


     **Amendment No. 2**                  $ 50,000 NTE
     **School Of Public Affairs**
     **Misc.Reimbursables**            $50,000 NTE


     **Amendment No. 3**                  $ 45,950 NTE
     **Historic Exhibition/Kaufman Stables**
     Part 1- Demolition                $7,850 NTE
     Part 2 - Miscellaneous Expenses   $32,700 NTE
     Part 3 - Bidding/Con Adm. Misc.   $4,400 NTE


     **Amendment No. 5**                  $250,000 NTE
     **Building "B"**
     Reproduction                      $195,000 NTE
     Travel / Mockups                   40,000 NTE
     Courier                            10,000 NTE
     Telephone / Telegraph               5,000 NTE


     **Amendment No. 7**                  $ 3,999
     **Baruch "B"**
     Signage Miscellaneous Expenses    $1,532 NTE
     Security System Miscellaneous Expenses  2,467 NTE


     **Amendment No. 8**                  $6,058 NTE
     **Baruch "B"**
     Miscellaneous Expenses            $6,058 NTE


                              B3

KPF_Travelers 022051

| | |
|---|---|
| **Amendment No. 9** | $  4,273 NTE |
| **Baruch "B"** | |
| Miscellaneous Expenses | $4,273 NTE |
| | |
| **Amendment No. 10** | $   420 NTE |
| **Baruch "B"** | |
| Miscellaneous Expenses | $420 NTE |

Payments for Services shall be made monthly in proportion to Services performed and approved by the OWNER. Payments shall be requisitioned on the OWNER's form, **PERSONAL SERVICES AGREEMENT REQUISITION,** with accompanying backup. Only said form shall be used for reimbursement of Services.

NTE = Not to Exceed
LS   = Lump Sum

B4

KPF_Travelers 022052