# EXHIBIT 23

*1067.01*
*Stoddard*
*Hartwig*
*Marcolini*

G.M. Crocetti, Inc.
3960 Merritt Avenue
Bronx, New York 10466
Phone: 718-994-0900
Fax: 718-994-4505

## FACSIMILE COVER SHEET

**TO:** Michael Marcolini.

**COMPANY:** KPF

**PHONE:** (212) 977-6500

**FAX:** (212) 956-2526

**DATE:** 07/23/02

**SUBJECT:** Baruch College. 1-1/4" Jet Mist Counter Top

**Pages Including
This Cover Sheet:** 02
**COMMENTS:**

Please approve for Fabrication.

Sincerely,
**Juan Carlos Gomez
Project Manager**

This FAX contains privileged and confidential information intended only for use of the individual or entity named above. If the reader of this FAX is not the intended recipient, you are hereby notified that nay dissemination or copying of this FAX is strictly prohibited. If you have received this FAX in error, please notify us by telephone and return the original FAX to us at the return address above via the U.S. Postal Service. Thank you!





| REVISION: | | | | | | |
|---|---|---|---|---|---|---|
| DATE: | | | | | | |

| G.M. CROCETTI INC. 3960 Merritt Avenue Bronx, New York, 10466 Ph. (718) 994 0900 Fax. (718) 994 4505 | PROJECT TITLE: BARUCH COLLEGE | DRAWING #: SK-01 |
|---|---|---|
| | TITLE: ATRIUM COFFEE BAR | |
| | ARCHITECT: KOHN PEDERSEN FOX & ASSOCIATES | JOB #: 98106 |
| | CONTRACTOR: TRATAROS CONSTRUCTION | |
| | SCALE: AS NOTED   DRAWN BY: JCG   CHECK BY: | DATE: 07/23/02 |

** TOTAL PAGE.02 **