# EXHIBIT 24



ARCHITECTURAL   COMMERCIAL AND INDUSTRIAL

# Jordan Panel Systems Corp.
196 LAUREL ROAD -- EAST NORTHPORT, NEW YORK 11731
PHONE: 516-754-4900 -- FAX: 516-754-4643
E-MAIL: jordan@jordanpanel.com -- WWW: jordanpanel.com

January 13, 1999

Trataros Construction, Inc.  
122 East 25th Street  
New York, NY 10010

Re: Baruch Academic Complex - Site B  
55 Lexington Avenue  
New York City, NY  
#DA 6500 1802 2176  
Subcontractor #B07-07410  
JPS Job #9805

Attention: John F. Clarke

Dear Sir:

We had received a phone call today's date from KPF's representative, Chris Stoddard. Chris was inquiring as to the dead weight of our panel system and "loads imposed on structural girts". In turn, we have requested our structural engineer to provide this information.

We provide herewith the attached information. Please immediately pass same onto Chris Stoddard for his use. Should there be any questions, feel free to contact.

Very truly yours,

JORDAN PANEL SYSTEMS CORP.

John A. Finamore, Sr.  
Vice President

RECEIVED 1-19-99

JAF:dg  
Fax and hard copy  
Enc.  
cc: Chris Falcone, TCI  
Ronald A. Finamore, JPS  
Philip J. Carvelas, JPS  
Dennis Dolan, JPS

C:\JORDOCS\CONTRACT\980501l3.1JF

Jordan Panel Systems Corp.

| FAX TRANSMITTAL | | # of Pages | 3 |
|---|---|---|---|
| To: John F. Clarke | | From: John Finamore | |
| Co: Trataros Const. | | JORDAN PANEL SYSTEMS CORP | |
| Date: 1-13-99 | | Phone #: (516) 754-4900 | |
| Fax #: (212) 539-9961 | | Fax #: (516) 754-4643 | |

Kohn Pedersen Fox Associates PC
*Architects and Planning Consultants*
New York, London, Tokyo

111 West 57th Street, New York, NY 10019
Telephone 212 977 6500
Fax 212 956 2526

*1063-01*



**Memorandum**

To
John McCullough, TDX

From
Christopher Stoddard

Date
May 4, 1999

Re
Baruch Academic Complex - Site B
Contract #15 - Exterior Siding

Copies to
N. D'Ambrosio, R. Leu, M. Snyder, Robert Heintges, M. Levy, A. Mosellie, L. Sigal, G---- File 4.8

This is in response to RFI# GC-01-164 regarding horizontal displacement of the exterior wall due to building sway. KPF has the following comments:

1. In this RFI there is a request to provide the applied force to the siding system as a result of building sway. Weidlinger is in the process of calculating the requested force. This issue was discussed in detail during a phone conference with TDX, Jordan Panel Systems and KPF on April 30, 1999. During this conversation the Jordan Panel engineer stated he is engineering a "diaphragm" type system which will be designed to resist the forces as a result of the building's horizontal displacement. Typically siding systems of this scale are designed to move with the natural movement of the building structure. By resisting this continuous movement, this condition may lead to system buckling, incidental noise caused by panel movement and long term connection failures.

2. Indirectly related to this RFI, Jordan Panel has engineered a vertical stiffener and air barrier sheet designed to resist the deflection of the exterior wall girts due to the dead load of the glazing system. This stiffener resists the glazing dead load deflection by the "clamping" force of the fastener connection to the tube. This fastener penetrates either one or two layers of butyl tape depending on the condition. KPF and Gordon H. Smith Corporation first commented on this condition on shop drawing submittal #07410-0008-2 returned on September, 25, 1998. Most recently DASNY's exterior wall consultant, R. A. Heintges Architects, commented on Jordan Panel Systems liner panel mock-up calculations returned on April 29, 1999. Both comments essentially state that, in time, the butyl tape may relax and take a compression set. As a result, the strength of this connection may lose its integrity and put the fasteners into sheer.

Jordan Panel is proceeding to engineer a system which conceptually stiffens the superstructure of the building. KPF has consulted with Gordon Smith Corporation and R. A. Heintges Architects regarding this issue. We are in

R:\projects\1063bar\DOCS\050499m.doc

KPF_Travelers 022053

**Memorandum**  *Baruch Academic Complex - Site B*
*Page 2 of 2*  *Contract #15 - Exterior Siding*
  *May 4, 1999*

---

agreement that these issues are critical to the long term performance of the siding system. KPF requests that Jordan Panel Systems promptly address these concerns and incorporate any design changes in the upcoming performance mock-ups.

# KPF

KPF_Travelers 022054