# EXHIBIT 26

Baruch College Site Field Office
137 East 25th Street, 6th Floor
New York, NY 10010
Tel: 212-679-0031
Fax: 212-679-0037

*1063*
*Sheehan*
*Stoddard*
*Marcolini*
*Hartwig*

**TDX Construction Corporation**

*4.8*

# Fax

**To:** PAUL SHEEHAN  **From:** BOB MATYCHAK

**Company:** KPF  **Pages: (including cover sheet)**

**Fax:**  **Date:** 2/11/99

**Re:** MEETING MINUTES / ACE ELEVATORS  **CC:**

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply

● Comments:

## TDX MEETING MINUTES

### ATTENDEES:

| | |
|---|---|
| Frank Milata | Ace Elevator |
| Rick Nowak | Ace Elevator |
| Paul Sheehan | KPF |
| Chris Stoddart | KPF |
| Jon Camiel | Trataros |
| Chris Falcone | Trataros |
| John Clarke | Trataros |
| Ray Leu | TDX |
| Bob Matychak | TDX |

Object: To discuss architect's notes on elevator and escalator drawings and project status.

1: Gradual safeties for the theater elevator.
   Ace Elevator will provide the gradual safeties since the speed and weight capacity and of the elevator could be a potential threat to the habitants on the floors directly below without proper cab deceleration.

2   Escalator drawings (# 95291-92)
    Ace Elevator indicated that on the 2nd floor at escalator Nos. 3 and 4 the actual rough opening is 11' 4" but requires 11' 6" to install the escalators. TDX is to verify the opening required and will chop out a 3'-0" x 3" x 2 1/2" deep pocket on each side and from the end to accommodate the escalators. In addition, we will typically expose the top flange of the steel beams to situate the end supports. Th

3   Escalator Nos. 1 & 2 and adjoining wall.
    Shop drawings indicate a 5'8" opening plus another 5'8" with provisions for a 10" studded drywall partition. According to KPF, this is unacceptable, a 12" partition must be maintained. Ace Elevator stated that they would survey field conditions and make the necessary revisions on the print.

4   Elevator buffers for PE6 thru PE11.
    Ace Elevator stated that they would require supplemental steel under slab for the buffer supports in the pit. Ace also added that they require a concrete thickness of 5" and not 6" on top of the Q-Deck. **KPF to respond to RFI #130 regarding this matter.** TDX and Trataros both expressed urgency on obtaining an answer. KPF added that the steel can be added at any time from the underside of the slab and should not impede progress.

5  Elevator cabs.
Ace Elevator to revise and resubmit the cab and entrance shop drawings within the next two (2) weeks. Revisions to the ceiling for HPE – 4 was issue to Trataros on 1/26/99. KPF rejected the 14 ga. stainless steel material for door frames since the contract calls for ¼ built up stainless steel plates. **Ace elevator to comply with comments.**

6  Miscellaneous.
TDX expressed a concern about Building Department approval for temporary usage. Ace Elevator replied that a permanent door buck is required and a wood frame can be used to construct the cab. **Temporary elevators are to be in service by 6/30/99** as per contract documents. Trataros answered both concerns and will comply.

TDX asked if SE-12 could be on-line first. Ace obliged.
The first permanent elevators to be completed would be 6 thru 11 (by contract)
TDX asked when will the escalator frames be on site. Ace answered by 1st week in May.

7  The letter from TDX to Trataros dated 2/1/99 restating questions in the TDX letter of 12/15/98 was discussed. It was agreed that answers provided by Ace through Trataros in correspondence dated 1/12/99 and 1/13/99 satisfactorily answered and addressed all issues in the TDX letters of 12/15/98 and 2/1/99.



**TDX** CONSTRUCTION CORPORATION

Baruch College Field Office 137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 Fax
www.tdxconstruction.com

# MEMORANDUM

**TO:** Nick D'Ambrosio

**FROM:** Ray Leu

**DATE:** October 26, 2001

**RE:** Baruch College - Site "B"

**SUBJECT:** Minutes to Elevator Meeting of October 24, 2001

---

A meeting was held on October 24 2001 with the following attendees:

| | |
|---|---|
| Ray Leu | TDX |
| Chris Stoddard | KPF |
| Nick Lombardi | Van Deusen Associates |
| Dan Kaufman | Baruch College |
| Walter Bartels | Trataros Construction |
| Mike Concannon | Ace Elevator |
| Frank Marchese | O. Thompson Co. |

The purpose of this meeting was to discuss the operation of PE-6 through 11 elevators. Below are the key points that came out of this meeting:

- Van Deusen stated that the sequencing of the elevator doors are not in conformance with the specification. Regardless of which car station is activated inside the cab, the east set of doors will always open first and then followed by the west set of doors. The delay opening on the west set of doors is dependent on load weighting. This will result in the condition whereby both sets of doors could be open at the same time. Van Deusen also stated that they want the time delay to be adjustable in order to optimize the efficiency of the elevators due to actual usage.

Corporate Office 345 Seventh Avenue New York, NY 10001



TRATAROS2_003214

2

> Ace to advise by October 26, 2001 as to when this re-programming can be done. This is critical.

- TDX and the College voiced their dissatisfaction that the PE-1, 2 and 3 cars are still not running properly. There is a continual rubbing noise and the College is continuing to experience a sensation that the cars are momentarily free falling. Ace stated that they presently have people checking this out. Preliminary review indicate that the entire roller guide assembly needs to be re-furbished due to binding of active parts. The sensation of free fall may be from the brakes binding momentarily as the safety switches are clipped as the cab goes by. The safety switches will have to be re-adjusted. Ace to get new roller guide assemblies and continue to trouble shoot the cars. Ace to provide a full report by October 30, 2001 on their findings.

At this point, the meeting was adjourned and no further meeting is scheduled.

RL/amo

Cc: All Attendees
    J. McCullough
    J. Barrera
    File

Memo Dasny Elevator Meeting 10-24-01

TRATAROS2_003215