# EXHIBIT 27

**TDX CONSTRUCTION CORPORATION**

345 Seventh Avenue
12th Floor
New York, N.Y. 10001
(212) 279-1981
FAX: (212) 279-1983

Baruch College Field Office
137 East 25th Street
New York, N.Y. 10010
(212) 679-0031

August 11, 2000

DASNY Field Office
137 East 25th Street
New York, NY  10010

Attn:   Nick D'Ambrosio

RE:    *Baruch College – Site "B"*
       Minutes of Meeting on Escalators
       & Public Stair #3

Gentlemen:

A meeting was held on 8/10/00 at TDX Field Office with the following attendees:

John J. McCullough – TDX
Ray Leu – TDX
Paul Sheehan – KPF
Walter Bartels – Trataros
Athena Curis - Trataros

The purpose of this meeting is to address architectural details relating to the escalators and to public stair #3.  The following constitute what was discussed:

A.  Second to fifth floor escalators
- Sprinkler heads shall be located on the center line of the escalator cladding. TDX/Roy Kay will provide the start and spacing of the sprinkler heads.  TDX suggested field punching of holes for the sprinkler heads in order to accommodate any deviations.
- Finished cladding shall be 5" from the bottom of the escalator truss to accommodate the sprinkler piping.
- Cladding shall terminate 3 ½" from each end of the truss and 5" down from the bottom of the lowest adjacent truss.  On the second floor, the cladding shall terminate 3 ½" from the shortest of the (2) trusses on the eastside.
- The depth of the sheetrock ceiling soffits will vary depending on finished ceiling heights and the underside of the cladding.
- The draft stop shall extend to column line 8 on the 2nd floor and from the lay in ceiling to column line 8 on the 3rd and 4th floors.
- KPF to advise on the required jog in the wall on the south side to clear the escalator deck plate.  The jog will be made up with GWB to the cladding.
- Trataros to proceed with the cladding shop drawings based on the above.

DASNY_TRAVELERS1 233213

B. Public Stair No. 3
- KPF to advise on the hanging detail for the 2 hour rated wall off of the existing steel beam on the ground floor and the soffit shall be anchored to the wall. The finished veneer plaster wall shall also be hung off of the beam and off of the 2 hour rated wall. There will be no additional loading placed on public stair #3.
- The extent of the finished wall shall be as per 3/A – 501 and the stainless steel cladding shall butt up against this wall.
- Ceiling suspension system shall span across the underside of the stair and anchored to the wall.
- KPF to provide details on the interface between the lobby ceiling and the sloped ceilings in the staircase.
- KPF to advise on flooring detail over the slab edge angle on the extension at landing #4. Reference detail 5/A – 657.
- Trataros was given an advanced copy of the attached sketch No. 2302 for the inserts in the stair treads. A Notice of Direction will be issued.
- KPF to advise on how we are to extend the existing slab edge to meet the curved knee wall on the south side. Reference 3/A – 658.

C. 14th Floor Canopy
- KPF to provide detail on termination of gutter canopy on the south elevation between column lines 8 and 9. Additional steel may be required to extend the canopy.
- KPF to advise on revised profile of the canopy to accommodate the camber in the structural steel that did not come down. Reference CM – RFI #648.

D. HPE – 14
- Trataros raised a concern on the structural stability of 20 gauge studs spanning approximately 50' – 0" to support the cladding on HPE – 14. KPF to advise if 20 gauge studs are adequate or if the existing steel on each floor be made to carry the load.

At this point, the meeting was adjourned and the next meeting is scheduled for 11:00 AM on 8/15/00.

Very truly yours,
*TDX Construction Corporation*

John J. McCullough, P. E.
Project Manager

cc: All Attendees
Chris Stoddard – KPF
Michael Marcolini – KPF

DASNY Minutes to Mtg 8-11-00



Arch. Meeting 8/10/00

Contract

A-125

2nd Floor RCP

UNDERSIDE OF ESCALATORS

C-7

C-2

C-7

PT-4

2'-0"

24'

11.5'

1'-6"



A-126

3rd Floor RCP

Result of Arch. Meeting 8/10/00

DASNY_TRAVELERS1 233216



Result of
Arch. Meeting
8/10/00

A-127

4th Floor RCP

DASNY_TRAVELERS1 233217



ONE LAYER 5/8" GWB PTD.
OVER PARTITION TYPE 26

SEE DETAIL 13/A-734 FOR
TYP. CORRIDOR CLG. DETAILS

PARTITION TYPE 26 TO STRUCTURE
ABOVE— SEE 8/A-469 FOR DETAIL

NOTE: ALL GWB CLG. AT ENDS
(SEE PLANS A-125 TO A-127)

④

1'-10½"

FIN
(SEE P
4' OR

SEE PLANS (A-

4½"

3 5/8" MTL STUDS BRACED
TO STRUCTURE ABOVE 2'-0" O.C.

CONT. WALL MOLDING FASTENED
TO BLOCKING FASTENED TO
BOTTOM OF MTL STUD TRACK

1'-0"

GWB RETURNS TO UNDERSIDE OF
STUD WALL @ FIN. CLG. LEVEL—
PROVIDE CORNER REINFORCEMENT

LINE OF FIN. F.O. CORRIDOR BEYOND

3⅜"    1⅛"    METAL AND GLASS DRAFT STOP
ANCHORED TO METAL STUDS
CONTRACT #16

⑧  CEILING EDGE AT ESCALATORS
3" = 1'-0"

Ceiling Details

A-736

DASNY_TRAVELERS1 233218

# Bulletin # 26



T.O.S.
EL. +15'-0"

18

18

10

5

TEL. SERVICE
B1-TE3

B1-TE3

FOR STAIR
AND RAIL
DETAILS
SEE 17A-476

18

2'-5¾"

1'-3"

18

Change to
L-Shaped

A-103

DASNY_TRAVELERS1 233219

Contract No. 16      A-103



T.O.S.
EL.+15'-0"

18

4"

'-1"

TEL. SERVICE
B1-TE3

B1-TE3

FOR STAIR
AND RAIL
DETAILS
SEE 1/A-476
2'-5 3/4"

18

1'-3"

DASNY_TRAVELERS1 233220



1½" O.D. WELDED STL
PIPE RAILING & POSTS

NOTE: SEE DETAIL 5
FOR DIMENSIONS

ABRASIVE STL GRATING
STAIR TREAD, BOLTED TO
STRINGERS, TYP.

12" CHANNEL STRINGER
CLOSE END WITH ½"
STL PLATE, WELDED

6 X 4 X ⅜" CLIP ANGLE
EXP. BOLT TO CONC. SLAB

① BASE DETAIL - OPEN GRATE STAIR
1½"=1'-0"



1½" O.D. STEEL PIPE
RAILINGS & POSTS,
WELDED, TYP.

6'-0" MAX. SPACING

NOTE: SEE PLANS FOR
CONFIGURATION
& DIMENSIONS

ABRASIVE STEEL
GRATING PLATFORM

L1½ X 1½ X ⅜ BRACKET

12" STL CHANNEL
STRINGER, TYP.

6" HEADER CHANNEL

L3 X 3 X ¼ SUPPORTS
& BRACING AS REQ'D

ABRASIVE STEEL
GRATING STAIR TREAD -
BOLT TO STRINGER

⑤ OPEN GRATE STAIR AND PLATFORM
1½"=1'-0"

Miscellaneous Steel
Typ. Details

A-476

DASNY_TRAVELERS1 233221