**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　　　　　Defendants.<br><br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>　　　　　　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　　　　　　Third-Party Defendant. | Case No. 07-CV-6915 (DLC)<br><br><br>**ORDER DENYING KOHN PEDERSEN FOX ASSOCIATES, P.C.'S MOTION TO DISMISS** |

　　**THIS MATTER**, having been brought before the Court on the motion of Defendant, Kohn Pedersen Fox Associates, P.C. to Dismiss the Complaint and Jury Demand in the within action and the Plaintiff, Travelers Casualty & Surety Company having brought an Opposition to the Motion to Dismiss, and the Court having considered the supporting papers; the responsive papers of opposing counsel, if any, and the court having determined that the moving Defendant is not entitled to the relief it has sought,

　　**IT IS**, on this _____ day of _____, 2007,

**ORDERED**, that Defendants motion to Dismiss is hereby Denied in its entirety; and it is further

**ORDERED**, that this Order shall be served on All Counsel within _____ days of the date hereof.

**IT IS** on this _____ day of _____, 2007,

                                                                                                 _____
                                                                                                                  J.S.C.

( )    opposed

( )    unopposed