# EXHIBIT

# A



**Kohn Pedersen Fox
Associates PC**
Architects & Planning
Consultants

111 West 57th Street
New York, NY 10019-2211
Telephone 212-977-6500
Facsimile 212-956-2526

**Meeting Report**

| | |
|---|---|
| Project | **BARUCH ACADEMIC COMPLEX**<br>Construction of New Facility - Site B<br>CUNY #BA-104-85<br>DASNY #6500 1802 3145 |

Project No **1063-01**

Place **TDX SITE OFFICE, 137 E. 25th ST., NYC**    Date  **2/17/98**

With    See Attached Attendance Sheet

Summary

<u>**PRE-BID CONFERENCE--GENERAL CONSTRUCTION #1 (CONTRACT #15)**</u>

<u>**ITEM**</u>

**1.0    PROJECT OVERVIEW**

1.1    T. Tilleli of TDX provided an overview of the project and introduced representatives from TDX, DASNY and KPF. He noted the following items:

- General Construction #1 is one of 14 prime contracts on the project.
- This is a Dormitory Authority project and TDX will perform as DASNY's representative.
- Foundation work is nearly complete.
- The Excavation/Foundation; Ductwork; Structural Steel, Metal Deck and Metal Stair; and Plumbing packages have been awarded.
- Urban Foundation/Engineering is the Excavation and Foundation contractor. Midwest Steel is the Structural Steel, Metal Deck and Metal Stair contractor. AABCO Sheetmetal is the Ductwork contractor.
- The other packages are either out for bids or under review.

**2.0    PROJECT REQUIREMENTS**

2.1    T. Tilleli summarized the following items included in the documents for this project:

*Will Proceed in Accordance
With this Report Unless Any
Discrepancies are Brought to Our
Attention within Seven Days.*

cc:    w/encl., All Attendees, K. Xanthakos, P. Logan, J. Jones, M. Levy,
A. Quintos, E. Barbieri, J. Tabaei, A. Mosellie, R. Hartwig, C. File

By    Lloyd A. Sigal    Date 2/23/98    Page 1 of 2

H:kpficad\bar\doc\meetmin\Prebid General Construction #1



**Meeting Report**
**ITEM**

- Elevator and Escalator work is being added to this contract in an upcoming Addendum.
- There is one Allowance for final glass cleaning.
- There are Alternates for wood ceilings where designated, wood doors, stainless steel cladding at the cone and stainless steel cladding at the ground floor entrance canopies. Two additional Alternates will be added in an Addendum to cover Extended Maintenance for the elevator and escalator equipment.
- Each contractor is responsible for piling the trash.
- Sidewalk trailers will not be permitted. Shanties will be allowed within the building.
- TDX will provide a materials hoist and personnel hoist. Hoist cannot be used for the transporting of concrete. There will be a charge for using the materials hoist.
- Storage space will be available but must be coordinated with TDX.
- TDX will provide 24 hours security at the site as per Building Code requirements. However, this does not cover contractor's equipment.
- TDX will provide interior scaffolding as stated in the documents.
- GC#1 Contractor is responsible for exterior scaffolding as required at Exterior Siding work.
- GC#1 Contractor provides temporary winter protection as called for in the documents.

**3.0    RESPONSES TO PLANHOLDER'S QUESTIONS**

3.1    TDX provides a Master Mechanic (Teamster).

3.2    Firestopping at Mechanical, Electrical, and Plumbing work is not in GC#1.

3.3    Substitutions for window manufacturers are not part of the base bid. Substitutions may not be proposed until after award.

3.4    TDX will confirm where "Mono-Flex" sheeting is available.

3.5    It was confirmed that modifications have been made to the Exterior Siding, Curtainwall and Windows documents since previously issued for bids as Contract #5.



**Meeting Report**
**ITEM**

### 4.0   ADDENDUM/BID DATE

4.1   All bids must be received by 2:00 pm on 3/10/98 at DASNY, 1 Penn Plaza, 52nd floor. Any bids received after this time will not be considered.

4.2   An Addendum will be issued in approximately 1 week and will include Elevator and Escalator work which has been added to this contract. The CPM schedule for this contract will also be included the Addendum.

4.3   Any questions must be faxed to J. McCullough at TDX at (212) 679-0037 at least 1½ week prior to the bid date. Questions which are not already addressed in the Contract Documents will be responded to in an Addendum.

*Note:*   *This meeting report is issued for general information and is not part of the Contract Documents.*

**Encl.**
**- End of report -**

Baruch College- Site "B"

Meeting: PRE-BID MEETING GENERAL CONSTRUCTION #1 - CONTRACT #15

Date: 2/17/98

## ATTENDANCE SIGN-IN LOG

| # | NAME | COMPANY/AGENCY | TELEPHONE NO. |
|---|------|----------------|---------------|
| 1. | Nicholas D'Ambrosio | DASNY | 679 0031 |
| 2. | Patrick Ward | Petracca & Sons | 718 746-8000 |
| 3. | Peter Basile | " " | " " " |
| 4. | John Clarke | Trataros | 718-833-6070 |
| 5. | Lou Katsos | Trataros | 718-833-6070 |
| 6. | Ralph Iuele | Restotech Corp | 718-438-0726 |
| 7. | Cortland Crawford | Adams Management | (212) 280-1675 |
| 8. | Basil Hark | Adas Management | 212 280 1675 |
| 9. | Tom Jacaruso | C.A.S. | 914-738-5400 |
| 10. | George Kleinman | Westmont Assoc | 914-472-9700 |
| 11. | Robert Hardwick | KPF | 212 977-6500 |
| 12. | Kay S. Xanthakos | CUNY | 212-541-0182 |
| 13. | Vincent Marino | AHCC | 718-472-9500 |
| 14. | Arthur Wolf | Amec | |
| 15. | Leon Jankowski | TDX | 212-679-0031 |
| 16. | Philip Carvelas | Jordan Panel Sys | 203 869 1393 |
| 17. | Lloyd Sigil | KPF | 212-977-6500 |
| 18. | Stefan Carember | Acnell | 718 852 8500 |
| 19. | Michael Ecofile | Bumplex | DIK |
| 20. | Tom Tilleli | TDX | 212 679 0031 |