# EXHIBIT

# B – Part



Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 1

SECTION 14900

VERTICAL RECIPROCATING CONVEYOR

PART I - GENERAL

1.01    GENERAL REQUIREMENTS

A.    Work of this Section shall be governed by the Contract Documents. Provide material, labor, equipment and services necessary to furnish and deliver all Work of this Section as shown on the Drawings, as specified herein, and/or as required by job conditions.

B.    The Work shall include, but not limited to the following:

1.    One (1) vertical reciprocating conveyor.

2.    Compliance with the General Requirements.

3.    Refer to the "Form of Bid" for alternates for extended maintenance services and Warranty Services Agreement.

1.02    RELATED WORK

A.    Related Work Specification Elsewhere:

1.    Section 05100,
Structural Steel:                    Guide   column   supports   and   miscellaneous structural members.

2.    Section 05500,
Miscellaneous Metals:            Entrance ramp at lowest landing.

3.    Section, 08100,
Steel Doors and Frames:        Shaft doors with vision panels, frames and sills at each lift entrance and machine room.

4.    Section 09250,
Gypsum Board:                      Machine   room   and   hoistway   wall   construction including cutting and patching.

5.    Section 14200,
General Conveying
Systems:                              Quality     assurance,     submittals,     warranty, maintenance and inspection.

DASNY_TRAVELERS2 063558

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 2

6.  Section 16100,
    Electrical:

Suitable electrical feeders through a disconnect switch brought to the terminals of the lift controller in the machine room. Lighting and work receptacles in the machine room, hoistway and pit.

1.03  REGULATORY AGENCIES

A.  Conform to:

1.  City of New York - RS18 Standard and local laws

2.  New York City Building Code

3.  NFPA Codes

B.  Permits, Inspections and Tests

1.  File necessary drawings for approval of all authorities having jurisdiction, obtain and pay all required fees for permits and inspections, etc., which may be required for the execution of his work. Copies of all permits shall be forwarded to the Owner through Construction Manager.

2.  Obtain, arrange and/or pay for any necessary permits, tests and inspections.

3.  Furnish all test instruments and materials required at the time of final inspection.

C.  All clearances, workmanship, construction, design and materials shall be in accordance with the requirements of the latest ASME A17.1 Code and all codes or rules of the City, State, other authorities having legal jurisdiction, and the codes hereinafter named.

D.  The ASME Code shall take preference except where other codes having jurisdiction include more stringent rules or conflict with the ASME Code.

1.04  REFERENCE STANDARDS

A.  The references listed herein form a part of this Section.

1.  ANSI - American National Standards Institute (ASME/ANSIB20.1).

2.  NEC - National Electric Code.

3.  ASTM - A36 - Structural Steel.

4.  OSHA - Occupational Safety Hazard Association

5.  NEMA - National Electrical Manufacturers Association.

DASNY_TRAVELERS2 063559

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 3

6.    AWS - American Welding Society.

7.    UL - Underwriters Laboratory.

1.05    SUBMITTALS

A.    Submit dimensioned General Arrangement drawings for approval after award of order, which shall include plans, elevations, machine room layout, sections of the material lift, base plate and lateral loading values, power requirements, and specification block. Record documentation shall include electrical schematic diagrams with electrical Bill of Material and panel layout.

B.    Submit installation manuals and owners manuals which shall include parts listings, exploded parts views, operational sequence, troubleshooting, servicing, maintenance instructions, and suggested spare parts listing.

1.06    QUALITY ASSURANCE

A.    Manufacturer must have a minimum of 5 years experience in manufacture of vertical reciprocating conveyors.

B.    All welding performed by manufacturer must be done by welders certified to AWSD.1.1-90. Certification of same to be submitted upon request.

C.    Manufacturer must guarantee compliance to all Federal, Statue, and local codes.

D.    Installer shall have the approval of the manufacturer and have a minimum of 5 years previous experience in the installation of vertical reciprocating conveyors. The contractor must have successfully installed at least two similar vertical reciprocating conveyors as proposed for this contract.

1.07    CONTRACT CLOSE-OUT

A.    Guarantee and Warranties:

1.    Warrant the equipment installed under these specifications against defects in material and workmanship and correct any defects not due to ordinary wear and tear or improper use or car which may develop within one year from the date the lift is completed and placed in permanent operation and accepted by the Owner and Construction Manager. This section shall apply as the unit is completed and placed in operation.

2.    This warrantee shall be written and issued at the completion of the unit prior to final payment.

DASNY_TRAVELERS2 063560

1.08    OPERATING AND MAINTENANCE DATA

A.    Furnish neatly bound instructions giving the method of control and operation, together with data on all switches, relays and other devices as will be needed for serving and for ordering replacements.

B.    Furnish bound instructions and recommendations for maintenance, with special reference to lubrication and lubricants.

C.    Furnish sets of complete and legible "as-built" field wiring diagrams, layouts and straight line diagrams showing the electrical connections, functions, and sequence of operation of all apparatus connected with the system together with photographs or cuts of controller repairs parts with part numbers listed.

