# EXHIBIT

# C



**ADDENDUM NO. 2**
March 3, 1998

*Kohn Pedersen Fox*
*Associates PC*
*Architects & Planning*
*Consultants*

**BARUCH ACADEMIC COMPLEX - SITE B**
**CONTRACT #15 - GENERAL CONSTRUCTION #1**

DA # 6500 1802 2176

*111 West 57th Street*
*New York, NY 10019-2211*
*Telephone 212-977-6500*
*Facsimile 212-956-2526*

**TO ALL BIDDERS:**

This ADDENDUM is hereby included in and made part of the Contract whether or not attached thereto. All requirements of the original Specifications and Drawings shall remain in force except as noted by ADDENDA Numbers 1 and 2.

**THE PURPOSE OF THIS ADDENDUM IS TO CHANGE THE FOLLOWING ITEMS:**

1.0     SECTION I - NOTICE TO BIDDERS

        *The bid date has been extended to 2:00 PM on **March 19, 1998**. Any bids received after that time will not be considered.*

2.0     SECTION VIII - SUPPLEMENTAL GENERAL REQUIREMENTS

2.1     Division 01311 subsection .02
        Revise paragraph A as follows:

        A.      The start of work for this contract which is indicated in the precedence diagram shall be adjusted to reflect the date of the Notice to Proceed. The precedence diagram includes the following milestone dates. If activity ID No. **363**, Notice to Proceed is delayed through no fault of the Contractor, then the remaining milestone dates will be adjusted by adding the period of delay to the scheduled milestones.

| Activity ID | Activity Description | Milestone Date |
|---|---|---|
| Exterior Siding, Curtainwall & Windows | | |
| 363 | Notice to Proceed | 10APR98 |
| 418 | Complete Dies Curtainwall | 20MAY98 |
| 446 | Complete Dies Alum Windows | 5JUN98 |

DASNY_TRAVELERS2 063239



| 442 | Complete Dies Alum Channels | 19JUN98 |
| 427 | Complete Mock Up Curtainwall | 17SEP98 |
| 433 | Start Install Liner Panels | 10NOV98 |
| 435 | Start Install Curtainwall | 30DEC98 |
| 439 | Complete Atrium Framing South El | 8JAN99 |
| 440 | Complete Atrium Framing North El | 8JAN99 |
| 444 | Complete Install Alum Channels | 30JAN99 |
| 421 | Complete Install Liner Panels | 22FEB99 |
| 424 | Complete Finish Siding | 22FEB99 |
| 451 | Complete Install Alum Louvers | 29MAR99 |
| 434 | Complete Insulation, Fire Stopping | 8APR99 |
| 441 | Complete Cone Panels North El | 8APR99 |
| 449 | Complete Install Alum Windows | 8APR99 |
| 436 | Complete Install Curtainwall | 28APR99 |
| 452 | Complete Interior Windows Trim | 25MAR00 |
| 453 | Complete Wash Exterior Windows | 7MAY00 |

Partitions, Doors
& Ceilings

| 1051 | Start Install Doors Bucks | 21JAN99 |
| 1052 | Start Install SH Rock GR FL | 21APR99 |
| 1053 | Start Install Soffits & Ceilings | 19AUG99 |
| 1054 | Start Install Doors | 7NOV99 |
| 1055 | Complete FIN SH Rock GR to 6Fl | 16DEC99 |
| 1057 | Complete Install Door Bucks | 15MAR00 |
| 1056 | Complete Install Doors | 4APR00 |
| 1059 | Complete Install Soffits & Ceilings | 13JUN00 |
| 1058 | Complete SH Rock 7 to 14 Fl | 23JUN00 |
| 1060 | Complete FIN Ceilings Bsmt to 14 Fl | 3JUL00 |
| 1061 | Complete Spray on Acoust Coating | 13JUL00 |

Spray on
Fireproofing

| 1062 | Start Spray FP B2 | 14JUN98 |
| 1063 | Complete Spray FP 2 Fl | 5AUG98 |
| 1064 | Start Spray FP 7 Fl | 31AUG98 |
| 1065 | Complete Spray FP 6 Fl | 6SEP98 |
| 1066 | Complete Spray FP Roof | 24NOV98 |
| 1067 | Complete Spray FP Penthouse | 2DEC98 |

