# EXHIBIT

# C – Part II



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM •2 (CONTRACT •15) | 3/3/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
8/A-528

SKETCH NO.
825

SCALE
1/8"

DASNY_TRAVELERS2 063279



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| 1/A-545 | 826 |
| SCALE 1/8" | |

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 |

DASNY_TRAVELERS2 063280





**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE      NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 •802 2176
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM •2 (CONTRACT •15) | 3/3/98 |

REF. DETAIL/SHEET NO.
A-101
SCALE
1/8" = 1'0"

SKETCH NO.
827

DASNY_TRAVELERS2 063281





# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.

A-109

SKETCH NO.

829

SCALE

N.T.S

DASNY_TRAVELERS2 063283



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    A-117    SKETCH NO.    830

SCALE    1/8"=1'-0"

NO.    REVISION    DATE
ADDENDUM •  :CONTRACT •15)

DASNY_TRAVELERS2 063284



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    A-121

SCALE    1/8" = 1'-0"

SKETCH NO.    831

DASNY_TRAVELERS2 063285



LOCATE LIGHTS
AS PER A-121

C-7

5

A

SLOPE DN

SLOPE UP

SLOPE UP

SS-1

7 1/2"

5'-11"

2'-0"

B

5
A-736

2
A-657

LU-17A PENDANTS
8'-0" AF/B2₀ LEVEL

PARTIAL REF. CLG. PLAN - B2

| **Baruch Academic Complex - Site B** | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | A-122 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE 1/8"=1'-0" | B32 |

DASNY_TRAVELERS2 063286



PARTIAL REFLECTED CLG. PLAN - B2

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-122 | SKETCH NO. 833 |
|---|---|---|---|---|
| | ADDENDUM •2 (CONTRACT •15) | 3/3/98 | SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS2 063287



PARTIAL REF. CLG. PLAN
B2

PARTIAL REF. CLG. PLAN
B2

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM ●2 (CONTRACT ●15) | DATE | A-122 | 834 |
| | | 3/3/98 | SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS2 063288



PARTL REFLECTED CLNG PLAN - B1

| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | A-123 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 | SCALE ⅛"=1'-0" | B35 |



2-HR. GWB ENCLOSURE
OF DUCT TO DAMPER

PARTIAL REF. CLG. PLAN - B1

| | | ARCHITECT<br>KPF ASSOCIATES<br>111 WEST 57TH STREET<br>NEW YORK, NY 10019 | |
|---|---|---|---|
| **Baruch Academic Complex - Site B**<br>55 LEXINGTON AVENUE     NEW YORK, NY 10010 | | | |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176<br>1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO.<br>A-123 | SKETCH NO. |
| NO. | REVISION | | |
| | | DATE | 836 |
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE 1/8"=1'-0" |

DASNY_TRAVELERS2 063290



LU-22A ⊂

C-2

11'-0"

LU-22A (TYP.)

C-2  9'-

LU-28A

12
A-736

1

PANE

NO

LU-8 FL. MTD.
IN CONC. SLAB
12 ESC. STEP
LIGHTS - LU-11
RECESSED IN
METAL WALL

1

F

1" REVEAL

8"

1'-9"

C-7

4'-0"
TYP.

1'-9"

8"  6 EQ. PANELS

FOOD COURT
BRIDGE

G

5'-10"  8'-0"  8'-0"

8"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-123 | SKETCH NO. 837 |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS2 063291



PARTIAL REFLECTED CLG. PLAN - 3RD FL.
(NOTE: DETAIL 2/A·739 APPLIES AT SAME
LOCATION FLOORS 4 & 5)

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | **ARCHITECT** KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 1 PENNSYLVANIA PLAZA       NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. A·126 | SKETCH NO. 838 |
| NO.        REVISION | SCALE 1/8"=1'·0" | |
| ADDENDUM •2 (CONTRACT •15)       3/3/98 | | |

