# EXHIBIT

# D – Part II

their dealings with employees of the OWNER. CONTRACTOR further agrees that it shall report to the Inspector General of the OWNER any attempt by an employee of the OWNER to solicit any gift, gratuity, stipend or thing of value. Any violation of these provisions shall justify termination of this contract and may result in the rejection of the CONTRACTOR's proposal for future contracts. Any violation may also result in the rejection of proposals for future contracts from any firm in which an individual who violates this Section has an interest.

20.     **INVALID PROVISIONS**

If any term or provision of the Contract Documents or the application thereof to any person, firm or corporation, or circumstance shall, to any extent, be determined to be invalid or unenforceable, the remainder of the  Contract Documents, or the application of such terms or provisions to persons, firms or corporations, or circumstances other than those to which it is held invalid or unenforceable, shall not be affected thereby and each term or provision of the Contract Documents shall be valid and be enforced to the fullest extent permitted by law.

21.     **CONFLICTING TERMS**

In the event of a conflict between or among any parts of the Agreement, including Appendices thereto, the better quality, greater quantity, or more costly part shall govern, unless the OWNER directs otherwise.

22.     **NONCOMPLIANCE**

This Agreement may be void and of no effect unless the CONTRACTOR complies with each of the provisions of these **ADDITIONAL ITEMS.**

DASNY_TRAVELERS1 000041

**APPENDIX "B"**

SECTION                                          SPEC. NO. 6500 1802
WARRANTY SERVICE CONTRACT                        Baruch College - Site B
GENERAL CONDITIONS

------------------
**PART 1.00 - GENERAL**
------------------

1.01        RELATED DOCUMENTS

            A.    The CONTRACTOR, for work under this contract, is referred to the _____
                  _____ Warranty Service Agreement attached.

            B.    The Contract Documents consist of the following:

                        Notice to Bidders
                        Instructions to Bidders
                        Bid Form
                        _____ Warranty Service Agreement
                        Maintenance Bonds
                        Warranty Service Contract General Conditions
                        Supplementary Conditions
                        General Requirements
                        Specifications
                        All Addenda issued prior to the receipt of bids, all subsequent modifications
                        and changes issued pursuant to these General Conditions, and all provisions
                        of law deemed to be inserted in the Contract.

                  The Contract Documents form the Contract.  The Contract represents the entire and
                  integrated agreement between the OWNER and the CONTRACTOR and
                  supersedes all prior negotiations, representations, and agreements, either written or
                  oral.

                  The Contract may not be modified except in accordance with its provisions or by an
                  amendment executed and approved in the same manner as the original agreement.
                  The Contract Documents are complementary, and what is called for by one shall be
                  as binding as if called for by all.  It is not intended to include Work not properly
                  inferable from the Contract Documents.

            C.    Where General Conditions clauses are repeated herein, it shall be understood as
                  calling special attention to them or as further qualification and  shall not be
                  construed as omitting any other part of the General Conditions clauses.

            D.    The successful CONTRACTOR shall be subject to Facility use rules and shall sign
                  in and out, at the designated office whenever entering or leaving the premises.
                  Time and work tickets must be completed and a copy given to OWNER
                  Representatives in order to process CONTRACTOR's monthly billing.

DASNY_TRAVELERS1 000042

1.02        INTENT

    A.    Intent of this Warranty Service Agreement is to cover warranty service complete in every respect.

    B.    All material and equipment furnished shall be new and in excellent condition.

    C.    The OWNER will make no allowance or concession to the CONTRACTOR for any alleged  misunderstanding or deception because of quality, character, location or other conditions.

    D.    The CONTRACTOR will be required to complete the entire work, or any part thereof as the case may be, to the satisfaction of the OWNER or its designee in strict accordance with the Warranty Service Agreement.

1.03        CONTRACTOR'S RESPONSIBILITY

    A.    CONTRACTOR will be held to have carefully examined existing building(s) and to have made all necessary investigations, to inform himself thoroughly and fully as to facilities for delivery of materials and equipment and with floor space loading limitations affecting delivery of equipment and to have informed himself fully as to all difficulties that may be encountered in complete execution of all work.

