# EXHIBIT

# E

# KPF

**Kohn Pedersen Fox
Associates PC**

Architects & Planning
Consultants

111 West 57th Street
New York, NY 10019-2211
Telephone 212-977-6500
Facsimile 212-956-2526

## Meeting Report

| | | | |
|---|---|---|---|
| Project | **BARUCH ACADEMIC COMPLEX**<br>*Construction of New Facility - Site B*<br>*CUNY #BA-104-85*<br>*DASNY #6500 1802 3145* | Project No | **1063-01** |
| Place | **TDX SITE OFFICE, 137 E. 25th ST., NYC** | Date | **5/21/98** |
| With | See Attached Attendance Sheet | | |

Summary

### PRE-BID CONFERENCE–GENERAL CONSTRUCTION #2 (CONTRACT #16)

### ITEM

### 1.0    PROJECT OVERVIEW

1.1    T. Tilleli of TDX provided an overview of the project and introduced representatives from TDX, DASNY and KPF. He noted the following items:

- General Construction #2 is one of 13 prime contracts on the project.
- This is a Dormitory Authority project and TDX will perform as DASNY's representative.

### 2.0    PROJECT REQUIREMENTS

2.1    T. Tilleli summarized the following items included in the documents for this project:

- Each contractor is responsible for piling the trash.
- Sidewalk trailers will not be permitted. Shanties will be allowed within the building.
- TDX will provide a materials hoist and personnel hoist. There will be a charge for using the materials hoist.
- Storage space will be available but must be coordinated with TDX.
- TDX will provide 24 hours security at the site as per Building Code requirements. However, this does not cover contractor's equipment.
- TDX will provide interior scaffolding as stated in the documents. Any additional scaffolding shall be provided by the contractor.

*Will Proceed in Accordance
With this Report Unless Any
Discrepancies are Brought to Our
Attention within Seven Days.*

cc:    w/encl., All Attendees, K. Xanthakos, P. Logan, J. Tabaei, A. Mosellie, C. File

| | | | |
|---|---|---|---|
| By | **Lloyd A. Sigal** | Date 5/29/98 | Page 1 of 2 |

DASNY_TRAVELERS1 098918



**Meeting Report**
*ITEM*

- Dewatering of pool is part of this contract.
- Temporary roof system shall be provided by this contract at all roofs and ground floor plazas.
- There is an allowance for building signage in the Form of Bid.
- There are two Alternates for flooring listed in the documents. A third Alternate will be added in an Addendum.

### 3.0 RESPONSES TO PLANHOLDER'S QUESTIONS

3.1 It was clarified that Site A is the Newman Library across the street from Site B at 141-155 East 25 Street.

3.2 TDX will review the CPM schedule with the list of milestone dates in the Supplemental General Requirements to confirm that they are consistent.

3.3 It was confirmed that this contract furnishes toilet accessories which are installed by others.

3.4 The Scope of Work for the streetlights will be clarified in an Addendum.

3.5 It was confirmed that there are early activity dates for specific items listed in the documents including but not limited to miscellaneous steel and concrete fill on metal stairs.

### 4.0 ADDENDUM/BID DATE

4.1 All bids must be received by 2:00 pm on 6/10/98 at DASNY, 1 Penn Plaza, 52nd floor. Any bids received after this time will not be considered.

4.2 An Addendum will be issued shortly.

4.3 Any questions must be faxed to J. McCullough at TDX at (212) 679-0037. Questions which are not already addressed in the Contract Documents will be responded to in an Addendum.

***Note:*** ***This meeting report is issued for general information and is not part of the Contract Documents.***

**Encl.**
**- End of report -**

DASNY_TRAVELERS1 098919

**Baruch College- Site "B"**

Meeting: GC # 2 PreBID

Date: 5-21-98

## ATTENDANCE SIGN-IN LOG

| | NAME | COMPANY/AGENCY | TELEPHONE NO. |
|---|---|---|---|
| 1. | Tom Tilleli | TDX | 212.679-0031 |
| 2. | Nicholas D'Ambrosio | DASNY | 679 0091 |
| 3. | Robert Horowki | KPF | 212-977-6500 |
| 4. | M. Lal | ATTRI Enterprises Inc. | 718-486-7395 |
| 5. | Robert Slochover | Stonewall Contg | 718 466-3300 |
| 6. | Jonathan Horowitz | TRATAROS | 718-833-6070 |
| 7. | K. Lebeck | Ahern Contr. | (718)639-5880 |
| 8. | G. Jacob | " " | " " " |
| 9. | L. Kleinman | Westmont Assoc | 914-472-9700 |
| 10. | Vincent Marino | Atic. | 718-272-9500 |
| 11. | Joe Brandes | M/N | |
| 12. | Brad Singer | M/N | |
| 13. | John McGuinn | TDX | 679-0031 |
| 14. | Ugo Sigm | KPF | 212-977-6500 |
| 15. | Jim Bu | TDX | 212-807-1414 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

DASNY_TRAVELERS1 098920