# EXHIBIT

# F

Part IV



1/4" x 1/4" S.S. REVEAL

14 GA. SOLID
1/4" BUILT-UP S.S. PLATES,
WELDED & GROUND SMOOTH
WITH SHARP 90° CORNERS

3/8" EXTRUDED ALUMN. REVEAL
PAINTED WITH WALL

3 5/8" MET. STUDS, 20 GA.

ALUMN. GUIDE FOR S.S.
ROLLING GRILLE

TUBE STEEL SUPPORT
AS REQ'D FOR ROLLING
GRILLE GUIDE

SURFACE MTD. S.S. GUIDE FOR
S.S. ROLLING COUNTER DOOR

5 3/8"
5 1/8"    1/4"
1/2"
2"

PT-5

1  2

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. 2 | REVISION | DATE |

REF. DETAIL/SHEET NO.
10/A-822

SKETCH NO.
978

SCALE

ADDENDUM #1 (CONTRACT #16)

DASNY_TRAVELERS1 098999



PARTITION AS SPECIFIED
CONTRACT #15

PARTITION AS SPECIFIED
CONTRACT #4

MTL. ANGLES SECURED
TO CMU AS REQ.'D TO
TO SUPPORT GUIDE
FOR ROLLING GRILLE

PT-5

1 5/8" MET. STUDS, 20 GA.

CORNER BEAD
TAPE & SPACKLE (TYP.)

ALUMN. GUIDE FOR S.S.
ROLLING GRILLE

3 5/8" MET. STUDS, 20 GA.

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE      NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

| NO. 2 | REVISION | DATE |
| | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
11/A-822

SCALE
3"=1'-0"

SKETCH NO.
979

DASNY_TRAVELERS1 099000



PARTITION AS SPECIFIED
CONTRACT #4

VENTED FINISHED APLE BASE

WOOD BLOCKING BELOW
PERIMETER SLEEPERS

PLYWOOD WITH HARD BOARD SURFACE
HALF-LAPPED TO LAYER BELOW

2"X4" SLEEPERS 16" O.C.

3/4" PLYWOOD
SUBFLOOR

3/8" PLYWOOD DEFLECTION
STOP 16" O.C.

6 MIL POLYETHYLENE
VAPOR BARRIER

SELF-LEVELING
CEMENTITIOUS
UNDERLAYMENT

NEOPRENE PADS 16"
O.C. FIXED TO U/S
OF WOOD SLEEPERS

FIBERGLASS BATT
INSUL. BET.
SLEEPERS

LINE OF
FLOOR SLAB
CONTRACT #9

1 1/2"

7 5/8"

11 11/16"

4 3/16"

1/2"

3/4"

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
2/A-801

SKETCH NO.
980

NO. 2     REVISION     DATE

SCALE



HANG STUDS FROM
STRUCTURE ABOVE

2 / 3

SUPPLY GRILLE
(CONTR. #3)

PLENUM
(CONTR. #3)

2 / 3

SUPPLY DUCT
(CONTR. #3)

DAMPER
(CONTR. #3)

2 / 3

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. 3 | REVISION | DATE |
|---|---|---|
| ADDENDUM #1 (CONTRACT #15) | | |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
2/A-753

SKETCH NO.
981

SCALE



PLENUM
(CONTR. #3)
2 3

FINISH CEILING

SUPPLY GRILLE
(CONTR. #3)
2 3

2'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

| NO. 10 | REVISION | DATE |
|---|---|---|
| | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
1/A-753

SKETCH NO.
982

SCALE
N.T.S



SEE PLAN—
FOR PTN. TYPE

REINF. ROD—SEE
STRUCT. DWGS.
(CONTR. #4)

CONC. BLOCK
BOND BEAM
(CONTR. #4)  △2

FOR BOND BEAM  △2
REINF. (CONT.#4)
SEE STRUCT. DWGS.

SEALANT AND
BACKER ROD
TYP.

