# EXHIBIT

# F

PART V

Floor:            FL-1           VCT
Base:             RB-1           4" Rubber base with toe
Wall:             PT-5           Painted GWB
Movable wall:     FP-3           Fabric wrapped onto panels

31)  EXECUTIVE EDUCATION, CONFERENCE CENTER LOBBY AND
     CORRIDOR ON 14TH FLOOR, AND BOX OFFICE AND
     SECURITY BOOTH ON GROUND FLOOR

     Floor:           TZ-1           Epoxy Terrazzo
     Base:            TZ-1           Epoxy Terrazzo
     Wall:                           See elevations
                      PT-5           Painted GWB
     Column Cover:    GF-1           Painted GFRG

32)  KITCHEN AND GROUND AND 14TH FLOOR WARM-UP KITCHEN

     Floor:           CT-9           Quarry tile with abrasive grits
     Base:            CT-9           Quarry tile with abrasive grits
     Wall:            CT-8           Ceramic tile

33)  SERVERY, CASHIERS, FOOD COURT SEATING, VENDING
     GROUND FLOOR, COFFEE BAR SECOND FLOOR

     Floor:                          Epoxy Terrazzo, see plans
     Base:                           Epoxy Terrazzo, see plans
     Wall:                           See elevations
                      PT-5           Painted GWB
                      CT-8           Ceramic tile
     Column Cover:    SS-2           Stainless steel @ servery
                      GF-1           Painted GFRG @ seating

34)  CONFERENCE CENTER MULTI-PURPOSE ROOM

     Floor:           CA-1           Carpet, directly glued
     Base:            RB-2           4" ht. rubber base without toe

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 5500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | |

| NO. 2 | REVISION | DATE | REF. DETAIL/SHEET NO. A-140 | SKETCH NO. 1009 |
|---|---|---|---|---|
| | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099028



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. 2 | REVISION | DATE |
|---|---|---|
| | ADDENDUM •1 (CONTRACT •15) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A - 141

SKETCH NO.
1010

SCALE
1/8" = 1' - 0"



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. 2 | REVISION | DATE |
|---|---|---|
| | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

REF. DETAIL/SHEET NO.
A-143

SKETCH NO.
1011

SCALE
1/8" = 1'-0"



3'-7"
2'-6"

"E"

88.93°

87.29°

C DRAIN

4'-6"    35' EXPOSED HEIGHT S.S. FLAGPOLE.
CENTER ALTERNATING POLES ON
JOINTS AND BETWEEN JOINTS.
FLAGPOLE ANCHORED TO
STRUCTURE, TYPICAL.

HISTORIC DISPLAY AREA

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DRMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF DETAIL/SHEET NO. |
| NO. | REVISION | DATE | 1/A·051 | SKETCH NO. |
| 2 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 | SCALE 1/8"=1'-0" | 1 of 2 |

DASNY_TRAVELERS1 099031



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|----|----------|------|----------------------|------------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | A-050 SCALE 1/8"=1'-0" | 1013 |



LATERAL RESTRAINT
CONNECTION TO CMU CURB

PAINTED ALUMINUM SILL

SEALANT

CMU BOND BEAM ON
8" CMU CURB. SEE
STUCTURAL DRAWINGS
FOR REINFORCING

SS. FLASHING. DOUBLE SEAL
TO BACK OF SILL

SEMI RIGID INSULATION

CONCRETE PAVER BALLAST (CONT.#16)

IRMA ROOFING SYSTEM (CONT.#16)
SEE DETAIL 13/A-250

CONCRETE FILL(CONT.#16)
T.O. SLAB 6 FL
EL. +106'-6"

2'-0"

2'-6"

2/3

| **Baruch Academic Complex – Site B** | | | |
|---|---|---|---|
| 55 LEXINGTON AVENUE — NEW YORK, NY 10010 | | ARCHITECT KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | | | |
| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. 3/A-380 | SKETCH NO. |
| 3 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 | SCALE 1 1/2" = 1'-0" | 1014 |

DASNY_TRAVELERS1 099033



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-102

SKETCH NO.
1015

SCALE
1/8" = 1'-0"



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA- 6500 1802 2178
1 PENNSYLVANA PLAZA    NEW YORK, NY 1019

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 7 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-101

SCALE
1/0" = 1-0"

SKETCH NO.
1816

DASNY_TRAVELERS1 099035



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA▪ 6500 ▪802 2178
▪ PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-103

SKETCH NO.
1017

| NO | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM ▪1 (CONTRACT ▪16) | 5/29/98 |

SCALE   1/8"=1'-0"

DASNY_TRAVELERS1 099036



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| ARCHITECT |
| --- |
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| REF DETAIL/SHEET NO. A 104 | SKETCH NO. 101B |
| --- | --- |
| SCALE 1/8"=1'-0" | |

| NO. 8 | REVISION | DATE |
| --- | --- | --- |
| | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO | REVISION | DATE |
|---|---|---|
| 8 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-104

SKETCH NO
1019

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099038



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA- 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-104

