# EXHIBIT

# F



PART VI



| Baruch Academic Complex - Site B | | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. A - 117 |
| NO. | REVISION | DATE | SKETCH NO. |
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE 1/8" = 1'-0" | 1048 |

DASNY_TRAVELERS1 099067



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

REF. DETAIL/SHEET NO.
A-117

SKETCH NO.
1049

| NO. | REVISION | DATE | SCALE |
|---|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | 1/8" = 1'-0" |

DASNY_TRAVELERS1 099068



⑩

△6  SMOKE HATCH
(CONTRACT #16)

A

SOFFIT ABOVE
DASHED.

⑥
A-375

ROOF (1HP

'-7"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-117

SKETCH NO.
1060

SCALE
1/8" = 1'-0"



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-118

SKETCH NO.
10-51

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

SCALE
⅛" = 1'-0"



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-118

SKETCH NO.
1052

SCALE
1/8" = 1'-0"



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    SKETCH NO.

A-118                    1053

SCALE
1/8" = 1'-0"



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| S | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO. A - 119

SCALE  1/8" = 1'-0"

SKETCH NO. 1054



| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE<br>NEW YORK, NY 10010 | KPF ASSOCIATES<br>11 WEST 57TH STREET<br>NEW YORK, NY 10019 |

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO.<br>A-121 | SKETCH NO. |
|---|---|---|---|---|
| 4 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE<br>1/8" = 1'-0" | 1055 |



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-122

SKETCH NO.
1057

| NO. | REVISION | DATE | SCALE |
|-----|----------|------|-------|
| 4 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | 1/8"=1'-0" |

DASNY_TRAVELERS1 099076



⑤

Ⓖ

SS-2  ESCALATOR SOFFITS &
      UNDERSIDE OF BRIDGE
      CONTR. #15

3

4

RAQUETBALL CLGS. IN
CONTRACT #16 TYP.

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-122

SKETCH NO.
1059

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099077



⑦

PENDANT
A.F. B1 LEVEL

NO CLG

Ⓗ

G

3  2

GENERAL NOTE:  ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

1

2

3

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE                    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA. 6500 1802 2178
1 PENNSYLVANIA PLAZA                    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-123

SKETCH NO.
1059

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099078



BACKSTOP & HOOP TYP
(CONTRACT #16)

3

9

C.5

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE<br>NEW YORK, NY 10010 | KPF ASSOCIATES<br>11 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178<br>1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | |

| NO | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | A-123 | 1060 |
| | | | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099079



BACKSTOP & HOOP TYP.
(CONTRACT #16)

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 278
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A - 123

SCALE
1/8" = 1'-0"

SKETCH NO.
1061

DASNY_TRAVELERS1 099080

⑧

15'-0"

Ⓑ

SEE DET. 8,10,11,12
ON A-738

r MTD.
r MTD.

C-7

△4 △5

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-124

SCALE
1/8" = 1'-0"

SKETCH NO.
1062

DASNY_TRAVELERS1 099081



6

B

R=7'0 3"

4

5

7'-6"    7'-6"    2'-6"

11 LU-11 (TYP.) RECESSED
IN METAL WALL

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10019

| NO. | REVISION | | DATE |
|---|---|---|---|
| 5 | ADDENDUM #1 (CONTRACT #16) | | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-124

SKETCH NO.
1063

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099082



GENERAL NOTE:   ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A - 124

SKETCH NO.
1064

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099083



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| S | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-124

SCALE
1/8" = 1'-0"

SKETCH NO.
1065



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE            NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA            NEW YORK, NY 10119

| NO | REVISION | DATE |
|----|----------|------|
| 5 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| REF DETAIL/SHEET NO. | SKETCH NO. |
|----------------------|------------|
| A-125 | |
| SCALE 1/8"=1'-0" | 1066 |

DASNY_TRAVELERS1 099085



SLOPED SOFFIT   C-7

SOFFIT TAINWALL

GENERAL NOTE:  ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| S | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-125

SCALE
1/8" = 1'-0"

SKETCH NO.
1067

DASNY_TRAVELERS1 099086

PT-4   C-7   UNDERSIDE OF ESCALATORS

2
A-747

5

LU-29

LU-29   LU-29

LU-29   LU-29

C-3

6

F

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
TORY AUTHORITY OF THE STATE OF NEW YORK, DA- 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-125

SKETCH NO.
1068

SCALE
1/8"=1'-0"

DASNY_TRAVELERS1 099087



GENERAL NOTE:  ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| S | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A -126

SKETCH NO.
1069

SCALE
1/8"=1'-0"



## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 6 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-127

SCALE
1/8" = 1'-0"

SKETCH NO.
1070

DASNY_TRAVELERS1 099089



GENERAL NOTE: ALL WORK ON THIS SHEET IN CONTRACT #15 UNLESS OTHERWISE NOTED.

