# EXHIBIT

# F
## PART VII



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A.155

SKETCH NO.
1087

SCALE
1/16"=1'-0"

DASNY_TRAVELERS1 099105



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6800 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-155

SKETCH NO.
1088

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

SCALE 1/8"=1'-0"

DASNY_TRAVELERS1 099106



7   SIDE ELEV: SEMINAR RO
1/4" = 1'-0"

| Baruch Academic Complex - Site B | | ARCHITECT |
| --- | --- | --- |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA- 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF DETAIL/SHEET NO. |

| NO. | REVISION | DATE | REF DETAIL/SHEET NO. 7/A.565 | SKETCH NO. |
| --- | --- | --- | --- | --- |
| 3 | ADDENDUM #1 (CONTRACT #6) | 5/29/98 | SCALE 1/4" = 1'-0" | 1089 |

DASNY_TRAVELERS1 099107



⑧ REAR ELEV: SEMINAR
1/4" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | 11 WEST 57TH STREET |
| OWNER | NEW YORK, NY 10019 |

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
8 / A 565

SKETCH NO.
1090

| NO. | REVISION | DATE | SCALE |
|---|---|---|---|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | 1/4" = 1'-0" |



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO | REVISION | DATE |
|----|----------|------|
| 2  | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
7/A-647

SKETCH NO.
1091

SCALE
3/4" = 1'-0"



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA ● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-366

SCALE

SKETCH NO.
1092



### Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| REVISION | DATE |
|----------|------|
| ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

**ARCHITECT**
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----------------------|------------|
| A-143 | 1093 |
| SCALE  1/8" = 1'-0" | |

DASNY_TRAVELERS1 099111



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178

1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT

KPF ASSOCIATES

11 WEST 57TH STREET

NEW YORK, NY 10019

REF. DETAIL/SHEET NO.

A-143

SKETCH NO.

1094

SCALE

1/8" = 1'-0"



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| A-144 | 1095 |
| SCALE 1/8" = 1'-0" | |

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

DASNY_TRAVELERS1 099113



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANA PLAZA          NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-144

SKETCH NO.
1096

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099114



3 STACKED
STORAGE
LOCKERS
(TYP.)

DRESSING
LOCKERS (TYP.)

ALL LOCKERS = LK 1 U.O.N.

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| | ARCHITECT | |
|---|---|---|
| | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | |
| | REF. DETAIL/SHEET NO. A - 143 | SKETCH NO. 1097 |
| NO. REVISION | DATE | |
| 2 ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 | SCALE 1/8" = 1'-0" |

DASNY_TRAVELERS1 099115



MASONRY (IN CONT. #4)

EXTRUDED ALUM. EDGE TRIM, PAINTED WITH CEILING PAINT IN CONT. #16

NOTE:
PROVIDE A CONTINUOUS 1" RETURN SLOT AT ENTIRE CEILING PERIMETER WITHIN LOBBY AND CORRIDOR. SEE REFLECTED CEILING PLANS.

GENERAL NOTE:
ALL WORK ON CONTRACT #15, NOTED.

1"

PERIMETER RETURN AIR SLOT

12/04/97

3" = 1'-0"

1

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | | DATE |
|---|---|---|---|
| 4 | ADDENDUM ●1 (CONTRACT ●16) | | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
A-737

SCALE

SKETCH NO.
1098

DASNY_TRAVELERS1 099116



S.S. BOLLARD W/
S.S. PUSH PLATE
IN CONTRACT #15

LU #9 IN CONT. #11
SEE DETAIL 7/A-652 FOR
MOUNTING INFORMATION

GFRG COLUMN
ENCLOSURE (TYP.)
IN CONTRACT #16
SEE DETAIL 4 ON DWG.
A-650 FOR MORE INFO.

LU #1B IN CONT. #11
SEE DETAILS 8,10,11,12/A-738
FOR MOUNTING INFORMATION

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 '802 2178 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. 11/A - 340 | SKETCH NO. |
| | | 1099 |

| NO. | REVISION | DATE | SCALE 1/4" = 1'-0" |
|---|---|---|---|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | |



GENERAL NOTES:

1. ALL WORK ON THIS SHEET IN CONTRACT #16 UNLESS OTHERWISE NOTED.

2. SEE DETAILS SHEET A-056 FOR PLANTING DETAILS AND PLANT SCHEDULE.

3. SEE RP SERIES DRAWINGS FOR FULL EXTENT OF BUILDERS PAVEMENT WORK.

4. SEE SHEET BP-06 FOR SITE A BUILDERS PAVEMENT WORK.

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

JRY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| A-050 | |
| SCALE | 1100 |

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

DASNY_TRAVELERS1 099118



CURVED WALL

PTD. GYP. (TYP.)

