# EXHIBIT

# F

PART VIII

3'-6"

EQUAL    EQUAL

ROOF H.P.

E.3

SLOPE 1/4" PER FOOT

2" SQUARE PAINTED ALUMINUM RAILING
ANCHORED TO CONCRETE CURB.
PROVIDE SEALED ESCUTCHEON PLATE
AT FLASHING INTERFACE (CONT. #16)

PAINTED ALUMINUM PARAPET CAP

CONTINUOUS S.S. COUNTER FLASHING.
DOUBLE SEAL TO BACK OF PARAPET AND TO
FACE OF PAINTED ALUMINUM CURTAINWALL SYSTEM. (CONT. #16)

IRMA ROOFING SYSTEM. SEE
SIMILAR DETAIL 11/A-250.

6" CONCRETE CURB (CONT. #16)

LIGHT CONCRETE FILL (CONT. #16)

PAINTED ALUMINUM PANEL
CURTAINWALL ANCHOR

CONTINUOUS FIRE SAFING (CONT. #16)
@ JOINT

STRUCTURAL STEEL BEAM
WITH SPRAY-ON FIREPROOFING

APET
-0"

B.14 FL. ROOF
-8"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | DATE | 2/A-380 | ||||| |
| | | 5/29/98 | SCALE | |
| | | | 1"-1'-0" | |

PAINTED EXTRUDED ALUMINUM MULLION
PAINTED METAL FIN TUBE ENCLOSURE
LINE OF SILL BELOW
2 SIDED STRUCTURAL GLAZED
VISION GLASS. SEE ELEV. FOR TYPE

LAPPED GLAZING. SEE 5/A-371.
PAINTED ALUMINUM COLUMN COVER
BACK UP AS REQUIRED
CONCRETE COLUMN
ENCASEMENT BELOW
COLUMN LOCATION
AT TOP OF SLAB
EL: +106'-6"
COLUMN LOCATION
BOTTOM OF SOFFIT
EL: +114'-3"

A.2
A

SLOPED COLUMN LINE
PAINTED ALUMINUM RAILING
LINE OF PARAPET BELOW
FACE OF SOFFIT ABOVE

FACE OF BUILDING

SLOPED COLUMN LINE

GENERAL NOTE:
SEE SHEET A-370 FOR GENERAL NOTES
APPLICABLE TO THIS SHEET.

① PLAN DETAIL AT 6TH FLOOR NORTH WEST OUTSIDE CORNER
NOTE: DETAIL TAKEN PERPENDICULAR TO FACET

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010
                    OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-372

SKETCH NO.
1112

| NO. | REVISION | DATE |
|-----|----------|------|
| 1 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

SCALE

DASNY_TRAVELERS1 099130



**Baruch Academic Complex - Site B**

SS LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
ORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ). | REVISION | | DATE |
|---|---|---|---|
| | ADDENDUM #1 (CONTRACT #16) | | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    SKETCH NO.
11/A - 504

SCALE
1/4" = 1'-0"

1113

DASNY_TRAVELERS1 099131



⑩ POOL LOBBY B3-114 NORTH
1/4" = 1'-0"

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
10/A-507

SKETCH NO.
1114

SCALE
1/4" = 1'-0"



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF. DETAIL/SHEET NO.
7/A - 508

SKETCH NO.
1115

SCALE
1/8" = 1'-0"



GRIPSTAY ANCHORS AT
COLUMNS TYPICAL

BRICK VENEER ANCHORS
@ 16" O.C. HORIZONTALLY
AND VERTICALLY

PARTITION TYPE 34
(BRICK VENEER ON METAL
STUDS)

PARTITION TYPE 35
(BRICK VENEER ON METAL
STUDS)

NORMAN BRICK VENEER
ANCHORED TO STUDS

COL

COL

2'-4"

1'-2"

6"

12" TYP. MODULE    12"    12"    12" TYP. MODULE

12" TYP. MODULE    12"    12"    12"    12" TYP. MODULE

## Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
11 / 607

SCALE

SKETCH NO.
1114

DASNY_TRAVELERS1 099134



PTN TYPE 34 (BRICK VENEER ON METAL STUDS)

SEALANT AND BACKER ROD

STEEL HANGERS (CONT. #16) SEE DETAIL ON SHT. S-230

PARTITION TYPE 17D (6" NOMINAL CMU)

ADJUSTABLE MASONRY TIES @ 16" O.C. HORIZONTALLY AND VERTICALLY

NORMAN BRICK VENEER ANCHORED TO CMU

VERTICAL CONTROL JOINT

MASONRY OPENING BELOW

CONTRACT #15

12" TYP. MODULE

12" TYP. MODULE

12" TYP. MODULE

ruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

iMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

REVISION                                              DATE

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
4/A-606

SKETCH NO.
1117

SCALE

DASNY_TRAVELERS1 099135



| NO. | REVISION | DATE |
|---|---|---|

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

..TORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
6/A-606

SKETCH NO.
1118

SCALE
1" = 1'-0"

| NO. | | |
|---|---|---|
| 2 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

DASNY_TRAVELERS1 099136



CONTRACT #4 (TYP)    CONTRACT #15 (TYP)

6"

NORMEN BRICK VENEER
ANCHORED TO METAL STUDS (TYP.)

