# EXHIBIT

G - Part 1



**ADDENDUM NO. 2**
June 8, 1998

**Kohn Pedersen Fox**
**Associates PC**
Architects & Planning
Consultants

111 West 57th Street
New York, NY 10019

Telephone 212 977-6500
Facsimile 212 956-2526

**BARUCH ACADEMIC COMPLEX - SITE B**
**CONTRACT #16 - GENERAL CONSTRUCTION #2**

DA # 6500 1802 2178

**TO ALL BIDDERS:**

This ADDENDUM is hereby included in and made part of the Contract whether or not attached thereto. All requirements of the original Specifications and Drawings shall remain in force except as noted by ADDENDUM Number 1 and this ADDENDUM Number 2.

**THE PURPOSE OF THIS ADDENDUM IS TO CHANGE THE FOLLOWING ITEMS:**

1.0    SECTION XVI - TECHNICAL SPECIFICATIONS

1.1    SECTION 02520 – CONCRETE SIDEWALKS

Paragraph 1.01.B – Revise items 4, 6 and 9 as follows:

4.    *Provide* new base course...
6.    *Provide and maintain* protective devices...
9.    *Provide* concrete base slabs-on-ground...

1.2    SECTION 03303 – CAST-IN-PLACE CONCRETE – Curbs, Pads and Topping

Paragraph 2.01.J – Delete

1.3    SECTION 03551 – CEMENTITIOUS FLOOR LEVELING

Paragraph 3.02.A – Revise as follows:

A.    The encountered concrete surface shall be cleared of all dust, dirt and debris and *roughed-up* in a manner recommended by the manufacturer.

1.4    SECTION 04224 – INTERIOR CONCRETE BLOCK CURBS (General Contractor #2)

General – change title of section to "*Interior Concrete Block – General Construction #2*"

Paragraph 1.01.B – Add item 4 as follows:

4.    *Interior concrete block walls as designated on drawings.*

DASNY_TRAVELERS1 098903



Paragraph 3.03.A – Revise heading only as follows:

A.      Interior Concrete Masonry Walls

Paragraph 3.03.A – Add items 7, 8, 9 and 10 as follows:

7.      *Anchors, ties and reinforcements shall be of acceptable design fabricated from hot dipped zinc coated ferrous metals conforming to ASTM A-153-B2 (1.5 oz/sq. ft.), unless otherwise noted use and ASTM A-641, Class 1 (.04 oz/sq. ft) mill galvanized for interior ties and reinforcing and ASTM A-525-G60 for interior anchors and ties.*

   a.      *Reinforcing steel bars shall conform to ASTM A-615, Grade 60 and deformed as per ASTM A-305.*

   b.      *Anchors where masonry units are anchored to structural steel members shall consist of channel type bent steel plate, 12 gauge, hot dip galvanized. "Gripstay Channels #360" with 1 – 1/4" wide, bent steel plate, 12 gauge, hot dip galvanized "Gripstay Anchors #365" manufactured by Hohmann and Barnard, or an acceptable equal.*

      (1)  *Coordinate installation of anchors with structural steel section.*

8.      *Control joint filler shall be a preformed solid section of neoprene conforming to ASTM D-200 with a durometer hardness of 80 manufactured by one of the following:*

   a.      *"Rapid Control Joint (regular)" – Dur-O-Wall Products Co.*

   b.      *"Titewall" – A.A. Wire Products Co.*

   c.      *"Quadri-Seal" – Hohmann & Barnard Inc.*

9.      *Compressible pads where masonry abuts concrete, at top of masonry walls and where indicated on the drawings shall be 3/8" thick extruded 100% virgin neoprene closed cell, or foam polyethylene closed cell. Pads shall not bond with sealant materials, manufactured by one of the following:*

   a.      *Hohmann and Barnard – No. NS*

   b.      *AA Wire Products No. 3410*

   c.      *National Wire – No. 26015*

   d.      *Emseal*

10.     *Compressible pads under loose lintels shall be virgin closed cell neoprene 80 Shore A durometer and 3/8" thick.*

DASNY_TRAVELERS1 098904



1.5     SECTION 04420 – EXTERIOR STONEWORK

Paragraph 1.03.A – Delete item 3

Paragraph 1.03.A – Revise items 1 and 2 as follows:

1.     The stonework specified herein and indicated on the drawings shall be performed by a firm who can furnish supporting evidence of installation experience to perform this work, who has regularly been engaged in stone installation on a full-time basis for a period of not less than ten (10) years, **and can demonstrate that it is capable of designing a support system of the type specified.**

    a.     In addition, the installer shall have at the job site, on a full-time basis, a competent, experienced foreman, who shall be a representative of the installer.

