# EXHIBIT

# G – Part II



LIGHT FIXTURE BEYOND, SEE DWG.
1/A-058. (IN CONT. 11)
3" THICK GRANITE ST-1
2" THICK GRANITE ST-1
S.S. STONE SUPPORT

◆ T.O. PLANTER
EL. +32'-3"

2" THICK GRANITE ST-3
3" THICK GRANITE ST-3

◆ T.O. SEATING
EL. VARIES

S.S. FLASHING

◆ T.O. FOUNDATION
EL. +30'-0"
◆ T.O. SIDEWALK
EL. VARIES

VARIES
SEE PLAN

VARIES
SEE PLAN

SLOPE

SLOPE

PROP. LINE

#4 @ 12" EW

#4 @ 12" DWLS

#4 @ 12" EW

3"

4"

2'-0"

NOTE: SEE DETAIL 7 THIS SHEET
FOR APPLICABLE NOTES AND
DIMENSIONS

8  SECTION DETAIL N. PLAZA WEST PLANTER
1 1/2" = 1'-0"

| | | |
|---|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT | |
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| ...TORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO.        REVISION                    DATE | 8\A-053 | |
| ADDENDUM #2 (CONTRACT #16)        6/5/98 | SCALE  3/4" = 1'-0" | 1295 |

DASNY_TRAVELERS1 099304



GRANITE STEP BEYOND
2" THICK GRANITE ST-1
3" THICK GRANITE ST-1

S.S. STONE SUPPORT
T.O. PLANTER
EL. +32'-3"

W W M

#4 @ 12"
EW

RECESSED LIGHT FIXTURE
SEE DETAIL 1/A-056.
(IN CONTRACT #11)

DOWEL SET SOLID GRANITE
STEPS, ST-5
RIGID INSULATION FILL
CONCRETE CURB
LIGHTWEIGHT CONCRETE FILL
COMPRESSIBLE FILLER

4"

CONTINUOUS FLUID APPLIED
WATERPROOFING & PROTECTION
BOARD. FLASH AT ALL INSIDE
& OUTSIDE CORNERS.

T.O. SLAB
EL. VARIES
STRUCTURAL SLAB
(IN CONTRACT #9)

3 1/2" SPRAY ON INSULATION,
RUN FROM FACE OF CMU
AT FOUNDATION WALL TO 2'
PAST EXTERIOR FACE OF
EXTERIOR WALL ABOVE.

F.O. CMU WALL 2' PAST EXTERIOR F.O.
EXTERIOR WALL ABOVE.

**SECTION DETAIL AT**
**STEP / PLANTER INTERFACE**
② 1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| ...TORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | 2\A-054 | SKETCH NO. |
|---|---|---|---|---|
| | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE 3/4" = 1'-0" | **1296** |

DASNY_TRAVELERS1 099305



3" THICK GRANITE ST-1

◆ T.O. PLANTER
EL. +34'-4"

S.S STONE SUPPORT
2" THICK GRANITE ST-1
◆ T.O. PLANTER
EL. +33'-2"

3" THICK GRANITE ST-3
2" THICK GRANITE ST-3
FACE OF PLANTER IN
FORGROUND SHOWN DASHED
CONTINUOUS FLUID APPLIED
WATERPROOFING & PROTECTION
BOARD, FLASH AT ALL INSIDE
& OUTSIDE CORNERS.
S.S RAILING AND SUPPORT
SEE DETAIL 7/A-055.

BACKER ROD AND SEALANT

STRUCTURAL SLAB
(IN CONTRACT #9)
3 1/2" SPAY ON INSULATION.
RECESSED LIGHT FIXTURE
SEE DETAIL 1/A-056.
(IN CONTRACT #11)
2" THICK GRANITE PAVERS. ST-5

STRUCTURAL SLAB
(IN CONTRACT #9)

NOTE: SEE DETAIL 7/A-053
FOR APPLICABLE PLANTER
NOTES AND DIMENSIONS

③ SECTION DETAIL AT
S.W. PLAZA PLANTER
1 1/2" = 1'-0"

1'-0 3/4"   10 1/2"   11 3/4"



