# EXHIBIT

# G – Part III



PTD. ALUMINUM SILL
(CONTR. 15) 2 1

BACKER ROD & SEALANT

FLUID APPLIED
RUBBERIZED ASPHALT
ROOFING MEMBRANE
SHOWN DOTTED

S.S. COUNTER FLASHING
(CONTR. 15) 2 1
FLASHING SHOWN SOLID

PAVER PEDESTAL

2'X2'X2" CONCRETE
PAVER BALLAST

FILTER FABRIC SHEET
SHOWN DOTTED

4" RIGID INSULATION

PROTECTION BOARD

FLUID APPLIED
RUBBERIZED ASPHALT
ROOFING MEMBRANE
SHOWN DOTTED

LIGHT CONCRETE FILL
WHERE APP. SLOPE TO
DRAIN 1/4" /FT MIN.

1/2" PREMOLDED
FILLER

T.O. SLAB
EL. VARIES

T.O. STEEL
EL. VARIES

STRUCT. CONCR. SLAB
(CONTR. 9) 2 1

METAL DECK
(CONTR. 2) 2 1

(13) STARTER AT CURTAINWALL
SCALE: 3" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 65CC 1802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----|----------|------|------------------------|------------|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 | 13/A·250 | SK·1342 |
| | | | SCALE NTS | |

DASNY_TRAVELERS1 099351



SECTION THRU NORTH MASONRY WALL
@ BOOKSTORE ENTRY
1/4" = 1'-0"

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | ARCHITECT | |
| OWNER | KPF ASSOCIATES | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 •802 2178 | 11 WEST 57TH STREET | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | NEW YORK, NY 10019 | |
| NO. | REF. DETAIL/SHEET NO. | SKETCH NO. |
| REVISION | DATE | 1, A-323 |
| 4  ADDENDUM #2 (CONTRACT #16)    6/5/98 | SCALE 1/8"=1'-0" | SK·1343 |

DASNY_TRAVELERS1 099352



PAINTED ALUM. LOUVER WITH
BIRD SCREEN @ ACTIVE LOCATIONS
SEE ELEVATIONS FOR ACTIVE LOCATIONS.

LIMESTONE ON STEEL SUPPORT SYSTEM
ANCHORED TO CONCRETE BLOCK (CONT.#16)

GRANITE BASE (CONT.#16)

FOR TYPICAL MATERIAL NOTES AND
DIMENSIONS SEE DETAIL 1 THIS SHEET.

| Baruch Academic Complex - Site B | ARCHITECT | |
| --- | --- | --- |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 5500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | DATE | 2/A-324 | 1273 |
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | SCALE | |

DASNY_TRAVELERS1 099353



| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO |
|---|---|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | DATE 6/5/98 | 4/A-335 SCALE | SK-1344 |



- INTERIOR CONCRETE MASONRY

3. THE FOLLOWING WORK IS INCLUDED IN CONTRACT #16

- STONEWORK (GRANITE & LIMESTONE) INCLUDING ANCHORS
- IRMA ROOF SYSTEMS WITH PRECAST PAVERS
- CONCRETE SIDEWALK AND CURBS
- SS. WALK OFF GRILLE
- COCOA WALK OFF MATTES
- GFRG
- TERRAZZO
- CONCRETE FILL
- EXTERIOR PAINTED ALUMINUM EXTRUDED RAILINGS

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A - 340

SKETCH NO.
SK-1345

SCALE

DASNY_TRAVELERS1 099355



5 PART. PLAN GR. FL. @ BOOKSTORE
1/4" = 1'-0"

| Baruch Academic Complex - Site B | | | ARCHITECT |
|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | | KPF ASSOCIATES |
| OWNER | | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA • 6500 ·802 2178 | | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | | REF. DETAIL/SHEET NO. |
| NO. | REVISION | DATE | 5, A-340 |
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE 1/4"=1'-0" |

SKETCH NO.
SK-1346

DASNY_TRAVELERS1 099356



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
1/A-351A

SKETCH NO.
SK-1347

SCALE



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE                NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  2 /A-351A

SKETCH NO.  SK-1348

SCALE  1½" = 1'-0"

DASNY_TRAVELERS1 099358



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | |
|---|---|---|
| 2 | ADDENDUM •2 (CONTRACT •16) | DATE |
| | | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-352

SKETCH NO.
SK·1349

SCALE
1/2" = 1'-0"

GENERAL NOTE:

1. SEE SHEETS A-350 & A-351 FOR GENERAL NOTES APPLICABLE TO THIS SHEET.

2. SEE DETAIL 1 FOR TYPICAL CONTRACT DESIGNATIONS

2 3

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 | A - 354 | SK. 1350 |
| | | | SCALE | |

DASNY_TRAVELERS1 099360

PAINTED METAL FIN TUBE ENCLOSURE

2-SIDED STRUCTURAL GLAZED STRIP WINDOW WITH PAINTED EXTRUDED ALUMINUM MULLIONS AND HORIZONTAL SNAP CAPS; SEE ELEVATIONS FOR GLASS TYPE. CONTRACT #15

LINE OF SILL BELOW

COL.

