# EXHIBIT

# G – Part IV



2" SQUARE PAINTED ALUMINUM RAILING
ANCHORED TO CMU BOND BEAM
VERTICALS AT 5'-0" O.C. TYP.PROVIDE SEALED
ESCUTCHEON PLATE @ PARAPET CAP INTERFACE

PARAPET OF SOUTH WALL BEYOND
PAINTED ALUMINUM PARAPET CAP
CONTINUOUS S.S. FLASHING
T.O. COPING
EL. +199'-0

CMU BOND BEAM ON 8" CMU CURB
SEE STRUCTURAL DRAWINGS FOR REINFORCING

IRMA ROOFING SYSTEM (CONT. #16)
SEE DETAIL 11/A-250

T.O. SLAB 13 FL
EL. +197'-6

ROOF HIGH POINT

12

3'-6

1'-5

| Baruch Academic Complex - Site B | ARCHITECT |  |
|---|---|---|
| 55 LEXINGTON AVENUE       NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA       NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | 3/A-385 |
| 3 | ADDENDUM #2 (CONTRACT #16)      DATE      6/5/98 | SCALE | 13 92 |

DASNY_TRAVELERS1 099401



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA • 6500 7802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A -387

SCALE

SKETCH NO.
13 93

DASNY_TRAVELERS1 099402

S.S. COUNTER FLASHING. DOUBLE SEAL TO BACK OF MULLI

PAINTED ALUMINUM PANEL ALIGN FACE W/ GLASS
ABOVE AND SEAL INTO GLAZING POCKET

FOR ROOF ASSEMBLY
SEE SECTION #1 THIS SHEET

LIGHT CONCRETE FILL
CONTRACT #16    2 3



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER:
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. 2/A -387 | SKETCH NO. |
|-----|----------|------|------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE | 13 99 |

DASNY_TRAVELERS1 099403



FIN TUBE ENCLOSURE
LATERAL CONNECTION TO CONCRETE CURB
CONTINUOUS S.S FLASHING. DOUBLE SEAL TO
BACK OF MULLION

PAINTED ALUMINUM PANEL RETURN ALUMINUM
AND DOUBLE SEAL INTO GLAZING POCKET ABOVE

6" CONCRETE CURB. (CONT. #16)
SEE STRUCTURAL DRAWINGS FOR REINFORCING

CONCRETE PAVER BALLAST (CONT. #16)

IRMA ROOFING SYSTEM IN CONTRACT #16
SEE SIM. DETAIL
13/A-250

LIGHT CONCRETE FILL

STRUCTURAL STEEL BEAM
WITH SPRAY ON FIREPROOFING.
SEE STRUCTURAL DRAWINGS

| | | |
|---|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT | |
| 55 LEXINGTON AVENUE          NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | | |
| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | 3/A-388 | 13 95 |
| | | | SCALE | |

DASNY_TRAVELERS1 099404



2" SQUARE PAINTED ALUMINUM RAILING WITH MAINTENANCE AT 1'-0" O.C. PER OSHA, ANCHOR TO SLAB, PROVIDE ESCUTCHEON PLATE AT PAVER INTERFACE.

SEE DETAIL 2 SHEET A-312 FOR WALL SYSTEM NOTES

2" THICK PRECAST PAVERS (CONT. #16)

IRMA ROOFING SYSTEM (CONT. #16)

4" RIGID INSULATION (CONT. #16)

STRUCTURAL CONCRETE SLAB SLOPED AT 1/4"/FOOT. SEE DETAIL SHEET A-230

NEOPRENE SPACER PEDESTAL (CONT. #16)

STEEL DECK

TAPERED BEAM, SEE STUCURAL DRAWINGS.

CONTINUOUS 24 GA. GALVANIZED STEEL AIR BARRIER, DOUBLE SEAL TO UNDERSIDE OF AND SEAL INTO GLAZING POCKET AT WINDOW HEAD

SLOPE 1/4" PER FOOT

PAINTED ALUMINUM GRILLE (CONT. #16)

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
3/ A-388

SKETCH NO.
13 96

SCALE

DASNY_TRAVELERS1 099405



INTERIOR CONNECTION TO CMU
BOND BEAM, DOUBLE SEAL GALVANIZED
STEEL AIR BARRIER TO FRONT OF CMU

₵ OF JOINT

CMU BOND BEAM ON 8" CMU CURB.
SEE STUCTURAL DRAWINGS FOR REINFORCING.
PAINTED ALUMINUM PANEL. RETURN ALUMINUM
FASTEN AND SEAL TO BACK OF MULLION
CONCRETE PAVER BALLAST (CONT. #16)
IRMA ROOFING SYSTEM SEE DETAIL 10/A-250 (CONT. #16)
LIGHT CONCRETE FILL (CONT. #16)

T.O. SLAB 13 FL.
EL: +197'-6"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A - 389

SCALE

SKETCH NO.
13 97

DASNY_TRAVELERS1 099406



DOUBLE WYTHE CMU BOND BEAM ON
8" CMU CURB. SEE STUCTURAL
DRAWINGS FOR REINFORCING

FOR ROOF ASSEMBLY
SEE SECTION #1 THIS SHEET

LIGHT CONCRETE FILL
CONT. #16

1 / 1

△1 △2

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE     NEW YORK, NY 10010

OWNER
DMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA     NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
5 / A - 389

