# EXHIBIT

# G - Part 5



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA # 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
1/A - 526

SKETCH NO.
1480

SCALE
N.T.S



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A - 526

SKETCH NO.
1481

SCALE
N.T.S

DASNY_TRAVELERS1 099489



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 ●802 2●78
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 5 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
4/A -528

SKETCH NO.
1482

SCALE
N.T.S

DASNY_TRAVELERS1 099490



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

.RMTORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
S/A-528

SCALE

SKETCH NO.
1483

DASNY_TRAVELERS1 099491



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

_ORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2176
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

REF. DETAIL/SHEET NO.
1/A-528

SKETCH NO.
1484

SCALE
1/4" = 1'-0"

DASNY_TRAVELERS1 099492



H

GWB SOFFIT & FACIA
(CONTRACT #15)

FIN. CEILING

9'-0"

ST-3

2   4

3
A-648

T.O.S. 2 FL.
EL: +46'-6"

3
A-366

1      OPP
HAND

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 4 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
4/A-529

SKETCH NO.
1485

SCALE
1/4" = 1'-0"



| Baruch Academic Complex - Site B | | | | ARCHITECT | |
|---|---|---|---|---|---|
| 55 LEXINGTON AVENUE | | NEW YORK, NY 10010 | | KPF ASSOCIATES | |
| OWNER | | | | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | | | | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA | | NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. | SKETCH NO. |
| NO. | REVISION | | DATE | 2/A-531 | 1486 |
| 3 | ADDENDUM •2 (CONTRACT •16) | | 6/5/98 | SCALE N.T.S | |



PENDANT
LIGHT FIXT.
CONTRACT #11

4
A-650

5
A-366

7
A-650

PT-5

TZ-2

△2 △3

EATING 1-173

| Baruch Academic Complex - Site B | | | | ARCHITECT | SKETCH NO. |
|---|---|---|---|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | | | KPF ASSOCIATES 11 WEST 57TH STREET NEW YORK, NY 10019 | |
| OWNER DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | | | REF. DETAIL/SHEET NO. 6a/A-6.31 | |
| NO. | REVISION | | DATE | SCALE | |
| 3 | ADDENDUM #2 (CONTRACT #16) | | 6/5/98 | | 1487 |

DASNY_TRAVELERS1 099495



SOUTH ELEV: FOOD COURT SEATING 1-173

1/4" = 1'-0"

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
6A/A-531

SKETCH NO.
1488

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

SCALE
N.T.S.

DASNY_TRAVELERS1 099496



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 5500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.  1/A-541

SKETCH NO.  1489

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

SCALE

DASNY_TRAVELERS1 099497



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.    2/A-541

SKETCH NO.    1490

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #18) | 6/5/98 |

SCALE

DASNY_TRAVELERS1 099498



| | |
|---|---|
| **Baruch Academic Complex - Site B** <br> 55 LEXINGTON AVENUE          NEW YORK, NY 10010 <br> OWNER <br> DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 <br> 1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119 | ARCHITECT <br> KPF ASSOCIATES <br> 11 WEST 57TH STREET <br> NEW YORK, NY 10019 |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. <br> 2/A-541 | SKETCH NO. <br> 1491 |
|---|---|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE | |

DASNY_TRAVELERS1 099499



| Baruch Academic Complex - Site B | | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | | KPF ASSOCIATES |
| OWNER | | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | | REF. DETAIL/SHEET NO. 3/ A-542 |

| NO. | REVISION | DATE | SKETCH NO. |
|---|---|---|---|
| 3 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 | 1492 |

SCALE

DASNY_TRAVELERS1 099500



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
                    OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-542

SKETCH NO.
1493

SCALE

DASNY_TRAVELERS1 099501



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

...RMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT

KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-624

SKETCH NO.
1404

SCALE

DASNY_TRAVELERS1 099502



| Baruch Academic Complex - Site B | | | |
|---|---|---|---|
| 55 LEXINGTON AVENUE       NEW YORK, NY 10010 | | ARCHITECT<br>KPF ASSOCIATES<br>11 WEST 57TH STREET<br>NEW YORK, NY 10019 | |
| OWNER<br>DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA.# 6500 1802 2178<br>1 PENNSYLVANIA PLAZA       NEW YORK, NY 10119 | | | |
| | | REF. DETAIL/SHEET NO.<br>1/ A-543 | SKETCH NO. |
| NO. | REVISION | DATE | |
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE<br>1449 |

