# EXHIBIT

# G – Part 6



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A - 616

SKETCH NO.
1505

SCALE
N.T.S

DASNY_TRAVELERS1 099513





SPRINKLER—COORD.
LOCATION w/ CANOPY
FRAMING
(CONTRACT #7)

LU#28 FIXT.
(CONTRACT #11)

AL—3

1/2"    1/2"

MC. 6X18 CENTERED
IN WALL

C2

EL: +40'—0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
10/A - 616

SKETCH NO.
1507

SCALE
1" = 1'—0"

## TERRAZZO BASE @ BRICK WALL
## LEVELS B1, B2, B3

⟨1⟩  SCALE: 6" = 1'-0"   ⚠️ ⟨2⟩

| GENERAL NOTE 1:  ALL WORK ON THIS SHEET | GENERAL NOTE 2:  ALL ZINC DIVIDER |
| IN CONTRACT #16 UNLESS OTHERWISE NOTED | STRIPS ARE $1/8$" |

| REVISION | DATE |
|---|---|
| •11 | 5/4/98 |
| M •2 (CONT. •16) | 6/5/98 |

### DETAIL @ TYPICAL EPOXY
### TERRAZZO DETAILS

| DATE | PROJECT NO. |
| MAY 4, 1998 | 1063.01 |
| SCALE | DRAWN BY |

DWG. NO.

# A-637

# Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-637

SKETCH NO.
1508

SCALE
NTS

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |



CONCRETE BLOCK
BY FOOD SERVICE
CONTRACT

SEE FS-009 FOR
DIMENSIONS AND
LOCATIONS

3/8"

6" CMU

3/8"

R 1"

9"

PRECAST TERRAZZO BASE @ CONCRETE
CURB IN FOOD COURT GR. FL.

SCALE: 6" = 1'-0"

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
11/A - 637

SKETCH NO.
1509

SCALE
N.T.S

DASNY_TRAVELERS1 099517



# TERRAZZO TO RESILIENT FLOORING DETAIL

⑬ SCALE: FULL SCALE

| **Baruch Academic Complex - Site B** | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. |

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | · 6/5/98 |

REF. DETAIL/SHEET NO. 13/A-637

SKETCH NO. 1510

SCALE N.T.S

DASNY_TRAVELERS1 099518



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1-2/A-641

SKETCH NO.
1511

SCALE
N.T.S

DASNY_TRAVELERS1 099519



**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA= 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
1/A-644

SKETCH NO.
1512

SCALE
N.T.S



LINE AT REVEAL

F-3  E-4  D-4  C-5

SS-2

SS-3

/1\ /2\

R 1'-6¼"

FOR STRUCTURAL STEEL
COLUMNS SEE STRUCTURAL
DWGS.
(CONT. #2)

2
-

9
--

## SECTION THROUGH
## METAL ENCLOSURE

5   SCALE: 1-1/2" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
S/A-650

SKETCH NO.
**1513**

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

SCALE
N.T.S

DASNY_TRAVELERS1 099521



COLUMN SECTION AT CEILING

10  HALF FULL SCALE

CEILING (CONT. #15)

GF-XPT-5

SUPPORT AS REQUIRED
BACK TO COLUMN

| Baruch Academic Complex - Site B | | |
|---|---|---|
| 55 LEXINGTON AVENUE         NEW YORK, NY 10010 | | |
| OWNER | | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | | |
| 1 PENNSYLVANIA PLAZA         NEW YORK, NY 10119 | | |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
10/A-650

SKETCH NO.
1514

SCALE
N.T.S

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

DASNY_TRAVELERS1 099522



OUTSIDE LINE
STEEL COLUMN
WHERE OCCURS

GF-1

SS-2

SS-3

$R = 1'-4\frac{3}{4}"$

$\frac{3}{8}"$

$7'-11\frac{5}{8}"$

**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
8/A-650

SCALE
N.T.S

SKETCH NO.
1515

DASNY_TRAVELERS1 099523



DETAIL OF GFRG JOINT
HALF FULL SCALE

GENERAL NOTE 1:  ALL WORK ON THIS SHEET
IN CONTRACT #16 UNLESS OTHERWISE NOTED

GENERAL NOTE 2:  SEE DETAIL 12 /A430
FOR SS. PROFILE

COLUMN ENCLOSURES

PROJECT NO.
1063.01

DRAWN BY
-

DWG. NO.

