UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE                 :      07 Civ. 6915 (DLC)
COMPANY,
                                                        :
                           Plaintiff,                          **MOTION TO ADMIT**
                                                        :      **COUNSEL PRO HAC VICE**
             -against-
                                                        :
DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN       :
FOX ASSOCIATES, P.C.,
                                                        :
                           Defendants.
------------------------------------------------------------------------ X

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chad E. Sjoquist, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, pro hac vice, of:

| | |
|---|---|
| Applicant's Name: | Louis J. Dennis |
| Firm Name: | Zetlin & De Chiara LLP |
| Address: | 801 Second Avenue |
| City/State/Zip: | New York, New York 10017 |
| Telephone | (212) 682-6800 |
| Fax: | (212) 682-6861 |
| Email address: | LDennis@ZDLaw.com |

Louis J. Dennis is a member in good standing of the Bar of the State of California and is admitted to practice in United States District Court Central District of California.

There are no pending disciplinary proceedings against Louis J. Dennis in any state or federal court.

Dated: October 31, 2007
      New York, New York

                                                      Respectfully submitted,

                                                     _____
                                                     Chad E. Sjoquist
                                                     Bar No. CS 0142
                                                     Zetlin & De Chiara LLP
                                                     801 Second Avenue
                                                     New York, New York 10017
                                                     Telephone:  (212) 682-6800
                                                     Fax:            (212) 682-6861

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE      :   07 Civ. 6915 (DLC)
COMPANY,
                                             :
                    Plaintiff,                   **AFFIDAVIT OF CHAD E.**
                                             :   **SJOQUIST IN SUPPORT OF**
          -against-                              **MOTION TO ADMIT COUNSEL**
                                             :   **PRO HAC VICE**
DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN     :
FOX ASSOCIATES, P.C.,
                                             :
                    Defendants.
------------------------------------------------------------------- X

State of New York      )
                       )   ss:
County of New York     )

Chad E. Sjoquist, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Zetlin & De Chiara, counsel to Defendant Kohn Pedersen Fox Associates, P.C. ("KPF") in the above-captioned action. I am fully familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of KPFs motion to admit Louis J. Dennis as counsel, pro hac vice, to represent KPF in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Dennis for over one year.

4. Mr. Dennis is of counsel to Zetlin & De Chiara LLP in Los Angeles, California and New York, New York.

5. I have found Mr. Dennis to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Louis J. Dennis, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Louis J. Dennis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this motion to admit Louis J. Dennis, pro hac vice, to represent Defendant KPF in the above-captioned matter, be granted.

Dated: October 31, 2007
New York, New York

Notarized: 10/31/07

*Notary Public*

RACHEL MARINO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6120953
Qualified In New York County
Commission Expires January 03, 20__

Respectfully submitted,

Chad E. Sjoquist
Bar No. CS 0142

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

October 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LOUIS JAY DENNIS, #157586 was admitted to the practice of law in this state by the Supreme Court of California on February 7, 1992; that from the date of admission to December 31, 2002, he was an ACTIVE member of the State Bar of California; that on December 31, 2002, he transferred at his request to the INACTIVE status; that from that date to July 3, 2006, he was an INACTIVE member of the State Bar of California; that on July 3, 2006, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE      :   07 Civ. 6915 (DLC)
COMPANY,
                                              :
                    Plaintiff,                    **ORDER FOR ADMISSION**
                                              :   **PRO HAC VICE**
        -against-                                 **ON WRITTEN MOTION**
                                              :
DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN    :
FOX ASSOCIATES, P.C.,
                                              :
                    Defendants.
------------------------------------------------------------------ X

Upon the motion of Chad E. Sjoquist, attorney for Kohn Pedersen Fox Associates, P.C. and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Louis J. Dennis |
| Firm Name: | Zetlin & De Chiara LLP |
| Address: | 801 Second Avenue |
| City/State/Zip: | New York, New York 10017 |
| Telephone/Fax: | (212) 682-6800 / (212) 682-6861 |
| Email address: | LDennis@ZDLaw.com |

is admitted to practice pro hac vice for Defendant Kohn Pedersen Fox Associates, P.C. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nyds.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

_____
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

A True and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid on this 31st day of October, 2007 to the following counsel of record:

Dreifuss Bonacci & Parker, LLP
*Attorneys for Plaintiff*
26 Columbia Turnpike North
Florham Park, New Jersey 07932
Attn.: Joanne M. Bonacci, Esq.

Holland & Knight, LLP
*Attorneys for Defendant*
*Dormitory Authority – State of New York*
195 Broadway
New York, New York 10007
Attn.: Stephen B. Shapiro, Esq.

Mazur Carp & Rubin, P.C.
*Attorneys for Defendant*
*TDX Construction Corp.*
1250 Broadway
New York, New York 10001
Attn.: Gary L. Rubin, Esq.