UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　　　　　　　Defendants. | Case No. 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　　　　　vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　　　Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　　Fourth-Party Plaintiffs,<br><br>　　　　　　vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br>　　　　　Fourth-Party Defendants. | **RULE 7.1 DISCLOSURE STATEMENT FOR FOURTH-PARTY PLAINTIFFS, TRATAROS CONSTRUCTION, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Fourth-Party Plaintiff, Trataros Construction, Inc. (hereinafter "Trataros") is a non-governmental party, and is a privately held corporation organized under the laws of the State of New York, which has subsequently ceased business operations. Trataros is not a subsidiary of any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record further certifies that the following are corporate parents, affiliates and/or subsidiaries of Fourth-Party Plaintiff, Travelers Casualty and Surety Company, which are held publicly:

> Travelers Casualty and Surety Company is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: Florham Park, New Jersey
       November 13, 2007

                          Respectfully submitted,
                          DREIFUSS BONACCI & PARKER, LLP

                          /s/
                          Eli J. Rogers (ER:6564)
                          *Attorneys for Fourth-Party Plaintiffs,*
                          *Trataros Construction, Inc. and Travelers*
                          *Casualty and Surety Company*
                          26 Columbia Turnpike, North Entrance
                          Florham Park, New Jersey 07932
                          973-514-1414