UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　　Defendants.<br><br>DORMITORY AUHTORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　　　Third-Party Defendant. | Civil Action No. 07-CV-6915 (DLC)<br>**ECF CASE**<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

**ELI J. ROGERS, ESQ.**, of full age, declares as follows:

　　1.　　I am an associate with the law firm of Dreifuss Bonacci & Parker, LLP, counsel for the Third-Party Defendant, Trataros Construction, Inc. (hereinafter "Trataros").

　　2.　　On this date, I caused Trataros Construction, Inc.'s Answer to Third-Party Complaint to be served via electronic filing upon all parties currently appearing in this litigation:

　　　　Timothy B. Froessel, Esq.
　　　　Holland & Knight, LLP
　　　　195 Broadway
　　　　New York, New York 10007
　　　　*Attorneys for Defendants/Third-Party Plaintiffs,*
　　　　　*Dormitory Authority -State of New York*

*and TDX Construction Corp.*

David Abramovitz, Esq.
Zetlin & DeChiara, LLP
801 Second Avenue
New York, New York 10017
*Attorneys for Defendant,*
  *Kohn, Pederson, Fox & Associates, P.C.*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Florham Park, New Jersey
       November 13, 2007

                                             _____/S_____
                                             Eli J. Rogers, Esq. (ER:6564)

                                             DREIFUSS BONACCI & PARKER, LLP
                                             26 Columbia Turnpike
                                             North Entrance
                                             Florham Park, New Jersey 07932
                                             (973) 514-1414

2