SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE
COMPANY,

:     07 Civ. 6915 (DLC)

:

                 Plaintiff,

:     **ORDER FOR ADMISSION**
      **PRO HAC VICE**
-against-              **ON WRITTEN MOTION**

:

DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

:

                 Defendants.

:

---------------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11|19|67 |

Upon the motion of Chad E. Sjoquist, attorney for Kohn Pedersen Fox Associates,

P.C. and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that:

Applicant's Name:    Louis J. Dennis

Firm Name:    Zetlin & De Chiara LLP

Address:    801 Second Avenue

City/State/Zip:    New York, New York 10017

Telephone/Fax:    (212) 682-6800 / (212) 682-6861

Email address:    LDennis@ZDLaw.com

*Granted. Denise Cote November 19, 2007*

is admitted to practice pro hac vice for Defendant Kohn Pedersen Fox Associates, P.C. in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at <u>nyds.courts.gov</u>.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.


_____

United States District / Magistrate Judge