UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – THE STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07 Civ. 6915 (DLC)<br>ECF CASE<br><br><br>**AFFIDAVIT OF SERVICE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>Third-Party Plaintiffs,<br><br>- against -<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | |

KAREN L. HIPPNER hereby declares the following to be true under penalty of perjury:

On November 19, 2007, I caused the foregoing TDX Construction Corp.'s Reply to Travelers' Cross-Claims to be served upon all parties listed in the attached service list, at the addresses designated for service by depositing same, enclosed in a properly addressed wrapper, first-class postage, in an official depository under the exclusive care of the United States Postal Service within the State of New York.

On November 19, 2007 I caused the foregoing TDX Contruction Corp.'s Reply to Travelers' Cross-Claims to be served via electronic filing upon all parties currently appearing in this litigation.

Eli J. Rogers, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, New Jersey 07932
*Attorneys for Plaintiff*

David Abramovitz, Esq.
Zetlin & DeChiara LLP
801 Second Avenue
New York, NY 10017
*Attorneys for Kohn Pederson & Fox Assoc.*

Dated: New York, New York
       November 19, 2007

_____
Karen L. Hippner

Sworn to before me this date
November 19, 2007

_____
Notary Public

RUDY D. GREEN
Notary Public, State of New York
No. 02GR4952723
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 26, 2010

# 4950324_v1