UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No.: 07-CV-6915 (DLC)<br>**ECF CASE**<br><br>**FOURTH-PARTY DEFENDANT'S**<br>**RULE 7.1 DISCLOSURE** |

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,

Third-Party Plaintiff,

vs.

TRATAROS CONSTRUCTION, INC.

Third-Party Defendant.

TRATAROS CONSTRUCTION, INC., and TRAVELERS CASUALTY AND SURETY COMPANY

Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEZ INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY

GOLDBERG SEGALLA LLP
170 Hamilton Ave., Ste. 203
White Plains, NY 10601-1717

d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY
INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP;;
HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-
20 AND XYZ CORPS. 1-12,

> Fourth-Party Defendants.

Fourth-Party Defendant, DAYTON SUPERIOR CORPORATION, S/H/A DAYTON SUPERIOR CHEMICAL CORP., AND DAYTON SUPERIOR CORPORATION, by its attorneys, Goldberg Segalla LLP, as and for its Rule 7.1 Disclosure Statement, states as follows:

DAYTON SUPERIOR CORPORATION. is a privately held company.

Dated: White Plains, New York
November 30, 2007

Yours, etc.

BY: _____
William G. Kelly, Esq. (WGK-2982)
GOLDBERG SEGALLA, LLP
**Attorneys for Fourth-Party Defendant**
**DAYTON SUPERIOR CORPORATION S/H/A**
**DAYTON SPECIALTY CHEMICAL CORP.**
**A/K/A DAYTON SUPERIOR CORPORATION**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400
GS File No.: 15180.0001

TO:   JoAnne Bonacci (JB: 1354)
      DREIFUSS BONACCI & PARKER, LLP
      **Attorneys for Fourth-Party Plaintiffs**
      **TRATAROS CONSTRUCTION, INC. and**
      **TRAVELERS CASUALTY AND SURETY COMPANY**
      26 Columbia Turnpike
      North Entrance
      Florham Park, New Jersey 07932
      (973) 514-1414

David Aramovitz
Zeynel Karcioglu, Esq.
**Attorneys for Defendant**
**KOHN, PEDERSON, FOX & ASSOCIATES, P.C.**
36 East 20th Street
New York, N.Y. 10003
(212) 661-0722

Louis J. Dennis
Zetlin & DeChiara, LLP
801 Second Avenue
New York, N.Y. 10017
(212) 682-6800

Timothy B. Froessel, Esq. (FLA)
HOLLAND & KNIGHT, LLP
**Attorneys for Defendant/Third-Party Plaintiff**
**DORMITORY AUTHORITY OF THE STATE**
**OF NEW YORK**
195 Broadway
New York, New York 10007

Gary L. Rubin, Esq.
MAZUR, CARP & RUBIN, P.C.
**Attorneys for Defendant/Third-Party Plaintiff**
**TDX CONSTRUCTION CORP.**
1250 Broadway, 38th Floor
New York, New York 10001

93801.1