## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2007, I electronically filed the foregoing **FOURTH-PARTY ANSWER** with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

JoAnne Bonacci (JB: 1354)
DREIFUSS BONACCI & PARKER, LLP
**Attorneys for Fourth-Party Plaintiffs**
**TRATAROS CONSTRUCTION, INC. and**
**TRAVELERS CASUALTY AND SURETY COMPANY**
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey 07932
(973) 514-1414

David Aramovitz
Zeynel Karcioglu, Esq.
**Attorneys for Defendant**
**KOHN, PEDERSON, FOX & ASSOCIATES, P.C.**
36 East 20th Street
New York, N.Y. 10003
(212) 661-0722

Louis J. Dennis
Zetlin & DeChiara, LLP
801 Second Avenue
New York, N.Y. 10017
(212) 682-6800

Timothy B. Froessel, Esq. (FLA)
HOLLAND & KNIGHT, LLP
**Attorneys for Defendant/Third-Party Plaintiff**
**DORMITORY AUTHORITY OF THE STATE**
**OF NEW YORK**
195 Broadway
New York, New York 10007

Gary L. Rubin, Esq.<br>
MAZUR, CARP & RUBIN, P.C.<br>
**Attorneys for Defendant/Third-Party Plaintiff**<br>
**TDX CONSTRUCTION CORP.**<br>
1250 Broadway, 38th Floor<br>
New York, New York 10001

Dated: White Plains, New York
November 30, 2007

_____
WILLIAM G. KELLY (2982)

14