```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY,   :
as Administrator for Reliance Insurance Company,
                                         :
            Plaintiff,
                                         :
       -v-                                           07 CIV. 6915(DLC) (THK)*
                                         :
DORMITORY AUTHORITY STATE OF NEW YORK,   :           ORDER OF
TDX CONSTRUCTION CORP., and KOHN                     REFERENCE TO A
PEDERSEN FOX ASSOCIATES, P.C.,           :           MAGISTRATE JUDGE

            Defendants.                  :
-------------------------------------------------
DORMITORY AUTHORITY STATE OF NEW YORK,   :
TDX CONSTRUCTION CORP.,
                                         :
            Third-Party Plaintiffs,
                                         :
       -v-
                                         :
TRATAROS CONSTRUCTION, INC.,
                                         :
            Third-Party Defendant.
-------------------------------------------------:

TRATAROS CONSTRUCTION, INC.,             :

            Third-Party Plaintiff,       :

       -v-                               :

CAROLINA CASUALTY INSURANCE COMPANY, et  :
al.,
            Fourth-Party Defendants.     :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_  Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_\_  Specific Non-Dispositive Motion/Dispute*

\_\_\_\_  Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_\_  Habeas Corpus

| | | | |
|---|---|---|---|
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

===============================================================

\*   Do not check if already referred for general pretrial.

### SO ORDERED:

DATED:   New York, New York
         December 4, 2007

_____/s/ Denise Cote_____
DENISE COTE
United States District Judge