UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>      Plaintiff,<br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>      Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR FOURTH-PARTY DEFENDANT, OHIO CASUALTY INSURANCE COMPANY** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>      Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>      Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>      Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>      Fourth-Party Defendants. | |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certified that fourth-party defendant, Ohio

Casualty Corporation, is the 100 percent owner of the stock of the Ohio Casualty Insurance Company. Ohio Casualty Corporation is owned:

    78 percent  Liberty Mutual Insurance Company
      8 percent  Employers Insurance of Wausau Insurance Company
      8 percent  Peerless Insurance Company
      6 percent  Liberty Mutual Fire Insurance Company

Dated: Livingston, NJ
       December 7, 2007

Respectfully submitted,

**MORGAN MELHUISH ABRUTYN**

  /S/ JOSEPH DEDONATO
By: JOSEPH DEDONATO (JD7319)
*Attorneys for Fourth-Party Defendant*
*Ohio Casualty Insurance Company*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
(973) 994-2500
Our File No. OHH 25 112 HM

#465855