```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY, :
as Administrator for Reliance Insurance :
Company,                               :
                                       :
                Plaintiff,             :
                                       :
     -v-                               :
                                       :
DORMITORY AUTHORITY STATE OF NEW YORK, :   07 CIV. 6915 (DLC)
TDX CONSTRUCTION CORP., and KOHN       :
PEDERSEN FOX ASSOCIATES, P.C.,         :     PRETRIAL
                                       :   SCHEDULING ORDER
                Defendants.            :
-------------------------------------  :
DORMITORY AUTHORITY STATE OF NEW YORK, :
TDX CONSTRUCTION CORP.,                :
                                       :
           Third-Party Plaintiffs,     :
                                       :
     -v-                               :
                                       :
TRATAROS CONSTRUCTION, INC.,           :
                                       :
           Third-Party Defendant.      :
-------------------------------------  :
TRATAROS CONSTRUCTION, INC.,           :
                                       :
           Third-Party Plaintiff,      :
                                       :
     -v-                               :
                                       :
CAROLINA CASUALTY INSURANCE COMPANY, et :
al.,                                   :
           Fourth-Party Defendants.    :
-------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on November 30, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.    The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 1, 2008**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

2.  No additional parties may be joined or pleadings amended after **February 1, 2008**.

3.  The next pretrial conference is scheduled for **February 29, 2008** at **11 a.m.** in Courtroom 11B, 500 Pearl Street.

4.  The parties are instructed to contact the chambers of Magistrate Judge Katz prior to **July 25, 2008** in order to pursue settlement discussions under his supervision.
    The parties

5.  All fact discovery must be completed by **December 14, 2008**.

6.  Identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., by the party bearing the burden of proof on the issue must occur by **February 1, 2009**.
    Identification of experts and disclosure of expert testimony in rebuttal must occur by **February 22, 2009**.
    Disclosure of amended expert reports must occur by **March 14, 2009**.

7.  All expert discovery must be completed by **May 2, 2009**.

Dated:   New York, New York
         December 6, 2007

                                    _____
                                          DENISE COTE
                                    United States District Judge