Electronic Filing
ECF 1:07-cv-06915

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY,    07-CV-6915-DLC
etc.,

        Plaintiffs,

    - - against - -    **Rule 7.1 Statement**

DORMITORY AUTHORITY - STATE OF NEW YORK,
et al.,

        Defendants.
-------------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK, et ano.,

        Third-Party Plaintiffs,

    - - against - -

TRATAROS CONSTRUCTION, INC.,

        Third-Party Defendant.
-------------------------------------------------------------------------X
TRATAROS CONSTRUCTION INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

        Fourth-Party Plaintiffs,

    - - against - -

CAROLINA CASUALTY INSURANCE COMPANY,
et al.,

        Fourth-Party Defendants.
-------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and

magistrate-judges of the court to evaluate possible disqualification or recusal, the undersigned, attorneys-of-record for fourth-party defendant **Carolina Casualty Insurance Company**, hereby state that the only publicly-held corporation owning 10% or more of Carolina's stock is the **W.R. Berkley Corp.**

Carolina's corporate parents, subsidiaries, or affiliates are the following:

| | |
|---|---|
| Acadia Insurance Company | BF Re Underwriters, LLC |
| Admiral Insurance Company | Carolina Casualty Insurance Company |
| Admiral Risk Insurance Services, Inc. | Clermont Insurance Company |
| Berkley Aviation, LLC | Continental Western Group |
| Berkley Accident and Health, LLC | Facultative Resources, Inc. |
| Berkley Capital, LLC | Family First, Inc. |
| Berkley Dean & Company, Inc. | Firemen's Insurance Company of Washington, D.C. |
| Berkley Insurance Company | |
| Berkley International, LLC | Gemini Insurance Company |
| Berkley International Argentina S.A. | Great Divide Insurance Company |
| Berkley International Aseguradora de iesgos del Trabajo S.A. | Hong Kong Reinsurance Division |
| | Key Risk Insurance Company |
| Berkley International Seguros S.A. | Key Risk Management Services, Inc. |
| Berkley International do Brasil Seguros S.A. | Midwest Employers Casualty Company |
| Berkley International Philippines, Inc. | Monitor Liability Managers, Inc. |
| Berkley International Life Insurance Co., Inc. | Berkley Surety Group, Inc. |
| Berkley International Plans, Inc. | Nautilus Insurance Company |
| Berkley Medical Excess Underwriters, LLC | Preferred Employers Insurance Company |
| Berkley Mid-Atlantic Group | Signet Star Re, LLC |
| Berkley Net Underwriters, LLC | StarNet Insurance Company |
| Berkley Regional Insurance Company | Union Insurance Company |
| Berkley Regional Specialty Insurance Company | United Standard Insurance Group |
| | United Standard Lloyds |
| Berkley Risk Administrators Company, LLC | Vela Insurance Services, Inc. |
| Berkley Risk Solutions, Inc. | Watch Hill Fac Management, LLC |
| Berkley Specialty Underwriting Managers, LLC Insurance Company | W.R. Berkley Insurance (Europe), Limited |
| | W.R. Berkley Insurance (Europe), Limited, Sucursal en España |
| Berkley Technology Services, LLC | |
| Berkley Underwriting Partners, LLC | |

Dated: New York, NY
       December 14, 2007

<u>For Carolina Casualty Insurance Company</u>

ZICHELLO & McINTYRE, LLP

By: /s/ _____
      Vincent J. Zichello (VZ-3487)
      Office & P.O. Address
      420 Lexington Avenue
      New York, New York 10170
      Tel 212-972-5560
      E-mail zimc@msn.com

- - and - -

TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP

By: /s/ _____
      Robert Mark Wasko (RW-7811)
      226 West 26th Street
      New York, NY 10001
      Tel 516-240-8900
      E-mail rwasko@tlggr.com