UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE : 07 Civ. 6915 (DLC)
COMPANY,
:
               Plaintiff,
: **RULE 7.1 DISCLOSURE**
     -against- **STATEMENT**
:
DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN :
FOX ASSOCIATES, P.C.,
:
              Defendants.
------------------------------------------------------------------ X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Kohn Pedersen Fox Associates, P.C. certifies that Kohn Pedersen Fox Associates, P.C. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       December 27, 2007

                                   ZETLIN & DE CHIARA, LLP
                                   *Attorneys for Defendant*
                                       *Kohn Pedersen Fox Associates, P.C.*
                                   s/David Abramovitz
                                   David Abramovitz, Esq.
                                   801 Second Avenue
                                   New York, New York 10017
                                   (212) 682-6800