UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff,

vs.

DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP and KOHN, PEDERSON, FOX ASSOCIATES, P.C.,

    Defendants.

Case No. 07-CV-6915 (DLC)

ECF Case

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, et. al.,

    Fourth-Party Defendants.

---

**RULE 7.1 STATEMENT OF FOURTH-PARTY DEFENDANT
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Fourth-Party Defendant Allied World Assurance Company (U.S.), Inc. states that it is a non-governmental corporate entity, and is a wholly owned subsidiary of Allied World Assurance Holdings (Ireland) Ltd.,

215274.1

which is wholly owned by Allied World Assurance Holdings Ltd., and that both AIG and Chubb own 10% or more of its stock.

Dated:     New York, New York
              January 11, 2008

                       MOUND COTTON WOLLAN & GREENGRASS

                       By:   s/Diana E. Goldberg
                            Diana E. Goldberg (DG-3283)
                       One Battery Park Plaza
                       New York, NY 10004-1486
                       Tel.: (212) 804-4200
                       E-mail: *dgoldberg@moundcotton.com*

                       Attorneys for Fourth-Party Defendant Allied World Assurance Company (U.S.) Inc.

215274.1

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

    Jacob Mendelsohn, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over the age of 18 years, and resides in Kings County, New York.

    That on the 11th day of January, 2008, deponent served upon all parties the annexed Rule 7.1 Statement of Fourth-Party Defendant Allied World Assurance Company (U.S.) Inc., via the Court's ECF System.

                                                                     Jacob Mendelsohn

Sworn to before me this
11th day of January, 2008

_____
Notary Public

IRENE SIEGEL
Notary Public State of New York
No. 41-4872330
Qualified in Queens County
Commission Expires October 14, 2010