# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff,

vs.

DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP and KOHN, PEDERSON, FOX ASSOCIATES, P.C.,

    Defendants.

Case No. 07-CV-6915 (DLC)

ECF Case

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, et. al.,

    Fourth-Party Defendants.

---

**AFFIDAVIT OF ALFRED BODI IN SUPPORT
OF THE MOTION TO DISMISS THE FOURTH-PARTY COMPLAINT AGAINST
FOURTH-PARTY DEFENDANT ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC.**

1

216518.1

STATE OF NEW HAMPSHIRE   )
                         ) ss:
COUNTY OF HILLSBOROUGH   )

Alfred Bodi, being duly sworn, deposes and says:

1. I submit this affidavit in support of the Motion To Dismiss The Fourth-Party Complaint Against Fourth-Party Defendant Allied World Assurance Company (U.S.) Inc.

2. I am the Senior Vice President of Claims and Liability Management at North American Specialty Insurance Company and have personal knowledge of the matters discussed below.

3. Effective July 15, 2002, Allied World Assurance Company (U.S.) Inc., then known as Commercial Underwriters Insurance Company, was acquired by Allied World Assurance Holdings, Ltd. through its subsidiary Allied World Assurance Holdings (Ireland), Ltd from Swiss Reinsurance America Corporation.

4. Effective July 1, 2001, prior to the acquisition, all rights, obligations and liabilities on admitted insurance policies were transferred from Allied World Assurance Company (U.S.) Inc., then known as Commercial Underwriters Insurance Company, to North American Specialty Insurance Company through a transfer and assumption agreement.

5. Based upon the aforementioned transfer, Allied World Assurance Company (U.S.) Inc. has no interest in any policy, loss or payment related to the claims made against it in this litigation.

6. In addition, Allied World Assurance Company (U.S.) Inc. is not the successor in interest to Commercial Underwriters Insurance Company on any liabilities related to any insurance policy involved in this litigation.

2

216518.1

7. Upon my knowledge and belief, North American Specialty Insurance Company is the successor in interest to any policy involved in this litigation.

Dated: Manchester, New Hampshire
January 9, 2008

_____
Alfred Bodi

Sworn to and subscribed before me
this 9 day of January, 2008

_____
Notary Public

EUNICE C. KOUVELIOTIS, Notary Public
My Commission Expires January 4, 2010