UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>                     Defendants. | Case No. 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>                     Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>                     Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                     Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>                     Fourth-Party Defendants. | **TRATAROS CONSTRUCTION, INC.'S ANSWER TO COUNTERCLAIM OF DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION** |

Third-Party Defendant/Fourth-Party Plaintiff, Trataros Construction, Inc. ("Trataros"), by and through their attorneys, Dreifuss Bonacci & Parker, LLP, as and for its Answer to the Counterclaim of Fourth-Party Defendant, Dayton Superior Chemical Corp. a/k/a Dayton Superior Corporation ("Dayton Superior") alleges as follows:

1. The allegations contained in the unnumbered paragraph entitled "Counterclaim Against Trataros Construction, Inc." (hereinafter, the "Counterclaim") are denied.

**WHEREFORE**, Trataros demands judgment against Dayton Superior for the following relief:

    a. dismissal of the Counterclaim with prejudice;

    b. award of attorneys fees, costs and disbursements; and

    c. such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Dayton Superior's Counterclaim fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Dayton Superior lacks standing to pursue claims against Trataros.

### THIRD AFFIRMATIVE DFEFENSE

The Counterclaim is barred by the provisions of the appropriate statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the equitable doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of estoppel.

2

### SIXTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the equitable doctrine of unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred due to the absence of privity of contract between Dayton Superior and Trataros.

### EIGHTH AFFIRMATIVE DEFENSE

Any damages allegedly sustained by Dayton Superior were and/or will be caused in whole or in part by the culpable conduct of Dayton Superior, as a result of which Dayton Superior's Counterclaim is barred or diminished in the proportion that such culpable conduct has caused and/or will cause their alleged damages.

### NINTH AFFIRMATIVE DEFENSE

The Counterclaim is barred, in whole or in part, as a result of Dayton Superior's breach(es) of warranties, express and/or implied, covering its products utilized on and/or incorporated into the Baruch College, Site B project.

### TENTH AFFIRMATIVE DEFENSE

In the event Dayton Superior has sustained and/or will sustain damages as alleged in its Counterclaim, then such damages were/will be sustained as a result of the conduct of persons and/or entities other than Trataros, and for whose conduct Trataros was not responsible.

### ELEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of mitigation of damages.

### TWELFTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of avoidable consequence.

### THIRTEENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred as it may not properly be interposed in this action.

### FOURTEENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred under the doctrine of release.

### FIFTEENTH AFFIRMATIVE DEFENSE

The Counterclaims is barred by documentary evidence.

### SIXTEENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred, in whole or in part, as a result of Dayton Superior's breach(es) of the terms of its contract(s) with fourth-party defendant, Bartec Industries, Inc. ("Bartec"), to which contract(s) Trataros is and/or will be subrogated.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Trataros reserves the right to rely upon any and all additional defenses available to Travelers, and all Defendants, third-party defendants, fourth-party defendants, and other parties to the above-captioned matter, and any and all defenses asserted by Trataros and/or Travelers against claims or counter-claims asserted by any party to this action.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Trataros reserves the right to rely upon any and all additional defenses which may be disclosed during discovery in the within action.

Dated: Florham Park, New Jersey
January 11, 2008

        DREIFUSS BONACCI & PARKER, LLP

     By: _____/S/_____
       Eli J. Rogers (ER:6564)

       *Attorneys for Trataros Construction, Inc.*
       One Penn Plaza, 36th Floor
       New York, New York 10119

4

        *-and-*
        26 Columbia Turnpike
        North Entrance
        Florham Park, New Jersey 07932
        (973) 514-1414
        ***Please respond to New Jersey office***

TO: see attached Service List

**1:07-cv-06915-DLC** Travelers Casualty and Surety Company v. Dormitory Authority State of New York et al
Denise L. Cote, presiding
**Date filed:** 08/01/2007
**Date of last filing:** 01/11/2008

# Attorneys

| | | |
|---|---|---|
| **David Abramovitz**<br>Zeynel Karcioglu, Esq<br>36 East 20th Street<br>New York, NY 10003<br>(212) 661-0722<br>212-682-6861 (fax)<br>dabramovitz@zdlaw.com<br>*Assigned: 10/01/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Kohn Pedersen Fox Associates, P.C.**<br>*(Defendant)* |
| | | **Kohn Pedersen Fox Associates, P.C.**<br>*(Cross Defendant)* |
| **Joanne M. Bonacci**<br>Dreifuss, Bonacci & Parker, LLP<br>26 Columbia Turnpike, North Entrance<br>Florham Park, Nj 07932<br>(973)-514-1414<br>(973)-514-5959 (fax)<br>jbonacci@dbplawfirm.com<br>*Assigned: 08/10/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **Travelers Casualty and Surety Company**<br>*(Counter Defendant)* |
| | | **Travelers Casualty and Surety Company**<br>*(Counter Defendant)* |
| | | **Travelers** |

