**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, <br><br> Plaintiff <br><br> vs. <br><br> DORMITORY AUTHORITY – STATE OF NEW YORK, et al., <br><br> Defendants. | Case No. 07-CV-6915 (DLC) <br> **ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP., <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> TRATAROS CONSTRUCTION, INC., <br><br> Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY, <br><br> Fourth-Party Plaintiffs, <br><br> vs. <br><br> CAROLINA CASUALTY INSURANCE COMPANY, et al., <br><br> Fourth-Party Defendants. | **NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP RULE 12(b)(6)** |

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Robert R. Brooks-Rigolosi, dated January 14, 2008, and the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings, papers and proceedings heretofore had herein, Defendant Specialty Construction Brands, Inc. t/a TEC ("TEC") will move this Court, Hon. Denise L. Cote, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on the date and time to be determined by the Court, for an Order (i) dismissing the Complaint of the above-named plaintiff

as against TEC pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (ii)

awarding costs and such other and further relief as to this Court shall seem just and proper.


Dated: New York, New York
      January 14, 2008

                            SEGAL McCAMBRIDGE SINGER &
                            MAHONEY, LTD.
                            *Attorneys for Fourth-Party Defendant*
                            *Specialty Construction Brands, Inc. t/a TEC*
                            /s/ Robert R. Brooks-Rigolosi, Esq.
                            Robert R. Brooks-Rigolosi (RRBR 5264)
                            830 Third Avenue, Suite 400
                            New York, NY  10022
                            (212) 651-7500