AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)
COUNTY OF NEW YORK )

    Marguerite O'Toole, being duly swore, deposes and says:

    Deponent is not a party to this action, is over the age of 18 years, and resides in Bronx County, New York.

    That on the 14th day of January, 2008, deponent served upon all parties the annexed Memorandum of law in Support of Specialty Construction Brands, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) via the Court's ECF System.

                                                             Marguerite O'Toole

Sworn to before me this
14th day of January, 2008

_____
Notary Public

MATTHEW P. FREDERICK
Notary Public, State of New York
No. 01FR6091414
Qualified in New York County
Commission Expires April 28, 20__