**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK** \_

|  |  |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | : 07-CV-6915 (DLC) <br> : **ECF CASE** |
| DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C., | : <br> : <br> : <br> : |
| Defendants. | : <br> : |
| _____ | : <br> : |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP., | : **RULE 7.1 DISCLOSURE** <br> : **STATEMENT FOR** <br> : **FOURTH-PARTY** |
| Third-Party Plaintiffs, | : **DEFENDANT** <br> : **LUMBERMENS** |
| vs. | : **MUTUAL CASUALTY** <br> : **COMPANY,** |
| TRATAROS CONSTRUCTION, INC., | : **IMPROPERLY SUED** <br> : **AS KEMPER** |
| Third-Party Defendant. | : **CASUALTY** <br> : **INSURANCE** |
| _____ | : **COMPANY, d/b/a** |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY, | : **KEMPER INSURANCE** <br> : **COMPANY** |
| Fourth-Party Plaintiffs, | : <br> : <br> : |
| vs. | : <br> : |
| CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

INSURANCE COMPANY; ZURICH AMERICAN INSURANCE'  :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO      :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY  :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY  :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20,                                              :
                                                                                  :
_____Fourth-Party Defendants._____:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for Fourth-Party Defendant, Lumbermens Mutual Casualty Company, improperly sued as

Kemper Casualty Insurance Company d/b/a Kemper Insurance Company ("LMC"), hereby certifies

that LMC is a non-governmental party, and:

1.      LMC is the parent company of Universal Bonding Holding Company, Inc.

2.      Universal Bonding Insurance Company is a wholly-owned subsidiary of Universal

Bonding Holding Company, Inc., to which LMC is the parent company.

3.      LMC is the parent company of Kemper Casualty, Inc.

4.      Kemper Casualty Insurance Company is a wholly-owned subsidiary of Kemper

Casualty, Inc, to which LMC is the parent company.

5.      LMC is the parent company of Kemper International Corporation.

6.      Kemper S.A. (Belgium), Kemper Insurance Company Limited (Australia), Kemper

International Insurance Company PTE Limited (Singapore) and Seven Continents Insurance

Company Limited (Bermuda) are wholly-owned subsidiaries of Kemper International Corporation,

to which LMC is the parent company.

7.      LMC is the parent company of Kempes, Inc.

8.      Specialty Surplus Insurance Company is a wholly-owned subsidiary of Kempes, Inc., to which LMC is the parent company.

9.      American Manufactures Mutual Insurance Company is a mutual company associated with LMC.

10.     Kemper Lloyds Insurance Company is a Texas Lloyds association of underwriters under the sponsorship of LMC.


Dated:  January 14, 2008


                                    By:   __s/ Michael S. Miller_____
                                          Michael S. Miller
                                          **TOMPKINS, McGUIRE,**
                                          **WACHENFELD &   BARRY LLP**
                                          *Attorneys for Fourth-Party Defendant*
                                          *Lumbermens Mutual Casualty Company*
                                          *("LMC"), improperly sued as Kemper*
                                          *Casualty Insurance Company d/b/a Kemper*
                                          *Insurance Company*
                                          140 Broadway
                                          51st Floor
                                          New York, New York 10005
                                          (212) 714-1720
                                          -and-
                                          Four Gateway Center
                                          100 Mulberry Street
                                          Newark, New Jersey 07102
                                          (973) 622-3000

## DECLARATION OF SERVICE

The undersigned hereby declares, under penalty of perjury, that on January 14, 2008, he caused a true copy of the foregoing Rule 7.1 Statement to be served via electronic filing and first class mail upon counsel for the various parties as follows:

JoAnne M. Bonacci, Esq.
**DREIFUSS BONACCI & PARKER, LLP,**
Attorneys for Fourth-Party Plaintiffs,
*TRATAROS* CONSTRUCTION, *INC AND TRAVELERS CASUALTY AND SURETY COMPANY*
26 Columbia Turnpike - North Entrance
Florham Park, NJ 07932
Tel:    (973) 514-1414
Fax:    (973) 514-5959
email: jbonacci@dbplawfirm.com

