UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

                        Plaintiff,

        - against -

DORMITORY AUTHORITY – STATE OF NEW YORK, TDX
CONSTRUCTION CORP., and KOHN PEDERSEN FOX
ASSOCIATES, P.C.,

                        Defendants.

------------------------------------------------------------------------------X

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and
TDX CONSTRUCTION CORP.,

                    Third-Party Plaintiffs,

        - against -

TRATAROS CONSTRUCTION, INC.,

                    Third-Party Defendant.

------------------------------------------------------------------------------X

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                    Fourth-Party Plaintiffs,

        - against -

CAROLINA CASUALTY INSURANCE COMPANY, BARTEC
INDUSTRIES, INC., DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION,
SPECIALTY CONSTRUCTION BRANDS, INC., t/a TEC, KEMPER
CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY, GREAT AMERICAN INSURANCE
COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA., UNITED STATES FIRE INSURANCE
COMPANY, ALLIED WORLD ASSURANCE COMPANY (US)
INC. f/k/a COMMERCIAL UNDERWRITERSINSURANCE
COMPANY, ZURICH AMERICAN INSURANCE COMPANY d/b/a
ZURICH INSURANCE COMPANY, OHIO CASUALTY

Case No.:
07 Civ. 6915 (DLC)

ECF Case

**NOTICE OF
APPEARANCE**

INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP,
HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSRUANCE COMPANIES), JOHN DOES 1-20
AND XYZ CORPS. 1-20,

                    Fourth-Party Defendants.

------------------------------------------------------------------------------X


To the Clerk of this Court and all parties of Record:

Please enter my appearance as co-counsel in this case for Fourth-Party Defendant, Counterclaimant and

Cross-Claimant, Carolina Casualty Insurance Company.

I certify that I am admitted to practice in this Court.


Dated: New York, New York
        January 14, 2008

                              By: _____

                                    Robert Mark Wasko (RW 7811)

                              TORRE, LENTZ, GAMELL, GARY
                              & RITTMASTER, LLP
                              226 West 26th Street, 8th Floor
                              New York, New York 10001
                              Telephone:    (516) 240-8900
                              Facsimile:    (212) 691-6452

                              *Co-counsel for Carolina Casualty Insurance Company*