UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,

                         Plaintiff,

      vs.

THE DORMITORY AUTHORITY OF THE STATE OF
NEW YORK, TDX CONSTRUCTION CORP. and
KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,

                         Defendants.
-----------------------------------------------------------------------
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

                     Third Party Plaintiff,

      vs.

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

                   Third Party Defendants.
-----------------------------------------------------------------------
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

                   Fourth Party Plaintiffs,

      vs.

CAROLINA CASUALTY INSURANCE COMPANY;
BARTEC INDUSTRIES, INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASUALTY INSURANCE COMPANY d/b/a
KEMPER INSURANCE COMPANY; GREAT
AMERICAN INSURANCE COMPANY; NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA., UNITED STATES FIRE
INSURANCE COMPANY; ALLIED WORLD

Civil Action No: 07 Civ. 6915 (DLC)

**NOTICE OF APPEARANCE**

ASSURANCE COMPANY (U.S.) INC. f/k/a
COMMERCIAL UNDERWRITERS INSURANCE
COMPANY; ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY;
OHIO CASUALTY INSURANCE COMPANY d/b/a
OHIO CASUALTY GROUP; HARLEYSVILLE
MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY); JOHN
DOES 1-20 and XYZ CORPS. 1-20,

       Fourth Party Defendants,
-----------------------------------------------------------------------

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE, that in the above-captioned action, Robert R. Brooks-Rigolosi, Esq., of SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD, provide notice of his appearance as counsel of record for Fourth-Party Defendant SPECIALTY CONSTRUCTION BRANDS, INC. All papers relating to this action should be served electronically upon counsel of record undersigned below.

Dated: New York, New York
   January 15, 2008

               Respectfully Submitted,

            By: __/s/ Robert R. Brooks-Rigolosi_____
              SEGAL MCCAMBRIDGE SINGER &
              MAHONEY, LTD.
              Robert Rigolosi
              Attorneys for Defendant
              830 Third Avenue, 4th Floor
              New York, NY 10022
              (212) 651-7500
              (212) 651-7499