RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Fourth-Party Defendant,
Harleysville Insurance Company of New Jersey
(incorrectly pled as Harleysville Mutual Insurance Company)

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. AND KOHN PEDERSEN FOX ASSOCIATES, P.C.<br>Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>CASE NO. 07-CV-6915 (DLC)<br>ECF CASE<br><br><br>CIVIL ACTION<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth-Party Plaintiffs,<br><br>vs. | |

| |
|---|
| CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 AND XYZ CORPS. 1-20,<br><br>                      Fourth-Party Defendants. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Fourth Party Defendant, Harleysville Insurance Company of New Jersey, (incorrectly pled as Harleysville Mutual Insurance Company), by and through its attorneys, Riker, Danzig, Scherer, Hyland & Perretti LLP, hereby identifies the following parent corporation and/or publicly held corporation that owns 10% or more of the stock of Harleysville Insurance Company of New Jersey:  Harleysville Group, Inc.

                                         **RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**
                                         Attorneys for Fourth-Party Defendant,
                                         Harleysville Insurance Company of New Jersey
                                         (incorrectly pled as Harleysville Mutual Insurance Company)

Dated:  January 14, 2008                  By:   S/Lance J. Kalik
                                                        Lance J. Kalik

3823569.1