AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )
COUNTY OF NEW YORK    )

      Karen Larson, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over the age of 18 years, and resides in New York County, New York.

      That on the 15th day of January, 2008, deponent served upon all parties on the annexed service rider Specialty Construction Brands, Inc. t/a TEC's Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) via the United States Postal Service.

                                                                        _____
                                                                           Karen Larson

Sworn to before me this
15th day of January, 2008

_____
Notary Public

LIZA M. HOFMANN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01HO6172145
QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES 08/06/2011

Travelers v. DASNY, et al.

## SERVICE RIDER

**BOLLINGER RUBERRY & GARVEY**
David A. Larson, Esq.
500 West Madison Street, 23rd Floor
Chicago, IL 60661
Tel:    312-466-8000
Fax:    312-466-8001
David.larson@brg-law.net
*Counsel for Kemper*

**MELITO & ADOLFSEN, P.C.**
S. Dwight Stephens, Esq.
233 Broadway
New York, NY 10279
Tel:    212-238-8900
Fax:    212-238-8999
*Counsel for Zurich*

**CARROLL, MCNULTY & KULL**
John P. De Filippis, Esq.
570 Lexington Avenue, 10th Floor
New York, NY 10022
Tel:    212-252-0004
Fax:    212-252-0444
jdefilippis@cmk.com
*Counsel for United States Fire Insurance Company*

**GREEN & LAVELLE**
Erika C. Aljens, Esq.
110 William Street, 18th Floor
New York, NY 10038
Tel:    212-266-5880
Fax:    212-528-0134
Martin.lavelle@aig.com
*Counsel for National Union Fire Insurance Company of Pittsburgh, PA.*

**STEINBERG & CAVALIERE, LLP**
Steven Alan Coploff, Esq.
50 Main Street
White Plains, NY 10606
Tel:    914-761-4200
Fax:    914-761-4256
steincav@aol.com
*Counsel for Kemper*

**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
Marisa Slaten, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07960
Tel:    973-451-3862
Fax:    973-451-3714
*Counsel for Harleysville*

**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
Donald G. Sweetman, Esq.
6 Campus Drive
Parsippany, NJ 07054
Tel:    973-285-1919
Fax:    973-285-1177
dsweetman@gkar-law.com
*Counsel for American Alliance Insurance Company, American National Fire Insurance Company, Great American Insurance Company, and Great American Insurance Company of New York*

**GOLDBERG SEGALLA, LLP**
William G. Kelly, Esq.
170 Hamilton Avenue, Suite 203
White Plains, NY 10601
Tel:    914-798-5400
Fax:    914-798-5401
wkelly@goldbergsegalla.com
*Counsel for Fourth-Party Defendant, Dayton Superior Specialty Chemical Corp., a/k/a Dayton Superior Corp.*

**O'CONNOR, REDD, GOLLIHUE & SKLARIN, LLP**
Jeremy Platek, Esq.
200 Mamaroneck Avenue
White Plains, NY 10601
Tel:    914-686-1700, x239
Fax:    914-328-3184
jplatek@oconnorlawfirm.com
*Counsel for Fourth-Party Defendant Bartec Industries Inc.*

**TORRE, LENTZ, GAMELL, GARY & RITTMASTER LLP**
Robert Mark Wasko, Esq.
226 West 26th Street, 8th Floor
New York, NY 10001-6785
Tel:    516-240-8900
Fax:    212-691-6452
*Counsel for Fourth-Party Defendant, Carolina Casualty Insurance Company*

911023