UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

                    Plaintiff,

    vs.

THE DORMITORY AUTHORITY OF THE STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,

                    Defendants.
------------------------------------------------------------------------
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                    Third Party Plaintiff,

    vs.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

                    Third Party Defendants.
------------------------------------------------------------------------
TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

                    Fourth Party Plaintiffs,

    vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC., DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUSTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD

Civil Action No: 07 Civ. 6915 (DLC)

**NOTICE OF APPEARANCE**

```
ASSURANCE COMPANY (U.S.) INC. f/k/a      :
COMMERCIAL UNDERWRITERS INSURANCE        :
COMPANY; ZURICH AMERICAN INSURANCE       :
COMPANY d/b/a ZURICH AMERICAN INSURANCE  :
COMPANY d/b/a ZURICH INSURANCE COMPANY;  :
OHIO CASUALTY INSURANCE COMPANY d/b/a    :
OHIO CASUALTY GROUP; HARLEYSVILLE        :
MUTUAL INSURANCE COMPANY (a/k/a          :
HARLEYSVILLE INSURANCE COMPANY); JOHN    :
DOES 1-20 and XYZ CORPS. 1-20,           :
                                         :
                 Fourth Party Defendants, :
-----------------------------------------
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that in the above-captioned action, Robert R. Brooks-Rigolosi, Esq., of SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD, provide notice of his appearance as counsel of record for Fourth-Party Defendant SPECIALTY CONSTRUCTION BRANDS, INC.  All papers relating to this action should be served electronically upon counsel of record undersigned below.

Dated: New York, New York
       January 16, 2008

                            Respectfully Submitted,


                            By: __/s/ Robert R. Brooks-Rigolosi____
                                SEGAL MCCAMBRIDGE SINGER &
                                MAHONEY, LTD.
                                Robert R. Brooks-Rigolosi
                                Attorneys for Defendant
                                Specialty Construction Brands, Inc.
                                830 Third Avenue, 4th Floor
                                New York, NY 10022
                                (212) 651-7500
                                (212) 651-7499