01/JAN. 14. 2008 5:22PM 2 2650 DREIFUSS BONACC[RROLL, McNULTY NO. 866 P. 202

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,

        Plaintiff,

-against-

THE DORMITORY AUTHORITY OF THE STATE
OF NEW YORK, TDX CONSTRUCTION CORP.
and KOHN, PEDERSON, FOX & ASSOCIATES,
P.C.,

        Defendants.
------------------------------------------------------------x
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

        Third-Party Plaintiff,

-against-

TRATAROS CONSTRUCTION, INC.,

        Third-Party Defendants.
------------------------------------------------------------x
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

        Fourth-Party Plaintiffs,

-against-

CAROLINA CASUALTY INSURANCE
COMPANY, BARTEC INDUSTRIES INC.,
DAYTON SUPERIOR SPECIALTY CHEMICAL
CORP. a/k/a DAYTON SUPERIOR
CORPORATION SPECIALTY CONSTRUCTION
BRANDS, INC. SPECIALITY CONSTRUCTION
BRANDS, INC. t/a TEC; KEMPER CASUALTY
INSURANCE COMPANY, d/b/a KEMPER
INSURANCE COMPANY, GREAT AMERICAN

Civil Action No. 07 CV 6915
(DLC)

ECF CASE

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, UNITED STATES FIRE INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP, HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY), INC.), JOHN DOES 1-20, and XYZ CORPS. 1-20.

    Fourth-Party Defendants.
----------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Fourth-Party Defendant, United States Fire Insurance Company, to respond to the Complaint in this action be extended to and including January 28, 2008. It is further stipulated and agreed that facsimile signatures may be deemed as originals. *There shall be no further extension.*

Dated: New York, New York
   January 14, 2008

Dreifuss Bonacci & Parker, LLP

By: _____
JoAnne Bonacci (JB 1354)
Attorneys for Fourth Party Plaintiffs
Trataros Construction, Inc, and
Travelers Casualty and Surety
Company
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
(973) 514-1414

Carroll McNulty, & Kull LLC

By: _____
John P. De Filippis (JD 2075)
Attorneys for Fourth Party Defendant
United States Fire Insurance Company
570 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 252-0004

So ordered.
*[signature]*
Jan. 17, 2008