```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TRAVELERS CASUALTY AND SURETY COMPANY   :
as Administrator for RELIANCE INSURANCE :
COMPANY,                                :    07 Civ. 6915 (DLC)
                            Plaintiff,  :
                                        :         ORDER
             -v-                        :
                                        :
DORMITORY AUTHORITY - STATE OF NEW      :
YORK, TDX CONSTRUCTION CORP. and KOHN   :
PEDERSEN FOX ASSOCIATES, P.C.,          :
                            Defendants. :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   Having reviewed the parties' submissions in connection with defendant Kohn Pedersen Fox Associates, P.C.'s motion to dismiss, it is hereby

   ORDERED that the October 1, 2007, motion to dismiss is denied for substantially the reasons stated in <u>Travelers Casualty & Surety Co. ex rel. Reliance Insurance Co. v. Dormitory Authority of State of New York</u>, No. 04 Civ. 5101(HB), 2005 WL 1177715 (S.D.N.Y. May 19, 2005).

   SO ORDERED:

Dated:   New York, New York
         January 24, 2008

                              _____
                                      DENISE COTE
                              United States District Judge