UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------
TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

                              Plaintiff,

                                 vs.

THE DORMITORY AUTHORITY OF THE STATE OF NEW
YORK, TDX CONSTRUCTION CORP. and KOHN,
PETERSON, FOX & ASSOCIATES, P.C.,

                              Defendants.
-------------------------------------------------------------------------
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK, and TDX CONSTRUCTION CORP.,

                            Third-Party Plaintiff,

                              vs.

TRATAROS CONSTRUCTION, INC.

                            Third-Party Defendants

-------------------------------------------------------------------------
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                            Fourth-Party Plaintiffs,

                              vs.

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP., a/k/a DAYTON BRANDS
INC., t/a TEC, KEMPER CASAULTY INSURANCE
COMPANY d/b/a KEMPER INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA., UNITED STATES FIRE INSURANCE
COMPANY, ALLIED WORLD ASSURANCE COMPANY (U.S.)
INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE

Civil Action No.:
07-CV-6915 (DLC)

ECF CASE

COMPANY, ZURICH AMERICAN INSURANCE COMPANY
d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY
INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP,
HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY), JOHN DOES 1-20,
and XYZ CORPS. 1-12,

**Fourth Party Defendants.**

-----

### NATIONAL UNION'S STATEMENT PURSUANT TO FRCP 7.1

National Union Fire Insurance Company of Pittsburgh, Pa. is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

*New York, New York*
*January 25, 2008*

_____
Erika C. Aljens
EA-9781
Law Offices of Green & Lavelle
110 William Street, 18th Floor
New York, New York 10038
(212) 266-5880
*Attorneys for Fourth-Party Defendant*
*National Union Fire Insurance Company of Pittsburgh, PA*