UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>                                    Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>                                    Defendants. | Case No. 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>                                    Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>                                    Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                                    Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>                                    Fourth-Party Defendants. | **FOURTH-PARTY PLAINTIFFS' ANSWER TO COUNTERCLAIM OF HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY** |

Plaintiff/Counterclaim Defendant/Fourth-Party Plaintiff, Travelers Casualty and Surety Company ("Travelers"), and Third-Party Defendant/Fourth-Party Plaintiff, Trataros Construction, Inc. ("Trataros"), by and through their attorneys Dreifuss Bonacci & Parker, LLP, as and for their Answer to the Counterclaim of Fourth-Party Defendant, Harleysville Mutual Insurance Company (a/k/a Harleysville Insurance Company), appearing here as Harleysville Insurance Company of New Jersey ("Harleysville"), allege as follows:

1.  The allegations contained in the unnumbered paragraph entitled "Counterclaims and Crossclaims for Indemnification & Contribution" (hereinafter, the "Counterclaim") are denied.

**WHEREFORE**, Travelers and Trataros demand judgment against Harleysville for the following relief:

   a.  dismissal of the Counterclaim with prejudice;

   b.  award of attorneys fees, costs and disbursements; and

   c.  such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Harleysville's Counterclaim fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Harleysville lacks standing to pursue claims against Trataros and Travelers.

### THIRD AFFIRMATIVE DFEFENSE

The Counterclaim is barred by the provisions of the appropriate statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the equitable doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the equitable doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred, in whole or in part, as a result of Harleysville's breach(es) of its obligations to Trataros and/or Travelers, pursuant to the contract(s) for insurance coverage between Harleysville and Bartec Industries Inc.

## EIGHTH AFFIRMATIVE DEFENSE

Any damages allegedly sustained by Harleysville were and/or will be caused in whole or in part by the culpable conduct of Harleysville, as a result of which Harleysville's Counterclaim is barred or diminished in the proportion that such culpable conduct has caused and/or will cause their alleged damages.

## NINTH AFFIRMATIVE DEFENSE

The Counterclaim is barred to the extent that Harleysville does not qualify as a claimant under the performance bond issued by Reliance Insurance Company in connection with Contract No. 16.

## TENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred due to Harleysville's failure to satisfy the terms and conditions of the performance bond issued by Reliance Insurance Company ("Reliance") in connection with Contract No. 16.

### ELEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is time-barred due to Harleysville's failure to timely file suit consistent with the terms and conditions of the performance bond issued by Reliance in connection with Contract No. 16.

### TWELFTH AFFIRMATIVE DEFENSE

In the event Harleysville has sustained and/or will sustain damages as alleged in its Counterclaim, then such damages were/will be sustained as a result of the conduct of persons and/or entities other than Travelers and/or Trataros, and for whose conduct neither Travelers nor Trataros was responsible.

### THIRTEENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of mitigation of damages.

### FOURTEENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of avoidable consequence.

### FIFTEENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred as it may not properly be interposed in this action.

### SIXTEENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred under the doctrine of release.

### SEVENTEENTH AFFIRMATIVE DEFENSE

The Counterclaims is barred by documentary evidence.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The Counterclaim as against Travelers is barred, as Travelers' obligations under the bonds issued by Reliance to Trataros have been discharged as a result of cardinal changes to the underlying Contracts Nos. 15 and 16.

### NINETEENTH AFFIRMATIVE DEFENSE

Travelers and Trataros reserve their rights to rely upon any and all additional defenses available to them, and all Defendants, third-party defendants, fourth-party defendants, and other parties to the above-captioned matter, and any and all defenses asserted by Trataros and/or Travelers against claims or counter-claims asserted by any party to this action.

### TWENTIETH AFFIRMATIVE DEFENSE

Travelers and Trataros reserve their rights to rely upon any and all additional defenses which may be disclosed during discovery in the within action.

Dated: Florham Park, New Jersey
January 25, 2008

                DREIFUSS BONACCI & PARKER, LLP

By: _____/S/_____
Eli J. Rogers (ER:6564)

*Attorneys for Travelers Casualty and Surety Company, and Trataros Construction, Inc.*
One Penn Plaza, 36th Floor
New York, New York  10119
      *-and-*
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey 07932
(973) 514-1414
***Please respond to New Jersey office***

TO:    see attached Service List

**1:07-cv-06915-DLC** Travelers Casualty and Surety Company v. Dormitory Authority State of New York et al
Denise L. Cote, presiding
**Date filed:** 08/01/2007
**Date of last filing:** 01/18/2008

