UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY<br>as Administrator for RELIANCE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>THE DORMITORY AUTHORITY - STATE OF<br>NEW YORK, TDX CONSTRUCTION CORP. and KOHN<br>PEDERSEN FOX & ASSOCIATES, P.C.,<br><br>Defendants, | **Civil Action No.:**<br>07-CV-6915 (DLC)<br><br>**ECF CASE**<br><br><br>**FRCP 7.1 DISCLOSURE**<br>**STATEMENT** |

-------------------------------------------------------------------------
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

                Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.

                Third-Party Defendant,
-------------------------------------------------------------------------
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION
BRANDS, INC. t/a TEC, KEMPER CASUALTY INSURANCE
COMPANY d/b/a KEMPER INSURANCE COMPANY,
GREAT AMERICAN INSURANE COMPANY, NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
PA., UNITED STATES FIRE INSURANCE COMPANY,
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.
f/k/a COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE COMPANY
d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY
INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP,

HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY), JOHN
DOES 1-20 and XYZ CORPS. 1-12,

                          Fourth-Party Defendants.

-------------------------------------------------------------------------------

## DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

      Fourth-party defendant Zurich American Insurance Company, sued herein incorrectly as Zurich American Insurance Company d/b/a Zurich Insurance Company, as and for its Disclosure Statement pursuant to FRCP 7.1, states the following concerning its ownership:

      Zurich American Insurance Company is a wholly-owned subsidiary of Zurich Holding Company of America, Inc. (Delaware Corp.), which, in turn, is a wholly-owned subsidiary of Zurich Insurance Company (Swiss Corp.), which, in turn, is a wholly-owned subsidiary of Zurich Group Holding (Swiss Corp.), which, in turn, is held 57% directly and 43% indirectly (through a wholly-owned subsidiary, Allied Zurich plc (Swiss Corp.)) by Zurich Financial Services Corp. (Swiss Corp.). Zurich Financial Services Corp. is a Swiss corporation publicly traded in Swiss and other European markets.

Dated: New York, New York
       January 14, 2008

                                      Yours, etc.

                              By: _____
                                 Ignatius John Melito (IM-2654)
                                 S. Dwight Stephens (SS-2161)
                                 MELITO & ADOLFSEN P.C.
                                 233 Broadway—28th Floor
                                 New York, New York 10279-0118
                                 Tel: (212) 238-8900
                                 *Attorneys for Fourth-party defendant Zurich*
                                 *American Insurance Company*

To:    Joanne M. Bonacci Esq.
DREIFUSS BONACCI & PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932

Marisa Slaten, Esq.
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981

David A. Larson, Esq.
BOLLINGER, RUBERY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661

David Abramovitz, Esq.
Thomas V. Giordano, Esq.
Matthew S. Queen, Esq.
Bill P. Chimos, Esq.
ZETLIN & DeCHIARA LLP (NYC)
801 Second Avenue
New York, New York 10017

Stephen B. Shapiro, Esq.
Timothy B. Froessel, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007

Steven Alan Coploff, Esq.
STEINBERG & CAVALIERE, LLP
50 Main Street
White Plains, New York 10606

Martin P. Lavelle, Esq.
LAW OFFICES OF MARTIN P. LAVELLE
110 William Street, 18th Floor
New York, New York 10038

Diana Elaine Goldberg, Esq.
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza, 9th Floor
New York, New York 10004

Jeremy D. Platek, Esq.
O'CONNOR REDD GOLLIHUE SKLARIN LLP
200 Mamaroneck Avenue
White Plains, New York 10601

Robert Mark Wasko, Esq.
Steven Henry Rittmaster, Esq.
Gary Wirth, Esq.
TORRE LENTZ GAMELL GARY &
RITTMASTER LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785

William Kelly, Esq.
Thomas Matthew DeSimone, Esq.
GOLDBERG SEGALLA LLP
170 Hamilton Avenue
White Plains, New York 10601

Donald George Sweetman, Esq.
GENNET KALLMANN ANTIN &
ROBINSON P.C.
6 Campus Drive
Parsippany, New Jersey 07054

Ann Odelson, Esq.
CARROLL McNULTY & KULL
270 Madison Avenue
New York, New York 10016

Henry G. Morgan, Esq.
Jeffrey M. Kadish, Esq.
MORGAN MELHUISH MONAGHAN
ARVIDSON ABRUTYN & LISOWSKI
651 Mount Pleasant Avenue, Suite 200
Livingston, New Jersey 07039

61451