AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Case Number: 07-CV-6915 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fourth-party defendant Zurich American Insurance Company, incorrectly sued as Zurich American Insurance Company d/b/a Zurich Insurance Company

I certify that I am admitted to practice in this court.

January 14, 2008
Date

_[Signature]_
Signature

S. Dwight Stephens     SS-2161
Print Name     Bar Number

Melito & Adolfsen P.C., 233 Broadway, 28th Floor
Address

New York,     New York     10279-0118
City     State     Zip Code

(212) 238-8900     (212) 238-8999
Phone Number     Fax Number