## AFFIDAVIT OF SERVICE BY MAIL

CITY OF NEW YORK          )
                              ) ss.:
COUNTY OF NEW YORK   )

MICHELLE SCHWINDT, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at ASTORIA, NEW YORK.

That on this 14th day of January, 2008 deponent served the within **ANSWER TO FOURTH-PARTY COMPAINT WITH AFFIRMATIVE DEFENSES AND FIRST CROSS-CLAIM AGAINST FOURTH PARTY DEFENDANTS** upon:

Joanne M. Bonacci Esq.
DREIFUSS BONACCI & PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932

David Abramovitz, Esq.
Thomas V. Giordano, Esq.
Matthew S. Queen, Esq.
Bill P. Chimos, Esq.
ZETLIN & DeCHIARA LLP (NYC)
801 Second Avenue
New York, New York 10017

Stephen B. Shapiro, Esq.
Timothy B. Froessel, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007

Steven Alan Coploff, Esq.
STEINBERG & CAVALIERE, LLP
50 Main Street
White Plains, New York 10606

Martin P. Lavelle, Esq.
LAW OFFICES OF MARTIN P. LAVELLE
110 William Street, 18th Floor
New York, New York 10038

Jeremy D. Platek, Esq.
O'CONNOR REDD GOLLIHUE
SKLARIN LLP
200 Mamaroneck Avenue
White Plains, New York 10601

Robert Mark Wasko, Esq.
Steven Henry Rittmaster, Esq.
Gary Wirth, Esq.
TORRE LENTZ GAMELL GARY &
RITTMASTER LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785

William Kelly, Esq.
Thomas Matthew DeSimone, Esq.
GOLDBERG SEGALLA LLP
170 Hamilton Avenue
White Plains, New York 10601

Donald George Sweetman, Esq.
GENNET KALLMANN ANTIN &
ROBINSON P.C.
6 Campus Drive
Parsippany, New Jersey 07054

Ann Odelson, Esq.
CARROLL McNULTY & KULL
270 Madison Avenue
New York, New York 10016

Diana Elaine Goldberg, Esq.
MOUND COTTON WOLLAN &
GREENGRASS
One Battery Park Plaza, 9th Floor
New York, New York 10004

Marisa Slaten, Esq.
RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Henry G. Morgan, Esq.
Jeffrey M. Kadish, Esq.
MORGAN MELHUISH MONAGHAN
ARVIDSON ABRUTYN & LISOWSKI
651 Mount Pleasant Avenue, Suite 200
Livingston, New Jersey 07039

David A. Larson, Esq.
BOLLINGER, RUBERY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661

attorneys in this action, at the above address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

MICHELLE SCHWINDT

Sworn to before me this
14 day of January, 2008

Notary Public

61353

KAREN PHYLLIS NAUSLAR-PAPIR
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01NA6083751
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES NOVEMBER 25, 2010