UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>        Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**DECLARATION OF**<br>**JOSEPH DEDONATO, ESQ.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>        Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>        Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>        Fourth-Party Defendants. | |

**JOSEPH DEDONATO, ESQ**. hereby declares and affirms:

1. I am a Partner with the law firm of Morgan Melhuish Abrutyn, attorneys for defendants, Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group. I am a member in good standing of the bar of this Court. I submit this affirmation in support of the application of Henry G. Morgan, Esq. a partner of my firm, for admission pro hac vice pursuant to Local Rule 1.3(c) to participate in discovery and trial of this action before the Court.

2. Henry G. Morgan, Esq. is a member in good standing of the New Jersey Supreme Court and the United States District Court – District of New Jersey.

3. I will be the attorney of record in this matter.

4. The above-stated defendants wish to have Henry G. Morgan, Esq. admitted pro hac vice so that he may participate in discovery and trial of this action. Accordingly, it is respectfully requested that the court grant Henry G. Morgan, Esq. application admitting them pro hac vice to participate in discovery and trial in the above-captioned matter pursuant to Local Rule 1.3(c).

5. I certify, under penalty of perjury of 28 USC§ 1746 that the forgoing statements are true to the best of my knowledge and belief.

/S/ Joseph DeDonato
JOSEPH DEDONATO, ESQ.

DATED: January 30, 2008