UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>   Defendants. | Case No.  07-CV-6915 (DLC)<br>ECF CASE<br><br>**DECLARATION OF<br>HENRY G. MORGAN, ESQ.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>   Third-Party Plaintiff,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>   Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>   Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>   Fourth-Party Defendants. | |

**HENRY G. MORGAN**, hereby declares and affirms:

1. I respectfully submit this Declaration in support of my application to be admitted pro hac vice in this action on behalf of defendants, Ohio Casualty Insurance Com. d/b/a Ohio Casualty Group.

2. I am a partner with the law firm of Morgan Melhuish Abrutyn, 39 Broadway – 35th Floor, New York, New York 10006 and 651 W. Mt. Pleasant Avenue, Livingston, New Jersey 07039.

3. I have been admitted to practice before the following courts:

    New Jersey Supreme Court     (1947)

    United States District Court –

    District of New Jersey       (1947)

4. I am a member in good standing in the above-stated bars. I have not been disbarred or suspended from practice in any court.

5. I am associated with Joseph DeDonato, Esq., who is a partner in our firm and a member in good standing of the New York bar.

6. Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group, requested that I represent them in this matter. Good cause exists for my admission herein since I have been retained by the defendants, Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group, to represent their interests in defense of other lawsuits.

7. I have never been disciplined by any court.

8. I agree to abide by all rules governing this Court, including disciplinary rules.

9. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

10. I certify, under penalty of perjury of 28 USC§ 1746 that the forgoing statements are true to the best of my knowledge and belief.

_____
HENRY G. MORGAN, ESQ.

DATED: January 30, 2008

#468553