UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    - against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>                    Defendants. | Case No.<br>07 Civ. 6915 (DLC)<br><br>**ANSWER OF DASNY AND TDX TO CROSS-CLAIM OF FOURTH-PARTY DEFENDANT HARLEYSVILLE INSURANCE CO.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>                    Third-Party Plaintiffs,<br><br>    - against –<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>                  Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                  Fourth-Party Plaintiffs,<br><br>    - against –<br><br>CAROLINA CASUALTY INSURANCE COMPANY, BARTEC INDUSTRIES, INC., DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION, SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., UNITED STATES FIRE INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP, HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY), JOHN DOES 1-20 AND XYZ CORPS. 1-20,<br><br>                  Fourth-Party Defendants. | |

- 2 -

Defendants/Third-Party Plaintiffs Dormitory Authority of the State of New York ("DASNY") and TDX Construction Corp. ("TDX"), by their attorneys, Holland & Knight LLP, answer the cross-claim of Fourth-Party Defendant Harleysville Insurance Company of New Jersey ("Harleysville"), dated January 14, 2007 ("Harleysville's Cross-Claim"), as follows:

1. The allegations contained in Harleysville's Cross-Claim state a legal conclusion to which no response is required. To the extent a response is required, DASNY and TDX deny each and every allegation of Harleysville's Cross-Claim with respect to the alleged liability of DASNY and TDX, and state that they are without knowledge or information sufficient to form a belief as to the truth of the allegations therein regarding the alleged liability of all other parties against whom the cross-claim is asserted.

## FIRST AFFIRMATIVE DEFENSE

2. Harleysville's Cross-Claim fails to state a cause of action against DASNY upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

3. Harleysville's Cross-Claim fails to state a cause of action against TDX upon which relief may be granted.

**WHEREFORE**, DASNY and TDX demand judgment dismissing Harleysville's Cross-Claim in its entirety as against them, together with the costs and disbursements of this action, attorneys' fees, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       January 31, 2008

                            HOLLAND & KNIGHT LLP
                            *Attorneys for Defendants Dormitory*
                            *Authority of the State of New York and*
                            *TDX Construction Corp.*

                            By: _/s/ Timothy B. Froessel_
                                Stephen B. Shapiro
                                Timothy B. Froessel
                            195 Broadway
                            New York, New York 10007
                            (212) 513-3200

To:    All counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – THE STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07 Civ. 6915 (DLC)<br>ECF CASE<br><br><br>**AFFIDAVIT OF SERVICE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>Third-Party Plaintiffs,<br><br>- against -<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | |

KAREN L. HIPPNER hereby declares the following to be true under penalty of perjury:

On January 31, 2008, I caused the foregoing Answer of DASNY and TDX Construction Corp. to Cross-Claim of Fourth Party Defendant Harleysville Ins. Co. to be served upon all parties listed in the attached service list, at the addresses designated for service by depositing same, enclosed in a properly addressed wrapper, first-class postage, in an official depository under the exclusive care of the United States Postal Service within the State of New York.

On January 31, 2008, I caused the foregoing Answer of DASNY and TDX Construction Corp. to Cross-Claim of Fourth Party Defendant Harleysville Ins. Co. to be served via electronic filing upon all parties currently appearing in this litigation.

Dated: New York, New York
      January 31, 2008

                                                                    _____
                                                                        Karen L. Hippner

Sworn to before me this date
January 31, 2008

_____
BO FEELY
Notary Public, State of New York
No. 01FE6161594
Qualified in New York County
Commission Expires February 26, 20 11

# 4950324_v1

SERVICE LIST

David C. Dreifuss, Esq.
DREIFUSS, BONACCI & PARKER, LLP
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey. 07932

*Counsel for Travelers Casualty & Surety Co.
& Trataros Construction, Inc.*

David Abramovitz, Esq.
ZETLIN & DeCHIARA LLP
801 Second Avenue
New York, New York 10017

*Counsel for Kohn Pedersen Fox Assocs.*

Jeremy Platek, Esq.
O'CONNOR, REDD, GOLLIHUE &
SKLARIN, LLP
200 Mamaroneck Avenue
White Plains, New York 10601

*Counsel for Bartec Industries, Inc.*

Martin P. Lavelle
Green & Lavelle
110 William Street, 18th Floor
New York, New York 10038

*Counsel for National Union Fire
Ins. Co.*

Diana E. Goldberg
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, N.Y. 10004

*Counsel for Allied World Assurance Co.*

Joseph DeDonato
Morgan Melhuish Abrutyn
651 West. Mt. Pleasant Ave.
Suite 200
Livingston, New Jersey 07039

*Counsel for Ohio Casualty Ins. Co.*

William G. Kelly
Goldberg Segalla LLP
170 Hamilton Avenue
White Plains, N.Y. 10601

*Counsel for Dayton Superior Chem. Corp.*

Robert M. Wasko
Torre, Lentz, Gamell, Gary
 & Rittmaster, LLP
226 West 26th Street – 8th Fl.
New York, N.Y. 10001

*Counsel for Carolina Casualty Ins. Co.*

John P. DeFilippis, Esq.
Carroll, McNulty & Kull, LLC
570 Lexington Avenue
10th Floor
New York, New York 10022

*Counsel for United States Fire Ins. Co.*

Michael S. Miller
Tompkins, McGuire, Wachenfeld & Barry
140 Broadway – 51st Floor
New York, N.Y. 10005

*Counsel for Lumberman's Mutual Cas. Co.*

| | |
|---|---|
| Robert R. Brooks-Rigolosi<br>Segal McCambridge Singer & Mahoney, Ltd.<br>830 Third Avenue, Suite 400<br>New York, N.Y. 10022<br><br>*Counsel for Specialty Construction Brands, Inc. t/a TEC* | Lance J. Kalik<br>Riker Danzig Scherer Hyland & Perretti LLP<br>Headquarters Plaza<br>Morristown, New Jersey 07962<br><br>*Counsel for Harleysville Ins. Co. of N.J.* |

S. Dwight Stephens
Melito & Adolfsen
233 Broadway, 28th Floor
New York, N.Y. 10279

*Counsel for Zurich American Ins. Co.*

# 4987296_v1