UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

        Plaintiff,

vs.

DORMITORY AUTHORITY - STATE OF NEW YORK, et al.

        Defendants.

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, et al.,

        Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

        Third-Party Defendant.

---

TRATAROS CONSTRUCTION, INC., et al.

        Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, et al.

        Fourth-Party Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

Case No. 07-CV-6915 (DLC)
ECF CASE

**STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS FILED BY SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC**

    **WHEREAS,** Fourth-Party Defendant, specialty Construction Brands, Inc. t/a/ TEC ("TEC") has moved to dismiss the Fourth-Party Complaint filed by Travelers Casualty and Surety Company ("Travelers") and Trataros Construction, Inc. ("Trataros") in the within action; and

    **WHEREAS,** Travelers' and Trataros' papers in opposition to TEC's Motion to Dismiss are currently due to be filed no later than January 29, 2008; and

    **WHEREAS,** TEC's reply papers in further support of its Motion to Dismiss are currently due to be filed no later than February 5, 2008; and

WHEREAS, no previous extension of time has been granted in connection with TEC's Motion to Dismiss; therefore it is hereby

**STIPULATED AND AGREED**, by and between the undersigned, that the time within which Travelers and Trataros may electronically file and serve their opposition to TEC's Motion to Dismiss is extended up to February 4, 2008; it is

**FURTHER STIPULATED AND AGREED**, that the time for TEC to electronically file and serve its reply papers in further support of its Motion to Dismiss is extended to and including February 15, 2008; and it is

**FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and that for purposes of this Stipulation, facsimile signatures will have the same effect as original signatures.

**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
*Attorneys for Fourth-Party Defendant, Specialty Construction Brands, Inc. t/a TEC*
830 Third Avenue, Suite 400
New York, New York 10022
Tel. No.: (212) 651-7500

By: _____
Robert R. Brooks-Rigolosi (RRBR:5264)

Dated: January 28, 2008

**DREIFUSS BONACCI & PARKER, LLP**
*Attorneys for Travelers Casualty and Surety Company, and Trataros Construction, Inc.*
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel. No.: (973) 514-1414

By: _____
Eli J. Rogers (ER:6564)

Dated: January 28, 2008

_____
THE HONORABLE DENISE L. COTE, U.S.D.J.

Feby 4, 2008