UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

        Plaintiff,

vs.

DORMITORY AUTHORITY - STATE OF NEW YORK, et al.

        Defendants.

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, et al.,

        Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

        Third-Party Defendant.

---

TRATAROS CONSTRUCTION, INC., et al.

        Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, et al.

        Fourth-Party Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

Case No. 07-CV-6915 (DLC)
ECF CASE

STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS FILED BY ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.

---

**WHEREAS**, Fourth-Party Defendant, Allied World Assurance Company (U.S.) Inc. ("Allied World") has moved to dismiss the Fourth-Party Complaint filed by Travelers Casualty and Surety Company ("Travelers") and Trataros Construction, Inc. ("Trataros") in the within action; and

**WHEREAS**, Travelers' and Trataros' papers in opposition to Allied World's Motion to Dismiss are currently due to be filed no later than January 28, 2008; and

**WHEREAS**, Allied World's reply papers in further support of its Motion to Dismiss are currently due to be filed no later than February 4, 2008; and

WHEREFORE, no previous extension of time has been granted in connection with Allied World's Motion to Dismiss; therefore it is hereby

STIPULATED AND AGREED, by and between the undersigned, that the time within which Travelers and Trataros may electronically file and serve their opposition to Allied World's Motion to Dismiss is extended up to February 11, 2008; it is

FURTHER STIPULATED AND AGREED, that the time for Allied World to electronically file and serve its reply papers in further support of its Motion to Dismiss is extended to and including ~~March 4~~ February 25, 2008; and it is

FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and that for purposes of this Stipulation, facsimile signatures will have the same effect as original signatures.

MOUND COTTON WOLLAN
& GREENGRASS
*Attorneys for Fourth-Party Defendant,*
*Allied World Assurance Company (U.S.) Inc.*
One Battery Park Plaza
New York, New York 10004
Tel. No.: (212) 804-4200
By: _____
Diana E. Goldberg (DG:3283)
Dated: January __, 2008

DREIFUSS BONACCI & PARKER, LLP
*Attorneys for Travelers Casualty and*
*Surety Company, and Trataros*
*Construction, Inc.*
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel. No.: (973) 514-1414
By: _____
Eli J. Rogers (ER:6564)
Dated: January 24, 2008

*[Signed by Judge]*
U.S.D.J.
Feby 4, 2008