Electronic Filing
ECF 1:07-cv-06915

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY,           07-CV-6915-DLC
etc.,

                      Plaintiff,

              - - against - -

DORMITORY AUTHORITY - STATE OF NEW YORK,          Answer
et al.,                                             to
                      Defendants.            Cross-Claim
------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK, et ano.,

                Third-Party Plaintiffs,

              - - against - -

TRATAROS CONSTRUCTION, INC.,

                Third-Party Defendant.
------------------------------------------------------------------X
TRATAROS CONSTRUCTION INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                Fourth-Party Plaintiffs,

              - - against - -

CAROLINA CASUALTY INSURANCE COMPANY,
et al.,
                Fourth-Party Defendants.
------------------------------------------------------------------X

**Carolina Casualty Insurance Company** ("Carolina") answers the cross-claims set forth in the January 14, 2008, answering pleading of **Zurich American Insurance Company** ("Zurich") as follows:

Zurich's cross-claim against "Fourth-Party Defendants" (plural) fails to state any claim against Fourth-Party Defendant Carolina upon which relief can be granted. Zurich does not (and could not honestly) allege that Zurich qualifies as a claimant under the surety bond Carolina issued as surety for Crocetti, or that Zurich complied with the notice and time-of-suit and other conditions precedent set forth in that bond. Nor does Zurich allege any basis at all for its claim for any "contribution" by Carolina or for assessing any "proportionate" share of any recovery against Carolina.

**Wherefore** Zurich's cross-claim should be dismissed as against Carolina.

Dated: New York, NY
      February 5, 2008

<u>For Fourth-Party Defendant
Carolina Casualty
Insurance Company</u>

ZICHELLO & McINTYRE, LLP

By:/s/ Vincent J. Zichello
Vincent J. Zichello (VZ-3487)
Office & P.O. Address
420 Lexington Avenue
New York, New York 10170
Tel. 212-972-5560
E-mail zimc@msn.com

- - and - -

TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP


By: /s/ _____
      Robert Mark Wasko (RW-7811)
226 West 26th Street
New York, New York 10001
Tel. 516-240-8900
E-mail rwasko@tlggr.com