Electronic Filing
ECF 1:07-cv-06915

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY, etc.,

                        Plaintiff,                    07-CV-6915-DLC

- - against - -

DORMITORY AUTHORITY - STATE OF NEW YORK,
et al.,

                        Defendants.
------------------------------------------------------------------------X    Answer
DORMITORY AUTHORITY OF THE STATE OF            to
NEW YORK, et ano.,                                      Cross-Claim

                 Third-Party Plaintiffs,

- - against - -

TRATAROS CONSTRUCTION, INC.,

                 Third-Party Defendant.
------------------------------------------------------------------------X
TRATAROS CONSTRUCTION INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                 Fourth-Party Plaintiffs,

- - against - -

CAROLINA CASUALTY INSURANCE COMPANY,
et al.,

                 Fourth-Party Defendants.
------------------------------------------------------------------------X

**Carolina Casualty Insurance Company** ("Carolina") answers the cross-claims set forth in the January 25, 2008, answering pleading of **National Union Insurance Company** ("National Union") as follows:

**First**   National Union fails to state any claim against Carolina upon which relief can be granted. Its cross-claim against Carolina is legally insufficient in that, among other gaps, National Union does not (and could not honestly) allege

- That National Union qualifies as a claimant under the surety bond Carolina gave as surety for Crocetti; and

- That National Union duly and timely complied with the notice and time-of-suit and other conditions precedent set forth in that surety bond; or

- That Carolina undertook any duties with respect to the work or materials for the subject construction project such as could be a basis for National Union's claims, which are for "negligence", "warranty", and the like.

**Second**   In response to the allegations National Union does make (insufficient though they are), Carolina denies the damages complained of were caused by any negligence or other culpable conduct on the part of Carolina.

Dated: New York, NY
       February 5, 2008

For Fourth-Party Defendant
Carolina Casualty
Insurance Company

ZICHELLO & McINTYRE, LLP

By: /s/ _____
Vincent J. Zichello (VZ-3487)

Office & P.O. Address
420 Lexington Avenue
New York, New York 10170
Tel. 212-972-5560
E-mail  zimc@msn.com

- - and - -

TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP


By: /s/_____
    Robert Mark Wasko (RW-7811)
    226 West 26th Street
    New York, New York 10001
    Tel. 516-240-8900
    E-mail  rwasko@tlggr.com