Electronic Filing
ECF 1:07-cv-06915

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY,
etc.,                                                                    07-CV-6915-DLC
                              Plaintiff,

                  - - against - -

DORMITORY AUTHORITY - STATE OF NEW YORK,
et al.,                                                                  **Answer**
                            Defendants.              **to**
------------------------------------------------------------------X  **Cross-Claim**
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK, et ano.,

                        Third-Party Plaintiffs,

                  - - against - -

TRATAROS CONSTRUCTION, INC.,

                        Third-Party Defendant.
------------------------------------------------------------------X
TRATAROS CONSTRUCTION INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                        Fourth-Party Plaintiffs,

                  - - against - -

CAROLINA CASUALTY INSURANCE COMPANY,
et al.,
                        Fourth-Party
Defendants.
------------------------------------------------------------------X

**Carolina Casualty Insurance Company** ("Carolina") answers the cross-claims set forth in the December 6, 2007, answering pleading of **Bartec Industries, Inc.**

("Bartec") as follows:

**First**   Although Bartec's pleading purports to assert a cross-claim against Carolina (among others), Bartec's pleading was not served on Carolina.

**Second**   Bartec's pleading fails to state any claim against Carolina upon which relief could be granted. Among other things, Bartec does not allege (and cannot truthfully allege) that Bartec is the obligee named in the surety bond Carolina gave as Crocetti's surety, or that Bartec qualifies in any other way to assert any claim under that surety bond.

**Third**   Carolina denies that Carolina caused or contributed to any of the damages complained of by Bartec.

**Fourth**            Bartec does not (and cannot truthfully) allege due and timely compliance with the stated conditions precedent to Carolina's obligations under the surety bond. Among other things, Bartec's claim is time-barred even assuming Bartec had standing as a claimant under that bond (which Bartec does not).

**Wherefore** Bartec's cross-claim should be dismissed as against Carolina.

Dated: New York, NY
        February 4, 2008

For Fourth-Party Defendant
Carolina Casualty
Insurance Company

ZICHELLO & McINTYRE, LLP

By:/s/ _Vincent J. Zichello_
Vincent J. Zichello (VZ-3487)
Office & P.O. Address
420 Lexington Avenue
New York, New York 10170
Tel. 212-972-5560
E-mail zimc@msn.com

- - and - -

TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP

By: /s/ _____
Robert Mark Wasko (RW-7811)
226 West 26th Street
New York, New York 10001
Tel. 516-240-8900
E-mail rwasko@tlggr.com
