Electronic Filing
ECF 1:07-cv-06915

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X

TRAVELERS CASUALTY AND SURETY COMPANY,          07-CV-6915-DLC
etc.,

                                Plaintiff,

            - - against - -

DORMITORY AUTHORITY - STATE OF NEW YORK,          **Answer**
et al.,                                                **to**
                                Defendants.        **Cross-Claim**
-------------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK, et ano.,

                    Third-Party Plaintiffs,

            - - against - -

TRATAROS CONSTRUCTION, INC.,

                    Third-Party Defendant.
-------------------------------------------------------------------------X
TRATAROS CONSTRUCTION INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                    Fourth-Party Plaintiffs,

            - - against - -

CAROLINA CASUALTY INSURANCE COMPANY,
et al.,
                    Fourth-Party Defendants.
-------------------------------------------------------------------------X

**Carolina Casualty Insurance Company** ("Carolina") answers the cross-claims set

forth in the January 14, 2008, answering pleading of **Harleysville Insurance**

**Company** ("Harleysville") as follows:

**First**    Although Harleysville asserts cross-claims against "Fourth-Party Defendants" –- a category which includes Carolina, if read literally –- its cross-claims do not seem to be intended for Carolina.

**Second**    If intended for Carolina, Harleysville fails to state any claim against Carolina upon which relief could be granted.  Among other things, Harleysville does not allege (nor could Harleysville truthfully allege) that Harleysville is the obligee named in the surety bond Carolina gave as surety for Crocetti, nor any other valid basis for Harleysville to qualify as a claimant with standing to make any claim under that surety bond.

**Third**    If a bond-claim was intended, Harleysville fails to allege due and timely compliance with the conditions precedent to any obligations under Carolina's surety bond. Harleysville could not truthfully allege due and timely compliance in that, among other things, the time for suit under that bond has expired.

**Fourth**.....In any event, Carolina denies it caused or contributed to any of the damages complained of; in fact, Carolina denies Carolina had any "active" or "direct" role at all in the construction project which is the subject of this case.

      **Wherefore**, if intended to include Carolina, Harleysville cross-claims should

be dismissed as against Carolina.


Dated: New York, NY
      February _4_, 2008

                            For Fourth-Party Defendant
                            Carolina Casualty
                            Insurance Company

                            ZICHELLO & McINTYRE, LLP


                            By:/s/      Vincent J. Zich
                            Vincent J. Zichello (VZ-3487)
                            Office & P.O. Address
                            420 Lexington Avenue
                            New York, New York 10170
                            Tel. 212-972-5560
                            E-mail  zimc@msn.com


                                  - - and - -


                            TORRE, LENTZ, GAMELL, GARY
                            & RITTMASTER, LLP


                        By: /s/_____
                            Robert Mark Wasko (RW-7811)
                            226 West 26th Street
                            New York, New York 10001
                            Tel. 516-240-8900
                            E-mail  rwasko@tlggr.com