UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE
COMPANY,

        Plaintiff,

    -against-

DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

        Defendants.
-------------------------------------------------------------------- X
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

       Third-Party Plaintiffs,

    -against-

TRATAROS CONSTRUCTION, INC.,

       Third-Party Defendant.
-------------------------------------------------------------------- X
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

       Fourth-Party Plaintiffs,

    -against-

CAROLINA CASUALTY INSURANCE COMPANY, *et al.*,

       Fourth-Party Defendants.
-------------------------------------------------------------------- X

07 Civ. 6915 (DLC)
ECF CASE

**DEFENDANT KOHN PEDERSEN FOX ASSOCIATES, P.C.'S REPLY TO THE COUNTERCLAIMS AND CROSS-CLAIMS OF FOURTH-PARTY DEFENDANT HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY**

*\*\*Electronically Filed\*\**

```
------------------------------------------------------------- X
KOHN PEDERSEN FOX ASSOCIATES, P.C.,            :

                    Third-Party Plaintiff,     :

        -against-                              :

WEIDLINGER ASSOCIATES CONSULTING               :
ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI
AND ASSOCIATES, ARCHITECTS, P.C.,              :
ARQUITECTONICA NEW YORK, P.C., COSENTINI       :
ASSOCIATES, INC., CERMAK, PETERKA PETERSEN,
INC. JORDAN PANEL SYSTEMS CORP., TRATAROS      :
CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,                                :

                    Third-Party Defendants.    :
------------------------------------------------------------- X
```

Defendant Kohn Pedersen Fox Associates, P.C. ("KPF"), by its attorneys, Zetlin & De Chiara, LLP, as and for its Reply to the Counterclaims and Cross-Claims for Contribution and Indemnification of Fourth-Party Defendant Harleysville Insurance Company of New Jersey s/h/a Harleysville Mutual Insurance Company ("Harleysville"), respectfully alleges and says as follows:

1. The allegations of Harleysville's Counterclaims and Cross-Claims state a conclusion of law to which no response is required. To the extent that a response is required, KPF denies each and every allegation set forth in Harleysville's Counterclaims and Cross-Claims with respect to liability of KPF and otherwise denies knowledge or information sufficient to form a belief as to the alleged liability of any other party.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

2. The Counterclaims and Cross-Claims fail to state a claim against KPF upon which relief may be granted.

2

**WHEREFORE**, Defendant Kohn Pedersen Fox Associates, P.C. demands an Order,

    (a)    Dismissing the Counterclaims and Cross-Claims of Harleysville in their entirety;

    (b)    Awarding its attorneys' fees, disbursements and costs incurred in defending Harleysville's Counterclaims and Cross-Claims; and

    (c)    Granting such other and further relief as to this Court shall seem just and proper.

Dated:    New York, New York
             February 6, 2008

                                                **ZETLIN & DE CHIARA LLP**
                                                *Attorneys for Defendant*
                                                      *Kohn Pedersen Fox Associates, P.C.*
                                                s/David Abramovitz
                                            Michael K. De Chiara, Esq.
                                            Louis J. Dennis, Esq.
                                            David Abramovitz, Esq.
                                            801 Second Avenue
                                            New York, New York 10017
                                            (212) 682-6800