AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number:  07-CV-6915-DLC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States Fire Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/7/2008 | _(signature)_ |
| Date | Signature |
| | John P. De Filippis — JD2705 |
| | Print Name — Bar Number |
| | 570 Lexington Avenue - 10th Floor |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 252-0004 — (212) 252-0444 |
| | Phone Number — Fax Number |