**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>                    Defendants. | Case No. 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>                    Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>                    Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                    Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>                    Fourth-Party Defendants. | **STIPULATION OF PARTIAL DISCONTINUANCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Fourth-Party Plaintiffs, TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY hereby discontinue without prejudice any and all claims, made by any of them, against Fourth-Party Defendant UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire") under, arising out of, or in any way related to a certain policy of insurance issued by U.S. Fire to G.M. Crocetti, Inc. ("Crocetti") bearing U.S. Fire Policy Number 5031763587, and issued to Crocetti for the period March 31, 1999 to March 31, 2000; and it is

**FURTHER STIPULATED AND AGREED** that all other claims in this lawsuit remain in controversy and are unaffected by this Stipulation and that U.S. Fire's time to respond to Fourth-Party Plaintiffs' remaining allegations against U.S. Fire is extended to February 11, 2008; and it is

**FURTHER STIPULATED AND AGREED** that facsimile signatures may be deemed as originals, that this Stipulation may be executed in counterparts, and that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       February 11, 2008

DREIFUSS BONACCI & PARKER, LLP

By: _____
    JoAnne M. Bonacci (JB 1354)
Attorneys for Fourth Party Plaintiffs,
Trataros Construction, Inc. and
Travelers Casualty and Surety Company
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
(973) 514-1414

CARROLL McNULTY & KULL, LLC

By: _____
    John P. DeFilippis (JD 2075)
Attorneys for Fourth-Party Defendant,
United States Fire Insurance Company
570 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 252-0004