# ACORD CERTIFICATE OF INSURANCE

**DATE (MM/DD/YY):** 10/20/98

| PRODUCER | |
|---|---|
| Allied Coverage Corp.<br>390 North Broadway<br>Jericho, NY 11753 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | United States Fire |
| COMPANY B | State Insurance Fund |
| COMPANY C | |
| COMPANY D | |

**INSURED:** Trataros Construction, Inc.
664 64th Street
Brooklyn, NY 11220

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br>[ ] OWNER'S & CONTRACTOR'S PROT | 5031690768<br>* Per Project | 04/01/98 | 04/01/99 | GENERAL AGGREGATE<br>PRODUCTS-COMP/OP AGG<br>PERSONAL & ADV INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person) | $2,000,000<br>$1,000,000<br>$1,000,000<br>$1,000,000<br>$50,000<br>$5,000 |
| A | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS<br>[X] NON-OWNED AUTOS | 1336417713 | 04/01/98 | 04/01/99 | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE | $1,000,000<br>$<br>$<br>$ |
| | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY-EA ACCIDENT<br>OTHER THAN AUTO ONLY:<br>EACH ACCIDENT<br>AGGREGATE | $<br><br>$<br>$ |
| A | EXCESS LIABILITY<br>[X] UMBRELLA FORM<br>[ ] OTHER THAN UMBRELLA FORM | 553060085 | 04/01/98 | 04/01/99 | EACH OCCURRENCE<br>AGGREGATE | $10,000,000<br>$10,000,000<br>$ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL | 1110610-1 (NY) | 03/01/98 | 03/01/99 | [X] STATUTORY LIMITS<br>EACH ACCIDENT<br>DISEASE-POLICY LIMIT<br>DISEASE-EACH EMPLOYEE | <br>$Cert To<br>$Follow<br>$From SIF |
| | OTHER | | | | | |

COPY

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
Baruch College Site B, Contract #2178 D.A.S.N.Y, C.U.N.Y, City University Construction Fund, TDX Construction Corp. are included as Additional Insureds as respects General Liability.

**CERTIFICATE HOLDER**
Dormitory Authority Of The State
Of New York
515 Broadway
Albany, NY 12207-2964

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE** [signature] CTM

ACORD 25-S (3/93) 1 of 1 #S14397/M1484 © ACORD CORPORATION 1993