UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,

              Plaintiff,

   -against-

THE DORMITORY AUTHORITY – STATE OF
NEW YORK, et al.,

              Defendants.
-------------------------------------------------------------x
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK AND TDX CONSTRUCTION CORP.,

              Third-Party Plaintiffs,

   -against-

TRATAROS CONSTRUCTION, INC.,

             Third-Party Defendant.
-------------------------------------------------------------x
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

              Fourth-Party Plaintiffs,

   -against-

CAROLINA CASUALTY INSURANCE
COMPANY, et al.,

              Fourth-Party Defendants.
-------------------------------------------------------------x

Civil Action No. 07 CV 6915
(DLC)

ECF CASE

**FRCP 7.1 Disclosure Statement**

## DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Fourth-Party Defendant United States Fire Insurance Company ("U.S. Fire"), as and for its Disclosure Statement pursuant to FRCP 7.1, states the following concerning its ownership:

U.S. Fire, a Delaware Corporation, is a wholly owned subsidiary of Crum & Forster Holding, Inc., a Delaware Corporation, which is a wholly owned, subsidiary of Fairfax Financial Holdings Limited, a Canadian Corporation, publicly traded on the Toronto Stock Exchange and the New York Stock Exchange.

Dated: New York, New York
       February 11, 2008

CARROLL McNULTY & KULL, LLC

_____
John P. De Filippis, Esq. (JD2705)
Attorneys for Fourth-Party Defendant
United States Fire Insurance Company
570 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 252-0004