# EXHIBIT C

    

## Company Detail

Company Search **NAIC#:** 19489   [Search]

Save As

| | | | | | |
|---|---|---|---|---|---|
| NAIC#: 19489 | DOM: | Delaware | Group: Allied World Assur Holding Grp | Phone: | 857-288-6000 |
| CPAF: 3265 | ORG: | PC | Group#: 3239 | Spl Risk: | Eff Dt    Exp Dt |
| | | | | | 09/01/2007  08/31/2008 |
| DMV#: 0 | Website: | http://WWW.AWAC.COM | | Admitted Dt: | 03/11/1996 |

**Allied World Assurance Company (U.S.) Inc.**
225 Franklin Street
27th Floor
Boston, MA  02110

*Company History:*                                      Change Dt
Commercial Underwriters Insurance Company               01/21/2004

*Current Writing Powers:*

| NYS Insurance Law Section | Line of Business Code | Description |
|---|---|---|
| 1113(a) | 3 | accident and health |
| 1113(a) | 4 | fire |
| 1113(a) | 5 | miscellaneous property |
| 1113(a) | 6 | water damage |
| 1113(a) | 7 | burglary and theft |
| 1113(a) | 8 | glass |
| 1113(a) | 9 | boiler and machinery |
| 1113(a) | 12 | collision |
| 1113(a) | 13 | personal injury liability |
| 1113(a) | 14 | property damage liability |
| 1113(a) | 15 | workers' compensation and employers' liability |
| 1113(a) | 16 | fidelity and surety |
| 1113(a) | 19 | motor vehicle and aircraft physical damage |
| 1113(a) | 20 | marine and inland marine |
| 1113(a) | 21 | marine protection and indemnity |

aeasrvrprd   *PRIVACY POLICY* | ACCESSIBILITY | DISCLAIMER