# MMA
## MORGAN MELHUISH ABRUTYN
### ATTORNEYS AT LAW

**HENRY G. MORGAN**
**PARTNER**

651 West Mount Pleasant Avenue, Suite 200, Livingston, New Jersey 07039-1673
(973) 994-2500   Fax (973) 994-3375

DIRECT LINE (973) 863-7667
hmorgan@morganlawfirm.com

39 Broadway, 35th Floor, New York, New York 10006
(212) 809-1111   Fax (212) 509-3422

www.morganlawfirm.com

Reply to New Jersey Office

February 1, 2008

**To:**  Clerk's Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:  TRAVERLS CASUALTY AND SURETY CO. V. DASNY
CASE NO. 07-CV-6915 (DLC)
Our File Number:  OHX 25-112 HM**

Dear Sir/Madam:

We enclose herewith the following:

\_\_\_ SUMMONS
\_\_\_ AMENDED COMPLAINT
\_\_\_ THIRD PARTY COMPLAINT
\_\_\_ STIPULATION EXTENDING TIME
\_\_\_ ANSWER
\_\_\_ CROSSCLAIM
\_\_\_ COUNTERCLAIM
\_\_\_ DEMAND FOR JURY TRIAL
\_\_\_ INTERROGATORIES
\_\_\_ ANSWERS TO INTERROGATORIES
\_\_\_ ORDER (CONSENT)

\_\_\_ NOTICE OF DEPOSITION
\_\_\_ SUBPOENAS
\_\_\_ SUBSTITUTION OF ATTORNEY
\_\_\_ STIPULATION OF DISMISSAL
\_\_\_ RELEASES
\_\_\_ ANSWER TO CROSSCLAIM
\_\_\_ ANSWER TO COUNTERCLAIM
\_\_\_ DEMAND FOR ADMISSIONS
\_\_\_ CIS
**XX** NOTICE OF MOTION   Orig + 2
\_\_\_ DESIGNATION OF TRIAL COUNSEL
\_\_\_ CHECK IN THE SUM OF $

\_\_\_ ORDER TO VACATE DEFAULT
\_\_\_ CHARGE TO OUR ACCOUNT NO.

Will you kindly file and forward filed copy.

Very truly yours,

Henry G. Morgan

Enc.
#472678

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　　　Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>　　　Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>　　　Fourth-Party Defendants. | |

**PLEASE TAKE NOTICE**, that upon the Declaration of Henry G. Morgan, Esq., sworn to on February 1, 2008 and the Declaration of Joseph DeDonato, sworn to on February 1, 2008, the undersigned will move this Court, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York on a date and time to be fixed by the Court, for an order granting admission <u>pro hac vice</u> attorney Henry G. Morgan, Esq. of the law firm of Morgan Melhuish Abrutyn, for the purpose of discovery and trial of the within matter, pursuant to Local Rule 1.3 (c).

**PLEASE TAKE FURTHER NOTICE** that answering affidavits, if any, are to be served upon the undersigned no later than seven (7) days prior to the return thereof.

MORGAN MELHUISH ABRUTYN

JOSEPH DEDONATO, ESQ.
39 Broadway, 35th Floor
New York, New York 10006
(212) 809-1111
Attorneys for defendants, Ohio Casualty
Insurance Co. d/b/a Ohio Casualty Group

TO:

Guido Weber, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
*Attorneys for Fourth-Party Plaintiffs,*
*Trataros Construction, Inc. and Travelers Casualty*
*an Surety Company*

David Abramovitz, Esq.
Zetlin & DeChiara, LP
801 Second Avenue
New York, New York 10017

*Attorneys for Defendant*
*Kohn, Pederson, Fox & Associates, P.C.*

Stephen B. Shapiro, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007
*Attorneys for Defendant,*
*Dormitory Authority of the State of New York & TDX Construction Corp.*

Gary L. Rubin, Esq.
Mazur, Carp & Rubin, P.C.
1250 Broadway, 38th Floor
New York, New York 10001
*Attorneys for Defendant,*
*TDX Construction Corp.*

Joseph S. Weiner, Esq.
Law Office of Vincent P. Crisci, Esq.
17 State Street, 8th Floor
New York, NY 10004
*Attorneys for Poulon-Morris, Inc.*

