**NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>     Plaintiff<br><br>  vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, et al.,<br><br>     Defendants. | Case No. 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,<br><br>     Third-Party Plaintiffs,<br><br>  vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>     Third-Party Defendant. | **SPECIALTY CONSTRUCTION BRANDS t/a TEC'S RULE 7.1 STATEMENT** |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>     Fourth-Party Plaintiffs,<br><br>  vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>     Fourth-Party Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, fourth party defendant Specialty Construction Brands, Inc. t/a TEC, has wholly owned subsidiary named Roanoke Companies Group, Inc., and is a wholly subsidiary of H.B. Fuller Company.

Dated: New York, New York
February 15, 2008

        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
        *Attorneys for Fourth-Party Defendant*
        *Specialty Construction Brands, Inc. t/a TEC*

By:_____/s/_____
    Robert R. Brooks-Rigolosi (RRBR 5264)
    830 Third Avenue, 4th Floor
    New York, New York 10022
    Tel: (212) 651-7500
    rrigolosi@smsm.com