## CERTIFICATION OF SERVICE

      I hereby certify that on the 15th day of February, 2008, deponent electronically filed the Reply Memorandum in Support of Motion to Dismiss Complaint and Rule 7.1 Corporate Disclosure Statement with the clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case.

                                                          Marguerite O'Toole

Sworn to before me this
19th day of February, 2008

Notary Public

**LIZA M. HOFMANN**
**NOTARY PUBLIC - STATE OF NEW YORK**
**NO. 01HO6172145**
**QUALIFIED IN NASSAU COUNTY**
**MY COMMISSION EXPIRES 08/06/2011**

935463