UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | : <br>: <br>: <br>: <br>: 07-CV-6915 (DLC)<br>: **ECF CASE**<br>: <br>: <br>: <br>: |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | : **MOTION TO**<br>: **ADMIT COUNSEL**<br>: **PRO HAC VICE**<br>: **-BRETT L. WARNING**<br>: <br>: <br>: <br>: |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: |

COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20, :
                                                  :
                Fourth-Party Defendants.           :

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael S. Miller, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, pro hac vice, of:

| | |
|---|---|
| Applicant's Name: | Brett L. Warning |
| Firm Name: | Bollinger, Ruberry & Garvey |
| Address: | 500 West Madison Street, 23rd Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Telephone: | (312) 466-8000 |
| Fax: | (312) 466-8001 |
| Email address: | brett.warning@brg-law.net |

Brett L. Warning is a member in good standing of the Bars of the States of Illinois and Colorado and is admitted to practice in the United States Court of Appeals for the Seventh Circuit, and the United States District Courts for the Northern District of Illinois, Central District of Illinois, and Western District of Wisconsin. There are no pending disciplinary proceedings against Brett L. Warning in any state or federal court. Attached hereto are a Certificate of Admission to the Bar of Illinois and a Certificate of good standing from the State of Colorado Supreme Court for Mr. Warning.

Dated: February 19, 2008
       New York, New York

                         Respectfully submitted,

                         By:   s/ Michael S. Miller
                         Tompkins, McGuire, Wachenfeld & Barry, LLP
                         140 Broadway
                         51st Floor
                         New York, New York 10005
                         (212) 714-1720

## DECLARATION OF SERVICE

    The undersigned hereby declares, under penalty of perjury, that on February 19, 2008, he caused a true copy of the foregoing Motion and the supporting Declaration of Michael S. Miller. to be served via electronic filing upon counsel for the various parties as follows:

JoAnne M. Bonacci, Esq.
**DREIFUSS BONACCI & PARKER, LLP,**
Attorneys for Fourth-Party Plaintiffs,
*TRATAROS* CONSTRUCTION, *INC AND TRAVELERS CASUALTY AND SURETY COMPANY*
26 Columbia Turnpike - North Entrance
Florham Park, NJ 07932
Tel:   (973) 514-1414
Fax:  (973) 514-5959
email: jbonacci@dbplawfirm.com

David Abramovitz, Esq,
**ZETLIN & DECI-HARA, LLP**
Attorneys for Defendants/Third-Party Plaintiff,
*KOHNJ PEDERSON, FOX & ASSOCIATES, P.C*
501 Second Avenue
New York, NY 10017
Tel:   (212) 682-6800
Fax:  (212) 682-6861
Email: dabramovitz@zdlaw.com

Robert R. Rigolosi
**SEGAL McCAMBRIDGE SINGER & MAHONEY**
Attorneys for Fourth-Party Defendant
*SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC*
830 Third Aye, Suite 400
NY, NY 10022
Tel:   (212) 651-7500/(212) 651-7423
Fax:  (212) 651-7499
email: rrigolosi@msm.com

Gary Wirth, Esq.
**TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP**
Attorneys for Fourth-Party Defendant
1.   *CAROLINA CASUALTY INSURANCE COMPANY*
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
Tel:   (516) 240-8900
Fax:   (516) 240-8950
Email: gwirth@tlggr.com


Robert Mark Wasko, Esq.
**TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP**
*Co-Counsel for Fourth-Party Defendant*
*CAROLINA CASUALTY INSURANCE COMPANY*
226 West 26th Street, 8th Floor
New York, NY 10001
Tel:   (516) 240-8900
Fax:   (212) 691-6452

William Kelly, Esq.
Suzin L. Raso, Esq.
**GOLDBERG SEGALL, LLP.**
Attorneys for Fourth-Party Defendant
DAYTON *SUPERIOR SPECIALTY CHEMICAL CORP.*
a/k/a *DAYTON SUPERIOR* CORP.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel:   (914) 798-5400
Fax:   (914) 798-5401
email: wkelly@goldbergsegalla.com
email: sraso@goldbergsegalla.com

