UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,                                    Civil Action No. 07-CV-6915 (DLC)

                          Plaintiff,

              vs

THE DORMITORY AUTHORITY OF THE STATE
OF NEW YORK, TDX CONSTRUCTION CORP. and        FEDERAL CIVIL RULE
KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,         7.1 DISCLOSURE STATEMENT

                          Defendants.

--------------------------------------------------------------X

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

                    Third-Party Plaintiff,

              vs

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                    Third-Party Defendants.

--------------------------------------------------------------X

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                    Fourth-Party Plaintiffs,

              vs

G.M. CROCETTI, INC., CAROLINA CASUALTY
INSURANCE COMPANY, BARTEC INDUSTRIES,
INC., DAYTON SUPERIOR SPECIALTY CHEMICAL
CORP., SPECIALTY CONSTRUCTION BRANDS,
INC. t/a TEC, KEMPER CASUALTY INSURANCE
COMPANY d/b/a KEMPER INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA., UNITED STATES FIRE
INSURANCE COMPANY, ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC. f/k/a/
COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY d/b/a
OHIO CASUALTY GROUP, HARLEYSVILLE
MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY, an insurer
for BARTEC INDUSTRIES INC.), JOHN DOES 1-20
and XYZ CORPS. 1-12,

                    Fourth-Party Defendants.

--------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Great American Insurance Company of New York (a private non-governmental party) and American National Fire Insurance Company, (a private non-governmental party) certifies that Great American Insurance Company of New York acquired American National Fire Insurance Company on or about November 2000. The following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:        See attached.

Dated: Parsippany, New Jersey
         February 19, 2008

                              GENNET, KALLMANN, ANTIN & ROBINSON
                              Attorneys for Defendant, Great American Insurance
                              Company

                              By_____
                                   DONALD G. SWEETMAN
                                   Our File No. 05-6698:35.0053-S



**DATE:**      Reissued April 29, 2003

**RE:**        THE AFG FAMILY- WHO ARE THE RELATIVES?

---

## THE AFG FAMILY- WHO ARE THE RELATIVES?

In the course of managing litigation you may receive an inquiry that arises from the local rules of the federal courts which requires the disclosure of any publicly traded parent or, in some instances, subsidiaries or affiliates of a party to the lawsuit. This disclosure allows the court to be aware of any potential conflicts of interest; if, for example, the judge discovers that he owns stock in the defendant's publicly traded parent company. This overview follows to assist you in providing corporate information.

### AMERICAN FINANCIAL GROUP, INC. ("AFG")

**American Financial Group, Inc. ("AFG")** is a publicly traded, diversified holding company and is the ULTIMATE PARENT for our insurance companies. The stock of American Financial Group, Inc. is PUBLICLY TRADED on the New York Stock Exchange under the symbol **AFG**. **AFC Holding Company ("AFC")** is a subsidiary of **AFG** and is a diversified financial holding company wholly owned by its PARENT, **AFG**. **AFG** and **AFC** are NOT insurance companies.

**AFG** has an extended group of relatives. The extended family includes three "branches" or insurance holding company groups:

1.     **GREAT AMERICAN INSURANCE COMPANY ("GAI")**

       Abbreviated GAI
       Organizational Chart:        American Financial Group, Inc. ("ULTIMATE PARENT")
                                     _____ AFC Holding Company
                                     _____ American Financial Corporation
                                     _____ Great American Insurance Company

       **Great American Insurance Company ("GAI")** is wholly owned by its immediate PARENT, **American Financial Corporation**, which is ultimately wholly owned by the ULTIMATE PARENT, **AFG**.

       GAI is a 100% owner of many insurance SUBSIDIARIES, including for example, Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company of New York to name a few and is the "headline" company in the first branch.

2.     **AMERICAN PREMIER UNDERWRITERS, INC. ("APU")**
       **INFINITY PROPERTY AND CASUALTY CORPORATION ("IPCC")**

       Abbreviated APU & IPCC
       Organizational Chart:        American Financial Group, Inc. ("ULTIMATE PARENT")
                                     _____ AFC Holding Company
                                     _____ American Financial Corporation
                                     _____ American Premier Underwriters, Inc.
                                     _____ Infinity Property and Casualty Corporation

       **American Premier Underwriters, Inc. ("APU")** represents the second family branch and is a diversified company wholly owned by **American Financial Corporation**, which is wholly owned by **AFC**, which is wholly owned by **AFG** (the same ultimate parentage as Great American Insurance Company).

