## AFFIDAVIT OF SERVICE BY MAIL

COUNTY OF NEW YORK   )
                     ) ss.:
STATE OF NEW YORK    )

MICHELLE SCHWINDT, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at ASTORIA, NEW YORK.

That on this 20th day of February, 2008 deponent served the within **ANSWER TO FOURTH-PARTY DEFENDANT NATIONAL UNION'S CROSS-CLAIM** upon:

Joanne M. Bonacci Esq.
David Craig Dreifuss, Esq.
Eli John Rogers, Esq.
DREIFUSS BONACCI & PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932

David Abramovitz, Esq.
ZETLIN & DeCHIARA LLP (NYC)
801 Second Avenue
New York, New York 10017

Timothy B. Froessel, Esq.
Elvin Ramos, Esq.
Rudy Green, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007

Erika C. Aljens, Esq.
LAW OFFICES OF GREEN & LAVELLE
110 William Street, 18th Floor
New York, New York 10038

Diana Elaine Goldberg, Esq.
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza, 9th Floor
New York, New York 10004

Jeremy D. Platek, Esq.
O'CONNOR REDD GOLLIHUE SKLARIN LLP
200 Mamaroneck Avenue
White Plains, New York 10601

Robert Mark Wasko, Esq.
TORRE LENTZ GAMELL GARY & RITTMASTER LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785

Matthew James McDermott, Esq.
Suzin L. Raso, Esq.
GOLDBERG SEGALLA LLP
170 Hamilton Avenue
White Plains, New York 10601

Donald George Sweetman, Esq.
GENNET KALLMANN ANTIN & ROBINSON P.C.
6 Campus Drive
Parsippany, New Jersey 07054

John Paul DeFilippis, Esq.
Carroll, McNulty & Kull, LLC
570 Lexington Avenue, 10th Floor
New York, New York 10022

Vincent Zichello, Esq.
Zichello & McIntyre, LLP
420 Lexington Avenue, Rm. 2800
New York, New York  10170

Lance Jon Kalik, Esq.
Tracy Kohl Wishert
RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Michael S. Miller, Esq.
Tompkins, McGuire, Wachenfeld & Barry
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

David A. Larson, Esq.
BOLLINGER, RUBERY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661

Christian H. Gannon, Esq.
Robert R. Brooks-Rigolosi, Esq.
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York  10022

Henry G. Morgan, Esq.
Joseph DeDonato, Esq.
MORGAN MELHUISH MONAGHAN
ARVIDSON ABRUTYN & LISOWSKI
651 Mount Pleasant Avenue, Suite 200
Livingston, New Jersey 07039

attorneys in this action, via electronic mail.

_____
MICHELLE SCHWINDT

Sworn to before me this
20th day of February, 2008

_____
Notary Public
JOHN H. SOMOZA
Notary Public, State of New York
No. 01SO4735778
Qualified in New York County
Commission Expires November 30, 20__