UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as | Case No.: 07- CV-6915 (DLC)
Administrator for RELIANCE INSURANCE COMPANY,

**FIFTH-PARTY COMPLAINT**

Plaintiff,

vs.

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP., and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

Defendants,
------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK and TDX CONSTRUCTION CORP.,

Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

Third-Party Defendant,
------------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC., and TRAVELERS
CASUALTY AND SURETY COMPANY

Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY;
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY;GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.;
UNITED STATES FIRE INSURANCE COMPANY;



)BERG SEGALLA LLP
lamilton Ave., Ste. 203
Plains, NY 10601-1717

ALLIED WORLD ASSURANCE COMPANY (U.S.)
INC. f/k/a COMMERCIAL UNDERWRITERS
INSURANCE COMPANY; ZURICH AMERICAN
INSURANCE COMPANY d/b/a ZURICH INSURANCE
COMPANY; OHIO CASUALTY INSURANCE
COMPANY d/b/a OHIO CASUALTY GROUP;;
HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY);
JOHN DOES 1- 20 AND XYZ CORPS. 1-12,

                    Fourth-Party Defendants,
------------------------------------------------------------------------X
DAYTON SUPERIOR CORPORATION,

                    Fifth-Party Plaintiff,

                    vs..

G.M. CROCETTI, INC.,

                    Fifth-Party Defendant.
------------------------------------------------------------------------X

      Fourth-Party Defendant, DAYTON SUPERIOR CORPORATION s/h/a DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION ("DAYTON"), by its attorneys, GOLDBERG SEGALLA, LLP, as and for their Fifth-Party Complaint against G.M. CROCETTI, INC., alleges as follows:

JURISDICTION AND VENUE

      1.    At all times relevant hereto, DAYTON SUPERIOR CORPORATION, was a corporation organized and existing pursuant to the laws of the State of Delaware.

      2.    At all times relevant hereto, G.M.CROCETTI, INC., was and is a corporation organized and existing pursuant to the laws of the State of New York.

      3.    The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1367.

4. This action is properly venued in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claims herein occurred within the District.

PLEADINGS

5. Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, originally commenced this action by filing and service of a Complaint and Jury Demand. (Exhibit "A").

6. Issue was joined by the defendants, DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP., by ANSWER OF DASNY AND TDX WITH AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND CROSS-CLAIMS, dated September 28, 2007. (Exhibit "B").

7. DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP. filed and served a Third-Party Complaint, dated September 28, 2007, against TRATAROS CONSTRUCTION. (Exhibit "C").

8. Issue was joined by the third-party defendant, TRATAROS CONSTRUCTION, by TRATAROS CONSTRUCTION, INC.'S ANSWER TO THIRD-PARTY COMPLAINT, dated November 13, 2007. (Exhibit "D").

9. TRATAROS CONSTRUCTION and TRAVELERS CASUALTY AND SURETY COMPANY filed and served a Fourth-Party Complaint, dated November 13, 2007, against numerous parties, including the instant fourth-party defendant, DAYTON SUPERIOR CORPORATION S/H/A DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION. (Exhibit "E").

3

10. DAYTON SUPERIOR CORPORATION joined issue with the service of an Answer to Fourth-Party Complaint, dated November 30, 2007. (Exhibit "F").

10. This action arises out of the construction of building for Baruch College at 55 Lexington Avenue, New York, New York.

11. The Fourth-Party Plaintiffs have alleged that in the event that they are held liable for the claimed damages of DORMITORY AUTHORITY OF THE STATE OF NEW YORK and/or TDX CONSTRUCTION CORP., then DAYTON SUPERIOR CORPORATION shall be liable to the fourth-party plaintiff for indemnification, contribution or exoneration based upon alleged negligence, breach of contract and/or breach of warranty.

12. The allegations and claims of the fourth-party plaintiffs as against DAYTON SUPERIOR CORPORATION have been denied.

AS AND FOR A CAUSE OF ACTION AGAINST G.M. CROCETTI, INC.

13. DAYTON SUPERIOR CORPORATION repeats, reiterates, and realleges each and every allegation contained in paragraphs "1" through "12" inclusive, with the same force and effect as if same were more fully set forth at length herein.

14. The fifth-party defendant, G.M.CROCETTI, INC., performed certain work at the subject premises located at 55 Lexington Avenue, New York, New York, including the installation of certain flooring.

15. The fifth-party defendant, G.M.CROCETTI, INC., was negligent in the performance of its work at the subject premises located at 55 Lexington Avenue, New York, New York.

16. If the fourth-party plaintiffs, TRATAROS CONSTRUCTION and TRAVELERS CASUALTY AND SURETY COMPANY, were caused to sustain any of the damages in the manner

4

alleged in the Fourth-Party Complaint, all of which is denied by the instant fourth-party defendant/fifth-party plaintiff, such damages and injuries were caused wholly and solely by the negligence, recklessness, and carelessness of the fifth-party defendant, G.M. CROCETTI, INC.

17.    DAYTON SUPERIOR CORPORATION is entitled to contribution and/or indemnification from, and to have judgment over and against the fifth-party defendant, G.M. CROCETTI, INC., for all or part of any verdict or judgment that the fourth-party plaintiffs may recover against the instant fourth-party defendants/fifth-party plaintiffs.

