**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : Case No. 07-CV-6915 |
| DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C., | : **ECF CASE** |
| Defendants. | : **HON. DENISE COTE** |

_____

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK AND TDX CONSTRUCTION CORP.,

               Third-Party Plaintiffs,

      vs.

TRATAROS CONSTRUCTION, INC.,

               Third-Party Defendant.

_____

TRATAROS CONSTRUCTION, INC. and TRAVELERS
 CASUALTY AND SURETY COMPANY,

               Fourth-Party Plaintiffs,

      vs.

CAROLINA CASUALTY INSURANCE COMPANY;
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR
SPECIALTYCHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION

FIRE INSURANCE COMPANY OF PITTSBURGH, PA;   :
UNITED STATES FIRE INSURANCE COMPANY;   :
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.:
f/k/a COMMERCIAL UNDERWRITERS INSURANCE   :
COMPANY; ZURICH AMERICAN INSURANCE   :
COMPANY d/b/a ZURICH INSURANCE COMPANY;   :
OHIO CASUALTY INSURANCE COMPANY d/b/a   :
OHIO CASUALTY GROUP; HARLEYSVILLE   :
MUTUAL INSURANCE COMPANY   :
(a/k/a HARLEYSVILLE INSURANCE COMPANY);   :
JOHN DOES 1-20 AND XYZ CORPS. 1-20,   :
    :
    Fourth-Party Defendants.   :
    :

---

## FOURTH-PARTY DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Fourth-Party Defendant

Zurich American Insurance Company ("Zurich") states as follows:

(a)     Zurich is unaware at this time of any additional persons with discoverable

information concerning the claims in this litigation besides those

individuals whom the other parties have disclosed.

(b)     Zurich is not in possession of any documents relating to the claims at issue

in this litigation other than those documents produced by the parties in the

course of the prior action *Travelers Casualty and Surety Company as

administrator for Reliance Insurance Company v. The Dormitory

Authority of the State of New York, et al.*, Case No.: 04 Civ. 5101 (HB)

and related mediation (collectively "Trataros I"). Zurich submits that the

insurance coverage issues involved in this case are governed by the legal

interpretation of the parties' respective liability insurance policies, the

testimony of those individuals referred to by the other parties to this

litigation and any relevant additional documentary materials disclosed by the other parties in this action.

(c)     Zurich does not allege any damages at this time.

(d)     Zurich has produced to Travelers the Assurance Company of America Policy issued to Bartec for the policy period from May 26, 2000 to May 26, 2001 which includes, *inter alia*, commercial general liability and umbrella coverage (Policy No.: CFP 26465766)("the Bartec Policy") and the Zurich American Insurance Company general liability policy it issued to Trataros, effective from April 1, 2001 through April 1, 2002 GLO 3504358-001)("the Trataros Policy) in Trataros I.    Zurich denies the applicability of coverage under either the Bartec or the Trataros Policies for any judgment or payments arising out of this action.

Dated: New York, New York
        February 25, 2008

Yours, etc.

By: _____
    S. Dwight Stephens (SS-2161)
    MELITO & ADOLFSEN P.C.
    233 Broadway
    New York, New York 10279
    (212) 238-8900
    *Attorneys for Fourth Party Defendant*
    *Zurich American Insurance Company*

To:

Joanne M. Bonacci Esq.
David Craig Dreifuss, Esq.
Eli John Rogers, Esq.
DREIFUSS BONACCI & PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932

David Abramovitz, Esq.
ZETLIN & DeCHIARA LLP (NYC)
801 Second Avenue
New York, New York 10017

Timothy B. Froessel, Esq.
Elvin Ramos, Esq.
Rudy Green, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007

Erika C. Aljens, Esq.
LAW OFFICES OF GREEN & LAVELLE
110 William Street, 18th Floor
New York, New York 10038

Diana Elaine Goldberg, Esq.
MOUND COTTON WOLLAN &
GREENGRASS
One Battery Park Plaza, 9th Floor
New York, New York 10004

Lance Jon Kalik, Esq.
Tracy Kohl Wishert
RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Michael S. Miller, Esq.
Tompkins, McGuire, Wachenfeld & Barry
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Jeremy D. Platek, Esq.
O'CONNOR REDD GOLLIHUE
SKLARIN LLP
200 Mamaroneck Avenue
White Plains, New York 10601

Robert Mark Wasko, Esq.
TORRE LENTZ GAMELL GARY &
RITTMASTER LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785

Matthew James McDermott, Esq.
Suzin L. Raso, Esq.
GOLDBERG SEGALLA LLP
170 Hamilton Avenue
White Plains, New York 10601

Donald George Sweetman, Esq.
GENNET KALLMANN ANTIN &
ROBINSON P.C.
6 Campus Drive
Parsippany, New Jersey 07054

John Paul DeFilippis, Esq.
Carroll, McNulty & Kull, LLC
570 Lexington Avenue, 10th Floor
New York, New York 10022

Vincent Zichello, Esq.
Zichello & McIntyre, LLP
420 Lexington Avenue, Rm. 2800
New York, New York 10170

David A. Larson, Esq.
BOLLINGER, RUBERY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661

4

Christian H. Gannon, Esq.
Robert R. Brooks-Rigolosi, Esq.
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York  10022

Henry G. Morgan, Esq.
Joseph DeDonato, Esq.
MORGAN MELHUISH MONAGHAN
ARVIDSON ABRUTYN & LISOWSKI
651 Mount Pleasant Avenue, Suite 200
Livingston, New Jersey 07039

63595