UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff,

vs.

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

    Defendants.

07-CV-6915 (DLC)
ECF CASE

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK
AND TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

**MOTION TO ADMIT COUNSEL PRO HAC VICE -BRETT L. WARNING**

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC
INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION;
SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC;
KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN INSURANCE
COMPANY; NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE
INSURANCE COMPANY; ALLIED WORLD ASSURANCE



COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20, :
                                                 :
                                                 :
                   Fourth-Party Defendants.      :

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael S. Miller, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, pro hac vice, of:

| | |
|---|---|
| Applicant's Name: | Brett L. Warning |
| Firm Name: | Bollinger, Ruberry & Garvey |
| Address: | 500 West Madison Street, 23rd Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Telephone: | (312) 466-8000 |
| Fax: | (312) 466-8001 |
| Email address: | brett.warning@brg-law.net |

Brett L. Warning is a member in good standing of the Bars of the States of Illinois and Colorado and is admitted to practice in the United States Court of Appeals for the Seventh Circuit, and the United States District Courts for the Northern District of Illinois, Central District of Illinois, and Western District of Wisconsin. There are no pending disciplinary proceedings against Brett L. Warning in any state or federal court. Attached hereto are a Certificate of Admission to the Bar of Illinois and a Certificate of good standing from the State of Colorado Supreme Court for Mr. Warning.

Dated: February 21, 2008
       New York, New York

Respectfully submitted,

By: /s/ Michael S. Miller
Michael S. Miller
Tompkins, McGuire, Wachenfeld & Barry, LLP
140 Broadway
51st Floor
New York, New York 10005
(212) 714-1720

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Brett Lee Warning

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, January 24, 2008.

*Juleann Hornyak*
Clerk



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**BRETT LEE WARNING**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **26th** day of **March** A. D. **1999** and that at the date hereof the said **BRETT LEE WARNING** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **25th** day of **January** A. D. **2008**

Susan J. Festag

Clerk

## DECLARATION OF SERVICE

The undersigned hereby declares, under penalty of perjury, that on February 21, 2008, he caused a true copy of the foregoing Motion and the supporting Declaration of Michael S. Miller. to be served via first class mail upon counsel for the various parties as follows:

JoAnne M. Bonacci, Esq.
**DREIFUSS BONACCI & PARKER, LLP,**
Attorneys for Fourth-Party Plaintiffs,
*TRATAROS* CONSTRUCTION, *INC AND TRAVELERS CASUALTY AND SURETY COMPANY*
26 Columbia Turnpike - North Entrance
Florham Park, NJ 07932
Tel:   (973) 514-1414
Fax:   (973) 514-5959
email: jbonacci@dbplawfirm.com

David Abramovitz, Esq,
**ZETLIN & DECI-HARA, LLP**
Attorneys for Defendants/Third-Party Plaintiff,
*KOHNJ PEDERSON, FOX & ASSOCIATES, P.C*
501 Second Avenue
New York, NY 10017
Tel:   (212) 682-6800
Fax:   (212) 682-6861
Email: dabramovitz@zdlaw.com

Robert R. Rigolosi
**SEGAL McCAMBRIDGE SINGER & MAHONEY**
Attorneys for Fourth-Party Defendant
*SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC*
830 Third Aye, Suite 400
NY, NY 10022
Tel:   (212) 651-7500/(212) 651-7423
Fax:   (212) 651-7499
email: rrigolosi@msm.com

4

Gary Wirth, Esq.
**TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP**
Attorneys for Fourth-Party Defendant
1.   *CAROLINA CASUALTY INSURANCE COMPANY*
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
Tel:   (516) 240-8900
Fax:   (516) 240-8950
Email: gwirth@tlggr.com


Robert Mark Wasko, Esq.
**TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP**
*Co-Counsel for Fourth-Party Defendant*
*CAROLINA CASUALTY INSURANCE COMPANY*
226 West 26th Street, 8th Floor
New York, NY 10001
Tel:   (516) 240-8900
Fax:   (212) 691-6452

William Kelly, Esq.
Suzin L. Raso, Esq.
**GOLDBERG SEGALL, LLP.**
Attorneys for Fourth-Party Defendant
DAYTON *SUPERIOR SPECIALTY CHEMICAL CORP.*
a/k/a *DAYTON SUPERIOR* CORP.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel:   (914) 798-5400
Fax:   (914) 798-5401
email: wkelly@goldbergsegalla.com
email: sraso@goldbergsegalla.com

Henry G. Morgan, Esq.
Joseph DeDonato, Esq.
**MORGAN, MELHUISH, ABRUTYN**
Attorneys for Fourth-Party Defendant
OHIO *CASUALTY INSURANCE COMPANY*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
Tel:   (973) 994-2500
Fax:   (973) 994-3375
email: counsel@morganlawfirm.com

5

Donald G. Sweetman, Esq.
**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
Attorney for Fourth-Party Defendants
*GREAT AMERICAN INSURANCE COMPANY,*
*AMERICAN ALLIANCE INSURANCE COMPANY,*
*AMERICAN NATIONAL FIRE INSURANCE COMPANY*
*and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK*
6 Campus Drive
Parsippany, NJ 07054
Tel:    (973) 285-1919
Fax:    (973) 285-1177
Email: dsweetman@gkar-law.com

Ann Odelson, Esq.
John P. DeFilippis, Esq.
**CARROLL, MCNULTY & KULL**
Attorney for Fourth-Party Defendant
*UNITED STATE FIRE INSURANCE COMPANY*
570 Lexington Avenue
New York, NY 10022
Tel:    (212) 252-0004
Fax:    (212) 252-0444

