**GOLDBERG SEGALLA**
*Attorneys at Law*

170 Hamilton Ave. / Suite 203 / White Plains, NY 10601 / 914.798.5400 / Fax: 914.798.5401   www.goldbergsegalla.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

                Plaintiff,

vs.

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP., and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

                Defendants,
------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK and TDX CONSTRUCTION CORP.,

                Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

                Third-Party Defendant,
------------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC., and TRAVELERS
CASUALTY AND SURETY COMPANY

                Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY;
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY;GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.;
UNITED STATES FIRE INSURANCE COMPANY;
ALLIED WORLD ASSURANCE COMPANY (U.S.)

Case No.: 07- CV-6915 (DLC)

**NOTICE OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

INC. f/k/a COMMERCIAL UNDERWRITERS
INSURANCE COMPANY; ZURICH AMERICAN
INSURANCE COMPANY d/b/a ZURICH INSURANCE
COMPANY; OHIO CASUALTY INSURANCE
COMPANY d/b/a OHIO CASUALTY GROUP;;
HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY);
JOHN DOES 1- 20 AND XYZ CORPS. 1-12,

                Fourth-Party Defendants,
-------------------------------------------------------------------------X
DAYTON SUPERIOR CORPORATION,

                Fifth-Party Plaintiff,

      vs..

G.M. CROCETTI, INC.,

                Fifth-Party Defendant.
-------------------------------------------------------------------------X

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Fifth-Party action of DAYTON SUPERIOR CORPORATION s/h/a DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION ("DAYTON"), as against G.M. CROCETTI, INC., is dismissed without prejudice. This dismissal shall not be construed as an ajudication upon the merits.

Dated: White Plains, New York
        February 28, 2008

*So ordered.*
*[signature]*
*March 3, 2008*

                                    GOLDBERG SEGALLA, LLP

                                    *[signature]*
                                    WILLIAM G. KELLY (WK - 2982)
                                    Attorneys for Fourth-Party Defendant
                                    DAYTON SUPERIOR CORPORATION
                                    170 Hamilton Avenue, Suite 203
                                    White Plains, New York 10601-1717
                                    (914) 798-5400
                                    GS File No.: 15180.0001