

SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff,

vs.

DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,

    Defendants.

: 07-CV-6915 (DLC)
: ECF CASE

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

: **MOTION TO**
: **ADMIT COUNSEL**
: **PRO HAC VICE**
: **-DAVID N. LARSON**

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Fourth-Party Defendants.　　　　　　　　:

　　　　PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael S. Miller, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, pro hac vice, of:

| | |
|---|---|
| Applicant's Name: | David N. Larson |
| Firm Name: | Bollinger, Ruberry & Garvey |
| Address: | 500 West Madison Street, 23rd Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Telephone: | (312) 466-8000 |
| Fax: | (312) 466-8001 |
| Email address: | david.larson@brg-law.net |

David N. Larson is a member in good standing of the Bars of the States of Illinois and California. There are no pending disciplinary proceedings against David N. Larson in any state or federal court. Attached hereto are a Certificate of Admission To the Bar of Illinois and a Certificate of good standing from The State Bar of California for Mr. Larson.

2

Dated: February 21, 2008
       New York, New York

Respectfully submitted,

By: _____
Michael S. Miller
Tompkins, McGuire, Wachenfeld & Barry, LLP
140 Broadway
51st Floor
New York, New York 10005
(212) 714-1720