**SCANNED** **RECEIVED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

   Plaintiff,

vs. : 07-CV-6915 (DLC)
: ECF CASE

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

   Defendants.

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK : **MOTION TO**
AND TDX CONSTRUCTION CORP., : **ADMIT COUNSEL**
: **PRO HAC VICE**
   Third-Party Plaintiffs, : **-BRETT L. WARNING**

vs.

TRATAROS CONSTRUCTION, INC.,

   Third-Party Defendant.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

   Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC
INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION;
SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC;
KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN INSURANCE
COMPANY; NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE
INSURANCE COMPANY; ALLIED WORLD ASSURANCE



Granted.
[signature]
March 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20, :
                                                                                        :
                            Fourth-Party Defendants.              :

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael S. Miller, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, pro hac vice, of:

| | |
|---|---|
| Applicant's Name: | Brett L. Warning |
| Firm Name: | Bollinger, Ruberry & Garvey |
| Address: | 500 West Madison Street, 23rd Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Telephone: | (312) 466-8000 |
| Fax: | (312) 466-8001 |
| Email address: | brett.warning@brg-law.net |

Brett L. Warning is a member in good standing of the Bars of the States of Illinois and Colorado and is admitted to practice in the United States Court of Appeals for the Seventh Circuit, and the United States District Courts for the Northern District of Illinois, Central District of Illinois, and Western District of Wisconsin. There are no pending disciplinary proceedings against Brett L. Warning in any state or federal court. Attached hereto are a Certificate of Admission to the Bar of Illinois and a Certificate of good standing from the State of Colorado Supreme Court for Mr. Warning.

Dated: February 21, 2008
       New York, New York

                                      Respectfully submitted,

                                      By_____
                                      Michael S. Miller
                                      Tompkins, McGuire, Wachenfeld & Barry, LLP
                                      140 Broadway
                                      51st Floor
                                      New York, New York 10005
                                      (212) 714-1720