UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br>         Plaintiff,<br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>         Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>ANSWER ON BEHALF OF OHIO CASUALTY INSURANCE COMPANY TO THE CROSSCLAIMS OF BARTEC, HARLEYSVILLE, LUMBERMENS, NATIONAL UNION, TRAVELERS/TRATAROS AND ZURICH<br><br>**ELECTRONICALLY FILED** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>         Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>         Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>         Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>         Fourth-Party Defendants. | |

-2-

This defendant, Ohio Casualty Insurance Company, d/b/a Ohio Casualty Group, by way of Answer to the Crossclaims of Bartec, Harleysville, Lumbermens, National Union, Travelers/Trataros and Zurich, says that:

1. The defendant, Ohio Casualty Insurance Company, denies each and every allegation of the Crossclaims asserted against it as an insurer.

**MORGAN MELHUISH ABRUTYN**

/S/ JOSEPH DEDONATO
By: JOSEPH DEDONATO (JD7319)
*Attorneys for Fourth-Party Defendant
Ohio Casualty Insurance Company*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
(973) 994-2500
Our File No. OHH 25 112 HM

Dated: March 3, 2008
#475963