

SCANNED RECEIVED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff,

vs.

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

    Defendants.

————————————————————————

DORMITORY AUTHORITY OF THE STATE OF NEW YORK
AND TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

————————————————————————

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC
INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION;
SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC;
KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN INSURANCE
COMPANY; NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE
INSURANCE COMPANY; ALLIED WORLD ASSURANCE

: 07-CV-6915 (DLC)
: ECF CASE

: MOTION TO
: ADMIT COUNSEL
: PRO HAC VICE
: -GEORGE J. MANOS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO   :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20,                       :
                                                :
                        Fourth-Party Defendants. :

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael S. Miller, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, pro hac vice, of:

| | |
|---|---|
| Applicant's Name: | George J. Manos |
| Firm Name: | Bollinger, Ruberry & Garvey |
| Address: | 500 West Madison Street, 23rd Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Telephone: | (312) 466-8000 |
| Fax: | (312) 466-8001 |
| Email address: | george.manos@brg-law.net |

George J. Manos is a member in good standing of the Bar of the State of Illinois and is admitted to practice in the United States Court of Appeals for the Third, Fifth, Sixth, Seventh and Eleventh Circuits, and the United States District Courts for the Northern District of Illinois, Central District of Illinois, Southern District of Illinois, District of Colorado, Eastern District of Wisconsin, Western District of Wisconsin, District of Nebraska, and the Western District of Michigan. There are no pending disciplinary proceedings against George J. Manos in any state or federal court. Attached hereto is a Certificate of Admission To the Bar of Illinois for Mr. Manos.

2

Dated: February 21, 2008
      New York, New York

                    Respectfully submitted,

                    By: _____
                    Michael S. Miller
                    Tompkins, McGuire, Wachenfeld & Barry, LLP
                    140 Broadway
                    51st Floor
                    New York, New York 10005
                    (212) 714-1720