# EXHIBIT
# D

| Policy Number **5031763596** | **COMPAC III** | |
|---|---|---|
| Renewal of Number 5031690768 | COMMON POLICY DECLARATIONS | |

**CRUM & FORSTER INDEMNITY COMPANY**

| **Item 1.** Named Insured and Mailing Address | Agent Name and Address | |
|---|---|---|
| TRATAROS CONSTRUCTION INC. (SEE NAMED INSURED ENDT) 664 64TH STREET BROOKLYN, NY 11220-0000 | ALLIED COVERAGE CORP 390 NORTH BRDWY JERICHO NY 117530000 | RETURN TO COMPANY IF CANCELLED |
| | C60688 | |

| **Item 2.** Policy Period | **From:** 04-01-99 | **To:** 04-01-00 |
|---|---|---|
| | at 12:01 A.M., Standard Time at your mailing address shown above. | |

**Item 3.** Business Description: CONSTRUCTION

Form of Business: CORPORATION

**Item 4.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | 8,058.00 |
| Commercial General Liability Coverage Part | $ | NOT COVERED |
| Commercial Crime Coverage Part | $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Commercial Auto (Business or Truckers) Coverage Part | $ | NOT COVERED |
| Commercial Garage Coverage Part | $ | NOT COVERED |
| BOILER COVERAGE PART | $ | |
| | $ | |
| | $ | |

TAX / SURCHARGE $ 40.28 **Total Policy Premium** $

☐ Direct Bill  ☒ See Premium Payment Schedule          Client No. 00625554

Audit Period: Annual (unless otherwise stated):
☐ Monthly   ☐ Quarterly   ☐ Semi-Annual   ☒ Other (Describe) WAIVED

**Item 5.** Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

Countersigned:

Date:_____  By: _____

Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

FM 600.0.959 04 94

| Policy Number<br>**5031690768**<br>Renewal of Number<br>5031312183 | **COMPAC III**<br>COMMON POLICY DECLARATIONS |
|---|---|

### UNITED STATES FIRE INSURANCE COMPANY

| Item 1.  Named Insured and Mailing Address | Agent Name and Address | |
|---|---|---|
| TRATAROS CONSTRUCTION INC<br>664 64TH STREET<br>BROOKLYN NY 11220-0000 | ALLIED COVERAGE CORP<br>390 NORTH BRDWY<br>JERICHO NY 117530000 | RETURN TO<br>COMPANY<br>IF CANCELLED |
| | C60688 | |

| Item 2.  Policy Period | From:  04-01-98 | To:  04-01-99 |
|---|---|---|
| | at 12:01 A.M., Standard Time at your mailing address shown above. | |

**Item 3.**  Business Description: CONSTRUCTION

Form of Business: CORPORATION

**Item 4.**  In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium | |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part | $ | |
| Commercial Crime Coverage Part | $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Commercial Auto (Business or Truckers) Coverage Part | $ | NOT COVERED |
| Commercial Garage Coverage Part | $ | NOT COVERED |
| BOILER COVERAGE PART | $ | |
| | $ | |
| | $ | |

TAX / SURCHARGE        $                    Total Policy Premium  $

☐ Direct Bill    ☒ See Premium Payment Schedule        Client No. 00625554

Audit Period:  Annual (unless otherwise stated):
☐ Monthly    ☐ Quarterly    ☐ Semi-Annual    ☐ Other (Describe)

**Item 5.**  Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

Countersigned:
Date:_____  By:_____
                                                    Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

FM 600.0.959 04 94

REDACTED

Policy Number
5031690768


**Crum&Forster Insurance**

SCHEDULE OF FORMS AND ENDORSEMENTS

UNITED STATES FIRE INSURANCE COMPANY

Named Insured  TRATAROS CONSTRUCTION INC

Agent Name   ALLIED COVERAGE CORP

Effective Date: 04-01-98
12:01 A.M., Standard Time
Agent No.  C60688

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| FM 600.0.959 | 04-94 | COMPAC III - DEC |
| FM 206.0.2 | 04-94 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| FM 206.0.3 | 04-94 | SCHEDULE OF LOCATIONS |
| FM 206.0.8 | 04-94 | TAXES/SURCHARGES DETAILED BREAKDOWN |
| FM 600.0.963 | 04-94 | PREMIUM PAYMENT SCHEDULE |
| FM 101.0.867 | 08-85 | COMMON POLICY CONDITIONS |
| IL 00 21 | 11-85 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 01 83 | 03-95 | NY CHANGES - FRAUD |
| IL 01 85 | 10-95 | NEW YORK CHANGES-CALCULATION OF PREMIUM |
| IL 02 68 | 09-95 | NY CHANGES-CANC & NONRENEWAL |

