# EXHIBIT F

Case 1:07-cv-06915-DLC    Document 138-11    Filed 03/11/2008    Page 1 of 4

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>THE DORMITORY AUTHORITY OF THE STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,<br><br>   Defendants. | Civil Action No.:  04 Civ. 5101 (HB)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>   Third-Party Plaintiff,<br><br>  v.<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>   Third-Party Defendants | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>   Fourth-Party Plaintiffs,<br>  v.<br><br>G.M. CROCETTI, INC., CAROLINA CASUALTY INSURANCE COMPANY, BARTEC INDUSTRIES INC., DAYTON SUPERIOR SPECIALTY CHEMICAL CORP., SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., UNITED STATES FIRE INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP, HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY, an insurer for BARTEC INDUSTRIES INC.), JOHN DOES 1-20, and XYZ CORPS. 1-12,<br><br>   Fourth-Party Defendants. | **DECLARATION OF GUIDO WEBER IN SUPPORT OF TRATAROS CONSTRUCTION, INC.'S AND TRAVELERS CASUALTY AND SURETY COMPANY'S OPPOSITION TO THE CONSOLIDATED MOTION TO DISMISS** |

I, **GUIDO WEBER, ESQ.**, of full age, being duly sworn according to law, upon my oath depose and say:

1.     I am associated with the law firm of Dreifuss Bonacci & Parker, LLP, attorneys for Plaintiff/Third-Party Defendant/Fourth-Party Plaintiff, Travelers Casualty and Surety Company (hereinafter "Travelers") and Third-Party Defendant/Fourth-Party Plaintiff, Trataros Construction, Inc. (hereinafter, "Trataros") in the within matter. I am admitted to practice law before the United States District Court for the Southern District of New York.

2.     In January 2005, following an extensive review of Trataros' project records, as well as discovery obtained from G.M. Crocetti, Inc., and documents obtained from DASNY, I located a number of insurance certificates in the Trataros project records. It was unclear if these policies represented correct and/or complete information regarding Trataros' insurance coverage on the Baruch College project.

3.     On December 2, 2004, this Court entered a pretrial scheduling order setting forth a deadline of February 17, 2005 for impleading additional parties into this litigation.

4.     With the Federal Court's deadline for impleader looming, I contacted Allied North America Insurance Brokerage Corp. of New York ("Allied"), an entity identified on several certificates of insurance as a broker for Trataros.

5.     On January 17, 2005, an individual from Allied contacted me in follow-up to my earlier telephone inquiry. I was advised that if I had a specific request for information, it must be sent to Allied via e-mail.

6.     On January 22, 2005, I wrote an e-mail to my contact at Allied, indicating that he wished to obtain insurance certificates and policies issued to Trataros for the years 1999 to 2002.

2

7.    After receiving no reply from Allied, I wrote a follow-up e-mail on February 4, 2005, inquiring as to the status of his request for policy information on Trataros.  Allied replied that records needed to be pulled from storage, and that this may take approximately a week.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____/S/_____
GUIDO WEBER (GW:1692)