# EXHIBIT K



**TRATAROS**
Construction, Inc.

March 21, 2000

John McCullough
TDX
137 East 25th Street
New York, N.Y. 10010

Re:   Baruch Academic Complex
      GC-2   Contract #16
      ND #577
      Floor leveling

Gentlemen:

As requested by TDX, we are submitting cost estimates for installation of 3/8" floor leveling. This estimate is based on 100,000 sft. area for floors 3 to 16. The areas are to be identified prior to installation by TDX. Please issue a change order in the amount of $532,328.00.

A billable change order must be in place prior to starting this operation.

## SUBCONTRACTOR COST:

### Materials:
| | |
|---|---|
| a) 7150 bags @ $21/bag................................. (yield /bag @ 3/8" thickness is 14 sft) | $ 150,150.00 |
| b) 1000 gals primer @ $9/gal.......................... | 9,000.00 |
| c) Sand paper  l.s........................................ | 1,000.00 |
| d) Stops..................................................... | 2,400.00 |
| e) Sweeping compound................................. | 500.00 |

### Equipment:
| | |
|---|---|
| a) Fork lift  8 days rental @ $200/day............... | $ 1,600.00 |
| b) Miscellaneous tools................................... | 1,000.00 |
| c) Pump rental  42 days @ $300/day................ | 12,600.00 |

### Labor Costs:
#### A) Material Handling
| | |
|---|---|
| 1 teamster driver 8 days @ $410/day............... | $ 3,280.00 |
| 5 laborers  8 days @ $350/day....................... | 16,000.00   x  14,000 ✓ |
| 1 fork lift operator @ $500/day...................... | 4,000.00 |
| Hoist charges  8days @ $1600/day................. | 12,800.00 |

664 64th Street
Brooklyn, New York 11220
Phone: 718 633-6070
Fax: 718 236-4462

TDX
CONSTRUCTION CORP.

MAR 2 2 2000

RECEIVED

DASNY_TRAVELERS1 030950

Page 2

*LAYOUT*

B) ~~Mark~~ floor, shoot pins, measure
    4000 sq. ft./day
    2 men, 25 days @ $450/day............................. $ 22,500.00
    2 men, 8 days @ $450/day............................. 7,200.00
    (initial survey completed by Bartech)

C) Installation of stops
    4800 lft total  400 lft/day
    12 days @ $350/day.................................... $ 4,200.00

D) Preparation:
    Sanding, sweeping, apply primer
    2500 sq. ft./day
    5 men, 40 days @ $350/day........................... $ 70,000.00

E) Pumping
    175 bags/day
    Crew of 5 men, 42 days @ $1750/day................ $ 73,500.00

        Total subcontractor cost.......... $391,730.00
        20% O.H & P....................... $ 78,346.00
        G.C. Markup....................... $ 14,252.00
        TOTAL #1................ $484,328.00

**DIRECT COST:**

A) 1 supervisor – 40 days @ $500/day................. $ 20,000.00
    1 operating engineer   40 days @ $500/day........ $ 20,000.00

        Sub total #2...................... $ 40,000.00
        G.C. Mark up..................... $ 8,000.00
        TOTAL #2............... $ 48,000.00

**GRAND TOTAL FOR CHANGE ORDER**     $532,328.00

DASNY_TRAVELERS1 030951

Page 3

**EXCLUSIONS:**

1 – Actual impacts on project schedule.
2 – Coordination with other prime contractors.
3 – Comeback costs for areas that cannot be completed at the time we are working on the floor.
4 – Not responsible for active cracks which may occur in under layment due to building movement.
5 – Down days are extra.
6 – Water supply by others.
7 – Electric hook up by others.
8 – Not responsible for concrete delamination.
9 – Protection of floors by TDX
10 – No heavy duty work by others for three (3) days after placement.
12 – Moving of materials.
13 – Initial cleaning.

Please be advised that, not withstanding the release schedule analysis contained in this proposal, this proposal does not include costs associated with any cost or time impact which the work encompassed therein may have on the contract work or work encompassed by any other changes, and Trataros Construction and its subcontractors reserves its rights concerning any such impact, as well as its right to seek an appropriate extension of time.

Very truly yours,

TRATAROS CONSTRUCTION, INC.

Ramesh Rangaswamy
Project Manager

RR/bf
Encl.
CC:     Nick D'Ambrosio, DASNY
        JFC, AC, WB
        Field
        Office
        Files

DASNY_TRAVELERS1 030952