UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

CASE NUMBER: 07 CIV. 6915 (DLC)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for
Third Party Defendant Jordan Panel Systems Corp.

I certify that I am admitted to practice in this Court.

Dated: March 12, 2008

*Terrence J. O'Connor* (signature)
Terrence J. O'Connor, Esq.
Of Counsel to Kalb & Rosenfeld P.C.
1470 Bruckner Blvd.
Bronx, N.Y. 10473
Phone (718) 328-1610
Fax (718) 589-1039