UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY, *et al.*,   07 Civ. 6915 (DLC)

        Plaintiff,   ECF CASE

-against-

DORMITORY AUTHORITY – STATE OF NEW YORK, *et al.*,

        Defendants.   **NOTICE OF MOTION**
-----------------------------------------------------------------------X   **TO DISQUALIFY**
DORMITORY AUTHORITY OF THE STATE OF NEW   **COUNSEL**
YORK and TDX CONSTRUCTION CORP.,

        Third Party Plaintiffs,

-against-

TRATAROS CONSTRUCTION, INC.

        Third Party Defendant.
-----------------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC., et al.

        Fourth Party Plaintiffs,

-against-

CAROLINA CASUALTY INSURANCE COMPANY, et. al.,

        Fourth Party Defendants.
-----------------------------------------------------------------------X
KOHN PEDERSEN FOX ASSOCIATES, P.C.,

        Third Party Plaintiff,

-against-

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS,
P.C., CASTRO-BLANCO PISCIONERI and ASSOCIATES,
ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C.,
COSENTINI ASSOCIATES, INC., CERMAK, PETERKA
PETERSEN, INC., JORDAN PANEL SYSTEMS CORP.,
TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,

        Third Party Defendants.
-----------------------------------------------------------------------X

    PLEASE TAKE NOTICE, that upon the accompanying Declaration of Terrence J. O'Connor, dated March 12, 2008, and the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings and proceedings herein, Third Party

Defendant Jordan Panel Systems Corp. ("Jordan") will move this Court, Hon. Denise L. Cote, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, N.Y. on the date and time to be determined by the Court, for an order disqualifying the firm of Holland & Knight, LLP from representing either The Dormitory Authority of the State of New York and/or TDX Construction Corp. on the grounds that the joint representation of those parties is a prohibited conflict of interest, together with such other and further relief as this Court deems just and proper.

Dated: March 12, 2008

                                          Kalb & Rosenfeld, P.C.
                                          Attorneys for Third Party Defendant
                                          Jordan Panel Systems, Corp.

                                          /s/ Terrence J. O'Connor, Esq.
                                          Terrence J. O'Connor (TJO 1549)
                                          Of Counsel
                                          1470 Bruckner Blvd.
                                          Bronx, N.Y. 10473
                                          (718) 328-1610

Service List

David Abramovitz, Esq.
Zetlin & DeChiara, LLP
801 Second Avenue
New York, New York 10017
Tel. No. 212-682-6800
*Attorneys for Defendant/*
*Third-Party Plaintiff, KPF*

JoAnne Bonacci, Esq.
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey 07932
Tel. No. 973-514-1414
*Attorneys for Travelers*
*and Trataros Construction, Inc.*

Timothy Frossel, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007
Tel. No. 212-513-3200
*Attorneys for The Dormitory Authority*
*of the State of New York, and*
*TDX Construction Corp.*

Robert Wasko, Esq.
Torre, Lentz, Gamell, Gary
   & Rittmaster LLP
226 West 26th Street
8th Floor
New York, New York 10001
Tel. No. 516-240-8900
*Attorneys for Carolina Casualty*
*Insurance Company*

Vincent Zichello, Esq.
Zichello & McIntyre, LLP
420 Lexington Avenue
Suite 2800
New York, New York 10170
Tel. No. 212-972-5560
*Attorneys for Carolina Casualty*

*Insurance Company*

Robert Brooks-Rigolosi, Esq.
Chris Gannon, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
830 Third Avenue
Suite 400
New York, New York 10022
Tel. No. 212-651-7500
*Attorneys for Specialty Construction Brands*

Matthew McDermott, Esq.
Suzin Raso, Esq.
William Kelly, Esq.
Goldberg Segalla, LLP.
170 Hamilton Avenue
Suite 203
White Plains, New York 10601
Tel. No. 914-798-5400
*Attorneys for Dayton Superior*

Jeremy Platek, Esq.
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue
White Plains, New York 10601
Tel. No. 914-686-1700
*Attorneys for Bartec Industries Inc.*

Michael Miller, Esq.
Tompkins, McGuire, Wachenfeld & Barry LLP
4 Gateway Center, 100 Mulberry Street
Newark, New Jersey 07102
Tel. No. 973-622-3000
*Attorneys for Kemper Insurance*

George Manos, Esq.
Brett Warning, Esq.
David Larson, Esq.
Bollinger Ruberry & Garvey
500 West Madison Street
23rd Floor
Chicago, Illinois 60661
Tel. No. 312-466-8000
*Attorneys for Kemper Insurance*

Erika Aljens, Esq.

Green & Lavelle
110 William Street
18th Floor
New York, New York 10038
Tel. No. 212-266-5880
*Attorneys for National Union Fire*

Donald Sweetman, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, New Jersey 07054
Tel. No. 973-285-1919
*Attorneys for Great American*

John DeFilippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue
10th Floor
New York, New York 10022
Tel. No. 212-252-0004
*Attorneys for U.S. Fire*

Diana Elaine Goldberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
9th Floor
New York, New York 10004
Tel. No. 212-804-4200
*Attorneys for Allied World*

S. Dwight Stephens, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
Tel. No. 212-238-8900
*Attorneys for Zurich*

Joseph DeDonato, Esq.
Morgan, Melhuish, Monaghan,
  Arvidson, Abrutyn & Lisowski
651 West Mount Pleasant Avenue
Suite 200
Livingston, New Jersey 07039
Tel. No. 973-994-2500
*Attorneys for Ohio Casualty*

Lance Kalik, Esq.
Tracey Wishert, Esq.
Riker, Danzig, Scherer,
  Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Tel 973-538-0800
*Attorneys for Harleysville Insurance*

John Fedun, Esq.
Thelen Reid Brown Raysman & Steiner
900 Third Avenue
New York, New York 10022
Tel. No. 212-603-2000
*Attorneys for LBL Skysystems*

Stephen Schreckinger, Esq.
Gogick, Byrne & O'Neill
11 Broadway, Suite 1560
New York, New York 10004
Tel. No. 212-422-9424
*Attorneys for Weidlinger, Castro-Blanco, and Arquitectonica*

Martin Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, New York 11530
Tel. No. 516-294-8844
*Attorneys for Cosentini*

Cermak, Peterka Petersen
1415 Blue Spruce Dr.
Fort Collins, Colorado 80524