**CMK CARROLLMCNULTYKULL LLC**
COUNSELLORS AT LAW

570 Lexington Avenue
10th Floor
New York, NY 10022

212.252.0004 PHONE
212.252.0444 FAX

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, NJ 07920

908.848.6300 PHONE
908.848.6310 FAX

**MEMO ENDORSED**

March 20, 2008



By Hand
The Honorable Denise Cote
U.S. District Court
Southern District of New York
500 Pearl Street
Chambers 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

RECEIVED
MAR 21 2008
CHAMBERS OF
DENISE COTE

Re: *Travelers Casualty and Surety v. The Dormitory Authority of the State of New York, et al.*
Civil Action No.: 07 CV 6915 (DLC)

Dear Judge Cote:

This firm represents Fourth-Party Defendant, United States Fire Insurance Company ("U.S. Fire"), with respect to the above-referenced matter. We are writing today to respectfully request that we be permitted to file a Reply Memorandum that is longer than the ten (10) page limit provided for in Your Honor's Individual Practice Rules (Section 2.B). The reason for this request is that it will not be possible to appropriately respond within ten pages to the numerous complex legal arguments set forth in the twenty-nine (29) page opposition brief of Fourth-Party Plaintiffs Trataros Construction, Inc. ("Trataros") and Travelers Casualty and Surety Company ("Travelers) to U.S. Fire's Motion to Dismiss. We note that counsel for Trataros and Travelers have graciously consented to our request.

At the same time, we do not wish to burden the Court by filing a lengthy brief. To that end, we request permission to file a Reply Memorandum of no more than fifteen (15) pages in length. We believe this will provide us with a full and fair opportunity to respond to Fourth-Party Plaintiffs' opposition to U.S. Fire's Motion to Dismiss.

Our reply is to be filed on Monday, March 24, 2008. We therefore respectfully request that Your Honor grant this application as soon as possible, and we thank you in advance for your consideration of this request.

Very truly yours,

John P. De Filippis

Granted.
/s/ Denise Cote
March 21, 2008

cmk.com

**CMK** CARROLLMCNULTYKULL LLC
COUNSELLORS AT LAW

The Honorable Denise Cote                     Re: *Travelers Casualty and Surety v. DASNY, et als.*
March 20, 2008
Page 2 of 2

---

cc:  Eli Rogers, Esq. (by electronic mail)
     Driefuss Bonacci & Parker, LLP
     Counsel for Fourth-Party Plaintiffs