```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TRAVELERS CASUALTY AND SURETY COMPANY as :
Administrator for RELIANCE INSURANCE  :
COMPANY,                              :   07 Civ. 6915 (DLC)
                         Plaintiff,   :
                                      :        ORDER
            -v-                       :
                                      :
DORMITORY AUTHORITY - STATE OF NEW YORK, :
TDX CONSTRUCTION CORP. and KOHN PEDERSEN :
FOX ASSOCIATES, P.C.,                 :
                         Defendants.  :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

DENISE COTE, District Judge:

By letter dated March 24, 2008, the parties requested clarification of this Court's ruling at a conference held on February 29, 2008, with respect to the length of depositions. It is hereby

ORDERED that the parties need not request leave to schedule or conduct a deposition of two days' duration.

IT IS FURTHER ORDERED that any party wishing to schedule or conduct a deposition longer than two days must either (1) obtain consent of all relevant parties, or, if consent is not given, (2) seek permission from the Court.

SO ORDERED:

Dated:   New York, New York
         March 25, 2008

                                    _____
                                              DENISE COTE
                                       United States District Judge