UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
TRAVELERS CASUALTY AND SURETY COMPANY as    :
Administrator for RELIANCE INSURANCE        :
COMPANY,                                    :
                    Plaintiff,              :          07 Civ. 6915 (DLC)
                                            :
                    -v-                     :             ORDER
                                            :
DORMITORY AUTHORITY - STATE OF NEW YORK,    :
TDX CONSTRUCTION CORP. and KOHN PEDERSEN    :
FOX ASSOCIATES, P.C.,                       :
                    Defendants.             :
------------------------------------------  :
DORMITORY AUTHORITY OF THE STATE OF NEW     :
YORK and TDX CONSTRUCTION CORP.,            :
                    Third-Party Plaintiffs, :
                                            :
                    -v-                     :
                                            :
TRATAROS CONSTRUCTION, INC.,                :
                    Third-Party Defendant.  :
------------------------------------------  :
TRATAROS CONSTRUCTION, INC. and TRAVELERS   :
CASUALTY AND SURETY COMPANY,                :
                    Fourth-Party Plaintiffs,:
                                            :
                    -v-                     :
                                            :
CAROLINA CASUALTY INSURANCE COMPANY;        :
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR    :
SPECIALTY CHEMICAL CORP. a/k/a DAYTON       :
SUPERIOR CORPORATION; SPECIALTY            :
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER   :
CASUALTY INSURANCE COMPANY d/b/a KEMPER     :
INSURANCE COMPANY; GREAT AMERICAN           :
INSURANCE COMPANY; NATIONAL UNION FIRE      :
INSURANCE COMPANY OF PITTSBURGH, PA.;       :
UNITED STATES FIRE INSURANCE COMPANY;       :
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. :
f/k/a COMMERCIAL UNDERWRITERS INSURANCE     :
COMPANY; ZURICH AMERICAN INSURANCE COMPANY :
d/b/a ZURICH INSURANCE COMPANY; OHIO        :
CASUALTY INSURANCE COMPANY d/b/a OHIO       :
CASUALTY GROUP; HARLEYSVILLE MUTUAL         :
INSURANCE COMPANY (a/k/a HARLEYSVILLE       :
INSURANCE COMPANY); JOHN DOES 1-20 and XYZ :
CORPS. 1-20,                                :
                    Fourth-Party Defendants. :
------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08

DENISE COTE, District Judge:

For the reasons stated on the record at a telephone conference with the parties held on April 2, 2008, it is hereby

ORDERED that the motion to dismiss filed on January 11, 2008, by Fourth-Party defendant Allied World Assurance Company (U.S.) Inc. is denied.

IT IS FURTHER ORDERED that any claims that Fourth-Party plaintiffs Trataros Construction, Inc. and Travelers Casualty and Surety Company wish to bring against North American Specialty Insurance Company must be filed on or before April 11, 2008.

SO ORDERED:

Dated:    New York, New York
          April 2, 2008

                                   DENISE COTE
                            United States District Judge

2