UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

TRAVELERS CASUALTY AND SURETY          07 Civ. 6915 (DLC)
COMPANY as Administrator for           ECF CASE
RELIANCE INSURANCE COMPANY,

        Plaintiff,

    against –

THE DORMITORY AUTHORITY OF             **RULE 7.1 STATEMENT**
THE STATE OF NEW YORK, TDX
CONSTRUCTION CORP., and KOHN,
PEDERSON, FOX & ASSOCIATES, P.C.,

        Defendants.
----------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

    Third-Party Plaintiff,

    - against –

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY SURETY COMPANY,

    Third-Party Defendants.
----------------------------------X
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

    Fourth-Party Plaintiffs,

    - against –

CAROLINACASUALTY INSURANCE COMPANY,
et al.

    Fourth-Party Defendants.
----------------------------------X
KOHN PEDERSON FOX ASSOCIATES, P.C.

    Third-Party Plaintiff,

                - against –

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO
PISCIONERI AND ASSOCIATES, ARCHITECTS,
P.C., N/K/A ARQUITECTONICA NEW YORK,
P.C., COSENTINI ASSOCIATES, INC.,
CERMAK, PETERKA PETERSEN, INC. JORDAN
PANEL SYSTEMS CORP., TRATAROS
CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,

                Third-Party Defendants.
-------------------------------------X

        Pursuant to Rule 7.1 of the Local Rules of the United

States District for the Southern District of New York and to

enable Judges and Magistrate Judges of the District to evaluate

possible disqualification or recusal, the undersigned, counsel

for Third-Party Defendants ARQUITECTONICA NEW YORK, P.C.

(private non-governmental parties) certifies that the following

are corporate parents, affiliates and or subsidiaries of said

parties which are publicly held:

                            **NONE**

Dated:      New York, New York
            April 4, 2008

                GOGICK, BYRNE & O'NEILL, LLP


                By:____/s/_Stephen P. Schreckinger_____
                    Stephen P. Schreckinger, Esq. (SPS 4448)
                    Attorneys for Third-Party
                    Defendants, Arquitectonica
                    New York, P.C.
                    11 Broadway, Suite 1560
                    New York, New York 10004-1314
                    (212) 422-9424