```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TRAVELERS CASUALTY AND SURETY           07 Civ. 6915 (DLC)
COMPANY as Administrator for            ECF CASE
RELIANCE INSURANCE COMPANY,

                Plaintiff,

        against –

THE DORMITORY AUTHORITY OF              RULE 7.1 STATEMENT
THE STATE OF NEW YORK, TDX
CONSTRUCTION CORP., and KOHN,
PEDERSON, FOX & ASSOCIATES, P.C.,

                Defendants.
----------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

        Third-Party Plaintiff,

        - against -

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY SURETY COMPANY,

        Third-Party Defendants.
----------------------------------X
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

        Fourth-Party Plaintiffs,

        - against -

CAROLINACASUALTY INSURANCE COMPANY,
et al.

        Fourth-Party Defendants.
----------------------------------X
KOHN PEDERSON FOX ASSOCIATES, P.C.

        Third-Party Plaintiff,
```

      - against -

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO
PISCIONERI AND ASSOCIATES, ARCHITECTS,
P.C., N/K/A ARQUITECTONICA NEW YORK,
P.C., COSENTINI ASSOCIATES, INC.,
CERMAK, PETERKA PETERSEN, INC. JORDAN
PANEL SYSTEMS CORP., TRATAROS
CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,

      Third-Party Defendants.
--------------------------------------X

    Pursuant to Rule 7.1 of the Local Rules of the United States District for the Southern District of New York and to enable Judges and Magistrate Judges of the District to evaluate possible disqualification or recusal, the undersigned, counsel for Third-Party Defendants CASTRO-BLANCO PISCIONERI, P.C. (private non-governmental parties) certifies that the following are corporate parents, affiliates and or subsidiaries of said parties which are publicly held:

                                    **NONE**

Dated:    New York, New York
           April 4, 2008

                        GOGICK, BYRNE & O'NEILL, LLP

            By:      /s/ Stephen P. Schreckinger
                  Stephen P. Schreckinger, Esq. (SPS 4448)
                  Attorneys for Third-Party
                  Defendants, Castro-Blanco Piscioneri
                  P.C.
                  11 Broadway, Suite 1560
                  New York, New York 10004-1314
                  (212) 422-9424