```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TRAVELERS CASUALTY AND SURETY          07 Civ. 6915 (DLC)
COMPANY as Administrator for           ECF CASE
RELIANCE INSURANCE COMPANY,

                Plaintiff,

        against –

THE DORMITORY AUTHORITY OF             RULE 7.1 STATEMENT
THE STATE OF NEW YORK, TDX
CONSTRUCTION CORP., and KOHN,
PEDERSON, FOX & ASSOCIATES, P.C.,

                Defendants.
----------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

        Third-Party Plaintiff,

        - against –

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY SURETY COMPANY,

        Third-Party Defendants.
----------------------------------X
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

        Fourth-Party Plaintiffs,

        - against –

CAROLINACASUALTY INSURANCE COMPANY,
et al.

        Fourth-Party Defendants.
----------------------------------X
KOHN PEDERSON FOX ASSOCIATES, P.C.

        Third-Party Plaintiff,
```

           - against -

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO
PISCIONERI AND ASSOCIATES, ARCHITECTS,
P.C., N/K/A ARQUITECTONICA NEW YORK,
P.C., COSENTINI ASSOCIATES, INC.,
CERMAK, PETERKA PETERSEN, INC. JORDAN
PANEL SYSTEMS CORP., TRATAROS
CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,

        Third-Party Defendants.
---------------------------------------X

    Pursuant to Rule 7.1 of the Local Rules of the United States District for the Southern District of New York and to enable Judges and Magistrate Judges of the District to evaluate possible disqualification or recusal, the undersigned, counsel for Third-Party Defendants WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C. (private non-governmental parties) certifies that the following are corporate parents, affiliates and or subsidiaries of said parties which are publicly held:

                         **NONE**

Dated:   New York, New York
         April 4, 2008

                    GOGICK, BYRNE & O'NEILL, LLP


                    By:_____/s/ Stephen P. Schreckinger_____
                        Stephen P. Schreckinger, Esq. (SPS 4448)
                        Attorneys for Third-Party Defendants
                        Weidlinger Associates Consulting
                        Engineers, P.C.
                        11 Broadway, Suite 1560
                        New York, New York 10004-1314
                        (212) 422-9424