UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : 07-CV-6915 (DLC) |
| | : **ECF CASE** |
| DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C., | : |
| | : |
| Defendants. | : |
|_____| : |
| | : |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP., | : **ANSWER OF** |
| | : **LUMBERMENS** |
| | : **MUTUAL CASUALTY** |
| Third-Party Plaintiffs, | : **COMPANY improperly** |
| | : **sued as KEMPER** |
| vs. | : **CASUALTY** |
| | : **INSURANCE** |
| TRATAROS CONSTRUCTION, INC., | : **COMPANY d/b/a** |
| | : **KEMPER** |
| Third-Party Defendant. | : **INSURANCE** |
|_____| : **COMPANY TO** |
| | : **CROSS-CLAIM OF** |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY, | : **COSENTINI** |
| | : **ASSOCIATES, INC.** |
| | : |
| Fourth-Party Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS | : |

INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20, :
                                                    :
                      Fourth-Party Defendants.      :

Comes now Fourth-Party Defendant Lumbermens Mutual Casualty Company ("LMC"), improperly sued as Kemper Casualty Insurance Company d/b/a Kemper Insurance Company,[1] and for its Answer to the Cross-Claim of Third-Party Defendant Cosentini Associates, Inc. ("Cosentini") states as follows:

46. LMC denies that Fourth-Party Plaintiffs sustained any damages as alleged in the Fourth-Party Complaint. LMC also denies that it engaged in, and/or provided any, culpable conduct, acts or omissions, negligence, strict products liability, statutory violation, breach of contract, obligation or warranty regarding the allegations in the Complaint and Third-Party Complaint.

47. LMC denies that Cosentini is entitled to indemnification or contribution from, and to have judgment against LMC for any verdict or judgment, or any portion thereof, that any other party may recover against Cosentini.

WHEREFORE, LMC prays that this Court enter judgment against Cross-Claimant Cosentini as to all of its claims against LMC in the Cross-Claim of Cosentini, including that Cosentini is not entitled to indemnification or contribution from LMC for all or any part of any verdict or judgment that any other party may recover against Cosentini and that this Court grant LMC its attorneys' fees and costs incurred in defending against this Cross-Claim, and such other relief that this Court deems just and equitable.

**Affirmative Defenses**

**FIRST AFFIRMATIVE DEFENSE**
**(Trataros is Not an Insured)**

Cosentini is not entitled to indemnification or contribution from, or to have judgment entered against, LMC because Trataros Construction, Inc. ("Trataros") is not a named insured in LMC Policy No. 4LS 001759-00 at issue and Trataros is therefore not entitled to a defense or indemnification from LMC.

**SECOND AFFIRMATIVE DEFENSE**
**(Trataros is Not an Additional Insured for Claims at Issue)**

LMC Policy No. 4LS 001759-00 at issue provides additional insured status where the Named Insured G.M. Crocetti, Inc. ("Crocetti") is required to provide insurance in a contract but only for liability arising from the named insured Crocetti's work for that party. Any liability of Trataros is the result of Trataros' conduct in insisting that Crocetti install terrazzo over Conflow over Crocetti's objections. Any liability of Trataros does not arise out of Crocetti's work but arises out of Trataros' decisions. Trataros is therefore not an additional insured under the LMC Policy for the Terrazzo claims and Cosentini is therefore not entitled to indemnification or contribution from, or to have any judgment entered against, LMC.

**THIRD AFFIRMATIVE DEFENSE**
**(Lack of Occurrence)**

LMC Policy No. 4LS 001759-00 at issue requires that a covered claim arise out of an "occurrence". Trataros ordered Crocetti, over Crocetti's objections, to install terrazzo flooring over Conflow, knowing that it would fail. As such, the claim does not constitute an "occurrence" and

---

1 LMC is one of the Kemper Insurance Companies, and issued the insurance policy at issue in the Fourth-Party

there is no duty to defend or indemnify Trataros under the LMC Policy and Cosentini is therefore not entitled to indemnification or contribution from, or to have any judgment entered against, LMC.

### FOURTH AFFIRMATIVE DEFENSE
### (Your Work Exclusion Bars Any Coverage)

LMC Policy No. 4LS 001759-00 at issue contains an Exclusion titled "Your Work" which excludes coverage for any property damage that results from the work conducted by the insured and/or additional insured. If Trataros qualifies as an additional insured under the LMC Policy, which LMC denies, there is no coverage for any claim by Trataros against LMC and Cosentini is not entitled to indemnification or contribution from, or to have any judgment entered against, LMC.

