# EXHIBIT "B"

DORMITORY AUHTORITY OF THE STATE OF NEW YORK

MEMORANDUM

Date:  September 28, 2001

To:    Douglas Van Vleck

From:  Nicholas D'Ambrosio

Re:    Baruch Academic Complex
       Project # 1277709999
       Budget Increase Request

Doug,

On paper, we are out of money. Our anticipated costs to date are approximately 6.5 million.with a remaining budget of 4.5 million. As of today, we are over the budget of $319,400,000 by 2 million. Please refer to the current Job Status Inquiry budget sheet.

The millions of dollars we spent on overtime and manpower to open the building on time depleted our budget.

We also have paid to date approximately 12.3 million in claims. If we had no claims I would not be requesting additional funds.

I am requesting a budget increase of 15 million. Time is very important, so please try to expedite this request.

Thank you.

Cc:    Michael Kolk
       Cheryl Woods
       Mary Anderson
       Wayne Markowtiz
       File