# EXHIBIT "E"

DASNY Goes Green

# Serving Responsibly

## *Avoid conflicts of interest*

As a public employee, you are bound by Sections 73 and 74 of the Public Officers Law and should endeavor to pursue a course of conduct which will not raise suspicion among the public that you are likely to be engaged in acts in violation of your public trust. You should not use your official position to secure special privileges for yourself or others. You should also not engage in outside business activities that might interfere with or compromise your ability to perform your official Authority duties or that will raise suspicion among the public and Authority clients that you are engaged in activities in violation of your public trust.



A potential conflict of interest exists for any employee whose job involves making decisions that allow them to give preference or favor to a firm doing business with the Authority in exchange for anything of personal benefit to themselves, friends or families. There are also other situations that could give rise to a conflict of interest under the law or the appearance of a conflict.

The most common situations giving rise to a conflict of interest or violation of the Public Officers Law are:

  i.   accepting gifts or other things of value from contractors/suppliers or registered lobbyists;
  ii.  being employed by a consultant or other person that does business with the Authority;
  iii. having an interest in a firm that does business with the Authority, or if not competitively bid, any other State agency;
  iv.  having family or other relationships with suppliers or other vendors selected by the Authority; and
  v.   receiving compensation for services provided in connection with certain matters before the Authority or other agencies, such as obtaining grants or loans from the Authority or other agencies or the purchase, sale, rental or lease of real property, goods or services to or from the Authority or other agencies.

Actual or potential conflicts of interest must be avoided as they may interfere with your ability to make judgments solely in the Authority's best interest and, in some instances, may be prohibited by law.

Actual or potential conflicts of interest should be disclosed to supervisory personnel immediately. You must disclose to your supervisor those instances where you have knowledge that your relative has an interest, including employment, in a firm doing business with the Authority. Both the relative's relationship to you and the nature of the relative's interest must be disclosed. You must not participate, directly or indirectly, in the administration or award of any contract in which your relative has an interest unless a waiver has been obtained from the

Executive Director.

*Maintain arm's-length relationships.*

Return to Serving Responsibly Index | Corporate Integrity Program

Case 1:07-cv-06915-DLC    Document 171-6    Filed 04/04/2008    Page 4 of 4

DASNY Goes Green

# Serving Responsibly

### *Comply with applicable laws, rules and regulations*



You must comply with all applicable laws and regulations of every jurisdiction in which the Authority operates. Each of us is charged with the responsibility of acquiring sufficient knowledge of applicable laws and regulations relating to our duties to recognize potential ethical issues and to know when to seek advice. Laws governing ethical conduct include the provisions of the Public Officers Law governing the conduct of public employees, laws governing the procurement of goods and services by the Authority and federal securities laws, which prohibit insider trading and other conduct. Information about these laws and regulations may be obtained from your supervisor or unit director, or directly from the Authority's Ethics Officer @ 518-257-3120, or Director of Internal Affairs @518-257-3193.  You may also contact the Commission on Public Integrity @ 1-800-87-ETHICS.

It is also incumbent upon each of us to be knowledgeable in the other areas of law that relate to our job responsibilities.  It is for this reason that the Authority actively supports training opportunities for its employees.  You should feel free to discuss with your supervisor those areas of training that you believe will better assist you in understanding those laws and regulations that relate to your job responsibilities.

Return to Serving Responsibly Index | Corporate Integrity Program