UNITED STATES DISTRICT COURT　　　　　　　　　　　Electronic Filing
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY,
etc.,
　　　　　　　　　　　　　　　　　　　　　　　　　07-CV-6915-DLC

　　　　　　　　　　　Plaintiff,

　　　　　　- - against - -　　　　　　　　　　　　**Answer to**
　　　　　　　　　　　　　　　　　　　　　　　　　**Cross-Claim**

DORMITORY AUTHORITY - STATE OF NEW YORK,
et al.,

　　　　　　　　　　　　Defendants.
------------------------------------------------------------------X
　　　- - and various impleader actions - -
------------------------------------------------------------------X

**Carolina Casualty Insurance Company** ("Carolina") answers the cross-claim set forth in the March 26, 2008, answering pleading of **Cosentini Associates, Inc.** ("Cosentini") as follows:

　　　　**First**  Carolina denies each and every allegation of Cosentini's cross-claim; denies that Carolina caused or contributed to any damages claimed in this case; and denies that Cosentini is or could be entitled to indemnity or contribution from Carolina, whether under any common law theory or under any supposed contract.

　　　　**Second**  Cosentini's pleading does not state any claim against Carolina upon which relief could be granted.  Cosentini does not and could not truthfully allege that Cosentini has standing to sue as a claimant under the surety bond Carolina gave as surety for the Crocetti company.  Nor did Cosentini comply with the conditions precedent for any claim under that surety bond, as to notice or time or suit or otherwise.

**Wherefore**, Cosentini's cross-claims against Carolina should be dismissed, and Carolina should be awarded costs and disbursements.

Dated:   New York, New York
         April 3, 2008

                                               For Carolina Casualty Insurance Company

                                               ZICHELLO & McINTYRE, LLP

By:   /s/
      Vincent J. Zichello (VZ-3487)
      Office and P.O. Address
      420 Lexington Avenue
      New York, New York 10170
      Tel: (212) 972-5560  Fax: (212) 972-5569
      E-mail: zinmc@msn.com

- - and - -

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

By:   /s/
      Robert Mark Wasko (RW-7811)
      226 West 26th Street
      New York, New York 10001
      Tel: (516) 240-8900  Fax: (212) 691-6542
      E-mail: rwasko@tlggr.com