UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>                        Defendants. | Case No. 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>                        Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>                        Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                        Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); | **TRATAROS CONSTRUCTION, INC.'S ANSWER TO CROSS-CLAIM OF COSENTINI ASSOCIATES, INC.** |

| |
|---|
| JOHN DOES 1-20 and XYZ CORPS. 1-19, |
|                 Fourth-Party Defendants. |
| KOHN PEDERSEN FOX ASSOCIATES, P.C., |
|                 Third-Party Plaintiff, |
|               vs. |
| WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC., |
|                 Third-Party Defendants. |

Third-Party Defendant/Fourth-Party Plaintiff, Trataros Construction, Inc. ("Trataros"), by and through its attorneys, Dreifuss Bonacci & Parker, LLP, as and for their Answer to the counterclaims and cross-claims of Third-Party Defendant, Cosentini Associates, Inc. (hereinafter, the "Cross-Claim"), alleges as follows:

## ANSWER TO CROSS-CLAIM

1.     Trataros is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Cross-Claim, except denies said allegations to the extent they allege liability on the part of Trataros.

2.     Trataros is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Cross-Claim, except denies said allegations to the extent they allege liability on the part of Trataros.

**WHEREFORE**, Trataros demands judgment against Third-Party Defendant, Cosentini Associates, Inc. for the following relief:

    a.     dismissal of the Cross-Claim with prejudice;

    b.    award of attorneys fees, costs and disbursements; and

    c.    such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Cross-Claim fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Cross-Claim is barred by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

The Cross-Claim is barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

The Cross-Claim is barred by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

The Cross-Claim is barred as they may not properly be interposed in this action.

### SIXTH AFFIRMATIVE DEFENSE

The Cross-Claim is barred under the doctrine of release.

### SEVENTH AFFIRMATIVE DEFENSE

The Cross-Claim is barred by documentary evidence.

### EIGHTH AFFIRMATIVE DEFENSE

Trataros reserves its rights to rely upon any and all additional defenses available to it, and all Defendants, third-party defendants, fourth-party defendants, and other parties to the above-captioned matter, and any and all defenses asserted by Trataros against claims or counter-claims asserted by any party to this action.

## NINTH AFFIRMATIVE DEFENSE

Trataros reserves its rights to rely upon any and all additional defenses which may be disclosed during discovery in the within action.

Dated: Florham Park, New Jersey
      April 8, 2008

                        DREIFUSS BONACCI & PARKER, LLP

            By: _____/S/_____
                 Eli J. Rogers (ER:6564)
                 *Attorneys for Travelers Casualty and Surety Company, and Trataros Construction, Inc.*
                 One Penn Plaza, 36th Floor
                 New York, New York 10119
                     *-and-*
                 26 Columbia Turnpike
                 North Entrance
                 Florham Park, New Jersey 07932
                 (973) 514-1414
                 **Please respond to New Jersey office**

TO:    see attached Service List

Travelers Cas. and Sur. Co. v. Dormitory Auth. – State of N.Y., et al.
United States District Court, Southern District of New York
Civil Action No. 07-CV-6915

## COUNSEL LIST

(via electronic filing)

JoAnne M. Bonacci, Esq.
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel. No.: 973-514-1414
Fax No.: 973-514-5959
*Attorneys for Plaintiff/Counterclaim
Defendant/Fourth-Party Plaintiff,
Travelers Casualty and Surety Co.
and Third-Party Defendant/Fourth-Party
Plaintiff, Trataros Construction, Inc.*

Timothy B. Froessel, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007
Tel. No.: 212-513-3200
Fax No.: 212-385-9010
*Attorneys for Defendants/Third-Party Plaintiffs,
Dormitory Authority - State of New York
and TDX Construction Corp.*

David Abramovitz, Esq.
Louis Dennis, Esq.
Zetlin & DeChiara, LLP
801 Second Avenue
New York, New York 10017
Tel. No.: 212-682-6800
Fax No.: 212-682-6861
*Attorneys for Defendant,
Kohn Pedersen Fox Associates, P.C.*

Vincent Zichello, Esq.
Zichello & McIntyre, LLP
420 Lexington Avenue, Suite 2800
New York, New York 10170
Tel. No.: 212-972-5560
Fax No.: 212-972-5569

