UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TRAVELERS CASUALTY AND SURETY           07 Civ. 6915 (DLC)
COMPANY as Administrator for            ECF CASE
RELIANCE INSURANCE COMPANY,

              Plaintiff,            **ANSWER OF CASTRO-BLANCO**
                                   **PISCIONERI AND ASSOCIATES,**
      against -                       **ARCHITECTS, P.C. AND**
                                     **ARQUITECTONICA NEW YORK,**
THE DORMITORY AUTHORITY OF              **P.C. TO COSENTINI**
THE STATE OF NEW YORK, TDX              **ASSOCIATES INC.'S**
CONSTRUCTION CORP., and KOHN,           **CROSS-CLAIM**
PEDERSON, FOX & ASSOCIATES, P.C.,

              Defendants.
----------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

              Third-Party Plaintiff,

      - against -

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY SURETY COMPANY,

              Third-Party Defendants.
----------------------------------X
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

              Fourth-Party Plaintiffs,

      - against -

CAROLINA CASUALTY INSURANCE COMPANY,
et al.

              Fourth-Party Defendants.
----------------------------------X
KOHN PEDERSON FOX ASSOCIATES, P.C.

              Third-Party Plaintiff,

```
                - against -
```

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO
PISCIONERI AND ASSOCIATES, ARCHITECTS,
P.C., ARQUITECTONICA NEW YORK,
P.C., COSENTINI ASSOCIATES, INC.,
CERMAK, PETERKA PETERSEN, INC. JORDAN
PANEL SYSTEMS CORP., TRATAROS
CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,

       Third-Party Defendants.
---------------------------------------X

Defendants, Castro-Blanco Piscioneri and Associates, Architects, P.C. ("Castro-Blanco") and Arquitectonica New York, P.C., ("Arquitectonica") by their attorneys, Gogick, Byrne & O'Neill, LLP, as and for their Reply to the Cross-Claim of Third-Party Defendant Cosentini Associates, Inc., respectfully alleges and says as follows:

    1.   Deny the truth of each and every allegation contained in paragraphs "46" and "47" of the Cross-Claim.

### AS AND FOR AN ANSWER TO FIRST AFFIRMATIVE DEFENSE

    2.   The Court lacks subject matter jurisdiction over this controversy.

### AS AND FOR AN ANSWER TO SECOND AFFIRMATIVE DEFENSE

    3.   The Cross-Claims fail to state a cause of action against Castro-Blanco and Arquitectonica upon which relief may be granted.

**AS AND FOR AN ANSWER TO THIRD AFFIRMATIVE DEFENSE**

4. The Cross-Claim against Castro-Blanco and Arquitectonica is barred by waiver, payment and release.

**AS AND FOR AN ANSWER TO FOURTH AFFIRMATIVE DEFENSE**

5. Cosentini is estopped from bringing the Cross-Claim against Castro-Blanco and Arquitectonica.

**AS AND FOR AN ANSWER TO FIFTH AFFIRMATIVE DEFENSE**

6. Whatever changes Cosentini may have sustained as alleged in the Cross-Claim against Castro-Blanco and Arquitectonica, all of which are denied by Castro-Blanco and Arquitectonica, were caused in whole or in part by the culpable conduct of Cosentini and/or others for whose acts, omissions and/or conduct Cosentini is responsible. The amount of damages recovered, if any, shall therefore be diminished in the proportion which the culpable conduct attributable to Cosentini bears to the culpable conduct which caused these alleged damages.

**AS AND FOR AN ANSWER TO SIXTH AFFIRMATIVE DEFENSE**

7. The damages alleged in the Cross-Claim against Castro-Blanco and Arquitectonica were caused by the culpable conduct of some third person or persons over whom Castro-Blanco and Arquitectonica neither had nor exercised control.

**AS AND FOR AN ANSWER TO SEVENTH AFFIRMATIVE DEFENSE**

8. The claims alleged in the Cross-Claim against Castro-

Blanco and Arquitectonica are barred by the doctrines of waiver and/or laches.

### AS AND FOR AN ANSWER TO EIGHTH AFFIRMATIVE DEFENSE

9. Castro-Blanco and Arquitectonica incorporates by reference each and every of the Affirmative Defenses set forth in their Answer to the Third-Party Plaintiff's Complaint and realleges same as though fully set forth herein.

### AS AND FOR AN ANSWER TO NINTH AFFIRMATIVE DEFENSE

10. Cosentini's Cross-Claim for contribution is barred since the damages alleged are for economic loss.

### AS AND FOR AN ANSWER TO TENTH AFFIRMATIVE DEFENSE

11. Cosentini's Cross-Claim for indemnification must be dismissed because Cosentini is being sued for its active wrongdoing.

### AS AND FOR AN ANSWER TO ELEVENTH AFFIRMATIVE DEFENSE

Castro-Blanco and Arquitectonica reserve the right to rely upon any and all additional defenses which may be disclosed during discovery in this action.

