```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
TRAVELERS CASUALTY AND SURETY COMPANY     :
as Administrator for RELIANCE INSURANCE   :
COMPANY,                                  :
                     Plaintiff,           :    07 Civ. 6915 (DLC)
                                          :
          -v-                             :           ORDER
                                          :
DORMITORY AUTHORITY - STATE OF NEW        :
YORK, TDX CONSTRUCTION CORP. and KOHN     :
PEDERSEN FOX ASSOCIATES, P.C.,            :
                     Defendants.          :
                                          :
----------------------------------------- :
                                          :
KOHN PEDERSEN FOX ASSOCIATES, P.C.,       :
          Third-Party Plaintiff,          :
                                          :
          -v-                             :
                                          :
WEIDLINGER ASSOCIATES CONSULTING          :
ENGINEERS, P.C., CASTRO-BLANCO            :
PISCIONERI AND ASSOCIATES, ARCHITECTS,    :
P.C., ARQUITECTONICA NEW YORK, P.C.,      :
COSENTINI ASSOCIATES, INC., CERMAK,       :
PETERKA PETERSEN, INC., JORDAN PANEL      :
SYSTEMS CORP., TRATAROS CONSTRUCTION,     :
INC. and LBL SKYSYSTEMS (U.S.A.) INC.,    :
          Third-Party Defendants.         :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

DENISE COTE, District Judge:

On March 13, 2008, counsel for third-party defendant Jordan Panel Systems, Corp. ("Jordan Panel") filed a motion to disqualify the firm of Holland and Knight from representing either defendant Dormitory Authority of the State of New York ("DASNY") or defendant TDX Construction Corp. ("TDX") in light of an alleged conflict of interest. Holland and Knight

currently represents both DASNY and TDX pursuant to a joint defense agreement and related reservation of rights. By letter dated April 8, 2008, counsel for Jordan Panel also informed the Court that the New York State Inspector General would be undertaking a "Preliminary Investigation" into the issues raised by the disqualification motion. Assuming, without deciding, that Jordan Panel has standing to bring the instant motion, it is hereby

ORDERED that the motion to disqualify is denied, without prejudice to renewal within 30 days of an adverse finding, if any, by the New York State Inspector General following its investigation.

SO ORDERED:

Dated:   New York, New York
         April 9, 2008

────────────────────────
DENISE COTE
United States District Judge