UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY
As Administrator for RELIANCE INSURANCE
COMPANY,                                                    07 Civ. 6915 (DLC)
                                                            **ECF CASE**
       Plaintiff,

   -against-

THE DORMITORY AUTHORITY OF THE STATE OF  **RULE 7.1 DISCLOSURE**
NEW YORK, TDX CONSTRUCTION CORP. and    **STATEMENT FOR**
KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,    **JORDAN PANEL**
                        **SYSTEMS, CORP.**
       Defendants.
------------------------------------------------------------------------X
(And Three Third Party Actions)

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record certifies that Third Party Defendant, Jordan Panel Systems, Corp. ("Jordan") is a non-governmental party, and is a privately held corporation, organized under the laws of the State of New York. Jordan is not a subsidiary of any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated: April 11, 2008

                Kalb & Rosenfeld P.C.
                Attorneys for Third Party Defendant
                Jordan Panel Systems, Corp.
                1470 Bruckner Blvd.
                Bronx, N.Y. 10473
                (718) 328-1610

                /s/ Terrence J. O'Connor
                By: Terrence J. O'Connor, Esq. (TJO 1549)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY
As Administrator for RELIANCE INSURANCE
COMPANY,

Civil Action No. 04 Civ. 5101 (HB)
**ECF CASE**

Plaintiff,

-against-

THE DORMITORY AUTHORITY OF THE STATE OF
NEW YORK, TDX CONSTRUCTION CORP. and
KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,

Defendants.
------------------------------------------------------------------X

(And 3 Third Party Actions)

---

Jordan Panel's Rule 7.1 Disclosure Statement

---

Kalb & Rosenfeld P.C.
Attorneys for Third Party Defendant
Jordan Panel Systems, Corp.
1470 Bruckner Blvd.
Bronx, N.Y. 10473
(718) 328-1610
Fax (718) 589-1039