UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY, etc.,

                Plaintiff,

- - against - -

DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,

                Defendants.
----------------------------------------------------------------X
- - and various impleader actions - -
----------------------------------------------------------------X

Electronic Filing

07-CV-6915-DLC

Answer to Amended Fourth Party Complaint

**Carolina Casualty Insurance Company** answers the **Trataros/Travelers** Amended Fourth-Party Complaint in this action as follows:

    **First**    Carolina states that it lacks knowledge or information sufficient to form a belief as to any of the new allegations added by Travelers/Trataros, which concern NAS, and which appear in paragraphs 11 and 128 of the Amended Fourth-Party Complaint.

    **Second**    As to the rest, Carolina reiterates its answer to the former Fourth-Party Complaint, mutatis mutandis, so that references to Traveler's/Trataros' former paragraph 11 read 12, and so on; references to former paragraph 127 read 129, and so on.

    **Third**    Similarly, Carolina respectfully incorporates, and hereby re-pleads its previously stated cross-claims and counterclaims - - including those against **Travelers, Trataros, Bartec, Dayton,** and **TEC.**

**Wherefore** Carolina again requests judgment dismissing the now - amended Fourth-Party Complaint against Carolina and (subject to any necessary bankruptcy-court approvals) awarding Carolina judgment on its counterclaims, or, alternatively in the event any liability is imposed on Carolina, judgment-over for contribution or indemnity on its cross-claims; all with costs and disbursements; and with such other and further relief as is just and equitable.

Dated: New York, NY
April ____, 2008

For Fourth-Party Defendant Carolina Casualty Insurance Company

ZICHELLO & McINTYRE, LLP

By: /s/ _____
       Vincent J. Zichello (VZ-3487)
Office & P.O. Address
420 Lexington Avenue
New York, New York 10170
Tel 212-972-5560
E-mail zimc@msn.com

- - and - -

TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP

By: /s/ _____
       Robert Mark Wasko (RW-7811)
226 West 26th Street
New York, NY 10001
Tel 516-240-8900
E-mail rwasko@tlggr.com
