

**CMK CARROLL MCNULTY KULL LLC**
COUNSELLORS AT LAW

570 Lexington Avenue
10th Floor
New York, NY 10022

212.252.0004 PHONE
212.252.0444 FAX

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, NJ 07920

908.848.6300 PHONE
908.848.6310 FAX

April 17, 2008



APR 17 2008
CHAMBERS OF
DENISE COTE

By Hand
The Honorable Denise Cote
U.S. District Court
Southern District of New York
500 Pearl Street
Chambers 1040
New York, New York 10007

  Re: *Travelers Casualty and Surety v. The Dormitory Authority of*
    *the State of New York, et al.*
    Civil Action No.: 07 CV 6915 (DLC)

Dear Judge Cote:

This firm represents Fourth-Party Defendant, United States Fire Insurance Company ("U.S. Fire"), with respect to the above-referenced matter. U.S. Fire's Motion to Dismiss was fully submitted on March 24, 2008. Thereafter, on or about April 8, 2008, Fourth-Party Plaintiffs Trataros Construction, Inc. ("Trataros") and Travelers Casualty and Surety Company ("Travelers) submitted an Amended Fourth-Party Complaint. The amended pleading, however, contains no new or different claims as against U.S. Fire. In fact, the Complaint was amended simply for the purpose of naming one additional insurance company as a Fourth-Party Defendant. Therefore, the parties' respective positions and contentions as set forth in their supporting, opposing and reply Briefs filed in connection with U.S. Fire's Motion to Dismiss are unaffected by the amendment of the fourth-party pleading.

To that end, the undersigned has conferred with Eli Rogers, counsel for the Fourth-Party Plaintiffs, and we have agreed, with the Court's permission, to have U.S. Fire's previously submitted Motion to Dismiss stand as U.S. Fire's response to the Amended Fourth-Party Complaint. Trataros/Travelers and U.S. Fire believe that this would be much more efficient than having each party re-serve the identical Briefs simply for the purpose of filing a "new" response to the amended pleading. We therefore respectfully request that Your Honor allow the already submitted Motion to Dismiss of U.S. Fire, along with the corresponding Briefs in opposition and in reply, to stand as U.S. Fire's response to the Amended Fourth-Party Complaint of Trataros and Travelers.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

Granted-
*Denise Cote*
April 18, 2008

cmk.com

**CMK CARROLLMCNULTYKULL LLC**
COUNSELLORS AT LAW

The Honorable Denise Cote　　　　　　Re: *Travelers Casualty and Surety v. DASNY, et als.*
April 17, 2008
Page 2 of 2

---

Thank you for your consideration of this request.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　John P. DeFilippis

cc:　Eli Rogers, Esq. (by electronic mail)
　　　Dreifuss Bonacci & Parker, LLP
　　　Counsel for Fourth-Party Plaintiffs