UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,

                          Plaintiff,

              -against-

THE DORMITORY AUTHORITY - STATE OF
NEW YORK, TDX CONSTRUCTION CORP. and
KOHN PEDERSON FOX ASSOCIATES, P.C.,

                         Defendants.
---------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK and TDX CONSTRUCTION CORP.,

                  Third-Party Plaintiffs,

              -against-

TRATAROS CONSTRUCTION, INC.,

                  Third-Party Defendant.
---------------------------------------X
TRATAROS CONSTRUCTION, INC., and
TRAVELERS CASUALTY AND SURETY
COMPANY,

                  Fourth-Party Plaintiffs,

              -against-

CAROLINA CASUALTY INSURANCE
COMPANY, *et al.*,

                  Fourth-Party Defendants.
---------------------------------------X

Civil Action No.07 Civ. 6915 (DLC)
**ECF CASE**

**FRCP 7.1 DISCLOSURE
STATEMENT**

```
------------------------------------X
KOHN PEDERSON FOX ASSOCIATES, P.C.,  :
                                     :
                                     :
               Third-Party Plaintiff, :
                                     :
       -against-                     :
                                     :
WEIDLINGER ASSOCIATES CONSULTING     :
ENGINEERS, P.C., CASTRO-BLANCO       :
PISCIONERI AND ASSOCIATES, ARCHITECTS,:
P.C., ARQUITECTONICA NEW YORK, P.C., :
COSENTINI ASSOCIATES, INC., CERMAK,  :
PETERKA PETERSEN, INC., JORDAN PANEL :
SYSTEMS CORP., TRATAROS CONSTRUCTION,:
INC. and LBL SKYSYSTEMS (U.S.A.), INC.,:
                                     :
               Third-Party Defendants.:
------------------------------------X
```

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant LBL SKYSYSTEMS CORPORATION i/s/h/a LBL SKYSYSTEMS (U.S.A.), INC., ("LBL") states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
    April 22, 2008

            Respectfully submitted,

            THELEN REID BROWN RAYSMAN & STEINER LLP

            By:_____*s/ Richard P. Dyer*_____
              Richard P. Dyer
              Attorneys for Third-Party Defendant
              LBL Skysystems Corporation
              875 Third Avenue
              New York, New York 10022
              (212) 603-2000

TO: ECF SERVICE LIST