UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants.<br><br>AND THIRD AND FOURTH PARTY ACTIONS. | Case No. 07 Civ. 6915 (DLC)<br><br>**ANSWER OF DASNY AND TDX TO CROSS-CLAIM OF THIRD-PARTY DEFENDANTS CASTRO-BLANCO AND ARQUITECTONICA** |

Defendants/Third-Party Plaintiffs Dormitory Authority of the State of New York ("DASNY") and TDX Construction Corp. ("TDX"), by their attorneys, Holland & Knight LLP, answer the cross-claims of Third-Party Defendants Castro-Blanco Piscioneri and Associates Architects, P.C. and Arquitectonica New York, P.C. (collectively referred to herein as "Arquitectonica"), dated April 4, 2008 ("Arquitectonica's Cross-Claims"), as follows:

1. The allegations contained in paragraph 46 of Arquitectonica's Cross-Claims state a legal conclusion to which no response is required. To the extent a response is required, DASNY and TDX deny each and every allegation of paragraph 46 with respect to the alleged liability of DASNY and TDX, and state that they are without knowledge or information sufficient to form a belief as to the truth of the allegations therein regarding the alleged liability of all other parties against whom the counterclaim/cross-claim is asserted.

2. The allegations contained in paragraph 47 of Arquitectonica's Cross-Claims state a legal conclusion to which no response is required. To the extent a response is required, DASNY and TDX deny each and every allegation of paragraph 47 with respect to the alleged liability of DASNY and TDX, and state that they are without knowledge or information

sufficient to form a belief as to the truth of the allegations therein regarding the alleged liability of all other parties against whom the counterclaim/cross-claim is asserted.

3. The allegations contained in paragraph 48 of Arquitectonica's Cross-Claims state a legal conclusion to which no response is required. To the extent a response is required, DASNY and TDX deny each and every allegation of paragraph 48 with respect to the alleged liability of DASNY and TDX, and state that they are without knowledge or information sufficient to form a belief as to the truth of the allegations therein regarding the alleged liability of all other parties against whom the counterclaim/cross-claim is asserted.

4. The allegations contained in paragraph 49 of Arquitectonica's Cross-Claims state a legal conclusion to which no response is required. To the extent a response is required, DASNY and TDX deny each and every allegation of paragraph 49 with respect to the alleged liability of DASNY and TDX, and state that they are without knowledge or information sufficient to form a belief as to the truth of the allegations therein regarding the alleged liability of all other parties against whom the counterclaim/cross-claim is asserted.

FIRST AFFIRMATIVE DEFENSE

5. Arquitectonica's Cross-Claims fail to state a cause of action against DASNY upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

6. Arquitectonica's Cross-Claims fail to state a cause of action against TDX upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

7.  Arquitectonica is not entitled to common law indemnity, because the third-party complaint alleges that Arquitectonica itself was negligent and/or breached its contract(s) with the third-party plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

8.  There is no contract between DASNY and Arquitectonica which would entitle Arquitectonica to contractual indemnity from DASNY.

### FIFTH AFFIRMATIVE DEFENSE

9.  There is no contract between TDX and Arquitectonica which would entitle Arquitectonica to contractual indemnity from TDX.

### SIXTH AFFIRMATIVE DEFENSE

10. Any damages that have been or may be sustained by Arquitectonica were caused in whole or in part by Arquitectonica's own culpable conduct, as a result of which Arquitectonica's claims are therefore barred or diminished in the proportion that such conduct caused said damages.

### SEVENTH AFFIRMATIVE DEFENSE

11. Arquitectonica's Cross-Claims may be barred, in whole or in part, by additional defenses that cannot be articulated due to the generality of the Cross-Claims, the fact that discovery is not complete, or other presently undeveloped information. Accordingly, DASNY and TDX reserve their right to amend and/or supplement the foregoing defenses and to raise additional defenses as this action progresses, to the fullest extent permitted by the Federal Rules of Civil Procedure.

**WHEREFORE**, DASNY and TDX demand judgment dismissing Arquitectonica's Cross-Claims in their entirety as against them, together with the costs and disbursements of this action, attorneys' fees, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
April 25, 2008

                                      HOLLAND & KNIGHT LLP

                                      By: /s/ Timothy B. Froessel
                                          Timothy B. Froessel
                                      195 Broadway
                                      New York, New York 10007
                                      (212) 513-3200

                                      Stephen B. Shapiro
                                      HOLLAND & KNIGHT LLP
                                      2099 Pennsylvania Avenue, N.W.
                                      Suite 100
                                      Washington, D.C. 20006
                                      (202) 955-3000

                                      *Attorneys for Defendants/Third-Party Plaintiffs*
                                      *Dormitory Authority of the State of New York*
                                      *and TDX Construction Corp.*

To:    All Counsel of Record

\# 5298583_v1