UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>     -against-<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>                              Defendants. | Case No.: 07-CV-6915(DLC)<br><br>**ECF CASE**<br><br>**ANSWER OF DAYTON SUPERIOR CORPORATION TO FOURTH-PARTY PLAINTIFF'S AMENDED COMPLAINT, WITH COUNTERCLAIMS, CROSS-CLAIMS AND ANSWER TO <u>CROSS-CLAIMS</u>** |

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TAX CONSTRUCTION CORP.,

                              Third-Party Plaintiffs,

     -against-

TRATAROS CONSTRUCTION, INC,

                              Third-Party Defendant,

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

                              Fourth-Party Plaintiff,

     -against-

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 AND XYZ CORPS.1-19,

                              Fourth-Party Defendants.

KOHN PEDERSEN FOX ASSOCIATES, P.C.,

      Third-Party Plaintiffs,

- against -

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, PC, CASTRO-BLANCO PISCIONERI AND ASSOCIATES ARCHITECTS, PC, ARQUITECTONICA NEW YORK, PC, COSENTINI ASSOCIATES, INC., CERMAK, PETERKA, PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

      Third-Party Defendants.

---

Fourth-Party Defendant, DAYTON SUPERIOR CORPORATION S/H/A DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION, ("Dayton" and/or "Fourth-Party Defendant") by its attorneys, Goldberg Segalla LLP, as and for its Fourth-Party Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint, states the following, upon information and belief:

*Parties, Jurisdiction, and Venue*

FIRST:  Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "1", "2", "3", "4", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16" and "17" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

SECOND:  Denies the allegations in the paragraph designated as "5" except admits that Dayton Superior Corporation and /or its predecessors, successors, parents, subsidiaries, affiliates, and/or divisions is incorporated in the State of Delaware with its principal place of business located at 4226 Kansas Avenue, Kansas City, Kansas 66106.

*Interested Non-Parties*

THIRD:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "18" and "19" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

*Procedural Background*

FOURTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "20", "21", "22", "23", "24", "25", "26", "27", "28", "29" and "30" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

*Facts Common to All Counts*

FIFTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "31", "32", "33", "34", "35", "36", "37", "38", "39", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59", "60", "61" and "62" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

SIXTH:    Admits the allegations in the paragraphs designated as "40", "41" and "42" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

**AS AND FOR A RESPONSE TO THE FIRST COUNT**

*(Contractual Indemnification & Exoneration against Bartec)*

SEVENTH:    In answer to the paragraph designated as "63" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "SIXTH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

EIGHTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "64", "65", "66", "67", "68", "69", "70" and "71" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

### AS AND FOR A RESPONSE TO THE SECOND COUNT

*(Breach of Subcontract, Common-Law Indemnification,
Contribution & Exoneration against Bartec)*

NINTH:    In answer to the paragraph designated as "72" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "EIGHTH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

TENTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "73", "74", "75", "76", "77" and "78" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

### AS AND FOR A RESPONSE TO THE THIRD COUNT

*(Professional Negligence, Simple Negligence, Common-Law
Indemnification, Contribution & Exoneration against Bartec)*

ELEVENTH:    In answer to the paragraph designated as "79" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "TENTH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

TWELFTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "80", "81", "82", "83", "84" and "85" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

## AS AND FOR A RESPONSE TO THE FOURTH COUNT

*(Performance Bond Claim Against Carolina Casualty by Trataros)*

THIRTEENTH:  In answer to the paragraph designated as "86" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "TWELFTH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

FOURTEENTH:  Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "87", "88" and "89" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

## AS AND FOR A RESPONSE TO THE FIFTH COUNT

*(Performance Bond Claim against Carolina Casualty by Travelers)*

FIFTEENTH:  In answer to the paragraph designated as "90" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "FOURTEENTH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

SIXTEENTH:  Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "91", "92", "93", "94", "95", "96" and "97" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

## AS AND FOR A RESPONSE TO THE SIXTH COUNT

*(Negligence, Breach of Contract, Breach of Warranty – Indemnification, Contribution & Exoneration against Dayton Superior)*

SEVENTEENTH:  In answer to the paragraph designated as "98" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of

5

the responses set forth in paragraphs "FIRST" through "SIXTEENTH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

EIGHTEENTH:　　　　Denies the allegations in the paragraphs designated as "99", "100", "101", "102", "103", "104" and "105" of Fourth-Party Plaintiffs' Amended Fourth-Party Complaint.

