UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　Defendants. | 07 Civ. 6915 (DLC)<br>EFC CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR CERMAK, PETERKA PETERSEN, INC.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>　　　　Third Party Plaintiffs,<br><br>v.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　　Third Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　Fourth Party Plaintiffs,<br><br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　Fourth Party Defendants. | |
| KOHN PEDERSON FOX ASSOCIATES, P.C., | |

1938334-01

|                                      |
|--------------------------------------|
| Third Party Plaintiff,               |
| v.                                   |
| WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI and ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC., |
| Third Party Defendants.              |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record certifies that upon information and belief, Third Party Defendant, Cermak, Peterka Petersen, Inc. ("CPP"), is a non-governmental party, and is a privately held corporation, organized under the laws of the State of Colorado. CPP is not a subsidiary of any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated: New York, NY
May 7, 2008

                    CONNELL FOLEY LLP
                    Attorneys for Third Party Defendant,
                    Cermak, Peterka Petersen, Inc.

                    */s/ Michael X. McBride*
                    Michael X. McBride (MXM-0137)
                    888 Seventh Avenue
                    New York, NY 10106
                    (212) 262-2390