UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for
RELIANCE INSURANCE COMPANY,

    Plaintiff,

v.

DORMITORY AUTHORITY - STATE OF
NEW YORK, TDX CONSTRUCTION
CORP. and KOHN PEDERSEN FOX
ASSOCIATES, P.C.,

    Defendants.

---

DORMITORY AUTHORITY OF THE
STATE OF NEW YORK and TDX
CONSTRUCTION CORP.,

    Third Party Plaintiffs,

v.

TRATAROS CONSTRUCTION, INC.,

    Third Party Defendant.

---

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

    Fourth Party Plaintiffs,

v.

CAROLINA CASUALTY INSURANCE
COMPANY, et al.,

    Fourth Party Defendants.

---

KOHN PEDERSON FOX ASSOCIATES,
P.C.,

07 Civ. 6915 (DLC)
EFC CASE

**STIPULATION EXTENDING TIME TO
ANSWER THIRD PARTY
COMPLAINT**

1941623-01

Third Party Plaintiff,

v.

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI and ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

Third Party Defendants.

IT IS HEREBY STIPULATED by and between Third Party Plaintiff, Kohn Pederson Fox Associates, P.C. ("KPF"), and Third Party Defendant, Cermak, Peterka Petersen, Inc. ("CPP"), that CPP's time to answer or otherwise respond to KPF's Third Party Complaint is hereby extended to and including May 7, 2008.

Dated: April 25, 2008

Michael X. McBride (MM 0137)
CONNELL FOLEY LLP
888 Seventh Avenue
New York, NY 10106
(212) 262-2390

Attorneys for Third Party Defendant,
Cermak, Peterka Petersen, Inc.

David Abramovitz (DA 8214)
ZETLIN & DE CHIARA LLP
801 Second Avenue
New York, NY 10017
(212) 682-6800

Attorneys for Third Party Plaintiff,
Kohn Pederson Fox Associates, P.C.

SO ORDERED:

_____
Judge, U.S. District Court