UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE
COMPANY,

                        Plaintiff,

   -against-

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

                        Defendants.
----------------------------------------------------------------X
DORMITORY AUTHORITY – STATE OF NEW YORK
and TDX CONSTRUCTION CORP.,

                        Third-Party Plaintiffs,

   -against-

TRATAROS CONSTRUCTION, INC.,

                        Third-Party Defendant.
----------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                        Fourth-Party Plaintiffs,

   -against-

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES, INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION, SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER
CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY, GREAT AMERICAN
INSURANCE COMPANY, NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,
UNITED STATES FIRE INSURANCE COMPANY,
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.
f/k/a COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO
CASUALTY GROUP, HARLEYSVILLE MUTUAL
INSURANCE COMPANY (a/k/a HARLEYSVILLE
INSURANCE COMPANY), JOHN DOES 1-20 and
XYZ CORPS. 1-20,

                        Fourth-Party Defendants.
----------------------------------------------------------------X

07 Civ. 6915 (DLC)
**ECF CASE**

**COSENTINI
ASSIOCIATES, INC.'S
ANSWER TO
JORDAN PANEL
SYSTEMS CORP.'S
<u>CROSS-CLAIM</u>**

```
----------------------------------------------------------------X
```
KOHN PEDERSEN FOX ASSOCIATES, P.C.,

                            Third-Party Plaintiff,

   -against-

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI
AND ASSOCIATES, ARCHITECTS, P.C.,
ARQUITECTONICA NEW YORK, P.C., COSENTINI
ASSOCIATES, INC., CERMAK PETERKA PETERSEN,
INC., JORDAN PANEL SYSTEMS CORP., TRATAROS
CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,

                            Third-Party Defendants.
```
----------------------------------------------------------------X
```

Third-party defendant Cosentini Associates, Inc. ("Cosentini"), by its attorneys, L'Abbate, Balkan, Colavita & Contini, L.L.P., hereby answers the cross-claim of third-party defendant Jordan Panel System Corp. ("Jordan"), upon information and belief as follows:

## AS TO THE CROSS-CLAIM AGAINST COSENTINI
## FOR CONTRIBUTION/COMMON LAW INDEMNITY

    1.    Denies all allegations made in paragraphs "82" and "83" of Jordan's cross-claim for contribution/indemnity.

WHEREFORE, third-party defendant Cosentini Associates, Inc. demands judgment on the cross-claim of third-party defendant Jordan Panel System Corp., with costs and disbursements and such other, further and different relief as this Court deems

just and proper.

DATED:   Garden City, New York
         May 8, 2008

                              Yours, etc.,

                              L'ABBATE, BALKAN, COLAVITA
                               & CONTINI, L.L.P.
                              Attorneys for Third-Party Defendant
                              Cosentini Associates, Inc.

                        By: _____
                             MARTIN A. SCHWARTZBERG (MAS-6764)
                              1001 Franklin Avenue, 3rd Floor
                              Garden City, NY 11530
                              (516) 294-8844

TO: **SEE ATTACHED SERVICE LIST**

**SERVICE LIST**

DREIFUSS, BONACCI & PARKER, LLP
Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY
and 3rd-Party Defendant/4th-Party Plaintiff TRATAROS CONSTRUCTION, INC.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 17932
(973) 514-1414

ZETLIN & DECHIARA, LLP
Attorneys for Defendant/3rd-Party Plaintiff KOHN PEDERSEN FOX ASSOCIATES, P.C.
801 Second Avenue
New York, NY 10017
(212) 682-6800

HOLLAND & KNIGHT, LLP
Attorneys for Defendant/3rd-Party Plaintiff THE DORMITORY AUTHORITY
OF THE STATE OF NEW YORK
195 Broadway
New York, NY 10007
(212) 513-3484

TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP
Attorneys for 4th-Party Defendant CAROLINA CASUALTY INSURANCE COMPANY
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

