UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE
COMPANY,

                         Plaintiff,

   -against-

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSON
FOX ASSOCIATES, P.C.,

                         Defendants.
------------------------------------------------------------------X
DORMITORY AUTHORITY – STATE OF NEW YORK
and TDX CONSTRUCTION CORP.,

                         Third-Party Plaintiffs,

   -against-

TRATAROS CONSTRUCTION, INC.,

                         Third-Party Defendant.
------------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                         Fourth-Party Plaintiffs,

   -against-

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES, INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION, SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER
CASUALTY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY, GREAT AMERICAN
INSURANCE COMPANY, NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,
UNITED STATES FIRE INSURANCE COMPANY,
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.
f/k/a COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO
CASUALTY GROUP, HARLEYSVILLE MUTUAL
INSURANCE COMPANY (a/k/a HARLEYSVILLE
INSURANCE COMPANY), JOHN DOES 1-20 and
XYZ CORPS. 1-20,

                         Fourth-Party Defendants.
------------------------------------------------------------------X

07 Civ. 6915 (DLC)
**ECF CASE**

**COSENTINI
ASSOCIATES, INC.'S
FIRST SET OF
INTERROGATORIES
UPON KOHN PEDERSON
FOX ASSOCIATES, P.C.**

```
-----------------------------------------------------------------------X
```
KOHN PEDERSON FOX ASSOCIATES, P.C.,

                              Third-Party Plaintiff,

    -against-

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI
AND ASSOCIATES, ARCHITECTS, P.C.,
ARQUITECTONICA NEW YORK, P.C., COSENTINI
ASSOCIATES, INC., CERMAK PETERKA PETERSEN,
INC., JORDAN PANEL SYSTEMS CORP., TRATAROS
CONSTRUCTION, INC. and LBL SKYSYSTEMS
(U.S.A.), INC.,

                              Third-Party Defendants.
```
-----------------------------------------------------------------------X
```

        PLEASE TAKE NOTICE, that pursuant to Rule 33 of the Federal Rules of Civil Procedure, third-party defendant Cosentini Associates, Inc. ("Cosentini"), by its attorneys, L'Abbate, Balkan, Colavita & Contini, L.L.P., hereby requests that defendant/third-party plaintiff Kohn Pederson Fox Associates, P.C. ("KPF") answer under oath the following interrogatories, separately and fully in writing, within thirty (30) days after the date of service of this notice. The answers hereto should include all information known up to the date of the verification thereof.

        PLEASE TAKE FURTHER NOTICE, that each interrogatory and each subpart of each interrogatory should be accorded a separate answer. Each answer should first set forth verbatim the interrogatory to which it is responsive. Interrogatories or subparts thereof should not be combined for the purpose of supplying a common answer. The answer to an interrogatory or a subpart should not be supplied by referring to the answer to another interrogatory or subpart thereof unless the interrogatory or subpart

referred to supplies a complete and accurate answer to the interrogatory or subpart being answered.

PLEASE TAKE FURTHER NOTICE, that these interrogatories are continuing and KPF should promptly supply by way of supplemental answers any and all additional responsive information or documents that may become known prior to the trial of this action.

## DEFINITIONS

Third-party defendant Cosentini hereby incorporates by reference the definitions and rules of construction set forth in Local Civil Rule 26.3. In addition, the following definitions shall apply herein except where otherwise indicated by words or context:

1. <u>Travelers</u> – The term "Travelers" means the plaintiff, its parents, subsidiaries, affiliates, agents, officers, directors, employees, representatives, and each person acting or purporting to act on its behalf, and includes Travelers' predecessor-in-interest, Reliance Insurance Company.

2. <u>DASNY</u> – The term "DASNY" means the defendant The Dormitory Authority of the State of New York, its parents, subsidiaries, affiliates, agents, officers, directors, employees, representatives, and each person acting or purporting to act on its behalf.

3. <u>Trataros</u> – The term "Trataros" means Trataros Construction, Inc., its

parents, subsidiaries, affiliates, agents, officers, directors, employees, representatives, and each person acting or purporting to act on its behalf.

4. <u>TDX</u> – The term "TDX" means TDX Construction Corp., its parents, subsidiaries, affiliates, agents, officers, directors, employees, representatives, and each person acting or purporting to act on its behalf.

