UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE
COMPANY,

       Plaintiffs,

  -against-

DORMINTORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSON
FOX ASSOCIATES, P.C.,

       Defendants.

------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

  -against-

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.
------------------------------------------X

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

  -against-

CAROLINA CASUALTY INSURANCE COMPANY;
BARTEC INDUSTRIES, INC,; DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASULATY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, P.S.;
UNITED STATES FIRE INSURANCE COMPANY;
NORTH AMERICAN INSURANCE COMPANY; ALLIED
WORLD ASSURANCE COMPANY (U.S.) F/K/A

**FOURTH PARTY DEFENDANT'S FIRST RULE 26 AND RULE 34 REQUEST**

*Civil Action No.*
07-cv-6915

```
COMMERICAL    UNDERWRITERS    INSURANCE
COMPANY;   ZURICH   AMERICAN   INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY
d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE
MUTUAL    INSURANCE    COMPANY    (a/k/a
HARLEYVILLE INSURANCE COMPANY); JOHN DOES
1-20 and XYZ CORPS. 1-19    ,

            Fourth-Party Defendants.
---------------------------------------X
```

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Procedure, each plaintiff and each co-defendant are hereby required to provide and permit the fourth-party defendant North American Specialty Insurance Company As Successor In Interest to Commercial Underwriters Insurance Company to inspect and copy the following documents within thirty (30) days of the receipt hereof:

　　1.　All contracts, documents pertaining to the underlying action.

　　2.　Any and all statements taken from a defendant, his/her/its agents, servants, and/or employees concerning or with regard to the subject occurrence.

　　3.　Any and all photographs of the scene of the occurrence and/or instrumentalities involved, and/or plaintiff's claimed damages.

　　4.　All accident or incident reports prepared by or on behalf of any party to this action.

5. All transcripts of examinations before trial heretofore conducted herein.

6. All Rule 26 and Rule 34 requests and notices of discovery and inspection heretofore served herein along with copies of all papers, documents, drawings, *etc.*, supplied to counsel for all parties in compliance therewith.

7. All work progress records, daily reports, work slips, and work orders for work done by any party to this action at the subject premises.

8. All contracts, agreements or other documents allegedly entered into or exchanged by and between fourth-party defendants, North American Specialty Insurance Company and any party herein in effect on the date of the within occurrence.

9. Pursuant to Rule 5A of the Federal Rules of Civil Procedure, all documents and pleadings previously exchanged by and between counsel herein that have not already been served upon the undersigned.

10. All policies of insurance alleged to provide coverage to this occurrence.

Dated: New York, New York
       May 6, 2008

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.

By: _____
JOEL M. SIMON (JMS #1077)
For the Firm
SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.
Attorneys for Fourth-Party Defendants
North American Specialty Insurance
Company As Successor In Interest to
Commercial Underwriters Insurance Company
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
Our File No. NAS-00285/JMS

TO:
DREIFUSS, BONACCI & PARKER LLP
Attorney for Plaintiff
Travelers Casualty and Surety Company and
Trataros Construction, Inc.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
(973) 514-1414
File: Please Advise

HOLLAND KNIGHT LLP
Attorney for Defendant/Third-Party
Plaintiffs
Dormitory Authority- State of New York,
TDX Construction Corp.
195 Broadway
New York, NY 10007
(212) 513-3242
File: Please Advise

ZETLIN & DE CHIARA, LLP
Attorney for Defendant/Third-Party
Plaintiff
Kohn Pederson Fox Associates, P.C
801 Second Avenue
New York, New York 10017
(212) 682-6800
File: Please Advise

- 4 -

ZICHELLO & MCINTYRE, ESQS.
Attorney for Fourth-Party Defendant
Carolina Casualty Insurance Company
420 Lexington Avenue
New York, NY 10170
(212) 972-5560
File: Please Advise

O'CONNOR REDD LLP
Attorney for Fourth-Party Defendant
Bartec Industries, Inc.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700
File: Please Advise

GOLDBERG SEGALLA, LLP
Attorney for Fourth-Party Defendant
Dayton Superior Specialty Chemical Corp.
a/k/a Dayton Superior Corporation
170 Hamilton Avenue, Suite 203
White Plains, NY 10604
(914) 798-5400
File: Please Advise

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Attorney for Fourth-Party Defendant
Specialty Construction Brands, Inc. t/a TEC
830 Third Avenue, 400
New York, NY 10022

File: Please Advise

BOLLINGER RUBERRY & GARVEY
Attorney for Fourth-Party Defendant
Kemper Casualty Insurance Company d/b/a
Kemper Insurance Company
500 West Madison Street, 23rd Floor
Chicago, IL 60661

File: Please Advise

GENNET KALLMANN ANTIN & ROBINSON, P.C.
Attorney for Fourth-Party Defendant
Great American Insurance Company
6 Campus Drive
Parsippany, NJ 07054

File: Please Advise

LAW OFFICES OF GREEN & LAVELLE
Attorney for Fourth-Party Defendant
National Union Fire Insurance Company of Pittsburgh, PA
110 Williams Street, 18th Floor
New York, NY 10038
(212) 266-5880
File: Please Advise

CARROLL, MCNULTY & KULL, L.L.C
Attorney for Fourth-Party Defendant
United States Fire Insurance Company
570 Lexington Avenue, 10th Floor
New York, NY 10022
(212) 252-0004
File: Please Advise

MOUND, COTTON, WOLLAN & GREENGRASS, ESQS.
Attorney for Fourth-Party Defendant
Allied World Assurance Company (U.S.) Inc. f/k/a Commercial Underwriters Insurance Company
One Battery Park Plaza
New York, NY 10004-1486
(212) 804-4200
File: Please Advise

