UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
TRAVELERS CASUALTY AND SURETY           : Civil Action No.07 Civ. 6915 (DLC)
COMPANY as Administrator for RELIANCE   : **ECF CASE**
INSURANCE COMPANY,                      :
                            Plaintiff,  :
                                        : **NOTICE OF CHANGE OF**
            -against-                   : **ADDRESS**_____
                                        :
THE DORMITORY AUTHORITY - STATE OF      :
NEW YORK, TDX CONSTRUCTION CORP. and    :
KOHN PEDERSON FOX ASSOCIATES, P.C.,     :
                            Defendants. :
                                        :
------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF     :
NEW YORK and TDX CONSTRUCTION CORP.,    :
            Third-Party Plaintiffs,     :
                                        :
            -against-                   :
                                        :
TRATAROS CONSTRUCTION, INC.,            :
            Third-Party Defendant.      :
------------------------------------X
TRATAROS CONSTRUCTION, INC., and        :
TRAVELERS CASUALTY AND SURETY           :
COMPANY,                                :
            Fourth-Party Plaintiffs,    :
                                        :
            -against-                   :
                                        :
CAROLINA CASUALTY INSURANCE             :
COMPANY, *et al.*,                      :
            Fourth-Party Defendants.    :
------------------------------------X

NY #1712862 v1

```
------------------------------------X
KOHN PEDERSON FOX ASSOCIATES, P.C.,            :
                                               :
                    Third-Party Plaintiff,     :
                                               :
        -against-                              :
                                               :
WEIDLINGER ASSOCIATES CONSULTING               :
ENGINEERS, P.C., CASTRO-BLANCO                 :
PISCIONERI AND ASSOCIATES, ARCHITECTS,         :
P.C., ARQUITECTONICA NEW YORK, P.C.,           :
COSENTINI ASSOCIATES, INC., CERMAK,            :
PETERKA PETERSEN, INC., JORDAN PANEL           :
SYSTEMS CORP., TRATAROS CONSTRUCTION,          :
INC. and LBL SKYSYSTEMS (U.S.A.), INC.,        :
                                               :
                    Third-Party Defendants.    :
------------------------------------X
```

TO THE ABOVE-CAPTIONED COURT AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that law firm serving as counsel of record for Third-Party Defendant LBL Skysystems Corporation i/s/h/a LBL Skysystems (U.S.A.), Inc. has relocated its office. The new address, telephone number and facsimile number are:

> Thelen Reid Brown Raysman & Steiner LLP
> 875 Third Avenue
> New York, New York  10022
> (212) 603-2000 (telephone)
> (212) 603-2001 (facsimile)

Dated: New York, New York
May 20, 2008

                     Respectfully submitted,

                     THELEN REID BROWN RAYSMAN & STEINER LLP

                     By: *s/ Richard P. Dyer*
                          Richard P. Dyer
                          Attorneys for Third-Party Defendant
                          LBL Skysystems Corporation
                          875 Third Avenue
                          New York, New York 10022
                          (212) 603-2000

TO:    ECF SERVICE LIST