UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>    Defendants. | 07 Civ. 6915 (DLC)<br>EFC CASE<br><br>**ANSWER OF CERMAK, PETERKA PETERSEN, INC. TO CROSS-CLAIMS OF WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C.,** |

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,

    Third Party Plaintiffs,

v.

TRATAROS CONSTRUCTION, INC.,

    Third Party Defendant.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Fourth Party Plaintiffs,

v.

CAROLINA CASUALTY INSURANCE COMPANY, et al.,

    Fourth Party Defendants.

1949907-01

KOHN PEDERSON FOX ASSOCIATES, P.C.,

    Third Party Plaintiff,

v.

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

    Third Party Defendants.

Third Party Defendant, Cermak, Peterka Petersen, Inc. ("CPP"), through its attorneys, Connell Foley LLP, answers the Cross-Claims filed by Weidlinger Associates Consulting Engineers, P.C. ("Weidlinger") as follows:

### ANSWER TO CROSS-CLAIM FOR CONTRIBUTION/INDEMNIFICATION AGAINST CERMAK, PETERKA PETERSEN, INC.

1.    CPP denies the truth of each and every allegation contained within paragraphs "46" and "47" of the Cross-Claim of Weidlinger.

### ANSWER TO CROSS-CLAIM FOR CONTRACTUAL INDEMNIFICATION AGAINST CERMAK, PETERKA PETERSEN, INC.

2.    CPP denies the truth of each and every allegation contained within paragraphs "48" and "49" of the Cross-Claim of Weidlinger.

## ANSWER TO CROSS-CLAIM FOR COMMON LAW INDEMNIFICATION AND CONTRIBUTION/ AGAINST CERMAK, PETERKA PETERSEN, INC.

2.  CPP denies the truth of each and every allegation contained within paragraph 1 of the Cross-Claim of Weidlinger.

### AFFIRMATIVE DEFENSES

1.  The Court lacks subject matter jurisdiction over this controversy.

2.  The Cross-Claim fails to state a cause of action against CPP upon which relief may be granted.

3.  The Cross-Claim against CPP is barred by waiver, payment and release.

4.  Weidlinger is estopped from bringing the Cross-Claims against CPP.

5.  Whatever damagers Weidlinger may have sustained as alleged in the Cross-Claim against CPP, all of which are denied by CPP, were caused in whole or in part by the culpable conduct of Weidlinger and/or others for whose acts, omissions and/or conduct Weidlinger is responsible. The amount of damages recovered, if any, shall therefore be diminished in the proportion which the culpable conduct attributable to CPP bears to the culpable conduct which caused these alleged damages.

6.  The damages alleged in the Cross-Claim against CPP were caused by the culpable conduct of some third person or persons over whom CPP neither had nor exercised control.

7.  The claims alleged in the Cross-Claim against CPP are barred by the doctrines of waiver and/or laches.

8.  Weidlinger's Cross-Claim for contribution is barred since the damages alleged are for economic loss.

9. Weidlinger's Cross-Claim for indemnification must be dismissed because CPP is being sued for its active wrongdoing.

10. Weidlinger's claim for indemnity fails to state a cause of action because CPP owes no contractual indemnity to Weidlinger.

11. CPP incorporates by reference each and every Affirmative Defense set forth in its Answer to the Third-Party Plaintiff's Complaint and realleges same as though fully set forth herein.

12. CPP reserves the right to rely upon any and all additional defenses which may be disclosed during discovery in this action.

**WHEREFORE**, CPP demands judgment,

(a) Dismissing the Cross-Claim in its entirety;

(b) Awarding CPP all attorneys' fees, disbursements and costs incurred in defending this Cross-Claim; and

(c) Granting such other and further relief as to this Court seems just and proper.

Dated: New York, NY
June 11, 2008

                                CONNELL FOLEY LLP
                                Attorneys for Third Party Defendant,
                                Cermak, Peterka Petersen, Inc.

                                Michael X. McBride (MXM-0137)
                                888 Seventh Avenue
                                New York, NY 10106
                                (212) 262-2390