UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY

                      Plaintiff,

    vs

DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN,
PEDERSON, FOX & ASSOCIATES, P.C.,

                      Defendants.
-------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK AND TDX CONSTRUCTION CORP.,

                      Third-Party Plaintiff,

    vs

TRATAROS CONSTRUCTION, INC.,

                      Third-Party Defendants,
-------------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

                      Fourth-Party Plaintiffs,

    vs

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP., a/k/a DAYTON
SUPERIOR CORPORATION, SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER
CASUALTY INSURANCE COMPANY d/b/a
KEMPER INSURANCE COMPANY, GREAT
AMERICAN INSURANCE COMPANY, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, P.A., UNITED STATES FIRE
INSURANCE COMPANY, NORTH AMERICAN
SPECIALTY INSURANCE COMPANY; ALLIED
WORLD ASSURANCE COMPANY (U.S) INC. f/k/a

Case No. 07-CV-6915
(DLC)
**ECF CASE**

**NOTICE OF
APPEARANCE**

COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY d/b/a
OHIO CASUALTY GROUP, HARLEYSVILLE
MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY, JOHN
DOES 1-20, and XYZ CORPS. 1-19,

                              Fourth-Party Defendants,
-----------------------------------------------------------------X

**SIRS:**

       **PLEASE TAKE NOTICE**, that the Fourth-Party Defendant, BARTEC INDUSTRIES INC., hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

DATED:    July 9, 2008
              White Plains, New York

Yours, etc.
O'CONNOR REDD LLP

By: _____
JEREMY D. PLATEK
Attorneys for Fourth-Party Defendant
BARTEC INDUSTRIES INC.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700 [JP - 9153]
Jplatek@oconnorlawfirm.com

TO:    SEE ATTACHED SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY

                    Plaintiff,

      vs

DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN,
PEDERSON, FOX & ASSOCIATES, P.C.,

                    Defendants.
------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK AND TDX CONSTRUCTION CORP.,

                    Third-Party Plaintiff,

      vs

TRATAROS CONSTRUCTION, INC.,

                    Third-Party Defendants,
------------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

                    Fourth-Party Plaintiffs,

      vs

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP., a/k/a DAYTON
SUPERIOR CORPORATION, SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER
CASUALTY INSURANCE COMPANY d/b/a
KEMPER INSURANCE COMPANY, GREAT
AMERICAN INSURANCE COMPANY, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, P.A., UNITED STATES FIRE
INSURANCE COMPANY, NORTH AMERICAN
SPECIALTY INSURANCE COMPANY;  ALLIED
WORLD ASSURANCE COMPANY (U.S) INC. f/k/a

Case No. 07-CV-6915
(DLC)
**ECF CASE**

**CERTIFICATION**

COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY d/b/a
OHIO CASUALTY GROUP, HARLEYSVILLE
MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY, JOHN
DOES 1-20, and XYZ CORPS. 1-19,

                Fourth-Party Defendants,
-----------------------------------------------------------------------X

**THIS IS TO CERTIFY** that the foregoing **NOTICE OF APPEARANCE** was forwarded, via first class mail, postage prepaid, on this 9th day of July 2008, to the following:

**PLEASE REFER TO SERVICE LIST**

                                       JEREMY D. PLATEK (JP 9153)
                                       Attorney at Law

Travelers Casualty and Surety Co. V. Dormitory Authority - State of N.Y., et al.
United States District Court, Southern District of New York
Civil Action No.: 07-CV-6915

# SERVICE LIST

TO:  JoAnne M. Bonacci, Esq.
**DREIFUSS BONACCI & PARKER, LLP.**
Attorneys for Fourth-Party Plaintiffs,
*TRATAROS CONSTRUCTION, INC AND TRAVELERS CASUALTY AND SURETY COMPANY*
26 Columbia Turnpike
North Entrance
Florham Park, NJ 07932
Tel: (973) 514-1414
Fax: (973) 514-5959
email: jbonacci@dbplawfirm.com

David Abramovitz, Esq,
**ZETLIN & DECHIARA, LLP**
Attorneys for Defendants/Third-Party Plaintiff,
*KOHN, PEDERSON, FOX & ASSOCIATES, P.C*
801 Second Avenue
New York, NY 10017
Tel: (212) 682-6800
Fax: (212) 682-6861
email: dabramovitz@zdlaw.com

Robert R. Rigolosi
**SEGAL McCAMBRIDGE SINGER & MAHONEY**
Attorneys for Fourth-Party Defendant
*SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC*
830 Third Ave, Suite 400
NY, NY 10022
Tel: (212) 651-7500/(212) 651-7423
Fax: (212) 651-7499
email: rrigolosi@smsm.com

Vincent J. Zichello, Esq.
**ZICHELLO & McINTYRE, LLP**
Attorneys for Fourth-Party Defendant
*CAROLINA CASUALTY INSURANCE COMPANY*
The Graybar Building
420 Lexington Avenue
New York, New York 10170

Tel: (212) 972-5560
Fax: (212) 972-5569
Email: zimc@msn.com
Robert Mark Wasko, Esq.
**TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP**
Attorneys for Fourth-Party Defendant
*CAROLINA CASUALTY INSURANCE COMPANY*
226 West 26th Street
New York, New York 10001
Tel:  (516) 240-8900
Fax: (212) 691-6452
Email: rwasko@tlggr.com

