UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>       Defendants. | Case No. 07-CV-6915 (DLC)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>       Third-Party Plaintiffs,<br><br>    vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>       Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>       Fourth-Party Plaintiffs,<br><br>    vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ CORPS. 1-19,<br><br>       Fourth-Party Defendants. | **NOTICE OF CHANGE<br>OF ADDRESS** |

KOHN PEDERSEN FOX ASSOCIATES, P.C.,

          Third-Party Plaintiff,

vs.

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

          Third-Party Defendants.

TO:    THE ABOVE-CAPTIONED COURT
         AND ALL ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE**, that the undersigned law firm, serving as counsel of record for Plaintiff/Counterclaim Defendant/Fourth-Party Plaintiff, Travelers Casualty and Surety Company, and Third-Party Defendant/Fourth-Party Plaintiff, Trataros Construction, Inc. has relocated its New York office. The new address and telephone number of the undersigned law firm's New York office are:

        Dreifuss Bonacci & Parker, LLP
        Five Penn Plaza, 23rd Floor
        New York, New York 10001
        Tel. No. - (212) 835-1514

Please note that the location for the undersigned law firm's *New Jersey* office remains:

        Dreifuss Bonacci & Parker, LLP
        26 Columbia Turnpike, North Entrance
        Florham Park, New Jersey 07932
        Tel. No. - (973) 514-1414
        Fax No. - (973) 514-5959

Dated: Florham Park, New Jersey
   July 10, 2008

                   Respectfully submitted,

                    /s/ Eli J. Rogers
                  Eli J. Rogers

                  DREIFUSS BONACCI & PARKER, LLP
                  Attorneys for Travelers Casualty and Surety
                  Company, and Trataros Construction, Inc.
                  Five Penn Plaza, 23rd Floor
                  New York, New York 10001
                     -and-
                  26 Columbia Turnpike, North Entrance
                  Florham Park, New Jersey 07932
                  (973) 514-1414
                  *Please reply to New Jersey office.*

TO:  ECF SERVICE LIST