UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator  for  RELIANCE  INSURANCE
COMPANY,

                    Plaintiffs,

        -against-

DORMITORY AUTHORITY - STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSON
FOX ASSOCIATES, P.C.,

                 Defendants.

---------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

          Third-Party Plaintiffs,

        -against-

TRATAROS CONSTRUCTION, INC.,

         Third-Party Defendant.
---------------------------------------------X

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

         Fourth-Party Plaintiffs,

        -against-

CAROLINA  CASUALTY  INSURANCE  COMPANY;
BARTEC INDUSTRIES, INC,; DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR    CORPORATION;    SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASULATY INSURANCE COMPANY d/b/a KEMPER
INSURANCE   COMPANY;   GREAT   AMERICAN
INSURANCE  COMPANY;  NATIONAL  UNION  FIRE
INSURANCE  COMPANY OF PITTSBURGH, P.S.;
UNITED  STATES  FIRE  INSURANCE  COMPANY;
NORTH AMERICAN INSURANCE COMPANY; ALLIED
WORLD  ASSURANCE  COMPANY  (U.S.)  F/k/a

**NOTICE OF SUBSTITUTION**

Index  No.   07-cv-6915
(DLC)
IAS Part

COMMERICAL    UNDERWRITERS    INSURANCE
COMPANY;    ZURICH    AMERICAN    INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY
d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE
MUTUAL    INSURANCE    COMPANY    (a/k/a
HARLEYVILLE INSURANCE COMPANY); JOHN DOES
1-20 and XYZ CORPS. 1-19    ,

           Fourth-Party Defendants.
-------------------------------------------X


    **PLEASE TAKE NOTICE** that Smith Mazure Director Wilkins Young & Yagerman, P.C., as attorney for North American Specialty Insurance Company as successor in interest to Commercial Underwriters Insurance Company. has been substituted in place of Mound, Cotton, Wollan & Greengrass, Esqs. as attorney for fourth-party defendants ALLIED WORLD ASSURANCE COMPANY (U.S.) F/k/a COMMERICAL UNDERWRITERS INSURANCE COMPANY

    **PLEASE TAKE FURTHER NOTICE** that all pleadings and correspondence are to be sent to Smith Mazure Director Wilkins Young & Yagerman, P.C., 111 John Street, 20th Floor, New York, New York 10038-3198, as of this date and this substitution is effective without further notice.


Dated:  New York, New York
       July 10, 2008

                      *Yours, etc.,*

                      SMITH MAZURE DIRECTOR WILKINS
                      YOUNG & YAGERMAN, P.C.
                      Incoming  Attorneys  for  Fourth-Party
                      Defendants

North  American  Specialty  Insurance
Company  as  successor  in  interest  to
Commercial Underwriters Insurance Company
and ALLIED WORLD ASSURANCE COMPANY (U.S.)
F/k/a COMMERICAL UNDERWRITERS INSURANCE
COMPANY.
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
Our File No.  NAS-00285/JMS