Electronic Filing

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY, etc.,

                    Plaintiff,

            - - against - -

DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,

                    Defendants.
-------------------------------------------------------------------X
- - and successive impleader actions - -
-------------------------------------------------------------------X

07-CV-6915-DLC

**Answer to Cross-Claims**

**Carolina Casualty Insurance Company** ("Carolina") answers the cross claims set forth in the June 26, 2008, answering pleading of **Bartec Industries, Inc.** as follows:

    **First**    Carolina denies each and every allegation of Bartec's cross-claim against Carolina; denies that Carolina caused or contributed to any of the damages claimed in this case; and denies that Bartec is or could be entitled to indemnification or contribution from Carolina in this case.

    **Second**    Carolina further specifically denies that Bartec has standing to assert any claims against Carolina under the terms of the surety bond Carolina gave as surety for Crocetti for the Baruch project, and denies due and timely compliance with the notice and time-of-suit and other conditions precedent to any obligation of Carolina under that surety bond.

    **Third**    Carolina avers affirmatively that the damages complained of in this

case were caused in whole or in part by culpable conduct on the part of cross-claimant itself, or by other parties for whom Carolina has no responsibility.

**Wherefore** Carolina respectfully requests that Bartec's cross-claim against Carolina be dismissed and that Carolina be awarded costs and disbursements and such other and further relief as may be appropriate.

Dated: New York, NY
July 17, 2008

                        For Fourth-Party Defendant Carolina Casualty Insurance Company

                        ZICHELLO & McINTYRE, LLP

                        By: /s/
                             Vincent J. Zichello (VZ-3487)
                        Office & P.O. Address
                        420 Lexington Avenue
                        New York, New York 10170
                        Tel 212-972-5560
                        E-mail zimc@msn.com

                             - - and - -

                        TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP

                        By: /s/
                             Robert Mark Wasko (RW-7811)
                        226 West 26th Street
                        New York, NY 10001
                        Tel 516-240-8900
                        E-mail rwasko@tlggr.com