UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>             Plaintiff/Petitioner,<br><br>   vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>             Defendants. | Case No. 07-CV-6915 (DLC) (THK)<br>**ECF CASE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>             Third-Party Plaintiffs,<br><br>   vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>             Third-Party Defendant/Petitioner. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>             Fourth-Party Plaintiffs/Petitioners,<br><br>   vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br><br>            Fourth-Party Defendant/Respondent,<br><br>  -and-<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY | **NOTICE OF APPEAL<br>IN A CIVIL CASE** |

| |
|---|
| INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ CORPS. 1-19, |
|        Fourth-Party Defendants. |
| KOHN PEDERSEN FOX ASSOCIATES, P.C., |
|        Third-Party Plaintiff, |
|    vs. |
| WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC., |
|        Third-Party Defendants. |

Notice is hereby given that Plaintiff/Counterclaim Defendant/Fourth-Party Plaintiff, Travelers Casualty and Surety Company and Third-Party Defendant/Fourth-Party Plaintiff, Trataros Construction, Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Honorable Denise L. Cote, U.S.D.J., granting summary judgment in favor of Fourth-Party Defendant, United States Fire Insurance Company ("U.S. Fire") and dismissing the Amended Fourth-Party Complaint as against U.S. Fire, entered in this action on the 25th day of June, 2008.

                                  DREIFUSS BONACCI & PARKER, LLP

                    By: _____
                                  Eli J. Rogers (ER-6564)
                                  *Attorneys for Petitioners, Travelers Casualty and Surety Company, and Trataros Construction., Inc.*
                                  26 Columbia Turnpike, North Entrance
                                  Florham Park, New Jersey 07932
                                  (973) 514-1414

DATED: July 23, 2008