Michael X. McBride (MXM-0137)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Third Party Defendant, Cermak, Peterka Petersen, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for
RELIANCE INSURANCE COMPANY,

       Plaintiff,

v.

DORMITORY AUTHORITY - STATE OF
NEW YORK, TDX CONSTRUCTION
CORP. and KOHN PEDERSEN FOX
ASSOCIATES, P.C.,

       Defendants.

DORMITORY AUTHORITY OF THE
STATE OF NEW YORK and TDX
CONSTRUCTION CORP.,

       Third Party Plaintiffs,

v.

TRATAROS CONSTRUCTION, INC.,

       Third Party Defendant.

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

       Fourth Party Plaintiffs,

v.

CAROLINA CASUALTY INSURANCE
COMPANY, et al.,

       Fourth Party Defendants.

07 Civ. 6915 (DLC)
EFC CASE

**NOTICE OF MOTION TO ADMIT**
**COUNSEL *PRO HAC VICE***

1967319-01

KOHN PEDERSON FOX ASSOCIATES,
P.C.,
      Third Party Plaintiff,

v.

WEIDLINGER ASSOCIATES
CONSULTING ENGINEERS, P.C.,
CASTRO-BLANCO PISCIONERI AND
ASSOCIATES, ARCHITECTS, P.C.,
ARQUITECTONICA NEW YORK, P.C.,
COSENTINI ASSOCIATES, INC.,
CERMAK, PETERKA PETERSEN, INC.,
JORDAN PANEL SYSTEMS CORP.,
TRATAROS CONSTRUCTION, INC. and
LBL SKYSYSTEMS (U.S.A.), INC.,

      Third Party Defendants.

TO:    All Counsel of Record
       On Attached Service List

COUNSEL:

    **PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court before the Honorable Denise L. Cote, U.S.D.J., at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing the admission of Mark L. Fleder, Esq., a member of the firm of Connell Foley LLP and a member in good standing of the Bar of the State of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any state or federal court.

                     Respectfully submitted,

                     By: _____
                           Michael X. McBride

Dated: July 28, 2008

1967319-01                           2