Michael X. McBride (MXM-0137)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Third Party Defendant, Cermak, Peterka Petersen, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br><br> DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C., <br><br> Defendants. | 07 Civ. 6915 (DLC) <br> EFC CASE <br><br><br> **AFFIDAVIT OF MICHAEL X. MCBRIDE N SUPPORT OF THE ADMISSION *PRO HAC VICE* OF MARK L. FLEDER** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP., <br><br> Third Party Plaintiffs, <br><br> v. <br><br> TRATAROS CONSTRUCTION, INC., <br><br> Third Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY, <br><br> Fourth Party Plaintiffs, <br> v. <br><br> CAROLINA CASUALTY INSURANCE COMPANY, et al., <br><br> Fourth Party Defendants. | |

1967319-01

KOHN PEDERSON FOX ASSOCIATES,
P.C.,

        Third Party Plaintiff,

v.

WEIDLINGER ASSOCIATES
CONSULTING ENGINEERS, P.C.,
CASTRO-BLANCO PISCIONERI AND
ASSOCIATES, ARCHITECTS, P.C.,
ARQUITECTONICA NEW YORK, P.C.,
COSENTINI ASSOCIATES, INC.,
CERMAK, PETERKA PETERSEN, INC.,
JORDAN PANEL SYSTEMS CORP.,
TRATAROS CONSTRUCTION, INC. and
LBL SKYSYSTEMS (U.S.A.), INC.,

        Third Party Defendants.

MICHAEL X. MCBRIDE, being duly sworn, hereby deposes and says as follows:

1.      I am a member of the law firm of Connell Foley LLP, attorneys for Third Party Defendant Cermak, Peterka Petersen, Inc. ("CPP") in the within action. I am fully familiar with the matters set forth herein. I submit this Affidavit in support of my Motion for admission of Mark L. Fleder to practice *pro hac vice* in the above-captioned matter.

2.      Mark L. Fleder is a partner with Connell Foley, LLP, whose qualifications are set forth in the Affidavit being filed simultaneously with these papers.

3.      Mark L. Fleder is fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and he has advised me that he will abide by those Rules. I have agreed to work with Mark L. Fleder in this action.

4.      I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me or another attorney with Connell Foley LLP authorized to practice law before this Court.

5.    For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Mark L. Fleder to practice *pro hac vice* before this court for all further proceedings in this case.

_____
MICHAEL X. McBRIDE

Sworn to and subscribed before me
on this 28th day of July, 2008

_____
Notary Public, State of New Jersey

**JOAN A. CMIELEWSKI**
**A Notary Public of New Jersey**
**My Commission Expires April 22, 2013**