Michael X. McBride (MXM-0137)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Third Party Defendant, Cermak, Peterka Petersen, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | 07 Civ. 6915 (DLC)<br>EFC CASE<br><br><br>**AFFIDAVIT OF MARK L. FLEDER, ESQ. SEEKING ADMISSION** *PRO HAC VICE* |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>Third Party Plaintiffs,<br>v.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth Party Plaintiffs,<br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>Fourth Party Defendants. | |

1967319-01

| KOHN PEDERSON FOX ASSOCIATES, P.C., |
|---|
| Third Party Plaintiff, |
| v. |
| WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC., |
| Third Party Defendants. |

STATE OF NEW JERSEY  )
                     : ss
COUNTY OF ESSEX      )

MARK L. FLEDER, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Connell Foley LLP, with addresses at 85 Livingston Avenue, Roseland, New Jersey, 07068; 6 Harborside Financial Center, 2510 Plaza Five, Jersey City, New Jersey, 07311; 888 7th Avenue, Suite 3402, New York, New York, 10016 and 1500 Market Street, Philadelphia, PA 19102.

2. I submit this Affidavit in support of my Motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New Jersey. I have been so admitted and in good standing since 1969.

4. There are no pending disciplinary proceedings against me in any state or federal court.

1967319-01                                            2

5. Third Party Defendant Cermak, Peterka Petersen, Inc. ("CPP") has retained my firm to defend this action and has requested that I handle the matter due to my extensive experience in handling construction claims in this region.

6. I have read and am familiar with the Judicial Code (Title 28, U.S.C.); the Federal Rules of Civil Procedure; the Federal Rules of Evidence; the Local Rules for the Southern District of New York; and the New York State Lawyer's Code of Professional Responsibility.

7. I will faithfully adhere to all rules applicable to affiant's conduct in connection with any activities in this court.

8. Also, I am associated with Michael X. McBride, Esq., who is a member at Connell Foley LLP and a member in good standing of the Bar of the United States District Court for the Southern District of New York.

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

MARK L. FLEDER

Sworn to and subscribed before me
on this ___ day of July, 2008.

_____
Notary Public, State of New Jersey

JOAN A. CMIELEWSKI
A Notary Public of New Jersey
My Commission Expires April 22, 2013

1967319-01                                    3

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MARK L FLEDER** (No. **256641969**) was constituted and appointed an Attorney at Law of New Jersey on **November 26, 1969** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **July**, 20 **08**

Clerk of the Supreme Court

-453a-