Michael X. McBride (MXM-0137)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Third Party Defendant, Cermak, Peterka Petersen, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>   Plaintiff,<br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>   Defendants. | 07 Civ. 6915 (DLC)<br>EFC CASE<br><br>**ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>   Third Party Plaintiffs,<br>v.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>   Third Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>   Fourth Party Plaintiffs,<br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>   Fourth Party Defendants. | |

1967319-01

KOHN PEDERSON FOX ASSOCIATES, P.C.,

    Third Party Plaintiff,

v.

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

    Third Party Defendants.

On this ___ day of _____, 2008, the motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, MARK L. FLEDER, is permitted to argue or try this particular case, in whole or in part, as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this order to the Intake Deputy Clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's Docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the rolls of attorneys.

1967319-01

2

The attorney admitted *pro hac vice* must serve a copy of this Order on all counsel in this case.

                                                                       _____
                                                                       Honorable Denise L. Cote, U.S.D.J.

cc: All Counsel of Record