Michael X. McBride (MXM-0137)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Third Party Defendant, Cermak, Peterka Petersen, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　Defendants. | 07 Civ. 6915 (DLC)<br>EFC CASE<br><br><br><br><br>**CERTIFICATION OF SERVICE** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>　　　　Third Party Plaintiffs,<br>v.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　　Third Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　Fourth Party Plaintiffs,<br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　Fourth Party Defendants. | |

1967319-01

KOHN PEDERSON FOX ASSOCIATES, P.C.,

    Third Party Plaintiff,

v.

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

    Third Party Defendants.

    I, Patricia A. Lee, hereby certify that I am not a party to this action, am over 18 years of age, and work in Essex County, New Jersey. On the 29th day of July, 2008, I served the within Notice of Motion to Admit Counsel *Pro Hac Vice*, Affidavit of Mark L. Fleder, Esq., Supporting Affidavit of Michael X. McBride, Esq., and Order for Admission to Practice *Pro Hac Vice*, by directing that a copy of same be filed electronically in accordance with the Rules of this Court.

    I also certify that I caused a courtesy copy of the above to be delivered, via Federal Express, to the Honorable Denise L. Cote, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, Room 1040, New York, New York 10007.

    I also certify that I caused to be served this date, via electronic filing and email, a copy of the above on all counsel of record.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                      */s/ Patricia A. Lee*
                                                                       PATRICIA A. LEE

Dated: July 29, 2008