**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>      Defendants. | 07 Civ. 6915 (DLC)<br><br>**ECF CASE** |

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,

      Third Party Plaintiffs,

v.

TRATAROS CONSTRUCTION, INC.,

      Third Party Defendant.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

      Fourth Party Plaintiffs,

v.

CAROLINA CASUALTY INSURANCE COMPANY, et al.,

      Fourth Party Defendants.

---

KOHN PEDERSON FOX ASSOCIATES, P.C.,

      Third Party Plaintiff,

1969912-01

v.

WEIDLINGER ASSOCIATES
CONSULTING ENGINEERS, P.C.,
CASTRO-BLANCO PISCIONERI AND
ASSOCIATES, ARCHITECTS, P.C.,
ARQUITECTONICA NEW YORK, P.C.,
COSENTINI ASSOCIATES, INC.,
CERMAK, PETERKA PETERSEN, INC.,
JORDAN PANEL SYSTEMS CORP.,
TRATAROS CONSTRUCTION, INC. and
LBL SKYSYSTEMS (U.S.A.), INC.,

    Third Party Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Patricia A. Lee of Connell Foley LLP hereby enters an appearance on behalf of Attorneys for Third Party Defendant, Cermak, Peterka Petersen, Inc. ("CPP"), and requests that copies of all papers in this action be served upon the undersigned.

    CONNELL FOLEY LLP

Dated: July 30, 2008    By:   *s/ Patricia A. Lee*
        Patricia A. Lee

        888 Seventh Avenue
        New York, NY  10106
        Telephone: (212) 262-2390
        Facsimile:   (212) 262-3118

        *Attorneys for Third Party Defendant*
        *Cermak, Peterka Petersen, Inc.*

1969912-01