UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>              Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**NOTICE OF MOTION FOR ADMISSION <u>PRO</u> <u>HAC</u> <u>VICE</u>** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>      Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>      Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>      Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>      Fourth-Party Defendants. | |

**PLEASE TAKE NOTICE**, that upon the Declaration of Henry G. Morgan, Esq., sworn to on July 23, 2008 and the Declaration of Joseph DeDonato, sworn to on July 23, 2008, the undersigned will move this Court, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York on a date and time to be fixed by the Court, for an order granting admission <u>pro</u> <u>hac</u> <u>vice</u> attorney Henry G. Morgan, Esq. of the law firm of Morgan Melhuish Abrutyn, for the purpose of discovery and trial of the within matter, pursuant to Local Rule 1.3 (c).

**PLEASE TAKE FURTHER NOTICE** that answering affidavits, if any, are to be served upon the undersigned no later than seven (7) days prior to the return thereof.

MORGAN MELHUISH ABRUTYN

_____
JOSEPH DEDONATO, ESQ.
39 Broadway, 35th Floor
New York, New York 10006
(212) 809-1111
Attorneys for defendants, Ohio Casualty
Insurance Co. d/b/a Ohio Casualty Group

TO:

Eli Rogers, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
*Attorneys for Fourth-Party Plaintiffs,*
*Trataros Construction, Inc. and Travelers Casualty*
*an Surety Company*

David Abramovitz, Esq.
Zetlin & DeChiara, LP
801 Second Avenue
New York, New York 10017

*Attorneys for Defendant*
*Kohn, Pederson, Fox & Associates, P.C.*

Stephen B. Shapiro, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007
*Attorneys for Defendants/Third-Party Plaintiffs*
*Dormitory Authority of the State of New York & TDX Construction Corp.*

Gary L. Rubin, Esq.
Mazur, Carp & Rubin, P.C.
1250 Broadway, 38th Floor
New York, New York 10001
*Attorneys for Defendant,*
*TDX Construction Corp.*

Joseph S. Weiner, Esq.
Law Office of Vincent P. Crisci, Esq.
17 State Street, 8th Floor
New York, NY 10004
*Attorneys for Poulon-Morris, Inc.*

Jeremy Platek, Esq.
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue, 2nd Fl.
White Plains, New York 10601
*Attorneys for Fourth-party Defendant,*
*Bartec Industries, Inc.*

Suzin L. Raso, Esq.
Goldberg Segalla, LLP
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
*Attorneys for Fourth-Party Defendant,*
*Dayton Superior Specialty Chemical Corp.*

Christian H. Gannon, Esq.
Segal, McCambridge, Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, New York 10022
*Attorneys for Fourth-Party Defendant,*
*Specialty Construction Brands, Inc. t/a TEC*

Diana E. Goldberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza, 9th Floor
New York, New York 10004
*Attorneys for Fourth-Party Defendant,*
*Allied World Assurance Company*

Donald G. Sweetman, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, NJ 07054
*Attorneys for Fourth-Party Defendant,*
*Great American Insurance Company*

Paul A. Winick, Esq.
Thelan, Reid & Priest, LLP
875 Third Avenue
New York, New York 10022
*Attorneys for Third-Party Defendant,*
*L.B.L. Skysystems*

John P. DeFilippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 1oth Fl.
New York, New York 10016
*Attorney for Fourth-Party Defendant*
*United States Fire Insurance Company*

S. Dwight Stephens, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
*Attorneys for Fourth-Party Defendant*
*Zurich American Insurance Company*

Martin A. Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue
Garden City, NY 11530
*Attorneys for Third-Party Defendant*
*Cosentini Associates, Inc.*

Terrence J. O'Connor, Esq.
Kalb & Rosenfeld, P.C.
1470 Bruckner Boulevard
Bronx, New York 10473
*Attorney for Third-Party Defendant*
*Jordan Panel Systems Corp.*

