#248   (JAB 7/31/08)
SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff,

vs.

DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,

    Defendants.

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

    Third-Party Plaintiff,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a/ COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a/ HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-12,

    Fourth-Party Defendants.

Case No. 07-CV-6915 (DLC)
ECF CASE

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**



Granted
Final copy
August 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

**PLEASE TAKE NOTICE**, that upon the Declaration of Henry G. Morgan, Esq., sworn to on July 23, 2008 and the Declaration of Joseph DeDonato, sworn to on July 23, 2008, the undersigned will move this Court, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York on a date and time to be fixed by the Court, for an order granting admission pro hac vice attorney Henry G. Morgan, Esq. of the law firm of Morgan Melhuish Abrutyn, for the purpose of discovery and trial of the within matter, pursuant to Local Rule 1.3 (c).

**PLEASE TAKE FURTHER NOTICE** that answering affidavits, if any, are to be served upon the undersigned no later than seven (7) days prior to the return thereof.

MORGAN MELHUISH ABRUTYN

JOSEPH DEDONATO, ESQ.
39 Broadway, 35th Floor
New York, New York 10006
(212) 809-1111
Attorneys for defendants, Ohio Casualty
Insurance Co. d/b/a Ohio Casualty Group

TO:

Eli Rogers, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
*Attorneys for Fourth-Party Plaintiffs,
Trataros Construction, Inc. and Travelers Casualty
an Surety Company*

David Abramovitz, Esq.
Zetlin & DeChiara, LP
801 Second Avenue
New York, New York 10017