UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

              Plaintiff,

vs.

THE DORMITORY AUTHORITY OF THE STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN, PETERSON, FOX & ASSOCIATES, P.C.,

              Defendants.

Civil Action No.:
07-CV-6915 (DLC)

ECF CASE

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK, and TDX CONSTRUCTION CORP.,

              Third-Party Plaintiff,

vs.

TRATAROS CONSTRUCTION, INC.

              Third-Party Defendants

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

              Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, BARTEC INDUSTRIES INC., DAYTON SUPERIOR SPECIALTY CHEMICAL CORP., a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRCUTION BRANDS INC. t/a TEC, KEMPER CASAULTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., UNITED STATES FIRE INSURANCE COMPANY,

ALLIED WORLD ASSURANCE COMPANY (U.S.)
INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE COMPANY
d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY
INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP,
HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY), JOHN DOES 1-20,
and XYZ CORPS. 1-12,

          Fourth Party Defendants.
-----------------------------------------------------------------------
KOHN PEDERSEN FOX ASSOCIATES, P.C.

          Third-Party Plaintiff,

   -against-

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C.,
CASTRO-BLANCO PISCIONERI AND ASSOCIATES,
ARCHITECTS, P.C., ARQUITECTONIA NEW YORK, P.C.,
COSENTINI ASSOCIATES, INC., CERMAK, PETERKA
PETERSEN, INC., JORDAN PANEL SYSTEMS CORP.,
TRATAROS CONSTRUCTION, INC. AND LBL SKYSYSTEMS
(U.S.A.), INC.

          Third-Party Defendants.
-----------------------------------------------------------------------

          NOTICE OF CHANGE OF ADDRESS

   **PLEASE TAKE NOTICE THAT,** the Law Offices of Green & Lavelle, counsel in this action for the parties identified below, has changed its address, telephone and fax numbers. All future correspondence should be directed to:

    **Law Offices of Green & Lavelle**
    **12 MetroTech Center, 28th Floor**
    **Brooklyn, New York 11201**
    **Tel:** **718-250-1400**
    **Fax:** **718-250-1401**

*New York, New York*
*August 4, 2008*

                              Erika C. Aljens
                              Law Offices of Green & Lavelle
                              110 William Street, 18th Floor
                              New York, New York 10038
                              Tel:    212-2660-5880
                              ***Attorneys for Fourth-Party Defendant***
                              ***National Union Fire Insurance Company of***
                              ***Pittsburgh, PA***