Michael X. McBride (MXM-0137)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Third Party Defendant, Cermak, Peterka Petersen, Inc.

SCANNED
(JAB 08/01/05)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | 07 Civ. 6915 (DLC)<br>EFC CASE<br><br>#249<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>Third Party Plaintiffs,<br>v.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third Party Defendant. | Granted<br>Denise Cote<br>August 6, 2008 |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth Party Plaintiffs,<br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>Fourth Party Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/6/08 |

1967319-01

JUL 31 2008

90025-65773