```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE
COMPANY,
                                                    NOTICE OF MOTION OF
                          Plaintiffs,               ALLIED WORLD ASSURANCE
                                                    COMPANY (U.S.) INC.
              -against-                             AND NORTH AMERICAN
                                                    SPECIALTY INSURANCE
DORMITORY AUTHORITY - STATE OF NEW YORK,            COMPANY FOR SUMMARY
TDX CONSTRUCTION CORP. and KOHN PEDERSON            JUDGMENT PURSUANT TO
FOX ASSOCIATES, P.C.,                               FED.R. CIV.P.56

                          Defendants.               Docket No. 07-cv-6915
                                                    (DLC)
-----------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

                          Third-Party Plaintiffs,

              -against-

TRATAROS CONSTRUCTION, INC.,

                          Third-Party Defendant.
-----------------------------------------X

TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                          Fourth-Party Plaintiffs,

              -against-

CAROLINA CASUALTY INSURANCE COMPANY;
BARTEC INDUSTRIES, INC,; DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER
CASULATY INSURANCE COMPANY d/b/a KEMPER
INSURANCE COMPANY; GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, P.S.;
UNITED STATES FIRE INSURANCE COMPANY;
NORTH AMERICAN INSURANCE COMPANY; ALLIED
WORLD ASSURANCE COMPANY (U.S.) f/k/a
```

COMMERICAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYVILLE INSURANCE COMPANY); JOHN DOES 1-20 and XYZ CORPS. 1-19 ,

    Fourth-Party Defendants.
------------------------------------------X

  **PLEASE TAKE NOTICE** that, upon the Declaration of Joel M. Simon dated August 4, 2008, and the exhibits annexed hereto including the Affidavit of Anita Thibadeau dated August 4, 2005 and upon the accompanying Memorandum of Law and all prior pleadings and proceedings in this action, Attorneys for Fourth-Party Defendants Allied World Assurance Company (U.S.) Inc. and North American Specialty Insurance Company as successor in interest to Commercial Underwriters Insurance Company by and through its attorneys, Smith Mazure Director Wilkins Young & Yagerman, P.C. will move this Court, Hon. Denise L. Cote, U.S.D.J., at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order granting summary judgment and dismissing the Fourth-Party Complaint against ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. and North American Specialty Insurance Company as successor in interest to Commercial Underwriters Insurance Company pursuant to Fed. R. Civ.P. 56 and awarding legal fees, costs and such other and further relief to

ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. and North American Specialty Insurance Company as successor in interest to Commercial Underwriters Insurance Company.

Dated: New York, New York
       August 5, 2008

                               *Yours, etc.,*

                               SMITH MAZURE DIRECTOR WILKINS
                               YOUNG & YAGERMAN, P.C.

                               By: _____

                               JOEL M. SIMON (JMS - 1077)
                               Attorneys for Fourth-Party Defendants
                               ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. and North American Specialty Insurance Company as successor in interest to Commercial Underwriters Insurance Company.
                               111 John Street, 20th Floor
                               New York, New York 10038-3198
                               (212) 964-7400
                               Our File No. NAS-00285/JMS

TO:
GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third Party Defendant
Arquitectonica New York, P.C.
11 Broadway, Suite 1560
New York, New York 10004

O'CONNOR REDD LLP
Attorney for Fourth-Party Defendant
Bartec Industries, Inc.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700
File: Please Advise

TORRE LENTZ GAMELL GARY & RIIMASTER, LLP
Attorneys for Third Party Defendants
Carolina Casualty Insurance Company and Castro-Blanco Piscioneri and Associates
226 West 26th Street - 8th Floor
New York, New York 10001
516-240-8900

CONNELL FOLEY, LLP
Attorneys for Third Party Defendant
Cermak Peterka Peterson, Inc.
85 Livingston Avenue
Roseland, NJ 07068
973-535-0500

L'ABBATTE BALKAN COLAVITA & CONTINI, LLP
Attorneys for Third Party Defendant
Consentini Associates, Inc.
11 Broadway, Suite 1560
New York, New York 10004
516-837-7366

HOLLAND KNIGHT LLP
Attorney for Defendant/Third-Party Plaintiffs
Dormitory Authority - State of New York and TDX Construction Corp.
195 Broadway
New York, NY 10007
(212) 513-3200

GOLDBERG SEGALLA, LLP
Attorney for Fourth-Party Defendant
GM Grocetti, Inc.
170 Hamilton Avenue, Suite 203
White Plains, NY 10604
(914) 798-5400

GENNETT KALLMANN ANTIN & ROBINSON, P.C.
Attorneys for Fourth Party Defendant
Great American Insurance Company
6 Campus Drive
Parsippany, NJ 07054
973-285-1919


RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, L.L.P.
Attorney for Fourth-Party Defendant
Harleysville Mutual Insurance Company (a/k/a Harleysville Insurance Company)
Headquarters Plaza One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

KALB & ROSENFELD, P.C.
Attorneys for Third Party Defendant
JORDAN PANEL SYSTEMS CORP.
1470 Bruckner Boulevard
Bronx, New York 10473
718-328-1610

BOLLINGER RUBERRY & GARVEY
Attorney for Fourth-Party Defendant
Kemper Casualty Insurance Company d/b/a
Kemper Insurance Company
500 West Madison Street, 23rd Floor
Chicago, IL 60661

ZEVNEL KARCIOGLU, ESQ.
Attorney for Defendant
Kohn Pederson Fox Associates, P.C.
36 East 20th Street
New York, New York 10003
(212)661-0722

THELEN REID BROWN RAVSMAN & STEINER, LLP
Attorneys for Third Party Defendant
LBL SKYSYSTEMS (U.S.A. INC)
873 3rd Avenue
New York, New York 10022
212-603-2000

LAW OFFICES OF GREEN & LAVELLE
Attorney for Fourth-Party Defendant
National Union Fire Insurance Company of
Pittsburgh, PA
110 Williams Street, 18th Floor
New York, NY 10038
(212) 266-5880
File: Please Advise

MORGAN, MELHUISH, MONAGHAN, ARVIDSON,
ABRUTYN & LISOWSKI, ESQS.
Attorney for Fourth-Party Defendant
Ohio Casualty Insurance Company d/b/a
Ohio Casualty Group
39 Broadway - 35th Floor
New York, New York 10006
212-735-8600

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Attorney for Fourth-Party Defendant
Specialty Construction Brands, Inc. t/a TEC
830 Third Avenue, 400
New York, NY 10022
File: Please Advise

MELITO & ADOLFSEN, P.C.
Attorney for Fourth-Party Defendant
Zurich American Insurance Company d/b/a Zurich Insurance Company
233 Broadway, 28th Floor
New York, NY 10279-0118
(212) 238-8900

DREIFUSS, BONACCI & PARKER LLP
Attorney for Plaintiff/Third-Party Defendants
and Fourth Party Plaintiff Travelers Casualty and Surety Company as Administrator for Reliance Insurance Company and Trataros Construction, Inc.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
(973) 514-1414
File: Please Advise


ZICHELLO & MCINTYRE, ESQS.
Attorney for Fourth-Party Defendant
Carolina Casualty Insurance Company
420 Lexington Avenue
New York, NY 10170
(212) 972-5560
File: Please Advise


SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Attorney for Fourth-Party Defendant
Specialty Construction Brands, Inc. t/a TEC
830 Third Avenue, 400
New York, NY 10022
File: Please Advise

## AFFIDAVIT OF SERVICE

That on August    , 2008, deponent served upon all parties the annexed Allied World Assurance Company (U.S.) Inc. and North American Specialty Insurance Company as successor in interest to Commercial Underwriters Insurance Company's motion for summary judgment pursuant to Fed. R.Civ.P. 56, Declaration of Joel M. Simon in support of the motion for summary judgment and dismiss the fourth party complaint and memorandum of law against fourth party defendants Allied World Assurance Company (U.S.) Inc. and North American Specialty Insurance Company as successor in interest to Commercial Underwriters Insurance Company via the Court's ECF System.

_____
JOEL M. SIMON (JMS 1077)

Sworn to before me this
6th day of August, 2008

_____
Notary Public

MARIA C. ENGEL
Notary Public, State of New York
No. 01EN5069958
Qualified in Kings County
Commission Expires Dec. 9, 2010

**SERVICE LIST**

GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third Party Defendant
Arquitectonica New York, P.C.
11 Broadway, Suite 1560
New York, New York 10004

O'CONNOR REDD LLP
Attorney for Fourth-Party Defendant
Bartec Industries, Inc.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700
File: Please Advise

TORRE LENTZ GAMELL GARY & RIIMASTER, LLP
Attorneys for Third Party Defendants
Carolina Casualty Insurance Company
and Castro-Blanco Piscioneri and Associates
226 West 26th Street - 8th Floor
New York, New York 10001
516-240-8900

CONNELL FOLEY, LLP
Attorneys for Third Party Defendant
Cermak Peterka Peterson, Inc.
85 Livingston Avenue
Roseland, NJ 07068
973-535-0500

L'ABBATTE BALKAN COLAVITA & CONTINI, LLP
Attorneys for Third Party Defendant
Consentini Associates, Inc.
11 Broadway, Suite 1560
New York, New York 10004
516-837-7366

