UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE COMPANY,

                Plaintiff,

Vs

THE DORMITORY AUTHORITY OF THE STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,

                Defendants.

CASE No.
04 CV 5101

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Efrain Camacho, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Bronx, NY:

On March 2, 2005 at 11:15 a.m. at 25 Beaver Street, New York, NY 10004, I served the within AMENDED FOURTH-PARTY SUMMONS IN A CIVIL CASE, AMENDED FOURTH–PARTY COMPLAINT and CROSS-CLAIM AGAINST KPF, COMPLAINT, DASNY'S ANSWER WITH AFFIRMATIVE DEFENSES, COUNTERCLAIM, AND CROSS-CLAIMS, LETTER DATED AUGUST 2, 2004, (Scheduling Order) THIRD-PARTY COMPLAINT, ANSWER AND JURY DEMAND, FOURTH-PARTY ANSWER and CROSS-CLAIM AGAINST KPF, DEFENDANT KOHN PEDERSON FOX ASSOCIATES, P.C.'S REPLY WITH COUNTERCLAIMS TO FOURTH-PARTY PLAINTIFFS' CROSS-CLAIM, REPLY TO CROSS-CLAIMS, FOURTH-PARTY COMPLAINT and CROSS-CLAIM AGAINST KPF, ANSWER TO FOURTH PARTY COMPLAINT, DEFENDANT KOHN PEDERSON FOX ASSOCIATES, P.C.'S THIRD-PARTY COMPLAINT, ANSWER TO FOURTH-PARTY COMPLAINT WITH CROSS-CLAIMS, RULE 7.1 STATEMENT OF TRAVELERS CASUALTY & SURETY COMPANY & RULE 7.1 OF TRATAROS CONSTRUCTION, INC., on NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., defendant therein named, by delivering a true copy of same to CONNIE COOPER c/o NEW YORK STATE INSURANCE DEPARTMENT, as agent.

The person served is a black female, blonde hair, 40-50 years old, 5'7"-5'8" in height, 160-170 pounds.

                              Efrain Camacho
                              License No. 1164027

Sworn to before me this
2nd day of March 2005

NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 200$

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796