UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE INSURANCE COMPANY,

                Plaintiff,

vs.                                       Case No. 07-CV-6915 (DLC)
                                                  ECF CASE

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP. and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,
                Defendants.

DORMITORY AUTHORITY – STATE OF NEW YORK, et. al,       **AFFIDAVIT OF**
                                                                       **PRISCILLA MAY**

                Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

                Third-Party Defendant.

TRATAROS CONSTRUCTION, INC., et. al,

                Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; et. al,

                Fourth-Party Defendants.

| STATE OF NEW YORK | ) |
|---|---|
| | :ss.: |
| COUNTY OF NEW YORK | ) |

**PRISCILLA MAY**, being duly sworn, deposes and says:

1.     I am an attorney employed by Fourth-Party Defendant Zurich American Insurance Company ("Zurich") and by Assurance Company of America ("Assurance") as Claims Counsel, and I am personally responsible for managing the insurance coverage claim that is the

subject of this litigation. This affidavit is based on my review of the documents maintained by Zurich and Assurance in connection with this matter.

2. The document annexed as Exhibit L to the affidavit of S. Dwight Stephens, sworn to August 6, 2008 ("the Stephens affidavit"), is a true and correct copy of the Zurich general liability policy issued to Trataros ("the Trataros Policy").

3. The document annexed as Exhibit N to the Stephens affidavit includes true and correct copies of pages from the general liability and umbrella liability portion of the Assurance insurance policy issued to Bartec Industries, Inc. ("Bartec")("the Bartec Policy").

4. The documents in Zurich's and Assurance's claim files indicate that the first notice that Zurich and Assurance received of a tender by Trataros Construction, Inc. ("Trataros") and/or Travelers Casualty & Surety Company ("Travelers") on behalf of Trataros of an "occurrence," claim or suit against Trataros under either the Trataros Policy or the Bartec Policy was when Zurich received a copy of the Amended Fourth-Party Complaint in *Travelers Cas. & Sur. Co. v. DASNY, et al.* (04 CV 5101 (HB)).

5. The claim notes document that Zurich and Assurance received the Amended Fourth-Party Complaint at their home office in Schaumburg, Illinois by mail from the New York State Superintendent of Insurance's Office on or about March 15, 2005.

Priscilla May

Sworn to before me this
6th day of August, 2008

Notary Public

67376