UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>*Document Electronically Filed* |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>　　　Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　Fourth-Party Defendants. | |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Mark T. Hall, Esq., dated August 8, 2008, and all of the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings, papers and proceedings heretofore had herein, Fourth party Defendant Ohio Casualty Insurance Company, ("Ohio"), will move this Court, Hon Denise L. Cote, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on the date and time to be determined by the Court for an Order:

(i) Granting summary judgment and dismissing the Complaint of the above named Plaintiff as against Ohio, with prejudice; and

(ii) Awarding costs and such other and further relief as this Court shall deem just and proper.

Dated:   Livingston, New Jersey
         August 8, 2008

                              **MORGAN MELHUISH ABRUTYN**

                                  *s/ Mark T. Hall*
                            By:_____
                                Mark T. Hall, (MH3275)
                                Attorneys for Fourth-Party
                                Defendant, Ohio Casualty
                                Insurance Company

#495640