

January 26, 2001

Trataros Construction, Inc.
c/o Baruch Academic Complex
55 Lexington Avenue
New York, NY 10010

RE: Baruch College

Gentlemen:

On a visit to the jobsite this date, we have discovered hollow spots in areas being leveled on the eighth floor.

We will not install terrazzo over these areas until they are corrected.

Please check installation procedures being used to install the leveling underlayment to ensure the presence of good bond to concrete substrate.

Very truly yours,

GM CROCETTI, INC.

Ray Toffoli
Terrazzo Manager

RT/rz

GM CROCETTI, INC.   3960 MERRITT AVE.   BRONX, NY 10466   718-994-0900   FAX 718-994-4505

CR1198



CR1197

DASNY 36

MAR-01-01 14:57 FROM:TDX CONSTRUCTION    ID:2126790031    PAGE 1/2



# TDX CONSTRUCTION CORPORATION

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com



February 28, 2001

Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn:  John Clarke

RE:  *Baruch College – Site "B"*
Contract No. 16 - G. C. #2
Terrazzo Installation

Gentlemen:

We note that there are areas where the terrazzo flooring installation has separated from the substrates. We have observed this condition at the 13th floor elevator lobby.

We also have observed areas of delamination of the layers of the conflow floor fill on the 6th floor.

You are directed to provide our office with the following information:

1. A survey of the entire terrazzo installation for any other areas of uplift.
2. A survey of the remaining exposed conflow installation for delamination.
3. We understand that your office has taken core samples at various locations of terrazzo installation. Please provide our office with the results of these findings.



RECEIVED
3-1-01

Corporate Office 345 Seventh Avenue, New York, NY 10001

TRATAROS2_002391

4. Advise our office as to the reason for the separation of the terrazzo and the delamination of the conflow.
5. Advise our office as to the planned steps to be taken for remediation of the above. All procedures must be in accordance with manufacturers authorization and A/E approval.

Please proceed accordingly.

Very truly yours,
TDX Construction Corporation

John J. McCullough, P.E.
Project Manager

JJM/kdl

Cc: N. D'Ambrosio
R. Leu
J. Barrera
T. Mockler
File

Ltr Tratros Terrazzo Installation

TRATAROS2_002392