BARTEC

2111

**crocetti**
C E R A M I C
M A R B L E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME | BARUCH COLLEGE | JOB NO. 98106 | DATE 3/16/01 |
|---|---|---|---|
| ADDRESS 55TH & LEXINGTON | | PREPARED BY KAY TOFFOLI | |
| FLOOR/LEVEL 13 | SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO TEKTAKOS CONSTRUCTION | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/8/01 | PX NO. (PENDING EXTRA) | |

REMOVE LOOSE UNDERLAYMENT. TERRAZZO TOPPING AND
INSTALL ADDITIONAL UNDERLAYMENT + FLEX MEMBRANE   (Added item?)

## LABOR SUMMARY

| | CLASSIFICATION | | HOURS | | | | |
|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | |
| | MECHANIC FOREMAN | | | | | | |
| ✓ | MECHANIC | 1 | 7 | | | 7 | |
| | FINISHER FOREMAN | | | | | | |
| | FINISHER | | | | | | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | | |
| | TRUCK DRIVER | | | | | | |
| | WAREHOUSE | | | | | | |
| | FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | | | |
|---|---|---|---|
| 8 BAGS | SAND | | |
| 2 " | MAPOCEM CEMENT | | |
| 3 GALS. | MEMBRANE | | |
| 3 " | " HARDENER | | |
| 1 ROLL | FIBERGLASS MESH | | |
| | | SALES TAX | → |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____

N.M.C. Representative
n sales from NEBS CUST& M printing service   1-800-865-6327 — NEBS, Inc. Peterborough, N.H 03458   www.nebs.com



EXHIBIT
BARTEC
1
7/25/08   WH

Ref. No. G 252702056

CR0662

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2112**

| | |
|---|---|
| PROJECT NAME: BARUCH COLLEGE | JOB NO. 98106  DATE 3/16/01 |
| ADDRESS: 55 LEXINGTON AVE. | PREPARED BY RAY TOFFOLI |
| FLOOR/LEVEL: 13  SPACE/AREA: LOBBY | FIELD/WORK ORDER |
| SEND INVOICE TO: TRATAROS CONSTRUCTION | ATTENTION: |
| DESCRIPTION OF WORK  DATE WORK PERFORMED 3/9/01 | PX NO. (PENDING EXTRA) |

DESCRIPTION OF WORK: REMOVE LOOSE UNDERLAYMENT & TERRAZZO & INSTALL NEW UNDERLAYMENT & ADDITIONAL

**LABOR SUMMARY**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | | | | | |
| MECHANIC FOREMAN | | | | | | | | | | | |
| MECHANIC | | | | | | | | | | | |
| FINISHER FOREMAN | | | | 7 | | | | | 7 | | |
| FINISHER | | | | | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | 7 | | | | | 7 | | |
| MARBLE POLISHER (SHOP) | | | | | | | | | | | |
| TRUCK DRIVER | | | | | | | | | | | |
| WAREHOUSE | | | | | | | | | | | |
| FOREMAN HELPERS | | | | | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | SALES TAX | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____

G.M.C. Representative _____
Reorder from NEBS Call Toll Free printing

CR0663

MER ~~Bartec Basemt~~

**crocetti**
CUSTOM M.F.G.
M.A.R.B.L.E
G.R.A.N.I.T.E
T.E.R.R.A.Z.Z.O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 2113

| PROJECT NAME BARUCH COLLEGE | JOB NO 98106 | DATE 3/16/01 |
|---|---|---|
| ADDRESS 55 LEXINGTON AVE. | PREPARED BY | |
| FLOOR/LEVEL (3)    SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK    DATE WORK PERFORMED 3/12/01 | (PRE / PENDING EXTRA) | |

REMOVE LOOSE UNDERLAYMENT & TERRAZZO & INSTALL NEW
~~UNDERLAYMENT~~ & FLEX MEMBRANE.

