# EXHIBIT B

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 06/05/01

| PRODUCER | |
|---|---|
| Allied North America Insurance Brokerage Corp. of New York<br>390 North Broadway<br>Jericho, NY 11753 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

**INSURERS AFFORDING COVERAGE**

| INSURED | |
|---|---|
| G.M. Crocetti, Inc.<br>3960 Merritt Avenue<br>Bronx, NY 10466 | INSURER A: Lumbermen's Mutual Casualty Co.<br>INSURER B: Pennsylvania General Ins. Co.<br>INSURER C: Ohio Casualty Group<br>INSURER D: State Insurance Fund<br>INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS |
|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [X] PROJECT [ ] LOC | 4LS00175900 | 03/31/00 | 03/31/02 | EACH OCCURRENCE $1,000,000<br>FIRE DAMAGE (Any one fire) $50,000<br>MED EXP (Any one person) $5,000<br>PERSONAL & ADV INJURY $1,000,000<br>GENERAL AGGREGATE $2,000,000<br>PRODUCTS - COMP/OP AGG $1,000,000 |
| B | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS<br>[X] NON-OWNED AUTOS | OJAP15148 | 03/31/01 | 03/31/02 | COMBINED SINGLE LIMIT (Ea accident) $1,000,000<br>BODILY INJURY (Per person) $<br>BODILY INJURY (Per accident) $<br>PROPERTY DAMAGE (Per accident) $ |
| | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT $<br>OTHER THAN AUTO ONLY: EA ACC $ / AGG $ |
| C | EXCESS LIABILITY<br>[X] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE<br>[X] RETENTION $10000 | BXO0252693548 | 03/31/01 | 03/31/02 | EACH OCCURRENCE $10,000,000<br>AGGREGATE $10,000,000 |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | 12503579 | 05/01/01 | 05/01/02 | [X] WC STATUTORY LIMITS [ ] OTHER<br>E.L. EACH ACCIDENT $ Cert To<br>E.L. DISEASE - EA EMPLOYEE $ Follow<br>E.L. DISEASE - POLICY LIMIT $ From SIF |
| | OTHER | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**

Baruch College Site B Package No. 2 General Construction Work Contract No. 16
Foregoing per policy form. Additional Insured status encompasses General Liability: Trataros Construction, Baruch College, D.A.S.N.Y., C.U.N.Y., TDX Construction Corp., The City University Construction Fund.

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| Trataros Construction<br>664 64th Street<br>Brooklyn, NY 11220 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ~~ENDEAVOR TO~~ MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT ~~BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES~~.<br>Except 10 days for Non-payment of Premium<br>AUTHORIZED REPRESENTATIVE<br>[signature]  MAT |

ACORD 25-S (7/97) 1 of 2   #S127133/M122600   © ACORD CORPORATION 1988

Trataros_Kemper-0008