# EXHIBIT C

# FAX TRANSMITTAL

## TRATAROS CONSTRUCTION, INC.

Trataros Construction Inc
Baruch Academic Complex
Project Management Field Office
55 Lexington Avenue
New York, New York  10010
2nd Floor

Tele    1-646-935-0101
Fax    1-646-935-0757

Project Field Office
Tele    1-212-889-8104
Fax:    1-212-889-4177

Please give this fax to: _Ray Totolo / Donna Molica_

From: _Athena_

Number of pages (including cover sheet) _2_

Date: _3/4/01_

message/comments: _Please forward your renewal certificate as soon as possible via fax + forward original to my attention_

_Thank you!_

Trataros_Kemper-0015

ClientF: 2475    PAGE.002

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 10/09/00

**PRODUCER**
Allied NA Ins B'kge Corp of NY
390 North Broadway
Jericho, NY 11753
516 733-9200

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
G.M. Crocetti, Inc.
3960 Merritt Avenue
Bronx, NY 10466

INSURER A: Lumbermen's Mutual Casualty Co.
INSURER B: Pennsylvania General Ins. Co.
INSURER C: American Nat'l Fire
INSURER D: State Insurance Fund
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** <br> X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS MADE  X OCCUR | 4LS00175900 | 03/31/00 | 03/31/02 | EACH OCCURRENCE <br> FIRE DAMAGE (Any one fire) <br> MED EXP (Any one person) <br> PERSONAL & ADV INJURY <br> GENERAL AGGREGATE <br> PRODUCTS - COMP/OP AGG | $1,000,000 <br> $50,000 <br> $5,000 <br> $1,000,000 <br> $2,000,000 <br> $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> ☐ POLICY  X PROJECT  ☐ LOC | | | | | |
| B | **AUTOMOBILE LIABILITY** <br> X ANY AUTO <br> ☐ ALL OWNED AUTOS <br> ☐ SCHEDULED AUTOS <br> X HIRED AUTOS <br> X NON-OWNED AUTOS | CUAP15148 | 03/31/00 | 03/31/01 | COMBINED SINGLE LIMIT (Ea accident) <br> BODILY INJURY (Per person) <br> BODILY INJURY (Per accident) <br> PROPERTY DAMAGE (Per accident) | $1,000,000 <br> $ <br> $ <br> $ |
| | **GARAGE LIABILITY** <br> ☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT <br> OTHER THAN EA ACC <br> AUTO ONLY: AGG | $ <br> $ <br> $ |
| C | **EXCESS LIABILITY** <br> X OCCUR  ☐ CLAIMS MADE <br> ☐ DEDUCTIBLE <br> X RETENTION $10000 | LMB9274386 | 03/31/00 | 03/31/01 | EACH OCCURRENCE <br> AGGREGATE | $10,000,00 <br> $10,000,00 <br> $ <br> $ <br> $ |
| D | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | 12303979 | 05/01/00 | 05/01/01 | X WC STATUTORY LIMITS  OTH-ER <br> E.L. EACH ACCIDENT <br> E.L. DISEASE - EA EMPLOYEE <br> E.L. DISEASE - POLICY LIMIT | Cert To <br> Follow <br> From SIF |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
Baruch College Site B Package No. 2 General Construction Work Contract
No. 16
Foregoing per policy form. Additional Insured status encompasses General
Liability: Trataros Construction, Baruch College, D.A.S.N.Y., C.U.N.Y.,
TDX Construction Corp., The City University Construction Fund.

**CERTIFICATE HOLDER** | IDENTIFY INSURED INSURER LETTER | **CANCELLATION**

Trataros Construction
664 64th Street
Brooklyn, NY 11220

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ~~ENDEAVOR TO MAIL~~ 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, ~~BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.~~
Except 10 for Non-payment of Prem

AUTHORIZED REPRESENTATIVE: [signature]

ACORD 25-S (7/97) 1 of 2   #S98645/M94674                MAT © ACORD CORPORATION

Trataros Kemper-0016

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              1105
CONNECTION TEL                    17189944505
CONNECTION ID
ST. TIME              06/04 09:11
USAGE T               01'02
PGS. SENT             2
RESULT                OK
```

## FAX TRANSMITTAL

## TRATAROS CONSTRUCTION, INC.

Trataros Construction, Inc.
Baruch Academic Complex
Project Management Field Office
55 Lexington Avenue
New York, New York 10010
2nd Floor

Tele: 1-646-935-0101
Fax: 1-646-935-0757

Project Field Office
Tele:  1-212-889-8104
Fax:   1-212-889-4177

Please give this fax to: Ray Tofoli / Donna Molica

From: Athena

Number of pages (including cover sheet): 2

Date: 6/4/01

message/comments: Please forward your renewal certificate as soon as possible via fax + forward original

Trataros Kemper-0017