# EXHIBIT D



# THE ALLIED GROUP OF COMPANIES

390 NORTH BROADWAY, JERICHO, NEW YORK 11753-2110 • (516) 733-9200 • (800) 861-9452 • FAX: (516) 681-7390

DATE: 6-5-01

TO: Athena

COMPANY: Trataros

FAX#: 646-935-0757

PAGES TO FOLLOW:

cc Basil 718-994-4505

The following is a Certificate of Insurance, which you have requested. If you have any questions, please feel free to call me at (516) 733-9283 or FAX #(516) 681-7499.

Thank you.

**ALLIED NORTH AMERICA INSURANCE
BROKERAGE CORP. OF NEW YORK**

*Peggy Theis*
Peggy Theis
Tech Support

ALLIED COVERAGE CORP. • ALLIED SAFETY MANAGEMENT, INC. • ALLIED BROKERAGE SERVICES GROUP INC. • ALLIED COVERAGE CORP. OF N.J.

Trataros Kemper-0011

# Trataros Construction, Inc.

Baruch Academic Complex
55 Lexington Avenue
New York, New York 10010

Phone: (646)935-0101
Fax: (646)935-0757

**TRANSMITTAL**
**No. 01077**

**PROJECT:** BARUCH ACADEMIC COMPLEX

**DATE:** 6/5/01

**TO:** TDX Construction Corporation
137 East 25th Street
New York, New York 10010

**REF:** G.M. CROCETTI INSURANCE
GC 2 - CONTRACT NO. 16

**ATTN:** Joseph Sciaccatano

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| ☐ Shop Drawings | ☐ Approval | ☐ Approved as Submitted |
| ☐ Letter | ☑ Your Use | ☐ Approved as Noted |
| ☐ Prints | ☐ As Requested | ☐ Returned After Loan |
| ☐ Change Order | ☐ Review and Comment | ☐ Resubmit |
| ☐ Plans | | ☐ Submit |
| ☐ Samples | **SENT VIA:** | ☐ Returned |
| ☐ Specifications | ☑ Attached | ☐ Returned for Corrections |
| ☑ Other: INSURANCE CERTIFICATE | ☐ Separate Cover Via: | ☐ Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV. | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| INSR | | | | | 1 | 1 | 6/5/01 | CERTIFICATE RENEWAL FOR G.M. CROCETTI | |

**Remarks:**

**CC:**

Signed: _Athena Curis_

Expedition ®

Trataros_Kemper-0012

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

# NEW YORK STATE INSURANCE FUND
199 CHURCH STREET, NEW YORK, N.Y. 10007-1100
1-888-997-3863

## CERTIFICATE OF WORKERS' COMPENSATION INSURANCE

ALLIED SAFETY MANAGEMENT INC
390 NORTH BROADWAY
JERICHO NY 11753

POLICY NUMBER
G 1250 357-9

DATE
6/05/2001

CERTIFICATE NUMBER
397-371

PERIOD COVERED BY THIS CERTIFICATE
5/01/2000 TO 5/01/2002

POLICYHOLDER
G. M. CROCETTI INC
% MICHAEL E BOBAL
3960 MERRITT AVENUE
BRONX        NY    10466

CERTIFICATE HOLDER
TRATAROS CONSTRUCTION, INC.
664 64TH STREET
BROOKLYN      NY    11220

THIS IS TO CERTIFY THAT THE POLICYHOLDER NAMED ABOVE IS INSURED WITH THE STATE INSURANCE FUND UNDER POLICY NO. 1250 357-9 UNTIL 5/01/2002 , COVERING THE ENTIRE OBLIGATION OF THIS POLICYHOLDER FOR WORKERS' COMPENSATION UNDER THE NEW YORK WORKERS' COMPENSATION LAW WITH RESPECT TO ALL OPERATIONS IN THE STATE OF NEW YORK, EXCEPT AS INDICATED BELOW.

