# EXHIBIT E

MAR-01-01 14:57 FROM TDX CONSTRUCTION    ID:2126790034



**TDX CONSTRUCTION CORPORATION**
Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com

February 28, 2001

Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn:   John Clarke

RE:   Baruch College – Site "B"
Contract No. 16 – G. C. #2
Terrazzo Installation

Gentlemen:

We note that there are areas where the terrazzo flooring installation has separated from the substrates. We have observed this condition at the 13th floor elevator lobby.

We also have observed areas of delamination of the layers of the conflow floor fill on the 6th floor.

You are directed to provide our office with the following information:

1. A survey of the entire terrazzo installation for any other areas of uplift.
2. A survey of the remaining exposed conflow installation for delamination.
3. We understand that your office has token core samples at various locations of terrazzo installation. Please provide our office with the results of these findings.

RECEIVED
3-1-01
Jc/w/k/A
Tommy

Corporate Office 345 Seventh Avenue, New York, NY 10001

TRATAROS2_002391

DASNY-36

MAR-01-01 14:57 FROM TDX CONSTRUCTION    ID:2126780031    PAGE 2/2

4. Advise our office as to the reason for the separation of the terrazzo and the delamination of the conflow.
5. Advise our office as to the planned steps to be taken for remediation of the above. All procedures must be in accordance with manufacturers authorization and A/E approval.

Please proceed accordingly.

Very truly yours,
TDX Construction Corporation

John J. McCullough, P.E.
Project Manager

JJM/kdl

Cc: N. D'Ambrosio
R. Leu
J. Barrera
T. Mockler
File

Ltr Tratatos Terrazzo Installation

TRATAROS2_002392