**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | : 07-CV-6915 (DLC) <br> : |
| DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C., | : **AFFIDAVIT OF** <br> : **DENISE GIBSON** <br> : **IN SUPPORT OF** <br> : **MOTION FOR** |
| Defendants. | : **SUMMARY** <br> : **JUDGMENT** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP., | : <br> : <br> : |
| Third-Party Plaintiffs, | : <br> : <br> : |
| vs. | : <br> : |
| TRATAROS CONSTRUCTION, INC., | : <br> : |
| Third-Party Defendant. | : <br> : |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY, | : <br> : <br> : |
| Fourth-Party Plaintiffs | : <br> : |
| vs. | : <br> : |
| CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION: SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

INSURANCE COMPANY; ALLIED WORLD ASSURANCE     :
COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
INSURANCE COMPANY; ZURICH AMERICAN INSURANCE' :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO     :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20,                        :
                                                 :
_____ Fourth-Party Defendants. :

STATE OF ILLINOIS  :
                        SS.
COUNTY OF LAKE   :

    Denise Gibson, being of full age and duly sworn, hereby deposes and says:

    1.    I submit this Affidavit in support of the Motion for Summary Judgment filed on

behalf of Lumbermens Mutual Casualty Company ("Lumbermens"), improperly sued as Kemper

Casualty Insurance Company d/b/a/ Kemper Insurance Company.

    2.    I am a Senior Claim Analyst with the Kemper Insurance Companies.

    3.    Lumbermens Mutual Casualty Company is a member of the Kemper Insurance

Companies.

    4.    I am presently responsible for management and monitoring of this claim on behalf

of Lumberman's. As such, I am familiar with Lumberman's claim file and the history of the

claim by Trataros as an additional insured under  Lumbermans' insurance policy no.

4LS00175900 and the claim by Travelers Casualty and Surety Company as Trataros' surety.

    5.    Annexed hereto as Exhibit A is a true copy of insurance policy number

4LS00175900, issued by Lumbermens to G.M. Crocetti, Inc., ("Crocetti") for the period March

31, 2000 to March 31, 2002.

    6.    Endorsement No. 2 of policy 4LS00175900, entitled "Additional Insured,"

identifies additional insureds as all entities who are required by written contract to be named as an additional insured on a primary basis.

7.     Prior to March 2, 2005, Lumbermens was unaware of any claim against any insured relating to any work performed at Baruch College.

8.     It was not until <u>after</u> March 2, 2005, the date when Trataros and Travelers effectuated service of the Fourth-Party Summons and Complaint in the Civil Action bearing case number 04 Civ. 5101 upon Lumbermans, through the New York State Insurance Department, that Lumbermens learned of any claim asserted or lawsuit filed against any of its insureds, including Trataros, relating to work performed at Baruch College.

_____
DENISE GIBSON

Subscribed and sworn to me this _5th_ day of
_August_____ 2008.

_____
NOTARY

My commission expires on ___09/24/2011_____

```
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
♦      "OFFICIAL SEAL"      ♦
♦  CHRISTINE V. SBALCHIERO  ♦
♦  Notary Public, State of Illinois  ♦
♦ My Commission Expires 09/24/11 ♦
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
```

3