UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,                                        Civil Action No. 07-CV-6915 (DLC)
                                                          EFC CASE
                Plaintiff,
  vs

THE DORMITORY AUTHORITY OF THE STATE
OF NEW YORK, TDX CONSTRUCTION CORP. and
KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,

                Defendants.
-----------------------------------------------------------------X     **NOTICE OF MOTION FOR**
DORMITORY AUTHORITY OF THE STATE OF                                    **SUMMARY JUDGMENT**
NEW YORK,
                Third-Party Plaintiff,
  vs
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                Third-Party Defendants.
-----------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                Fourth-Party Plaintiffs,
  vs

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES, INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP., a/k/a DAYTON
SUPERIOR CORPORATION; SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC,
KEMPER CASUALTY INSURANCE COMPANY
d/b/a KEMPER INSURANCE COMPANY, GREAT
AMERICAN INSURANCE COMPANY, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA., UNITED STATES FIRE
INSURANCE COMPANY, ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC. f/k/a/
COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY d/b/a
OHIO CASUALTY GROUP, HARLEYSVILLE
MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY,
JOHN DOES 1-20 AND XYZ CORPS. 1-20,

                Fourth-Party Defendants.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the accompanying Affidavits of Donald G. Sweetman, Esq. and Josh Schaad, the Memorandum of Law and upon all prior pleadings, papers and proceedings had in this matter, fourth party defendant, Great American Insurance Company, moves pursuant to leave granted by the Court by Order dated July 14, 2008 for summary judgment pursuant to Federal Rule of Civil Procedure 56 before the Honorable Denise L. Cote, U.S.D.J. at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York on a date and time to be determined by the Court for an Order:

(a)  granting summary judgment and dismissing the Fourth Party Complaint and all crossclaims against Great American Insurance Company and its affiliates; and

(b)  awarding such other and further relief as this Court shall deem just and proper.

GENNET, KALLMANN, ANTIN & ROBINSON
Attorneys for Great American Insurance Company of New York, improperly identified in the Complaint as Great American Insurance Company

By: _____
DONALD G. SWEETMAN (DS2716)
Litman Suite
45 Broadway Atrium
New York, NY 10006
(212) 406-1919
File No. 05-6698:35.0053-S

Dated: New York, New York
       August 8, 2008