# EXHIBIT J

# EXHIBIT J

# EXHIBIT J

# EXHIBIT J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-7-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

TRAVELERS CASUALTY & SURETY COMPANY as
Administrator for RELIANCE INSURANCE
COMPANY,

                Plaintiff,

    - against -

THE DORMITORY AUTHORITY OF THE STATE OF
NEW YORK, TDX CONSTRUCTION CORP. and KOHN,
PEDERSON, FOX & ASSOCIATES, P.C.

                Defendants.

------------------------------------------------------------------ X

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

                Third-Party Plaintiff,

    - against –

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

                Third-Party Defendants.

------------------------------------------------------------------ X

TRATAROS CONSTRUCTION, INC., and
TRAVELERS CASUALTY AND SURETY
COMPANY,

                Fourth-Party Plaintiffs,

G.M. CROCETTI, INC., CAROLINA CASUALTY
INSURANCE COMPANY, BARTEC INDUSTRIES INC.,
DAYTON SUPERIOR SPECIALTY CHEMICAL
CORP., SPECIALTY CONSTRUCTION BRANDS,
INC. t/a TEC, KEMPER CASUALTY INSURANCE
COMPANY d/b/a KEMPER INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA., UNITED STATES FIRE
INSURANCE COMPNAY, ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC. f/k/a
COMMERCIALUNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE

Civil Action No.
04 CV 5101 (HB)(RLE)

STIPULATION
OF DISMISSAL
WITHOUT PREJUDICE

COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCECOMPANY d/b/a OHIO
CASUALTY GROUP, HARLEYSVILLE MUTUAL
INSURANCE COMPANY (a/k/a HARLEYSVILLE
INSURANCE COMPANY, an insurer for BARTEC
INDUSTRIES INC.), JOHN DOES 1-20, and XYZCORPS.
1-12,

                         Fourth-Party Defendants.
------------------------------------------------------------X

KOHN PEDERSON FOX ASSOCIATES, P.C.,

                         Third-Party Plaintiff,

     - against -

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., ANTHONY BLACKETT &
ASSOCIATES, POULIN + MORRIS, INC., SHEN
MILSOM & WILKE, INC., AMIS, INC., HOPKINS FOOD
SERVICE SPECIALISTS, INC., CASTRO- BLANCO
PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C.
n/k/a ARQUITECTONICA NEW YORK P.C.,
COSENTINI ASSOCIATES, INC., VOLLMER
ASSOCIATES, LLP, TESTWELL CRAIG
LABORATORIES, INC., JOHN A. VAN DEUSEN &
ASSOCIATES, INC., JEROME S. GILLMAN
CONSULTING ARCHITECT, P.C., SYSTEMS DESIGN
ASSOCIATES, SYSTEMS DESIGN ASSOCIATES INC.,
WARFEL SHRAGER ARCHITECTURAL LIGHTING,
LLC, COUNSILMAN/HUNSAKER & ASSOCIATES,
ENTEK ENGINEERING PLLC, THEATRE PROJECTS
CONSULTANTS, JORDAN PANEL SYSTEMS CORP.,
TRATAROS CONSTRUCTION, INC. and LBL
SKYSYSTEMS (U.S.A.), INC.

                         Third-Party Defendants.
------------------------------------------------------------X

          IT IS HEREBY STIPULATED AND AGREED that this action and

all claims, counterclaims, cross-claims, third-party complaints and fourth-party

                              2

complaints asserted therein be and hereby are voluntarily dismissed without prejudice and without costs to any party; and it is

FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and that for purposes of this Stipulation facsimile signatures shall be treated as original signatures.

