# EXHIBIT L

# EXHIBIT L

# EXHIBIT L

# EXHIBIT L

# Donald Sweetman

**From:** Eli Rogers [ERogers@dbplawfirm.com]
**Sent:** Monday, March 19, 2007 6:14 PM
**To:** Donaold Sweetman
**Cc:** JoAnne Bonacci
**Subject:** RE: Travelers v. DASNY, et al. - Terrazzo Mediation

Don-

In addition, it appears that Great American issued an umbrella policy on behalf of G.M. Crocetti (via American National Fire Ins. Co.) for the period March 31, 2000 to March 31, 2000 with a $25 million limit, policy number UMB-9-27-43-86. Kindly send us a copy of this policy at your earliest convenience. Thanks.

Eli J. Rogers, Esq.
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932
973-514-1414 ext. 1909
973-514-5959 fax

**CONFIDENTIALITY NOTE**
This transmittal and any attachments hereto contain information from the law firm of DREIFUSS BONACCI & PARKER, LLP that is confidential and/or legally privileged. This information is intended only for the use of the individual(s) or entity(ies) named in this transmittal. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please notify this firm by telephone, fax or e-mail immediately and please remove this transmittal and any attachments hereto from your computer system.

---

**From:** Eli Rogers
**Sent:** Saturday, March 10, 2007 12:00 PM
**To:** 'Donaold Sweetman'
**Cc:** JoAnne Bonacci
**Subject:** Travelers v. DASNY, et al. - Terrazzo Mediation
**Importance:** High

Don-

In follow-up to my voice-mail of today's date, it appears that one of Great American's policies was inadvertently not produced previously. The policy no. is TEP-3578121, with a policy period of 04/01/00 to 04/01/01. We would greatly appreciate if your office could obtain a copy of this policy and forward same to us as soon as possible. Thanks very much.

Eli J. Rogers, Esq.
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932
973-514-1414 ext. 1909
973-514-5959 fax

**CONFIDENTIALITY NOTE**

3/20/2007