D.    Wiring Diagrams shall be accurately and completely transferred to AutoCad files by the Contractor and submitted as follows:

   1.    Drawing files in AutoCad Release 12 Format for DOS on 3-1/2" HD discs or other approved high density discs.

   2.    Three (3) sets of blueprints.

   3.    Two (2) sets of 3 mil Mylar reproducibles.

E.    All required data including operation and maintenance manuals, catalog information, installation instruction manuals, charts, tables, etc., shall be submitted as follows:

   1.    Document files in ASC II or Microsoft Word for Windows format on 3-1/2" HD discs or other approved high density discs.

   2.    Charts, tables, etc., in Microsoft Excel format on 3-1/2" HD discs or other approved high density discs.

   3.    Three (3) printed sets.


1.09    MAINTENANCE

A.    Provide full protective maintenance on the specified equipment for a period of twelve (12) months from the date of final acceptance of the entire installation. Perform maintenance work in accordance with the Elevator/Escalator Maintenance Contract and Specifications.

1.10    MAINTENANCE

A.    Maintenance Alternates 1 and 2: See Warranty Service Agreement for maintenance and extended warranty requirements.

## PART 2 - PRODUCTS

### 2.01    APPROVED MANUFACTURER

A.    The approved manufacturer shall be Pflow Industries (5045 N. 35th Street, Milwaukee, WI 53209) or equal as approved by the architect.

### 2.02    GENERAL DESCRIPTION

A.    Material Lift

| | | |
|---|---|---|
| 1. | Quantity - | One (1) VRC |
| 2. | Type - | Vertical reciprocating conveyor |
| 3. | Capacity (lbs.) - | 2000 |
| 4. | Speed (fpm) - | 14 |
| 5. | Travel in feet - 12'-10-1/4" | |
| 6. | Number of Landings - | Two (2) |
| 7. | Number of Openings - | Two (2) |
| 8. | Front - | Two (2) |
| 9. | Rear - | None |
| 10. | Operation - | Call-Send |
| 11. | Control - | AC |
| 12. | Platform size - 48" wide x 84" deep nominal | |
| 13. | Runway enclosures - | See Architectural drawings |
| 14. | Runway enclosure doors - | 4'-0" wide x 7'-0" @ 14th Floor and PH |
| 15. | Door operation - | Manual swing |
| 16. | Fixture and signals - | As further specified |
| 17. | Drive - | Hydraulic |
| 18. | Machine Location - | Pump motor and controller located at 14th Floor |

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 6

19.    Power supply -                    460-3-60

2.03    PERFORMANCE CHARACTERISTICS

A.    Lifting/Lowering Speed:

1.    The VRC shall have a nominal lifting rated speed as specified when loaded to capacity.  Lowering speed shall not exceed 10% of the lifting speed when either loaded or unloaded.

B.    Lift Platform:

1.    The VRC platform shall be as specified with a steel deck plate, 48" high welded handrails, 84" high stainless steel enclosure, kick plates on non-operating ends, canopy and 2 inch square diagonal metal drop bars with one row of snap chains at operating ends.

C.    Physical Characteristics:

1.    Deflection Under Load:

a.    When fully loaded, no portion of the VRC shall exhibit plastic (permanent) deformations.

2.    Travel Limit Switch:

a.    The VRC shall be equipped with an adjustable positive mechanical stop to limit the upward travel of the lift platform to a height flush with the upper level floor.

b.    Starting and stopping in the "up" or "down" direction shall be smooth without noticeable bumps or jars.  Mechanical stopping shall be provided with a means to absorb the shock.

3.    Support Columns:

a.    The VRC shall have a minimum of two roll formed guide columns to insure minimum tolerances and eliminating carriage rocking of the wheels within the guides.  Guide columns shall be secured to the building structure as approved by the structural engineer.

b.    All equipment secured to the building structure shall be isolation mounted in a manner to prevent transmission of vibration to the structure.

4.    Actuating Mechanism:

a.    Raising and lowering of the carriage shall be provided by four (4) hydraulic cylinders mounted on the unit in a manner that will allow the cylinders to operate in a true line of force eliminating any side loading of

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 7

the cylinders regardless of the loading manner.  Lift force is direct from the top of the Columns.

5.    Hydraulics:

a.    The hydraulics shall be of sufficient capacity to lift and lower the platform at its maximum capacity.  The lifting system shall include a pressure compensated flow control valve to provide for safe lowering of the load.  The lift shall incorporate a velocity sensing check valve to prevent an uncontrolled carriage descent in the event of a failure in the hydraulic pressure line.  A pressure relief valve shall be provided to protect the hydraulic system from excessive pressure due to overloading or jamming situations.

6.    Finish:

a.    Shop and Touch-up Primer:  SSPC 15, Type 1, red oxide.

b.    Finish Paint (for Metal Surfaces):  Alkyd enamel, semi-gloss custom color as specified by the Architect.

2.04    ELECTRICAL CHARACTERISTICS AND WIRING:

A.    Motor:

1.    Motor horsepower shall be sized for the rated live load.  All motors shall be single phase and shall be designed for continuous duty at ambient temperatures from 32 to 130 degrees Fahrenheit.  All motors shall operate on electrical characteristics as they exist at the site.  Motors shall not restart automatically when the overload device is reset.  The motor shall be housed in a protective enclosure.