 **Elevators & Escalators**

| | | |
|---|---|---|
| 950 | Complete Elevator SH DWGS | 8AUG98 |
| 953 | Start Install Rails | 8SEP98 |
| 954 | Start Install Escalator Frames | 7NOV98 |
| 955 | Start Elev Door Frames | 6JAN99 |
| 956 | Start Build Platforms | 6JAN99 |
| 958 | Complete Install Hoist Equip | 5APR99 |
| 957 | Start Install Temp Elevators | 6APR99 |
| 959 | Start Build Cabs | 6MAY99 |
| 960 | Complete Escalators | 20OCT99 |
| 991 | Complete Cabs | 1DEC99 |
| 992 | Complete 'Elev/Escalator' | 29APR00 |

2.2   Division 01500 subsection .08
Revise paragraph .08A as follows:

**A.**   **The General Construction #1 Contractor**, Contract No. 15, shall be responsible to sequence its work and to provide the necessary temporary weather resistant protection to enclose the building for the prevention of air and water infiltration, as identified in Paragraph B below. The Contractor shall sequence its work such that the *installation of the* galvanized sheet liner panels for the exterior wall system *is a separate operation, independent of the installation of the finish metal siding and flat aluminum panels. All required Z channels, fasteners, sealants, etc. shall be installed in complete fashion as the liner panel is erected. Liner panel* fasteners shall be spaced an appropriate distance to withstand the imposed loads the liner panel will be subjected to during the entire period the liner will be exposed. *The finish metal siding and flat aluminum panel installation shall follow the liner panel installation with separate and independent work crews.* This installation sequence shall be at no additional cost to the Owner. The liner panels shall be installed and completed during the timeframe indicated in the project schedule.

4.0   SECTION XVI - TECHNICAL SPECIFICATIONS

4.1   SECTION 14205 – ELEVATOR CABS

Subsection 2.01 – Add item L.10 as follows:

**10.**   *Flooring: Provide studded rubber tile floor in each elevator. Studded rubber tile shall be Classic Tile Inc. 12" x 12" x 1/8" (or as approved equal by Architect). Reinforce with stainless steel studs.*

4.2   SECTION 14420 - VERTICAL WHEELCHAIR LIFTS

Please find attached pages 14420-4 and 14420-5

DASNY_TRAVELERS2 063241



5.0    DRAWINGS

5.1    The following drawings are to be omitted and substituted with revised drawings
attached herewith:

A-124    GROUND FLOOR RCP
A-355    EXTERIOR WALL PLAN DETAILS - LOWRISE
A-427    FACULTY ELEVATOR (PE-1, PE-2, PE-3) DETAILS

5.3    The following sketches are to be added as attached herewith:

SK-821 through SK-879

Questions submitted by planholders that were not specifically addressed in this Addendum
No. 2 are answered in the Contract Documents.

If you have any questions, please contact John McCullough of TDX Construction Corporation
at (212) 679-0031.

**END OF ADDENDUM NO. 2**

DASNY_TRAVELERS2 063242

    c.      Fully dimensioned plans and sections of the unit including:

        (1)     Platform, runway and entrance dimensions

        (2)     All running clearances

        (3)     Location of fixtures

    d.      Enclosure door details

    e.      Operating fixture details

    f.      Wiring diagrams

    g.      Car details including walls, base, handrail and platform

3.    Calculations

    a.      Floor and guide rail loads

    b.      Electrical loads including starting, accelerating and running currents. Include all auxiliary loads.

## 1.07     PERMITS, TESTING AND INSPECTIONS

A.    File necessary drawings for approval of all authorities having jurisdiction, obtain and pay all required fees for permits and inspections, etc., which may be required for the execution of his work. Copies of all permits shall be forwarded to the Owner through the Construction Manager.

B.    Obtain, arrange and/or pay for any necessary permits, tests and inspections.

C.    Furnish all test instruments and materials required at the time of final inspection. The inspection outlines in the American Standard Practice for the inspection of Lifts, Inspector's Manual A17.2 (latest edition) will be followed.

## 1.08     CONSTRUCTION FACILITIES AND TEMPORARY CONTROLS

A.    Delivery, Storage and Handling:

1.    Deliver materials to the site ready for use in the accepted manufacturer's original and unopened containers and packaging, bearing labels as to type of material, brand name and manufacturer's name. Delivered materials shall be identical to accepted samples.