DASNY_TRAVELERS2 063292

PARTIAL REFLECTED CLG. PLAN
3RD FL.
(4TH - 5TH FLOORS SIMILAR)

| | | |
|---|---|---|
| **Baruch Academic Complex - Site B**<br>55 LEXINGTON AVENUE      NEW YORK, NY 10010<br>OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA • 6500 1802 2176<br>1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | ARCHITECT<br>KPF ASSOCIATES<br>111 WEST 57TH STREET<br>NEW YORK, NY 10019 | |
| | REF. DETAIL/SHEET NO.<br>A-126 | SKETCH NO.<br>**839** |
| NO.      REVISION                                    DATE<br>ADDENDUM •2 (CONTRACT •15)            3/3/98 | SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS2 063293



PARTIAL REFLECTED CLG. PLAN
8TH FL.
(9TH - 11TH FLOORS SIMILAR)

| Baruch Academic Complex - Site B | | | ARCHITECT |
|---|---|---|---|
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | | | KPF ASSOCIATES<br>111 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176<br>1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | | | |
| | | | REF. DETAIL/SHEET NO.<br>A-131 |
| NO. | REVISION | DATE | SCALE |
| | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 | SKETCH NO.<br>840 |



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A·131

SKETCH NO.
841

SCALE
1/8" = 1'·0"

DASNY_TRAVELERS2 063295

PARTIAL REFLECTED CLG. PLAN
9TH FL
(10TH - 12TH FLOORS SIMILAR)

| **Baruch Academic Complex - Site B** | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | | | A·132 | **842** |
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS2 063296



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA✱ 6500 ✱802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM ✱2 (CONTRACT ✱15) | 3/3/98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.

4/A445

SCALE

1/4"=1'-0"

SKETCH NO.

813

DASNY_TRAVELERS2 063297



⑦

32'—0"

PULL DOWN PROJECTION SCREEN

4" RESILIENT BASE (TYP.)

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A - 568
SCALE
¼" - 1'-0"

SKETCH NO.
844

DASNY_TRAVELERS2 063298



PULL DOWN
PROJECTION SCREEN

PTD. GYP. (TYP.)

WOOD CHAIR RAIL

4" RESILIENT BASE (TYP.)

32'-0"

7

9'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

REF. DETAIL/SHEET NO.
2/A-568

SCALE
1/4" - 1'-0"

SKETCH NO.
845

DASNY_TRAVELERS2 063299



B.7    A.2

23'-0 9/16"

PULL DOWN
PROJECTION
SCREEN

PTD. GYP.
(TYP.)

8'-0"

WOOD CHAIR RAIL

4" RESILIENT BASE (TYP.)

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
9/A-568

SCALE
1/4"-1'-0"

SKETCH NO.
846



3/4" REVEAL (TYP.)
(PT-1)

LU-22A

10 1/4"

6.61"

7'-0"
A.F.F.

VARIES

WOOD BENCH (WD-3)
WIDTH VARIES WITH
GEOMETRY OF WOOD
WALL
SEE A-102 FOR
GEOMETRY

X

3/4" X 2 1/4" SELECT
T&G MAPLE RANDOM LENGTHS
3/4" FIRE RESISTANT PLYWOOD
BACKUP
6" METAL STUDS @ 16" O.C.
(20 GAUGE)
BRACE AS REQ'RD

1 LAYER 5/8" GYP BRD.
W/2 COATS OF IMPERIAL VENEER
PLASTER
3/4"X3/4" STAINLESS STL.
CHANNEL
ATTACH W/ CONCEALED
FASTENERS (TYP.)
SLOPING STAINLESS STL.
SOFFIT (SS-1)
ATTACH W/ CONCEALED
FASTENERS (TYP.)
SOFFIT WIDTH VARIES W/ WALL
GEOMETRY
SEE A-102

VARIES

1'-6"

7
A-646   SIM.

3-5/8" METAL STUDS
FASTENERS AS REQ'RD
3/4"X3/4" STAINLESS STL.
ANGLE
ATTACH W/ CONCEALED
FASTENERS (TYP.)
TOFF B3 FL
EL. -12-5-5/8"

6    WOOD BENCH SECTION DETAIL

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

REF. DETAIL/SHEET NO.
A-646

SKETCH NO.
847

SCALE
3/4"=1'-0"



| Baruch Academic Complex - Site B | |  |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | |

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

REF. DETAIL/SHEET NO.
6/A-656

SCALE
3/4"=1'-0"

SKETCH NO.
848



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
4/A-656

SCALE
3/4" = 1'-0"

SKETCH NO.
849

DASNY_TRAVELERS2 063303



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS @ 16" O.C. (20 GAUGE)

1 LAYER 5/8" ABUSE RESIST. IMPERIAL BASE GYP. BD. SLAB TO SLAB

2 LAYERS 5/8" GYP. BD. SLAB TO SLAB

@ M.E.R. CEMENTITIOUS BACKER BD. IN LIEU OF 5/8"GYP. SLAB TO SLAB

2 COATS IMPERIAL VEN. PL. FIN
3 5/8" METAL RUNNER
BASE (AS SCHEDULED)
CONT. PERIMETER SEALANT
LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

6 1/8"

## 11 PARTITION (2 HR. RATING)

SCALE: 3" = 1'-0"    3 5/8" MS @ 16" O.C.
UL DES. U411  BSA #301-60-SM

**11G** — SAME AS 11 EXCEPT
1 HOUR RATING

**11H** — SAME AS 11 EXCEPT ADD 3RD LAYER GYP. BOARD BEHIND OUTER LAYER OF ABUSE RESISTANT & VEN. PLASTER GWB. LAYER.  2 HR RATING.

**11J** — SAME AS 11G EXCEPT ADD 3RD LAYER GYP. BOARD BEHIND OUTER LAYER OF ABUSE RESISTANT & VEN. PLASTER GWB. LAYER.  1 HR RATING.

3

---

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    A-702

SCALE

SKETCH NO.    850

DASNY_TRAVELERS2 063304



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS @ 16" O.C. (20 GAUGE)

1 LAYER 5/8" ABUSE RESIST. IMPERIAL BASE GYP. BD. SLAB TO SLAB

1 LAYER 5/8" GYP. BD. EA. SIDE SLAB TO SLAB

1 LAYER 5/8" ABUSE RESIST. GYP. BD. SLAB TO SLAB

2 COATS IMPERIAL VEN. PLAS. FIN.

3 5/8" METAL RUNNER

BASE (AS SCHEDULED)

CONT. PERIMETER SEALANT

LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

11A  PARTITION (2 HR. RATING)
SCALE: 3" = 1'-0"    3 5/8" MS @ 16" O.C.
UL DES. U411    BSA #301-60-SM

11M  SAME AS 11A EXCEPT ADD 3RD LAYER GYP. BOARD BEHIND OUTER LAYER OF ABUSE RESISTANT & VEN. PLASTER GWB. LAYER. 2 HR. RATING.

| | | |
|---|---|---|
| **Baruch Academic Complex - Site B** | **ARCHITECT** | |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 111 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO.    REVISION    DATE | A-702 | 851 |
| ADDENDUM #2 (CONTRACT #15)    3/3/98 | SCALE    — | |



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS @ 16" O.C. (20 GAUGE)

1 LAYER 5/8" ABUSE RESIST. GYP. BD. SLAB TO SLAB

1 LAYER 5/8" GYP. BD. SLAB TO SLAB

2 LAYERS 5/8" GYP. BD. SLAB TO SLAB

3 5/8" METAL RUNNER

BASE (AS SCHEDULED)

CONT. PERIMETER SEALANT

LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

(11B) PARTITION (2 HR. RATING)

SCALE: 3" = 1'-0"    3 5/8" MS @ 16" O.C.
UL DES. U411    BSA #301-60-SM

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.

A-702

SKETCH NO.