    B.    CONTRACTOR will be held to have examined all specifications and all other data or instructions pertaining to the warranty work.

    C.    No consideration or allowance will be granted for failure to visit site, or for any alleged misunderstanding of materials to be furnished, or work to be done, it being understood that tender of proposal carries with it agreement to all items and conditions referred to herein.

1.04        LAWS AND PERMITS

    A.    CONTRACTOR shall comply with all Federal and State Laws and ordinances, prepare all documents, give all notices, obtain all permits necessary for work, pay all costs and fees for permits and inspections and obtain all certifications of inspection and approval for the work and deliver same to the OWNER or its designee.

    B.    All work and materials shall be in full accordance with the rules of all other departments or boards having jurisdiction.

    C.    This CONTRACTOR shall immediately inform the OWNER or its designee of any work or materials which violate any of the above laws and regulations and any work done by this CONTRACTOR causing such violation shall be corrected by this CONTRACTOR at its own expense.

    D.    CONTRACTOR will possess, at no cost to the State, all qualifications, licenses, and permits to engage in the business of _____ warranty service as may be required within the jurisdiction where the work specified is to be performed. Workers to be employed in the performance of this Warranty Service Agreement will possess the qualifications, training, licenses, and permits as may be required within such jurisdiction.

APPENDIX B-2

DASNY_TRAVELERS1 000043

1.05    PAYMENT

    A.    As soon as practicable after the close of each calendar month, the CONTRACTOR shall submit standard Invoice Vouchers of the OWNER and invoice copies of billing for services rendered in the previous month. These invoices will be processed in accordance with established procedures of the OWNER.

    B.    Rates for the warranty service will be adjusted annually in accordance with the requirements set forth in the bid form and the Warranty Service Agreement.

1.06    INSPECTION

    A.    The quality of warranty service shall be subject to inspection by the OWNER at any time. Should it be found that quality of the maintenance service being performed is not satisfactory, and that the requirements of the specifications are not being met, the CONTRACTOR will have ten (10) days to cure such deficiencies. In the event the CONTRACTOR does not correct such deficiencies within ten (10) working days, the OWNER may terminate this Agreement, and employ a CONTRACTOR to place the equipment in a satisfactory condition. The existing CONTRACTOR and his surety shall be liable to the OWNER for such cost account          thereof.

1.07    INDEMNITY AND CONSEQUENTIAL DAMAGES

    A.    CONTRACTOR and its employees engaged in performance of the work shall at all times be deemed to be performing as independent contractors and not as agents or employees of the OWNER and the acts and omissions of such employees shall be deemed to be those to be those of CONTRACTOR. CONTRACTOR shall hold harmless the OWNER and its employees from and against any and all losses, claims, demands, judgments, costs and expenses caused by the acts or omissions of CONTRACTOR or CONTRACTOR's employees while acting within the scope of their employment.

1.08    CONTRACTOR LABOR RATES

    In accordance with Article 8 of the State Labor Law, the wages and supplements to be paid by the CONTRACTOR to workers, laborers and mechanics for work performed pursuant to the terms of the Warranty Service Agreement as shall be awarded as a result of it this "Proposal and Specifications," shall be not less than the prevailing rate of wages including supplements in effect at the time the Warranty Service Agreement work is performed. A current schedule of the wages and supplements to be paid for work performed pursuant to said Warranty Service Agreement, as provided by the Industrial Commissioner, is annexed hereto and is made part hereof. It is understood and agreed, however, that said schedule is subject to revision by the Industrial Commissioner and that the CONTRACTOR shall be obligated to and shall pay all laborers, workers and mechanics not less than the wages and supplements outlined in the schedule which shall be in effect at time that work under the resulting Warranty Service Agreement is performed. Such revised schedule(s) shall be annexed to and form a part of the resulting Warranty Service Agreement for the work.

    B.    In the event that any other occupation not mentioned in the annexed Schedule of Classifications shall be required in the execution of the aforesaid work, supplementary wage schedules shall be requested from the Industrial

APPENDIX B-3

DASNY_TRAVELERS1 000044

Commissioner, and such supplementary schedules shall, upon notice to the CONTRACTOR, become and be a part of the wage schedule embodied in the resulting Warranty Service Agreement.