1/4" CLEAR
TEMPERED GLASS

3/8"

1 3/4"

EXTRUDED ALUM.
WINDOW FRAME

(6) HEAD
1/4" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | 11 WEST 57TH STREET |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. A-746 |

| NO. 2 | REVISION | DATE | SKETCH NO. 983 |
|---|---|---|---|
| | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 | SCALE |

DASNY_TRAVELERS1 099004



SEALANT AND
BACKER ROD TYP.
SEE PLAN- FOR
PTN. TYPE
(CONTR. #4)

JAMB ANCHOR
(CONTR. #4)

EXTRUDED ALUM.
TRIM

1/4" CLEAR
TEMPERED GLASS

7 5/8"

3/8"

3/8"

1 3/4"

4"

THEATER

THEATRE
CONT'L BOOTH

EXTRUDED ALUM.
SLIDING WINDOW

1    JAMB
3" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK. DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

NO. 2          REVISION
ADDENDUM #1 (CONTRACT #16)          DATE          5/29/98

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-746

SKETCH NO.
984

SCALE



SEE PLAN—
FOR PTN. TYPE
(CONTR. #4)
REINF. ROD—SEE
STRUCT. DWGS.

CONC. BLOCK
BOND BEAM
(CONTR. #4) ⚠2

FOR BOND BEAM ⚠2
REINF. (CONT.#4)
SEE STRUCT. DWGS.

SEALANT AND
BACKER ROD

CONT'L. BOOTH

EXTRUDED ALUM.
TRIM

THEATER

③ <u>HEAD</u>
3" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. 2 | REVISION | DATE |
| --- | --- | --- |
| | ADDENDUM #1 (CONTRACT #6) | |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-746

SKETCH NO.
985

SCALE

DASNY_TRAVELERS1 099006



1 3/4"    3/8"

7 5/8"
4 1/2"

SEALANT AND
BACKER ROD TYP.

END BLOCK
SEE PLAN
FOR PTN. TYPE
(CONTR. #4)

JAMB ANCHOR
(CONTR. #4) ⟨2⟩

CLOSURE @
BOTH ENDS

EXTRUDED ALUM.
WINDOW FRAME

1/4" CLEAR
TEMPERED GLASS

LINE OF SILL

④  JAMB
3" = 1'-0"



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE       NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA       NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A - 746

SKETCH NO.
986

NO. 1       REVISION       DATE

ADDENDUM •1 (CONTRACT •16)       5/29/98

SCALE

DASNY_TRAVELERS1 099007



SEALANT AND
BACKER ROD
TYP. (CONT. #16)

7/8" METAL HAT
CHANNEL FURRING
7/8" BACK PANEL
(CONTRACT #16)

FIN. FLOOR
20'-0"

7/8"

7/8"

5 5/8"

7 3/8"

3/

4 COURSES

2'-8" A.F.F.

6"

PTN. TYPE 20A
(IN CONT. #4)

TERRAZZO BASE
(IN CONT. #16)

B2 FLOOR
ELEV. +0'-6"

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

NO. 2          REVISION          DATE

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
S/A - 744

SKETCH NO.
987

SCALE

DASNY_TRAVELERS1 099008



HEAD RESTRAINT AND COMPRESSIBLE
FILLER— SEE STRUCTURAL DRWGS.

⑤ SECT. @ RACQUETBALL COURT WINDOW
3"=1'-0" (CONTRACT #16)

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| 0.2 | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-744

SCALE
N.T.S

SKETCH NO.
98B

DASNY_TRAVELERS1 099009



CLOSURE BET. COL. ENCLO:
& MULLION IN CONTRACT #

COL

1'-6"

1'-6"

9"    1'-6"

EXTERIOR CURTAIN WALL
3

(11) COLUMN ENCLOSURE DETAIL
1 1/2" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 5500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. 3 | REVISION | DATE |
|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | 5/30/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-7411

SKETCH NO.
989

SCALE



TYP.
(COL)
CLOSURE BET. COL. ENCLOSURE
& MULLION IN CONTRACT #16
1'-0"    6"

7' DIAM.
SLEEVE
(CONTR. #9)   /2\

6"

1'-0"

/2\

1'-6"

TYP.
(COL)

9"    1'-6"

FOR PIPING
SEE MECH. DWGS.