SKETCH NO.
1020

| NO. | REVISION | DATE | SCALE |
|---|---|---|---|
| 8 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | 1/8"=1'-0" |

DASNY_TRAVELERS1 099039



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-105

SKETCH NO.
1021

SCALE  1/8"=1'-0"



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANA PLAZA          NEW YORK, NY 1019

| NO | REVISION | DATE |
|----|----------|------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-105

SKETCH NO.
1022

SCALE
1/8"=1'-0"



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-105

SKETCH NO.
1023

| NO. | REVISION | DATE | SCALE |
|-----|----------|------|-------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | 1/8"=1'-0" |



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-106

SKETCH NO.
1024

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099043



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA ● 6500 ● 802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-107 | SKETCH NO. 1025 |
|-----|----------|------|-----|-----|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE 1/8"=1'-0" | |

DASNY_TRAVELERS1 099044



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
RMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    A-107
SCALE  1/8"=1'-0"

SKETCH NO.
1026



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-108

SKETCH NO.
1027

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099046





# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-108

SKETCH NO.
1029

SCALE
1/8"-1'-0"



| | | | | |
|---|---|---|---|---|
| **Baruch Academic Complex - Site B** | | **ARCHITECT** | | |
| 55 LEXINGTON AVENUE | NEW YORK, NY 10010 | KPF ASSOCIATES | | |
| **OWNER** | | 11 WEST 57TH STREET | | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | NEW YORK, NY 10019 | | |
| 1 PENNSYLVANIA PLAZA | NEW YORK, NY 10119 | | | |
| NO. | REVISION | DATE | **REF DETAIL/SHEET NO.** A-108 | **SKETCH NO.** |
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | **SCALE** 1/8" = 1'-0" | 1030 |

DASNY_TRAVELERS1 099049



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

ARMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6530 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-109

SKETCH NO.
1031

SCALE
1/8" = 1'-0"



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-109

SKETCH NO.
1032

SCALE ⅛"=1'-0"

DASNY_TRAVELERS1 099051



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA ▪ 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO | REVISION | DATE |
|----|----------|------|
| 6  | ADDENDUM ▪1 (CONTRACT ▪16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-110

SKETCH NO.
10 33

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099052



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
...TORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-112

SKETCH NO.
1034

SCALE
⅛" = 1'-0"

DASNY_TRAVELERS1 099053



4" HIGH
CONC. CURB
(CONT. #16)

4" HIGH
CONC. PAD
(CONT. #16)

STOR.
8-124

ONE-WA

12
A-742

OBSERV.
8-125

8-125

M.E.R
8-ME1

13
A-537

BR'KOUT   BR'KO
8-122   8-12

EXPER./PSYCH
8-115

BR'KOUT   BR'KO
8-120   8-1

BR'KOUT   BR'KO
8-118   8-11

8-ME1

8-EL1

8-TE1

8-115C

8-115E
TYP.

8-115C

B

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE   NEW YORK, NY 10010

OWNER
...TORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2178
1 PENNSYLVANIA PLAZA   NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-112

SKETCH NO.
1035

| NO. | REVISION | DATE | SCALE |
|-----|----------|------|-------|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | 1/8" = 1'-0" |

DASNY_TRAVELERS1 099054



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE                NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 9500 ●802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-113

SKETCH NO.
1036

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099055



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF. DETAIL/SHEET NO.
A - 113

SCALE
1/8" = 1'-0"

SKETCH NO.
1037



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 •802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-114

| NO. | REVISION | DATE | SKETCH NO. |
|-----|----------|------|------------|
| 6 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 | |

SCALE
'/8" = 1'-0"

1038



## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA- 6500 1802 2178
1 PENNSYLVANA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-114 | SKETCH NO. 1039 |
|---|---|---|---|---|
| 6 | ADDENDUM -1 (CONTRACT -16) | 5/29/98 | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099058



| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA = 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-114 | SKETCH NO. |
|---|---|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE 1/8" = 1'-0" | 1040 |

DASNY_TRAVELERS1 099059



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-114

SCALE
1/8" = 1'-0"

SKETCH NO.
10 41



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE                NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA                NEW YORK, NY 10119

| ARCHITECT |
| --- |
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-115 | SKETCH NO. |
| --- | --- | --- | --- | --- |
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE 1/8" = 1'-0" | 1042 |

DASNY_TRAVELERS1 099061



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10019

| NO. | REVISION | DATE |
|---|---|---|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-115

SCALE
1/8"=1'-0"

SKETCH NO.
1043

DASNY_TRAVELERS1 099062



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-115

SCALE
1/8" = 1'-0"

SKETCH NO.
1044

DASNY_TRAVELERS1 099063



## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-116

SKETCH NO.
1045

SCALE
1/8" = 1'-0"



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-116

SKETCH NO.
1046

SCALE
'1/8" = 1'-0"

DASNY_TRAVELERS1 099065



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-116

SCALE
1/8"=1'-0"

SKETCH NO.
1047

DASNY_TRAVELERS1 099066