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 |

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE | REF DETAIL/SHEET NO. A-128 | SKETCH NO. 1071 |
|---|---|---|---|---|
| 3 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099090



GENERAL NOTE: ALL WORK ON THIS SHEET IN CONTRACT #15 UNLESS OTHERWISE NOTED.

8. PPS6 = PULL PROJECTION SCREEN 6'-0" LONG
MPS10 = MOTORIZED PROJECTION SCREEN 10'-0" LONG
SEE REFLECTED CEILING PLANS FOR LENGTHS

ALTERNATE: C-2 IN LIEU OF C-1

C-1

URES

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

REF DETAIL/SHEET NO.
A-129

SKETCH NO.
1072

SCALE
1/8" = 1'-0"



GENERAL NOTE: ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

8. PPS6 = PULL PROJECTION SCREEN 6'-0" LONG
MPS10 = MOTORIZED PROJECTION SCREEN 10'-0" LONG
SEE REFLECTED CEILING PLANS FOR LENGTHS
ALTERNATE: C-2 IN LIEU OF C-1

C-1

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 650C 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10:19

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-130

SKETCH NO.
107B

SCALE
1/8"=1'-0"

DASNY_TRAVELERS1 099092



GENERAL NOTE:  ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

8. PPS6 = PULL PROJECTION SCREEN 6'-0" LONG
MPS10 = MOTORIZED PROJECTION SCREEN 10'-0" LONG
SEE REFLECTED CEILING PLANS FOR LENGTHS

URES

ALTERNATE: C-2 IN LIEU OF C-1

C-1

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2-78
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-131

SKETCH NO.
1074

SCALE
1/8"= 1'-0"

DASNY_TRAVELERS1 099093



GENERAL NOTE: ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

8. PPS6 = PULL PROJECTION SCREEN 6'-0" LONG
MPS10 = MOTORIZED PROJECTION SCREEN 10'-0" LONG
SEE REFLECTED CEILING PLANS FOR LENGTHS

ALTERNATE: C-2 IN LIEU OF C-1

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 5 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-131

SCALE
1/8" = 1'-0"

SKETCH NO.
1075

GENERAL NOTE:  ALL WORK ON THIS SHEET
IN CONTRACT #15 UNLESS OTHERWISE NOTED.

△5 △4

8.  PPS6 = PULL PROJECTION SCREEN 6'-0" LONG
    MPS10 = MOTORIZED PROJECTION SCREEN 10'-0" LONG
    SEE REFLECTED CEILING PLANS FOR LENGTHS

URES

⬡C-1   ＊  ALTERNATE:  C-2 IN LIEU OF C-1

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
| --- |
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| REF. DETAIL/SHEET NO. | SKETCH NO. |
| --- | --- |
| A-136 | 1076 |
| SCALE | |
| 1/8" = 1'-0" | |

| NO. | REVISION | DATE |
| --- | --- | --- |
| 5 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

DASNY_TRAVELERS1 099095



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM =1 (CONTRACT =16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-137

SKETCH NO.
1077

SCALE
1/8" = 1'-0"



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-151

SKETCH NO.
1078

SCALE
1/16" = 1'-0"

DASNY_TRAVELERS1 099097



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA■ 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM ■1 (CONTRACT ■16) | 5/29/98 |

ARCHITECT
KPF ASSOCiATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A 151

SKETCH NO.
1080

SCALE
1/8"=1'-0"

DASNY_TRAVELERS1 099098



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE   NEW YORK, NY 10010

OWNER
...TORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA   NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-152

SKETCH NO.
1081

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

SCALE
1/3" = 1'-0"

DASNY_TRAVELERS1 099099



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-152

SKETCH NO.
1082

SCALE
1/8" : 1'-0"

DASNY_TRAVELERS1 099100



| Baruch Academic Complex - Site B | | | ARCHITECT |
|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | | KPF ASSOCIATES |
| OWNER | | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | | REF DETAIL/SHEET NO. |

| NO. | REVISION | DATE | A·153 | SKETCH NO. |
|---|---|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE 1/16"=1'-0" | 1083 |

DASNY_TRAVELERS1 099101



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM =1 (CONTRACT =16) | 5/29/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.   A-153

SKETCH NO.   1084

SCALE   1/8" = 1'-0"

DASNY_TRAVELERS1 099102



| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE           NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| ...ORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA           NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | A·154 | SKETCH NO. |
|---|---|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE 1/16"=1'-0" | 1085 |

DASNY_TRAVELERS1 099103

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE
NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A 154

SKETCH NO.
1086

SCALE
1/8" : 1'-0"

DASNY_TRAVELERS1 099104