12
A-758

9'-4"

2'-6"

3'-0"

LOW WALL

4" RESILIENT BASE

2 3

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF. DETAIL/SHEET NO.
8/ A-565

SKETCH NO.
1101

SCALE
1/4" = 1'-0"



MULLION

PAINTED ALUMINUM
MULLION SYSTEM

BOOKSTC

7'-2 5/8"

2 — VISION GLASS

3 — GRANITE BASE (CONT.#16)

STONE PAVING
IN CONTRACT #16    1

8"

JOINT

VARIES

CONCRETE FOUNDATION.
SEE EXCAVATION/FOUNDATION
PACKAGE FOR ADDITIONAL INFO

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| ARCHITECT |
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

REF. DETAIL/SHEET NO.
2/A-322

SKETCH NO.
1102

2    REVISION    DATE

SCALE

ADDENDUM ●1 (CONTRACT ●16)    5/28/98

DASNY_TRAVELERS1 099120



PAINTE
PANEL
RECES
FIXTUF

LOF

GL-4

SECTION THRU NORTH MASONRY WALL

PAINTED FLAT ALUMINUM PANEL

LIMESTONE ON STEEL SUPPORT
SYSTEM ANCHORED TO CMU

STAINLESS STEEL AND
AND GLASS ENTRY DOORS

PAINTED ALUMINUM CHANNEL

GRANITE BASE (CONT. #16)

SIM. OPP. HAND

1
A-361

2
3

5  SECTION THRU NORTH MASONRY WALL
1/4" = 1'-0"

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DRMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
5/A-321

SKETCH NO.
1103

SCALE



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
AMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM ●1 (CONTRACT ●15) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  1/A-322
SCALE
SKETCH NO.  1104



PAINTED ALUMINUM CHANNEL
① GRANITE BASE (CONT.#16)
② STONE PAVING (CONT.#16)
③ GRANITE PLANTER/SEATING
IN CONTRACT #16

MULTI-PURPOSE

9'-9 1/
7 EQUAL @ 1'-4'

GR. FL.
1'-0"

1
A-361

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |
| REVISION | DATE | 1/A-321 | SKETCH NO. |
| ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 | SCALE | K05 |

DASNY_TRAVELERS1 099123



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.

A-508

SCALE
1/8"=1'-0"

SKETCH NO.

1106



PARTITION TYPE 18
(8" NOMINAL CMU)

PARTITION TYPE 34
(BRICK VENEER ON METAL
STUDS)

SEALANT AND BACKER ROD

PARTITION TYPE 17D
(6" NOMINAL CMU)

6

CONTRACT #15

7 5/8"
1'-6"

5 5/8"
1'-2"
6"

1'-0 5/16"
TYP. MOD
TYPE X

1'-0 5/16"
JT. TYPE X

1'-0 5/16"
JT. TYPE X

TYP. MOD.
BRICK TYPE X

3/8"

6

8"

6"

TYPE X

12"

12"

12"

12"

12"

12"

12" TYP. MODULE

12" TYP. MODULE

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| O. | REVISION | DATE |
|----|----------|------|
| 2. | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
15/A-606

SKETCH NO.
1107

SCALE
1" = 1'-0"



PARTITION TYPE 18
(8" NOMINAL CMU)

COMPRESSIBLE FILLER

PARTITION TYPE 17D
(6" NOMINAL CMU)

SEALANT AND BACKER ROD

NORMAN BRICK VENEER
ANCHORED TO CMU

1/8" SS-1 ON 3/4" FIRE
RESISTANT PLYWOOD FASTENED
WITH CONCEALED FASTENERS
BACK TO SUPPORT
CONTRACT #16

12" TYP. MODULE
12" TYP. MODULE
12"
12"
12"
6"
3/8"

EXTENT OF
METAL PANEL WALL
(IN CONTRACT #16)

7 5/8"
1'-3"
5 5/8"
6"
1'-2"
1/2"

5

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | 11 WEST 57TH STREET |
| OWNER | NEW YORK, NY 10019 |

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
...MITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| O. | REVISION | DATE | REF. DETAIL/SHEET NO. 12/A-606 | SKETCH NO. |
|---|---|---|---|---|
| 2. | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 | SCALE 1" = 1'-0" | 1108 |

DASNY_TRAVELERS1 099126



PARTITION TYPE 18A
(6" NOMINAL CMU)

SEALANT AND BACKER ROD

PARTITION TYPE 18
(8" NOMINAL CMU)

PARTITION TYPE 17D
(6" NOMINAL CMU)

ADJUSTABLE MASONRY TIES
@ 16" O.C. HORIZONTALLY
AND VERTICALLY

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  101A-606

SKETCH NO.  1609

SCALE  1" = 1'-0"



PARTITION TYPE 1B
(8" NOMINAL CMU)

SEALANT AND BACKER ROD

CORRUGATED TIES
(8" O.C. VERTICALLY)

PARTITION TYPE 34 (BRICK VENEER ON
METAL STUDS

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
Mi ORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
7/A-606

SKETCH NO.
1110

SCALE
1" = 1'-0"

DASNY_TRAVELERS1 099128