PARTITION TYPE 34 (BRICK
VENEER ON METAL STUDS)

BRICK VENEER ANCHORS
@ 16" O.C. VERTICALLY (TYP.)

CONCRETE CURB WITH REINFORCING
(CONT.#16) SEE STRUCT. DWGS.

1
A-637

T.O. CURB

5 3/4"

TERRAZZO BASE (CONT.#16)

T.O.S. B3 FL.
EL: -12'-6

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-610

SKETCH NO.
1119

SCALE
1" = 1'-0"

DASNY_TRAVELERS1 099137



BRICK VENEER ANCHORS
@ 16" O.C. HORIZONTALLY
AND VERTICALLY

SEALANT AND BACKER ROD

PARTITION TYPE 35 (BRICK
VENEER ON METAL STUDS)

SEALANT AND BACKER ROD
(CONTRACT #16)

INTERIOR CURTAIN WALL
(CONTRACT #16)

VARIES

BRICK TYPE H

BRICK TYPE H

12"   12" TYP. MODULE

6"   12"   12" TYP. MODULE

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE         NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

REF. DETAIL/SHEET NO.
5/607

SCALE

SKETCH NO.
1120

DASNY_TRAVELERS1 099138



NORMAN BRICK VENEER
ANCHORED TO METAL STUDS

BRICK VENEER ANCHORS
@ 16" O.C. HORIZONTALLY
AND VERTICALLY

PARTITION TYPE 35 (BRICK
VENEER ON METAL STUDS)

INTERIOR CURTAIN WALL
(CONTRACT #16)

SEALANT AND BACKER ROD
(CONTRACT #16)

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM ●1 (CONTRACT ●16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.   4/607

SKETCH NO.   1/21

SCALE   1" = 1'-0"

DASNY_TRAVELERS1 099139



12" TYP. MODULE
12"
12"
TYPE HC
12"
12" TYP. MODULE
12"
6"
TYPE H1

BRICK VENEER ANCHORS
@ 16" O.C. HORIZONTALLY
AND VERTICALLY

PARTITION TYPE 34
(BRICK VENEER ON METAL
STUD SYSTEM)

PARTITION TYPE 35 (BRICK
VENEER ON METAL STUDS)

SEALANT AND BACKER ROD
(CONTRACT #16)

INTERIOR CURTAIN WALL
(CONTRACT #16)

6 1/2"

CONTRACT #15

6

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
6/607

SCALE

SKETCH NO.
1122

DASNY_TRAVELERS1 099140



—NORTH

| | Baruch Academic Complex - Site B | | | ARCHITECT |
| --- | --- | --- | --- | --- |

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE      NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1502 2178
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
| --- | --- | --- |
| 1 | ADDENDUM •1 (CONTRACT •16) | 5/29/98 |

REF. DETAIL/SHEET NO.
27A-521

SCALE
1/4"=1'-0"

SKETCH NO.
1123

DASNY_TRAVELERS1 099141



PARTITION TYPE 20
(8" NOMINAL CMU)

PARTITION TYPE 26
(CONTRACT #15)

PARTITION TYPE 9H
(CONTRACT #15)

PARTITION TYPE 18
(8" NOMINAL CMU)

SEALANT AND BACKER ROD

GRIPSTAY ANCHORS AT
COLUMNS (TYP.)

12" TYP. MODULE

12" TYP. MODULE

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | 11 WEST 57TH STREET |
| OWNER | NEW YORK, NY 10019 |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. 1607 | SKETCH NO. 1124 |
|---|---|---|---|---|
| 1 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE 1 1/2" = 1'-0" | |

DASNY_TRAVELERS1 099142



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE            NEW YORK, NY 10010

OWNER
.TORY AUTHORITY OF THE STATE OF NEW YORK, DA♦ 6500 1802 2178
1 PENNSYLVANIA PLAZA            NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----|----------|------|-----------------------|------------|
| 2 | ADDENDUM ♦1 (CONTRACT ♦16) | 5/29/98 | 9/607  SCALE | 1125 |

DASNY_TRAVELERS1 099143