2.     Qualifications of the **subcontractor responsible for this work** will be subject to the review of the Architect **and Owner.**

Paragraph 1.03.B – Add the following sentence to the end of item 4:

    **... The stone thicknesses given in the drawings are the minimum requirements.**

Paragraph 2.02.C – Delete item 1.

Paragraph 3.05.A – Add items D and E as follows:

    **D.     Supplier for Jet Mist and Buxy Rubane Cheval Select**

        **1.     Domestic Marble and Stone Corporation**

    **E.     Source for Jet Mist – Cold Spring**

1.6     SECTION 04450 – INTERIOR STONEWORK

Paragraph 1.03.A – Delete item 3.

1.7     SECTION 05505 – MISCELLANEOUS METAL

Paragraph 1.03.D – Add item 3 as follows:

    **3.     Member sizes and details shown on the drawings are the minimum project requirements. Submit details and calculations signed and sealed by a New York State licensed professional engineer. The contractor is responsible for providing any increased member sizes of framing which may be determined as a result of these calculations. The contractor shall notify the Architect through the Construction Manager of any proposed modifications.**

Paragraph 1.03.G – Delete

1.8     SECTION 05700 – ORNAMENTAL METAL

Paragraph 1.03.E – Delete items 1 and 3.



Paragraph 1.03.E – Revise item 2 as follows:

1.  This trade Subcontractor accepts the responsibility for the engineering and design of the components and materials as well as fabrication, installation, and performance of the fabrications, installation and that the Architect shall have final acceptance of all matters. *Details and calculations shall be submitted for all support of ornamental metalwork and shall be signed and sealed by a professional engineer licensed in the State of New York. In the event that the subcontractor determines through engineering calculations that the framing shown on the architectural drawings is not sufficient, this subcontractor is responsible for providing any additional framing. Any proposed modifications must be submitted to the Architect through the Construction Manager for review.*

1.9    SECTION 06100 – ROUGH CARPENTRY

Paragraph 3.02.C - Delete

1.10   SECTION 06200 – FINISH CARPENTRY

Paragraph 1.01.B – Revise item 13 as follows:

13.   Wood tray for sliding visual *boards.*

1.11   SECTION 07271 – FIRESTOPPING (General Construction #2)

Paragraph 1.01.B.1 – Add items d and e as follows:

d.   *Firestopping at top of all fire rated masonry walls and between slab edges and masonry walls, provided by this and other contracts.*

e.   *All penetrations through time rated construction caused as a result of General Construction #2 work.*

1.12   SECTION 09550 – WOOD FLOORING

Paragraph 3.05 – Revise heading as follows:

SCHEDULE OF WOOD FLOORING

No.              Location              Brief Description of Substrate *and Finish*

1.13   SECTION 09420 – EXPOXY TERRAZZO

Paragraph 1.01.B – Add items 7, 8 and 9 as follows:

7.   *Treatment of control joints at all column lines where epoxy terrazzo is to be placed.*

8.   *Provide allowance for 10,000 LF for repairing random cracks in concrete.*

DASNY_TRAVELERS1 098906

**KPF**

9. *Provide allowance for 20,000 SF for flash patching, utilizing a silica graded sand with epoxy in a 1/4" thickness.*

Paragraph 3.02.E – Revise item 1 as follows:

1. *All cracks and control joints* shall be routed and filled with the membrane and ...

Paragraph 1.03.A – Add item 1.C as follows:

C. *Installer shall be authorized by the epoxy terrazzo manufacturer.*

1.14  SECTION 10800 – METAL TOILET ACCESSORIES

Paragraph 3.05.C – Add item 22 as follows:

22. *Towel Pin (Satin finish)*      *Bobrick B – 6777*

1.15  SECTION 08400 – MAIL SLOT DOORS AND FRAMES

Paragraph 1.01.B – Revise item 5 as follows:

5.   Locations
   -   Mail drops *(See drawings A-141 through A-158, finish and fixture plans).*

1.16  SECTION 12525 – MOTORIZED ROLL-UP SHADES

Paragraph 3.05 – Revise information related to 8th Floor as follows:

8th Floor: *8-210*

1.17  SECTION 07193 – SELF ADHESIVE MEMBRANE

General – Revise title and section as follows:

<u>SELF ADHESIVE MEMBRANE</u>
(For Stonework *and Canopies*)

Paragraph 1.01.B – Add the following item 1b

b. *Exterior canopies as noted on drawings.*

Paragraph 1.02 – Add the following item D

D. *Section 08920: Glazed Aluminum Curtainwall*

2.0  SECTION XIV – SCOPE OF WORK

2.1  SECTION 2.A (Work included)

Revise the following items:

6. *All* concrete curbs.