See Section 4/S-219   ⚠1

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT KPF ASSOCIATES | |
| OWNER TORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | 11 WEST 57TH STREET NEW YORK, NY 10019 | |
| NO.    REVISION    DATE | REF. DETAIL/SHEET NO. 3\A-054 | SKETCH NO. |
| ADDENDUM #2 (CONTRACT #16)    6/5/98 | SCALE 3/4" = 1'-0" | 1297 |

DASNY_TRAVELERS1 099306



4  SECTION DETAIL AT S.W. PLAZA SEAT
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
| --- | --- |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| ITORY AUTHORITY OF THE STATE OF NEW YORK, DA◆ 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
| --- | --- | --- | --- | --- |
| | | | 4\A-094 | |
| | ADDENDUM ◆2 (CONTRACT ◆16) | 6/5/98 | SCALE  3/4" = 1'-0" | 1298 |

DASNY_TRAVELERS1 099307



⑤ SECTION DETAIL N. PLAZA SEATING
1 1/2" = 1'-0"

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
...TORY AUTHORITY OF THE STATE OF NEW YORK, DA* 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| NO. | REVISION | DATE |
|---|---|---|
|  | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
5/A-054

SCALE
1 1/2" = 1'-0"

SKETCH NO.
1241

DASNY_TRAVELERS1 099308



PLAZA PAVING SYSTEM,
SEE DETAIL 2/A-055.

3 1/2" SPRAY ON INSULATION
COMPRESSIBLE FILLER

CONTINUOUS FLUID APPLIED
WATERPROOFING & PROTECTION
BOARD. FLASH AT ALL INSIDE
& OUTSIDE CORNERS.

STRUCTURAL SLAB
(IN CONTRACT #2)

STRUCTURAL STEEL, SEE
STRUCTURAL DRAWINGS
(IN CONTRACT #2)

FOUNDATION WALL
(IN CONTRACT #1)

INTERIOR MASONRY PARTITION,
SEE PLANS FOR PARTITION TYPE
(IN CONTRACT #4)

#4 @12" (TYP)

#3 NOSING
BAR (TYP)

DRAWINGS (IN CONTRACT #11)

POURED CONCRETE STEPS
T.O. STEP
EL. +30'-10 1/2"

DOWEL SET SOLID GRANITE
STEPS, ST-5

2" THICK GRANITE PAVERS, ST-5

TRENCH DRAIN, SEE DETAIL 4/A-055

COMPRESSIBLE FILL BACKER ROD
AND SEALANT

POURED CONCRETE SIDEWALK

B.O. STAIR — LOW POINT
EL. +28'-5 5/16"

6'-6"

4" x 10" GALVANIZED
ANCHOR BOLT
ANCHORED INTO
FOUNDATION

#4 @12"
DWLS

1

△

7  SECTION DETAIL SW. STAIR
   1 1/2" = 1'-0"

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE                    NEW YORK, NY 10010

OWNER
ITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|---|---|---|
| | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
7/A-054

SCALE
3/4" = 1'-0"

SKETCH NO.
1300

DASNY_TRAVELERS1 099309



(8) **DETAIL AT FLAGPOLE FOOTING**
1 1/2" = 1'-0"

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | ARCHITECT | |
| | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| ITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | | |
| NO.     REVISION     DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | 8\A-055 | |
| ADDENDUM #2 (CONTRACT #16)     6/5/98 | SCALE | 1301 |
| | 3(4"=1'-0" | |

DASNY_TRAVELERS1 099310



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-102

SCALE
NTS

SKETCH NO.
1302



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-103

SCALE
NTS

SKETCH NO.
1303

DASNY_TRAVELERS1 099312



LU-1A GRND. MTD.
STREET LT. (TYP.)
(CONT. #11)

T.O.S.
EL.+31'-0"

SEE DETAIL 7 ON A-652
FOR MOUNTING INFO

2
A-641

25TH ST. LOB.
1-100

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
.MITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-104

SKETCH NO.
1304

SCALE
1/8"= 1'-0"

DASNY_TRAVELERS1 099313



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-104

SKETCH NO.
SK-1306

SCALE 1/8"=1'-0"



# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----|-----|
| A-110 | SK-1301 |
| SCALE 1/8"=1'0" | |