PAINTED EXTRUDED ALUMINUM TRIM IN CONTRACT #15

2 1/2" FOIL FACED SEMI-RIGID INSULATION (CONT. #15)

PAINTED ALUMINUM MULLION AND SNAP CAP (CONT. #15)

SEALANT AND BACKER ROD (CONT. #4)

GWB ON METAL STUDS (CONT. #15)

8" NOMINAL CMU (CONT. #4)

BITUMINOUS SHEET AIR BARRIER ADHERED TO EXTERIOR FACE OF CMU (CONT. #4)

1 1/2" RIGID INSULATION (CONT. #4)

ALL BRICKS TYPE 'A' U.O.N. (CONT. #4)

MASONRY TIES @ 16" O.C. ON ALTERNATE COURSES (CONT. #4)

F.O.S.

S.S. FLASHING, DOUBLE SEAL INTO ADJACENT MULLION (CONTRACT #15)

5'-0" TYP. MODULE

5'-0"      2 1/2"  1 1/2"

1/2" JT.

12"          12"        12" TYP. MODULE

MASONRY OPENING          JT.        JT.

6"      12"          12"          12" TYP. MODULE

JT.        JT.        JT.

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-354

SKETCH NO.
SK-1357

SCALE

DASNY_TRAVELERS1 099361



PAINTED METAL COLUMN
ENCLOSURE #16
CONTRACT #16

FOR TYPICAL MATERIAL NOTES,
SEE DETAIL 1.

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
3/A-354

SCALE
1 1/2" = 1'-0"

SKETCH NO.
SK-1352



VITRINE

| | Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
| | 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | 11 WEST 57TH STREET |
| | OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | NEW YORK, NY 10019 |
| NO. | REVISION | REF. DETAIL/SHEET NO. 3/A-356 | SKETCH NO. 1354 |
| 4 | ADDENDUM #2 (CONTRACT #16)    DATE    6/5/98 | SCALE | |



EPOXY MITRED JOINT

STRUCTURAL STEEL POST (TYP.)
SEE STRUCTURAL DRAWINGS
FOR TYPICAL DIMENSIONS.
SEE DETAIL 6.

S.S. FLASHING

PAINTED ALUMINUM COLUMN ENCLOSURE
IN CONTRACT #15

PAINTED ALUMINUM SILL

PAINTED METAL FAN COIL ENCLOSURE
(CONT. #15)

S.S. AND GLASS ENTRY DOORS

SEALANT AND BACKER ROD

S.S. JAMB FLASHING

24 GA. GALVANIZED STEEL CLOSURE PLATE

2" STONE ON STEEL SUPPORT SYSTEM
ANCHORED TO CURB AND STEEL POST;
FOR STONE TYPE, SEE ELEVATIONS.

EPOXY MITRED JOINT w/ STAINLESS
STEEL DOWEL

FAN COIL UNIT

A

| | |
|---|---|
| **Baruch Academic Complex - Site B**<br>55 LEXINGTON AVENUE          NEW YORK, NY 10010<br>OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178<br>1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | ARCHITECT<br>KPF ASSOCIATES<br>11 WEST 57TH STREET<br>NEW YORK, NY 10019 |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO.<br>5/A-356 | SKETCH NO. |
|---|---|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE | 1355 |

DASNY_TRAVELERS1 099364



PAINTED ALUMINUM COLUMN ENCLOSURE; PROVIDE BACKUP AS REQUIRED. IN CONTRACT #15

STRUCTURAL STEEL POST, SEE STRUCTURAL DRAWINGS

PAINTED METAL FAN COIL ENCLOSURE (CONT. #16)

PAINTED EXTRUDED ALUMINUM MULLION

F.O. CURB

2-SIDED STRUCTURAL GLAZED WINDOW WALL; SEE ELEVATIONS FOR GLASS TYPE.

LINE OF SNAP CAP BELOW

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE     NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/96 |

REF. DETAIL/SHEET NO. 7/A-356
SCALE

SKETCH NO. 1356

DASNY_TRAVELERS1 099365



PAINTED ALUMINUM PANEL CURTAINWALL SYSTEM
IN CONTRACT #15

ATRIUM CURTAINWALL SUPPORT;
SEE STRUCTURAL DWGS.

PAINTED METAL FIN TUBE ENCLOSURE
IN CONTRACT #15

CONC. CURB (CONTR. #16)

1 1/2" RIGID INSULATION

WATERPROOFING

2" STONE ON STEEL SUPPORT SYSTEM
ANCHORED TO CMU; FOR STONE TYPE,
SEE ELEVATIONS
STONE AND ANCHORS (CONTR #16)

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
6/A-357

SKETCH NO.
1357

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

SCALE

DASNY_TRAVELERS1 099366



NOTE:
SEE DETAIL 1 ON THIS SHEET
FOR TYPICAL NOTES.