SCALE

SKETCH NO.
1398

DASNY_TRAVELERS1 099407

## JoAnne Bonacci

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, October 17, 2007 12:11 AM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-06915-DLC Travelers Casualty and Surety Company v. Dormitory Authority State of New York et al Response in Opposition to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Dreifuss, David on 10/17/2007 at 0:10 AM EDT and filed on 10/17/2007

| | |
|---|---|
| **Case Name:** | Travelers Casualty and Surety Company v. Dormitory Authority State of New York et al |
| **Case Number:** | 1:07-cv-6915 |
| **Filer:** | Travelers Casualty and Surety Company |
| **Document Number:** | 17 |

**Docket Text:**
RESPONSE in Opposition re: [9] MOTION to Dismiss *Complaint. Counter proposed order.* Document filed by Travelers Casualty and Surety Company. (Dreifuss, David)

## 1:07-cv-6915 Notice has been electronically mailed to:

David Abramovitz     dabramovitz@zdlaw.com

David Craig Dreifuss     DDreifuss@dbplawfirm.com, jbonacci@dbplawfirm.com

Timothy B Froessel     tbfroess@hklaw.com

## 1:07-cv-6915 Notice has been delivered by other means to:

Joanne M. Bonacci
Dreifuss, Bonacci & Parker, LLP
One Penn Plaza
36th Floor
New York, NY 10119

10/17/2007

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/17/2007] [FileNumber=3908502-0] [4743318f0e3e4269b39e02004d25da356b3f93abf30da591c13c1e2de3e5fbda42fe80b736a2a67c2165bbbe5a880b3e88e87c7ce525132d3b416e05f07fe127]]

**JoAnne Bonacci**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, October 17, 2007 12:39 AM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-06915-DLC Travelers Casualty and Surety Company v. Dormitory Authority State of New York et al Declaration in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Rogers, Eli on 10/17/2007 at 0:38 AM EDT and filed on 10/17/2007

| | |
|---|---|
| **Case Name:** | Travelers Casualty and Surety Company v. Dormitory Authority State of New York et al |
| **Case Number:** | 1:07-cv-6915 |
| **Filer:** | Travelers Casualty and Surety Company |
| **Document Number:** | 18 |

**Docket Text:**
DECLARATION of Eli J. Rogers, Esq. in Opposition re: [9] MOTION to Dismiss *Complaint*.. Document filed by Travelers Casualty and Surety Company. (Rogers, Eli)

**1:07-cv-6915 Notice has been electronically mailed to:**

David Abramovitz    dabramovitz@zdlaw.com

David Craig Dreifuss    DDreifuss@dbplawfirm.com, jbonacci@dbplawfirm.com

Timothy B Froessel    tbfroess@hklaw.com

**1:07-cv-6915 Notice has been delivered by other means to:**

Joanne M. Bonacci
Dreifuss, Bonacci & Parker, LLP
One Penn Plaza
36th Floor
New York, NY 10119

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/17/2007] [FileNumber=3908508-0] [1e03db7e34265d4805a7464a60a1257c3c7f3cff1ada9fe11c931112e873efb898 40908585e17a7038d5b4c6e50ff2edb81540662d99acfc6b2ef9df127081bd]]



**1  PARTIAL SECTION @ AUXIL. GYM —EAST**
1/4" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| ITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 101?9 | |

| REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|
| ADDENDUM •2 (CONTRACT •16) | 6/5/98 | ½, A-518 | 1465 |
| | | SCALE ⅛"=1'-0" | |

DASNY_TRAVELERS1 099473



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE
NEW YORK, NY 10010

OWNER
TORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1 /A-519

SCALE
1/8"=1'-0"

SKETCH NO.
1466

DASNY_TRAVELERS1 099474



DASNY_TRAVELERS1 099475



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

1TORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| O. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| 1, A-521 | 1468 |
| SCALE 1/16"=1'-0" | |

DASNY_TRAVELERS1 099476



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  1/A-523

SCALE

SKETCH NO.  1469

DASNY_TRAVELERS1 099477



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
| --- |
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| NO. | REVISION | | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
| --- | --- | --- | --- | --- | --- |
| 4 | ADDENDUM #2 (CONTRACT #16) | | 6/5/98 | 1/A-523 | 1470 |
| | | | | SCALE | |

DASNY_TRAVELERS1 099478



| Baruch Academic Complex - Site B | | ARCHITECT |
|---|---|---|

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DRMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-523

SKETCH NO.
1471

SCALE
1/4" = 1'-0"

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

DASNY_TRAVELERS1 099479



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-524

SCALE

SKETCH NO.
1472

DASNY_TRAVELERS1 099480



# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE
NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA
NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-525

SCALE
N.T.S

SKETCH NO.
1473

DASNY_TRAVELERS1 099481



# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-525

SKETCH NO.
1474

SCALE
N.T.S

DASNY_TRAVELERS1 099482



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA▪ 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
1/A-525

SKETCH NO.
1475

SCALE
N.T.S

DASNY_TRAVELERS1 099483



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-525

SKETCH NO.
1476

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

SCALE
N.T.S

DASNY_TRAVELERS1 099484



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-S25

SKETCH NO.
1477

SCALE
1/4" = 1'-0"

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

DASNY_TRAVELERS1 099485



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/ A-525

SKETCH NO.
147B

SCALE
1/4" = 1'-0"

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

DASNY_TRAVELERS1 099486



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A -S26

SKETCH NO.
1479

SCALE
N.T.S

DASNY_TRAVELERS1 099487