DASNY_TRAVELERS1 099503



# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT

KFF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-543

SCALE

SKETCH NO.
1496

DASNY_TRAVELERS1 099504



Baruch Academic Complex - Site B

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.        SKETCH NO.
1/A-556                      1497

SCALE

DASNY_TRAVELERS1 099505



7 SIDE ELEV. SEMINAR ROOM (TYP.)
1/4" = 1'-0"

| | Baruch Academic Complex - Site B | ARCHITECT |
|---|---|---|
| | 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| | OWNER | 11 WEST 57TH STREET |
| | DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 |
| | 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | 7/A-565 | 149B |
| | | | SCALE N.T.S | |

DASNY_TRAVELERS1 099506



REAR ELEV. SEMINAR ROOM (TYP.)
1/4" = 1'-0"

(8)

Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2*78
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/96 |

REF. DETAIL/SHEET NO.
8/A-565

SKETCH NO.
1499

SCALE
N.T.S



LINE OF MASONRY @ JAMB
SS-2 COUNTER TOP
SEALANT TYP (CONT. 16)
PARTITION TYPE 9-H (CONT. 15)
ON PARTITION TYPE 17
8" NOMINAL CMU (CONT. 4)
LINE OF FLOOR SLAB

1 5/8"
2'-9"
8"
4"
1'-0 3/4"
1 5/8"
8 3/8"
9 3/8"
1 5/8"
1"
3'-0"

S.S. ANGLE SUPPORT

1A HEAD & SILL ROLL-UP SHUTTER
SCALE: 3"=1'-0"

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1A/A-604

SKETCH NO.
1500

SCALE
N.T.S

DASNY_TRAVELERS1 099508

MASONRY LINTEL AND
SUPPORT STEEL (CONT. 16);
SEE STRUCT. DWGS.

8" NOM. GROUND FACE
CONC. BLOCK (CONT. 4)

SEALANT AND
BACKER ROD (CONT. 16)

B.O. CMU
EL. +9'-8 3/8"

4 3/8"

B.O. SOFFIT
EL. +9'-4"

1/2" | 3" | 5/8"

PTD. STEEL CLOSURE (CONT. 16)
ATTACHED TO ANGLE ABOVE W/NO
EXPOSED FASTENERS; PAINT TO MATCH
ADJACENT METAL CEILING
SUSP. CEILING (CONT. 15)
TO CLOSURE

7  SOFFIT DETAIL AT GYM ENTRY
   SCALE: 3" = 1'-0"

| Baruch Academic Complex – Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |
| REVISION | DATE | T. A-604 | SKETCH NO. |
| ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE 1½"=1'-0" | 1501 |

DASNY_TRAVELERS1 099509



DASNY_TRAVELERS1 099510



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA≠ 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
6/A-608

SKETCH NO.
1503

SCALE
1" = 1'-0"

DASNY_TRAVELERS1 099511



PARTITION TYPE 35 (BRICK VENEER ON METAL STUDS)

BRICK VENEER ANCHORS Φ 16" O.C. VERTICALLY AND HORIZONTALLY

12" TYP. MODULE | 6"

12" TYP. MODULE | 12"

1/2"
2 1/2"

4 1/4"

1 3/4"
1/2"
4"
1'-4 1/2"
6"

STAINLESS STEEL AND GLASS DOOR (CONT.#16)

CUT BRICK AS NEEDED
NORMAN BRICK VENEER ANCHORED TO CMU
2 1/2"
GRIPSTAY ANCHORS AT COLUMNS TYP.
PARTITION TYPE 34 (BRICK VENEER ON METAL STUDS)

12" TYP. MODULE | 12"

16'-6 3/8" M.O.

6"
12"

12" TYP. MODULE | 6"

RECESS SEALANT AND BACKER ROD 1/2" FROM FACE OF DOOR HEAD

12"

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 4 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
7/A - 608

SKETCH NO.
1504

SCALE
1" = 1' -0"

DASNY_TRAVELERS1 099512