A-650

DATE
MAY 4, 1998

SCALE
AS SHOWN

| DATE | |
|---|---|
| 5/4/98 | |
| 6/5/98 | |

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A/A-650

SKETCH NO.
1516

SCALE
N.T.S

DASNY_TRAVELERS1 099524



ELEVATION OF ROUND COLUMN
GROUND FLOOR
SCALE: 1/2" = 1'-0"

9

T.O.F.F.
EL.+ 32'-6-3/8"

T.O. TERRAZZO

T.O.S.
EL.+ 31'-0"

GF-1

↓ 1'-6"

3/8"

7

6

SS-2

2

EPOXY
BASE

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE       NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
9/A-650

SKETCH NO.
1517

SCALE
N.T.S

DASNY_TRAVELERS1 099525



COLUMN SECTION AT
METAL ENCLOSURE

(8) HALF FULL SCALE

| | | |
|---|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT | |
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. | SKETCH NO. |
| | 8/A-650 | |
| NO.        REVISION        DATE | SCALE | 151B |
| 2        ADDENDUM ●2 (CONTRACT ●16)        6/5/98 | N.T.S | |

DASNY_TRAVELERS1 099526



6

H

3
A-652

SS-2

- GRAIN

WD-3

LINE OF PANEL
FACE BELOW

/2"

3 5/8"
MLT. STUD (CONT. #16)

12
A-606

1  3

- GRAIN -

2
A-504

S.S. CLOSURE TO ALIGN WITH
TERRAZZO BASE AT BENCH

1  3

BRICK WALL IN
(CONTRACT #4)

6"

1'-2"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE          NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
2/A-652

SCALE
1" - 1'-0"

SKETCH NO.
1519



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
5/A-654

SKETCH NO.
1520

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

SCALE
N.T.S

DASNY_TRAVELERS1 099528



NOTE:
SS-1 PANELS TO BE
16 GA. SS ON 16 GA.
1/4" FIRE-RESIST.
PLY. WD. PRE-BENT
IN SHOP. TYP. ATTACH
THRU 5/8" GWB TO MTL STUD.
W/CONCEALED #2 CLIP. TYP.
SHIM AS REQ'D. TYP.
(CONTRACT #16)

NOTE:
GWB,
PNLS.
ATTACH
TO BE

DETAIL @ HPE-4
B3 LEVEL REFL. CLG.
3  SCALE: 1/2" = 1'-0"

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE       NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA       NEW YORK, NY 10119

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
3/A-657

SKETCH NO.
1521

SCALE
N.T.S

DASNY_TRAVELERS1 099529



**Baruch Academic Complex - Site B**

55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| 2/A - 659 | 1522 |

| NO. | REVISION | DATE | SCALE |
|---|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | N.T.S |

DASNY_TRAVELERS1 099530



NOTE:
RADIUS CENTER POINT
IS LOCATED
8'-6½" SOUTH OF COL.G
4'-8⅜" WEST OF COL.8

½" x½" S.S.
REVEAL IN ALL
PLANES TYP.
AT END POINTS

⑨ PLAN DETAIL @ 2ND FL
SCALE: ¾"=1'-0"

| | Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|---|

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE      NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
9/A-665

SKETCH NO.
1523

| NO. | REVISION | DATE |
|---|---|---|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 |

SCALE
N.T.S

DASNY_TRAVELERS1 099531



1   SECTION @ LOBBY BALCONY WALL
    SCALE: 1/2" = 1'-0"

B.O. SOFFIT
EL.+ 41'-8½"

6
A-737

SOLID WD EDGE
TO MATCH VENEER, TYP.
(CONT. #15)

1/2

SS DIFFUSER,
FLANGES & EDGES TO
BE SS.+ (CONT. #3)

GWB CLG
SEAL EDGES @
FIN. MTL., TYP. (CONT. #15)

REVEAL ¼"

1¼"

10"

REVEAL ¾"

1½"

EL.+
41'-10"

| Baruch Academic Complex - Site B | ARCHITECT |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO.    SKETCH NO. |

| NO. | REVISION | DATE | 1/A-665 | 1524 |
|---|---|---|---|---|
| 2 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | SCALE  NTS | |

DASNY_TRAVELERS1 099532



³/₄" EXTRUDED ALUMINUM
REVEAL PTD. WITH CEILING
(CONT.#16 TYP.)

9
A-737

EL.+
41'-10"

SS-1

2 SECTION @ LOBBY WALL

SCALE: 1½" = 1'-0"

| Baruch Academic Complex - Site B | ARCHITECT |  |
|---|---|---|
| 55 LEXINGTON AVENUE        NEW YORK, NY 10010 | KPF ASSOCIATES | |
| OWNER | 11 WEST 57TH STREET | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA ● 6500 1802 2178 | NEW YORK, NY 10019 | |
| 1 PENNSYLVANIA PLAZA       NEW YORK, NY 10119 | REF DETAIL/SHEET NO. | SKETCH NO |
| | 2/A-665 | 1525 |

| NO. | REVISION | DATE | SCALE |
|---|---|---|---|
| 2 | ADDENDUM ●2 (CONTRACT ●16) | 6/5/98 | 1½" = 1'-0" |

DASNY_TRAVELERS1 099533



DASNY_TRAVELERS1 099534



PLAN DETAIL @ 2ND FLOOR
SCALE: 3" = 1'-0"

3

WALL PARTITION (CONTRACT #15)

B.7

9

CONT. #15

CONT. #16

1'-1½" E.O.S.