|  |  |  |
|---|---|---|
|  |  | Casualty and Surety Company *(Cross Claimant)* |
|  |  | Travelers Casualty and Surety Company *(Plaintiff)* |
| **Joseph DeDonato**<br>Morgan,Melhuish,Monaghan,Arviidson,Abrutyn&Lisowski<br><br>39 Broadway-35flr<br>New York, NY 10006<br>(212) 735-8600<br>(212)-509-3422 (fax)<br>jdedonato@morganlawfirm.com<br>*Assigned: 12/07/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **Ohio Casualty Insurance Company** *(FourthParty Defendant)* |
|  |  | **Ohio Casualty Insurance Company** *(Counter Claimant)* |
|  |  | **Ohio Casualty Insurance Company** *(Cross Claimant)* |
| **Louis J. Dennis**<br>Zetlin & De Chiara LLP<br>801 Second Avenue<br>New York, NY 10017<br>(212) 682-6800<br>(212) 682-6861 (fax)<br>*Assigned: 10/31/2007* | representing | **Kohn Pedersen Fox Associates, P.C.** *(Defendant)* |

**David Craig Dreifuss**

| | | |
|---|---|---|
| Dreifuss Bonacci & Parker, LLP<br>One Penn Plaza<br>36th Fl<br>New York, NY 10119<br>973-514-1414<br>973-514-5959 (fax)<br>DDreifuss@dbplawfirm.com<br>  *Assigned: 08/01/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Travelers Casualty and Surety Company**<br>*(Counter Defendant)* |
| | | **Travelers Casualty and Surety Company**<br>*(Cross Claimant)* |
| | | **Travelers Casualty and Surety Company**<br>*(Plaintiff)* |
| **Timothy B Froessel**<br>Holland & Knight LLP(FLA)<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202<br>(212) 513-3484<br>(212) 385-9010 (fax)<br>tbfroess@hklaw.com<br>  *Assigned: 09/28/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Dormitory Authority State of New York**<br>*(ThirdParty Plaintiff)* |
| | | **Dormitory Authority State of New York**<br>*(Counter Claimant)* |
| | | **Dormitory Authority State of New York**<br>*(Cross* |

|  |  |  |
|---|---|---|
|  |  | *Claimant)* |
|  |  | **Dormitory Authority State of New York** *(Defendant)* |
|  |  | **TDX Construction Corp.** *(ThirdParty Plaintiff)* |
|  |  | **TDX Construction Corp.** *(Counter Defendant)* |
|  |  | **TDX Construction Corp.** *(Cross Defendant)* |
|  |  | **TDX Construction Corp.** *(Defendant)* |
| **Diana Elaine Goldberg**<br>Mound Cotton Wollan & Greengrass (NYC)<br>One Battery Park Plaza<br>New York, NY 10004<br>212-804-4221<br>212-344-8066 (fax)<br>dgoldberg@moundcotton.com<br>  *Assigned: 01/11/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Allied World Assurance Company (U.S.) Inc.** *(FourthParty Defendant)* |
| **William Gordon Kelly**<br>Goldberg Segalla LLP (NJ) |  | **Dayton** |

| | | |
|---|---|---|
| 301 Carnegie Center<br>Princeton, NJ 08540<br>(914) 798-5400<br>(914) 798-5401 (fax)<br>wkelly@goldbergsegalla.com<br>*Assigned: 11/30/2007*<br>*LEAD ATTORNEY* | representing | **Superior Specialty Chemical Corp.**<br>*(FourthParty Defendant)* |
| | | **Dayton Superior Specialty Chemical Corp.**<br>*(Counter Claimant)* |
| | | **Dayton Superior Specialty Chemical Corp.**<br>*(Cross Claimant)* |
| | | **Dayton Superior Specialty Chemical Corp.**<br>*(Cross Defendant)* |
| **Eli John Rogers**<br>Dreifuss Bonacci & Parker, LLP<br>26 Columbia Turnpike, North Entrance<br>Florham Park, NJ 07932<br>(973)-514-1414<br>(973)-514-5959 (fax)<br>erogers@dbplawfirm.com<br>*Assigned: 10/26/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **Travelers Casualty and Surety Company**<br>*(Counter Defendant)* |
| | | **Travelers Casualty and Surety** |

|  |  |  |
|---|---|---|
|  |  | Company *(Cross Claimant)* |
|  |  | **Trataros Construction, Inc.** *(ThirdParty Defendant)* |
|  |  | **Trataros Construction, Inc.** *(Counter Claimant)* |
|  |  | **Trataros Construction, Inc.** *(Counter Defendant)* |
|  |  | **Trataros Construction, Inc.** *(Cross Claimant)* |
| **Vincent J. Zichello**<br>Zinker & Herzberg, LLP<br>278 East Main Street, Suite C, Po Box 866<br>Smithtown, NY 11787<br>212-972-5560<br>212-972-5569 (fax)<br>zimc@msn.com<br>  Assigned: 12/14/2007<br>  ATTORNEY TO BE NOTICED | representing | **Carolina Casualty Insurance Company** *(FourthParty Defendant)* |
|  |  | **Carolina Casualty Insurance Company** *(Counter Claimant)* |

**Carolina Casualty Insurance Company**
*(Cross Claimant)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2008 16:50:29 | | | |
| PACER Login: | nr0008 | Client Code: | 192-61 |
| Description: | Attorney List | Search Criteria: | 1:07-cv-06915-DLC |
| Billable Pages: | 3 | Cost: | 0.24 |