David Abramovitz, Esq,
**ZETLIN & DECI-HARA, LLP**
Attorneys for Defendants/Third-Party Plaintiff,
*KOHNJ PEDERSON, FOX & ASSOCIATES, P.C*
501 Second Avenue
New York, NY 10017
Tel:    (212) 682-6800
Fax:    (212) 682-6861
Email: dabramovitz@zdlaw.com

Robert R. Rigolosi
**SEGAL McCAMBRIDGE SINGER & MAHONEY**
Attorneys for Fourth-Party Defendant
*SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC*
830 Third Aye, Suite 400
NY, NY 10022
Tel:    (212) 651-7500/(212) 651-7423
Fax:    (212) 651-7499
email: rrigolosi@msm.com

Gary Wirth, Esq.
**TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP**
Attorneys for Fourth-Party Defendant
*CAROLINA CASUALTY INSURANCE COMPANY*
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
Tel:    (516) 240-8900
Fax:    (516) 240-8950
Email: gwirth@tlggr.com

William Kelly, Esq.
**GOLDBERG SEGALL, LLP.**
Attorneys for Fourth-Party Defendant
DAYTON *SUPERIOR SPECIALTY CHEMICAL CORP.*
a/k/a *DAYTON SUPERIOR* CORP.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel:    (914) 798-5400
Fax:    (914) 798-5401
email: wkelly@goldbergsegalla.com

Henry G. Morgan, Esq.
**MORGAN, MELHUISH, ABRUTYN**
Attorneys for Fourth-Party Defendant
OHIO *CASUALTY INSURANCE COMPANY*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
Tel:    (973) 994-2500
Fax:    (973) 994-3375
email: counsel@morganlawfirm.com

Donald G. Sweetman, Esq.
**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
Attorney for Fourth-Party Defendants
*GREAT AMERICAN INSURANCE COMPANY,*
*AMERICAN ALLIANCE INSURANCE COMPANY,*
*AMERICAN NATIONAL FIRE INSURANCE COMPANY*
*and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK*
6 Campus Drive
Parsippany, NJ 07054
Tel:    (973) 285-1919
Fax:    (973) 285-1177
Email: dsweetman@gkar-law.com

Ann Odelson, Esq.
**CARROLL, MCNULTY & KULL**
Attorney for Fourth-Party Defendant
*UNITED STATE FIRE INSURANCE COMPANY*
270 Madison Avenue
New York, NY 10016
Tel:    (212) 252-0004
Fax:  (212) 252-0444
Email: sds@melitoadolfsen.com

S. Dwight Stephens, Esq.
**MELITO & ADOLFSEN, P.C.**
Attorneys for Fourth-Party Defendant
*ZURICH AMERICAN INSURANCE COMPANY*
233 Broadway
New York, NY 10279
Tel:    (212) 238-5900
Fax:    (212) 238-8999
Email:    sds@melitoadolfsen.com

Martin Paul Lavelle, Esq.
**GREEN & LAVELLE**
Attorneys for Fourth-Party Defendant,
*NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA*
110 William Street
New York, NY 10038
Tel:    (212) 266-5580/5881
Fax:    (212) 528-0134
Email:    martin.lavelle@aig.com

Diana E. Goldberg, Esq.
**MOUND COTTON WOLLAN & GREENGRASS**
Attorneys for Fourth-Party Defendant
*COMMERCIAL UNDERWRITERS INSURANCE
COMPANY and ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.*
One Battery Park Plaza, 9th Floor
New York, NY 10004-1486
Tel:    (212) 804-4200
Fax:    (212) 344-8066
Email:  dgoldberg@moundcotton.com

Timothy B. Froessell, Esq.
**HOLLAND & KNIGHT, LLP**

6

Attorneys for Defendants/Third-Party Plaintiffs,
*DORMITORYAUTHORITY- STATE OF NEW YORK*
*and* TDX *CONSTRUCTION CORP.*
195 Broadway
New York, NY 10007
Tel:   (212) 513-3484
Fax:    (212) 385-9010
email: tbfroess@hklaw.com

Tricia Wishert, Esq.
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
Attorneys for Fourth-Party Defendant,
*HARLEYSVILLE MUTUAL INSURANCE COMPANY*
*(a/k/a HARLEYSVILLE INSURANCE COMPANY)*
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Tel:    (973) 451-3862
Fax:    (973) 451-3714
email: twishert@riker.com


DATED:  January 14, 2008


                                        s/Michael S. Miller
                                        Michael S. Miller