# Attorneys

| | | |
|---|---|---|
| **David Abramovitz**<br>Zeynel Karcioglu, Esq<br>36 East 20th Street<br>New York, NY 10003<br>(212) 661-0722<br>212-682-6861 (fax)<br>dabramovitz@zdlaw.com<br>  *Assigned: 10/01/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Kohn Pedersen Fox Associates, P.C.**<br>*(Defendant)* |
| | | **Kohn Pedersen Fox Associates, P.C.**<br>*(Cross Defendant)* |
| **Joanne M. Bonacci**<br>Dreifuss, Bonacci & Parker, LLP<br>26 Columbia Turnpike, North Entrance<br>Florham Park, Nj 07932<br>(973)-514-1414<br>(973)-514-5959 (fax)<br>jbonacci@dbplawfirm.com<br>  *Assigned: 08/10/2007*<br>  *ATTORNEY TO BE NOTICED* | representing | **Travelers Casualty and Surety Company**<br>*(Counter Defendant)* |
| | | **Travelers Casualty and Surety Company**<br>*(Counter Defendant)* |
| | | **Travelers** |

**Casualty and Surety Company**
*(Cross Claimant)*

**Travelers Casualty and Surety Company**
*(Plaintiff)*

**Trataros Construction, Inc.**
*(ThirdParty Defendant)*

**Trataros Construction, Inc.**
*(Counter Claimant)*

**Trataros Construction, Inc.**
*(Counter Defendant)*

**Trataros Construction, Inc.**
*(Cross Claimant)*

**Travelers Casualty and Surety Company**
*(Counter Defendant)*

| | | |
|---|---|---|
| **Robert Richard Brooks-Rigolosi**<br>Segal McCambridge Singer & Mahoney, Ltd.<br>Sears Tower, 233 S. Wacker Drive, Ste 5500<br>Chicago, IL 60606<br>212 651-7500 x7417<br>(212)651-7499 (fax)<br>rrigolosi@smsm.com<br>  *Assigned: 01/16/2008*<br>  *ATTORNEY TO BE NOTICED* | representing | **Specialty Construction Brands, Inc. t/a TEC**<br>*(FourthParty Defendant)* |
| **Joseph DeDonato**<br>Morgan,Melhuish,Monaghan,Arviidson,Abrutyn&Lisowski<br><br>39 Broadway-35flr<br>New York, NY 10006<br>(212) 735-8600<br>(212)-509-3422 (fax)<br>jdedonato@morganlawfirm.com<br>  *Assigned: 12/07/2007*<br>  *ATTORNEY TO BE NOTICED* | representing | **Ohio Casualty Insurance Company**<br>*(FourthParty Defendant)* |
| | | **Ohio Casualty Insurance Company**<br>*(Counter Claimant)* |
| | | **Ohio Casualty Insurance Company**<br>*(Cross Claimant)* |
| **Louis J. Dennis**<br>Zetlin & De Chiara LLP<br>801 Second Avenue<br>New York, NY 10017<br>(212) 682-6800<br>(212) 682-6861 (fax)<br>  *Assigned: 10/31/2007* | representing | **Kohn Pedersen Fox Associates, P.C.**<br>*(Defendant)* |
| **David Craig Dreifuss**<br>Dreifuss Bonacci & Parker, LLP<br>One Penn Plaza<br>36th Fl | | **Travelers Casualty and** |

| | | |
|---|---|---|
| New York, NY 10119<br>973-514-1414<br>973-514-5959 (fax)<br>DDreifuss@dbplawfirm.com<br>  *Assigned: 08/01/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Surety Company**<br>*(Counter Defendant)* |
| | | **Travelers Casualty and Surety Company**<br>*(Cross Claimant)* |
| | | **Travelers Casualty and Surety Company**<br>*(Plaintiff)* |
| **Timothy B Froessel**<br>Holland & Knight LLP(FLA)<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202<br>(212) 513-3484<br>(212) 385-9010 (fax)<br>tbfroess@hklaw.com<br>  *Assigned: 09/28/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Dormitory Authority State of New York**<br>*(ThirdParty Plaintiff)* |
| | | **Dormitory Authority State of New York**<br>*(Counter Claimant)* |
| | | **Dormitory Authority State of New York**<br>*(Cross Claimant)* |

| | | |
|---|---|---|
| | | **Dormitory Authority State of New York** *(Defendant)* |
| | | **TDX Construction Corp.** *(ThirdParty Plaintiff)* |
| | | **TDX Construction Corp.** *(Counter Defendant)* |
| | | **TDX Construction Corp.** *(Cross Defendant)* |
| | | **TDX Construction Corp.** *(Defendant)* |
| **Christian Holt Gannon**<br>Segal McCambridge Singer & Mahoney, Ltd.<br>Sears Tower, 233 S. Wacker Drive, Ste 5500<br>Chicago, IL 60606<br>212-651-7500 x7417<br>(212)651-7499 (fax)<br>cgannon@smsm.com<br>  Assigned: 01/14/2008<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Specialty Construction Brands, Inc. t/a TEC** *(FourthParty Defendant)* |
| **Diana Elaine Goldberg**<br>Mound Cotton Wollan & Greengrass (NYC)<br>One Battery Park Plaza<br>New York, NY 10004<br>212-804-4221 | representing | **Allied World Assurance Company (U.S.)** |