Jeremy Platek, Esq.
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue, 2nd Fl.
White Plains, New York 10601
*Attorneys for Fourth-party Defendant,*
*Bartec Industries, Inc.*

Thomas M. DeSimone, Esq.
Goldberg Segalla, LLP
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
*Attorneys for Fourth-Party Defendant,*
*Dayton Superior Specialty Chemical Corp.*

Christian H. Gannon, Esq.
Segal, McCambridge, Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, New York 10022
*Attorneys for Fourth-Party Defendant,*
*Specialty Construction Brands, Inc. t/a TEC*

Diana E. Goldberg, Esq.
Mound Cotton Wollan & Greengrass

One Battery Park Plaza, 9th Floor
New York, New York 10004
*Attorneys for Fourth-Party Defendant,*
*Allied World Assurance Company*

Donald G. Sweetman, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, NJ 07054
*Attorneys for Fourth-Party Defendant,*
*Great American Insurance Company*

Paul A. Winick, Esq.
Thelan, Reid & Priest, LLP
875 Third Avenue
New York, New York 10022
*Attorneys for Third-Party Defendant,*
*L.B.L. Skysystems*

Steven Alan Coploff, Esq.
Steinberg & Cavaliere, LLP
50 Main Street
White Plains, NY 10606
*Attorneys for Third-Party Defendant*
*Kemper Insurance Company*

John P. DeFilippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 1oth Fl.
New York, New York 10016
*Attorney for Fourth-Party Defendant*
*United States Fire Insurance Company*

S. Dwight Stephens, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
*Attorneys for Fourth-Party Defendant*
*Zurich American Insurance Company*

Martin A. Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1050 Franklin Avenue
Garden City, NY 11530
*Attorneys for Third-Party Defendant*
*Cosentini Associates, Inc.*

Terrence J. O'Connor, Esq.
O'Connor & Golder
24 North Washington
Port Washington, New York 11050
Fax: 1-570-619-6007
*Attorney for Third-Party Defendant*
*Jordan Panel Systems Corp.*

Mark S. Krieg, Esq.
Krieg & Associates, P.C.
5 Heather Court
Dix Hills, New York 11746
*Attorneys for Third-Party Defendants*
*Counsilman/Hunsaker & Associates and*
*Entek Engineering, PLCC*

Christopher A. Albanese, Esq.
Milber, Makris, Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
*Attorneys for Third-Party Defendant*
*Vollmer Associates, LLP*

Richard P. Dyer, Esq.
Thelen, Reid Priest, LLP
875 Third Avenue
New York, New York
*Attorneys for Third-Party Defendant*
*LBL Skysystems Corporation*


Robert Mark Wasko, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785
*Attorneys for Fourth-Party Defendants,*
*G.M. Grocetti, Inc. and Carolina Casualty Ins. Co.*

**and**

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
The Graybar Building
420 Lexington Avenue
New York, NY 10170

*Attorneys for Fourth-Party Defendant Carolina Casualty*

Martin P. Lavelle, Esq.
Law Offices of Martin P. Lavelle
110 William Street, 18th Fl.
New York, New York 10038
*Fourth-Party Defendant,*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

Lance J. Kalik, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
Morristown, NJ 07962
*Attorneys for Fourth-Party Defendant,*
*Harleysville Mutual Ins. Co.*

Stephen P. Schreckinger, Esq.
Gogick, Burne & O'Neill, LLP
11 Broadway, Suite 1560
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Weidlinger Associates Consulting Engineers, P.C.*

Cheryl L. Davis, Esq.
Menaker, Herrmann, LLP
10 East 40th Street, 43rd. Fl.
New York, New York 10006
*Attorneys for Third-Party Defendant,*
*Shen Milson & Wilke, Inc.*

Annalee Cataldo-Barile, Esq.
Sinnretch, Safar & Kosakoff, LLP
320 Carleton Avenue, suite 3200
Central Islip, NY 11722
*Attorneys for John A. VanDeusen & Assoc. Inc.*

Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, 4th Fl.
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Warfel Schrager Architectural Lighting, LLC*

Michael P. Catina, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive

White Plains, New York 10604
Fax: 914-323-7001
*Attorneys for Third-Party Defendant,*
*Theatre Projects Consultants*