Henry G. Morgan, Esq.
Joseph DeDonato, Esq.
**MORGAN, MELHUISH, ABRUTYN**
Attorneys for Fourth-Party Defendant
OHIO *CASUALTY INSURANCE COMPANY*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
Tel:   (973) 994-2500
Fax:   (973) 994-3375
email: counsel@morganlawfirm.com

5

Donald G. Sweetman, Esq.
**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
Attorney for Fourth-Party Defendants
*GREAT AMERICAN INSURANCE COMPANY,*
*AMERICAN ALLIANCE INSURANCE COMPANY,*
*AMERICAN NATIONAL FIRE INSURANCE COMPANY*
*and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK*
6 Campus Drive
Parsippany, NJ 07054
Tel:   (973) 285-1919
Fax:   (973) 285-1177
Email: dsweetman@gkar-law.com

Ann Odelson, Esq.
John P. DeFilippis, Esq.
**CARROLL, MCNULTY & KULL**
Attorney for Fourth-Party Defendant
*UNITED STATE FIRE INSURANCE COMPANY*
570 Lexington Avenue
New York, NY 10022
Tel:   (212) 252-0004
Fax:   (212) 252-0444

S. Dwight Stephens, Esq.
**MELITO & ADOLFSEN, P.C.**
Attorneys for Fourth-Party Defendant
*ZURICH AMERICAN INSURANCE COMPANY*
233. Broadway
New York, NY 10279
Tel:   (212) 238-5900
Fax:   (212) 238-8999
Email: sds@melitoadolfsen.com

Martin Paul Lavelle, Esq.
Erika L. Aljens, Esq.
**GREEN & LAVELLE**
Attorneys for Fourth-Party Defendant,
*NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA*
110 William Street
New York, NY 10038
Tel:   (212) 266-5580/5881
Fax:  (212) 528-0134
Email: martin.lavelle@aig.com
Email: erika.aljiens@aig.com

Diana E. Goldberg, Esq.
**MOUND COTTON WOLLAN & GREENGRASS**
Attorneys for Fourth-Party Defendant
*COMMERCIAL UNDERWRITERS INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.*
One Battery Park Plaza, 9th Floor
New York, NY 10004-1486
Tel:   (212) 804-4200
Fax:  (212) 344-8066
Email: dgoldberg@moundcotton.com

Timothy B. Froessell, Esq.
**HOLLAND & KNIGHT, LLP**
Attorneys for Defendants/Third-Party Plaintiffs,
*DORMITORY AUTHORITY- STATE OF NEW YORK and* TDX *CONSTRUCTION CORP.*
195 Broadway
New York, NY 10007
Tel:   (212) 513-3484
Fax:  (212) 385-9010
email: tbfroess@hklaw.com

Tracey K. Wishert, Esq.
Lance J. Kalik, Esq.
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
Attorneys for Fourth-Party Defendant,
*HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY)*
Headquarters Plaza

One Speedwell Avenue
Morristown, New Jersey 07960
Tel:   (973) 451-3862
Fax:   (973) 451-3714
email: twishert@riker.com
email: lkalik@riker.com

Vincent Zichello, Esq.
**ZICHELLO & MCINTYRE, LLP**
Attorneys for Fourth-Party Defendant,
*CARLOLINA CASUALTY INSURANCE COMPANY*
420 Lexington Avenue, Suite 2800
New York, New York  10170
Tel:   (212) 972-5560
Fax:   (212) 972-5569

Jeremy Platek, Esq.
**O'CONNOR, REDD, GOLLIHUE & SKLARIN, LLP**
Attorneys for Fourth –Party Defendant,
*BARTEC INDUSTRIES, INC.*
200 Mamaroneck Avenue
White Plains, New York 10601
Tel:   (914) 686-1700 x 239
Fax:   (914) 328-3184


DATED:  February  19, 2008


                                                                  s/Michael S. Miller
                                                                  Michael S. Miller

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Brett Lee Warning

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, January 24, 2008.

*Juleann Hornyak*
Clerk



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**BRETT LEE WARNING**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **26th** day of **March** A. D. **1999** and that at the date hereof the said **BRETT LEE WARNING** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **25th** day of **January** A. D. **2008**

*Susan J. Festag*
Clerk

By *Carlos Trujillo*
Deputy Clerk