       Recently, by an initial public offering ("IPO"), an APU "heir" was created, **Infinity Property and Casualty Corporation ("IPCC")**. IPCC is PUBLICLY TRADED on NASDAQ. IPCC is NOT an



insurance company. IPCC is the new PARENT of Atlanta Casualty Company, Infinity Insurance Company, Leader Insurance Company and Windsor Insurance Company, to name a few. Great American Insurance Company's Personal Automobile operations are also now a part of IPCC. IPCC's ULTIMATE PARENT, AFG, currently retains an approximate 40% interest in IPCC.

APU, IPCC and their subsidiaries are NOT owned by GAI. APU, IPCC and their subsidiaries are AFFILIATES of GAI and they share the same ULTIMATE PARENT, AFG.

3.    **GREAT AMERICAN FINANCIAL RESOURCES, INC. ("GAFRI")**

Abbreviated GAFRI
Organizational Chart:          American Financial Group, Inc. ("ULTIMATE PARENT")
_____ AFC Holding Company
_____ American Financial Corporation
_____ Great American Financial Resources, Inc.

Great American Financial Resources, Inc. ("GAFRI") represents the third branch of the AFG family. It also shares AFG as its ULTIMATE PARENT. Its SUBSIDIARIES, for example, Great American Life Assurance Company, offer annuities, life, supplemental health and long-term care products unique from its property/casualty AFFILIATES, GAI, APU and IPCC. GAFRI, like its ULTIMATE PARENT, AFG, is traded on the New York Stock Exchange under the symbol GFR.

\* \* \* \* \* \* \* \* \* \*

After reviewing this article, you should be able to answer the following questions correctly:

Q1.    Who is the publicly traded ULTIMATE PARENT of Great American Insurance Company?

A1.    **AMERICAN FINANCIAL GROUP, INC.**  (AFG is also the ULTIMATE PARENT of American Premier Underwriters, Inc., Infinity Property and Casualty Corporation and the annuity and life companies of Great American Financial Resources, Inc.)

Q2.    True or False:  Great American Insurance Company owns Atlanta Casualty Company.

A2.    **FALSE.**  Atlanta Casualty is now wholly owned by Infinity Property and Casualty Corporation and is part of a separate insurance holding company group. It is more accurately described as an "affiliate" of Great American Insurance Company and its operations are completely separate.

Q3.    How many "branches" of insurers does American Financial Group, Inc. own?

A3.    **THREE:**   Great American Insurance Company, Infinity Property and Casualty Corporation and Great American Financial Resources, Inc. While American Premier Underwriters, Inc. is the corporate parent of Infinity Property and Casualty Corporation, the corporate entities that best represent the businesses of AFG are Great American Insurance Company, Infinity Property and Casualty Corporation and Great American Financial Resources, Inc.

If you need to determine the organizational location of any company with AFG, consult the current AFG Organizational Chart which is posted on the Corporate Legal Website (https://www.aboutgreatamerican.com/clegal). In addition, the AFG Corporate Organizational chart can be found in the "Annual Statement, Schedule Y" (Yellow Book) of any insurance company with the group.

Please direct any questions about the corporate organization to the attention of:

Lisa Pennekamp
Corporate Legal
580 Walnut Street, 10th Floor
Cincinnati, OH 45202
(513) 369-5059
lpennekamp@galc.com or clegal@galc.com

3

COUNSEL LIST
**TRAVELERS CASUALTY & SURETY v. THE DORMITORY AUTHORITY**
Civil Action No. 04 Civ.5101 (HB)

David Craig Dreifuss, Esq.
JoAnne M. Bonacci, Esq.
Guido Stefan Weber, Esq.
Eli J. Rogers, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, NJ 07932
**Attorneys for Plaintiff, Travelers Casualty and Surety Company and 3rd Pty Deft/4th Pty**
**Plaintiffs, Trataros Construction, Inc. & Travelers Casualty and Surety Co.**
Tele: 973-514-1414  x 1908
Fax: 973-514-5959
E-Mail: gweber@dbplawfirm.com

David Abramovitz, Esq.
Thomas V. Giordano, Esq.
Bill P. Chimos, Esq.
Matthew S. Queen, Esq. - Lead Attorney
Zetlin & DeChiara, LLP
801 Second Avenue
New York, NY 10017
**Attorneys for Deft/Third Party Plf., Kohn, Pederson, Fox & Associates, P.C.**
Tele: 212-661-0722
Fax: 212-682-6861
E-Mail: dabramovitz@zdlaw.com & tgiordano@zdlaw.com & bchimos@zdlaw.com