WHEREFORE, the fourth-party defendant/fifth-party plaintiff, DAYTON SUPERIOR CORPORATION, demand judgment dismissing the Fourth-Party Complaint, together with costs and disbursements, and further demands that in the event that the instant fourth-party defendant/fifth-party plaintiff is held liable to the fourth-party plaintiffs, then the fourth-party defendant/fifth-party plaintiff shall have judgment over and against the fifth-party defendant, G.M. CROCETTI, INC., on the basis of common law indemnity and/or contribution in such amounts as a jury or Court may direct, together with the costs, disbursements and expenses of this action.

Dated:  White Plains, New York
        January 30, 2008

                                        GOLDBERG SEGALLA, LLP

                                        _____
                                        WILLIAM G. KELLY (WK - 2982)
                                        Attorneys for Fourth-Party Defendant
                                        DAYTON SUPERIOR CORPORATION
                                        170 Hamilton Avenue, Suite 203
                                        White Plains, New York 10601-1717
                                        (914) 798-5400
                                        GS File No.: 15180.0001

To:   G.M. CROCETTI, INC.
      3960 MERRITT AVE
      BRONX, NEW YORK, 10466-2591

JoAnne M. Bonacci, Esq.
DREIFUSS BONACCI & PARKER, LLP
Attorneys for Fourth-Party Plaintiffs
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY COMPANY
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey 07932
(973) 514-1414

David Abramovitz, Esq.
Zeynel Karcioglu, Esq.
Attorneys for Defendant
KOHN, PEDERSON, FOX & ASSOCIATES, P.C.
801 Second Avenue
New York, New York 10017
(212) 682-6800

Robert Rigliosi, Esq.
SEGAL McCAMBRIDGE SINGER & MAHONEY
Attorneys for Fourth-Party Defendant
SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC
830 Third Avenue, Suite 400
New York, NY 10022
(212) 651-7500

Robert Mark Wasko, Esq.
TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP
Attorneys for Fourth-Party Defendant
CAROLINA CASUALTY INSURANCE COMPANY
226 West 26th Street, 8th Floor
New York, New York 10001-6785
(516) 240-8900

Steven A. Coploff, Esq.
STEINBERG & CAVALIERE, LLP
50 Main Street, Suite 901
White Plains, New York 10606
(914) 761-4200
          and

George J. Manos, Esq.
David N. Larson, Esq.
BOLLINHGER, RUBERRY & GARVEY
Attorneys for Fourth-Party Defendant
KEMPER CASUALTY INSURANCE
d/b/a KEMPER INSURANCE COMPANY
500 West Madison, Suite 2300
Chicago, Illinois 60661
(312) 366-8000

Henry G. Morgan, Esq.
MORGAN, MELHUISH, MONAGHAN,
ARVIDSON, ARBUTYN & LISOWSKI
Attorneys for Fourth-Party Defendant
OHIO CASUALTY INSURANCE COMPANY
651 West Mt. Pleasant Avenue, Suite 200
Livingston, New Jersey 07039
(973) 994-2500

Donald G. Sweetman, Esq.
GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
Attorneys for Fourth-Party Defendants
GREAT AMERICAN INSURANCE COMPANY,
AMERICAN ALLIANCE INSURANCE COMPANY,
AMERICAN NATIONAL FIRE INSURANCE COMPANY
and GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK
6 Campus Drive
Parsippany, New Jersey 07054
(973) 285-1919

John P. DeFilippis, Esq.
CARROLL, McNULTY & KULL
Attorneys for Fourth-Party Defendant
UNITED STATE FIRE INSURANCE COMPANY
570 Madison Avenue
New York, New York 10016
(212) 252-0004

S. Dwight Stephens, Esq.
MELITO & ADOLFSEN, P.C.
Attorneys for Fourth-Party Defendant
ZURICH AMERICAN INSURANCE COMPANY
233 Broadway
New York, New York 10279
(212) 238-8900

Martin Paul Lavelle, Esq.
GREEN & LAVELLE
Attorneys for Fourth-Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
110 William Street
New York, New York 10038
(212) 266-5880/5881

Diana E. Goldberg, Esq.
MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Fourth-Party Defendants
COMMERCIAL UNDERWRITERS INSURANCE
COMPANY and ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.
One Battery Park Plaza, 9th Floor
New York, New York 10004-1486
(212) 804-4200

Jeremy D. Platek
O'CONNOR REDD, LLP
Attorneys for Fourth-Party Defendant
BARTEC INDUSTRIES, INC.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700

Timothy B. Froessel, Esq.
HOLLAND & KNIGHT, LLP
Attorneys for Defendants/Third-Party Plaintiff
DORMITORY AUTHORITY OF THE STATE
OF NEW YORK and TDX CONSTRUCTION CORP.
195 Broadway
New York, New York 10007
(212) 513-3484

Gary L. Rubin, Esq.
MAZUR, CARP & RUBIN, P.C.
Attorneys for Defendant/Third-Party Plaintiff
TDX CONSTRUCTION CORP.
1250 Broadway, 38th Floor
New York, New York 10001

Marisa Slaten, Esq.
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Attorneys for Fourth-Party Defendant
HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
(973) 451-3862

99059.1