S. Dwight Stephens, Esq.
**MELITO & ADOLFSEN, P.C.**
Attorneys for Fourth-Party Defendant
*ZURICH AMERICAN INSURANCE COMPANY*
233. Broadway
New York, NY 10279
Tel:    (212) 238-5900
Fax:    (212) 238-8999
Email: sds@melitoadolfsen.com

6

Martin Paul Lavelle, Esq.
Erika L. Aljens, Esq.
**GREEN & LAVELLE**
Attorneys for Fourth-Party Defendant,
*NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA*
110 William Street
New York, NY 10038
Tel:     (212) 266-5580/5881
Fax:    (212) 528-0134
Email: martin.lavelle@aig.com
Email: erika.aljiens@aig.com

Diana E. Goldberg, Esq.
**MOUND COTTON WOLLAN & GREENGRASS**
Attorneys for Fourth-Party Defendant
*COMMERCIAL UNDERWRITERS INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.*
One Battery Park Plaza, 9th Floor
New York, NY 10004-1486
Tel:     (212) 804-4200
Fax:    (212) 344-8066
Email:  dgoldberg@moundcotton.com

Timothy B. Froessell, Esq.
**HOLLAND & KNIGHT, LLP**
Attorneys for Defendants/Third-Party Plaintiffs,
*DORMITORY AUTHORITY- STATE OF NEW YORK and* TDX *CONSTRUCTION CORP.*
195 Broadway
New York, NY 10007
Tel:     (212) 513-3484
Fax:    (212) 385-9010
email: tbfroess@hklaw.com

Tracey K. Wishert, Esq.
Lance J. Kalik, Esq.
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
Attorneys for Fourth-Party Defendant,
*HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY)*
Headquarters Plaza

7

One Speedwell Avenue
Morristown, New Jersey 07960
Tel:   (973) 451-3862
Fax:   (973) 451-3714
email: twishert@riker.com
email: lkalik@riker.com

Vincent Zichello, Esq.
**ZICHELLO & MCINTYRE, LLP**
Attorneys for Fourth-Party Defendant,
*CARLOLINA CASUALTY INSURANCE COMPANY*
420 Lexington Avenue, Suite 2800
New York, New York  10170
Tel:   (212) 972-5560
Fax:   (212) 972-5569

Jeremy Platek, Esq.
**O'CONNOR, REDD, GOLLIHUE & SKLARIN, LLP**
Attorneys for Fourth –Party Defendant,
*BARTEC INDUSTRIES, INC.*
200 Mamaroneck Avenue
White Plains, New York 10601
Tel:   (914) 686-1700 x 239
Fax:   (914) 328-3184


DATED: February 21, 2008

                                                            Michael S. Miller

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

          Plaintiff,

          vs.                                  07-CV-6915 (DLC)
                                           **ECF CASE**

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

          Defendants.
_____

DORMITORY AUTHORITY OF THE STATE OF NEW YORK    **DECLARATION OF**
AND TDX CONSTRUCTION CORP.,                               **MICHAEL S. MILLER**
                                                            **IN SUPPORT OF**
          Third-Party Plaintiffs,                     **MOTION TO ADMIT**
                                                             **COUNSEL**
          vs.                                                   **PRO HAC VICE**

TRATAROS CONSTRUCTION, INC.,

          Third-Party Defendant.
_____

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

          Fourth-Party Plaintiffs,

          vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC
INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION;
SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC;
KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN INSURANCE
COMPANY; NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE
INSURANCE COMPANY; ALLIED WORLD ASSURANCE

COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20, :
:
                      Fourth-Party Defendants.       :

Michael S. Miller, of full age, subscribes and affirms under penalty of perjury as follows, pursuant to 28 U.S.C. §1746:

1. I am a partner at Tompkins, McGuire, Wachenfeld & Barry, LLP, counsel to Fourth-Party Defendant Lumbermens Mutual Casualty Company ("LMC"), improperly sued as Kemper Casualty Insurance Company d/b/a Kemper Insurance Company in the above-captioned action. I am fully familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of LMC's motion to admit Brett L. Warning as counsel, pro hac vice, to represent LMC in this matter.

2. I am a member in good standing of the bars of the State of New York and the State of New Jersey and was admitted to practice law in the State of New York in 1986. I am also admitted to the bars of the United States Circuit Courts of Appeal for the Second and Third Circuits and the United States District Courts for the Southern District of New York, the Eastern District of New York and the District of New Jersey, and am in good standing with those Courts.

3. I have known Mr. Warning for several months.

2

4.  Mr. Warning is an associate at Bollinger, Ruberry & Garvey in Chicago, Illinois.

5.  I have found Mr. Warning to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move for the admission of Brett L. Warning, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Brett L Warning, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this motion to admit Brett L. Warning, pro hac vice, to represent Fourth-Party Defendant LMC in the above-captioned matter, be granted.

DATED: February 21, 2008

_____
Michael S. Miller

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | **ORDER FOR ADMISSION PRO HAC VICE OF BRETT L. WARNING ON WRITTEN MOTION** |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO | |

CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20, :
: 
                               Fourth-Party Defendants.         :

Upon the motion of Michael S. Miller, attorney for Lumbermens Mutual Casualty Company and said sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Brett L. Warning |
| Firm Name: | Bollinger, Ruberry & Garvey |
| Address: | 500 West Madison Street, 23rd Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Telephone/Fax: | (312) 466-8000 / (312) 466-8001 |
| Email address: | brett.warning@brg-law.net |

is admitted to practice pro hac vice for Fourth-Party Defendant Lumbermens Mutual Casualty Company, improperly sued as Kemper Casualty Insurance Company, d/b/a Kemper Insurance Company, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nyds.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

                                                                                     _____
                                                              United States District / Magistrate Judge