PROPERTY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| FM 600.0.960 | 04-94 | COMM PROPERTY COV PART DEC |
| CP 00 10 | 10-91 | BUILDING & PERSONAL PROPERTY COVERAGE FM |
| CP 00 30 | 10-91 | BUSINESS INCOME COVERAGE FORM (W/EX EXP) |
| CP 00 90 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 01 33 | 06-95 | NEW YORK CHANGES |
| CP 99 92 | 11-85 | HOUSEHOLD PROPERTY COVERAGE |
| FM 600.0.900 | 04-89 | PROP ENH ENDT |
| CP 10 30 | 10-91 | CAUSES OF LOSS - SPECIAL FORM |
| CP 99 93 | 10-90 | TENTATIVE RATE |

GENERAL LIABILITY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| FM 101.0.1252 | 12-90 | ABSOLUTE ASBESTOS EXCLUSION |
| CG 00 01 | 01-96 | CGL COV FORM (OCCURRENCE) |
| FM 101.0.1404 | 04-94 | COMM GL COV PART SUPP DECLARATION |
| FM 101.0.1405 | 04-94 | COMM GL COV PART SUPP DECLARATION |
| CG 01 04 | 10-93 | NEW YORK CHANGES - PREMIUM AUDIT |
| CG 01 63 | 01-96 | NY CHANGES COMMERCIAL GL COV FORM |
| CG 26 11 | 01-96 | NY CHANGES-PROD/COMP OPER LIAB COV FORM |
| CG 26 24 | 08-92 | NEW YORK CHANGES-LEGAL ACTION AGAINST US |
| FM 101.0.1461 | 03-95 | GL ENHANCEMENT ENDT - NY |
| CG 21 47 | 09-89 | EMPLOYMENT-RELATED PRACTICES EXCL |

CRIME FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CR 00 01 | 10-90 | EMPLOYEE DISHONESTY COV FORM BLANKET |
| FM 600.0.961 | 04-94 | CRIME COV PART SUPLEMENT DEC |
| FM 600.0.962 | 04-94 | CRIME COV PART SUPLEMENT DEC |
| CR 00 05 | 10-90 | ROBBERY AND SAFE BURGLARY COVERAGE FORM |
| CR 10 00 | 06-95 | CRIME GENERAL PROVISIONS |
| CR 01 34 | 06-95 | NY CHANGES |

INLAND MARINE FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| FM 300.0.907 | 04-94 | INLAND MARINE SUPP COV PART DEC |
| CM 00 01 | 06-95 | COMMERCIAL IM CONDITIONS |
| FM 300.0.832 | 12-95 | DATA PROCESSING COV FORM |

FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| FM 600.0.838 | 07-87 | BOILER AND MACHINERY COVERAGE PART DEC |
| FM 600.0.910 | 01-91 | BOILER AND MACHINERY COVERAGE FORM |

| Policy Number | |
|---|---|
| 5031690768 |  |

SCHEDULE OF FORMS AND ENDORSEMENTS

UNITED STATES FIRE INSURANCE COMPANY

Named Insured TRATAROS CONSTRUCTION INC

Agent Name  ALLIED COVERAGE CORP

Effective Date: 04-01-98
12:01 A.M., Standard Time
Agent No. C60688

COMMON POLICY FORMS AND ENDORSEMENTS

| FM 600.0.959 | 04-94 | COMPAC III - DEC |
|---|---|---|
| FM 206.0.2 | 04-94 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| FM 206.0.3 | 04-94 | SCHEDULE OF LOCATIONS |
| FM 206.0.8 | 04-94 | TAXES/SURCHARGES DETAILED BREAKDOWN |
| FM 600.0.963 | 04-94 | PREMIUM PAYMENT SCHEDULE |
| FM 101.0.867 | 08-85 | COMMON POLICY CONDITIONS |
| IL 00 21 | 11-85 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 01 83 | 03-95 | NY CHANGES - FRAUD |
| IL 01 85 | 10-95 | NEW YORK CHANGES-CALCULATION OF PREMIUM |
| IL 02 68 | 09-95 | NY CHANGES-CANC & NONRENEWAL |