### FIFTH AFFIRMATIVE DEFENSE
### (Failure to Provide Proper Notice)

LMC Policy No. 4LS 001759-00 at issue contains a notice condition that requires notification of an occurrence as soon as practicable and immediate notification of an offense that may result in a claim. The notice condition also requires immediate notice of a claim or suit. If Trataros qualifies as an additional insured under the LMC Policy, which LMC denies, Trataros failed to comply with this condition and therefore there is no duty to defend or indemnify Trataros under the LMC Policy, and Cosentini is therefore not entitled to indemnification or contribution from, or to have judgment entered against, LMC.

---

Complaint.

### SIXTH AFFIRMATIVE DEFENSE
### (Other Insurance)

LMC Policy No. 4LS 001759-00 at issue contains provisions that provide that if there is any other collectible insurance available to an insured, the LMC Policy will be excess of the other collectible insurance.

Cosentini's claims are barred in whole or in part to the extent that there is other collectible insurance available to the insured.

### SEVENTH AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Cross-Claim fails to allege facts sufficient to constitute a claim against LMC.

### EIGHTH AFFIRMATIVE DEFENSE
### (Failure to Properly Allege Indemnification)

The Cross-Claimant does not satisfy all elements to properly allege indemnification against LMC.

### NINTH AFFIRMATIVE DEFENSE
### (Failure to Properly Allege Contribution)

The Cross-Claimant does not satisfy all elements to properly allege contribution against LMC.

### TENTH AFFIRMATIVE DEFENSE
### (Other Defenses)

LMC reserves the right to amend its Answer by way of adding affirmative defenses, counterclaims, cross-claims, or by instituting third party actions as additional facts are obtained through investigation and discovery.

WHEREFORE, LMC prays that Cross-Claimant take nothing by its Cross-Claim; that LMC be dismissed with prejudice and awarded fees and costs incurred in defending this Cross-Claim; and

that this Court enter a declaration that LMC is not obligated to provide insurance coverage for Cross-Claimant or any other party, and for any further relief that this Court deems equitable and just.

DATED:  April 4, 2008

                              **TOMPKINS, McGUIRE, WACHENFELD& BARRY LLP**
*Attorneys forFourth-Party Defendant Lumbermens Mutual Casualty Company ("LMC"), improperly sued as Kemper Casualty Insurance Company d/b/a Kemper Insurance Company*
140 Broadway
51st Floor
New York, New York 10005
(212) 714-1720


By:    s/ Michael S. Miller
       Michael S. Miller

**DECLARATION OF SERVICE**

      The undersigned hereby declares, under penalty of perjury, that on April 4, 2008, he caused a true copy of the foregoing Answer, etc. to be served via electronic filing upon counsel for the various parties as follows:

JoAnne M. Bonacci, Esq.
**DREIFUSS BONACCI & PARKER, LLP,**
Attorneys for Fourth-Party Plaintiffs,
*TRATAROS* CONSTRUCTION, *INC AND TRAVELERS CASUALTY AND SURETY COMPANY*
26 Columbia Turnpike - North Entrance
Florham Park, NJ 07932
Tel:   (973) 514-1414
Fax:  (973) 514-5959
email: jbonacci@dbplawfirm.com

David Abramovitz, Esq,
Matthew J. McDermott, Esq.
**ZETLIN & DECI-HARA, LLP**
Attorneys for Defendants/Third-Party Plaintiff,
*KOHNJ PEDERSON, FOX & ASSOCIATES, P.C*
501 Second Avenue
New York, NY 10017
Tel:   (212) 682-6800
Fax:  (212) 682-6861
Email: dabramovitz@zdlaw.com

Christian H. Gannon
**SEGAL McCAMBRIDGE SINGER & MAHONEY**
Attorneys for Fourth-Party Defendant
*SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC*
830 Third Aye, Suite 400
NY, NY 10022
Tel:   (212) 651-7500/(212) 651-7423
Fax:  (212) 651-7499
email: rrigolosi@msm.com

Gary Wirth, Esq.
**TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP**
Attorneys for Fourth-Party Defendant
*CAROLINA CASUALTY INSURANCE COMPANY*
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Tel:	(516) 240-8900
Fax:	(516) 240-8950
Email: gwirth@tlggr.com


Robert Mark Wasko, Esq.
**TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP**
*Co-Counsel for Fourth-Party Defendant*
*CAROLINA CASUALTY INSURANCE COMPANY*
226 West 26th Street, 8th Floor
New York, NY 10001
Tel:	(516) 240-8900
Fax:	(212) 691-6452