*Attorneys for Fourth-Party Defendant,*
*Carolina Casualty Insurance Company*

Robert M. Wasko, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster LLP
226 West 26th Street, 8th Floor
New York, New York 10001
Tel. No.: 516-240-8900
Fax No.: 212-691-6452
*Co-counsel for Fourth-Party Defendant,*
*Carolina Casualty Insurance Company*

Jeremy Platek, Esq.
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue
White Plains, New York 10601
Tel. No.: 914-686-1700 x.239
Fax No.: 914-328-3184
*Attorneys for Fourth-Party Defendant,*
*Bartec Industries Inc.*

William Kelly, Esq.
Suzin L. Raso, Esq.
Matthew J. McDermott, Esq.
Goldberg Segalla, LLP.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel. No.: 914-798-5400
Fax No.: 914-798-5401
*Attorneys for Fourth-Party Defendant,*
*Dayton Superior Specialty Chemical Corp.*
 *a/k/a Dayton Superior Corp.*

Christian H. Gannon
Robert R. Brooks-Rigolosi, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
830 Third Avenue, Suite 400
New York, New York 10022
Tel. No.: 212-651-7500
Fax No.: 212-651-7499
*Attorneys for Fourth-Party Defendant,*
*Specialty Construction Brands, Inc. t/a TEC*

David Larson, Esq.
Brett Warning, Esq.
George Manos, Esq.

Bollinger Ruberry & Garvey
500 West Madison Street, 23rd Floor
Chicago, Illinois 60661
Tel. No.: 312-466-8000
Fax No.: 312-466-8001
*Attorneys for Fourth-Party Defendant, Kemper*

Michael S. Miller, Esq.
Tompkins, McGuire, Wachenfeld & Barry LLP
4 Gateway Center, 100 Mulberry Street
Newark, New Jersey 07102
Tel. No.: 973-622-3000
Fax No.: 973-623-7780
*Co-Counsel for Fourth-Party Defendant, Kemper*

Donald G. Sweetman, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, New Jersey 07054
Tel. No.: 973-285-1919
Fax No.: 973-285-1177
*Attorneys for Fourth-Party Defendant,*
*Great American Insurance Companies*

Erika C. Aljens, Esq.
Green & Lavelle
110 William Street, 18th Floor
New York, New York 10038
Tel. No.: 212-266-5880
Fax No.: 212-528-0134
*Attorneys for Fourth-Party Defendant,*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

John P. DeFilippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 10th Floor
New York, New York 10022
Tel. No.: 212-252-0004
Fax No.: 212-252-0444
*Attorneys for Fourth-Party Defendant,*
*United States Fire Insurance Company*

Diana E. Goldberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza, 9th Floor
New York, New York 10004

Tel. No.: 212-804-4200
Fax No.: 212-344-8066
*Attorneys for Fourth-Party Defendants,
Commercial Underwriters and Allied World Assurance Company*

S. Dwight Stephens, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
Tel. No.: 212-238-8900
Fax No.: 212-238-8999
*Attorneys for Fourth-Party Defendant, Zurich*

Joseph DeDonato, Esq.
Morgan, Melhuish, Monaghan, Arvidson, Abrutyn & Lisowski
651 West Mount Pleasant Avenue, Suite 200
Livingston, New Jersey 07039
Tel. No.: 973-994-2500
Fax No.: 973-994-3375
*Attorneys for Fourth-Party Defendant, Ohio Casualty*

Tracey K. Wishert, Esq.
Lance J. Kalik, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Tel: 973-538-0800
Fax: 973-538-1984
*Attorneys for Fourth-Party Defendant, Harleysville*

Stephen Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
11 Broadway, Suite 1560
New York, New York 10004
Tel. No.: 212-422-9424
Fax No.: 212-422-9429
*Attorneys for Third-Party Defendants,
Weidlinger Associates; Castro-Blanco
Piscioneri; and Arquitectonica New York*

Martin Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue
Garden City, New York 11530
Tel. No.: 516-294-8844

Fax No.: 516-294-8202
*Attorneys for Third-Party Defendant,*
*Cosentini Associates*

Terrence O'Connor, Esq.
Kalb & Rosenfeld, P.C.
1470 Bruckner Blvd.
Bronx, NY 10473
Tel. No.: (718) 328-1610
*Attorneys for Third-Party Defendant,*
*Jordan Panel Systems Corp.*