**WHEREFORE,** Castro-Blanco and Arquitectonica demand judgment,

    (a)    Dismissing the Cross-Claim in its entirety;

    (b)    Awarding Castro-Blanco and Arquitectonica all attorneys' fees, disbursements and costs incurred in defending this Cross-Claim; and

   (c)  Granting such other and further relief as to this Court seems just and proper.

Dated: New York, New York
    April 9, 2008

          GOGICK, BYRNE & O'NEILL, LLP
          Attorneys for Third-Party
          Defendants, Castro-Blanco
          Piscioneri and Associates,
          Architects, P.C. and
          Arquitectonica New York, P.C.

      By:  __/s/Stephen P. Schreckinger_____
          Stephen P. Schreckinger (4448-SPS)
          11 Broadway, Suite 1560
          New York, New York  10004-1314
          (212) 422-9424

TO:

**DREIFUSS, BONACCI & PARKER, LLP**
26 Columbia Turnpike, North Entrance
Florham Park, NJ 17932
(973) 514-1414
Attorneys for Plaintiff TRAVELERS CASUALTY
AND SURETY COMPANY and 3rd-Party Defendant/4th-Party
Plaintiff TRATAROS CONSTRUCTION, INC.

**ZETLIN & DECHIARA, LLP**
801 Second Avenue
New York, NY 10017
(212) 682-6800
Attorneys for Defendant 3rd-Party Plaintiff
KOHN PEDERSEN FOX ASSOCIATES, P.C.

**HOLLAND & KNIGHT, LLP**
195 Broadway
New York, NY 1007
(212) 513-3484
Attorneys for Defendant/3rd Party Plaintiff
THE DORMITORY AUTHORITY OF THE STATE OF NEW YORK
and TDX CONSTRUCTION CORP.

**TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP**
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900
Attorneys for 4th-Party Defendant CAROLINA CASUALTY INSURANCE COMPANY

**THELEN REID BROWN RAYSMAN & STEINER LLP**
875 Third Avenue
New York, NY 10022
(212) 603-6756
Attorneys for 3rd-Party Defendant LBL SKYSYSTEMS (U.S.A.) INC.

**THE O'BRYAN LAW CENTER**
401 South Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
Attorneys for 4th-Party Defendant BARTEC INDUSTRIES, INC.

**GOLDBERG SEGALLA, LLP**
170 Hamilton Avenue
White Plains, NY 10601
(914) 798-5470
Attorneys for 4th-Party Defendant DAYTON SUPERIOR SPECIALTY CHEMICAL CORP.

**O'CONNOR & GOLDER, LLP**
16 Rose Drive
Saylorsburg, PA 18353
(570) 619-4191
Attorneys for 3rd-Party Defendant JORDAN PANEL SYSTEMS CORP.

**MOUND, COTTON, WOLLAN & GREENGRAS**
One Battery Park Plaza, 9th Floor
New York, NY  10004
(212) 804-4200
Attorneys for 4th-Party Defendant ALLIED WORLD ASSURANCE CO.

**TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP**
4 Gateway Center, 100 Mulberry Street
Newark, NJ 07012
(973) 622-3000
Attorneys for $4^{th-}$party Defendant KEMPER

INSURANCE CO.

**CARROLL, McNULTY & KULL**
570 Lexington Avenue, 10th Floor
New York, NY 10022
(212) 252-0004
Attorneys for 4th-Party Defendant UNITED STATES
FIRE INSURANCE CO.

**SEGAL, McCAMBRIDGE, SINGER & MAHONEY**
830 Third Avenue, 4t Floor
New York, NY 10022
(212) 651-7500
Attorneys for 4th-Party Defendant SPECIALTY
CONSTRUCTION BRANDS, INC.

**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
45 Broadway Atrium
New York, NY 10006
(212) 406-1919
Attorneys for 4th-Party Defendant GREAT AMERICAN
INSURANCE CO.

**MELITO & ADOLFSEN, P.C.**
233 Broadway
New York, New York  10279
Attorneys for 4th-Party Defendant ZURICH AMERICAN
INSURANCE CO.

**GREEN &. LAVELLE**
110 William Street, 18th Floor
New York, NY 10038
(212) 266-5880
Attorney for 4th-Party Defendant NATIONAL UNION
FIRE INSURANCE CO.

**MORGAN, MELHUISH, MONAGHAN, ARVIDSON,
ABRUNTYN & LISOWSKI**
39 Broadway, 35th Floor
New York, NY 10006
(212) 735-8600
Attorneys for 4th-Party Defendant OHIO CASUALTY
INSURANCE CO.

**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
One Speedwell Avenue, P.O. Box 1981
Morristown, NJ 07962

```
(973) 451-8447
Attorneys for 4th-Party Defendant HARLEYSVILLE
MUTUAL INSURANCE CO.
```