### AS AND FOR A RESPONSE TO THE SEVENTH COUNT

*(Negligence, Breach of Contract, Breach of Warranty – Indemnification Contribution & Exoneration against TEC)*

NINETEENTH:　　　　In answer to the paragraph designated as "106" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "EIGHTEENTH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

TWENTIETH:　　　　Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "107", "108", "109", "110", "111", "112" and "113" of Fourth-Party Plaintiffs' Amended Fourth Party Complaint.

### AS AND FOR A RESPONSE TO THE EIGHTH COUNT

*(Breach of Contract(s), Professional Negligence and/or Simple Negligence – Indemnification, Contribution & Exoneration against John Does 1-20 and XYZ Corps. 1-19)*

TWENTY-FIRST:　　　　In answer to the paragraph designated as "114" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "TWENTIETH" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

TWENTY-SECOND:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "115", "116", "117", "118", "119", "120", "121" and "122" of Fourth-Party Plaintiffs' Amended Fourth Party Complaint.

### AS AND FOR A RESPONSE TO THE NINTH COUNT

*(Insurance Coverage – Declaratory Judgment, Indemnification, Contribution & Exoneration against Kemper, Great American, National Union, US Fire, Allied World, Zurich, Ohio Casualty, Harleysville, and XYZ Corps. 1-19)*

TWENTY-THIRD:    In answer to the paragraph designated as "123" of the Amended Fourth-Party Complaint, Fourth-Party Defendant Dayton repeats, reiterates and realleges each of the responses set forth in paragraphs "FIRST" through "TWENTY-SECOND" of this Answer to Fourth-Party Plaintiffs' Amended Fourth-Party Complaint with the same force and effect as if they were set forth fully and at length herein.

TWENTY-FOURTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraphs designated as "124", "125", "126", "127", "128", "129", "130", "131", "132", "133", "134", "135", "136", "137", "138", 139", "140", "141", "142", "143", "144", "145", "146", "147", "148", "149", "150" and "151" of Fourth-Party Plaintiffs' Amended Fourth Party Complaint.

### AS AND FOR COUNTERCLAIMS AGAINST TRATAROS CONSTRUCTION, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY

TWENTY-FIFTH:    That if this answering Fourth-Party Defendant is held liable to Fourth-Party Plaintiffs in this action, such liability and damages will have arisen out of and have been contributed to in all or in part by the breach of contract, breach of warranty or other breach of duty and/or strict liability of the Fourth-Party Plaintiffs named above, and in such event this answering Fourth-Party Defendant demands judgment over and against said Fourth-Party Plaintiffs in indemnity and /or contribution, for the amount of any verdict or judgment

which shall or may be had against this answering Fourth-Party Defendant in this action, together with all costs and expenses which may be incurred in the defense of this action.

TWENTY-SIXTH:	This Fourth-Party Defendant further counterclaims against Fourth-Party Plaintiffs for apportionment and full recovery of any damages awarded against this answering Fourth-Party Defendant as determined by the relative culpability of Fourth-Party Plaintiffs for the damages claimed as a result of the negligence of TRATAROS CONSTRUCTION, INC. in the supervision and control of the flooring work and the coordination of the work.

### AS AND FOR A CROSS-CLAIMS AGAINST FOURTH-PARTY DEFENDANTS BARTEC INDUSTRIES, INC. AND SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC;

TWENTY-SEVENTH:	If Fourth-Party Plaintiffs sustained any damages as alleged in the Amended Fourth-Party Complaint, which this answering Fourth-Party Defendant expressly denies, then such damages were caused by reason of the culpable conduct, acts or omissions, negligence, strict products liability, statutory violation, breach of contract, obligation or warranty of the Fourth-Party Defendants named above.