THELEN REID BROWN RAYSMAN & STEINER LLP
Attorneys for 3rd-Party Defendant LBL SKYSYSTEMS (U.S.A.) INC.
875 Third Avenue
New York, NY 10022
(212) 603-6756

THE O'BRYAN LAW CENTER
Attorneys for 4th-Party Defendant BARTEC INDUSTRIES, INC.
401 South Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262

GOLDBERG SEGALLA, LLP
Attorneys for 4th-Party Defendant DAYTON SUPERIOR SPECIALTY CHEMICAL CORP.
170 Hamilton Avenue
White Plains, NY 10601

GOGICK, BYRNE & O'NEILL, LLP
Attorneys for 3rd-Party Defendants WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES,
ARCHITECTS, P.C. and ARQUITECTONICA NEW YORK, P.C.
11 Broadway, Suite 1560
New York, NY 10004-1314
(212) 422-9424

O'CONNOR & GOLDER, LLP
Attorneys for 3rd-Party Defendant JORDAN PANEL SYSTEMS CORP.
16 Rose Drive
Saylorsburg, PA 18353
(570) 619-4191

CONNELL FOLEY LLP
Attorneys for 3rd-Party Defendant CERMAK, PETERKA PETERSEN, INC.
888 Seventh Avenue
New York, NY 10106
(212) 262-2390

MOUND, COTTON, WOLLAN & GREENGRASS
Attorneys for 4th-Party Defendant ALLIED WORLD ASSURANCE CO.
One Battery Park Plaza, 9th Floor
New York, NY 10004
(212) 804-4200

TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
Attorneys for 4th-Party Defendant KEMPER INSURANCE CO.
4 Gateway Center, 100 Mulberry Street
Newark, NJ 07012
(973) 622-3000

CARROLL, McNULTY & KULL
Attorneys for 4th-Party Defendant UNITED STATES FIRE INSURANCE CO.
570 Lexington Avenue, 10th Floor
New York, NY 10022
(212) 252-0004

SEGAL, McCAMBRIDGE, SINGER & MAHONEY
Attorneys for 4th-Party Defendant SPECIALTY CONSTRUCTION BRANDS, INC.
830 Third Avenue, 4th Floor
New York, NY 10022
(212) 651-7500

GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
Attorneys for 4th-Party Defendant GREAT AMERICAN INSURANCE CO.
45 Broadway Atrium
New York, NY 10006
(212) 406-1919

MELITO & ADOLFSEN, P.C.
Attorneys for 4th-Party Defendant ZURICH AMERICAN INSURANCE CO.
233 Broadway
New York, NY 10279
(212) 238-8900

GREEN & LAVELLE
Attorney for 4th-Party Defendant NATIONAL UNION FIRE INSURANCE CO.
110 William Street, 18th Floor
New York, NY 10038
(212) 266-5880

MORGAN, MELHUISH, MONAGHAN, ARVIDSON, ABRUNTYN & LISOWSKI
Attorneys for 4th-Party Defendant OHIO CASUALTY INSURANCE CO.
39 Broadway, 35th Floor
New York, NY 10006
(212) 735-8600

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Attorneys for 4th-Party Defendant HARLEYSVILLE MUTUAL INSURANCE CO.
One Speedwell Avenue, P.O. Box 1981
Morristown, NJ 07962
(973) 451-8447

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NASSAU   )

KAREN A. STAUDT, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Suffolk County, New York.

That on the 8th day of May, 2008, deponent served the within ANSWER TO JORDAN PANEL SYSTEM CORP.'S CROSS-CLAIM upon:

**SEE ATTACHED SERVICE LIST**

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
KAREN A. STAUDT

Sworn to before me this
8th day of May, 2008

_____
Notary Public

MARTIN A. SCHWARTZBERG
Notary Public, State of New York
No. 02SC4959786
Qualified in Nassau County
Commission Expires December 11, 2009

## SERVICE LIST

DREIFUSS, BONACCI & PARKER, LLP
Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY
and 3rd-Party Defendant/4th-Party Plaintiff TRATAROS CONSTRUCTION, INC.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 17932
(973) 514-1414