5. <u>Contract</u> – The term "Contract" means the contracts between Trataros and DASNY, together with General Conditions, Supplementary Conditions and Project Manual/Specifications.

6. <u>Project</u> – The term "Project" means the additions and alterations to Baruch College which were undertaken pursuant to the Contract.

7. Unless otherwise stated, these interrogatories and document requests seek documents and information for the time period from January 1, 1995 to the present.

## CLAIMS OF PRIVILEGE

Pursuant to Local Rule 26.2, if KPF refuses to respond to any interrogatory or document request, or subpart thereof, on the ground of privilege, identify:

1. The nature of the privilege, including work product.

2. If the privilege is being asserted in connection with a claim or defense

governed by state law, the state's privilege rule being invoked.

    3.    With respect to each document:

        a.    the type of document;
        b.    general subject matter of the document;
        c.    the date of the document;
        d.    the author(s) and addressee(s) of the document, and where not apparent, the relationship of the author and the addressees to each other; and
        e.    any recipient of the document.

    4.    With respect to each oral communication:

        a.    the name of the person making the communication;
        b.    the names of all persons present while the communication was made;
        c.    where not apparent, the relationship of the person present to the person making the communication;
        d.    the date and place of the communication; and
        e.    the general subject matter of the communication.

## **INTERROGATORIES**

1.    State with particularity each and every act, error and omission constituting the alleged negligence, carelessness, culpable conduct, breach of contract, obligation and warranty that KPF alleges Cosentini committed in connection with the Project.

2.    State with particularity every instance where it is claimed that Cosentini failed to exercise the required standard of care, competence and skill in the performance of its duties on the Project.

  3. Describe in detail each and every part or element of the Project that KPF alleges that Cosentini defectively designed.

  4. Identify each person who has knowledge or information regarding any revision to or deviation from the contract documents in the work performed by Trataros or Trataros' subcontractors during construction, whether such deviation or revisions was initiated, reviewed or approved by Cosentini.

  5. If KPF alleges that Cosentini is responsible for any project delays:

    a. identify what claimed actions or inactions by Cosentini caused the delay;

    b. identify the length of each claimed delay; and

    c. identify the damages incurred as a result of each claimed delay.

  6. Identify all persons who investigated, inspected, evaluated or rendered an opinion, decision or conclusion as to the sufficiency of Cosentini's design of the Project.

  7. Set forth with particularity each and every opinion, decision and/or conclusion reached by each person identified in response to the previous interrogatory.

  8. State in detail any part or element of the Project that was removed, replaced or redesigned as a result of the alleged breach of contract or malpractice of Cosentini.

9. State each and every law, rule, regulation, statute, code and ordinance that Cosentini allegedly violated.

10. With regard to the damages claimed by KPF in the Third-Party Complaint:

    a. identify each category of damage alleged;

    b. state the amount for each category of damage alleged; and

    c. state how KPF computed the amount of damages alleged in each category.

11. Identify each person who participated in the preparation of the answers to these interrogatories and, as to each person so identified, indicate the number of the interrogatory, or part thereof, as to which the person supplied information.

DATED: Garden City, New York
          May 16, 2008

    Yours, etc.,

    L'ABBATE, BALKAN, COLAVITA
    & CONTINI, L.L.P.
    Attorneys for Third-Party Defendant Cosentini Associates, Inc.

    By: _____
        MARTIN A. SCHWARTZBERG (MAS-6764)
    1001 Franklin Avenue, 3rd Floor
    Garden City, NY 11530
    (516) 294-8844

TO: **SEE ATTACHED SERVICE LIST**

## SERVICE LIST

DREIFUSS, BONACCI & PARKER, LLP
Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY
and 3rd-Party Defendant/4th-Party Plaintiff TRATAROS CONSTRUCTION, INC.
26 Columbia Turnpike, North Entrance
Florham Park, NJ  17932
(973) 514-1414

ZETLIN & DECHIARA, LLP
Attorneys for Defendant/3rd-Party Plaintiff KOHN PEDERSEN FOX ASSOCIATES, P.C.
801 Second Avenue
New York, NY  10017
(212) 682-6800