MELITO & ADOLFSEN, P.C.
Attorney for Fourth-Party Defendant
Zurich American Insurance Company d/b/a Zurich Insurance Company
233 Broadway, 28th Floor
New York, NY 10279-0118
(212) 238-8900
File: Please Advise

MORGAN, MELHUISH, MONAGHAN, ARVIDSON,
ABRUTYN & LISOWSKI, ESQS.
Attorney for Fourth-Party Defendant
Ohio Casualty Insurance Company d/b/a
Ohio Casualty Group
DO NOT USE - SEE NOTES
(212) 809-1111
File: Please Advise

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI, L.L.P.
Attorney for Fourth-Party Defendant
Harleysville Mutual Insurance Company
(a/k/a Harleysville Insurance Company)
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
File: Please Advise

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's First Rule 16 And 34 Request was mailed by first class mail, postage prepaid this May     , 2008, to all counsel of record as indicated on the service list below.

_____
JOEL M. SIMON (JMS #1077)
For the Firm

### SERVICE LIST

DREIFUSS, BONACCI & PARKER LLP
Attorney for Plaintiff
Travelers Casualty and Surety Company and Trataros Construction, Inc.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
(973) 514-1414
File: Please Advise

HOLLAND KNIGHT LLP
Attorney for Defendant/Third-Party Plaintiffs
Dormitory Authority- State of New York, TDX Construction Corp.
195 Broadway
New York, NY 10007
(212) 513-3242
File: Please Advise

ZETLIN & DE CHIARA, LLP
Attorney for Defendant/Third-Party Plaintiff
Kohn Pederson Fox Associates, P.C
801 Second Avenue
New York, New York 10017
(212) 682-6800
File: Please Advise

ZICHELLO & MCINTYRE, ESQS.
Attorney for Fourth-Party Defendant
Carolina Casualty Insurance Company
420 Lexington Avenue
New York, NY 10170
(212) 972-5560
File: Please Advise

O'CONNOR REDD LLP
Attorney for Fourth-Party Defendant
Bartec Industries, Inc.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700
File: Please Advise

GOLDBERG SEGALLA, LLP
Attorney for Fourth-Party Defendant
Dayton Superior Specialty Chemical Corp. a/k/a Dayton Superior Corporation
170 Hamilton Avenue, Suite 203
White Plains, NY 10604
(914) 798-5400
File: Please Advise

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Attorney for Fourth-Party Defendant
Specialty Construction Brands, Inc. t/a TEC
830 Third Avenue, 400
New York, NY 10022

File: Please Advise

BOLLINGER RUBERRY & GARVEY
Attorney for Fourth-Party Defendant
Kemper Casualty Insurance Company d/b/a Kemper Insurance Company
500 West Madison Street, 23rd Floor
Chicago, IL 60661

File: Please Advise

GENNET KALLMANN ANTIN & ROBINSON, P.C.
Attorney for Fourth-Party Defendant
Great American Insurance Company
6 Campus Drive
Parsippany, NJ 07054

File: Please Advise

LAW OFFICES OF GREEN & LAVELLE
Attorney for Fourth-Party Defendant
National Union Fire Insurance Company of Pittsburgh, PA
110 Williams Street, 18th Floor
New York, NY 10038
(212) 266-5880
File: Please Advise

CARROLL, MCNULTY & KULL, L.L.C
Attorney for Fourth-Party Defendant
United States Fire Insurance Company
570 Lexington Avenue, 10th Floor
New York, NY 10022
(212) 252-0004
File: Please Advise

MOUND, COTTON, WOLLAN & GREENGRASS, ESQS.
Attorney for Fourth-Party Defendant
Allied World Assurance Company (U.S.) Inc. f/k/a Commercial Underwriters Insurance Company
One Battery Park Plaza
New York, NY 10004-1486
(212) 804-4200
File: Please Advise

MELITO & ADOLFSEN, P.C.
Attorney for Fourth-Party Defendant
Zurich American Insurance Company d/b/a Zurich Insurance Company
233 Broadway, 28th Floor
New York, NY 10279-0118
(212) 238-8900
File: Please Advise

MORGAN, MELHUISH, MONAGHAN, ARVIDSON, ABRUTYN & LISOWSKI, ESQS.
Attorney for Fourth-Party Defendant
Ohio Casualty Insurance Company d/b/a Ohio Casualty Group
DO NOT USE - SEE NOTES
(212) 809-1111
File: Please Advise

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, L.L.P.
Attorney for Fourth-Party Defendant
Harleysville Mutual Insurance Company (a/k/a Harleysville Insurance Company)
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
File: Please Advise

DOCKET NO. 07-cv-6915

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

                                        Plaintiffs,

-against-

DORMINTORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSON FOX ASSOCIATES, P.C.,

                                        Defendants.

-----------------------------------X
AND THIRD AND FOURTH PARTY ACTIONS

## FOURTH PARTY DEFENDANT'S FIRST RULE 26 AND RULE 34 REQUEST

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.
Attorneys for Fourth-Party Defendants
North American Specialty Insurance
Company As Successor In Interest to
Commercial Underwriters Insurance
Company
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
NAS-00285/JMS

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

    hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing is not frivolous nor frivolously presented.

Dated:    New York, New York

**PLEASE TAKE NOTICE**

☐    that the within is a true copy of a    entered in the office of the clerk of the within named Court on   .

☐    that a    of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at    , on at 9:30 a.m.

SMITH MAZURE DIRECTOR WILKINS YOUNG &
YAGERMAN, P.C.
Attorneys for Fourth-Party Defendants
North American Specialty Insurance Company As
Successor In Interest to Commercial Underwriters
Insurance Company
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
Our File No. NAS-00285/JMS

JMS/dln