William Kelly, Esq.
**GOLDBERG SEGALLA, LLP.**
Attorneys for Fourth-Party Defendant
*DAYTON SUPERIOR SPECIALTY CHEMICAL CORP.*
*a/k/a DAYTON SUPERIOR CORP.*
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel:  (914) 798-5400
Fax: (914) 798-5401
email: wkelly@goldbergsegalla.com

George J. Manos, Esq.
David N. Larson, Esq.
**BOLLINGER, RUBERRY & GARVEY**
Attorneys for Fourth-Party Defendant
*KEMPER     CASUALTY INSURANCE*
*d/b/a KEMPER INSURANCE COMPANY*
500 West Madison, Suite 2300
Chicago, IL 60661
Tel: (312) 466-8000
Fax (312) 466-8001
Email: david.larson@brg-law.net
        Brett.warning@brg-law.net

Michael S. Miller, Esq.
**TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP**
Co-Counsel for Fourth-Party Defendant
*KEMPER     CASUALTY INSURANCE*
*d/b/a KEMPER INSURANCE COMPANY*
4 Gateway Center, 100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-3000
Fax: (973) 623-7780

Email:

Henry G. Morgan, Esq..
**MORGAN, MELHUISH, MONAGHAN,
ARVIDSON, ABRUTYN & LISOWSKI**
Attorneys for Fourth-Party Defendant
*OHIO CASUALTY INSURANCE COMPANY*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
Tel: (973) 994-2500
Fax (973) 994-3375
email: counsel@morganlawfirm.com

Donald G. Sweetman, Esq.
**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
Attorney for Fourth-Party Defendants
*GREAT AMERICAN INSURANCE COMPANY,
AMERICAN ALLIANCE INSURANCE COMPANY,
AMERICAN NATIONAL FIRE INSURANCE COMPANY
and GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK*
6 Campus Drive
Parsippany, NJ 07054
Tel: (973) 285-1919
Fax: (973) 285-1177
Email: dsweetman@gkar-law.com

Ann Odelson, Esq.
**CARROLL, MCNULTY & KULL**
Attorney for Fourth-Party Defendant
*UNITED STATE FIRE INSURANCE COMPANY*
570 Lexington Avenue, 10th Floor
New York, NY 10022
Tel: (212) 252-0004
Fax: (212) 252-0444
email: aodelsen@cmk.com

S. DWIGHT STEPHENS, ESQ.
**MELITO & ADOLFSEN, P.C.**
Attorneys for Fourth-Party Defendant
*ZURICH AMERICAN INSURANCE COMPANY*
233 Broadway
New York, NY 10279
Tel: (212) 238-8900
Fax: (212) 238-8999
Email: sds@melitoadolfsen.com

MARTIN PAUL LAVELLE, ESQ.,
**GREEN & LAVELLE**
Attorneys for Fourth-Party Defendant,
*NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA*
110 William Street
New York, NY 10038
Tel: (212) 266-5880/5881
Fax: (212) 528-0134
Email: martin.lavelle@aig.com

Diana E. Goldberg, Esq.
**MOUND COTTON WOLLAN & GREENGRASS**
Attorneys for Fourth-Party Defendant
*COMMERCIAL UNDERWRITERS INSURANCE
COMPANY and ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.*
One Battery Park Plaza, 9th Floor
New York, NY 10004-1486
Tel:  (212) 804-4200
Fax: (212) 344-8066
Email: dgoldberg@moundcotton.com

Timothy B. Froessell, Esq.
**HOLLAND & KNIGHT, LLP**
Attorneys for Defendants/Third-Party Plaintiffs,
*DORMITORY AUTHORITY - STATE OF NEW YORK
and TDX CONSTRUCTION CORP.*
195 Broadway
New York, NY 10007
Tel:  (212) 513-3484
Fax: (212) 385-9010
email: tbfroess@hklaw.com

Tricia Wishert, Esq.
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
Attorneys for Fourth-Party Defendant,
*HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY)*
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Tel: 973-451-3862
Fax: 973-451-3714
email: twishert@riker.com

Martin Schwartzberg, Esq.
**L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP**
Attorneys for Fifth-Party Defendant
*COSENTINI ASSOCIATES*
1001 Franklin Avenue
Garden City, New York 11530
Tel: 516-294-8844
Fax: 516-294-8202
Email: mschwartzberg@lbcclaw.com

Stephen Schreckinger, Esq.
**GOGICK, BYRNE &O'NEILL, LLP**
Attorneys for Third-Party Defendants
WEIDLINGER ASSOCIATES; CASATRO-BLANCO PISCIONERI; AND ARQUITECTONICA NEW YORK
11 Broadway, Suite 1560
New York, New York 10004

CERMAK PETERKA PETERSEN, INC. (No appearance yet)
1415 Blue Spruce Dr.
Fort Collins, Colorado 80524

Richard P. Dyer, Esq.
John Fedun, Esq.
**THELEN REID BROWN RAYSMAN & STEINER**
Attorneys for Third-Party Defendant
LBL SYSTEMS (U.S.A.), Inc.
900 Third Avenue
New York, New York 10022

Terrence O'Connor, Esq.
**KALB & ROSENFELD, P.C.**
Attorneys for Third-Party Defendant
JORDAN PANEL SYSTEMS CORP.
1470 Bruckner Blvd.
Bronx, New York 10473