Mark S. Krieg, Esq.
Krieg & Associates, P.C.
5 Heather Court
Dix Hills, New York 11746
*Attorneys for Third-Party Defendants*
*Counsilman/Hunsaker & Associates and*
*Entek Engineering, PLCC*

Christopher A. Albanese, Esq.
Milber, Makris, Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
*Attorneys for Third-Party Defendant*
*Vollmer Associates, LLP*

Richard P. Dyer, Esq.
Thelen, Reid Priest, LLP
875 Third Avenue
New York, New York
*Attorneys for Third-Party Defendant*
*LBL Skysystems Corporation*

Joel M. Simon, Esq.
Smith Mazure Director Wilkins Young & Yagerman, P.C.
111 John Street, 20th Floor
New York, NY 10038-3198
*Attorneys for North American Specialty Insurance Company*
*as successor in interest to Commercial Underwriters Ins. Co.*

Robert Mark Wasko, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785
*Attorneys for Fourth-Party Defendants,*
*Carolina Casualty Ins. Co.*

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
The Graybar Building
420 Lexington Avenue
New York, NY 10170
*Attorneys for Fourth-Party Defendant*
*Carolina Casualty Insurance Company*

Martin P. Lavelle, Esq.
Erika C. Aljens, Esq.
Law Offices of Green & Lavelle
110 William Street, 18th Fl.
New York, New York 10038
*Fourth-Party Defendant,*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

Tracey K. Wishert Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
Morristown, NJ 07962
*Attorneys for Fourth-Party Defendant,*
*Harleysville Mutual Ins. Co.*

Stephen P. Schreckinger, Esq.
Gogick, Burne & O'Neill, LLP
11 Broadway, Suite 1560
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Weidlinger Associates Consulting Engineers, P.C.*

Cheryl L. Davis, Esq.
Menaker, Herrmann, LLP
10 East 40th Street, 43rd. Fl.
New York, New York 10006
*Attorneys for Third-Party Defendant,*
*Shen Milson & Wilke, Inc.*

Annalee Cataldo-Barile, Esq.
Sinnretch, Safar & Kosakoff, LLP
320 Carleton Avenue, suite 3200
Central Islip, NY 11722
*Attorneys for John A. VanDeusen & Assoc. Inc.*

Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, 4th Fl.
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Warfel Schrager Architectural Lighting, LLC*

Michael P. Catina, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, New York 10604
*Attorneys for Third-Party Defendant,*
*Theatre Projects Consultants*

Fe D. Tesoro, Esq.
Law Office of Vincent P. Crisci
17 State Street, 8th Floor
New York, New York 10004
*Attorneys for Poulin & Morris*

David Larson, Esq.
Bollinger Ruberry & Garey
500 West Madison Street, 23rd Fl.
Chicago, Illinois 60661
*Attorneys for Fourth-Party Defendant, Kemper*

Michael S. Miller, Esq.
Tompkins, McGuire, Wachenfeld & Barry, LLC
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Attorneys for Fourth-Party Defendant, Kemper*

Michael X. McBride, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068-3702
*Attorneys for Cermak, Peterka, Petersen, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>    Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**DECLARATION OF JOSEPH DEDONATO, ESQ.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>  Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>  Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>  Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>  Fourth-Party Defendants. | |

**JOSEPH DEDONATO, ESQ.** hereby declares and affirms:

1.  I am a Partner with the law firm of Morgan Melhuish Abrutyn, attorneys for defendants, Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group. I am a member in good standing of the bar of this Court. I submit this affirmation in support of the application of Henry G. Morgan, Esq. a partner of my firm, for admission pro hac vice pursuant to Local Rule 1.3(c) to participate in discovery and trial of this action before the Court.

2.  Henry G. Morgan, Esq. is a member in good standing of the New Jersey Supreme Court and the United States District Court – District of New Jersey.

3.  I will be the attorney of record in this matter.

4.  The above-stated defendants wish to have Henry G. Morgan, Esq. admitted pro hac vice so that he may participate in discovery and trial of this action. Accordingly, it is respectfully requested that the court grant Henry G. Morgan, Esq. application admitting them pro hac vice to participate in discovery and trial in the above-captioned matter pursuant to Local Rule 1.3(c).