HOLLAND KNIGHT LLP
Attorney for Defendant/Third-Party Plaintiffs
Dormitory Authority - State of New York and TDX Construction Corp.
195 Broadway
New York, NY 10007
(212) 513-3200

GOLDBERG SEGALLA, LLP
Attorney for Fourth-Party Defendant
GM Grocetti, Inc.
170 Hamilton Avenue, Suite 203

White Plains, NY 10604
(914) 798-5400

GENNETT KALLMANN ANTIN & ROBINSON, P.C.
Attorneys for Fourth Party Defendant
Great American Insurance Company
6 Campus Drive
Parsippany, NJ 07054
973-285-1919

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, L.L.P.
Attorney for Fourth-Party Defendant
Harleysville Mutual Insurance Company (a/k/a Harleysville Insurance Company)
Headquarters Plaza One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

KALB & ROSENFELD, P.C.
Attorneys for Third Party Defendant
JORDAN PANEL SYSTEMS CORP.
1470 Bruckner Boulevard
Bronx, New York 10473
718-328-1610

BOLLINGER RUBERRY & GARVEY
Attorney for Fourth-Party Defendant
Kemper Casualty Insurance Company d/b/a Kemper Insurance Company
500 West Madison Street, 23rd Floor
Chicago, IL 60661

ZEVNEL KARCIOGLU, ESQ.
Attorney for Defendant
Kohn Pederson Fox Associates, P.C.
36 East 20th Street
New York, New York 10003
(212)661-0722

THELEN REID BROWN RAVSMAN & STEINER, LLP
Attorneys for Third Party Defendant
LBL SKYSYSTEMS (U.S.A. INC)
873 3rd Avenue
New York, New York 10022
212-603-2000

LAW OFFICES OF GREEN & LAVELLE
Attorney for Fourth-Party Defendant
National Union Fire Insurance Company of Pittsburgh, PA
110 Williams Street, 18th Floor
New York, NY 10038
(212) 266-5880
File: Please Advise

MORGAN, MELHUISH, MONAGHAN, ARVIDSON, ABRUTYN & LISOWSKI, ESQS.
Attorney for Fourth-Party Defendant
Ohio Casualty Insurance Company d/b/a Ohio Casualty Group
39 Broadway - 35th Floor
New York, New York 10006
212-735-8600

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Attorney for Fourth-Party Defendant
Specialty Construction Brands, Inc. t/a TEC
830 Third Avenue, 400
New York, NY 10022
File: Please Advise

MELITO & ADOLFSEN, P.C.
Attorney for Fourth-Party Defendant
Zurich American Insurance Company d/b/a Zurich Insurance Company
233 Broadway, 28th Floor
New York, NY 10279-0118
(212) 238-8900

DREIFUSS, BONACCI & PARKER LLP
Attorney for Plaintiff/Third-Party Defendants
and Fourth Party Plaintiff Travelers Casualty and Surety Company as Administrator for Reliance Insurance Company and Trataros Construction, Inc.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
(973) 514-1414
File: Please Advise


ZICHELLO & MCINTYRE, ESQS.
Attorney for Fourth-Party Defendant
Carolina Casualty Insurance Company
420 Lexington Avenue
New York, NY 10170
(212) 972-5560
File: Please Advise


SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Attorney for Fourth-Party Defendant
Specialty Construction Brands, Inc. t/a TEC
830 Third Avenue, 400
New York, NY 10022
File: Please Advise

Civil Action No. 07-cv-6915 (DLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

                              Plaintiffs,

-against-

DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSON FOX ASSOCIATES, P.C.,

                              Defendants.

And third and fourth party actions

---

### NOTICE OF MOTION and SUPPORTING PAPERS

---

**SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.**
Attorneys for Fourth-Party Defendants
North American Specialty Insurance
Company as successor in interest to
Commercial Underwriters Insurance
Company.
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
NAS-00285/JMS

---

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

        hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing is not frivolous nor frivolously presented.

Dated:    New York, New York

                                                               _____

**PLEASE TAKE NOTICE**

☐    that the within is a true copy of a       entered in the office of the clerk of the within named Court on  .

☐    that a      of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at      , on at 9:30 a.m.

                              **SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.**
                              Attorneys for Fourth-Party Defendants
                    North American Specialty Insurance Company as
                    successor in interest to Commercial Underwriters
                                  Insurance Company.
                                    111 John Street, 20th Floor
                                    New York, New York 10038-3198
                                        (212) 964-7400
                                  Our File No. NAS-00285/JMS

JMS/dln
840818.wpd