## LABOR SUMMARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | |
| | MECHANIC FOREMAN | | | | | | |
| ✓ | MECHANIC | | | | | | |
| | FINISHER FOREMAN | 1 | 4 | | | 4 | |
| ✓ | FINISHER | 1 | 4 | | | 4 | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | | 1 |
| | TRUCK DRIVER | | | | | | |
| | WAREHOUSE | | | | | | |
| | FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | DS | |
| | | | | | |
| | | | | | |
| | | | | | |

| SALES TAX | |
|---|---|
| | → |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

NEBS CUSTOM printing service  1-800-888-8327  NEBS Inc. Peterborough, NH 03458

CR0664

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**2114**

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/16/01 |
|---|---|---|
| ADDRESS 55 LEXINGTON AVE | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 13    SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK    DATE WORK PERFORMED 3/19/01 | PX NO. (PENDING EXTRA) | |

REMOVE LOOSE UNDERLAYMENT & TERRAZZO AND INSTALL NEW
UNDERLAYMENT & FLEX MEMBRANE J what is the structure.

### LABOR SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | | |
| MECHANIC FOREMAN | | | | | | | | |
| MECHANIC | | | | | | | | |
| FINISHER FOREMAN | | 1 | 4 | | | | 4 | |
| FINISHER | | 1 | 4 | | | | 4 | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | | |
| TRUCK DRIVER | | | | | | | | |
| WAREHOUSE | | | | | | | | |
| FOREMAN HELPERS | | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

SALES TAX

Customer authorized representative (sign)                    (Print)

M.C. Representative
order from NEBS CUSTOM printing service

CR0665

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2124**

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/29/01 |
| ADDRESS 55 LEXINGTON AVE. | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL ⑬ SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/15/01 | PX NO. (PENDING EXTRA) |

INSTALL NEW TERRAZZO IN AREAS WHERE LOOSE UNDERLAYMENT
& TERRAZZO WERE REMOVED.

### LABOR SUMMARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | 1 | 4 | | | 4 | |
| MECHANIC | | | | | | | |
| FINISHER FOREMAN | | | | | | | |
| FINISHER | | 1 | 7 | | | 7 | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

### MATERIAL AND EQUIPMENT

| QUANTITY | | PRICE | |
|---|---|---|---|
| 180 LFT | DIVIDER STRIP | .90 | 162.00 |
| 30 GALS | EPOXY MATRIX | 28.00 | 840.00 |
| 8 BAGS | MARBLE CHIPS | 21.00 | 168.00 |
| 1/2 " | MOTHER OF PEARL CHIPS | 120.00 | 180.00 |
| 3 " | FILLER | 8.00 | 24.00 |
| | | SALES TAX → | |

work order daily for each job.

(Print)

CR0667

**WORK ORDER**

**2126**

crocetti
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME | BARUCH COLLEGE | | JOB NO. | 98106 | DATE | 3/29/01 |
|---|---|---|---|---|---|---|
| ADDRESS | 551 LEXINGTON AVE | | PREPARED BY | RAY TOFFOLI | | |
| FLOOR/LEVEL 13 | SPACE/AREA LOBBY | | FIELD/WORK ORDER | | | |
| SEND INVOICE TO | | | ATTENTION | | | |
| TRATAROS CONSTRUCTION | | | | | | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/16/01 | | PX NO. (PENDING EXTRA) | | | |

INSTALL NEW TERRAZZO IN AREAS WHERE LOOSE UNDERLAYMENT
& TERRAZZO WERE REMOVED.