IF SAID POLICY IS CANCELLED, OR CHANGED PRIOR TO 5/01/2002 IN SUCH MANNER AS TO AFFECT THIS CERTIFICATE, 5 DAYS WRITTEN NOTICE OF SUCH CANCELLATION WILL BE GIVEN TO THE CERTIFICATE HOLDER ABOVE. NOTICE BY REGULAR MAIL SO ADDRESSED SHALL BE SUFFICIENT COMPLIANCE WITH THIS PROVISION. THE STATE INSURANCE FUND DOES NOT ASSUME ANY LIABILITY IN THE EVENT OF FAILURE TO GIVE SUCH NOTICE.

THIS CERTIFICATE DOES NOT APPLY TO BUILDING DEMOLITION.

THIS CERTIFICATE DOES NOT APPLY TO THOSE JOB SITES WHICH ARE COVERED BY OTHER INSURANCE AND ARE SPECIFICALLY EXCLUDED BY ENDORSEMENT.

THE STATE INSURANCE FUND

DIRECTOR, INSURANCE FUND UNDERWRITING

U-26.3

Trataros Kemper-0010

GMCROCETTI

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 06/05/01

**PRODUCER**
Allied North America Insurance
Brokerage Corp. of New York
390 North Broadway
Jericho, NY 11753

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**
G.M. Crocetti, Inc.
3960 Merritt Avenue
Bronx, NY 10466

**INSURERS AFFORDING COVERAGE**
- INSURER A: Lumbermen's Mutual Casualty Co.
- INSURER B: Pennsylvania General Ins. Co.
- INSURER C: Ohio Casualty Group
- INSURER D: State Insurance Fund
- INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS |
|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [X] PROJECT [ ] LOC | 4LS00175900 | 03/31/00 | 03/31/02 | EACH OCCURRENCE $1,000,000 / FIRE DAMAGE (Any one fire) $50,000 / MED EXP (Any one person) $5,000 / PERSONAL & ADV INJURY $1,000,000 / GENERAL AGGREGATE $2,000,000 / PRODUCTS - COMP/OP AGG $1,000,000 |
| B | AUTOMOBILE LIABILITY [X] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [X] HIRED AUTOS [X] NON-OWNED AUTOS | CJAP15148 | 03/31/01 | 03/31/02 | COMBINED SINGLE LIMIT (Ea accident) $1,000,000 / BODILY INJURY (Per person) $ / BODILY INJURY (Per accident) $ / PROPERTY DAMAGE (Per accident) $ |
|   | GARAGE LIABILITY [ ] ANY AUTO |   |   |   | AUTO ONLY - EA ACCIDENT $ / OTHER THAN AUTO ONLY: EA ACC $ / AGG $ |
| C | EXCESS LIABILITY [X] OCCUR [ ] CLAIMS MADE [ ] DEDUCTIBLE [X] RETENTION $10000 | BXO0252693548 | 03/31/01 | 03/31/02 | EACH OCCURRENCE $10,000,000 / AGGREGATE $10,000,000 |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | 12503579 | 05/01/01 | 05/01/02 | [X] WC STATUTORY LIMITS [ ] OTHER / E.L. EACH ACCIDENT $Cert To / E.L. DISEASE - EA EMPLOYEE $Follow / E.L. DISEASE - POLICY LIMIT $From SIF |
|   | OTHER |   |   |   |   |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
Baruch College Site B Package No. 2 General Construction Work Contract No. 16
Foregoing per policy form. Additional Insured status encompasses General Liability: Trataros Construction, Baruch College, D.A.S.N.Y., C.U.N.Y., TDX Construction Corp., The City University Construction Fund.

**CERTIFICATE HOLDER** | ADDITIONAL INSURED; INSURER LETTER: | **CANCELLATION**

Trataros Construction
664 64th Street
Brooklyn, NY 11220

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ~~ENDEAVOR TO~~ MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT ~~BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES~~.

Except 10 days for Non-payment of Premium

AUTHORIZED REPRESENTATIVE: [signature]

ACORD 25-S (7/97) 1 of 2  #S127133/M122600   MAT   © ACORD CORPORATION 1988