Dated: New York, New York
      September 23, 2005


DREIFUSS BONACCI & PARKER, LLP
Attorneys for Plaintiff/Third-Party Defendant/
Fourth/Party Plaintiff, Travelers Casualty
& Surety Company and Third-Party
Defendant/Fourth-Party Plaintiff,
Trataros Construction, Inc.
One Penn Plaza, 36th Floor
New York, New York 10119

  -and-
26 Columbia Turnpike
North Entrance
Florham Park, NJ 07932
Tel. (973) 514-1414

By: _____
    JoAnne M. Bonacci, Esq. (JMB 1354)


HOLLAND & KNIGHT, LLP
Attorneys for Defendants
Dormitory Authority of the State of New York
and TDX Construction Corporation
195 Broadway
New York, New York 10007
Tel. (212) 513-3200


By: _____
    Stephen B. Shapiro, Esq. (SS 6400)


3

complaints asserted therein be and hereby are voluntarily dismissed without

prejudice and without costs to any party; and it is

        FURTHER STIPULATED AND AGREED that this Stipulation may

be executed in counterparts, and that for purposes of this Stipulation facsimile

signatures shall be treated as original signatures.

Dated:  New York, New York
        September 23, 2005


DREIFUSS BONACCI & PARKER, LLP
Attorneys for Plaintiff/Third-Party Defendant/
Fourth/Party Plaintiff, Travelers Casualty
& Surety Company and Third-Party
Defendant/Fourth-Party Plaintiff,
Trataros Construction, Inc.
One Penn Plaza, 36th Floor
New York, New York 10119

  -and-
26 Columbia Turnpike
North Entrance
Florham Park, NJ 07932
Tel. (973) 514-1414


By: _____
     JoAnne M. Bonacci, Esq. (JMB 1354)


HOLLAND & KNIGHT, LLP
Attorneys for Defendants
Dormitory Authority of the State of New York
and TDX Construction Corporation
195 Broadway
New York, New York 10007
Tel. (212) 513-3200


By: _____
    Stephen B. Shapiro, Esq. (SS 6400)

3

MAZUR CARP & RUBIN, P.C.
Co-Counsel for Defendant
TDX Construction Corporation
1250 Broadway
New York, New York 10001
Tel. (212) 686-7700

By: _____
    Gary L. Rubin, Esq. (GR 5056)


ZETLIN & DECHIARA, LLP
Attorneys for Defendant/Third-Party Plaintiff
Kohn Pedersen Fox Associates, P.C.
801 Second Avenue
New York, New York 10017
Tel. (212) 682-6800


By: _____
    David Abramovitz, Esq. (DA 8214)


GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third-Party Defendant
Weidlinger Associates Consulting Engineers, P.C.
11 Broadway, Suite 1560
New York, New York 10004


By: _____
    Stephen P. Schreckinger, Esq. (SS 4448)


TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLPF
Attorneys for Fourth-Party
Defendants, G.M. Crocetti, Inc.
and Carolina Casualty
Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
Tel. (516) 240-8900


By: _____
    Gary Wirth, Esq. (GW 4426)

4

MAZUR CARP & RUBIN, P.C.
Co-Counsel for Defendant
TDX Construction Corporation
1250 Broadway
New York, New York 10001
Tel. (212) 686-7700

By: _____
     Gary L. Rubin, Esq. (GR 5056)


ZETLIN & DECHIARA, LLP
Attorneys for Defendant/Third-Party Plaintiff
Kohn Pedersen Fox Associates, P.C.
801 Second Avenue
New York, New York 10017
Tel. (212) 682-6800

By: _____
     David Abramovitz, Esq. (DA 6214)


GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third-Party Defendant
Weidlinger Associates Consulting Engineers, P.C.
11 Broadway, Suite 1560
New York, New York 10004

By: _____
     Stephen P. Schreckinger, Esq. (SS 4448)


TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLPF
Attorneys for Fourth-Party
Defendants, G.M. Crocetti, Inc.
and Carolina Casualty
Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
Tel. (516) 240-8900

By: _____
     Gary Wirth, Esq. (GW 4426)