B.    Wiring:

1.    Provide all wiring and conduit required for operation of the lift.  The pump unit and controller shall be prewired and tested before shipment.

2.    Wiring, conduit and all fittings shall be in accordance with requirements of Code.

3.    Run all wiring in galvanized conduit or in metal wireways.

4.    Flexible metal conduit with ground wiring may be used for short runs from main hoistway wireway to interlocks, fixtures, limit switches and between control panels, motors and brakes.

5.    Where the main disconnect devices are not located in the machine room or they are not in the view of the pump provide necessary auxiliary disconnect means to meet the requirements of the Code.

C.  Controls:

1.  There shall be two sets of controls; one located at the floor level of the VRC and one located at the upper level to operate the upward and downward movement. The VRC shall automatically stop at the lower level and the upper floor level. Lift and lower controls shall be the push-button type. Depressing the button one time shall activate the conveyor to travel to the other level. An emergency stop button (mushroom type) shall be located on each panel to cut all power to the VRC. The emergency stop button shall be reset before any other operations take place. Control voltage shall be 24 volt. All electrical devices shall be rated NEMA 4.

D.  Power Source:

1.  Distribution panels and circuit breakers shall be furnished and installed under another section of the specification and shall include all necessary wiring and equipment for power distribution to the system.

2.05    DESIGN AND FABRICATION

A.  Shaft Enclosure:

1.  Guarding on all non-access sides of the conveyor hoistway shall be a solid shaftway enclosure.

B.  Approach Ramp:

1.  A metal approach ramp shall be provided, at the bottom level of the VRC for ease of loading and unloading. The approach ramp shall not exhibit plastic (permanent) deformations when loading the VRC to capacity. The gap between the conveyor platform and the landing sill at each floor shall be no greater than 1".

C.  Gates:

1.  Solid door panels with vision windows shall be provided on all access sides of the conveyor at each level. The doors shall be of the swing type. Each door shall have an electric/mechanical interlock to prevent gates from opening unless carriage is present and to prevent operation of the VRC unless all gates are closed. Solid doors shall be provided with tempered glass vision panels. Doors shall be self-closing.

D.  Signs:

1.  "NO RIDER" signs shall be provided on each control station, access door and on the lifting platform visible from each point of access. Lettering shall be at least 2" high for visibility. Riding the VRC is forbidden. In addition, a capacity sign shall be posted inside the lift enclosure. Lettering shall be 1" high.

DASNY_TRAVELERS2 063565

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 9

2. All signs shall be on stainless steel faceplates. Lettering shall be engraved into faceplates and filled with epoxy.

E. Interlocks:

1. Equip each lift enclosure door with positive interlock (mechanical lock with electric contact) which shall prevent the operation of the lift unless all enclosure doors are closed and maintained closed when lift is away from the landing. The interlocks shall also prevent the opening of a hoistway door from the landing side unless the car is within the loading zone and is either stopped or being stopped at that level.

2. The locking device may only permit the door to be opened if the platform is within 2" of the landing.

3. The exposed portions of the interlock shall be stainless steel finish and installed to minimize appearance.

F. Landing Call Stations:

1. Provide landing call stations which shall include an "on-off" key switch, "up" and "down" heavy duty control buttons and a stop button. Controls shall be located so they cannot be actuated by a person on the carrier.

2. The landing call stations shall be flush mounted with an 1/8" thick stainless steel faceplate with brushed finish. Provide cutouts and back boxes (recessed) for the fixtures.

3. Landing stations shall be provided with warning signage prohibiting persons from riding the lift. Signs shall be integral with the faceplate.

4. Fastenings for all signs and faceplates shall be secured with tamperproof screws.

G. Operation:

1. Operation shall be "call-send" and initiated at every landing call station. The "up" and "down" control buttons will not be in operation unless the key switch is in the "on" position. The key shall be removable in the "off" position only at which time the "up" and "down" control buttons will not be operational.

2. The "up" and "down" buttons shall be of the momentary pressure type. The stop button shall be "push-pull" type and shall cut off all power to the conveyor when activated. The stop button must be reset prior to any continuing operation.

2.06  FIXED HOISTWAY EQUIPMENT

A. Guide Rails, Inserts and Brackets

1. Provide adequate structural steel guides for load and travel specified.

DASNY_TRAVELERS2 063566

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 10

    2.    Brackets shall be used to support the guides from the hoistway framing and/or inserts. The guides shall be attached to the brackets by heavy clamps or clips.

B.  Normal and Final Terminal Stopping Devices

    1.    Provide Normal stopping devices to stop the platform at floor level automatically from any speed obtained under normal operation.

    2.    Provide final terminal stopping devices to stop the platform automatically from the speed specified within the top clearance. Activation of the final terminal stopping device will cut all power to the conveyor.

C.  Safety Device

    1.    Provide a method to stop uncontrolled decent of platform and load in the event of a failure in the actuating mechanism.