2.    Store materials under cover in a dry and clean location, off the ground. Remove delivered materials which are damaged or otherwise not suitable for installation from the job site and replace with acceptable materials.

DASNY_TRAVELERS2 063243

1.09    CONTRACT CLOSE-OUT

    A.    Guarantee and Warranties:

        1.    Warrant the equipment installed under these specifications against defects in material and workmanship and correct any defects not due to ordinary wear and tear or improper use or car which may develop within one year from the date the lift is completed and placed in permanent operation and accepted by the Owner and Construction Manager. This section shall apply as the unit is completed and placed in operation.

        2.    This warrantee shall be written and issued at the completion of the unit prior to final payment.

1.10    OPERATING AND MAINTENANCE DATA

    A.    Furnish neatly bound instructions giving the method of control and operation, together with data on all switches, relays and other devices as will be needed for serving and for ordering replacements.

    B.    Furnish bound instructions and recommendations for maintenance, with special reference to lubrication and lubricants.

    C.    Furnish sets of complete and legible "as-built" field wiring diagrams, layouts and straight line diagrams showing the electrical connections, functions, and sequence of operation of all apparatus connected with the system together with photographs or cuts of controller repairs parts with part numbers listed.

    D.    Wiring Diagrams shall be accurately and completely transferred to AutoCad files by the Contractor and submitted as follows:

        1.    Drawing files in AutoCad Release 12 Format for DOS on 3-1/2" HD discs or other approved high density discs.

        2.    Three (3) sets of blueprints.

        3.    Two (2) sets of 3 mil Mylar reproducibles.

    E.    All required data including operation and maintenance manuals, catalog information, installation instruction manuals, charts, tables, etc., shall be submitted as follows:

        1.    Document files in ASC II or Microsoft Word for Windows format on 3-1/2" HD discs or other approved high density discs.

        2.    Charts, tables, etc., in Microsoft Excel format on 3-1/2" HD discs or other approved high density discs.

        3.    Three (3) printed sets.



PLAN DETAIL SCREEN WALL AT WEST EXIT DOORS

6

1 1/2"=1'-0"

A

FOR TYPICAL MATERIAL NOTES AND DIMENSIONS, SEE DETAIL 7. S.S. FLASHING: DOUBLE SEAL AT ALL ADJACENT INTERFACES.

F.O.C.

℄ POST

PAINTED ALUMINUM COLUMN ENCLOSURE: PROVIDE BACKUP AS REQUIRED INTERIOR & EXTERIOR IN CONTRACT #15, TYPICAL.

2" FOIL FACED SEMI-RIGID INSULATION

DOORS

| Baruch Academic Complex - Site B | |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10019 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. 6/A-356 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE 1½" | 821 |

DASNY_TRAVELERS2 063411



PLAN DETAIL SCREEN WALL
AT EAST EXIT DOORS

9

1 1/2"=1'-0"

FOR TYPICAL MATERIAL NOTES AND
DIMENSIONS, SEE DETAIL 6 & 7.

| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE       NEW YORK, NY 10010 | | KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. 9/A-356 |
| NO.       REVISION | DATE | SCALE |
| ADDENDUM •2 (CONTRACT •15) | 3/3/98 | 1 1/2" |

SKETCH NO.
822

DASNY_TRAVELERS2 063412



PLAN DETAIL
EXIT DOORS (AT BASE)
1 1/2" = 1'-0"

1'-3"    3"
4"   4"   1'-3"

FAN COIL UNIT

₵ POST
7 1/4"
5"   4"   4"

3/8"    1/4"    1/2"

STRUCTURAL STEEL POST (TYP.)
SEE STRUCTURAL DRAWINGS
FOR TYPICAL DIMENSIONS,
SEE DETAIL 6.

S.S. FLASHING

PAINTED ALUMINUM COLUMN ENCLOSURE
IN CONTRACT #15

PAINTED METAL FAN COIL ENCLOSURE

PAINTED ALUMINUM SILL

S.S. AND GLASS ENTRY DOORS

SEALANT AND BACKER ROD

S.S. JAMB FLASHING

24 GA. GALVANIZED STEEL CLOSURE PLATE

2" STONE ON STEEL SUPPORT SYSTEM
ANCHORED TO CURB AND STEEL POST,
FOR STONE TYPE, SEE ELEVATIONS.