852

SCALE

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 |

DASNY_TRAVELERS2 063306



FASTENERS 16" O.C. (TYP)

LINE OF SLAB ABOVE

CONT. PERIMETER SEALANT

3 5/8" METAL RUNNER

2" MINERAL FIBER SOUND ATTENUATION BLANKET

LINE OF SCHEDULED CEILING

3 5/8" METAL STUDS @ 16" O.C. (20 GAUGE)

2 LAYERS 5/8" GYP. BD. BOTH SIDES SLAB TO SLAB

3 5/8" METAL RUNNER

BASE (AS SCHEDULED)

CONT. PERIMETER SEALANT

LINE OF FLOOR SLAB

FASTENERS 16" O.C. (TYP)

## 11C PARTITION (2 HR. RATING)

SCALE: 3" = 1'-0"  3 5/8" MS @ 16" O.C.
UL DES. U411  BSA #301-60-SM

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-702

SKETCH NO.
B53

SCALE

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 |

DASNY_TRAVELERS2 063307

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| --- | 08-181 | NOT USED | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 1C | INCLUDES 08-181 THRU 08-184 | |
| 08-185 | 08-185 | CONF. RM. | A | H.M. | PT- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | | 1C |
| 08-185A | 08-185 | CONF. RM. | A | H.M. | PT- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | | (1A) |
| 08-185B | 08-185 | CONF. RM. | A | S.S. | --- | 3'-0" | 7'-0" | 1-3/4 | * | * | S.S. | --- | S.S. | B | --- | * DET. 5 / A-376 |
| --- | 08-186 | NOT USED | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | INCLUDES 08-186 THRU 08-189 | |
| 08-190 | 08-190 | FGT/CONF. | A | H.M. | PT- | 3'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | | (1A) |
| --- | 08-191 | NOT USED | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | INCLUDES 08-191 THRU 08-197 | |
| 08-198 | 08-198 | SERV. LOBBY | B | H.M. | PT- | 6'-0" | 7'-0" | 1-3/4 | J3 | H3 | H.M. | PT- | ALUM. | B | B | 26 |

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | | DATE |
|---|---|---|---|
| | ADDENDUM    (CONTRACT ●15) | | |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-714

SKETCH NO.
854

SCALE
N.A.



SPRINKLER HEAD

5/8" GWB ON
METAL STUDS

1'-0"

4 7/8"    4 3/4"    3"

2 3/8"

1'-0"

C-2

**(1) SPRINKLER POCKET AT DIFFUSER**
3" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | | DATE |
|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | | 3/3/98 |

REF. DETAIL/SHEET NO.
1/A-739

SCALE
3" = 1'-0"

SKETCH NO.
855

DASNY_TRAVELERS2 063309



STEPPED CEILING DETAIL
3" = 1'-0"

+ 9'-0" A.F.F.
(+11'-6" AT 2ND FL.)

+ 8'-6" A.F.F.

C-2 WOOD FIXED TO
STUD FRAMING

C-2 WOOD
CEILING PANELS

PTD. GWB

(2'-8" AT 2ND)

2"

4"

6"

C-2

(2)

| Baruch Academic Complex - Site B | | ARCHITECT KPF ASSOCIATES |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | 111 WEST 57TH STREET |
| OWNER | | NEW YORK, NY 10019 |

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-739

SKETCH NO.
856

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM •2 (CONTRACT •15) | 3/3/98 |

SCALE
3"• 1'-0"



C-7

5/8" GWB ON
3 5/8" MTL STUDS

WATER CURTAIN
SPRINKLER HEAD

1'-0"

5" U.O.N.        6"

C-2   TURN UP INTO POCKET
      END PANELS FIXED



3   RECESSED WATER CURTAIN
    3" = 1'-0"



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
3/A-739

SKETCH NO.
857

SCALE
3"=1'-0"

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

DASNY_TRAVELERS2 063311



7/8" FURRING CHANNEL

SEE DETAIL 1/A-665 FOR MORE INFO

3/4" EXTRUDED ALUM. REVEAL PAINTED WITH CEILING

UP TO BOTTOM OF STRUCTURE

3/4"

10" CURVED

VARIES

VENEER WOOD ON 3/4" FIRE RESISTANT PLYWOOD MOUNTED WITH CONCEALED FASTENERS ONTO STUD WALL CONSTRUCTION

SEGMENTED PANELS

WD-1

⑥ CEILING DETAIL AT LOBBY WD.

3" = 1'-0"

②

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM •2 (CONTRACT #15) | 3/3/98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
6/A.737

SKETCH NO.
871

SCALE

DASNY_TRAVELERS2 063312



LINEAR SLOT DIFFUSER AND FRAME WITH MITERED CORNERS, CONCEALED FASTENERS AS PER 5/A-736

GWB FASTENED TO BLOCKING TO 3 5/8" STUDS ABOVE— "J" BEAD AT EDGE AND CORNER REINFORCEMENT TYP.