C.    The most current schedule of wages shall be posted at the job site as required by law.

1.09    EXAMINATION OF EXISTING CONDITION

A.    The CONTRACTOR does hereby represent that it is familiar with and has full knowledge of all conditions and requirements and does hereby represent that it has visited the premises and is fully cognizant of all the conditions under which the work is to be performed.

1.10    REQUIREMENTS OF THE CONTRACTOR

A.    The CONTRACTOR, if a corporation, must be duly authorized to do business in the State of New York.

B.    The CONTRACTOR must be the manufacturer or a factory authorized representative of the manufacturer. Factory authorized representative status must be in place prior to Warranty Service Agreement execution.

C.    The CONTRACTOR shall have executed the combined Bid Form for the Warranty Service Agreement and OWNER contract _____. A signature line for the Warranty Service Agreement is provided in the Bid Form.

D.    CONTRACTOR execution of the warranty service contract will be required prior to final payment on the _____ contract.

E.    Personnel Qualifications: The person providing the work of this Warranty Service Agreement, and their supervisor, shall be personally experienced in _____ work, and shall have been regularly employed by a Company engaged in the installation and maintenance of _____ similar to that covered by this Warranty Service Agreement for a minimum of three (3) years.

1.11    BASIS FOR AWARD

A.    A bid may be rejected as incomplete which does not include a price for all items.

B.    A bid may be rejected as nonresponsive if the bid is materially unbalanced as to bid prices. A bid is unbalanced when the bid is based on prices significantly less than that for some work and significantly overstated for that of other work.

1.12    MAINTENANCE CENTER LOCATION AND PERSONNEL PROFILE

A.    Within five (5) days of the bid opening, the CONTRACTOR must submit the location from which maintenance personnel will be dispatched to service the systems and the service personnel at this location and their experience.

B.    Only vendors with a fully staffed maintenance center within 50 miles of the facility will be considered responsive to this RFP.

APPENDIX B-4

DASNY_TRAVELERS1 000045

C.    The OWNER will have the right to periodically visit and inspect the maintenance center.

1.13    APPROVAL OF AGREEMENT

A.    The warranty service agreement will not be binding on the OWNER until executed by the OWNER.

APPENDIX B-5

DASNY_TRAVELERS1 000046



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE            NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  A-105

SCALE  1/8"

SKETCH NO.  807





# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.

A-124

SCALE  1/8"=1'-0"

SKETCH NO.

BBB



11 LU–11 (TYP.) RECESSED
IN METAL WALL

SEE A–125 FOR CLG. ABOVE

6
A–737

9
A–737

3

2

10'–10"

7'–0"

3'–10"

1'–0"

8'–0"

YP.)
MTD.
WALL

2

3/4" EXTRUDED ALUM.

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A–129

SCALE
1/8"

SKETCH NO.
889

DASNY_TRAVELERS1 000049



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM 3. (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-125

SCALE

SKETCH NO.
89D

DASNY_TRAVELERS1 000050



**Baruch Academic Complex - Site B**

105 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    A-126

SCALE  1/8" = 1'-0"

SKETCH NO.

891

DASNY_TRAVELERS1 000051



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.        SKETCH NO.

A-126

SCALE 1/8" = 1'-0"

892

DASNY_TRAVELERS1 000052



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES

111 WEST 57TH STREET

NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| A.126 | 893 |
| SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS1 000053



FOR CEILING & LIGHTING LAYOUT
SEE ELECTRICAL DWG.S

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM ●3 (CONTRACT ●15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.      SKETCH NO.
A·126                      894
SCALE  1/8"=1'-0"

DASNY_TRAVELERS1 000054



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 '802 2176

1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A.127

SKETCH NO.
B95

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 000055



# Baruch Academic Complex - Site B

135 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|------------------------|-----------|
| A·127 | 896 |
| SCALE 1/8"=1'-0" | |



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 '802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM •3 (CONTRACT •15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----------------------|------------|
| A.127 | 897 |
| SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS1 000057



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 '802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----------------------|------------|
| A-120 | 89B |
| SCALE 1/8"=1'-0" | |