EXTERIOR CURTAIN WALL
/3\

(13) COLUMN ENCLOSURE DETAIL
1 1/2" = 1'-0"

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| ARCHITECT |
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

NO. 3        REVISION        DATE

REF. DETAIL/SHEET NO.        SKETCH NO.
A - 741
SCALE

DASNY_TRAVELERS1 099011



CLOSURE BET. COL. ENCLOSURE & MULLION IN CONTRACT #16

TYP. (COL)

1'-0"

1'-0"

9"    VARIES

EXTERIOR CURTAIN WALL

(12) COLUMN ENCLOSURE DETAIL
1 1/2" = 1'-0"

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. 1) | REVISION | DATE |
|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-741

SKETCH NO.
991

SCALE

DASNY_TRAVELERS1 099012



CLOSURE BET. COL. ENCLOSURE
& MULLION IN CONTRACT #16

TYP. (COL)

1'-0"

1'-0"

10"    1'-2"

③ SEE DET. 4/A-624 FOR
TYPICAL INTERIOR
CURTAIN WALL INFO.

INTERIOR CURTAIN WALL
CONTRACT #16

⑩ COLUMN ENCLOSURE DETAIL
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| TOFY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | REF DETAIL/SHEET NO. |

| NO. ᵇ | REVISION | DATE | A-741 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE | 992 |

DASNY_TRAVELERS1 099013



7/8" FURRING CHANNEL

UP TO BOTTOM OF STRUCTURE

EXTRUDED ALUM. REVEAL PAINTED WITH CEILING PAINT IN CONT.#16

SEE DETAIL 1/A-665 FOR MORE INFO

3/4"

10"

CURVED

VENEER WOOD ON 3/4" FIRE RESISTANT PLYWOOD MOUNTED WITH CONCEALED FASTENERS ONTO STUD WALL CONSTR. (CONT.#16)

SEGMENTED PANELS

CONT.#16

WD-1

VARIES

CEILING DETAIL AT LOBBY WD.
3" = 1'-0"

6

**Baruch Academic Complex – Site B**
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORM. CITY AUTHORITY OF THE STATE OF NEW YORK, DA • 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 1 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-737

SCALE

SKETCH NO.
993

DASNY_TRAVELERS1 099014



DOOR #

| | |
|---|---|
| 34 | |
| 1B | |
| -- | |
| 1A | |
| 1B | SEE NOTE NO.1 |
| 26 | |
| 4A | SEE NOTE NO.1 |
| 4A | |
| -- | CONTRACT 16 SEE A-810  △3 △2 |
| -- | CONTRACT 16 SEE A-810 |
| -- | |
| 26 | 1-24" DOOR & 1-36" DOOR |
| -- | INCLUDES B3-143 & B3-144 |
| 4 | |
| 11 | |
| 1B | |
| 2A | |
| 4B | |
| 1 | SEE NOTE NO.1 |

- B3-138
- B3-139

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA. 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-705

SKETCH NO.
994

NO. 2          REVISION
ADDENDUM #1 (CONTRACT #16)          DATE          5/29/98
SCALE



DOOR #

BY RACQ'BL RM. INSTALLER (CONT.#16) /3\/2\    B3-105

BY RACQ'BL RM. INSTALLER (CONT.#16) /3\/2\    B3-107

BY RACQ'BL RM. INSTALLER (CONT.#16) /3\/2\    B3-120

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. 2 | REVISION | | DATE |
|---|---|---|---|
| | ADDENDUM ●1 (CONTRACT ●16) | | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-705
SCALE