DASNY_TRAVELERS1 098907



35.     Interior painted aluminum panel wall *systems at atria, lobbies, and as designated on drawings.*

90.     *Concrete masonry work; including but not limited to block, re-inforcing, mortar, control joints, head restraints and compressible filler; at ground floor Public Stair #1 and as designated on drawings.*

2.2     SECTION 2.A (Work included)

Add the following items:

107.    *Self adhesive membrane waterproofing at north ground floor canopy.*

108.    *Painted metal fan coil enclosures at ground floor north lobby.*

109.    *Provide allowance for 10,000 LF for repairing random cracks in concrete in areas where epoxy terrazzo is to be placed.*

110.    *Provide allowance for 20,000 SF for flash patching of areas where epoxy terrazzo is to be placed, utilizing a silica graded sand with epoxy in 1/4" thickness.*

3.0     POOL SURVEY

3.1     Please find enclosed survey at the swimming pool area as dated 3/25/98, included for information.

4.0     DRAWINGS

4.1     The following drawings are to be omitted and substituted with revised drawings attached herewith.  Graphic symbols for tackboards and glass cabinets have been added to A-146 and A-147.

A-146
A-147
S-104B

4.2     The following sketches are to be added as attached herewith:

SK-1285 through SK-1537

4.3     The following general notes shall be made part of drawings A-121 through A-137:

**_GENERAL NOTE_:**

A.      *ALL WORK ON THIS SHEET IS IN CONTRACT #15 UNLESS OTHERWISE NOTED.*
B.      *PROJECTION SCREENS (MOTORIZED AND MANUAL) AND ROLL-UP SHADES (MOTORIZED AND MANUAL) ARE BY CONTRACT #16.*
C.      *RECESSED GYPSUM BOARD POCKETS FOR PROJECTION SCREENS ARE BY CONTRACT #15.*
D.      *BLIND POCKETS FOR WINDOW SHADES ARE BY CONTRACT #15.*

DASNY_TRAVELERS1 098908



If you have any questions, please contact John McCullough of TDX Construction Corporation at (212) 679-0031.

**END OF ADDENDUM NO. 2**

DASNY_TRAVELERS1 098909



1 SECTION DETAIL NORTH PLAZA AT EAST STEPS
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE NEW YORK, NY 1010 | | |
| OWNER: DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 9802 2178 1 PENNSYLVANIA PLAZA NEW YORK, NY 10119 | | |
| ARCHITECT: KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | | |
| REF. DETAIL/SKETCH NO. 1A-055 | SCALE 3/4" = 1'-0" | SKETCH NO. 1285 |
| NO. | REVISION | DATE |
| | ADDENDUM #2 (CONTRACT #6) | 6/5/98 |

DASNY_TRAVELERS1 099294





DASNY_TRAVELERS1 099296





**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A - 002

SCALE
N.T.S

SKETCH NO.
1209

DASNY_TRAVELERS1 099298



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE            NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA            NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHTECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-002

SKETCH NO.
1290

SCALE
N.T.S



(2) SECTION DETAIL NORTH PLAZA PLATFORM
1 1/2" = 1'-0"

NOTE!
FOR SIMILAR CURB REINF.,
SEE SECTION 3

| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| TORY AUTHORITY OF THE STATE OF NEW YORK, DA☀ 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 101'9 | | REF. DETAIL/SHEET NO. |
| O. | REVISION | DATE | 2 | A-053 |
| | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE  3/4" = 1'-0" | SKETCH NO. 1291 |



③ SECTION DETAIL AT N. EAST PLAZA PLANTER
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| ITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF DETAIL/SHEET NO. |
| O.   REVISION                              DATE | 3/A-053 |
| ADDENDUM #2 (CONTRACT #16)          6/5/98 | SCALE   3/4" = 1'-0" |

SKETCH NO.
1292

DASNY_TRAVELERS1 099301



SECTION DETAIL N. PLAZA EAST PLANTER

NOTES:
1. SEE DETAIL 7 THIS SHEET FOR APPLICABLE NOTES AND DIMENSIONS
2. NO SPRAY ON INSULATION AT GYMNASIUM B2-100.

| Baruch Academic Complex - Site B | |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT |
| OWNER | KPF ASSOCIATES |
| ITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | 11 WEST 57TH STREET |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | NEW YORK, NY 10019 |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | 5\A-053 | 1293 |
| | | | SCALE 3/4"=1'-0" | |