DASNY_TRAVELERS1 099315

③                    ④                    ⑤

30'-0"                          30'-0"

1'-6"

2'-0" x 2'-0"
PRECAST
PAVERS (TYP.)
'-0"    IRMA ROOFING                                      1'-0"
SYSTEM                                                          9'-
CONTRACT #16   △5 △6         WINDOW WASHING DAVIT
                                            PEDESTAL. SEE STRUCTURAL
                                            DRAWINGS.                    2
◇TOP OF ROOF (HP)            (CONTRACT #2) △5 △6    A-372
EL +107'-7"                                3'-7"   STONE COPING
7'-6"    ◇TOP OF ROOF (LP)              7'-6"   TYPE P
TYPE N1   EL +107'-3"            TYPE N1  PAINTED ALUM. RAILING.
                                            (CONTRACT #16)              A.2

---

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| AITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 6 | ADDENDUM #2 (CONTRACT #16) | DATE  6/5/98 | A·110 | SK·1308 |
| | | | SCALE | |



| | | |
|---|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT | |
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | DATE | A-110 | |
| 6 | ADDENDUM #2 (CONTRACT #16)     6/5/98 | SCALE  1/8"=1'-0" | SK-1309 |

DASNY_TRAVELERS1 099317



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE
NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 6 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | A-110 | SK-1310 |
| | | | SCALE 1/8" = 1'.0" | |

DASNY_TRAVELERS1 099318



4" HIGH
CONC. PAD
(CONT. #16)

4" HIGH
CONC. CURB
(CONT. #16)

| Baruch Academic Complex - Site B | | | |
|---|---|---|---|
| 55 LEXINGTON AVENUE   NEW YORK, NY 10010 | | ARCHITECT KPF ASSOCIATES | |
| OWNER | | 11 WEST 57TH STREET | |
| RMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA   NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO.   A-111 | SKETCH NO. |
| NO. | REVISION | DATE | SCALE  ⅛"=1'-0" |
| 6 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SK-1311 |

DASNY_TRAVELERS1 099319



4" HIGH
CONC. CURB
(CONT. #16)

STAIR IN
CONT. #16

11
A-463

PUBLIC STAIR
#6

1'-2 1/2"
1'-8"

M.E.R.
7-ME1

4" HIGH
CONC. PAD
(CONT. #16)

13'-0"

8"
1'-8"

A.1

PROCE
7-12

26A

10

B

DN     UP

7-ME1

5
1
A-723

11

E

1'-2 1/2"

12

7-EL1

12

7-ME1

5   6

9'-6"

5

7-TE1

TEL.
7-TE1

2'-0"   1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    SKETCH NO.
A-111                    SK-1312

SCALE  1/8" = 1'-0"

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

| NO. | REVISION | | DATE |
|-----|----------|---|------|
| 5 | ADDENDUM #2 (CONTRACT #16) | | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A- 115

SCALE

SKETCH NO.
SK-1313



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE       NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 5500 1802 2178
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 6 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-116

SKETCH NO.
SK-1314

SCALE



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A-120

SKETCH NO.
SK-1315

SCALE 1/8" = 1'-0"

DASNY_TRAVELERS1 099323



7.  ALL FIXTURES ARE LOCATED BY CENTERLINES UNLESS OTHERWISE INDICATED

8.  FIELD CUT C-2 CEILING PANELS TYPE 'C', 'D', AND 'F' AS NEEDED AT ENDS OF CORRIDORS

⚠3  9.  CUT C-1 TILES SHALL BE NOT BE LESS THAN 3" WIDE. CUT FROM 2' x 4' TILES ALONG PERIMITERS WHERE A CUT 2' x 2' TILE WOULD BE LESS THAN 3" WIDE.