LINE OF SILL BELOW
PAINTED ALUMINUM STOREFRONT
PAINTED ALUMINUM FILLER PANEL IN CONTRACT #15.
HAIRLINE JOINTS, TYPICAL.
2-SIDED STRUCTURAL GLAZING; FOR GLASS TYPE, SEE ELEVATIONS
PAINTED ALUMINUM STOREFRONT

SEALANT

**⑤ PLAN DETAIL BOOKSTORE VESTIBULE**
1 1/2"=1'-0"

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | ARCHITECT | |
| OWNER | KPF ASSOCIATES | |
| !MITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | 11 WEST 57TH STREET | |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | NEW YORK, NY 10019 | |

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| | | DATE | 5,A-358A | 1358 |
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE 3/4"=1-04 | |

DASNY_TRAVELERS1 099367

S (CONT.#16) ANCHORED
ET FLUSH WITH
BOVE TYP.)

8'=6" OPENING

| Baruch Academic Complex - Site B | | ARCHITECT: | |
|---|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | | KPF ASSOCIATES | |
| OWNER | | 11 WEST 57TH STREET | |
| ORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | 2/A-359 | |
| | | DATE | 1359 |
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE  1½" = 1'=0" | |

DASNY_TRAVELERS1 099368



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

**OWNER**

ARMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6SC0 '802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

**ARCHITECT**

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  1/A-363

SCALE

SKETCH NO.  13600

DASNY_TRAVELERS1 099369



BITUMINOUS SHEET AIR BARRIER
CONTRACT #16
SHIM
5/8" WATER-RESISTANT GWB
(CONTRACT #15)
1 1/2" METAL DECK
4" RIGID INSULATION
CONTINUOUS 24 GA.
GALVANIZED STEEL AIR BARRIER
W/ 3" OVERLAP DOUBLE
SEALED INTO MULLION HEAD
AND METAL DECK ABOVE
2 1/2" SEMI-RIGID INSULATION
LOADBEARING CURTAINWALL ANCHOR

℄ BEAM

B.O. CANOPY
EL. +40'-10"

T.O. SILL
EL. +33'-7 7/8"

T.O. CURB
EL. +33'-0"

PAINTED ALUMINUM TRIM
CONTRACT #16
LATERAL CONNECTION TO CONCRETE CURB

S.S. STEEL FLASHING DOUBLE
SEALED TO MULLION

FOR TYPICAL MATERIAL NOTES AND
DIMENSIONS, SEE DETAIL 1.

COMPRESSIBLE FILLER

T.O.S. GR. FL.
EL. +31'-0"
H.P. PLAZA
EL. +30'-11 1/2"

T.O.S. PLAZA
EL. +30'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | DATE | 3|A·363 | 13 61 |
| | | 6/5/98 | SCALE | |

DASNY_TRAVELERS1 099370



2-SIDED STRUCTURAL GLAZED CURTAINWALL
WITH PAINTED EXTRUDED ALUMINUM MULLIONS
AND HORIZONTAL SNAP CAPS SEE
ELEVATIONS FOR GLASS TYPE

⬧T.O. BEAM ENCLOSURE
EL. +43'-4 5/8"

SEALANT AND BACKER ROD

PAINTED ALUMINUM INSULATED
SANDWICH PANEL

PAINTED ALUMINUM FASCIA
FINISH TO MATCH MULLIONS
CONTRACT #16

LATERAL TIE BACK TO STRUCTURAL
STEEL (TYPICAL) IN CONTRACT #15

SEALANT AND BACKER ROD

⬧B.O. BEAM ENCLOSURE
EL. +40'-10"

| Baruch Academic Complex - Site B | | ARCHITECT | |
|---|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | |
| OWNER DORMTORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | | | |
| NO. | REVISION | REF. DETAIL/SHEET NO. 4/A-363 | SKETCH NO. |
| 4 | ADDENDUM #2 (CONTRACT #16)          DATE     6/5/98 | SCALE | 13 62 |



S.S. FLASHING
CONTRACT #15

INSULATED SMOKE/FIRE VENT
CONTRACT #16

S.S. ROOF DRAIN W/GRAVEL STOP
CONTRACT #16

IRMA ROOFING SYSTEM
IN CONTRACT #16

SEE DETAILS SHEET A-250

S.S. FLASHING
CONTRACT #16

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

REF. DETAIL/SHEET NO.
3/A-364

SCALE

SKETCH NO.
1363

DASNY_TRAVELERS1 099372



PAINTED CABINET HEATER (HEATER IN CONT. #10; PAINT IN CONT. #16)

PAINTED ALUMINUM SILL TRIM

B.O. MULLION
EL. +33'-2 3/8"
T.O. CURB
EL. +33'-0"

S.S. FLASHING

PAINTED EXTRUDED ALUMINUM CHANNEL ATTACHED TO S.S. ANGLE. SEE 17/A-371.

LOADBEARING CURTAINWALL ANCHOR

PARTITION TYPE 9J (IN CONT. #16)

2" STONE ON STAINLESS STEEL SUPPORT SYSTEM ANCHORED TO CONCRETE CURB (IN CONT. #16)

SEE DETAIL NO. 2 ON THIS SHEET FOR TYPICAL MATERIAL NOTES AND DIMENSIONS.