11" E.O.S.

6'8"

4'8"

2½"

1½"

PAINTED ¾" EXTRUDED ALUMINUM REVEAL (CONTRACT #15)
PAINT IN CONTRACT #16 TYP.

1
A-529

⅝" GWB AND MTL STUD.
(CONTRACT #16)

WOOD VENEER ON ¾" FIRE RESISTANT PLYWOOD MOUNTED WITH CONCEALED FASTENERS TO STUD WALL

DASHED LINE IS WOOD REVEAL BEYOND

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
3/A-665

SKETCH NO.
1527

| NO. | REVISION | DATE |
|-----|----------|------|
| 2 | ADDENDUM •2 (CONTRACT •16) | 6/5/98 |

SCALE N.T.S

DASNY_TRAVELERS1 099535



T.O.S. SLAB
EL. VARIES

9

8

STRUCTURAL SLAB (CONT.#9)

CONTINUOUS FIRESAFING (CONT.#16)

3/8" X 8" STEEL HEAD RESTRAINT,
@ 32" O.C. COMPRESSIBLE FILLER
AND BOND BEAMS (TYP.);
SEE STRUCTURAL DWGS.

CMU SEE PARTITION
SCHEDULE (CONT.#4)

FIRESAFING ELEVATION DETAILS

1

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE        NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

NO.        REVISION

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
7/A-666

SKETCH NO.
1528

SCALE
1" = 1'-0"

DATE
5/29/98

DASNY_TRAVELERS1 099536



STRUCTURAL SLAB (CONT.#9)

T.O.S. SLAB
EL. VARIES

METAL DECKING

CONTINUOUS FIRESAFING
BEYOND (CONT.#16)

3/8" X 8" STEEL HEAD RESTRAINT,
@ 32" O.C. COMPRESSIBLE FILLER
AND BOND BEAMS (TYP.);
SEE STRUCTURAL DWGS.

CMU SEE PARTITON
SCHEDULE (CONT.#4)

44 FIRESAFING SECTION DETAILS

**Baruch Academic Complex - Site B**
55 LEXINGTON AVENUE        NEW YORK, NY 10010
OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA        NEW YORK, NY 10119

| ARCHITECT |
|---|
| KPF ASSOCIATES |
| 11 WEST 57TH STREET |
| NEW YORK, NY 10019 |

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| 8/9  A-666 | 1529 |

| SCALE |
|---|
| 1" = 1'-0" |

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

DASNY_TRAVELERS1 099537



T.O.S. SLAB
EL. VARES

STRUCTURAL SLAB (CONT.#9)

CONTINUOUS FIRESAFING (CONT.#16)

3/8" X 8" STEEL HEAD RESTRAINT,
AND BOND BEAMS (TYP.);
@ 32" O.C. COMPRESSIBLE FILLER
SEE STRUCTURAL DWGS.

CMU SEE PARTITION
SCHEDULE (CONT.#4)

FIRESAFING ELEVATION DETAILS

| | |
|---|---|
| **Baruch Academic Complex - Site B** | ARCHITECT |
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | KPF ASSOCIATES |
| OWNER | 11 WEST 57TH STREET |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178 | NEW YORK, NY 10019 |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | REF. DETAIL/SHEET NO. / SKETCH NO. |

| NO. | REVISION | DATE | REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|---|---|---|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 | 10 / A-6.6.6 | 15 30 |
| | | | SCALE 1" - 1'-0" | |

DASNY_TRAVELERS1 099538



STRUCTURAL SLAB (CONT.#9)

T.O.S. SLAB
EL. VARIES

METAL DECKING

CONTINUOUS FIRESAFING
BEYOND (CONT.#16)

3/8" X 8" STEEL HEAD RESTRAINT,
@ 32" O.C. COMPRESSIBLE FILLER
AND BOND BEAMS (TYP.);
SEE STRUCTURAL DWGS.

CMU  SEE PARTITON
SCHEDULE (CONT.#4)

FIRESAFING SECTION DETAILS

11/12

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE      NEW YORK, NY 10010 | 11 WEST 57TH STREET |
| OWNER | NEW YORK, NY 10019 |

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA      NEW YORK, NY 10119

REF. DETAIL/SHEET NO.
11/12  A-666

SKETCH NO.
1531

SCALE
1" = 1'-0"

| NO. | REVISION | DATE |
|---|---|---|
| 3 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |

DASNY_TRAVELERS1 099539



DWG. NO.