| | | |
|---|---|---|
| 212-344-8066 (fax)<br>dgoldberg@moundcotton.com<br>  *Assigned: 01/11/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | | Inc.<br>*(FourthParty Defendant)* |
| **Lance Jon Kalik**<br>Riker, Danzig, Scherer, Hyland & Perretti, LLP(NJ)<br>Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981<br>Morristown, NJ 07962<br>973-451-8447<br>973-538-1984 (fax)<br>lkalik@riker.com<br>  *Assigned: 01/15/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Harleysville Mutual Insurance Company**<br>*(FourthParty Defendant)* |
| | | **Harleysville Mutual Insurance Company**<br>*(Counter Claimant)* |
| | | **Harleysville Mutual Insurance Company**<br>*(Cross Claimant)* |
| **William Gordon Kelly**<br>Goldberg Segalla LLP (NJ)<br>301 Carnegie Center<br>Princeton, NJ 08540<br>(914) 798-5400<br>(914) 798-5401 (fax)<br>wkelly@goldbergsegalla.com<br>  *Assigned: 11/30/2007*<br>  *LEAD ATTORNEY* | representing | **Dayton Superior Specialty Chemical Corp.**<br><br>*(FourthParty Defendant)* |
| | | **Dayton Superior Specialty** |

|  |  |  |
|---|---|---|
|  |  | Chemical Corp. *(Counter Claimant)* |
|  |  | **Dayton Superior Specialty Chemical Corp.** *(Cross Claimant)* |
|  |  | **Dayton Superior Specialty Chemical Corp.** *(Cross Defendant)* |
| **Michael Scott Miller**<br>Tompkins,McGuire, Wachenfeld & Barry<br>Four Gateway Center, 100 Mulberry Street<br>Newark, NY 07012<br>973-622-3000<br>973-623-7780 (fax)<br>mmiller@tompkinsmcguire.com<br>  Assigned: 01/14/2008<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Kemper Casualty Insurance Company** *(FourthParty Defendant)* |
|  |  | **Kemper Casualty Insurance Company** *(Counter Claimant)* |
| **Eli John Rogers**<br>Dreifuss Bonacci & Parker, LLP<br>26 Columbia Turnpike, North Entrance<br>Florham Park, NJ 07932<br>(973)-514-1414<br>(973)-514-5959 (fax) | representing | **Travelers Casualty and Surety Company** *(Counter* |

erogers@dbplawfirm.com
*Assigned: 10/26/2007*
ATTORNEY TO BE NOTICED

*Defendant)*

**Travelers Casualty and Surety Company**
*(Cross Claimant)*

**Trataros Construction, Inc.**
*(ThirdParty Defendant)*

**Trataros Construction, Inc.**
*(Counter Claimant)*

**Trataros Construction, Inc.**
*(Counter Defendant)*

**Trataros Construction, Inc.**
*(Cross Claimant)*

**Travelers Casualty and Surety Company**
*(Counter Defendant)*

**Travelers**

|  |  |  |
|---|---|---|
|  |  | Casualty and Surety Company *(Plaintiff)* |
|  |  | Travelers Casualty and Surety Company *(Counter Defendant)* |
| **Robert Mark Wasko**<br>Torre, Lentz, Gamell, Gary & Riimaster, LLP<br>226 West 26th Street<br>8th Floor<br>New York, NY 10001<br>(516) 240 8900<br>(212) 691 6452 (fax)<br>rwasko@tlggr.com<br>  *Assigned: 01/14/2008*<br>  *ATTORNEY TO BE NOTICED* | representing | Carolina Casualty Insurance Company *(FourthParty Defendant)* |
|  |  | Carolina Casualty Insurance Company *(Counter Claimant)* |
|  |  | Carolina Casualty Insurance Company *(Cross Claimant)* |
| **Vincent J. Zichello**<br>Zichello & McIntyre, LLP<br>420 Lexington Avenue, Suite 2800<br>New York, NY 10170<br>212-972-5560<br>212-972-5569 (fax)<br>zimc@msn.com<br>  *Assigned: 12/14/2007* | representing | Carolina Casualty Insurance Company *(FourthParty Defendant)* |

*ATTORNEY TO BE NOTICED*

**Carolina Casualty Insurance Company**
*(Counter Claimant)*

**Carolina Casualty Insurance Company**
*(Cross Claimant)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/25/2008 10:42:00 | | | |
| PACER Login: | nr0008 | Client Code: | 192-61 |
| Description: | Attorney List | Search Criteria: | 1:07-cv-06915-DLC |
| Billable Pages: | 4 | Cost: | 0.32 |