Fe D. Tesoro, Esq.
Law Office of Vincent P. Crisci
17 State Street, 8th Floor
New York, New York 10004
*Attorneys for Poulin & Morris*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>    Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**DECLARATION OF<br>JOSEPH DEDONATO, ESQ.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>  Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>  Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>  Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC;  KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>  Fourth-Party Defendants. | |

**JOSEPH DEDONATO, ESQ**. hereby declares and affirms:

1. I am a Partner with the law firm of Morgan Melhuish Abrutyn, attorneys for defendants, Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group. I am a member in good standing of the bar of this Court. I submit this affirmation in support of the application of Henry G. Morgan, Esq. a partner of my firm, for admission pro hac vice pursuant to Local Rule 1.3(c) to participate in discovery and trial of this action before the Court.

2. Henry G. Morgan, Esq. is a member in good standing of the New Jersey Supreme Court and the United States District Court – District of New Jersey.

3. I will be the attorney of record in this matter.

4. The above-stated defendants wish to have Henry G. Morgan, Esq. admitted pro hac vice so that he may participate in discovery and trial of this action. Accordingly, it is respectfully requested that the court grant Henry G. Morgan, Esq. application admitting them pro hac vice to participate in discovery and trial in the above-captioned matter pursuant to Local Rule 1.3(c).

5. I certify, under penalty of perjury of 28 USC§ 1746 that the forgoing statements are true to the best of my knowledge and belief.

_____
JOSEPH DEDONATO, ESQ.

DATED: February 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>          Plaintiff,<br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>          Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**DECLARATION OF**<br>**HENRY G. MORGAN, ESQ.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>          Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>          Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>          Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>          Fourth-Party Defendants. | |

**HENRY G. MORGAN**, hereby declares and affirms:

1. I respectfully submit this Declaration in support of my application to be admitted pro hac vice in this action on behalf of defendants, Ohio Casualty Insurance Com. d/b/a Ohio Casualty Group.

2. I am a partner with the law firm of Morgan Melhuish Abrutyn, 39 Broadway – 35th Floor, New York, New York 10006 and 651 W. Mt. Pleasant Avenue, Livingston, New Jersey 07039.

3. I have been admitted to practice before the following courts:

    New Jersey Supreme Court      (1947)

    United States District Court –

    District of New Jersey        (1947)

4. I am a member in good standing in the above-stated bars. I have not been disbarred or suspended from practice in any court.

5. I am associated with Joseph DeDonato, Esq., who is a partner in our firm and a member in good standing of the New York bar.

6. Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group, requested that I represent them in this matter. Good cause exists for my admission herein since I have been retained by the defendants, Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group, to represent their interests in defense of other lawsuits.

7. I have never been disciplined by any court.

8. I agree to abide by all rules governing this Court, including disciplinary rules.

9.  I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

10. I certify, under penalty of perjury of 28 USC§ 1746 that the forgoing statements are true to the best of my knowledge and belief.

                                      */s/ Henry G. Morgan*
                                    HENRY G. MORGAN, ESQ.

DATED: February 1, 2008

**DECLARATION OF SERVICE**

  I certify, under penalty of perjury to 28 U.S.C. Section 1746, that copies of the Notice of Motion were sent via USPS, First Class Mail to:

Clerk's Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Guido Weber, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
*Attorneys for Fourth-Party Plaintiffs,*
*Trataros Construction, Inc. and Travelers Casualty*
*an Surety Company*

David Abramovitz, Esq.
Zetlin & DeChiara, LP
801 Second Avenue
New York, New York 10017
*Attorneys for Defendant*
*Kohn, Pederson, Fox & Associates, P.C.*

Stephen B. Shapiro, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007
*Attorneys for Defendant,*
*Dormitory Authority of the State of New York & TDX Construction Corp.*

Gary L. Rubin, Esq.
Mazur, Carp & Rubin, P.C.
1250 Broadway, 38th Floor
New York, New York 10001
*Attorneys for Defendant,*
*TDX Construction Corp.*

Joseph S. Weiner, Esq.
Law Office of Vincent P. Crisci, Esq.
17 State Street, 8th Floor
New York, NY 10004
*Attorneys for Poulon-Morris, Inc.*

Jeremy Platek, Esq.
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue, 2nd Fl.
White Plains, New York 10601
*Attorneys for Fourth-party Defendant,*
*Bartec Industries, Inc.*