Stephen B. Shapiro, Esq.
Timothy B. Froessel, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007
**Attorneys for Deft/Third Party Plf., Dormitory Authority of the State of New York & TDX**
**Construction Corp.**
Tele: 212-513-3484
Fax: 212-385-9010
E-Mail: tbfroess@hklaw.com

Gary L. Rubin, Esq.
Mazur, Carp & Rubin, P.C.
1250 Broadway, 38th Floor
New York, NY 10001
**Attorneys for Deft/TDX Construction Corp.**
Tele: 212-686-7700
Fax: 212-532-1425
E-Mail: grubin@mcrlawfirm.com


Thomas M. DeSimone, Esq.
Goldberg Segalla, LLP
170 Hamilton Avenue, Suite 203
White Plains, NY 10601
**Attorneys for 4th Pty Deft/Dayton Superior Specialty Chemical Corp.**
Tele: 914-798-5470
Fax: 914-798-5401
E-Mail: TdeSimone@goldbergsegalla.com


Christian H. Gannon, Esq.
Segal, McCambridge Singer & Mahoney, Ltd.
830 Third Avenue, 4th Floor
New York, NY 10022
**Attorneys for 4th Pty Deft/Specialty Construction Brands, Inc. t/a TEC**
Tele: 212-651-7500
Fax: 212-651-7499
E-Mail: cgannon@smsm.com


Robert Mark Wasko, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
226 West 26th Street, 8th Floor
New York, NY 10001-6785
**Attorneys for 4th Pty Deft-Counter-Claimant/Carolina Casualty Ins. Co.**
Tele: 516-240-8900
Fax: 212-691-6452
E-Mail: rwasko@tlggr.com


Paul A. Winick, Esq. - Lead Attorney
Richard P. Dyer, Esq.
Thelen Reid & Priest, LLP
875 Third Avenue
New York, NY 10022

**Attorneys for Counter-Claimant/third party deft./ LBL Skysystems (U.S.A.), Inc.**
Tele: 212-603-6756
Fax: 212-829-2059
E-Mail: pwinick@thelenreid.com

Jeremy Platek, Esq.
O'Connor Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue, 2nd Floor
White Plains, NY 10601
**Attorneys for 4th Pty Deft/Bartec Industries, Inc.**
**Attorneys for 4th Pty Deft-Cross Claimant/Bartec Industries, Inc.**
Tele: 914-686-1700 X239
Fax: 914-328-3184
E-Mail: jplatek@oconnorlawfirm.com

Diane E. Goldberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza, 9th Floor
New York, NY 10004
**Attorneys for Fourth Party Deft/Allied World Assurance Company**
Tele: 212-804-4221
Fax: 212-344-8066
E-Mail: dgoldberg@moundcotton.com

Steven Alan Coploff, Esq.
Steinberg & Cavaliere, LLP
50 Main Street
White Plains, NY 10606
**Attorneys for Fourth Party Deft/Kemper Insurance Co.**
Tele: 914-761-4200
Fax: 914-761-4256
E-Mail: steincav@aol.com

John P. De Filippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 10th Floor
New York, NY 10022
**Attorneys for Fourth Party Deft/United States Fire Insurance Company**
Tele: 212-252-0004
Fax: 212-252-0444
E-Mail: jdefilippis@cmk.com

S. Dwight Stephens, Esq.
Melito & Adolfsen, P.C.
233 Broadway

New York, NY 10279
**Attorneys for Fourth Party Deft/Zurich American Ins. Co.**
Tele: 212-238-8900
Fax: 212-238-8999
E-Mail: sds@melitoadolfsen.com

Martin A. Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1050 Franklin Avenue
Garden City, NY 11530
**Attorneys for Third Party Deft/Cosentini Associates, Inc.**
Tele: 516-294-8844
Fax: 516-294-8202
E-Mail: mschwartzberg@lbcclaw.com

Richard T. Imossi, Esq.
Jeffrey M. Kadish, Esq.
Morgan, Melhuish, Monaghan, Arvidson, Abrutyn & Lisowski
651 West Mt. Pleasant Avenue
Suite 200
Livingston, NJ 07039
**Attorneys for Fourth Party Deft/Ohio Casualty Ins. Co.**
Tele: 973-994-2500
Fax: 973-994-3375
E-Mail: counsel@morganlawfirm.com

Henry G. Morgan, Esq.
Joseph DeDonato, Esq.
Morgan, Melhuish, Abrutyn
39 Broadway, 35th Floor
New York, NY 10006
**Attorneys for defts/Ohio Casualty Ins. Co. d/b/a Ohio Casualty Group**
Tele: 212-809-1111

Terrence J. O'Connor, Esq.
O'Connor & Golder
24 North Washington
Port Washington, NY 11050
**Attorneys for Third Party Deft/Jordan Panel Systems Corp.**
Tele: 516-944-5691
Fax: 570-619-6007
E-Mail:

Marc S. Krieg, Esq.
Krieg & Associates, P.C.