PROPERTY FORMS AND ENDORSEMENTS

| FM 600.0.960 | 04-94 | COMM PROPERTY COV PART DEC |
|---|---|---|
| CP 00 10 | 10-91 | BUILDING & PERSONAL PROPERTY COVERAGE FM |
| CP 00 30 | 10-91 | BUSINESS INCOME COVERAGE FORM (W/EX EXP) |
| CP 00 90 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 01 33 | 06-95 | NEW YORK CHANGES |
| CP 99 92 | 11-85 | HOUSEHOLD PROPERTY COVERAGE |
| FM 600.0.900 | 04-89 | PROP ENH ENDT |
| CP 10 30 | 10-91 | CAUSES OF LOSS - SPECIAL FORM |
| CP 99 93 | 10-90 | TENTATIVE RATE |

GENERAL LIABILITY FORMS AND ENDORSEMENTS

| FM 101.0.1252 | 12-90 | ABSOLUTE ASBESTOS EXCLUSION |
|---|---|---|
| CG 00 01 | 01-96 | CGL COV FORM (OCCURRENCE) |
| FM 101.0.1404 | 04-94 | COMM GL COV PART SUPP DECLARATION |
| FM 101.0.1405 | 04-94 | COMM GL COV PART SUPP DECLARATION |
| CG 01 04 | 10-93 | NEW YORK CHANGES - PREMIUM AUDIT |
| CG 01 63 | 01-96 | NY CHANGES-COMMERCIAL GL COV FORM |
| CG 26 11 | 01-96 | NY CHANGES-PROD/COMP OPER LIAB COV FORM |
| CG 26 24 | 08-92 | NEW YORK CHANGES-LEGAL ACTION AGAINST US |
| FM 101.0.1461 | 03-95 | GL ENHANCEMENT ENDT - NY |
| CG 21 47 | 09-89 | EMPLOYMENT-RELATED PRACTICES EXCL |

CRIME FORMS AND ENDORSEMENTS

| CR 00 01 | 10-90 | EMPLOYEE DISHONESTY COV FORM BLANKET |
|---|---|---|
| FM 600.0.961 | 04-94 | CRIME COV PART SUPLEMENT DEC |
| FM 600.0.962 | 04-94 | CRIME COV PART SUPLEMENT DEC |
| CR 00 05 | 10-90 | ROBBERY AND SAFE BURGLARY COVERAGE FORM |
| CR 10 00 | 06-95 | CRIME GENERAL PROVISIONS |
| CR 01 34 | 06-95 | NY CHANGES |

INLAND MARINE FORMS AND ENDORSEMENTS

| FM 300.0.907 | 04-94 | INLAND MARINE SUPP COV PART DEC |
|---|---|---|
| CM 00 01 | 06-95 | COMMERCIAL IM CONDITIONS |
| FM 300.0.832 | 12-95 | DATA PROCESSING COV FORM |

FORMS AND ENDORSEMENTS

| FM 600.0.838 | 07-87 | BOILER AND MACHINERY COVERAGE PART DEC |
|---|---|---|
| FM 600.0.910 | 01-91 | BOILER AND MACHINERY COVERAGE FORM |

FM 206.0.2 04 94

INTERLINE

IL 02 68 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraphs 1., 2., 3. and 5. of the CANCELLA-TION Common Policy Condition are replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

2. **CANCELLATION OF POLICIES IN EFFECT:**

   a. **60 DAYS OR LESS**

      We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) 30 days before the effective date of cancellation if we cancel for any reason not included in paragraph A.2.a.(2) below.