William Kelly, Esq.
Suzin L. Raso, Esq.
**GOLDBERG SEGALL, LLP.**
Attorneys for Fourth-Party Defendant
DAYTON *SUPERIOR SPECIALTY CHEMICAL CORP.*
a/k/a *DAYTON SUPERIOR* CORP.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel:	(914) 798-5400
Fax:	(914) 798-5401
email: wkelly@goldbergsegalla.com
email: sraso@goldbergsegalla.com

Henry G. Morgan, Esq.
Joseph DeDonato, Esq.
**MORGAN, MELHUISH, ABRUTYN**
Attorneys for Fourth-Party Defendant
OHIO *CASUALTY INSURANCE COMPANY*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
Tel:	(973) 994-2500
Fax:	(973) 994-3375
email: counsel@morganlawfirm.com

Donald G. Sweetman, Esq.
**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
Attorney for Fourth-Party Defendants
*GREAT AMERICAN INSURANCE COMPANY,*
*AMERICAN ALLIANCE INSURANCE COMPANY,*
*AMERICAN NATIONAL FIRE INSURANCE COMPANY*

*and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK*
6 Campus Drive
Parsippany, NJ 07054
Tel:   (973) 285-1919
Fax:   (973) 285-1177
Email: dsweetman@gkar-law.com

Ann Odelson, Esq.
John P. DeFilippis, Esq.
**CARROLL, MCNULTY & KULL**
Attorney for Fourth-Party Defendant
*UNITED STATE FIRE INSURANCE COMPANY*
570 Lexington Avenue
New York, NY 10022
Tel:   (212) 252-0004
Fax:   (212) 252-0444

S. Dwight Stephens, Esq.
**MELITO & ADOLFSEN, P.C.**
Attorneys for Fourth-Party Defendant
*ZURICH AMERICAN INSURANCE COMPANY*
233. Broadway
New York, NY 10279
Tel:   (212) 238-5900
Fax:   (212) 238-8999
Email: sds@melitoadolfsen.com

Martin Paul Lavelle, Esq.
Erika L. Aljens, Esq.
**GREEN & LAVELLE**
Attorneys for Fourth-Party Defendant,
*NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA*
110 William Street
New York, NY 10038
Tel:   (212) 266-5580/5881
Fax:   (212) 528-0134
Email: martin.lavelle@aig.com
Email: erika.aljiens@aig.com


Diana E. Goldberg, Esq.
**MOUND COTTON WOLLAN & GREENGRASS**
Attorneys for Fourth-Party Defendant

*COMMERCIAL UNDERWRITERS INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.*
One Battery Park Plaza, $_9$th Floor
New York, NY 10004-1486
Tel:     (212) 804-4200
Fax:    (212) 344-8066
Email:  dgoldberg@moundcotton.com


Timothy B. Froessell, Esq.
**HOLLAND & KNIGHT, LLP**
Attorneys for Defendants/Third-Party Plaintiffs,
*DORMITORY AUTHORITY- STATE OF NEW YORK and* TDX *CONSTRUCTION CORP.*
195 Broadway
New York, NY 10007
Tel:     (212) 513-3484
Fax:    (212) 385-9010
email: tbfroess@hklaw.com

Tracey K. Wishert, Esq.
Lance J. Kalik, Esq.
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
Attorneys for Fourth-Party Defendant,
*HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY)*
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Tel:     (973) 451-3862
Fax:    (973) 451-3714
email: twishert@riker.com
email: lkalik@riker.com

Vincent Zichello, Esq.
**ZICHELLO & MCINTYRE, LLP**
Attorneys for Fourth-Party Defendant,
*CARLOLINA CASUALTY INSURANCE COMPANY*
420 Lexington Avenue, Suite 2800
New York, New York  10170
Tel:     (212) 972-5560
Fax:    (212) 972-5569

Jeremy Platek, Esq.
**O'CONNOR, REDD, GOLLIHUE & SKLARIN, LLP**
Attorneys for Fourth –Party Defendant,
*BARTEC INDUSTRIES, INC.*
200 Mamaroneck Avenue
White Plains, New York 10601
Tel:     (914) 686-1700 x 239
Fax:    (914) 328-3184

Martin A. Schwartzberg, Esq.
**L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP**
Attorneys for
*COSENTINI ASSOCIATES*
1001 Franklin Avenue
Garden City, NY  11530
Tel:    516-294-8844
Fax:   516-294-8202


DATED:  April 4, 2008

                                              s/Michael S. Miller
                                              Michael S. Miller