TWENTY-EIGHTH:	By reason of the foregoing, this answering Fourth-Party Defendant is entitled to indemnification or contribution from, and to have judgment against the Fourth-Party Defendants named above, for all and/or part of any verdict or judgment that Fourth-Party Plaintiffs may recover against this answering Fourth-Party Defendant.

TWENTY-NINTH:	This answering Fourth-Party Defendant further cross-claims against the above Fourth-Party Defendants for apportionment and full recovery of any damages awarded against this Fourth-Party Defendant as determined by their relative culpability for the damages claimed as a result of their negligence in the installation of the flooring system

and in the providing and use of an improper product as well as the failure to provide appropriate instructions and directions for the use of said product.

### FIRST AFFIRMATIVE DEFENSE

The Fourth-Party Amended Complaint fails, in whole or in part, to state a claim upon which relief may be granted against Dayton, and must therefore be dismissed.

### SECOND AFFIRMATIVE DEFENSE

The damages sustained by Fourth-Party Plaintiffs, as alleged in the Fourth-Party Amended Complaint, which allegations are expressly denied, were caused in whole or in part by the contributory negligence and/or culpable conduct of Fourth-Party Plaintiffs, and this answering Fourth-Party Defendant is not liable to Fourth-Party Plaintiffs or, alternatively, this answering Fourth-Party Defendant's liability to Fourth-Party Plaintiffs is partial only and should be reduced in accordance with applicable law.

### THIRD AFFIRMATIVE DEFENSE

If Fourth-Party Plaintiffs sustained any damages as alleged in the Fourth-Party Amended Complaint, which allegations are expressly denied, then same were caused by the negligence and/or culpable conduct of other parties, their agents or employees, or by others over whom this answering Fourth-Party Defendant had no control at any time relevant hereto, and in the event this answering Fourth-Party Defendant is found liable to Fourth-Party Plaintiffs, which liability is expressly denied, this answering Fourth-Party Defendant will be entitled to indemnification, contribution or apportionment of liability pursuant to applicable law.

### FOURTH AFFIRMATIVE DEFENSE

Fourth-Party Plaintiff TRATAROS CONSTRUCTION, INC. was comparatively negligent and its culpable conduct bars or diminishes a proportion of its claimed damages.

## FIFTH AFFIRMATIVE DEFENSE

The Fourth-Party Amended Complaint and the damages claimed therein must be reduced by the culpable conduct of Defendants DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION and KOHN PEDERSEN FOX ASSOCIATES, P.C.

## SIXTH AFFIRMATIVE DEFENSE

Upon information and belief, Fourth-Party Plaintiffs has failed to mitigate its damages and the damages of Defendant DORMITORY AUTHORITY – STATE OF NEW YORK.

## SEVENTH AFFIRMATIVE DEFENSE

The damages sought in the Fourth-Party Amended Complaint are speculative and unsubstantiated.

## EIGHTH AFFIRMATIVE DEFENSE

This answering Fourth-Party Defendant pleads Article 16 of CPLR and the limitations contained therein.

## NINTH AFFIRMATIVE DEFENSE

The damages sustained by Fourth-Party Plaintiffs as alleged in the Fourth-Party Amended Complaint, which allegations are expressly denied, were caused and brought about by intervening, interceding and superseding acts and were not caused by this answering Fourth-Party Defendant or by a person or entity for whom this answering Fourth-Party Defendant is responsible.

## TENTH AFFIRMATIVE DEFENSE

The claims asserted in the Fourth-Party Amended Complaint are barred, in whole or in part, because Fourth-Party Plaintiffs have failed to join all necessary and indispensable parties for a just adjudication.