ZETLIN & DECHIARA, LLP
Attorneys for Defendant/3rd-Party Plaintiff KOHN PEDERSEN FOX ASSOCIATES, P.C.
801 Second Avenue
New York, NY 10017
(212) 682-6800

HOLLAND & KNIGHT, LLP
Attorneys for Defendant/3rd-Party Plaintiff THE DORMITORY AUTHORITY
OF THE STATE OF NEW YORK
195 Broadway
New York, NY 10007
(212) 513-3484

TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP
Attorneys for 4th-Party Defendant CAROLINA CASUALTY INSURANCE COMPANY
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

THELEN REID BROWN RAYSMAN & STEINER LLP
Attorneys for 3rd-Party Defendant LBL SKYSYSTEMS (U.S.A.) INC.
875 Third Avenue
New York, NY 10022
(212) 603-6756

THE O'BRYAN LAW CENTER
Attorneys for 4th-Party Defendant BARTEC INDUSTRIES, INC.
401 South Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262

GOLDBERG SEGALLA, LLP
Attorneys for 4th-Party Defendant DAYTON SUPERIOR SPECIALTY CHEMICAL CORP.
170 Hamilton Avenue
White Plains, NY 10601

GOGICK, BYRNE & O'NEILL, LLP
Attorneys for 3rd-Party Defendants WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C. and ARQUITECTONICA NEW YORK, P.C.
11 Broadway, Suite 1560
New York, NY 10004-1314
(212) 422-9424

O'CONNOR & GOLDER, LLP
Attorneys for 3rd-Party Defendant JORDAN PANEL SYSTEMS CORP.
16 Rose Drive
Saylorsburg, PA 18353
(570) 619-4191

CONNELL FOLEY LLP
Attorneys for 3rd-Party Defendant CERMAK, PETERKA PETERSEN, INC.
888 Seventh Avenue
New York, NY 10106
(212) 262-2390

MOUND, COTTON, WOLLAN & GREENGRASS
Attorneys for 4th-Party Defendant ALLIED WORLD ASSURANCE CO.
One Battery Park Plaza, 9th Floor
New York, NY 10004
(212) 804-4200

TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
Attorneys for 4th-Party Defendant KEMPER INSURANCE CO.
4 Gateway Center, 100 Mulberry Street
Newark, NJ 07012
(973) 622-3000

CARROLL, McNULTY & KULL
Attorneys for 4th-Party Defendant UNITED STATES FIRE INSURANCE CO.
570 Lexington Avenue, 10th Floor
New York, NY 10022
(212) 252-0004

SEGAL, McCAMBRIDGE, SINGER & MAHONEY
Attorneys for 4th-Party Defendant SPECIALTY CONSTRUCTION BRANDS, INC.
830 Third Avenue, 4th Floor
New York, NY 10022
(212) 651-7500

GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
Attorneys for 4th-Party Defendant GREAT AMERICAN INSURANCE CO.
45 Broadway Atrium
New York, NY 10006
(212) 406-1919

MELITO & ADOLFSEN, P.C.
Attorneys for 4th-Party Defendant ZURICH AMERICAN INSURANCE CO.
233 Broadway
New York, NY 10279
(212) 238-8900

GREEN & LAVELLE
Attorney for 4th-Party Defendant NATIONAL UNION FIRE INSURANCE CO.
110 William Street, 18th Floor
New York, NY 10038
(212) 266-5880

MORGAN, MELHUISH, MONAGHAN, ARVIDSON, ABRUNTYN & LISOWSKI
Attorneys for 4th-Party Defendant OHIO CASUALTY INSURANCE CO.
39 Broadway, 35th Floor
New York, NY 10006
(212) 735-8600

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Attorneys for 4th-Party Defendant HARLEYSVILLE MUTUAL INSURANCE CO.
One Speedwell Avenue, P.O. Box 1981
Morristown, NJ 07962
(973) 451-8447