HOLLAND & KNIGHT, LLP
Attorneys for Defendant/3rd-Party Plaintiff THE DORMITORY AUTHORITY
OF THE STATE OF NEW YORK
195 Broadway
New York, NY 10007
(212) 513-3484

TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP
Attorneys for 4th-Party Defendant CAROLINA CASUALTY INSURANCE COMPANY
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

THELEN REID BROWN RAYSMAN & STEINER LLP
Attorneys for 3rd-Party Defendant LBL SKYSYSTEMS (U.S.A.) INC.
875 Third Avenue
New York, NY 10022
(212) 603-6756

THE O'BRYAN LAW CENTER
Attorneys for 4th-Party Defendant BARTEC INDUSTRIES, INC.
401 South Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262

GOLDBERG SEGALLA, LLP
Attorneys for 4th-Party Defendant DAYTON SUPERIOR SPECIALTY CHEMICAL CORP.
170 Hamilton Avenue
White Plains, NY 10601

GOGICK, BYRNE & O'NEILL, LLP
Attorneys for 3rd-Party Defendants WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C. and ARQUITECTONICA NEW YORK, P.C.
11 Broadway, Suite 1560
New York, NY 10004-1314
(212) 422-9424

O'CONNOR & GOLDER, LLP
Attorneys for 3rd-Party Defendant JORDAN PANEL SYSTEMS CORP.
16 Rose Drive
Saylorsburg, PA 18353
(570) 619-4191

CONNELL FOLEY LLP
Attorneys for 3rd-Party Defendant CERMAK, PETERKA PETERSEN, INC.
888 Seventh Avenue
New York, NY 10106
(212) 262-2390

MOUND, COTTON, WOLLAN & GREENGRASS
Attorneys for 4th-Party Defendant ALLIED WORLD ASSURANCE CO.
One Battery Park Plaza, 9th Floor
New York, NY 10004
(212) 804-4200

TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
Attorneys for 4th-Party Defendant KEMPER INSURANCE CO.
4 Gateway Center, 100 Mulberry Street
Newark, NJ 07012
(973) 622-3000

CARROLL, McNULTY & KULL
Attorneys for 4th-Party Defendant UNITED STATES FIRE INSURANCE CO.
570 Lexington Avenue, 10th Floor
New York, NY 10022
(212) 252-0004

SEGAL, McCAMBRIDGE, SINGER & MAHONEY
Attorneys for 4th-Party Defendant SPECIALTY CONSTRUCTION BRANDS, INC.
830 Third Avenue, 4th Floor
New York, NY 10022
(212) 651-7500

GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
Attorneys for 4th-Party Defendant GREAT AMERICAN INSURANCE CO.
45 Broadway Atrium
New York, NY 10006
(212) 406-1919

MELITO & ADOLFSEN, P.C.
Attorneys for 4th-Party Defendant ZURICH AMERICAN INSURANCE CO.
233 Broadway
New York, NY 10279
(212) 238-8900

GREEN & LAVELLE
Attorney for 4th-Party Defendant NATIONAL UNION FIRE INSURANCE CO.
110 William Street, 18th Floor
New York, NY 10038
(212) 266-5880

MORGAN, MELHUISH, MONAGHAN, ARVIDSON, ABRUNTYN & LISOWSKI
Attorneys for 4th-Party Defendant OHIO CASUALTY INSURANCE CO.
39 Broadway, 35th Floor
New York, NY 10006
(212) 735-8600

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Attorneys for 4th-Party Defendant HARLEYSVILLE MUTUAL INSURANCE CO.
One Speedwell Avenue, P.O. Box 1981
Morristown, NJ 07962
(973) 451-8447

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

KAREN A. STAUDT, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Suffolk County, New York.