5.  I certify, under penalty of perjury of 28 USC§ 1746 that the forgoing statements are true to the best of my knowledge and belief.

JOSEPH DEDONATO, ESQ.

DATED: July 23, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>    Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**DECLARATION OF<br>HENRY G. MORGAN, ESQ.** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>   Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>   Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>   Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,<br><br>   Fourth-Party Defendants. | |

**HENRY G. MORGAN**, hereby declares and affirms:

1. I respectfully submit this Declaration in support of my application to be admitted pro hac vice in this action on behalf of defendants, Ohio Casualty Insurance Com. d/b/a Ohio Casualty Group.

2. I am a partner with the law firm of Morgan Melhuish Abrutyn, 39 Broadway – 35th Floor, New York, New York 10006 and 651 W. Mt. Pleasant Avenue, Livingston, New Jersey 07039.

3. I have been admitted to practice before the following courts:

    New Jersey Supreme Court    (1948)

    United States District Court –

    District of New Jersey    (1948)

4. I am a member in good standing in the above-stated bars. See Exhibit A attached hereto. I have not been disbarred or suspended from practice in any court.

5. I am associated with Joseph DeDonato, Esq., who is a partner in our firm and a member in good standing of the New York bar.

6. Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group, requested that I represent them in this matter. Good cause exists for my admission herein since I have been retained by the defendants, Ohio Casualty Insurance Co. d/b/a Ohio Casualty Group, to represent their interests in defense of other lawsuits.

7. I have never been disciplined by any court.

8. I agree to abide by all rules governing this Court, including disciplinary rules.

9. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

10. I certify, under penalty of perjury of 28 USC§ 1746 that the forgoing statements are true to the best of my knowledge and belief.

_____
HENRY G. MORGAN, ESQ.

DATED: July 23, 2008

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **HENRY G MORGAN**
(No. **148651948**) was constituted and appointed an Attorney at Law of New Jersey on **April 01, 1948** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **15TH** day of **July**, 20 **08**

Clerk of the Supreme Court

-453a-

# Certificate of Good Standing



### United States of America

### District of New Jersey

    I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Henry G. Morgan

    was duly admitted to practice in said Court as of April 1, 1948, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: July 22, 2008

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.*

## **DECLARATION OF SERVICE**

      I certify, under penalty of perjury to 28 U.S.C. Section 1746, that copies of the Notice of Motion were sent via USPS, First Class Mail to:

Clerk's Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Eli Rogers, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
*Attorneys for Fourth-Party Plaintiffs,*
*Trataros Construction, Inc. and Travelers Casualty*
*an Surety Company*

David Abramovitz, Esq.
Zetlin & DeChiara, LP
801 Second Avenue
New York, New York 10017
*Attorneys for Defendant*
*Kohn, Pederson, Fox & Associates, P.C.*

Stephen B. Shapiro, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007
*Attorneys for Defendant,*
*Dormitory Authority of the State of New York & TDX Construction Corp.*

Gary L. Rubin, Esq.
Mazur, Carp & Rubin, P.C.
1250 Broadway, 38th Floor
New York, New York 10001
*Attorneys for Defendant,*
*TDX Construction Corp.*

Joseph S. Weiner, Esq.
Law Office of Vincent P. Crisci, Esq.
17 State Street, 8th Floor
New York, NY 10004
*Attorneys for Poulon-Morris, Inc.*

Jeremy Platek, Esq.
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue, 2nd Fl.
White Plains, New York 10601
*Attorneys for Fourth-party Defendant,*
*Bartec Industries, Inc.*

Thomas M. DeSimone, Esq.
Goldberg Segalla, LLP
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
*Attorneys for Fourth-Party Defendant,*
*Dayton Superior Specialty Chemical Corp.*

Christian H. Gannon, Esq.
Segal, McCambridge, Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, New York 10022
*Attorneys for Fourth-Party Defendant,*
*Specialty Construction Brands, Inc. t/a TEC*