**LABOR SUMMARY**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | | |
| MECHANIC FOREMAN | | 1 | 5 | | | | 5 | |
| MECHANIC | | 1 | 5 | | | | 5 | |
| FINISHER FOREMAN | | | | | | | 5 | |
| FINISHER | | 2 | 5 | | | | 10 | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | | |
| TRUCK DRIVER | | | | | | | | |
| WAREHOUSE | | | | | | | | |
| FOREMAN HELPERS | | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**SALES TAX** ➡

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____  (Print) _____

G.M.C. Representative
Reorder from NEBS CUSTOM printing service   ... NEBS, Inc. Peterborough, NH 03458  www.nebs.com

Ref. No. G.352700000

CR0668

# WORK ORDER

## 2153

Phone (718) 994-0900
Fax (718) 994-4505

| | | |
|---|---|---|
| JOB NAME: BARUCH COLLEGE | JOB NO. | DATE JUNE 6, 2001 |
| ADDRESS | PREPARED BY | |
| FLOOR/LEVEL 5 5TH | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED | PX NO. (PENDING EXTRA) |

### LABOR SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | | |
| MECHANIC FOREMAN | 1 | | | | | | | |
| MECHANIC | | | 7 hrs | | | | | |
| FINISHER FOREMAN | | | | | | | | |
| FINISHER | | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | | |
| TRUCK DRIVER | | | | | | | | |
| WAREHOUSE | | | | | | | | |
| FOREMAN HELPERS | 1 | | | | | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

### MATERIAL AND EQUIPMENT

fill in front of elevators with epoxy + sand mix.
fill in front of double doors to offices with
epoxy + sand mix.

material
5 gal of epoxy
6 bags of sand   3 bags of chips

| | |
|---|---|
| | SALES TAX |

Murthy Mocue   Tax →
(Authorized representative (Olga))        (Print)

Prepare a separate work order daily for each job.
... time jobs/days.

EXHIBIT
BARTEC
2
7/25/08

**WORK ORDER**

**2154**

3950 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME: BARUCH COLLEGE | JOB NO. | DATE June 7, 2001 |
|---|---|---|
| ADDRESS | PREPARED BY | |
| FLOOR/LEVEL 5th FLOOR    SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | ATTENTION | No M# Reg |
| DESCRIPTION OF WORK    DATE WORK PERFORMED | PX NO. (PENDING EXTRA) | |

**LABOR SUMMARY**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | | |
| MECHANIC FOREMAN | | | | | | | | |
| MECHANIC | | 15 hrs | | | | | | |
| FINISHER FOREMAN | | | | | | | | |
| FINISHER | | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | | |
| TRUCK DRIVER | | | | | | | | |
| WAREHOUSE | | | | | | | | |
| FOREMAN HELPERS | | | | | | | | |

*"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."*

T = Tile    M = Marble    TR = Terrazzo    E = Exterior    5 hrs

**MATERIAL AND EQUIPMENT**

fill in front of escalators with hydraulic cement

material

4 bags of hydraulic cement
12 bags of sand

| | SALES TAX | |
|---|---|---|

Use a separate work order daily for each job.
or . jobs/days.

_____ Allan Moore
Authorized representative (sign)                    (Print)

Representative
From NEBS CUSTOM printing service

Bacco 3

# crocetti

FRAMTC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**3583**

| | | |
|---|---|---|
| PROJECT NAME Baruch College | JOB NO. 98-106 | DATE 2/01/02 |
| ADDRESS 25 St & Lex Ave NYC. | PREPARED BY R. Gardner | |
| FLOOR/LEVEL          SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO Trataros Const | ATTENTION | |
| DESCRIPTION OF WORK    DATE WORK PERFORMED 1/27 6PM | PX NO. (PENDING EXTRA) | |

Repairing Hollow Areas on Ground Floor

## LABOR SUMMARY

| T | M | TR | E | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS RT | PT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | 1 | MECHANIC FOREMAN | 1 | | | 7 | | | 7 |
| | | | | MECHANIC | | | | | | | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | | | | FINISHER | 1 | | | 7 | | | 7 |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| EXTRA | | | |
| | | | |
| | Verified Work | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine labor...