4

MAZUR CARP & RUBIN, P.C.
Co-Counsel for Defendant
TDX Construction Corporation
1250 Broadway
New York, New York 10001
Tel. (212) 686-7700


By: _____
        Gary L. Rubin, Esq. (GR 5056)


ZETLIN & DECHIARA, LLP
Attorneys for Defendant/Third-Party Plaintiff
Kohn Pedersen Fox Associates, P.C.
801 Second Avenue
New York, New York 10017
Tel. (212) 682-6800


By: _____
        David Abramovitz, Esq. (DA 8214)


GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third-Party Defendant
Weidlinger Associates Consulting Engineers, P.C. AND Aequitectonics
11 Broadway, Suite 1560
New York, New York 10004


By: _____
        Stephen P. Schreckinger, Esq. (SS 4448)


TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLPF
Attorneys for Fourth-Party
Defendants, G.M. Crocetti, Inc.
and Carolina Casualty
Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
Tel. (516) 240-8900


By: _____
        Gary Wirth, Esq. (GW 4426)

4

MAZUR CARP & RUBIN, P.C.
Co-Counsel for Defendant
TDX Construction Corporation
1250 Broadway
New York, New York 10001
Tel. (212) 686-7700


By: _____
    Gary L. Rubin, Esq. (GR 5056)


ZETLIN & DECHIARA, LLP
Attorneys for Defendant/Third-Party Plaintiff
Kohn Pedersen Fox Associates, P.C.
801 Second Avenue
New York, New York 10017
Tel. (212) 682-6800


By: _____
    David Abramovitz, Esq. (DA 8214)


GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third-Party Defendant
Weidlinger Associates Consulting Engineers, P.C.
11 Broadway, Suite 1560
New York, New York 10004


By: _____
    Stephen P. Schreckinger, Esq. (SS 4448)


TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLPF
Attorneys for Fourth-Party
Defendants, G.M. Crocetti, Inc.
and Carolina Casualty
Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
Tel. (516) 240-8900

By: _____
    Gary Wirth, Esq. (GW 4426)

4

O'CONNOR, REDD, GOLLIHUE
& SKLARIN, LLP
Attorneys for Fourth-Party
Defendant Bartec Industries, Inc.
200 Mamaroneck Avenue
White Plains, New York 10601
Tel. (914) 686-1700


By: _____
        Jeremy Platek, Esq. (JDP 9153)


GOLDBERG SEGALLA LLP
Attorneys for Fourth-Party
Defendant Dayton Superior
Chemical Corp.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601


By: _____
        Thomas M. DeSimone, Esq. (TMD 0756)


SEGAL MCCAMBRIDGE SINGER
& MAHONEY, LTD.
Attorneys for Fourth-Party Defendant
Specialty Construction Brands, Inc.,
t/a TEC
830 Third Avenue, Suite 400
New York, New York 10022
Tel. (212) 651-7500


By: _____
        Christian H. Gannon, Esq. (CG 1621)

5

O'CONNOR, REDD, GOLLIHUE
& SKLARIN, LLP
Attorneys for Fourth-Party
Defendant Bartec Industries, Inc.
200 Mamaroneck Avenue
White Plains, New York 10601
Tel. (914) 686-1700


By: _____
     Jeremy Platek, Esq. (JDP 9153)


GOLDBERG SEGALLA LLP
Attorneys for Fourth-Party
Defendant Dayton Superior
Chemical Corp.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601

By: _____
    ~~Thomas M. DeSimone, Esq. (TMD 0750)~~
    WILLIAM G. KELLY Esq. (WGK 2982)

SEGAL MCCAMBRIDGE SINGER
& MAHONEY, LTD.
Attorneys for Fourth-Party Defendant
Specialty Construction Brands, Inc.,
t/a TEC
830 Third Avenue, Suite 400
New York, New York 10022
Tel. (212) 651-7500


By: _____
    Christian H. Gannon, Esq. (CG 1621)