2.04   MOVING HOISTWAY EQUIPMENT

A.  Lift Platform

    1.    Lift platform shall be of steel construction reinforced to accommodate the specified load.

    2.    The steel deck plate shall have a non-slip surface finish.

    3.    Provide stainless steel enclosure with handrails and kick plates on sides not used for loading and unloading. The top of the enclosure shall be provided with a perforated canopy which shall reject a ball 1-1/2 inches in diameter.

    4.    Provide one, 2" square hinged diagonal metal drop bar with safety chain and snap hook at each end of platform used for loading and unloading.

2.08   EQUIPMENT PAINTING

A.  All metal work installed by the Contractor and exposed in the hoistway or adjacent thereto, shall be cleaned and painted with two shop coats of an approved rust inhibitive paint. This shall not apply to metal work which is effectively protected by a coating of enamel or other acceptable material for equipment previously specified with a finish or for equipment in which painting might impede its proper operation.

2.09   FULL PROTECTIVE MAINTENANCE SERVICE

A.  Submit two alternate prices to extend the full maintenance service beyond the installation period. Alternate No. 1 shall be submitted for the 1st year commencing after final acceptance of all units and Alternate No. 2 for the 2nd thru 5th years, thereafter, in accordance with the Warranty Services Agreement.

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 11

## PART 3 - EXECUTION

3.01     SPACE CONDITIONS

A.   Attention is called to overhead clearances, pit clearances, overall spaces available in hoistway and machine room and construction conditions as shown on the construction documents in connection with lift work.   Provide proper, satisfactory and code legal installation of equipment as a whole, including all construction, accessories and devices in connection with lift and electrical work specified herein.

3.03     INSPECTION

A.   Study the Contract Documents with regard to the work as shown and required so as to insure its completeness.

B.   Examine surface and conditions to which this work is to be attached or applied, and notify the Architect, in writing, if conditions or surfaces are detrimental to the proper and expeditious installation of the work.   Starting the work shall imply acceptance of the surfaces and conditions to perform the work as specified.

C.   Verify, by measurements at the job site, dimensions affecting the work.   Bring field dimensions which are at a variance with those on the accepted shop drawings to the attention of the Architect.  Obtain the decision regarding corrective measures before the start of fabrication of items affected.

D.   Cooperate in the coordination and scheduling of the work of this section with the work of other sections so as not to delay job progress.

3.04     INSTALLATION

A.   Install the lift using skilled workmen in strict accordance with the final accepted shop drawings and other submittals.

B.   Comply with the code, manufacturer's instructions and recommendations.

C.   Coordinate work with the work of other trades for proper time and sequence to avoid construction delays and to insure right-of-way of system.  Use lines and levels to ensure dimensional coordination of the work.

D.   Coordinate the forming of the pit to ensure that recess is adequate.

E.   Coordinate the VRC installation work with that of the trades responsible for furnishing and installing the structural openings. Ensure that the structural openings have been completed and that all receiving conditions are acceptable for the proper installation of the VRC before commencing the work.  Interface the VRC and safety enclosures with the surrounding conditions as indicated on the approved shop drawings.

F.   Comply  with  manufacturers  detailed  installation  instructions  when  installing  the equipment.

DASNY_TRAVELERS2 063568

G.   Adequately and rigidly secure supporting elements within the shaftways to the encountered construction within the tolerance established.

H.   Provide and install motors, switches, controls, safety and maintenance and operating devices in strict accordance with the submitted wiring diagrams and applicable codes and regulations having jurisdiction.

I.   After installation touch up, in the field, surfaces of shop primed elements which have become scratched or damaged.

J.   Lubricate operating parts of system as recommended by the manufacturer.

3.05   FIELD QUALITY CONTROL

A.   Inspections:

1.   The systems shall be inspected to verify that all requirements of the specifications are met. These inspections shall be completed as part of the system checkout test and again as part of the quality conformance test.

B.   Tests:

The following test shall be performed on the system as part of the quality conformance test:

1.   Test Description:

a.   Test to insure the vertical reciprocating conveyor is capable of lifting and lowering the capacity load.
Provide a full-load test. The load shall be conveyed from the floor level to the second level and returned to the floor several times to assure proper operation. The load will be raised to the second level and allowed to remain on the conveyor platform for a minimum of four hours. After the four hour period, the conveyor will be inspected for deflection of components or drift of the platform.

If the conveyor cannot lift or lower the load, or if deformation or downward drift is evident, the vertical reciprocating conveyor shall fail the test.

b.   Test to insure that the vertical reciprocating conveyor is capable of the required lifting and lowering speeds. This test is to be performed in conjunction with Test 1 above. During the demonstration of the lifting and lowering test, the Contractor shall measure the time required to lift and lower the capacity load. The Contractor will measure times for lifting and lowering the load and calculate the average lifting and lowering speed.

Baruch Academic Complex
Baruch College - Site B
New York, NY
Page 14900 - 13

If the conveyor cannot lift the load at its designed speed or if the lowering speed exceeds the lifting speed by more than 10% the vertical reciprocating conveyor shall fail the test.