EPOXY MITRED JOINT W/ STAINLESS
STEEL DOWEL

BITUMINOUS AIR BARRIER ADHERED TO EXT.
FACE OF CONCRETE CURB AND CLOSURE PLATE

4" CONCRETE CURB

2" FOIL FACED SEMI-RIGID INSULATION

EPOXY MITRED JOINT

| Baruch Academic Complex - Site B | ARCHITECT | | |
|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 | | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA+ 6500 1802 2176 1 PENNSYLVANA PLAZA    NEW YORK, NY 10119 | | | |
| NO.    REVISION    DATE | REF. DETAIL/SHEET NO. 5/A-356 | SKETCH NO. | |
| ADDENDUM #2 (CONTRACT #15)    3/3/98 | SCALE 1½" | 823 | |

DASNY_TRAVELERS2 063413



| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |

| NO. | REVISION | DATE | 3/A-366 | 824 |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE 1 1/2" | |

DASNY_TRAVELERS2 063414



PROVIDE 3/8" EXTRUDED ALUMINUM REVEAL AROUND ELEVATOR DOOR FRAMES, INDICATOR LIGHT AND CALL BUTTONS TYP.

NORTH ELEV: FACULTY ELEVATOR LOBBY 1-180

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
| --- |
| KPF ASSOCIATES |
| 111 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| NO. | REVISION | DATE |
| --- | --- | --- |
| | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 |

| REF. DETAIL/SHEET NO. | SKETCH NO. |
| --- | --- |
| 8/A-528 | |
| SCALE | 825 |
| 1/8" | |

DASNY_TRAVELERS2 063245



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-545

SCALE
1/8"

SKETCH NO.
826

DASNY_TRAVELERS2 063246



| Baruch Academic Complex - Site B | | ARCHITECT | |
| --- | --- | --- | --- |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES | |
| OWNER | | 111 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | DATE | A-101 | 827 |
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE ⅛"=1'-0" | |

DASNY_TRAVELERS2 063247



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
| --- | --- | --- |
| | ADDENDUM   (CONTRACT ●15) | |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.          SKETCH NO.
A·104                          828
SCALE  1/8"=1'-0"

DASNY_TRAVELERS2 063248



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-109

SKETCH NO.
829

SCALE
N.T.S

DASNY_TRAVELERS2 063249



GWB COLUMN
ENCLOSURES ALONG
PERIMETER OF
ATRIUM BY
CONT. #16, TYP.

GLASS STOREFRONT
CONTRACT #16

STAIRS

CORR.
13-205

SCH. BUS. CONF.
13-215

BR'KOUT
13-216

E.M.R
13-EM

T.O.S
EL.+1

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

NO.          REVISION                              DATE
ADDENDUM •  :CONTRACT •15)

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-117

SKETCH NO.
830

SCALE
1/8"=1'-0"

DASNY_TRAVELERS2 063250



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

REF. DETAIL/SHEET NO.
A-121

SKETCH NO.
831

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS2 063251



PARTIAL REF. CLG. PLAN - B2

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

REF. DETAIL/SHEET NO.
A-122

SKETCH NO.
B32

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS2 063252



PARTIAL REFLECTED CLG. PLAN - B2

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | 111 WEST 57TH STREET |
| OWNER | NEW YORK, NY 10019 |

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-122

SKETCH NO.
833

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

SCALE   1/8"=1'-0"

DASNY_TRAVELERS2 063253



2.1

3

2-HR GWB SOFFIT
ENCLOSES DUCT
ABOVE H.C.

C-7

7'-8"

2

2-HR
SOFFIT

E

PARTIAL REF. CLG. PLAN
B2

8

2

2-HR GWB
SOFFIT SHAFT
OFFSET ABOVE H.C.