LINE OF GWB CEILING BEYOND

LINE OF C-2 RETURN BEYOND

10'-2" ABOVE SLAB AT 2ND FLR.

C-2 SOFFIT AND EDGES— PERIMETER PANEL FIXED

C-2 WOOD CEILING (PERIMETER PANELS FIXED)

5'-0" (V.I.F.)

3 LINEAR DIFFUSER @ 2ND FL. NORTH ATRIUM
3" = 1'-0"

| Baruch Academic Complex - Site B | | | |
|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 | | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2176 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10019 | REF. DETAIL/SHEET NO. 3/A-737 | SKETCH NO. 868 |
| NO.    REVISION    DATE | SCALE 3"=1'-0" | |
| ADDENDUM #2 (CONTRACT #15)    3/3/98 | | |

DASNY_TRAVELERS2 063313



+ 9'-10" ABOVE SLAB AT 2ND FLR.

B

LINE OF C-7 BEYOND

1.60

2

C-2 WOOD CEILING IN WALL MOLDING
WORKING POINT CEILING 9'-2" ABOVE SIXTH FL. SLAB

1'-0"

2'-0"

PAINTED ALUMINUM PANELS WITH STIFFENERS ON METAL STUDS CONTRACT #16

SIXTH FLOOR CEILING
3" = 1'-0"

4

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10019

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM •2 (CONTRACT •15) | 3/3/98 |

REF. DETAIL/SHEET NO.
4/A-737

SCALE
3" = 1'-0"

SKETCH NO.
869

DASNY_TRAVELERS2 063314



CEILING DETAIL AT NORTH LOBBY
3" = 1'-0"

3/4" EXT. ALUM. REVEAL
PTD. W/ CEILING

VENEER WOOD ON 3/4"
FIRE RESISTANT PLYWOOD
MOUNTED WITH CONCEALED
FASTENERS ONTO STUD WALL CONST.

2 1/2"

6"

4"

4"

WD-1

C-6

C-2

| Baruch Academic Complex - Site B | | | ARCHITECT |
|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | | KPF ASSOCIATES |
| OWNER | | | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | | | NEW YORK, NY 10019 |
| I PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | | | REF. DETAIL/SHEET NO. |
| NO. | REVISION | DATE | 5/A·737 |
| | ADDENDUM #2 (CONTRACT #15)    3/3/98 | | SCALE: 3"=1'-0" |

SKETCH NO.
870

DASNY_TRAVELERS2 063315



7/8" WALL MOLDING FASTENED TO BLOCKING

C-2 WOOD CLG.

C-2 WOOD CLG. PANEL ATTACHED TO Z-CLIPS

METAL PANELS ON CONCEALED FASTENERS CONTRACT #16

C-2

LINE OF GWB BEYOND

EXTRUDED ALUMINUM 3/4" REVEAL PAINTED WITH FASCIA

7  SOFFIT ABOVE NORTH ENTRY
   3" = 1'-0"

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | ARCHITECT: KPF ASSOCIATES | |
| OWNER | 111 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | 7/A·737 | 872 |
| NO.        REVISION                        , DATE | SCALE | |
| ADDENDUM #2 (CONTRACT #15)        3/3/98 | 3"=1'-0" | |

DASNY_TRAVELERS2 063316



SS-1 ON 3/4" FIRE RESISTANT
PLYWOOD MOUNTED WITH CONCEALED
FASTENERS TO STUDS TYP.

EL. + 41'-10"

SS-1

SEE DETAIL 2/A-665
FOR MORE INFO.

9 1/2"

ALIGN

3/4"

3/4" EXTRUDED ALUM.
REVEAL PTD. WITH CEILING

⑨ CEILING DETAIL AT LOBBY
3" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. 3/A·737 |

| NO. | REVISION | DATE | SCALE 3"=1'-0" | SKETCH NO. 873 |
|---|---|---|---|---|
| | ADDENDUM ●2 (CONTRACT ●15) | 3/3/98 | | |

DASNY_TRAVELERS2 063317



10  RECESSED WATER CURTAIN
3" = 1'-0"

5/8" GWB ON
METAL STUDS

WATER CURTAIN
SPRINKLER HEAD

1' - 0"

6"

9" (U.O.N.)