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 '802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A·128

SCALE
1/8"=1'-0"

SKETCH NO.
899



GENERAL NOTES:

1. ALL CEILING HEIGHTS ARE 8'-6" A.F.F

2. ALL CEILING TYPES ARE ACOUSTICAL T

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A.12b

SKETCH NO.
900

SCALE 1/8"=1'-0"



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 '802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A.120

SCALE 1/8" = 1'-0"

SKETCH NO.
901

DASNY_TRAVELERS1 000061



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-130

SCALE
1/8"=1'-0"

SKETCH NO.
902

DASNY_TRAVELERS1 000062



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM *3* (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    A-131

SCALE    1/8"=1'-0"

SKETCH NO.    **903**

DASNY_TRAVELERS1 000063



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-731

SKETCH NO.
904

SCALE
⅛"=1'-0"

DASNY_TRAVELERS1 000064



| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE         NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119 | REF. DETAIL/SHEET NO.    SKETCH NO. |

| NO. | REVISION | DATE | A.131 | 905 |
|---|---|---|---|---|
| | ADDENDUM #3 (CONTRACT #15) | 3.11.98 | SCALE 1/8'=1'-0' | |



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE      NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.

A-131

SKETCH NO.

906

SCALE 1/8" = 1'-0"

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

DASNY_TRAVELERS1 000066



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-132

SKETCH NO.
907

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 000067



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-132

SKETCH NO.
908

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 000068



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-133

SKETCH NO.
909

SCALE
⅛"=1'-0"

DASNY_TRAVELERS1 000069



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM 3  (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.   A-133

SCALE  1/8" = 1'-0

SKETCH NO.   910

DASNY_TRAVELERS1 000070



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.     SKETCH NO.
A-134                     911

SCALE  1/8"=1'-0"

DASNY_TRAVELERS1 000071



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM 3 (CONTRACT #15) | 3 11 93 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A. 135

SKETCH NO.
912

SCALE   1/4" 1'-0"

DASNY_TRAVELERS1 000072



| Baruch Academic Complex - Site B | | ARCHITECT | |
|---|---|---|---|
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | | KPF ASSOCIATES | |
| OWNER | | 111 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2176 | | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | DATE | A-136 |
| | ADDENDUM #3 (CONTRACT #15) | 3.11.98 | SCALE 1/8" |

Sketch No. 913

DASNY_TRAVELERS1 000073



| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2176
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| IO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM #3 (CONTRACT #15) | 3.11.98 | A-136 SCALE 1/8" | 914 |

DASNY_TRAVELERS1 000074



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| O. | REVISION | DATE |
|----|----------|------|
| | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

REF. DETAIL/SHEET NO.
A-136

SKETCH NO.
915

SCALE 1/8" = 1'-0"

DASNY_TRAVELERS1 000075

NO CLG.

10
A-751

3

A

C-7    9'-0"

LU-21 MTD. IN FASCIA
OF 13TH FL. BALCONY

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE      NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | |

| | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|
| NO. | REVISION | DATE | A-136 | |
| | ADDENDUM #3 (CONTRACT #5) | 3.11.98 | SCALE  1/8" = 1'-0" | 916 |

DASNY_TRAVELERS1 000076



## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|------------------------|------------|
| A·137 | 917 |
| SCALE  1/8"=1'-0" | |

DASNY_TRAVELERS1 000077



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #3 (CONTRACT #15) | 5.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    A·137

SCALE    1/8" = 1'-0"

SKETCH NO.    918

DASNY_TRAVELERS1 000078



DRESS'G RM. TOILET PLAN @ B3 FLOOR

RM.'S B3-124A, B3-125A, B3-126A AND B3-127A

1/4" = 1'-0"

1'-7 3/4"

1'-6"

1'-3"

5'-6"

6'-9"

10 3/4"

6'-3"
@ B3-124A

7'-3"
@ B3-125A

5

9

G

2

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 111 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

REF. DETAIL/SHEET NO.   A-446

SKETCH NO.   919

SCALE

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |



MOTORIZED
PROJ. SCREEN
POCKET

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE         NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    1/ A·556

SCALE  1/8"=1'-0"

SKETCH NO.    920



GS

IT

SE-12

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2176
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM ●3(CONTRACT ●15) | 3.11.98 |

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    2/A.556

SCALE    1/8"=1'-0"

SKETCH NO.    921

DASNY_TRAVELERS1 000081



◆ SOFFIT
EL +11'-6⅜"

◆ BKPT
EL +10'-10⅝"

BLOCKING
AS REQ'D-
FLUSH W/F.O.GWB

4" 16 GA. MTL
STUD TYP.