SKETCH NO.
995

DASNY_TRAVELERS1 099016



SEE PLAN FOR
PARTITION TYPES
(IN CONT. #15)

△3 SILL
△2 3/8" TERRAZZO
(IN CONTRACT #16)

△3
△2 3/8"

9"    1 1/4"

5 1/4"    2"

△2 CONCRETE SLAB
(CONT. #9)

STL. BM. SEE
△2 STRUCTURAL DWG.
(CONT. #2)

△2 FIRE PROOFING
(CONT. #15)

SEE PLAN FOR
△2 PARTITION TYPES
(CONT. #15)

SHEET METAL
ENCLOSURE
(IN CONT. #10)

1 1/2"    5"    1 1/4"
4 3/4"    6 1/4"

( 11 )  ELEVATOR SILL & HEAD
1 1/2"=1'-0"

| Baruch Academic Complex - Site B | ARCHITECT<br>KPF ASSOCIATES<br>11 WEST 57TH STREET<br>NEW YORK, NY 10019 | |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178<br>1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF DETAIL/SHEET NO<br>11/A-431 | SKETCH NO.<br>996 |
| NO. 2    REVISION | SCALE | |
| ADDENDUM #1 (CONTRACT #16)    DATE    5/29/98 | | |

DASNY_TRAVELERS1 099017



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK. DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. 3 | REVISION | DATE |
|---|---|---|
| | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
2/A-431

SCALE

SKETCH NO.
997

Labels in drawing:
- CONCRETE SLAB (CONT. #9)
- 3/8" TERRAZZO (IN CONT. #16)
- SILL (IN CONT. #15)
- SHEET METAL ENCLOSURE (IN CONT. #15)
- FIRE PROOFING (CONT. #15)

Dimensions: 1 1/4", 7 3/4", 6 1/2", 9", 2", 2", 1 1/2", 5 1/2"

DASNY_TRAVELERS1 099018



8 ELEVATOR SILL & PIT
1 1/2" = 1'-0"

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. 1 | REVISION | DATE |
|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
8/A-431

SCALE

SKETCH NO.
998

DASNY_TRAVELERS1 099019



CONCRETE SLAB
(CONT. #9)

3/8" TERRAZZO
(IN CONT. #16)

SILL
(IN CONT. #15)

9"

2"

5 1/4"

3/8"

SHEET METAL
ENCLOSURE
(IN CONT. #15)

FIRE PROOFING
(CONT. #15)

1 1/4"    6 1/2"    4 1/2"

7 3/4"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-431

SKETCH NO.
999

NO. 4    REVISION    DATE

SCALE

ADDENDUM #1 (CONTRACT #2)

DASNY_TRAVELERS1 099020



② 7 5/8" CMU
(CONT #4)

② BOND BM.
(CONT #4)

② SILL (CON #15)

③ ②
② 3/8" TERRAZZO
(CONT #16)

7 1/2"

② 2"

9"    1 1/4"

② CONCRETE SLAB
(CONT #9)

STL. BM. SEE
STRUCTURAL DWG.
② (CONT #2)

SHEET METAL
ENCLOSURE
(CONT #15) ②

② FIRE PROOFING
(CONT #15)

② 7 5/8" CMU
(CONT #4)

1 1/2"    6 1/2"    1 1/4"

7 3/8"    7 3/4"

⑨ ELEVATOR SILL & HEAD
1 1/2" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

NO. ½          REVISION
ADDENDUM #1 (CONTRACT #16)          DATE          5/29/98

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
9/A-431

SCALE

SKETCH NO.
1000

DASNY_TRAVELERS1 099021



SEE PLAN FOR
PARTITION TYPES
②(CONT. #15)

②

③ SILL (CONT. #15)

③ 3/8" ② 3/8" TERRAZZO
② 3/8" (CON. #16)

②

5 1/4"    2"    9"    1 1/4"