DASNY_TRAVELERS1 099302



S.S. STONE SUPPORT

◆ T.O. PLANTER
EL. +32'-9"

3" THICK GRANITE ST-3
2" THICK GRANITE ST-3

◆ T.O. SEATING
EL. +32'-0"

◆ T.O. SIDEWALK
EL. VARIES

S.S. FLASHING

◆ T.O. PLAZA
EL. VARIES

RIGID INSULATION FILL

◆ T.O. FOUNDATION
EL. +29'-7"

PROP. LINE

VARIES
SEE PLAN

SLOPE →

NOTE: SEE DETAIL 7 THIS SHEET
FOR APPLICABLE NOTES AND
DIMENSIONS

⑥ SECTION DETAIL AT N. PLAZA EAST PLANTER
1 1/2" = 1'-0"



NOTE:

FOR SIMILAR CURB REINF. SEE SECTION 3

⚠

| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| STORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO.    SKETCH NO. |

| NO. | REVISION | DATE | A/A-053 | 1294 |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE 3/4" = 1'-0" | |

DASNY_TRAVELERS1 099303



① SECTION DETAIL NORTH PLAZA AT EAST STEPS
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE | OWNER | NEW YORK, NY 10010 |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | |
| 1 PENNSYLVANIA PLAZA | | NEW YORK, NY 10119 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DWG/SHEET NO.
11A-055

SCALE
3/4" = 1'-0"

SKETCH NO.
1285

| NO. | REVISION | DATE |
|---|---|---|
| 1 | ADDENDUM #2 (CONTRACT #5) | 6/5/98 |





DASNY_TRAVELERS1 099296



DASNY_TRAVELERS1 099297



(SS-2) STAINLESS STEEL — BRUSHED DIRECTIONAL #4 FINISH

(SS-3) PROFILED STAINLESS STEEL SEE 2/A-430 FOR PROFILE /3\

SS-4 STAINLESS STEEL — WIRE MESH

SS-5 PERFORATED STAINLESS STEEL — BRUSHED #4 FINISH

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A-002

SCALE
N.T.S

SKETCH NO.
1289

DASNY_TRAVELERS1 099298



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A - 002

SKETCH NO.
1290

SCALE
N.T.S

DASNY_TRAVELERS1 099299



(2) SECTION DETAIL NORTH PLAZA PLATFORM
1 1/2" = 1'-0"

NOTE!
FOR SIMILAR CURB REINF.,
SEE SECTION 3

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| TORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | |

| O. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | | DATE | 2 A-053 | |
| | ADDENDUM #2 (CONTRACT #18) | 6/5/98 | SCALE 3/4" = 1'-0" | 1291 |

DASNY_TRAVELERS1 099300



(3) SECTION DETAIL AT N. EAST PLAZA PLANTER
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| ITORY AUTHORITY OF THE STATE OF NEW YORK, DA＊ 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF DETAIL/SHEET NO. |

| O. | REVISION | DATE | 3/A-053 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM ＊2 (CONTRACT ＊16) | 6/5/98 | SCALE 3/4" = 1'-0" | 1292 |

DASNY_TRAVELERS1 099301



(5) SECTION DETAIL N. PLAZA EAST PLANTER
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| ITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF DETAIL/SHEET NO. |

| NO. | REVISION | DATE | REF DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 | 5\A-053 | 1293 |
| | | | SCALE  ?4"=1'-0" | |

DASNY_TRAVELERS1 099302



S.S. STONE SUPPORT

◆ T.O. PLANTER
EL. +32'-9"

3" THICK GRANITE ST-3
2" THICK GRANITE ST-3

◆ T.O. SEATING
EL. +32'-0"

◆ T.O. SIDEWALK
EL. VARIES

S.S. FLASHING

◆ T.O. PLAZA
EL. VARIES

RIGID INSULATION FILL

◆ T.O. FOUNDATION
EL. +29'-7"

PROP. LINE

VARIES
SEE PLAN

SLOPE

NOTE: SEE DETAIL 7 THIS SHEET
FOR APPLICABLE NOTES AND
DIMENSIONS

⑥ SECTION DETAIL AT N. PLAZA EAST PLANTER
1 1/2" = 1'-0"



NOTE:

FOR SIMILAR CURB REINF. SEE SECTION 3

⚠

| Baruch Academic Complex - Site B | ARCHITECT |  |
|---|---|---|
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| !TORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | 6\A-053 | |
| NO. | REVISION | DATE | SCALE | 1294 |
| ADDENDUM #2 (CONTRACT #16) | 6/5/98 | 3/4"=1'-0" | |

DASNY_TRAVELERS1 099303