10.  LIGHT FIXTURES (L.U.) ARE IN CONTRACT #11 AND ARE SHOWN ON THESE PLANS FOR COORDINATION WITH CONTRACTS #15 AND #16.

11.  ALL CEILING WORK ON THIS SHEET IN CONTRACT #15 UNLESS OTHERWISE NOTED

THE FOLLOWING NOTES APPLY TO A-121 THRU A-135

1. RECESS GWB POCKETS AT PROJECTION SCREEN IN CONTRACT #15

2. PROJECTION SCREENS, MANUAL AND MOTORIZED, IN CONTRACT #16

⚠3 ⚠4  3. RECESS GWB BLIND POCKETS IN CONTRACT #15

4. ROLL-UP SHADES, MANUAL AND MOTORIZED, IN CONTRACT #16

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA. 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KFF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | A - 121 | SK·1316 |
| | | | SCALE | |

DASNY_TRAVELERS1 099324



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-142 | SKETCH NO. |
|-----|----------|------|------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE NTS | SK-1317 |

DASNY_TRAVELERS1 099325



| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-144 | SKETCH NO. 1143 |
|---|---|---|---|---|
| 2 | ADDENDUM #1 (CONTRACT #16) | .5/29/98 | SCALE: | |

REVISED: 6/5/98

DASNY_TRAVELERS1 099326



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE         NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A-144

SCALE
NTS

SKETCH NO.
SK-13/8



| | | |
|---|---|---|
| Baruch Academic Complex - Site B | ARCHITECT | |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | A1-147 | |
| NO.    REVISION    DATE | SCALE | SK-D19 |
| 2    ADDENDUM •2 (CONTRACT •16)    6/5/98 | NTS | |

DASNY_TRAVELERS1 099328





# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-148 | SKETCH NO. SK-1321 |
|---|---|---|---|---|
| 2 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099330



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | | DATE |
|---|---|---|---|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | | 6/5/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO |
|---|---|
| A - 148 | |
| SCALE | SK·1322 |
| '1/16" = 1'-0" | |

DASNY_TRAVELERS1 099331



42" WALL OF PT-5

W/ SS-2 CAP

& TZ-1 BASE

1  2

TZ-1

STUDY LINGE
5-101
36

TZ-1

9"
TYP.

CA-1

DIRECTLY
S. STAIR

14
A-637

5'-0"

2'-0" TYP.

A.1

B

TZ-3

DN

ALIGN DIVIDER
STRIP WITH
MULLION

5'-0"
TYP.

| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| RMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 :802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | | SKETCH NO. |
|---|---|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | A·148 | SK. 1323 |
| | | | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099332





| Baruch Academic Complex - Site B | ARCHITECT |  |
|---|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | | |
| | REF. DETAIL/SHEET NO. A-149 | SKETCH NO. |
| NO.        REVISION                              DATE | | SK-1324 |
| 2        ADDENDUM #2 (CONTRACT #16)        6/5/98 | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099333



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 2 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 | A -149 | SK - 1325 |
| | | | SCALE 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099334



| Baruch Academic Complex - Site B | | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. |

| NO. | REVISION | | DATE | REF. DETAIL/SHEET NO.  A - 149 | SKETCH NO. |
|---|---|---|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | | 6/5/98 | SCALE  1/8" = 1'-0" | SK- 1326 |

DASNY_TRAVELERS1 099335



**Baruch Academic Complex -. Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
|     | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-150

SKETCH NO.
SK·1327

SCALE
1/8" = 1'-0"



| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT |
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | |

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | | DATE | A-151 | SK-1328 |
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE   NTS | |

DASNY_TRAVELERS1 099337



# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-151

SKETCH NO.
SK-1329

SCALE
1/8"=1'-0"

DASNY_TRAVELERS1 099338



| Baruch Academic Complex - Site B | | | ARCHITECT |||
| 55 LEXINGTON AVENUE                      NEW YORK, NY 10010 | | | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 |||
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 1 PENNSYLVANIA PLAZA                          NEW YORK, NY 10119 | | | | | |
| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A-151 | | SKETCH NO. |
| 2 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 | SCALE '/8" = 1'-0" | | SK·1330 |

DASNY_TRAVELERS1 099339



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 278
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A - 152

SKETCH NO.
SK-1331

SCALE
1/8" = 1'-0"

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

DASNY_TRAVELERS1 099340



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2478
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A - 153

SKETCH NO.
SK - 1332

SCALE
1/8" = 1'-0"



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2478
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-153

SKETCH NO.
SK-1333

SCALE
1/8" = 1'-0"