2" X 3 5/8" X 3 5/8" GRANITE PAVERS W/ SAND SWEPT JOINTS (IN CONT. #16)

DRAINAGE MAT (IN CONT. #16)

RIGID INSULATION (IN CONT. #16)

WATERPROOFING (IN CONT. #16)

CONCRETE FILL SLOPED TO DRAIN (IN CONT. #16)

H.P. PLAZA
EL. +29'-1"
T.O.S. VESTIBULE
EL. +29'-0"

T.O.S. PLAZA
EL. +28'-1"

COMPRESSIBLE FILLER (IN CONT. #16)

| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT |
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | 1, A-365 | SKETCH NO. |
|-----|----------|------|----------|------------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE 3/4"=1'-0" | 1364 |

DASNY_TRAVELERS1 099373



PTD. ALUMINUM INSULATED
SANDWICH PANEL SILL.
PROVIDE BACK UP AS REQ'D
TO WITHSTAND 250LB. POINT LOAD.
IN CONTRACT #15

PTD. METAL ENCLOSURE
(CONTRACT #16)

3'-3 3/8"
TYP. MOD.

T.O. SILL
EL.

S.S. FLASHING

SLOPE TO DRAIN

1'-1 1/4"

T.O. FOUNDATION
EL. +32'-9"

PAINTED ALUMINUM
EXTRUDED CHANNEL
ANCHORED TO HAUNCH WITH
S.S. CLIPS. SEE 17/A-371

3/8"
7 3/8"

BITUMINOUS SHEET AIR BARRIER
ADHERED TO EXTERIOR FACE
OF CONCRETE FOUNDATION
(IN CONT. #16)

1 1/2" RIGID INSULATION
(IN CONT. #16)

T.O.S. GR. FL.
EL. +31'-

2" STONE ON STAINLESS
STEEL SUPPORT SYSTEM
ANCHORED TO CONCRETE
CURB AND FOUNDATION WALL
(IN CONT. #16)

NON-DIRECTIONAL SS-1 ON 3/4 FIRE
RESISENT PLYWOOD MOUNTED
CONCEALED FASTENERS TYP.
(IN CONT. #16)

4'-11 5/16"

AL-4

WEEP HOLES (IN CONT. #16)

FILL WITH MORTAR (IN CONT. #16)
COMPRESSIBLE FILLER
(IN CONT. #16)

T/SHELF
EL. +28'-8"

3.50"

VARIES
SEE STRUCTURAL DWGS.

PAINTED
METAL
CONT. #16

2 1/2"

8"

BRACEBACK TO CONC.

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE　　NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA　　NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
1/A-366

SCALE

SKETCH NO
1365

DASNY_TRAVELERS1 099374



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE            NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-366

SKETCH NO.
13 66

SCALE

DASNY_TRAVELERS1 099375

SEE DETAIL 2 THIS SHEET FOR TYPICAL
NOTES ON CURTAINWALL SYSTEM.

PAINTED METAL CONVECTOR ENCLOSURE

PAINTED METAL INTERIOR TRIM

⚠1 ⚠2 CONTRACT #16

INTERLOCKING SILL W/INTEGRAL GUTTER
AND DOUBLE GASKET SEAL TO ALLOW FOR
DIFFERENTIAL MOVEMENT

1/4"   2 1/2"

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DE·MITORY AUTHORITY OF THE STATE OF NEW YORK, DA· 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    SKETCH NO.
1/A-368
SCALE                    B67

DASNY_TRAVELERS1 099376



(H)

2"x2" PAINTED ALUMINUM RAILING
⚠ 2 CONTRACT #16

CAST STONE COPING W/DRIP EDGES
ANCHORED TO BOND BEAM

T.O. CAST STONE COPING
EL +109'-0"

GALVANIZED STEEL PLATE

SEALANT AND BACKER ROD

CMU BOND BEAM ON 8" CMU
SEE STRUCTURAL DWGS. FOR
REINFORCING

1" RIGID INSULATION

T.O.S. 6 FL
EL +108'-6"

SEE DETAIL 4 THIS SHEET FOR TYPICAL
NOTES ON ROOFING SYSTEM.

INSULATED SPANDREL GLASS - SEE
ELEVATIONS FOR TYPE

SEE DETAIL 2 THIS SHEET FOR TYPICAL
NOTES ON CURTAINWALL SYSTEM.

| **Baruch Academic Complex - Site B** | | |
|---|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | ARCHITECT | |
| OWNER | KPF ASSOCIATES | |
| DRMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2178 | 11 WEST 57TH STREET | |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | NEW YORK, NY 10019 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. 37 A-368 | SKETCH NO. 1368 |
|---|---|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE | |

DASNY_TRAVELERS1 099377



2"x2" PAINTED ALUMINUM RAILING ANCHORED TO
CMU BOND BEAM W/VERTICALS AT 5'-0" O.C. TYP.
PROVIDE SLIP SLEEVED CONNECTION AT HORIZONTAL
CONTROL JOINTS - SEE SHEET A-110 FOR LOCATIONS.
(CONTRACT #16)

CAST STONE COPING W/DRIP EDGES
ANCHORED TO BOND BEAM

T.O. CAST STONE COPING
EL. +109'-0"

SEALANT AND BACKER ROD

S.S. FLASHING PAN

CMU BOND BEAM ON 8" CMU
SEE STRUCTURAL DWGS. FOR
REINFORCING

1" RIGID INSULATION

T.O.S. 6 FL.
EL. +106'-6"

SEE SHEET A-369 FOR TYP. NOTES ON
BRICK CAVITY WALL.