A-703

PROJECT NO. VO6301

DRAWN BY ME

PARTITION TYPE DETAILS

DATE SEPTEMBER 16, 1997

SCALE 3" - 1'-0"

NON-RATED

GENERAL NOTES

NO.1: ALL GWB PARTITIONS IN CONTRACT #15 U.O.N.
NO.2: ALL MASONRY PARTITIONS IN CONTRACT #4
NO.3: SEE DET.7-12 ON A-666 FOR TYP. FIRESTOPPING
DETAIL AT MASONRY WALL. (CONTRACT #16)

| NO. | REVISION | DATE |
|-----|----------|------|
| 1 | ADDENDUM #3 (CONTRACT #3) | 9/16/97 |
| 2 | ADDENDUM #1 (CONTRACT #4) | 12/5/97 |
| 3 | BULLETIN #9 | 2/2/98 |
| 4 | ADDENDUM #1 (CONTRACT #15) | 2/23/98 |
| 5 | BULLETIN #11 | 5/4/98 |
| 6 | ADDENDUM #1 (CONTRACT #16) | 5/29/98 |
| 7 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ATING

# Baruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA          NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-703

SKETCH NO.
1532

| NO. | REVISION | DATE |
|-----|----------|------|
| | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

SCALE
N.T.S

DASNY_TRAVELERS1 099540



Baruch Academic Complex - Site B
55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER
DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
A-704

SKETCH NO.
1533

SCALE
N.T.S

NO.    REVISION    DATE

ADDENDUM #2 (CONTRACT #16)    6/5/98



3/4" EXT. ALUM. REVEAL PTD. W/ CEILING

2 1/2"

WD-1

VENEER WOOD ON 3/4" FIRE RESISTANT PLYWOOD MOUNTED WITH CONCEALED FASTENERS ONTO STUD WALL CONST. (CONT. #16)

3/5

9"

4"

4"

C-6

C-2

## Baruch Academic Complex - Site B

55 LEXINGTON AVENUE    NEW YORK, NY 10010

OWNER

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178
1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119

| NO. | REVISION | DATE |
|-----|----------|------|
| 5 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

REF. DETAIL/SHEET NO.
S/A-737

SCALE
3" = 1'-0"

SKETCH NO.
1534



SEAL TO BACK OF MULLION.

CMU BOND BEAM ON
8" CMU CURB. SEE
STUCTURAL DRAWINGS
FOR REINFORCING

PTD. ALUMINUM PANEL
EXTEND ALUMINUM AND SEAL
INTO GLAZING POCKET

CONCRETE PAVER BALLAST
IRMA ROOFING SYSTEM
SEE SIMILAR DETAIL 13/A-250

LIGHT CONCRETE FILL

T.O. SLAB 8 FL
132'-6"

CONT. #16

| Baruch Academic Complex - Site B | ARCHITECT KPF ASSOCIATES |
|---|---|
| 55 LEXINGTON AVENUE    NEW YORK, NY 10010 | 11 WEST 57TH STREET |
| OWNER | NEW YORK, NY 10019 |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, DA• 6500 1802 2178 | REF. DETAIL/SHEET NO. |
| 1 PENNSYLVANIA PLAZA    NEW YORK, NY 10119 | 4/A-382 |

| NO. | REVISION | DATE | SCALE | SKETCH NO. |
|---|---|---|---|---|
| 3 | ADDENDUM #2 (CONTRACT #16) | 6/5/98 | | 1535 |

DASNY_TRAVELERS1 099543



ruch Academic Complex - Site B
55 LEXINGTON AVENUE          NEW YORK, NY 10010

OWNER
Y AUTHORITY OF THE STATE OF NEW YORK, DA# 6500 1802 2178
PENNSYLVANIA PLAZA          NEW YORK, NY 10119

| REVISION | DATE |
|---|---|
| ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| REF. DETAIL/SHEET NO. | SKETCH NO. |
|---|---|
| S-103 | 1536 |
| SCALE | |
| NTS | |

DASNY_TRAVELERS1 099544



ruch Academic Complex - Site B
5 LEXINGTON AVENUE    NEW YORK, NY 10010
OWNER
/ AUTHORITY OF THE STATE OF NEW YORK, DA● 6500 1802 2178
PENNSYLVANIA PLAZA    NEW YORK, NY 101:9

ARCHITECT
KPF ASSOCIATES
11 WEST 57TH STREET
NEW YORK, NY 10019

| REVISION | DATE |
|---|---|
| ADDENDUM #2 (CONTRACT #16) | 6/5/98 |

REF. DETAIL/SHEET NO.
22, 5-229

SKETCH NO.
1537

SCALE
NTS

DASNY_TRAVELERS1 099545