Thomas M. DeSimone, Esq.
Goldberg Segalla, LLP
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
*Attorneys for Fourth-Party Defendant,*
*Dayton Superior Specialty Chemical Corp.*

Christian H. Gannon, Esq.
Segal, McCambridge, Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, New York 10022
*Attorneys for Fourth-Party Defendant,*
*Specialty Construction Brands, Inc. t/a TEC*

Diana E. Goldberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza, 9th Floor
New York, New York 10004
*Attorneys for Fourth-Party Defendant,*
*Allied World Assurance Company*

Donald G. Sweetman, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, NJ 07054
*Attorneys for Fourth-Party Defendant,*
*Great American Insurance Company*

Paul A. Winick, Esq.
Thelan, Reid & Priest, LLP
875 Third Avenue
New York, New York 10022
*Attorneys for Third-Party Defendant,*
*L.B.L. Skysystems*

Steven Alan Coploff, Esq.
Steinberg & Cavaliere, LLP
50 Main Street
White Plains, NY 10606

*Attorneys for Third-Party Defendant*
*Kemper Insurance Company*

John P. DeFilippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 1oth Fl.
New York, New York 10016
*Attorney for Fourth-Party Defendant*
*United States Fire Insurance Company*

S. Dwight Stephens, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
*Attorneys for Fourth-Party Defendant*
*Zurich American Insurance Company*

Martin A. Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1050 Franklin Avenue
Garden City, NY 11530
*Attorneys for Third-Party Defendant*
*Cosentini Associates, Inc.*

Terrence J. O'Connor, Esq.
O'Connor & Golder
24 North Washington
Port Washington, New York 11050
Fax:  1-570-619-6007
*Attorney for Third-Party Defendant*
*Jordan Panel Systems Corp.*

Mark S. Krieg, Esq.
Krieg & Associates, P.C.
5 Heather Court
Dix Hills, New York 11746
*Attorneys for Third-Party Defendants*
*Counsilman/Hunsaker & Associates and*
*Entek Engineering, PLCC*

Christopher A. Albanese, Esq.
Milber, Makris, Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
*Attorneys for Third-Party Defendant*
*Vollmer Associates, LLP*

Richard P. Dyer, Esq.
Thelen, Reid Priest, LLP
875 Third Avenue
New York, New York
*Attorneys for Third-Party Defendant*
*LBL Skysystems Corporation*


Robert Mark Wasko, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785
*Attorneys for Fourth-Party Defendants,*
*G.M. Grocetti, Inc. and Carolina Casualty Ins. Co.*

**and**

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
The Graybar Building
420 Lexington Avenue
New York, NY 10170
*Attorneys for Fourth-Party Defendant Carolina Casualty*

Martin P. Lavelle, Esq.
Law Offices of Martin P. Lavelle
110 William Street, 18th Fl.
New York, New York 10038
*Fourth-Party Defendant,*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

Lance J. Kalik, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
Morristown, NJ 07962
*Attorneys for Fourth-Party Defendant,*
*Harleysville Mutual Ins. Co.*

Stephen P. Schreckinger, Esq.
Gogick, Burne & O'Neill, LLP
11 Broadway, Suite 1560
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Weidlinger Associates Consulting Engineers, P.C.*

Cheryl L. Davis, Esq.
Menaker, Herrmann, LLP
10 East 40th Street, 43rd. Fl.
New York, New York 10006
*Attorneys for Third-Party Defendant,*
*Shen Milson & Wilke, Inc.*

Annalee Cataldo-Barile, Esq.
Sinnretch, Safar & Kosakoff, LLP
320 Carleton Avenue, suite 3200
Central Islip, NY 11722
*Attorneys for John A. VanDeusen & Assoc. Inc.*

Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, 4th Fl.
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Warfel Schrager Architectural Lighting, LLC*

Michael P. Catina, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, New York 10604
Fax: 914-323-7001
*Attorneys for Third-Party Defendant,*
*Theatre Projects Consultants*

Fe D. Tesoro, Esq.
Law Office of Vincent P. Crisci
17 State Street, 8th Floor
New York, New York 10004
*Attorneys for Poulin & Morris*

                                            THOMAS A. LLOYD

Dated: February 1, 2008

#468553