5 Heather Court
Dix Hills, NY 11746
**Attorneys for Third Party Defts/Counsilman/Hunsaker & Associates and Entek Engineering**
Tele: 631-499-8409
Fax: 631-493-0763


Christopher A. Albanese, Esq.
Milber, Makris, Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, NY 10601
**Attorneys for Third Party Deft/Vollmer Associates, LLP**
Tele: 914-681-8700
Fax: 914-681-8709
E-Mail:


Martin P. Lavelle, Esq.
Law Offices of Martin P. Lavelle
110 William St., 18th Floor
New York, NY 10038
**Attorneys for Fourth Party Deft/National Union Fire Insurance of Pittsburgh PA**
Direct Dial #: 212-266-5881 (Lavelle)
Tele: 212-266-5880
Fax: 212-528-0134
E-Mail: martin.lavelle@aig.com  (Lavelle)


Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
11 Broadway, Suite 1560
New York, NY 10004
**Attorneys for Weidlinger Associates Consulting Engineers, P.C.**
Tele: 212-422-9424
Fax: 212-422-9429
File No. 650-906


Bill P. Chimos, Esq.
Thomas V. Giordano, Esq.
Zeynel Karcioglu, Esq.
36 East 20th Street
New York, NY 10003
**Attorneys for Deft/Kohn, Pederson, Fox and Associates, P.C.**

Tele: 212-286-8585
Fax: 212-682-6861
Email: bchimos@zdlaw.com


Henry J. Cernitz, Esq.
Jacobson & Schwartz
510 Merrick Road, PO Box 46
Rockville Centre, NY 11571
**Attorneys for 4th Party Deft/Harleysville Mutual Ins. Co.**
Tele: 516-536-0900
Fax: 516-536-2371
E-Mail: hcernitz@jandslaw.com


Anna Lee Joan Cataldo-Barile, Esq.
Sinnretch, Safar & Kosakoff, LLP
320 Carleton Ave., Suite 3200
Central Islip, NY 11722
**Attorneys for 3rd Party Deft/John A. Van Deusen & Associates, Inc.**
Tele: 631-650-1200
Fax: 631-650-1207
E-Mail: acataldo-barile@ssklaw.net


Cheryl L. Davis, Esq.
Menaker & Herrmann, LLP
10 East 40th Street, 43rd Floor
New York, NY 10006
**Attorneys for Third Party Deftt/Shen Milsom & Wilke, Inc.**
Tele: 212-545-1900
Fax: 212-545-1656
E-Mail: cdavis@mhjur.com


Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, 4th Floor
New York, NY 10004
**Attorneys for Counter Claimant/Warfel Schrager Architectural Lighting, LLC**
Tele: 212-422-1200
Fax: 212-968-7573
E-Mail: bjacobs@agfjlaw.com


Joseph S. Weiner, Esq.
Law Office of Vincent P. Crisci, Esq.
One Broadway

New York, NY 10004
**Attorneys for Counter-Claimant/Poulin & Morris, Inc.**
Tele: 212-943-8940
Fax: 212-425-3428
E-Mail: jwiener@allmerica.com

Fe D. Tesoro, Esq.
Law Office of Vincent P. Crisci, Esq.
17 State Street, 8th Floor
New York, NY 10004
**Attorneys for Poulin & Morris**


Michael P. Catina, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
**Attorneys for Third Party Deft/Theatre Projects Consultants**
Tele: 914-323-7000
Fax: 914-323-7001


Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
The Graybar Building
420 Lexington Avenue
New York, NY 10170
**Attorneys for Fourth Party Deft/Carolina Casualty**
**Tele:**
**Fax:**
**Email:**


Lance J. Kalik, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
Morristown, NJ 07962
**Attorneys for Fourth Party Deft/Harleysville Mutual Ins. Co.**
**Tele:**
**Fax:**
**Email:**