      (2) 15 days before the effective date of cancellation if we cancel for any of the following reasons:

         (a) Nonpayment of premium;

         (b) Conviction of a crime arising out of acts increasing the hazard insured against;

         (c) Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

         (d) After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition,

that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

(e) Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, that results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, that causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

(f) Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

(g) A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code; or

   Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 26 11 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES - PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A.  Paragraph 1.a. of BODILY INJURY AND PROP-
    ERTY DAMAGE LIABILITY (Section I - Cover-
    ages) is replaced by the following:

    1.  **Insuring Agreement**

        a.  We will pay those sums that the insured
            becomes legally obligated to pay as dam-
            ages because of "bodily injury" or "prop-
            erty damage" included within the
            "products-completed operations hazard"
            to which this insurance applies. We will
            have the right and duty to defend the in-
            sured against any "suit" seeking those
            damages even if the allegations of the
            "suit" are groundless, false or fraudulent.
            However, we will have no duty to defend
            the insured against any "suit" seeking
            damages for "bodily injury" or "property
            damage" to which this insurance does not
            apply. We may, at our discretion, investi-
            gate any "occurrence" and settle any
            claim or "suit" that may result. But:

        (1) The amount we will pay for damages
            is limited as described in LIMITS OF
            INSURANCE (SECTION III); and

        (2) Our right and duty to defend end when
            we have used up the applicable limit
            of insurance in the payment of judg-
            ments or settlements.

No other obligation or liability to pay sums
or perform acts or services is covered
unless explicitly provided for under SUP-
PLEMENTARY PAYMENTS.

B.  The following is added as paragraph e. to the
    DUTIES IN THE EVENT OF OCCURRENCE, CLAIM
    OR SUIT Condition (paragraph 2. of Section IV -
    Products/Completed Operations Liability Condi-
    tions):

    2.  **Duties in the Event of Occurrence, Claim or
        Suit**

        e.  Notice given by or on behalf of the in-
            sured, or written notice by or on behalf of
            the injured person or any other claimant,
            to any agent of ours in New York State,
            with particulars sufficient to identify the
            insured, shall be considered to be notice to us.

C.  The definition of "loading or unloading" in the
    DEFINITIONS Section does not apply.



CG 26 11 01 96                    Copyright, Insurance Services Office, Inc., 1994                    Page 1 of 1

POLICY NUMBER: 5031763587

COMMERCIAL GENERAL LIABILITY
CG 21 54 01 96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Description and Location of Operation(s):

"ALL WRAP-UP INSURANCE PROGRAMS"

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "product completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

(1) Provides coverage identical to that provided by this Coverage Part;

(2) Has limits adequate to cover all claims; or

(3) Remains in effect.

CG 21 54 01 96

Copyright, Insurance Services Office, Inc., 1994

Page 1 of 1 ☐

Policy Number
5031690768



## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS
## UNITED STATES FIRE INSURANCE COMPANY

Named Insured  TRATAROS CONSTRUCTION INC

Agent Name    ALLIED COVERAGE CORP

Effective Date: 04-01-98
12:01 A.M., Standard Time
Agent No. C60688

---

**Item 1.** Business Description: CONSTRUCTION

---

**Item 2.** Limits of Insurance

| | |
|---|---|
| General Aggregate Limit (Other Than Products - Completed Operations) | $ 2,000,000 |
| Products - Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Fire Damage Limit | $ 50,000 Any One Fire |
| Medical Expense Limit | $ 5,000 Any One Person |

---

**Item 3.** Retroactive Date

Coverages A and B of this Insurance do not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" which occurs before the Retroactive Date, if any, shown here: _____
(Enter Date or "None" if no Retroactive Date applies)

---

**Item 4.** Form of Business and Location of Premises

Form of Business:
CORPORATION

Location of All Premises You Own, Rent or Occupy:

   See Schedule of Locations

---

**Item 5.** Location of Premises

| Code No. 91340 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | IF ANY | Rate | Premium |
| Classification: CARPENTRY - CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. 91342 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure $ | Rate | Premium |
| Classification: CARPENTRY - NOC | | Products/Completed Operations | |
| | | Rate | Premium |