### ELEVENTH AFFIRMATIVE DEFENSE

Fourth-Party Plaintiffs could, with due diligence, have obtained personal jurisdiction over tort feasors not parties to this lawsuit and thus the culpability of these missing or absent tort feasors may be computed into the apportionment of total culpability causing the subject occurrence.

### TWELFTH AFFIRMATIVE DEFENSE

This answering Fourth-Party Defendant hereby asserts and seeks the full benefit of General Obligations Law § 15-108 and its provisions relating to the settlement between Fourth-Party Plaintiffs and any joint tort feasor.

### THIRTEENTH AFFIRMATIVE DEFENSE

This answering Fourth-Party Defendant reserves its right to assert any additional affirmative defenses and claims of avoidance as may be appropriate based upon the facts and issues disclosed during the course of additional investigation and discovery.

### ANSWER TO ALL CROSS-CLAIMS

This Fourth-Party Defendant denies any and all cross-claims asserted against it and denies each and every allegation made in support of such cross-claims.

### AFFIRMATIVE DEFENSES TO CROSS-CLAIMS

In further response to all cross-claims, this Fourth-Party Defendant repeats and realleges each and every affirmative defense asserted in its Answer to the Fourth-Party Amended Complaint and incorporates them herein by reference.

**WHEREFORE**, Fourth-Party Defendant DAYTON SUPERIOR CORPORATION S/H/A DAYTON SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION, demands judgment:

(a) Dismissing the Fourth-Party Amended Complaint in its entirety as against Dayton, together with all cross-claims against Dayton;

(b) On the counterclaims and cross-claims herein, awarding Dayton indemnity and/or contribution and judgment over and against the parties named herein for all or any part of any verdict or judgment which any party to this action may recover against Dayton, all determined in accordance with the relative culpability of each party liable herein; and

(c) For the costs, attorneys' fees and disbursements of the within action, and for such other, further or different relief which the Court may deem just and proper.

Dated: White Plains, New York
April 29, 2008

Yours, etc.

By:_____
William G. Kelly, Esq. (WGK -2982)
Suzin L. Raso, Esq. (SLR – 5426)
GOLDBERG SEGALLA, LLP
**Attorneys for Fourth-Party Defendant
DAYTON SUPERIOR CORPORATION S/H/A
DAYTON SPECIALTY CHEMICAL CORP.
A/K/A DAYTON SUPERIOR CORPORATION**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400
GS File No.: 15180.0001

TO:   *See Attached Certification of Service*

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that on the 29th day of April 2008, she caused a true copy of the foregoing **Fourth-Party Answer of Dayton Superior Corporation, with Counterclaims, Cross-Claims and Answer to Cross-Claims** to be electronically filed with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

    JoAnne M. Bonacci, Esq.
    Eli J. Rogers, Esq.
    DREIFUSS BONACCI & PARKER, LLP
    One Penn Plaza, 36th Floor
    New York, New York 10019
           *and*
    26 Columbia Turnpike
    North Entrance
    Florham Park, New Jersey 07932
    (973) 514-1414
    *Attorneys for Plaintiffs/Fourth-Party Plaintiffs*
    *Trataros Construction, Inc. and Travelers Casualty And Surety Company*

    Timothy B. Froessel, Esq.
    HOLLAND & KNIGHT, LLP
    195 Broadway
    New York, New York 10007
    (212) 513-3200
    *Attorneys for Defendants/Third-Party Plaintiff*
    *Dormitory Authority - State Of New York and TDX Construction Corp.*

    David Abramovitz, Esq.
    Louis J. Dennis, Esq.
    801 Second Avenue
    New York, New York 10017
    (212) 682-6800
    *Attorneys for Defendant/Third-Party Plaintiff*
    *Kohn, Pederson, Fox & Associates, P.C.*

    Vincent J. Zichello, Esq.
    ZICHELLO & MCINTYRE, LLP
    420 Lexington Avenue, Suite 2800
    New York, New York 10170
    (212) 972-5560
    *Attorneys for Fourth-Party Defendant*
    *Carolina Casualty Insurance Company*