That on the 16th day of May, 2008, deponent served the within FIRST SET OF INTERROGATORIES UPON KOHN PEDERSON FOX ASSOCIATES, P.C. upon:

**SEE ATTACHED SERVICE LIST**

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
KAREN A. STAUDT

Sworn to before me this
16th day of May, 2008

_____
Notary Public

MARTIN A. SCHWARTZBERG
Notary Public, State of New York
No. 02SC4959786
Qualified in Nassau County
Commission Expires December 11, 2009

## SERVICE LIST

DREIFUSS, BONACCI & PARKER, LLP
Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY
and 3rd-Party Defendant/4th-Party Plaintiff TRATAROS CONSTRUCTION, INC.
26 Columbia Turnpike, North Entrance
Florham Park, NJ  17932
(973) 514-1414

ZETLIN & DECHIARA, LLP
Attorneys for Defendant/3rd-Party Plaintiff KOHN PEDERSEN FOX ASSOCIATES, P.C.
801 Second Avenue
New York, NY  10017
(212) 682-6800

HOLLAND & KNIGHT, LLP
Attorneys for Defendant/3rd-Party Plaintiff THE DORMITORY AUTHORITY
OF THE STATE OF NEW YORK
195 Broadway
New York, NY 10007
(212) 513-3484

TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP
Attorneys for 4th-Party Defendant CAROLINA CASUALTY INSURANCE COMPANY
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

THELEN REID BROWN RAYSMAN & STEINER LLP
Attorneys for 3rd-Party Defendant LBL SKYSYSTEMS (U.S.A.) INC.
875 Third Avenue
New York, NY 10022
(212) 603-6756

THE O'BRYAN LAW CENTER
Attorneys for 4th-Party Defendant BARTEC INDUSTRIES, INC.
401 South Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262

GOLDBERG SEGALLA, LLP
Attorneys for 4th-Party Defendant DAYTON SUPERIOR SPECIALTY CHEMICAL CORP.
170 Hamilton Avenue
White Plains, NY 10601

GOGICK, BYRNE & O'NEILL, LLP
Attorneys for 3rd-Party Defendants WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES,
ARCHITECTS, P.C. and ARQUITECTONICA NEW YORK, P.C.
11 Broadway, Suite 1560
New York, NY 10004-1314
(212) 422-9424

O'CONNOR & GOLDER, LLP
Attorneys for 3rd-Party Defendant JORDAN PANEL SYSTEMS CORP.
16 Rose Drive
Saylorsburg, PA 18353
(570) 619-4191

CONNELL FOLEY LLP
Attorneys for 3rd-Party Defendant CERMAK, PETERKA PETERSEN, INC.
888 Seventh Avenue
New York, NY 10106
(212) 262-2390

MOUND, COTTON, WOLLAN & GREENGRASS
Attorneys for 4th-Party Defendant ALLIED WORLD ASSURANCE CO.
One Battery Park Plaza, 9th Floor
New York, NY 10004
(212) 804-4200

TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
Attorneys for 4th-Party Defendant KEMPER INSURANCE CO.
4 Gateway Center, 100 Mulberry Street
Newark, NJ 07012
(973) 622-3000

CARROLL, McNULTY & KULL
Attorneys for 4th-Party Defendant UNITED STATES FIRE INSURANCE CO.
570 Lexington Avenue, 10th Floor
New York, NY 10022
(212) 252-0004

SEGAL, McCAMBRIDGE, SINGER & MAHONEY
Attorneys for 4th-Party Defendant SPECIALTY CONSTRUCTION BRANDS, INC.
830 Third Avenue, 4th Floor
New York, NY 10022
(212) 651-7500

GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
Attorneys for 4th-Party Defendant GREAT AMERICAN INSURANCE CO.
45 Broadway Atrium
New York, NY 10006
(212) 406-1919

MELITO & ADOLFSEN, P.C.
Attorneys for 4th-Party Defendant ZURICH AMERICAN INSURANCE CO.
233 Broadway
New York, NY 10279
(212) 238-8900

GREEN & LAVELLE
Attorney for 4th-Party Defendant NATIONAL UNION FIRE INSURANCE CO.
110 William Street, 18th Floor
New York, NY 10038
(212) 266-5880

MORGAN, MELHUISH, MONAGHAN, ARVIDSON, ABRUNTYN & LISOWSKI
Attorneys for 4th-Party Defendant OHIO CASUALTY INSURANCE CO.
39 Broadway, 35th Floor
New York, NY 10006
(212) 735-8600

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Attorneys for 4th-Party Defendant HARLEYSVILLE MUTUAL INSURANCE CO.
One Speedwell Avenue, P.O. Box 1981
Morristown, NJ 07962
(973) 451-8447