Diana E. Goldberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza, 9th Floor
New York, New York 10004
*Attorneys for Fourth-Party Defendant,*
*Allied World Assurance Company*

Donald G. Sweetman, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, NJ 07054
*Attorneys for Fourth-Party Defendant,*
*Great American Insurance Company*

Paul A. Winick, Esq.
Thelan, Reid & Priest, LLP
875 Third Avenue
New York, New York 10022
*Attorneys for Third-Party Defendant,*
*L.B.L. Skysystems*

Steven Alan Coploff, Esq.
Steinberg & Cavaliere, LLP
50 Main Street
White Plains, NY 10606

*Attorneys for Third-Party Defendant*
*Kemper Insurance Company*

John P. DeFilippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 10th Fl.
New York, New York 10016
*Attorney for Fourth-Party Defendant*
*United States Fire Insurance Company*

S. Dwight Stephens, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
*Attorneys for Fourth-Party Defendant*
*Zurich American Insurance Company*

Martin A. Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1050 Franklin Avenue
Garden City, NY 11530
*Attorneys for Third-Party Defendant*
*Cosentini Associates, Inc.*

Terrence J. O'Connor, Esq.
O'Connor & Golder
24 North Washington
Port Washington, New York 11050
Fax: 1-570-619-6007
*Attorney for Third-Party Defendant*
*Jordan Panel Systems Corp.*

Mark S. Krieg, Esq.
Krieg & Associates, P.C.
5 Heather Court
Dix Hills, New York 11746
*Attorneys for Third-Party Defendants*
*Counsilman/Hunsaker & Associates and*
*Entek Engineering, PLCC*

Christopher A. Albanese, Esq.
Milber, Makris, Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
*Attorneys for Third-Party Defendant*
*Vollmer Associates, LLP*

Richard P. Dyer, Esq.
Thelen, Reid  Priest, LLP
875 Third Avenue
New York, New York
*Attorneys for Third-Party Defendant*
*LBL Skysystems Corporation*


Robert Mark Wasko, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
226 West 26th Street, 8th Floor
New York, New York 10001-6785
*Attorneys for Fourth-Party Defendants,*
*G.M. Grocetti, Inc. and Carolina Casualty Ins. Co.*

**and**

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
The Graybar Building
420 Lexington Avenue
New York, NY 10170
*Attorneys for Fourth-Party Defendant Carolina Casualty*

Martin P. Lavelle, Esq.
Law Offices of Martin P. Lavelle
110 William Street, 18th Fl.
New York, New York 10038
*Fourth-Party Defendant,*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

Lance J. Kalik, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
Morristown, NJ 07962
*Attorneys for Fourth-Party Defendant,*
*Harleysville Mutual Ins. Co.*

Stephen P. Schreckinger, Esq.
Gogick, Burne & O'Neill, LLP
11 Broadway, Suite 1560
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Weidlinger Associates Consulting Engineers, P.C.*

Cheryl L. Davis, Esq.
Menaker, Herrmann, LLP
10 East 40th Street, 43rd. Fl.
New York, New York 10006
*Attorneys for Third-Party Defendant,*
*Shen Milson & Wilke, Inc.*

Annalee Cataldo-Barile, Esq.
Sinnretch, Safar & Kosakoff, LLP
320 Carleton Avenue, suite 3200
Central Islip, NY 11722
*Attorneys for John A. VanDeusen & Assoc. Inc.*

Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, 4th Fl.
New York, New York 10004
*Attorneys for Third-Party Defendant,*
*Warfel Schrager Architectural Lighting, LLC*

Michael P. Catina, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, New York 10604
Fax: 914-323-7001
*Attorneys for Third-Party Defendant,*
*Theatre Projects Consultants*

Fe D. Tesoro, Esq.
Law Office of Vincent P. Crisci
17 State Street, 8th Floor
New York, New York 10004
*Attorneys for Poulin & Morris*

_____
THOMAS A. LLOYD

Dated: July 23, 2008

#468553