EXHIBIT
Bacco
3

CR0737

# WORK ORDER
## 3584

**crocetti**

CEMENT
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98-106 | DATE 2/01/02 |
|---|---|---|
| ADDRESS 25st I LEX AVE NYC | PREPARED BY R. GARDNER | |
| FLOOR/LEVEL          SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO Trataros Const | ATTENTION | |
| DESCRIPTION OF WORK      DATE WORK PERFORMED 1/28 MON | PX NO. (PENDING EXTRA) | |

Repairing Hollow Areas on Ground Floor

## LABOR SUMMARY

| T | M | B | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS RT | 1½ | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | 1 | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | | | 2 | MECHANIC | 2 | 14 | | | 14 | | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | | | 1 | FINISHER | 1 | 7 | | | 7 | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile      M = Marble      TR = Terrazzo      E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | EXTRA | | |
| | | | |
| | | | |
| | Verified Time AG | 1 | |
| | | | |
| | | SALES TAX | |
| | | TOTAL ➡ | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____

G.M.C. Representative _____

CR0738

**WORK ORDER**

**3585**

G.M.CROCETTI

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME Baruch College | JOB NO. 96-106 | DATE 2/01/02 |
| ADDRESS 25 U Lex Ace NYC | PREPARED BY R. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Tratanous Const | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/29 Tue | PX NO. (PENDING EXTRA) |

Repairing Hallow Areas on Ground Floor

**LABOR SUMMARY**

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS RT | PT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | | | | MECHANIC | | | | | | | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | | | | FINISHER | 1 | 7 | | | 7 | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Extra | | |
| 2½ | Gals Epoxy | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL ⟹ | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

CR0739

**WORK ORDER**

**2174**

Crocetti

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME BARUCH COLLEGE | | JOB NO. | | DATE |
|---|---|---|---|---|
| ADDRESS 24 TH ST | | PREPARED BY E. Sweeney | | |
| FLOOR/LEVEL SECOND | SPACE/AREA COFFEE SHOP | FIELD/WORK ORDER | | |
| SEND INVOICE TO TRATARUS | | ATTENTION | | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED April 9, 2002 | PX NO. (PENDING EXTRA) | | |

**LABOR SUMMARY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | 4 ½ | | | | | |
| | | MECHANIC FOREMAN | | | | | | | | |
| | | MECHANIC | | | | | | | | |
| | | FINISHER FOREMAN | | | | | | | | |
| | | FINISHER | | | | | | | | |
| | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| | | MARBLE POLISHER (SHOP) | | | | | | | | |
| | | TRUCK DRIVER | | | | | | | | |
| | | WAREHOUSE | | | | | | | | |
| | | FOREMAN HELPERS | | | 4 ½ | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

cut and chop out hollow Conflow
and fill in with hydraulic cement

material
② bags of hydraulic cement
⑥ bags of sand
① gal of primer

BK
Bartec
11/01/02

SALES TAX ➡

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative
Reorder From NEBS CUSTOM printing service  1-800-888-8527  NEBS, Inc. Peterborough, NH 03458  www.nebs.com

Ref. No: G 3527G205T

CR0692

**WORK ORDER**

**2115**

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME BARUCH COLLEGE | | JOB NO. 98106 | | DATE 3/12/01 |
|---|---|---|---|---|
| ADDRESS 55 LEXINGTON AVE. | | PREPARED BY RAY TOFFOLI | | |
| FLOOR/LEVEL 6 | SPACE/AREA LOBBY | FIELD/WORK ORDER | | |
| SEND INVOICE TO TRATAROS CONSTRUCTION | | ATTENTION | | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/12/01 & 3/13/01 | PX NO. (PENDING EXTRA) | | |

Chipping out underlayment & fill hydrolic cement

### LABOR SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | |
| MECHANIC FOREMAN | | 1 | 8 | | 8 | |
| MECHANIC | | | | | | |
| FINISHER FOREMAN | | | | | | |
| FINISHER | | 1 | 8 | | 8 | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | |
| TRUCK DRIVER | | | | | | |
| WAREHOUSE | | | | | | |
| FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

| | | | | | |
|---|---|---|---|---|---|
| 12. Bags | SAND | | | | |
| 3 " | MAPOCEM CEMENT | | | | |
| 1 Roll | FIBERGLASS MESH | | | | |
| | | | | SALES TAX | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)          (Print)