O'CONNOR, REDD, GOLLIHUE
& SKLARIN, LLP
Attorneys for Fourth-Party
Defendant Bartec Industries, Inc.
200 Mamaroneck Avenue
White Plains, New York 10601
Tel. (914) 686-1700


By: _____
　　　Jeremy Platek, Esq. (JDP 9153)


GOLDBERG SEGALLA LLP
Attorneys for Fourth-Party
Defendant Dayton Superior
Chemical Corp.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601


By: _____
　　　Thomas M. DeSimone, Esq. (TMD 0756)


SEGAL MCCAMBRIDGE SINGER
& MAHONEY, LTD.
Attorneys for Fourth-Party Defendant
Specialty Construction Brands, Inc.,
t/a TEC
830 Third Avenue, Suite 400
New York, New York 10022
Tel. (212) 651-7500

By: _____
　　　Christian H. Gannon, Esq. (CG 1621)

STEINBERG & CAVALIERE, LLP
Attorney for Third-Party Defendant
Kemper Casualty Ins. Co., d/b/a Kemper Ins. Co.,
appearing as American Motorist Ins. Co.
50 Main Street
White Plains, New York 10606
Tel. (914) 761-4200

By: _____
         Steven Coploff, Esq. (SC 0506)

GENNET, KALLMAN, ANTIN, & ROBINSON, PC
Attorneys for Great American Ins.
Co., National Fire Insurance Co., and
Great American Ins. Co. of New York
6 Campus Drive
Parsippany, New Jersey 07054
Tel. (973) 285-1919


By: _____
         Donald Sweetman, Esq. (DS 2716)



LAW OFFICES OF MARTIN P. LAVELLE
Attorneys for Fourth-Party Defendant
National Union Fire Insurance Company
Of Pittsburgh, PA
110 William Street, 18th Floor
New York, New York 10038



By: _____
         Martin Lavelle, Esq. (ML)



CARROLL, MCNULTY & KULL
Attorneys for Fourth-Party Defendant
United States Fire Insurance Company
270 Madison Avenue
New York, New York 10016



By: _____
         Ann Odelson, Esq. (AO 9681)



6

STEINBERG & CAVALIERE, LLP
Attorney for Third-Party Defendant
Kemper Casualty Ins. Co., d/b/a Kemper Ins. Co.,
appearing as American Motorist Ins. Co.
50 Main Street
White Plains, New York 10606
Tel. (914) 761-4200


By: _____
          Steven Coploff, Esq. (SC 0506)

GENNET, KALLMAN, ANTIN, & ROBINSON, PC
Attorneys for Great American Ins.
Co., National Fire Insurance Co., and
Great American Ins. Co. of New York
6 Campus Drive
Parsippany, New Jersey 07054
Tel. (973) 285-1919


By: _____
          Donald Sweetman, Esq. (DS 2716)


LAW OFFICES OF MARTIN P. LAVELLE
Attorneys for Fourth-Party Defendant
National Union Fire Insurance Company
Of Pittsburgh, PA
110 William Street, 18th Floor
New York, New York 10038


By: _____
          Martin Lavelle, Esq. (ML)


CARROLL, MCNULTY & KULL
Attorneys for Fourth-Party Defendant
United States Fire Insurance Company
270 Madison Avenue
New York, New York 10016


By: _____
          Ann Odelson, Esq. (AO 9681)


6

STEINBERG & CAVALIERE, LLP
Attorney for Third-Party Defendant
Kemper Casualty Ins. Co., d/b/a Kemper Ins. Co.,
appearing as American Motorist Ins. Co.
50 Main Street
White Plains, New York 10606
Tel. (914) 761-4200


By: _____
        Steven Coploff, Esq. (SC 0506)