3.06    PROTECTION AND CLEANING

A.    Adequately protect surfaces against accumulation of paint, mortar, mastic and disfiguration or discoloration and damage during shipment and installation.

B.    Upon completion, remove protection and thoroughly clean work and have it free from discoloration, scratches, dents and other surface defects.

C.    Touch up all scratches, abrasions and other defects in the pre-finished surfaces with the same material color as that used in the factory applied finish.

D.    Remove all rubbish and debris caused by the work of this Section and legally dispose of same off the site.

E.    Verify that equipment is property installed and guarded per ANSI/ASME B20.1.

F.    The finished installation shall be free of defects.    Before final completion and acceptance of the building, repair and/or replace defective work, to the satisfaction of the Architect and the Owner at no additional cost.


END OF SECTION

DASNY_TRAVELERS2 063570





(11) PLAN DETAIL @ 14TH FLOOR
MULTIPURPOSE ROOM VERTICAL MULLION
ONE-HALF FULL SIZE

Baruch Academic Complex
Kohn Pedersen Fox Associates, P.C.
REVISED DETAIL IIA-39
Date 2/6/99
Drawn by OB
Sketch #
Checked by RLF
787

DASNY_TRAVELERS2 063600

GRFB COLUMN ENCLOSURE
N.I.C. CONTRACTS #4 AND #5

PAINTED METAL FIN TUBE ENCLOSURE

LINE OF SILL BELOW

4 SIDED STRUCTURAL GLAZED VISION
GLASS. SEE ELEVATION FOR TYPE

PAINTED ALUMINUM SILL BELOW

PAINTED EXTRUDED
ALUMINUM MULLION
WITH ORNAMENTAL
SNAP CAP.
PROVIDE BLACK OUT
POCKET AT 14TH FL.
MULTI PURPOSE RM.
#14-220

NOTE:
SEE DRAWING A-213 FOR ELLIPSE
GEOMETRY AND MULLION LOCATIONS

GENERAL NOTE:
SEE SHEET A-370 FOR GENERAL NOTES
APPLICABLE TO THIS SHEET.

1   PLAN DETAIL AT 13TH & 14TH FLOOR ELIPSE CURTAINWALL

Barüch Academic Complex
Kohn Pederson Fox Associates, P.C.
REVISED DETAIL 11A-370
Date 1/24/00        Drawn by: AG
Scale Half F          Sketch #
                      100



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-107

SKETCH NO.
789

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM #1 (CONTRACT #15) | 2/20/98 |

SCALE: 1/16"=1'-0"

DASNY_TRAVELERS2 063571



# Baruch Academic Complex - Site B
### 55 LEXINGTON AVENUE          NEW YORK, NY 10010
#### OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #1 (CONTRACT #15) | 2/20/98 |

**ARCHITECT**
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-108

SKETCH NO.
790

SCALE
1/16" = 1'-0"

DASNY_TRAVELERS2 063572



# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE              NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A·110

SKETCH NO.
791

SCALE
1/16" = 1'-0"

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM •1 (CONTRACT •15) | 2/20/98 |

DASNY_TRAVELERS2 063573



| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | | REF DETAIL/SHEET NO.     SKETCH NO. |
| | | A-111 |
| NO. | REVISION | DATE | 792 |
| | ADDENDUM #1 (CONTRACT #15) | 2/20/98 | SCALE 1/16" = 1'-0" |

DASNY_TRAVELERS2 063574



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-113

SKETCH NO.
793

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |

SCALE 1/16" = 1'-0"

DASNY_TRAVELERS2 063575



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-114

SKETCH NO.
794

| NO. | REVISION | DATE | SCALE |
|-----|----------|------|-------|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 | 1/16"=1'-0" |

DASNY_TRAVELERS2 063576

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM #1 (CONTRACT #15) | 2/20/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-116

SKETCH NO.
795

SCALE
1/16" = 1'-0"

DASNY_TRAVELERS2 063577



| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A·126 | SKETCH NO. 796 |
|---|---|---|---|---|
| | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 | SCALE 1/16" = 1'-0" | |

DASNY_TRAVELERS2 063578



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #1 (CONTRACT #15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A·127

SKETCH NO.
797

SCALE
1/16"=1'-0"

DASNY_TRAVELERS2 063579



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #1 (CONTRACT #15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----------------------|------------|
| A.129 | 798 |
| SCALE 1/16" = 1'-0" | |

DASNY_TRAVELERS2 063580



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA♦ 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES

111 WEST 57TH STREET

NEW YORK, NY 10019

| NO. | REVISION | DATE | REF DETAIL/SHEET NO. A·130 | SKETCH NO. 799 |
|---|---|---|---|---|
|  | ADDENDUM ♦1 (CONTRACT ♦15) | 2/20/98 | SCALE 1/16"=1'-0" |  |

DASNY_TRAVELERS2 063581



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 :802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES

111 WEST 57TH STREET

NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |

REF. DETAIL/SHEET NO.

A-132

SKETCH NO.