H

PARTIAL REF. CLG. PLAN
B2

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | | DATE | A-122 | SKETCH NO. |
|---|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | | 3/3/98 | SCALE 1/8"=1'-0" | 834 |

DASNY_TRAVELERS2 063254



PART. REFLECTED CLG PLAN - B1

| Baruch Academic Complex - Site B | | | ARCHITECT |
|---|---|---|---|

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-123

SKETCH NO.
B35

SCALE  1/8"=1'0"

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

DASNY_TRAVELERS2 063255



2-HR. GWB ENCLOSURE
OF DUCT TO DAMPER

PARTIAL REF. CLG. PLAN - B1

| Baruch Academic Complex - Site B | | | |
|---|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | | ARCHITECT KPF ASSOCIATES | |
| OWNER | | 111 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. A·123 | SKETCH NO. |
| NO. | REVISION | SCALE 1/8"=1'·0" | 836 |
| | ADDENDUM #2 (CONTRACT #15)     3/3/98 | | |

DASNY_TRAVELERS2 063256



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A·123

SKETCH NO.
837

| NO. | REVISION | DATE |
| --- | --- | --- |
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

SCALE 1/8"=1'-0"

DASNY_TRAVELERS2 063257



PARTIAL REFLECTED CLG. PLAN - 3RD FL.
(NOTE: DETAIL 2/A·739 APPLIES AT SAME
LOCATION FLOORS 4 & 5)

| Baruch Academic Complex - Site B | | | |
|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT | | |
| OWNER | KPF ASSOCIATES | | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA⁕ 6500 1802 2176 | 111 WEST 57TH STREET | | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | NEW YORK, NY 10019 | | |
| NO. | REVISION | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | | A·126 | |
| | | SCALE | 838 |
| | ADDENDUM ⁕2 (CONTRACT ⁕15)    3/3/98 | ⅛"=1'·0" | |

DASNY_TRAVELERS2 063258



PARTIAL REFLECTED CLG. PLAN
3RD FL.
(4TH - 5TH FLOORS SIMILAR)

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-126

SKETCH NO.
839

SCALE 1/8"=1'-0"

DASNY_TRAVELERS2 063259



PARTIAL REFLECTED CLG. PLAN
8TH FL.
(9TH - 11TH FLOORS SIMILAR)

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A·131 | SKETCH NO. |
|---|---|---|---|---|
|  | ADDENDUM •2 (CONTRACT •15) | 3/3/98 | SCALE | 840 |

DASNY_TRAVELERS2 063260



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A·131

SKETCH NO.
841

SCALE  ⅛"= 1'·0"

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 |

DASNY_TRAVELERS2 063261



PARTIAL REFLECTED CLG. PLAN
9TH FL
(10TH - 12TH FLOORS SIMILAR)

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-132

SKETCH NO.
842

SCALE 1/8"=1'-0"

DASNY_TRAVELERS2 063262



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
4/A445

SKETCH NO.
843

SCALE
1/4"=1'-0"

DASNY_TRAVELERS2 063263



7

32'-0"

PULL DOWN PROJECTION SCREEN

1

4" RESILIENT BASE (TYP.)

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A - 568

SKETCH NO.
844

SCALE
¼" - 1'-0

DASNY_TRAVELERS2 063264



7

32'-0"

1

PULL DOWN
PROJECTION SCREEN

PTD. GYP. (TYP.)

WOOD CHAIR RAIL

4" RESILIENT BASE (TYP.)

9'-0"

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-568

SKETCH NO.
845

SCALE
1/4" - 1'-0"

DASNY_TRAVELERS2 063265



(B.7)                                                              (A.2)

23'-0 9/16"

PTD. GYP.
(TYP.)

8'-0"

1
PULL DOWN
PROJECTION
SCREEN

WOOD CHAIR RAIL

4" RESILIENT BASE (TYP.)

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM •2 (CONTRACT •15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
9/A-568

SKETCH NO.
846

SCALE ¼"-1'-0"

DASNY_TRAVELERS2 063266



3/4" REVEAL (TYP.)
(PT-1)

X

LU-22A

10 1/4"

6.61"

7'-0"
A.F.F.

3/4" X 2 1/4" SELECT
T&G MAPLE RANDOM LENGTHS
3/4" FIRE RESISTANT PLYWOOD
BACKUP
6" METAL STUDS @ 16" O.C.
(20 GAUGE)
BRACE AS REQ'RD

1 LAYER 5/8" GYP BRD.
W/2 COATS OF IMPERIAL VENEER
PLASTER

3/4"X3/4" STAINLESS STL.
CHANNEL
ATTACH W/ CONCEALED
FASTENERS (TYP.)
SLOPING STAINLESS STL.
SOFFIT (SS-1)
ATTACH W/ CONCEALED
FASTENERS (TYP.)
SOFFIT WIDTH VARIES W/ WALL
GEOMETRY
SEE A-102

VARIES

VARIES

WOOD BENCH (WD-3)
WIDTH VARIES WITH
GEOMETRY OF WOOD
WALL
SEE A-102 FOR
GEOMETRY

7
A-646

SIM.