C-7

2

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA • 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | | | 10/A-737 | 874 |
| | ADDENDUM •2 (CONTRACT •15) | 3/3/98 | SCALE 3"=1'-0" | |

DASNY_TRAVELERS2 063318



11TH FLOOR SIDE OF SLOPE

6" MTL STUDS
BRACED TO STRUCTURE
ABOVE 2'-0" O.C.

SUSP. GWB CLG.

WATER CURTAIN
SPRINKLER HEAD

2 1/2" METAL STUDS 24" O.C.
24" O.C.

C-2 HUNG FROM "TEES"
FASTENED TO BLACK IRON

VARIES

4"

4"

(11)  3" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT | SKETCH NO. |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. 11/A·737 | 875 |
| NO.      REVISION                        DATE | SCALE | |
| ADDENDUM #2 (CONTRACT #15)      3/3/98 | 3"=1'-0" | |

DASNY_TRAVELERS2 063319



GWB. ON FURRING
ON STUDS

1 1/2" COLD ROLLED 16 GA.
CHANNELS 4'-0" O.C. (BLACK IRON)
SUSP. FROM STRUC. ABOVE

6" STUDS BRACED TO
STRUCTURE ABOVE

DIRECT HANG CLIP

C-2 WOOD
CEILING PANELS

C-2 WOOD FIXED TO
STUD FRAMING

6"    4"

10"

4 1/2"

2'-0"

12   11TH FLOOR TOP OF SLOPE
     3" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | 111 WEST 57TH STREET |
| OWNER | NEW YORK, NY 10019 |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176 | |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO.   SKETCH NO. |

| NO. | REVISION | DATE | 12/A-737 | 876 |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #15) | 3/3/98 | SCALE 8"=1'-0" | |



PART. REFLECTED CLG. AT GROUND
1 1/2" = 1'-0"

13

3/4" EXTRUDED ALUMINUM REVEAL

BRICK WALL

SS-1

WD-1

2'-0"

+/- 2'-0"

| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA☀ 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM ☀2 (CONTRACT ☀15) | 3/3/98 | 13/A-737 | 877 |
| | | | SCALE: 3"=1'-0" | |

DASNY_TRAVELERS2 063321



1 1/2" COLD ROLLED 16 GA. CHANNELS 4'-0" O.C. (BLACK IRON). SUSP. FROM STRUC. ABOVE

GWB.

WOOD FINISH OVER STUDS

LAY-IN WOOD CEILING PANELS

14 13TH FLOOR CEILING DETAIL
3" = 1'-0"

6"

8"

4"

| Baruch Academic Complex - Site B | | | | ARCHITECT<br>KPF ASSOCIATES<br>111 WEST 57TH STREET<br>NEW YORK, NY 10019 | | |
|---|---|---|---|---|---|---|
| 55 LEXINGTON AVENUE      NEW YORK, NY 10010 | | | | | | |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176<br>1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | | | | REF. DETAIL/SHEET NO.<br>14/A-737 | | SKETCH NO. |
| NO. | REVISION | | DATE | SCALE<br>3"=1'-0" | | 878 |
| | ADDENDUM #2 (CONTRACT #15) | | 3/3/98 | | | |

DASNY_TRAVELERS2 063322



1 1/2" COLD ROLLED 16 GA.
CHANNELS 4'-0" O.C. (BLACK IRON)
SUSP. FROM STRUC. ABOVE

GWB.

C-2 WOOD
CEILING PANELS

C-2 WOOD FIXED WITH
CONCEALED FASTENERS

8"

2'-0"

16 11TH FLOOR BOTTOM OF SLOPE
3" = 1'-0"

A2

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10019

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #2 (CONTRACT #15) | 3/3/98 |

REF. DETAIL/SHEET NO.
16/A-737

SKETCH NO.
879

SCALE: 3"=1'-0"

DASNY_TRAVELERS2 063323