BLOCKING
AS REQ'D.
TYP.

2-LAYERS ½" GWB
ON MTL STUD
TO FORM CURVE
TYP.

SS-2

HAIRLINE JT.-
PROVIDE CONT. SS SPLICE
PL. . TYP.

MTL "Z" CLIP
TACK WELD TO SS PANEL.
FASTEN THRU GWB
TO MTL STUD
SHIM AS REQ'D
TYP.

SS-3  PANEL PRE-BENT
IN SHOP. TYP.

SS-2

BENT TUBE
TO FOLLOW
RADIUS-TACK
WELD TO SS PNL.

½" x ½"
SS REVEAL

◆ SOFFIT
EL +7'-6"

18
A-45?

SS-2

LUH28
SEE 1/A-895
FOR LOCATION

16 GA SS
PNL
ON ¾"
FIRE-
RESIST.
PLYWD

RADIUS VARIES

① DETAIL @ HPE-14
SCALE: ½" = 1'-0"

NOTE:
SS-1 PANELS TO BE
16GA SS ON
¾" FIRE-RESIST.
PLY. WD. PRE-BENT
IN SHOP. TYP.-ATTACH
THRU ¾" GWB TO MTL STUD
W/CONCEALED "Z" CLIP. TYP.
SHIM AS REQ'D TYP.

NOTE:
GWB, .MTL STUD, WOOD &/OR SS-1
PNLS ON PLY WD AND ALL
ATTACHMENTS
TO BE IN CONTRACT 16. TYP.

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES 111 WEST 57TH STREET NEW YORK, NY 10019 | |
|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. 1/A-657 | SKETCH NO. 922 |
| | SCALE | |
| NO.     REVISION     DATE | | |
| ADDENDUM #3 (CONTRACT #15)     3.11.98 | | |



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-657

SKETCH NO.
923

SCALE

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

DETAIL @ HPE-4
B2 LEVEL REFL. CLG.
SCALE: 1/2"=1'-0"



## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
3/A-657

SKETCH NO.
924

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM #3 (CONTRACT #15) | 3.11.98 |

SCALE



ATTACHMENT ANGLE ANCHORED
TO UNDERSIDE OF SLAB
AND SIDE OF MULL.

ALUM. FACED INSULATED
SANDWHICH PANEL

CLOSURE PLATE

UNDERSIDE OF
MET. DECK

2 1/2" MET. STUDS
(20 GA.)

TYP. BLACK IRON
C HANGER

"J" MOULDING TIGHT TO VERT.
AND HORIZ. MULLIONS

1 LAYER 5/8" GYP. BD.

CORNER BEAD (TYP.)

SUSP. ACT.
CEIL TILE

**8  DETAIL SECTON @ SOFFIT**
1 1/2" = 1'-0"



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA • 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
111 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-751

SKETCH NO.
925

| NO. | REVISION | DATE |
|-----|----------|------|
|  | ADDENDUM 3 (CONTRACT #15) | 3.11.98 |

SCALE
NTS

DASNY_TRAVELERS1 000085



CEILING DETAIL @ HPE-4
BILEVEL RCP

| Baruch Academic Complex – Site B | |
|---|---|
| 55 LEXINGTON AVENUE<br>NEW YORK, NY 10010 | ARCHITECT<br>KPF ASSOCIATES<br>111 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2176<br>1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | RE DETAIL SHEET NO<br>4/A-657<br>SCALE |
| | SKETCH NO<br>926 |

| NO | REVISION | DATE |
|---|---|---|
| | ADDENDUM #3(CONTRACT #5) | 3|11|98 |

DASNY_TRAVELERS1 000086