②CONCRETE SLAB
②(CONT. #9)

STL. BM. SEE
STRUCTURAL DWG.
②(CONT. #2)

②FIRE PROOFING
②(CONT. #15)

SEE PLAN FOR
PARTITION TYPES
②(CONT. #15)

METAL SHEET
(IN CONT. #15)

1 1/2"    6 1/2"    1 1/4"
4 3/4"              7 3/4"

⑩ ELEVATOR SILL & HEAD
1 1/2"=1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO.     SKETCH NO. |

NO. 3     REVISION                         DATE        10/A-4/31
ADDENDUM #1 (CONTRACT #16)     5/29/98     SCALE    |○○|

DASNY_TRAVELERS1 099022



CORRUGATED STAINLESS
14 GA. STEEL, SATIN
FINISH SS-3
(CONTRACT #15) 3

1/4"

3/4"

3

EXPOSED
SURFACE

1 1/4"

SS-3 AT LOBBY COLUMN ENCLOSURES AND EXTERIOR
OF HPE-14 ENCLOSURE 11 GA. OR 1/8", #4 BRUSHED
FINISH (CONTRACT #16) — SEE DWG. A-650 & A-654

2  SECTION DETAIL SS-3

6" = 1'-0"

3

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

| NO. η | REVISION | DATE |
|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
2/A-430
SCALE

SKETCH NO.
1002

DASNY_TRAVELERS1 099023



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA ● 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. 2 | REVISION | | |
|---|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | DATE | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
3/A-366

SCALE
1'=1'-0"

SKETCH NO.
1003

DASNY_TRAVELERS1 099024



GRANITE PAVERS WITH
SAND SWEPT JOINTS
(IN CONT. #16)

LIGHT CONC.
TOPPING (IN CONT. #16)

DRAINAGE MAT
(IN CONT. #16)

ROOFING
MEMRANE
(IN CONT. #16)

LIGHT CONC.
FILL
(IN CONT. #16)

COMPRESSIBLE FILLER
(IN CONT. #16)

DEPRESSED
STRUCTURAL SLAB
SEE STUCTURAL
DRAWINGS

4" RIGID
INSULATION

SETTING BED (CONT. #16)

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. 2 | REVISION | DATE |
|---|---|---|
|  | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A - 365A

SKETCH NO.
1004

SCALE
1/2" = 1'-0"

DASNY_TRAVELERS1 099025



LINE OF CURTAIN WALL SUPPORT PROVIDED BY CONTRACTOR IN CONTRACT #15

GRANITE PAVERS WITH SAND SWEPT JOINTS (CONT. #16)

STAINLESS STEEL AND GLASS ENTRY DOOR

STAINLESS STEEL WALK-OFF GRATING

2" CONCRETE MORTAR OVER WATER PROOFING. SLOPE 1/8" PER FOOT TO FLOOR DRAIN

ABRASIVE STAINLESS STEEL ENTRY THRESHOLD FILL SOLID WITH SEALANT

GASKET

1/2" PREMOLDED FILLER

EMBEDDED STEEL CURTAIN WALL SUPPORT PLATE. SEE STRUCTURAL DRAWINGS

SETTING BED (CONT. #16)

DRAINAGE MAT (CONT. #16)

WATER PROOFING (CONT. #16)

COMPRESSIBLE FILLER (CONT. #16)

CONCRETE FILL (CONT. #16)

DEPRESSED STRUCTURAL SLAB SEE STRUCTURAL DRAWINGS

4"

1'-0 1/32"

1/2"

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. *M* | REVISION | DATE |
|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-369C

SCALE
3" = 1'-0"

SKETCH NO.
1005

DASNY_TRAVELERS1 099026



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
| --- |
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| NO. 2 | REVISION | DATE |
| --- | --- | --- |
| | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

REF. DETAIL/SHEET NO.
A - 145

SKETCH NO.
1006

SCALE
1/8" = 1'-0"