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A/154

SKETCH NO.
SK·1334

SCALE
N.T.S

DASNY_TRAVELERS1 099343



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE                    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. A/A-154 | SKETCH NO. |
|-----|----------|------|-------------------------------|------------|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 | SCALE N.T.S | SK·1335 |

DASNY_TRAVELERS1 099344



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.     SKETCH NO.
A-15H
SCALE     SK-1336
1/8" = 1'-0"

DASNY_TRAVELERS1 099345



## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 65CO 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A - 154

SKETCH NO.
SK·1337

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099346





| **Baruch Academic Complex - Site B** | | | ARCHITECT | SKETCH NO. |
|---|---|---|---|---|
| 55 LEXINGTON AVENUE         NEW YORK, NY 10010 | | | KPF ASSOCIATES<br>11 WEST 57TH STREET<br>NEW YORK, NY 10019 | |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178<br>1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119 | | | REF. DETAIL/SHEET NO.<br>A-15.5 | |
| NO. | REVISION | DATE | SCALE | SK-1338 |
| 3 | ADDENDUM ●2 (CONTRACT ●16)    6/5/98 | | 1/8" = 1'-0" | |

DASNY_TRAVELERS1 099347



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A - 156

SKETCH NO.
SK-1339

SCALE
1/8" = 1'-0"

DASNY_TRAVELERS1 099348



PTD. PROFILED METAL PANEL (CONTR. 15 TYP.) 2 1
SEE 300 SERIES DWG.S

FLUID APPLIED
RUBBERIZED ASPHALT
ROOFING MEMBRANE
SHOWN DOTTED

(CONTR. 15) 2 1

PTD. ALUMINUM
PARAPET CAP
PTD. ALUMINUM PANEL
SEAL PENETRATION AROUN
RAILING ANCHORAGE
S.S. COUNTER FLASHING
FLASHING SHOWN SOLID
PAVER PEDESTAL
2'X2'X2" CONCRETE
PAVER BALLAST
FILTER FABRIC SHEET
SHOWN DOTTED
4" RIGID INSULATION
PROTECTION BOARD
FLUID APPLIED
RUBBERIZED ASPHALT
ROOFING MEMBRANE
SHOWN DOTTED
T.O. SLAB
EL.VARIES
T.O. STEEL
EL.VARIES
STRUCT. CONCR. SLAB
METAL DECK

5'4"

11 PARAPET AT STRAIGHTWALL
SCALE: 3" = 1'-0"

2 1

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
MITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----|----------|------|------------------------|------------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | 11/A-250 SCALE NTS | SK-1340 |

DASNY_TRAVELERS1 099349



SEE 300 SERIES DWG.S
FOR WALL CONSTRUCTION
CONTINUOUS 24 GA. GALVANIZED
AIR BARIER. CONTINUE OVER CURB.
PROVIDE 4" MINIMUM DOWNTURN
AND DOUBLESEAL TO BACK OF CURB (CONTR. #15)

PTD. ALUMINUM
PARAPET CAP
(CONTR. 151)
PTD. ALUMINUM PANEL
(CONTR. 151)
S.S. COUNTER FLASHING
(CONTR. 151)
SEAL PENETRATION AROU
RAILING ANCHORAGE
FLASHING SHOWN SOLID
PAVER PEDESTAL
2'X2'X2" CONCRETE
PAVER BALLAST
FILTER FABRIC SHEET
SHOWN DOTTED
4" RIGID INSULATION
PROTECTION BOARD
FLUID APPLIED
RUBBERIZED ASPHALT
ROOFING MEMBRANE
SHOWN DOTTED
LIGHT CONCRETE FILL
WHERE APP. SLOPE TO
DRAIN 1/4" /FT MIN.
1/2" PREMOLDED
FILLER
T.O. SLAB
EL.VARIES
T.O. STEEL
EL.VARIES
STRUCT. CONCR. SLAB
(CONTR. 9 TYP.)
METAL DECK
(CONTR. 2 TYP.)

(12) STARTER AT SLOPED WALL
SCALE: 3" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
...MITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.   SKETCH NO.
12/A-250    SK-1341
SCALE   NTS

NO.  REVISION   DATE
2    ADDENDUM #2 (CONTRACT #16)   6/5/98

DASNY_TRAVELERS1 099350