COL

CONCRETE PAVER BALLAST (CONT. #16)
RIGID INSULATION (CONT. #16)
IRMA ROOFING SYSTEM (CONT. #16)
SEE DETAIL SHEET A-250
LIGHTWEIGHT CONCRETE FILL-
SLOPE TO DRAIN (CONT. #16)
WINDOW WASHING PEDESTAL,
SEE STRUCTURAL DRAWINGS.

| | Baruch Academic Complex - Site B | | ARCHITECT | | |
|---|---|---|---|---|---|
| | 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | | |
| | OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | | | | |
| NO. | REVISION | | REF DETAIL/SHEET NO. 4/A-368 | | SKETCH NO. 1369 |
| 2 | ADDENDUM #2 (CONTRACT #16) | DATE 6/5/98 | SCALE | | |

DASNY_TRAVELERS1 099378



3. THE FOLLOWING WORK IS INCLUDED IN CONTRACT #16

- STONEWORK (GRANITE & LIMESTONE) INCLUDING ANCHORS
- IRMA ROOF SYSTEMS WITH PRECAST PAVERS
- CONCRETE SIDEWALK AND CURBS
- SS. WALK OFF GRILLE
- COCOA WALK OFF MATTES
- GFRG
- TERRAZZO
- CONCRETE FILL
- EXTERIOR PAINTED ALUMINUM EXTRUDED RAILINGS

4. FOR SLOPED COLUMN GEOMETRY SEE STRUCTURAL DRAWINGS

5. FOR EXTERIOR WALL GEOMETRY SEE SHEETS A-210 THRU A-213

1" VARIES
1"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-370

SCALE

SKETCH NO.
1370

DASNY_TRAVELERS1 099379

5. THE FOLLOWING WORK IS INCLUDED IN CONTRACT #16
- STONEWORK (GRANITE AND LIMESTONE) INCLUDING ANCHORS
- IRMA ROOF SYSTEMS WITH PRE-CAST PAVERS (SEE A-250)
- CONCRETE SIDEWALKS AND CURBS
- SS. WALK OFF GRILLES
- COCOA WALK OFF MATTES
- PAINT
- EXTERIOR PAINTED ALUMINUM EXTRUDED RAILINGS
- GRFG
- TERRAZZO
- CONCRETE FILL
- INTERIOR CURTAINWALL

2 / 4

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE      NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

REF. DETAIL/SHEET NO.
A - 380
SCALE

SKETCH NO.
1371

DASNY_TRAVELERS1 099380



GRAVITY LOAD BEARING
CURTAINWALL ANCHOR

STEEL ANGLE ANCHORED TO SLAB

CONTINUOUS STAINLESS STEEL FLASHING.
DOUBLE SEAL AT ALL CURTAINWALL
AND SLAB INTERFACES

T.O. SLAB 3 FL.
EL +64'-6"

CONTINUOUS FIRE SAFING
(CONT #15)

INSULATED SPANDREL GLASS
SEE ELEVATIONS FOR TYPE

STRUCTURAL STEEL BEAM W/ SPRAY ON FIRE PROOFING
SEE STRUCTURAL DWGS

2'-6"

7/8"

| **Baruch Academic Complex - Site B** | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. |
| NO. | REVISION | 1/A-380 |
| | | SKETCH NO. |
| 4 | ADDENDUM #2 (CONTRACT #16)        DATE | SCALE |
| | 6/5/98 | 1372 |

DASNY_TRAVELERS1 099381



PROJECTING PTD. FIN
WITH SUPPORTING BRACKETS
@ 5'-0" O.C.

2'-6"

GRAVITY LOAD BEARING
CURTAINWALL ANCHOR

T.O. SLAB 13 FL.
EL: +197'-6"

△2 △4  CONTINUOUS FIRE SAFING
(CONT. #15)

STRUCTURAL STEEL
BEAM W/SPRAY ON
FIREPROOFING. SEE
STRUCTURAL DWGS

| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | DATE | 2/A-380 | 1373 |
| | | 6/5/98 | SCALE | |

PAINTED ALUMINUM PANEL. RETURN
ALUMINUM AND DOUBLE SEAL TO
BACK OF MULLION.

6" POURED IN PLACE CONCRETE
CURB. SEE STRUCTURAL DWGS
FOR REINFORCING (CONT.#15)

LATERAL RESTRAINT, IN CONTRACT #15.