REDACTED

---

**Item 6.** Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

   See Schedule of Forms and Endorsements

---

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 101.0.1404 04 94

| Policy Number<br>5031690768 |  **Crum&Forster**<br>**Insurance** |
|---|---|

**SCHEDULE OF LOCATIONS**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  TRATAROS CONSTRUCTION INC

Agent Name    ALLIED COVERAGE CORP

Effective Date: 04-01-98
12:01 A.M., Standard Time

Agent No. C60688

| Loc.<br>No. | Bldg.<br>No. | Designated Locations<br>(Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 001 | 001 | 664 64TH STREET, BAY RIDGE, NY 11220-0000 | OFFICE / |
| 002 | 001 | 105 PINEBROOK RD, MONMOUTH, NJ 07724-0000 | |
| 003 | 001 | 1 MAIN ST, FAIRFIELD, CT 06432-0000 | |
| 004 | 001 | 1 MAIN ST, BALTIMORE CITY, MD 21223-0000 | |
| 005 | 001 | PARISH ST, STATEN ISLAND, NY 10314 | |
| 008 | 001 | 153 147TH STREET AND, AMSTERDAM AVENUE, NEW YORK, NY 10030-0000 | |
| 008 | 002 | 153 147TH STREET AND, AMSTERDAM AVENUE, NEW YORK, NY 10030-0000 | |
| 009 | 001 | 139 99TH STREET, BROOKLYN, NY 11209-0000 | |
| 010 | 001 | 660-664 64TH STREET, BROOKLYN, NY 11220-0000 | |
| 011 | 001 | 666 64TH STREET, BROOKLYN, NY 11220-0000 | |
| 012 | 001 | 654-658 64TH STREET, BROOKLYN, NY 11220-0000 | |
| 013 | 001 | 6402-10 7TH AVE., BROOKLYN, NY 11220-0000 | |
| 014 | 001 | 640-642-646 64TH STREET, BROOKLYN, NY 11220-0000 | |
| 015 | 001 | WEST POINT MILITARY BASE, BEAR MOUNTAIN, NY 10911-0000 | |
| 016 | 001 | BUILDING 3520, CONCORD STREET, FORT DIX, NJ 08640-0000 | |
| 017 | 001 | PATUXENT RIVER NAVEL BASE, PATUXENT NAVAL AIR TEST, MD 20670-0000 | |
| 018 | 001 | GRAND CENTRAL STATION, NEW YORK, NY 10001-0000 | |
| 019 | 001 | GREYHOUND BUS TERMINAL, NEW YORK, NY 10001-0000 | |

FM 206.0.3 04 94



**Policy Number**
**5031690768**

**Crum&Forster Insurance**

## SCHEDULE OF TAXES, SURCHARGES OR FEES

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured TRATAROS CONSTRUCTION INC

Agent Name ALLIED COVERAGE CORP

Effective Date: 04-01-98
12:01 A.M., Standard Time

Agent No. C60688

FM 6000959 (cont.)

TAXES/SURCHARGES DETAILED BREAKDOWN :

NYFIF                                          $
NJ PLIGA SURCHARGE                             $    ----------  REDACTED

TOTAL TAXES/SURCHARGES                         $



FM 206.0.8 04 94

| Policy Number<br>5031690768 |  **Crum&Forster**<br>**Insurance** |
|---|---|

**PREMIUM PAYMENT SCHEDULE**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured TRATAROS CONSTRUCTION INC

Agent Name   ALLIED COVERAGE CORP

Effective Date: 04-01-98

12:01 A.M., Standard Time

Agent No.  C60688

IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY IS
PAYABLE ON INSTALLMENTS AS FOLLOWS:

|  | DUE | SERVICE<br>CHARGE | PREMIUM | GRAND<br>TOTAL |
|---|---|---|---|---|
| DEPOSIT | 04/01/98 | | | |
| INSTALL | 05/01/98 | | | |
| INSTALL | 06/01/98 | | | |
| INSTALL | 07/01/98 | | | |
| INSTALL | 08/01/98 | | | |
| INSTALL | 09/01/98 | | | |
| INSTALL | 10/01/98 | | | |
| INSTALL | 11/01/98 | | | |
| INSTALL | 12/01/98 | | | |



Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we
may cancel this policy.