Robert Mark Wasko, Esq.
TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785
(516) 240-8900
*Co-Counsel for Fourth-Party Defendant*
*Carolina Casualty Insurance Company*

Jeremy D. Platek, Esq.
O'CONNOR, REDD, GOLLIHUE & SKLARIN, LLP
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700
*Attorneys for Fourth-Party Defendant*
*Bartec Industries, Inc.*

Christian H. Gannon, Esq.
Robert R. Brooks-Rigolosi, Esq.
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, NY 10022
(212) 651-7500
*Attorneys for Fourth-Party Defendant*
*Specialty Construction Brands, Inc. T/A TEC*

George J. Manos, Esq.
David L. Larson, Esq.
Brett L. Warning, Esq.
BOLLINGER, RUBERRY & GARVEY
500 West Madison, Suite 2300
Chicago, Illinois 60661
(312) 366-8000
*Attorneys for Fourth-Party Defendant*
*Kemper Casualty Insurance d/b/a Kemper Insurance Company*

Michael S. Miller, Esq.
TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
4 Gateway Center, 100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000
*Co-Counsel for Fourth-Party Defendant*
*Kemper Casualty Insurance d/b/a Kemper Insurance Company*

Donald G. Sweetman, Esq.
GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
6 Campus Drive
Parsippany, New Jersey 07054
(973) 285-1919
***Attorneys for Fourth-Party Defendants***
***Great American Insurance Company***

Erika C. Aljens, Esq.
GREEN & LAVELLE
110 William Street, 18th Floor
New York, New York 10038
(212) 266-5880
***Attorneys for Fourth-Party Defendant***
***National Union Fire Insurance Company of Pittsburgh, PA.***

John P. DeFilippis, Esq.
CARROLL, McNULTY & KULL
570 Madison Avenue, 10th Floor
New York, New York 10022
(212) 252-0004
***Attorneys for Fourth-Party Defendant***
***United State Fire Insurance Company***

Diana E. Goldberg, Esq.
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza, 9th Floor
New York, New York 10004-1486
(212) 804-4200
***Attorneys for Fourth-Party Defendants***
***Commercial Underwriters Insurance Company and***
***Allied World Assurance Company (U.S.) Inc.***

S. Dwight Stephens, Esq.
MELITO & ADOLFSEN, P.C.
233 Broadway
New York, New York 10279
(212) 238-8900
***Attorneys for Fourth-Party Defendant***
***Zurich American Insurance Company***

Joseph DeDonato, Esq.
Henry G. Morgan, Esq.
MORGAN, MELHUISH, MONAGHAN, ARVIDSON,
ARBUTYN & LISOWSKI
651 West Mt. Pleasant Avenue, Suite 200
Livingston, New Jersey 07039
(973) 994-2500
***Attorneys for Fourth-Party Defendant***
***Ohio Casualty Insurance Company***

Tracey K. Wishert, Esq.
Lance J. Kalik, Esq.
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
(973) 451-3862
***Attorneys for Fourth-Party Defendant***
***Harleysville Mutual Insurance Company***
***(a/k/a Harleysville Insurance Company)***

Stephen P. Schreckinger, Esq.
GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004
(212) 422-9424
***Attorneys for Third-Party Defendants***
***Weidlinger Associates; Castro-Blanco Piscioneri; and***
***Arquitectonica New York, PC***

Martin A. Schwartzberg, Esq.
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530
(516) 294-8844
***Attorneys for Third-Party Defendant***
***Cosentini Associates***

Terrance J. O'Connor, Esq.
KALB & ROSENFELD, P.C.
1470 Bruckner Blvd.
Bronx, New York 10473
***Attorneys for Third-Party Defendant***
***Jordan Panel Systems Corp.***

Richard P. Dyer, Esq.
THELEN REID BROWN RAYSMAN & STEINER, LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
*Attorneys for Third-Party Defendant*
*LBL Skysystems Corporation*

Dated: White Plains, New York
April 29, 2008

_____
SUZIN L. RASO, ESQ. (5426)

109293.2