G.M.C. Representative
Reorder from NEBS CUSTOM printing service

CR0666

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

WORK ORDER
2108

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/9/01 |
|---|---|---|
| ADDRESS 25TH E LEXINGTON | PREPARED BY KAY TEFFOLI | |
| FLOOR/LEVEL 8TH | SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER |
| SEND INVOICE TO TRNABOS CONSTRUCTION | | ATTENTION |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/9/01 | PX NO. (PENDING EXTRA) |

REMOVE LOOSE UNDERLAYMENT & INSTALL NEW UNDERLAYMENT

**LABOR SUMMARY**

| | | | CLASSIFICATIONS | | | | DOUBLE | | TOTAL HOURS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | | | |
| | | | MECHANIC FOREMAN | | | | | | | |
| | | | MECHANIC | | | | | | | |
| | | | FINISHER FOREMAN | 1 | 7 | | | 7 | | |
| | | | FINISHER | | | | | | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | 7 | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

SALES TAX

Customer authorized representative (sign) _____    (Print) _____

C.M.C. Representative
Order from NEBS CUSTOM™ printing service · 1-800-388-6327 · NEBS, Inc. Peterborough, NH 03468  www.nebs.com

CR0660

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

**WORK ORDER**

**2101**

Phone (718) 994-0900
Fax (718) 994-4505

| | |
|---|---|
| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106   DATE 2/27/01 |
| ADDRESS 25TH & LEXINGTON | PREPARED BY RAY TOFFOLI |
| FLOOR/LEVEL 11TK   SPACE/AREA LOBBY | FIELD/WORK ORDER |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION |
| DESCRIPTION OF WORK   DATE WORK PERFORMED 2/27/01 | PX NO. (PENDING EXTRA) |

REMOVE LOOSE UNDERLAYMENT AND FILL IN WITH NEW UNDER-
LAYMENT

**LABOR SUMMARY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | 1 | 7 | | | 7 HRS | |
| MECHANIC | | 1 | 7 | | | 7 HRS | |
| FINISHER FOREMAN | | | | | | | |
| FINISHER | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| | | | | |
|---|---|---|---|---|
| 6 BAGS | HYDRAULIC CEMENT | | | |
| 40 " | SAND | | | |
| 20 GALS | EPOXY MATRIX | | | |
| " " | " HARDENER | | | |
| | | | SALES TAX | ➡ |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

**crostti**

MARBLE
GRANITE
TERRAZZO

**WORK ORDER**

**2103**

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| | |
|---|---|
| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106   DATE 2/28/01 |
| ADDRESS 25th E LEXINGTON | PREPARED BY RAY TOFFOLI |
| FLOOR/LEVEL 11th   SPACE/AREA LOBBY | FIELD/WORK ORDER |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION |
| DESCRIPTION OF WORK   DATE WORK PERFORMED 2/28/01 | FX NO. (PENDING EXTRA) |

REMOVE LOOSE UNDERLAYMENT AND FILL IN WITH NEW UNDERLAYMENT

**LABOR SUMMARY**

| | | | | |
|---|---|---|---|---|
| GENERAL FOREMAN | | | | |
| MECHANIC FOREMAN | 1 | 7 | | 7 |
| MECHANIC | 1 | 7 | | 7 |
| FINISHER FOREMAN | | | | |
| FINISHER | 2 | 7 | | 14 |
| MARBLE POLISHER FOREMAN (SHOP) | | | | |
| MARBLE POLISHER (SHOP) | | | | |
| TRUCK DRIVER | | | | |
| WAREHOUSE | | | | |
| FOREMAN HELPERS | | | | |

T = Tile      M = Marble      TR = Terrazzo      E = Exterior

**MATERIAL AND EQUIPMENT**

| | | | SALES TAX |
|---|---|---|---|

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

C.M.C. Representative

Reorder from NEBS CUSTOM printing service · 1-800-366-4327   NEBS, Inc. Peterborough, NH 03458   www.nebs.com

CR0655