GENNET, KALLMAN, ANTIN, & ROBINSON, PC
Attorneys for Great American Ins.
Co., National Fire Insurance Co., and
Great American Ins. Co. of New York
6 Campus Drive
Parsippany, New Jersey 07054
Tel. (973) 285-1919


By: _____
        Donald Sweetman, Esq. (DS 2716)


LAW OFFICES OF MARTIN P. LAVELLE
Attorneys for Fourth-Party Defendant
National Union Fire Insurance Company
Of Pittsburgh, PA
110 William Street, 18th Floor
New York, New York 10038

By: _____
        Martin Lavelle, Esq. (ML)

CARROLL, MCNULTY & KULL
Attorneys for Fourth-Party Defendant
United States Fire Insurance Company
270 Madison Avenue
New York, New York 10016


By: _____
        Ann Odelson, Esq. (AO 9681)

6

STEINBERG & CAVALIERE, LLP
Attorney for Third-Party Defendant
Kemper Casualty Ins. Co., d/b/a Kemper Ins. Co.,
appearing as American Motorist Ins. Co.
50 Main Street
White Plains, New York 10606
Tel. (914) 761-4200

By: _____
      Steven Coploff, Esq. (SC 0506)

GENNET, KALLMAN, ANTIN, & ROBINSON, PC
Attorneys for Great American Ins.
Co., National Fire Insurance Co., and
Great American Ins. Co. of New York
6 Campus Drive
Parsippany, New Jersey 07054
Tel. (973) 285-1919

By: _____
      Donald Sweetman, Esq. (DS 2716)

LAW OFFICES OF MARTIN P. LAVELLE
Attorneys for Fourth-Party Defendant
National Union Fire Insurance Company
Of Pittsburgh, PA
110 William Street, 18th Floor
New York, New York 10038

By: _____
      Martin Lavelle, Esq. (ML)

CARROLL, MCNULTY & KULL
Attorneys for Fourth-Party Defendant
United States Fire Insurance Company
270 Madison Avenue
New York, New York 10016

By: _____
      Ann Odelson, Esq. (AO 9681)

6

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Fourth-Party Defendant
Allied World Assurance Company
One Battery Park Plaza, 9th Floor
New York, New York 10004

By: _____
    Diana E. Goldberg, Esq. (DG 3283)


MELITO & ADOLFSEN, P.C.
Attorneys for Fourth-Party Defendant
Zurich American Insurance Company
233 Broadway
New York, New York 10279


By: _____
    S. Dwight Stephens, Esq. (SS 2161)


JACOBSON & SCHWARTZ
Attorneys for Fourth-Party Defendant
Harleysville Mutual Ins. Co.
510 Merrick Road
P.O. Box 46
Rockville Centre, New York 11571


By: _____
    Henry J. Cernitz, Esq. (9382)


MENAKER, HERRMANN, LLP
Attorneys for Third-Party Defendants
Shen Milson & Wilke, Inc. and
Anthony Blackett & Associates
10 East 40th Street, 43rd Street
New York, New York 10006
Tel. (212) 545-1900


By: _____
    Cheryl L. Davis, Esq. (CD 4778)

7

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Fourth-Party Defendant
Allied World Assurance Company
One Battery Park Plaza, 9th Floor
New York, New York 10004

By: _____
       Diana E. Goldberg, Esq. (DG 3283)


MELITO & ADOLFSEN, P.C.
Attorneys for Fourth-Party Defendant
Zurich American Insurance Company
233 Broadway
New York, New York 10279

By: _____
       S. Dwight Stephens, Esq. (SS 2161)


JACOBSON & SCHWARTZ
Attorneys for Fourth-Party Defendant
Harleysville Mutual Ins. Co.
510 Merrick Road
P.O. Box 46
Rockville Centre, New York 11571


By: _____
       Henry J. Cernitz, Esq. (9382)


MENAKER, HERRMANN, LLP
Attorneys for Third-Party Defendants
Shen Milson & Wilke, Inc. and
Anthony Blackett & Associates
10 East 40th Street, 43rd Street
New York, New York 10006
Tel. (212) 545-1900