800

SCALE

1/16" = 1'-0"

DASNY_TRAVELERS2 063582



# Baruch Academic Complex - Site B
### 55 LEXINGTON AVENUE        NEW YORK, NY 10010
### OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA ● 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | | DATE |
|-----|----------|--|------|
| | ADDENDUM #1 (CONTRACT #15) | | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.        SKETCH NO.
A.133        801

SCALE: 1/16" = 1'-0"

DASNY_TRAVELERS2 063583



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A·135

SKETCH NO.
302

SCALE
1/16" = 1'-0"

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-118

SKETCH NO.
603

SCALE
1/8"=1'-0"

DASNY_TRAVELERS2 063585



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM •1 (CONTRACT •15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-118

SKETCH NO.
BO4

SCALE
1/8"=1'-0"

DASNY_TRAVELERS2 063586



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
| KPF ASSOCIATES |
| 111 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| REF. DETAIL/SHEET NO. | SKETCH NO. |
| A-127 | |

| NO. | REVISION | DATE | SCALE | 505 |
| | ADDENDUM #1 (CONTRACT #15) | 2/20/98 | 1/8" = 1'-0" | |

DASNY_TRAVELERS2 063587



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.     SKETCH NO.
A-136

SCALE
1/8" = 1'-0"     806

DASNY_TRAVELERS2 063588



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-137

SKETCH NO.
807

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS2 063589



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-137

SKETCH NO.
808

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS2 063590



FASTENERS 16" O.C. (TYP)
LINE OF SLAB ABOVE
CONTINUOUS PERIMETER SEALANT
3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND
ATTENUATION BLANKET
LINE OF SCHEDULED CEILING
3 5/8" METAL STUDS
@ 16" O.C. (20 GAUGE)

5/8"    3 5/8"    5/8"

1 LAYER 5/8" GYP. BD.
EA. SIDE SLAB TO SLAB
(CEM. BACKER BD. @ CER. TILE) ⚠
3 5/8" METAL RUNNER
BASE (AS SCHEDULED)
CONTINUOUS PERIMETER SEALANT
LINE OF FLOOR SLAB
FASTENERS 16" O.C. (TYP)

(8)  PARTITION
SCALE: 3" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | A-701 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM #1 (CONTRACT #15) | 2/20/98 | SCALE | 801 |

DASNY_TRAVELERS2 063591



FASTENERS 16" O.C. (TYP)
LINE OF SLAB ABOVE
CONTINUOUS PERIMETER SEALANT
3 5/8" METAL RUNNER

OFFICE SIDE
CORRIDOR SIDE
2" MINERAL FIBER SOUND ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS @ 16" O.C. (20 GAUGE)

1 LAYER 5/8" IMPERIAL BASE GYP. BD. SLAB TO SLAB

1 LAYER 5/8" GYP. BD. SLAB TO SLAB (CEM. BACKER BD. @ CER. TILE)
2 COATS IMPERIAL VENEER PLASTER FIN.
3 5/8" METAL RUNNER
BASE (AS SCHEDULED)
CONTINUOUS PERIMETER SEALANT
LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

(8A) PARTITION (1 HR. RATING)
SCALE: 3" = 1'-0"    3 5/8" MS @ 16" O.C.
UL DES. U465
BSA #301-60-SM

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | 111 WEST 57TH STREET NEW YORK, NY 10019 |

| | | REF. DETAIL/SHEET NO. A-701 | SKETCH NO. |
|---|---|---|---|
| NO. | REVISION | | 8IO |
| | ADDENDUM #1 (CONTRACT #15)    DATE 2/20/98 | SCALE | |

DASNY_TRAVELERS2 063592



FASTENERS 16" O.C. (TYP)
LINE OF SLAB ABOVE
CONT. PERIMETER SEALANT
3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND
ATTENUATION BLANKET
LINE OF SCHEDULED CEILING
3 5/8" METAL STUDS
@ 16" O.C. (20 GAUGE)
2 LAYERS 5/8"
GYP. BD. SLAB TO SLAB

3 LAYERS 5/8" GYP. BD.
SLAB TO SLAB (CEM. BACKER
@ CER. TILE)
3 5/8" METAL RUNNER
BASE (AS SCHEDULED)
CONT. PERIMETER SEALANT
LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

**27B** PARTITION
SCALE: 3" = 1'-0"



| Baruch Academic Complex - Site B | | | ARCHITECT KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 | |
|---|---|---|---|---|
| 55 LEXINGTON AVENUE      NEW YORK, NY 10010 OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | | | | |
| | | | REF. DETAIL/SHEET NO. A.703 | SKETCH NO. 811 |
| NO | REVISION | DATE | SCALE | |
| | ADDENDUM #1 (CONTRACT #15) | 2/20/98 | | |

DASNY_TRAVELERS2 063593



FASTENERS 16" O.C. (TYP)
LINE OF SLAB ABOVE
CONT. PERIMETER SEALANT
3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND
ATTENUATION BLANKET
LINE OF SCHEDULED CEILING
3 5/8" METAL STUDS
● 16" O.C. (20 GAUGE)
1 LAYER 5/8" ABUSE RESIST.
IMPERIAL BASE GYP. BD.
SLAB TO SLAB
1 LAYER 5/8" GYP. BD.
EA. SIDE SLAB TO SLAB
1 LAYER 5/8" CEM. BACKER BD.
SLAB TO SLAB
2 COATS IMPERIAL VEN. PLAS. FIN.
3 5/8" METAL RUNNER
BASE (AS SCHEDULED)
CONT. PERIMETER SEALANT
LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