3-5/8" METAL STUDS
FASTENERS AS REQ'RD
3/4"X3/4" STAINLESS STL.
ANGLE
ATTACH W/ CONCEALED
FASTENERS (TYP.)
TOFF B3 FL
EL: -12-5/8"

6    WOOD BENCH SECTION DETAIL

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT | |
| OWNER | KPF ASSOCIATES | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | 111 WEST 57TH STREET | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | NEW YORK, NY 10019 | |
| | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | A-646 | 847 |
| NO.    REVISION    DATE | SCALE | |
| ADDENDUM #2 (CONTRACT #15)    3/3/98 | 3/4" = 1'-0" | |

DASNY_TRAVELERS2 063267



| | Baruch Academic Complex - Site B | | |
|---|---|---|---|
| | 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT | |
| | OWNER | KPF ASSOCIATES | |
| | DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 | 111 WEST 57TH STREET | |
| | 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | NEW YORK, NY 10019 | |
| NO. | REVISION | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | | 61A-656 | 848 |
| | ADDENDUM •2 (CONTRACT #15)    3/3/98 | SCALE 3/4" = 1'-0" | |



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A/A-656

SKETCH NO.
849

SCALE
3/4" = 1'-0"

DASNY_TRAVELERS2 063269



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS @ 16" O.C. (20 GAUGE)

1 LAYER 5/8" ABUSE RESIST. IMPERIAL BASE GYP. BD. SLAB TO SLAB

2 LAYERS 5/8" GYP. BD. SLAB TO SLAB

@ M.E.R. CEMENTITIOUS BACKER BD. IN LIEU OF 5/8" GYP. SLAB TO SLAB

2 COATS IMPERIAL VEN. PL. FIN

3 5/8" METAL RUNNER

BASE (AS SCHEDULED)

CONT. PERIMETER SEALANT

LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

## ⑪ PARTITION (2 HR. RATING)

SCALE: 3" = 1'-0"   3 5/8" MS @ 16" O.C.
UL DES. U411   BSA #301-60-SM

⑪G — SAME AS 11 EXCEPT 1 HOUR RATING

⑪H — SAME AS 11 EXCEPT ADD 3RD LAYER GYP. BOARD BEHIND OUTER LAYER OF ABUSE RESISTANT & VEN. PLASTER GWB. LAYER. 2 HR RATING.

⑪J — SAME AS 11G EXCEPT ADD 3RD LAYER GYP. BOARD BEHIND OUTER LAYER OF ABUSE RESISTANT & VEN. PLASTER GWB. LAYER. 1 HR RATING.

△3

---

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA∙ 6500 1802 2176
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM ∙2 (CONTRACT ∙15) | 3/3/98 |

REF. DETAIL/SHEET NO.
A-702
SCALE

SKETCH NO.
850

DASNY_TRAVELERS2 063270



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS @ 16" O.C. (20 GAUGE)

1 LAYER 5/8" ABUSE RESIST. IMPERIAL BASE GYP. BD. SLAB TO SLAB

1 LAYER 5/8" GYP. BD. EA. SIDE SLAB TO SLAB

1 LAYER 5/8" ABUSE RESIST. GYP. BD. SLAB TO SLAB

2 COATS IMPERIAL VEN. PLAS. FIN.

3 5/8" METAL RUNNER

BASE (AS SCHEDULED)

CONT. PERIMETER SEALANT

LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

**11A** PARTITION (2 HR. RATING)

SCALE: 3" = 1'-0"    3 5/8" MS @ 16" O.C.
UL DES. U411    BSA #301-60-SM

**11M** SAME AS 11A EXCEPT ADD 3RD LAYER GYP. BOARD BEHIND OUTER LAYER OF ABUSE RESISTANT & VEN. PLASTER GWB. LAYER. 2 HR. RATING.