4" RIGID INSULATION

INSULATED SPANDREL GLASS
SEE ELEVATIONS FOR TYPE

GRAVITY LOAD BEARING
CURTAINWALL ANCHORAGE

T.O. SLAB ROOF
EL: +223'-6"

CONTINUOUS FIRE SAFING
(CONT.#15)

SEMI RIGID INSULATION EXTEND
2'-0" BEYOND OUTSIDE &
INSIDE OF CONCRETE CURB
IN CONTRACT #15

| Baruch Academic Complex - Site B | ARCHITECT |  |
|---|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES |  |
| OWNER | 11 WEST 57TH STREET |  |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |  |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO.     REVISION | 4/A-380 | 1374 |
| 4     ADDENDUM #2 (CONTRACT #16)     DATE   6/5/98 | SCALE |  |

DASNY_TRAVELERS1 099383



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
| --- | --- | --- |
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
2/A-381

SCALE

SKETCH NO.
1375

DASNY_TRAVELERS1 099384



2 1/2" FOIL FACED SEMI-RIGID
INSULATION FASTENED TO GALVANIZED
STEEL AIR BARRIER WITH IMPALING
PINS. PROVIDE FOIL TAPE AT ALL
SEAMS, MULLIONS, AND ALL OTHER
ADJACENT CONSTRUCTION TO MAINTAIN
CONTINUOUS VAPOR BARRIER

LOAD BEARING PAINTED PROFILED
METAL WALL ANCHER

CONTINUOUS FIRE SAFING (CONT. #16)

STRUCTURAL STEEL BEAM WITH
SPRAY ON FIREPROOFING.
SEE STRUCTURAL DRAWINGS

PAINTED PROFILED METAL PANEL ATTACHED
TO EXTERIOR WALL GIRTS AND STRUCTURAL
SLAB. GRAVITY LOAD TAKEN AT SLAB.
PROVIDE 1/4" DIA. WEEPS
@ 5'-0" O.C. "Z" CLIP ATTACHMENT

CONTINUOUS 24 GA. GALVANIZED STEEL
AIR BARRIER WITH 3" PLAN OVERLAP.
DOUBLE SEAL AT SEAMS, HEAD, SILL
AND ALL OTHER ADJACENT CONSTRUCTION

| Baruch Academic Complex - Site B | | ARCHITECT | SKETCH NO. |
|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES | |
| OWNER | | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | | |
| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | |
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | 3/A-381 | 1376 |
| | | | SCALE | |

DASNY_TRAVELERS1 099385



PAINTED EXTRUDED ALUMINUM STRUCTURAL
GLAZED SILL WITH EXTENDED SILL PIECE 7/A-371.
EXTEND VERTICAL MULLION TO PROVIDE
LATERAL CONNECTION TO STRUCTURAL
STEEL WALL GIRT

FACET POINT

PROVIDE SLIP CONNECTION AT PROFILED
METAL PANEL TO ACCOMODATE
DIFFERENTIAL MOVEMENT

STRUCTURAL STEEL WALL GIRT
SPANS COLUMN TO COLUMN.
SEE STRUCTURAL DRAWINGS.

LOAD BEARING PROFILED METAL PANEL ANCHOR

PAINTED PROFILED METAL PANEL
ATTACHED TO STEEL WALL GIRTS AND
STRUCTURAL SLAB. GRAVITY LOAD
TAKEN AT STRUCTURAL SLAB
PROVIDE 1/4" DIA. WEEPS
@ 5'-0" O.C. @ "Z" CLIP ATTACHMENT

CONTINUOUS FIRE SAFING (CONT. #16)

STRUCTURAL SLAB ON METAL DECK.
SEE STRUCTURAL DRAWINGS

STRUCTURAL STEEL BEAM WITH
SPRAY ON FIREPROOFING.
SEE STRUCTURAL DRAWINGS.

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
~RMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
4/A-381
SCALE

SKETCH NO.
1377

DASNY_TRAVELERS1 099386



STRUCTURAL STEEL WALL GIRT
SPANS COLUMN TO COLUMN
SEE STRUCTURAL DRAWINGS

LOAD BEARING PROFILED
METAL PANEL ANCHOR
CONTINUOUS FIRE SAFING (CONT. #16)

STRUCTURAL SLAB ON METAL DECK
SEE STRUCTURAL DRAWINGS
PAINTED ALUMINUM TRIM 21/A-371
W/ PREFORMED CLOSURE GASKET
PROVIDE 1/4" DIA. WEEPS
@ 5'-0" O.C. @ BACK OF PANEL

ALUMINUM CLOSURE PAINTED
TO MATCH PROFILED PANEL
EXTEND VERTICAL MULLION TO
PROVIDE GRAVITY LOAD CONNECTION
TO STRUCTURAL STEEL
PAINTED ALUMINUM FILLER PLATE
PAINTED TO MATCH MULLIONS

2 1/2"

2'-5"

1'-0 1/8"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE     NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| ...RMITORY AUTHORITY OF THE STATE OF NEW YORK, DA@ 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | 5/A-381 | SKETCH NO. |
|---|---|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE | 137B |

DASNY_TRAVELERS1 099387



S.S. COUNTER FLASHING. DOUBLE SEAL TO BACK OF MULLION.