FM 600.0.963 04.94

| Policy Number<br>5031690768 |  **Crum&Forster**<br>**Insurance** |
|---|---|

### COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE
### UNITED STATES FIRE INSURANCE COMPANY

| Named Insured  TRATAROS CONSTRUCTION INC | Effective Date: 04-01-98 |
|---|---|
| | 12:01 A.M., Standard Time |
| Agent Name   ALLIED COVERAGE CORP | Agent No.  C60688 |

**Item 5.    Location of Premises**

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No.<br>92338 | Premium Basis<br>PAYROLL/NEAREST THOUSAND | | Premises/Operations | |
|---|---|---|---|---|
| Location<br>003/001 | Exposure<br>$ | | Rate | Premium |
| Classification:<br>DRY WALL OR WALLBOARD INSTALLATION | | | Products/Completed Operations | |
| | | | Rate | Premium |
| Code No.<br>92478 | Premium Basis<br>PAYROLL/NEAREST THOUSAND | | Premises/Operations | |
| Location<br>003/001 | Exposure<br>$ | | Rate | Premium |
| Classification:<br>ELECTRICAL WORK - WITHIN BUILDINGS | | | Products/Completed Operations | |
| | | | Rate | Premium |
| Code No.<br>98482 | Premium Basis<br>PAYROLL/NEAREST THOUSAND | | Premises/Operations | |
| Location<br>003/001 | Exposure<br>$ | | Rate | Premium |
| Classification:<br>PLUMBING - COMMERCIAL AND INDUSTRIAL | | | Products/Completed Operations | |
| | | | Rate | Premium |
| Code No.<br>91585 | Premium Basis<br>TOTAL COST/NEAREST THOUSAND | | Premises/Operations | |
| Location<br>005/001 | Exposure<br>$ | | Rate | Premium |
| Classification:<br>CONTRACTORS - SUBCONTRACTED WORK - IN<br>CONNECTION WITH CONSTRUCTION, RECONSTRUCTION,<br>REPAIR OR ERECTION OF BUILDINGS - NOC | | | Products/Completed Operations | |
| | | | Rate | Premium |

REDACTED

FM 101.0.1405 04 94

| Policy Number 5031690768 | **Crum&Forster Insurance** |
|---|---|

## COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured TRATAROS CONSTRUCTION INC

Agent Name   ALLIED COVERAGE CORP

Effective Date: 04-01-98
12:01 A.M., Standard Time
Agent No.  C60688

**Item 5.**   Location of Premises

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No. 91590 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposur $ | Rate | Premium |
| Classification: CONTRACTORS PERMANENT YARDS - MAINTENANCE OR STORAGE OF EQUIPMENT OR MATERIAL | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. 92338 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure $ | Rate | Premium |
| Classification: DRY WALL OR WALLBOARD INSTALLATION | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. 92478 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure $ | Rate | Premium |
| Classification: ELECTRICAL WORK - WITHIN BUILDINGS | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. 94569 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure $ | Rate | Premium |
| Classification: FLOOR COVERING INSTALLATION - NOT CERAMIC TILE OR STONE | | Products/Completed Operations | |
| | | Rate | Premium |

REDACTED

FM 101.0.1405 04 94

| Policy Number 5031690768 |  |

**COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured TRATAROS CONSTRUCTION INC

Agent Name    ALLIED COVERAGE CORP

Effective Date: 04-01-98
12:01 A.M., Standard Time

Agent No.  C60688

| Item 5. | Location of Premises |
|---|---|

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No. 98304 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure $ | Rate | Premium |
| Classification: PAINTING - EXTERIOR - BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT - NOC | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. 98482 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure $ | Rate | Premium |
| Classification: PLUMBING - COMMERCIAL AND INDUSTRIAL | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | Rate | Premium |
| Classification: | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | Rate | Premium |
| Classification: | | Products/Completed Operations | |
| | | Rate | Premium |

REDACTED

FM 101.0.1405 04 94