By: _____
       Cheryl L. Davis, Esq. (CD 4778)

7

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Fourth-Party Defendant
Allied World Assurance Company
One Battery Park Plaza, 9th Floor
New York, New York 10004

By: _____
        Diana E. Goldberg, Esq. (DG 3283)


MELITO & ADOLFSEN, P.C.
Attorneys for Fourth-Party Defendant
Zurich American Insurance Company
233 Broadway
New York, New York 10279

By: _____
        S. Dwight Stephens, Esq. (SS 2161)


JACOBSON & SCHWARTZ
Attorneys for Fourth-Party Defendant
Harleysville Mutual Ins. Co.
510 Merrick Road
P.O. Box 46
Rockville Centre, New York 11571

By: _Henry J. Cernitz_____
        Henry J. Cernitz, Esq. (9382)


MENAKER, HERRMANN, LLP
Attorneys for Third-Party Defendants
Shen Milson & Wilke, Inc. and
Anthony Blackett & Associates
10 East 40th Street, 43rd Street
New York, New York 10006
Tel. (212) 545-1900

By: _____
        Cheryl L. Davis, Esq. (CD 4778)

7

Sep. 26. 2005  2:21PM     MENAKER & HERRMANN          No. 4042   P. 13/14
SEP. 23. 2005  5:39PM     MAZUR CARP RUBIN            NO. 9908   P. 14/17

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Fourth-Party Defendant
Allied World Assurance Company
One Battery Park Plaza, 9th Floor
New York, New York 10004

By: _____
    Diana E. Goldberg, Esq. (DG 3283)


MELITO & ADOLFSEN, P.C.
Attorneys for Fourth-Party Defendant
Zurich American Insurance Company
233 Broadway
New York, New York 10279

By: _____
    S. Dwight Stephens, Esq. (SS 2161)


JACOBSON & SCHWARTZ
Attorneys for Fourth-Party Defendant
Harleysville Mutual Ins. Co.
510 Merrick Road
P.O. Box 46
Rockville Centre, New York 11571


By: _____
    Henry J. Cernitz, Esq. (9382)


MENAKER, HERRMANN, LLP
Attorneys for Third-Party Defendants
Shen Milson & Wilke, Inc. and
Anthony Blackett & Associates
10 East 40th Street, 43rd Street
New York, New York 10006
Tel. (212) 545-1900

By: _____
    Cheryl L. Davis, Esq. (CD 4778)

7

L'ABBATE, BALKAN, COLAVITA
& CONTINI, LLP
Attorneys for Third-Party Defendant
Cosentini Associates, Inc.
1050 Franklin Avenue
Garden City, New York 11530

By: _____
         Martin Schwartzberg, Esq. (MS 6764)


MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP
Attorneys for Third-Party Defendant
Vollmer Associates, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601


By: _____
         Christopher A. Albanese, Esq. (CAA 0145)


ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, P.C.
Attorneys for Third-Party Defendant
Warfel Schrager Architectural Lighting, LLC
115 Broadway, 11th Floor
New York, New York 10006


By: _____
         Barry Jacobs, Esq. (0216)


KRIEG & ASSOCIATES, P.C.
Attorneys for Third-Party Defendants,
Counsilman/Hunsaker & Associates and
Entek Engineering, PLLC
5 Heather Court
Dix Hills, New York 11746


By: _____
         Mark S. Krieg, Esq. (MSK 3745)


THELEN REID & PRIEST, LLP

8

L'ABBATE, BALKAN, COLAVITA
& CONTINI, LLP
Attorneys for Third-Party Defendant
Cosentini Associates, Inc.
1050 Franklin Avenue
Garden City, New York 11530


By: _____
      Martin Schwartzberg, Esq. (MS    )


MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP
Attorneys for Third-Party Defendant
Vollmer Associates, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601

By: *Christopher A. Albanese*
      Christopher A. Albanese, Esq. (CAA 0145)


ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, P.C.
Attorneys for Third-Party Defendant
Warfel Schrager Architectural Lighting, LLC
115 Broadway, 11th Floor
New York, New York 10006


By: _____
      Barry Jacobs, Esq. (0216)


KRIEG & ASSOCIATES, P.C.
Attorneys for Third-Party Defendants,
Counsilman/Hunsaker & Associates and
Entek Engineering, PLLC
5 Heather Court
Dix Hills, New York 11746


By: _____
      Mark S. Krieg, Esq. (MSK 3745)


THELEN REID & PRIEST, LLP

8

09-23-05    15:32    From-Abrams, Gorelick, Friedman & Jacobson    212-968-7573    T-131  P.009/016  F-724

L'ABBATE, BALKAN, COLAVITA
& CONTINI, LLP
Attorneys for Third-Party Defendant
Cosentini Associates, Inc.
1050 Franklin Avenue
Garden City, New York 11530


By: _____
        Martin Schwartzberg, Esq. (MS        )


MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP
Attorneys for Third-Party Defendant
Vollmer Associates, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601


By: _____
        Christopher A. Albanese, Esq. (CAA 0145)


ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, P.C.
Attorneys for Third-Party Defendant
Warfel Schrager Architectural Lighting, LLC
115 Broadway, 11th Floor
New York, New York 10006


By: _____
        Barry Jacobs, Esq. (0216)


KRIEG & ASSOCIATES, P.C.
Attorneys for Third-Party Defendants,
Counsilman/Hunsaker & Associates and
Entek Engineering, PLLC
5 Heather Court
Dix Hills, New York 11746


By: _____
        Mark S. Krieg, Esq. (MSK 3745)



THELEN REID & PRIEST, LLP

8

L'ABBATE, BALKAN, COLAVITA
& CONTINI, LLP
Attorneys for Third-Party Defendant
Cosentini Associates, Inc.
1050 Franklin Avenue
Garden City, New York 11530


By: _____
        Martin Schwartzberg, Esq. (MS      )


MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP
Attorneys for Third-Party Defendant
Vollmer Associates, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601


By: _____
        Christopher A. Albanese, Esq. (CAA 0145)


ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, P.C.
Attorneys for Third-Party Defendant
Warfel Schrager Architectural Lighting, LLC
115 Broadway, 11th Floor
New York, New York 10006


By: _____
        Barry Jacobs, Esq. (0216)


KRIEG & ASSOCIATES, P.C.
Attorneys for Third-Party Defendants,
Counsilman/Hunsaker & Associates and
Entek Engineering, PLLC
5 Heather Court
Dix Hills, New York 11746

By: _____
        Marc S. Krieg, Esq. (MSK 3745)


THELEN REID & PRIEST, LLP

8

Attorneys for Third-Party Defendant,
LBL Skysystems (U.S.A.), Inc.
875 Third Avenue
New York, New York 10022

By: _____
        Richard P. Dyer, Esq. (RPD 5259)


SINNREICH SAFAR & KOSAKOFF LLP
Attorneys for Third-Party Defendant,
John A. Van Deusen & Associates, Inc.
320 Carleton Avenue, Suite 3200
Central Islip, New York 11722
Tel. (631) 650-1200


By: _____
        Annalee Cataldo-Barile, Esq. (AC 5250)


O'CONNOR & GOLDER
Attorneys for Third-Party Defendant,
Jordan Panel Systems Corp.
24 North Washington
Port Washington, New York 11050


By: _____
        Terrence J. O'Connor, Esq. (TO)


LAW OFFICES OF VINCENT P. CRISCI, ESQ.
Attorneys for Third-Party Defendant
Poulin & Morris, Inc.
17 State Street, 8th Floor
New York, New York 10004
Tel. (212) 943-8940