**11F** PARTITION (2 HR. RATING)
3" = 1'-0"                    UL DES. U474
                             MEA #103-89-M

**11N** SAME AS 11F EXCEPT ADD 3RD LAYER GYP. BD. TO LOBBY
        SIDE OF WALL TO MAINTAIN 2 HR. RATING WITH REVEALS



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #1 (CONTRACT #15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.        SKETCH NO.
A.704                        812
SCALE

DASNY_TRAVELERS2 063594



FASTENERS 16" O.C. (TYP)
LINE OF SLAB ABOVE
CONT. PERIMETER SEALANT
3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND
ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS
@ 16" O.C. (20 GAUGE)
1 LAYER 5/8" ABUSE RESIST.
IMPERIAL BASE GYP. BD.
SLAB TO SLAB
1 LAYER 5/8" GYP. BD.
EA. SIDE SLAB TO SLAB
1 LAYER 5/8" CEM. BACKER BD.
SLAB TO SLAB
2 COATS IMPERIAL VEN. PLAS. FIN.
3 5/8" METAL RUNNER
BASE (AS SCHEDULED)
CONT. PERIMETER SEALANT
LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

(11F) **PARTITION (2 HR. RATING)**
3" = 1'-0"
UL DES. U474
MEA #103-89-M

(11N) SAME AS 11F EXCEPT ADD 3RD LAYER GYP. BD. TO LOBBY
SIDE OF WALL TO MAINTAIN 2 HR. RATING WITH REVEALS

| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT<br>KPF ASSOCIATES<br>111 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| 55 LEXINGTON AVENUE       NEW YORK, NY 10010 | |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176<br>1 PENNSYLVANIA PLAZA       NEW YORK, NY 10119 | REF DETAIL/SHEET NO.<br>A-704 | SKETCH NO. |
| NO.       REVISION                              DATE | |
| ADDENDUM #1 (CONTRACT #15)       2/20/98 | SCALE       813 |

DASNY_TRAVELERS2 063595



FASTENERS 16" O.C. (TYP)
LINE OF SLAB ABOVE
CONT. PERIMETER SEALANT
3 5/8" METAL RUNNERS TO SLAB ABOVE @ 16" O.C.
3" MINERAL FIBER SOUND ATTENUATION BLANKET
TOILET
BRACE AS REQUIRED
LINE OF SCHEDULED CEILING
1 LAYER 5/8" FOIL BACK GYP. BD. SLAB TO SLAB
1 LAYER 5/8" GYP. BD. SLAB TO SLAB EA. SIDE
1 LAYER 5/8" CEMENTITIOUS BACKER BD. SLAB TO SLAB
FASTENERS 16" O.C. (TYP)
3 5/8" METAL RUNNERS
CERAMIC TILE
4" CONC. CURB
3 5/8" METAL RUNNERS
BASE (AS SCHEDULED)
CONT. PERIMETER SEALANT
LINE OF FLOOR SLAB
FASTENERS 16" O.C. (TYP)

TEL/ELEC
VARIES

(40)  PARTITION (2 HR. RATING)
      3" = 1'-0"
      UL DES. U474
      BSA #553-85-SM

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM •1 (CONTRACT •15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    SKETCH NO.
A-704
SCALE                    814

DASNY_TRAVELERS2 063596



FASTENERS 16" O.C. (TYP)
LINE OF SLAB ABOVE
CONT. PERIMETER SEALANT
6" METAL RUNNER

1 LAYER 5/8" GYP. BD.    41A
SLAB TO SLAB

6" METAL STUDS
@ 16" O.C. (16 GAUGE)

7 1/4"

6"  5/8"  5/8"

2 LAYERS 5/8" GYP. BD.
SLAB TO SLAB
6" METAL RUNNER

CONT. PERIMETER SEALANT
LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

41  PARTITION
    3"=1'-0"

41A  SAME AS 41 EXCEPT WITH
     1 LAYER OF GYP. BD. OPP. SIDE

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | | DATE | A-104 | SKETCH NO. |
|---|---|---|---|---|---|
| | ADDENDUM •1 (CONTRACT •15) | | 2/20/98 | SCALE | 815 |