---

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-702

SCALE —

SKETCH NO.
851

DASNY_TRAVELERS2 063271



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND
ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS
@ 16" O.C. (20 GAUGE)

1 LAYER 5/8" ABUSE RESIST.
GYP. BD. SLAB TO SLAB

1 LAYER 5/8" GYP. BD.
SLAB TO SLAB

2 LAYERS 5/8" GYP. BD.
SLAB TO SLAB

3 5/8" METAL RUNNER

BASE (AS SCHEDULED)

CONT. PERIMETER SEALANT

LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

## 11B PARTITION (2 HR. RATING)

SCALE: 3" = 1'-0"    3 5/8" MS @ 16" O.C.
UL DES. U411    BSA #301-60-SM

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM *2 (CONTRACT *15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-702
SCALE —

SKETCH NO.
852

DASNY_TRAVELERS2 063272



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND
ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS
@ 16" O.C. (20 GAUGE)

2 LAYERS 5/8" GYP. BD.
BOTH SIDES SLAB TO SLAB

3 5/8" METAL RUNNER
BASE (AS SCHEDULED)
CONT. PERIMETER SEALANT
LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

6 1/8"

## 11C  PARTITION (2 HR. RATING)

SCALE: 3" = 1'-0"   3 5/8" MS @ 16" O.C.
UL DES. U411   BSA #301-60-SM

---

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  A-702

SCALE

SKETCH NO.  853

DASNY_TRAVELERS2 063273

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| --- | 08-181 | NOT USED | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | INCLUDES 08-181 THRU 08-184 |
| 08-185 | 08-185 | CONF. RM. | A | H.M. | PT- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | 1C |
| 08-186A | 08-185 | CONF. RM. | A | H.M. | PT- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | 13A |
| 08-188B | 08-185 | CONF. RM. | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | * | * | S.S. | --- | S.S. | B | * DET. 5 / A-376 |
| 08-186 | 08-186 | NOT USED | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | INCLUDES 08-186 THRU 08-189 |
| 08-190 | 08-190 | FDT/CONF. | A | H.M. | PT- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | 11A |
| --- | 08-191 | NOT USED | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | INCLUDES 08-191 THRU 08-197 |
| 08-198 | 08-198 | SERV. LOBBY | B | H.M. | PT- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | 26 |

| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT<br>KPF ASSOCIATES<br>111 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| 55 LEXINGTON AVENUE      NEW YORK, NY 10010 | |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176<br>1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | REF. DETAIL/SHEET NO.  A-714 |
| NO.        REVISION                DATE | SKETCH NO.  854 |
| ADDENDUM    (CONTRACT #15) | SCALE  N.A. |

DASNY_TRAVELERS2 063274



SPRINKLER HEAD

5/8" GWB ON
METAL STUDS

1'-0"

4 7/8"    4 3/4"    3"

2 3/8"

1'-0"

C-2

**① SPRINKLER POCKET AT DIFFUSER**
3" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM *2 (CONTRACT *15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-739

SKETCH NO.
855

SCALE
3" = 1'-0"

DASNY_TRAVELERS2 063275



STEPPED CEILING DETAIL

2  3" = 1'-0"

PTD. GWB

C-2 WOOD FIXED TO STUD FRAMING

C-2 WOOD CEILING PANELS

(2ND TA) "8'-2" "2"

"4"

"6"

C-2

+ 9'-0" A.F.F.
(+11'-6" AT 2ND FL.)

+ 8'-6" A.F.F.

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-730

SKETCH NO.
856

SCALE
3" = 1'-0"

DASNY_TRAVELERS2 063276



C—7

5/8" GWB ON
3 5/8" MTL STUDS

WATER CURTAIN
SPRINKLER HEAD

5" U.O.N.

6"

1'-0"

C—2    TURN UP INTO POCKET
END PANELS FIXED

③ RECESSED WATER CURTAIN
3" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. 3/A-739 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 | SCALE 3"=1'-0" | 857 |

DASNY_TRAVELERS2 063277



7/8" FURRING CHANNEL

EXTRUDED ALUM. REVEAL
PAINTED WITH CEILING

SEE DETAIL 1/A-665
FOR MORE INFO

3/4"

UP TO BOTTOM OF
STRUCTURE

CURVED

10"

SEGMENTED PANELS

WD-1

VARIES

VENEER WOOD ON 3/4"
FIRE RESISTANT PLYWOOD
MOUNTED WITH CONCEALED FASTENERS
ONTO STUD WALL CONSTRUCTION

CEILING DETAIL AT LOBBY WD.

3" = 1'-0"

6

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
6/A·737

SKETCH NO.
871

SCALE

DASNY_TRAVELERS2 063278