CMU BOND BEAM ON 6" CMU CURB. SEE STUCTURAL DRAWINGS FOR REINFORCING

PAINTED ALUM. PANEL EXTEND ALUM. AND SEAL INTO GLAZING POCKET

CONCRETE PAVER BALLAST
IRMA ROOFING SYSTEM SEE SIMILAR DETAIL 13/A-250
LIGHT CONCRETE FILL

T.O. SLAB B FL.
EL. +132'-6"

CONT. #16

LATERAL RESTRAINT CONNECTION AT SLAB

| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE | 11/A-382 | SKETCH NO. |
|---|---|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE | 1379 |

DASNY_TRAVELERS1 099388



INTERLOCKING SILL WITH INTEGRAL GUTTER
AND DOUBLE GASKET SILL FOR INTERSTORY
DIFFERENTIAL MOVEMENT

ATRIUM CURTAINWALL SUPPORT COLOMN
SEE STRUCTURAL DWGS

CFRG COLUMN AND BEAM ENCLOSURE(CONT. #16)

FIN TUNE ENCLOSURE PAINTED
TO MATCH CURTAINWALL
SUPPORT COLUMNS

HORIZONTAL BRACING. SEE
STRUCTURAL DWGS

CURTAINWALL GRAVITY LOAD
CONECTION

T.O. SLAB 11 FL.
EL +171'-8"

PAINTED ALUMINUM PANELS BEYOND.
ALIGN ₵ JOINT W/₵ HORIZ. MULLION

| | | |
|---|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT | |
| 55 LEXINGTON AVENUE                NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA                NEW YORK, NY 10119 | | |
| NO. | REVISION | REF. DETAIL/SHEET NO. 1/382 | SKETCH NO. |
| 3 | ADDENDUM #2 (CONTRACT #16)            DATE    6/5/98 | SCALE | 1360 |

DASNY_TRAVELERS1 099389



2" SQUARE PTD. ALUMINUM
RAILING ANCHORED TO CMU
BOND BEAM. PROVIDE SEALED
ESCUTCHEON PLATE AT
PAINTED ALUMINUM PANEL INTERFACE

PAINTED ALUMINUM TRIM
AND PANELS BEYOND

PAINTED ALUMINUM PARAPET CAP

PROFILED METAL WALL ANCHOR

SLOPE 1/4" PER FT

CMU BOND BEAM ON
8" CMU CURB SEE
STRUCTURAL DRAWINGS
FOR REINFORCING

PAINTED ALUMINUM PANEL ATTACHED
TO PARAPET.

CONTINUOUS 24 GA. GALVANIZED
STEEL AIR BARRIER. PROVIDE 2"
MINIMUM DOWNTURN 4" MINIMUM
AND DOUBLE SEAL TO BACK OF CURB

GRAVITY LOAD BEARING PROFILED
METAL PANEL ANCHOR

T.O. SLAB 8 FL
EL: +132'-6"

CONTINUOUS FIRE SAFING (CONT. #16)
IRMA ROOFING SYSTEM (CONT. #16)
SEE DETAIL 12/A-250

PAINTED PROFILED METAL PANEL
ATTACHED TO STEEL TUBES AND
STRUCTURAL SLAB. GRAVITY LOAD
TAKEN AT STRUCTURAL SLAB
PROVIDE 1/4" DIA. WEEPS
@ 5'-0" O.C. @ "Z" CLIPS

ROOF H.P.

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1502 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-882

SKETCH NO.
1381

SCALE

DASNY_TRAVELERS1 099390



FIN TUBE ENCLOSURE

2 1/2" FOIL FACED SEMI RIGID
INSULATION FASTENED TO GALVANIZED
STEEL AIR BARRIER WITH IMPALING
PINS. PROVIDE FOIL TAPE AT ALL
SEAMS, MULLIONS, AND ALL OTHER
ADJACENT CONSTRUCTION TO MAINTAIN
CONTINUOUS VAPOR BARRIER

GRAVITY LOAD BEARING PROFILED
METAL PANEL ANCHOR

CONTINUOUS FIRE SAFING (CONT. #16)

CONTINUOUS 24 GA. GALVANIZED
STEEL AIR BARRIER WITH 3" PLAN
OVERLAP. DOUBLE SEAL AT SEAMS,
HEAD, AND SILL.

PAINTED PROFILED METAL PANEL
ATTACHED TO STEEL TUBES AND
STRUCTURAL SLAB. GRAVITY LOAD
TAKEN AT STRUCTURAL SLAB
PROVIDE 1/4" DIA. WEEPS
@ 5'-0" O.C. @ "Z" CLIPS

STRUCTURAL STEEL BEAM
W/SPRAY ON FIREPROOFING.
SEE STRUCTURAL DRAWINGS.

F.9     F

T.O. SLAB 14 FL
EL. +210'-6"

T.O. STEEL COL.
EL. +207'-2 3/4"

| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|
| 55 LEXINGTON AVENUE      NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | 3/A-882 | 1302 |
| | | | SCALE | |

DASNY_TRAVELERS1 099391



GRAVITY LOAD BEARING
CURTAINWALL ANCHOR

CONTINUOUS FIRE SAFING (CONT. #16)

℄ JOINT

STRUCTURAL STEEL BEAM
W/SPRAY ON FIREPROOFING,
SEE STRUCTURAL DRAWINGS

PTD. ALUMINUM PANEL
CURTAINWALL SYSTEM

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE                    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA                    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
4/A-382