By: _____
        Caroline Papadatos, Esq. (CP)

9

09/27/05  TUE 14:48 FAX 6316501207  _____  SS&K                    NO. 270  P. 15/18      ☒010

Attorneys for Third-Party Defendant,
LBL Skysystems (U.S.A.), Inc.
875 Third Avenue
New York, New York 10022


By: _____
        Richard P. Dyer, Esq. (RPD 5259)


SINNREICH SAFAR & KOSAKOFF LLP
Attorneys for Third-Party Defendant,
John A. Van Deusen & Associates, Inc.
320 Carleton Avenue, Suite 3200
Central Islip, New York 11722
Tel. (631) 650-1200


By: _____
        Annalee Cataldo-Barile, Esq. (AC 6250)


O'CONNOR & GOLDER
Attorneys for Third-Party Defendant,
Jordan Panel Systems Corp.
24 North Washington
Port Washington, New York 11050


By: _____
        Terrence J. O'Connor, Esq. (TO)


LAW OFFICES OF VINCENT P. CRISCI, ESQ.
Attorneys for Third-Party Defendant
Poulin & Morris, Inc.
17 State Street, 8th Floor
New York, New York 10004
Tel. (212) 943-8940


By: _____
        Caroline Papadatos, Esq. (CP)


9

Attorneys for Third-Party Defendant,
LBL Skysystems (U.S.A.), Inc.
875 Third Avenue
New York, New York 10022

By: _____
       Richard P. Dyer, Esq. (RPD 5259)


SINNREICH SAFAR & KOSAKOFF LLP
Attorneys for Third-Party Defendant,
John A. Van Deusen & Associates, Inc.
320 Carleton Avenue, Suite 3200
Central Islip, New York 11722
Tel. (631) 650-1200

By: _____
       Annalee Cataldo-Barile, Esq. (AC 5250)


O'CONNOR & GOLDER
Attorneys for Third-Party Defendant,
Jordan Panel Systems Corp.
24 North Washington
Port Washington, New York 11050

By: *Terrence J. O'Connor*
       Terrence J. O'Connor, Esq. (TO)


LAW OFFICES OF VINCENT P. CRISCI, ESQ.
Attorneys for Third-Party Defendant
Poulin & Morris, Inc.
17 State Street, 8th Floor
New York, New York 10004
Tel. (212) 943-8940

By: _____
       Caroline Papadatos, Esq. (CP)

Attorneys for Third-Party Defendant,
LBL Skysystems (U.S.A.), Inc.
875 Third Avenue
New York, New York 10022


By: _____
           Richard P. Dyer, Esq. (RPD 5259)


SINNREICH SAFAR & KOSAKOFF LLP
Attorneys for Third-Party Defendant,
John A. Van Deusen & Associates, Inc.
320 Carleton Avenue, Suite 3200
Central Islip, New York 11722
Tel. (631) 650-1200


By: _____
           Annalee Cataldo-Barile, Esq. (AC 5250)


O'CONNOR & GOLDER
Attorneys for Third-Party Defendant,
Jordan Panel Systems Corp.
24 North Washington
Port Washington, New York 11050


By: _____
           Terrence J. O'Connor, Esq. (TO)


LAW OFFICES OF VINCENT P. CRISCI, ESQ.
Attorneys for Third-Party Defendant
Poulin & Morris, Inc.
17 State Street, 8th Floor
New York, New York 10004
Tel. (212) 943-8940


By: _____
     for: Caroline Papadatos, Esq. (CP)


9

MORGAN, MELHUISH, MONAGHAN
ARVIDSON, ABRUTYN & LISOWSKI
Attorneys for Fourth-Party Defendant,
Ohio Casualty Insurance Company
39 Broadway-35th Floor
New York, New York 10006

By: _____
      Joseph DeDonato, Esq. (JDD7319)

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

10