# FOURTEENTH FLOOR

| DOOR NO. | ROOM NO. | ROOM NAME | DOOR TYPE | DOOR MATERIAL | DOOR FINISH | DOOR SIZE W | DOOR SIZE H | DOOR SIZE TH | FRAME TYPE JAMB | FRAME TYPE HEAD | FRAME MATERIAL | FRAME FINISH | SADDLE MAT. | SADDLE TYPE | U.L. LABEL | HDWR. SET | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| --- | 14-100 | NOT USED | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | INCLUDES 14-100 THRU 14-197 |
| 14-198 | 14-198 | SERV. LOBBY | A | S.S | --- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | B | 26 | |
| --- | 14-199 | NOT USED | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| --- | 14-200 | CORRIDOR | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| 14-201 | 14-201 | CORRIDOR | A | S.S | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | B | 1C | |
| --- | 14-202 | ELEV. LOBBY | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| --- | 14-203 | CORRIDOR | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| --- | 14-204 | NOT USED | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | INCLUDES 14-205 |
| 14-206 | 14-206 | CORRIDOR | G | WD | S.S. TRIM | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 39 | |
| 14-207 | 14-207 | CORRIDOR | G | WD | S.S. TRIM | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 7B | |
| --- | 14-208 | NOT USED | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | INCLUDES 14-209 |
| --- | 14-210 | CORRIDOR | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| 14-211 | 14-211 | CORRIDOR | B | S.S. | --- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | -- | 26 | |
| 14-211A | 14-211 | CORRIDOR | G | WD | S.S. TRIM | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | -- | 35 | |
| 14-211B | 14-211 | CORRIDOR | G | WD | S.S. TRIM | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | -- | 35 | |
| 14-211C | 14-211 | CORRIDOR | G | WD | S.S. TRIM | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | -- | 35 | |
| 14-211D | 14-211 | CORRIDOR | G | WD | S.S. TRIM | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | -- | 35 | |
| 14-212 | 14-212 | CORRIDOR | B | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | B | 16 | |
| 14-212A | 14-212 | CORRIDOR | A | S.S. | --- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 26 | |
| 14-212B | 14-212 | CORRIDOR | B | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | B | 16 | |
| --- | 14-213 | CORRIDOR | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| 14-214 | 14-214 | STORAGE | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 37 | |
| 14-215 | 14-215 | CHR./TBL. STOR | A | S.S. | --- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | -- | 26 | |
| --- | 14-216 | NOT USED | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | INCLUDES 14-208 THRU 14-209 |
| 14-220 | 14-220 | MULTI-PUR. RM. | A | S.S. | --- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 9A | |
| --- | 14-221 | NOT USED | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | INCLUDES 14-222 |
| 14-223 | 14-223 | CORRIDOR | A | S.S. | --- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 26 | |
| --- | 14-224 | KITCHEN | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| 14-224A | 14-224A | STORAGE | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 37 | |
| --- | 14-225 | CHR./TBL. STOR | -- | --- | --- | --- | --- | --- | -- | -- | --- | --- | -- | -- | -- | -- | |
| 14-226 | 14-226 | CONFERENCE RM. | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | S.S. | B | -- | 1C | |

| DOOR NO. | ROOM NO. | ROOM NAME | DOOR TYPE | DOOR MATERIAL | DOOR FINISH | DOOR SIZE W | DOOR SIZE H | DOOR SIZE TH | FRAME TYPE JAMB | FRAME TYPE HEAD | FRAME MATERIAL | FRAME FINISH | SADDLE MAT. | SADDLE TYPE | U.L. LABEL | HDWR. SET | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-WT1 | 14-WT1 | W-TOILET | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | MARBLE | -- | -- | 3A | |
| 14-WT2 | 14-WT2 | W-TOILET | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | MARBLE | -- | -- | 3A | |
| 14-MT1 | 14-MT1 | M-TOILET | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | MARBLE | -- | -- | 3A | |
| 14-MT2 | 14-MT2 | M-TOILET | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | MARBLE | -- | -- | 3A | |
| 14-JC1 | 14-JC1 | JAN. CLOSET | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | MARBLE | -- | -- | 2A | |
| 14-JC2 | 14-JC2 | JAN. CLOSET | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | -- | -- | -- | 2A | |
| 14-JC3 | 14-JC3 | JAN. CLOSET | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | S.S. | --- | MARBLE | -- | -- | 2A | |
| 14-ME1 | 14-ME1 | MECH. RM. | A | S.S. | --- | 3'-0" | 6'-8" | 1-3/4 | J1 | H1 | S.S. | --- | S.S. | B | -- | 26 | |
| 14-MER | 14-MER | ELEV. MACH. RM. | A | H.M. | --- | 3'-0" | 7'-0" | 1-3/4 | J4 | H4 | H.M. | --- | ALUM. | B | B | 26 | |

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM #1 (CONTRACT #15) | 2/20/98 |

REF. DETAIL/SHEET NO. A-720

SCALE N.T.S.

SKETCH NO. 816



MULLION

ADHESIVE FACED
COMPRESSIBLE FILLER
ADHERED TO MULLION
"J" MOULDING (TYP.)

FORMED SHEET
METAL STUD

5/8" GYP. BD.

TAPE AND SPACKLE

CORNER BEAD

3 5/8" METAL STUDS

SEE PLAN FOR PTN. TYPE

CORNER BEAD

TAPE AND SPACKLE
(DO NOT SPACKLE UNTIL AFTER
FILLER PANEL IS IN PLACE)

DET. @ PTN. & WIN. MULL. CLOSURE
3"=1'-0"
1 HOUR BET. 120P CLASSRMS

12

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM ●1 (CONTRACT ●15) | 2/20/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
12/A-743

SCALE
3"=1'-0"

SKETCH NO.
817