SCALE

SKETCH NO.
1385

DASNY_TRAVELERS1 099392



GRAVITY LOAD BEARING
CURTAINWALL ANCHOR

CONTINUOUS FIRE SAFING (CONT. #16)

C JOINT

STRUCTURAL STEEL BEAM
w/SPRAY ON FIREPROOFING
SEE STRUCTURAL DRAWINGS

PTD. ALUMINUM PANEL
CURTAINWALL SYSTEM

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
4/A-382

SCALE

SKETCH NO.
138 4

DASNY_TRAVELERS1 099393



STRUCTURAL STEEL WALL GIRT
SPANS COLUMN TO COLUMN
SEE STRUCTURAL DRAWINGS

LOAD BEARING PROFILED METAL
PANEL ANCHOR

T.O. SLAB 12 FL
EL. +184'-6"

CONTINUOUS FIRE SAFING (CONT. #16)

STRUCTURAL SLAB ON METAL DECK
SEE STRUCTURAL DWGS

2'-6"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | | 2/A-383 | SKETCH NO. |
|---|---|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | DATE | SCALE | 1385 |
| | | 6/5/98 | | |

DASNY_TRAVELERS1 099394



LOAD BEARING PROFILED METAL
PANEL ANCHOR

O. SLAB 12 FL
∴ +184'-6"

CONTINUOUS FIRE SAFING (CONT.#16)

STRUCTURAL SLAB ON METAL DECK
SEE STRUCTURAL DWGS

| | Baruch Academic Complex - Site B | | ARCHITECT | |
|---|---|---|---|---|
| | 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES | |
| | OWNER | | 11 WEST 57TH STREET | |
| | RMTORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | NEW YORK, NY 10019 | |
| | 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | | 3/A-38 S | |
| 3 | ADDENDUM #2 (CONTRACT #16) | DATE    6/5/98 | SCALE | 13 86 |

DASNY_TRAVELERS1 099395



2" SQUARE PAINTED ALUMINUM RAILING
ANCHORED TO CMU BOND BEAM.
VERTICALS AT 5'-0" O.C. TYP. PROVIDE SEALED
ESCHUCHEON PLATE @ PAINTED ALUMINUM PANEL INTERFACE
CONT. #16

COL

PAINTED ALUMINUM PARAPET CAP

T.O. PARAPET
EL +200'-0

CMU BOND BEAM ON
8" CMU CURB, SEE
STUCTURAL DRAWINGS
FOR REINFORCING

CONTINUOUS 24 GA. GALVANIZED
AIR BARRIER. CONTINUE OVER CURB.
PROVIDE 4" MINIMUM DOWNTURN AND
DOUBLE SEAL TO BACK OF CURB

ROOF/H.P.

LIGHT WEIGHT CONCRETE FILL
CONT. #16

T.O. SLAB 13 FL
EL +197'-6

## Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
EMTORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF DETAIL/SHEET NO.
4/A-383

SCALE

SKETCH NO.
13 B7

DASNY_TRAVELERS1 099396



LOAD BEARING PROFILED
METAL PANEL ANCHOR

T.O. SLAB 14 FL.
EL: +210'-6"

CONTINUOUS FIRE
SAFING (CONT#16)

2 3

| Baruch Academic Complex - Site B | | | ARCHITECT KPF ASSOCIATES | |
|---|---|---|---|---|
| 55 LEXINGTON AVENUE      NEW YORK, NY 10010 | | | 11 WEST 57TH STREET | |
| OWNER RMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119 | | | NEW YORK, NY 10019 | |
| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. 1/A-384 | SKETCH NO. |
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE | 1388 |

DASNY_TRAVELERS1 099397



The following text appears rotated within the drawing:

CONT. #16

EL. + 108'-6"
TO SLAB & FL.

LIGHT CONC. FILL

SEE DETAILS SHEET A-250
IRMA ROOFING SYSTEM

CONC PAVER BALLAST

ROOF H.P.

SEE A-360 SERIES DRAWINGS
FOR MASONRY PARAPET
INFORMATION

STAINLESS STEEL COUNTER FLASHING
DOUBLE SEAL INTO SILL

1/2" 1/2"

1/2" 1'-2"

3'-6"

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA.# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-384

SCALE

SKETCH NO.
1389

DASNY_TRAVELERS1 099398



GRAVITY LOAD BEARING
PROFILED METAL PANEL ANCHOR

T.O. SLAB 12 FL
EL: +184'-6"

CONTINUOUS FIRE
SAFING (CONT. #16)

STRUCTURAL SLAB ON
METAL DECK. SEE
STRUCTURAL
DRAWINGS

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|-----|----------|------|-----------------------|------------|

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
...RMTORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
1/A-385

SCALE

SKETCH NO.
13 90

DASNY_TRAVELERS1 099399



2'-0"

PTD. ALUMINUM PANEL.
EXTEND ALUMINUM AND SEAL
INTO GLAZING POCKET.

CONCRETE PAVER BALLAST

2   IRMA ROOFING SYSTEM
    SEE DETAIL 13/A-250

LIGHT CONCRETE FILL

T.O. SLAB 6 FL
EL: +106'-6"

CONT. #16

2 3



## Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-385

SCALE

SKETCH NO.
1391