UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,                                    Civil Action No. 07-Civ.6915 (HB)
                Plaintiff,
    vs

THE DORMITORY AUTHORITY OF THE STATE
OF NEW YORK, TDX CONSTRUCTION CORP. and
KOHN, PEDERSON, FOX & ASSOCIATES, P.C.,                **AFFIDAVIT OF SERVICE**
                Defendants.
-------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,
                Third-Party Plaintiff,
    vs
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                Third-Party Defendants.
-------------------------------------------------------------------X
TRATAROS CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY,

                Fourth-Party Plaintiffs,
    vs

CAROLINA CASUALTY INSURANCE COMPANY,
BARTEC INDUSTRIES, INC., DAYTON SUPERIOR
SPECIALTY CHEMICAL CORP., SPECIALTY
CONSTRUCTION BRANDS, INC. t/a TEC,
KEMPER CASUALTY INSURANCE COMPANY
d/b/a KEMPER INSURANCE COMPANY, GREAT
AMERICAN INSURANCE COMPANY, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA., UNITED STATES FIRE
INSURANCE COMPANY, ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC. f/k/a/
COMMERCIAL UNDERWRITERS INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY d/b/a ZURICH INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY d/b/a
OHIO CASUALTY GROUP, HARLEYSVILLE
MUTUAL INSURANCE COMPANY (a/k/a
HARLEYSVILLE INSURANCE COMPANY,
JOHN DOES 1-20 and XYZ CORPS. 1-20

                Fourth-Party Defendants.
-------------------------------------------------------------------X

I hereby certify that on _August 8_, 2008, I electronically filed the foregoing Memorandum of Law, Affirmation of Donald G. Sweetman, Esq. and Exhibits, Affidavit of Josh Schaad and Exhibits and Proof of Service with the Clerk of the United States District Court, Southern District of New York using its CM/ECF system, which wou    ld then electronically notify the following CM/ECF participants on this case:

David Craig Dreifuss, Esq.
JoAnne M. Bonacci, Esq.
Guido Stefan Weber, Esq.
Eli J. Rogers, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, NJ 07932
**Attorneys for Plaintiff, Travelers Casualty and Surety Company and 3rd Pty Deft/4th Pty Plaintiffs, Trataros Construction, Inc. & Travelers Casualty and Surety Co.**

David Abramovitz, Esq.
Thomas V. Giordano, Esq.
Bill P. Chimos, Esq.
Matthew S. Queen, Esq. - Lead Attorney
Zetlin & DeChiara, LLP
801 Second Avenue
New York, NY 10017
**Attorneys for Deft/Third Party Plf., Kohn, Pederson, Fox & Associates, P.C.**

Stephen B. Shapiro, Esq.
Timothy B. Froessel, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007
**Attorneys for Deft/Third Party Plf., Dormitory Authority of the State of New York & TDX Construction Corp.**

2

Gary L. Rubin, Esq.
Mazur, Carp & Rubin, P.C.
1250 Broadway, 38th Floor
New York, NY 10001
**Attorneys for Deft/TDX Construction Corp.**

Andrea J. Smith, Esq.
Goldberg Segalla, LLP
170 Hamilton Avenue, Suite 203
White Plains, NY 10601
**Attorneys for 4th Pty Deft/Dayton Superior Specialty Chemical Corp.**

Christian H. Gannon, Esq.
Segal, McCambridge Singer & Mahoney, Ltd.
830 Third Avenue, 4th Floor
New York, NY 10022
**Attorneys for 4th Pty Deft/Specialty Construction Brands, Inc. t/a TEC**

Robert Mark Wasko, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
226 West 26th Street, 8th Floor
New York, NY 10001-6785
**Attorneys for 4th Pty Deft-Counter-Claimant/Carolina Casualty Ins. Co.**

Paul A. Winick, Esq. - Lead Attorney
Richard P. Dyer, Esq.
Thelen Reid, Brown, Raysman & Steiner, LLP
875 Third Avenue
New York, NY 10022
**Attorneys for Counter-Claimant/third party deft./ LBL Skysystems (U.S.A.), Inc.**

Joel M. Simon, Esq.
Smith Mazure Director Wilkins Young & Yagerman, P.C.
111 John Street
New York, NY 10038
**Attorneys for Fourth Party Defts/North American Specialty Ins. Co. As successor in interest to Commercial Underwriters Ins. Co. And Allied World Assurance Company**

Steven Alan Coploff, Esq.
Steinberg & Cavaliere, LLP
50 Main Street
White Plains, NY 10606

3

and
David A. Larson, Esq.
Bollinger Ruberry & Garvey
500 West Madison St., 23rd Floor
Chicago, IL 60661
**Attorneys for Fourth Party Deft/Kemper Insurance Co.**

John P. De Filippis, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 10th Floor
New York, NY 10022
**Attorneys for Fourth Party Deft/United States Fire Insurance Company**

S. Dwight Stephens, Esq.
David DePasquale, Esq.
Melito & Adolfsen, P.C.
233 Broadway, 28th Floor
New York, NY 10279
**Attorneys for Fourth Party Deft/Zurich American Ins. Co.**

Martin A. Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue
Garden City, NY 11530
**Attorneys for Third Party Deft/Cosentini Associates, Inc.**

Terrence J. O'Connor, Esq.
Of Counsel to Kalb & Rosenfeld, P.C.
1470 Bruckner Blvd.
Bronx, NY 10473
**Attorneys for Third Party Deft/Jordan Panel Systems Corp.**

Marc S. Krieg, Esq.
Krieg & Associates, P.C.
5 Heather Court
Dix Hills, NY 11746
**Attorneys for Third Party Defts/Counsilman/Hunsaker & Associates and Entek Engineering**

Christopher A. Albanese, Esq.
Milber, Makris, Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, NY 10601
**Attorneys for Third Party Deft/Vollmer Associates, LLP**

Martin P. Lavelle, Esq.
Law Offices of Martin P. Lavelle
110 William St., 18th Floor
New York, NY 10038
**Attorneys for Fourth Party Deft/National Union Fire Insurance of Pittsburgh PA**

Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
11 Broadway, Suite 1560
New York, NY 10004
**Attorneys for Weidlinger Associates Consulting Engineers, P.C.**

Bill P. Chimos, Esq.
Thomas V. Giordano, Esq.
Zeynel Karcioglu, Esq.
36 East 20th Street
New York, NY 10003
**Attorneys for Deft/Kohn, Pederson, Fox and Associates, P.C.**

Henry J. Cernitz, Esq.
Jacobson & Schwartz
510 Merrick Road, PO Box 46
Rockville Centre, NY 11571
**Attorneys for 4th Party Deft/Harleysville Mutual Ins. Co.**

Anna Lee Joan Cataldo-Barile, Esq.
Sinnretch, Safar & Kosakoff, LLP
320 Carleton Ave., Suite 3200
Central Islip, NY 11722
**Attorneys for 3rd Party Deft/John A. Van Deusen & Associates, Inc.**

Cheryl L. Davis, Esq.
Menaker & Herrmann, LLP
10 East 40th Street, 43rd Floor
New York, NY 10006
**Attorneys for Third Party Deftt/Shen Milsom & Wilke, Inc.**

Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, 4th Floor
New York, NY 10004
**Attorneys for Counter Claimant/Warfel Schrager Architectural Lighting, LLC**

Joseph S. Weiner, Esq.
Law Office of Vincent P. Crisci, Esq.
One Broadway
New York, NY 10004
**Attorneys for Counter-Claimant/Poulin & Morris, Inc.**

Fe D. Tesoro, Esq.
Law Office of Vincent P. Crisci, Esq.
17 State Street, 8th Floor
New York, NY 10004
**Attorneys for Poulin & Morris**

Michael P. Catina, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
**Attorneys for Third Party Deft/Theatre Projects Consultants**

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
The Graybar Building
420 Lexington Avenue
New York, NY 10170
**Attorneys for Fourth Party Deft/Carolina Casualty**

Lance J. Kalik, Esq.
Tracey Kohl Wishert, Esq.
Marisa Slaten, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
**Attorneys for Fourth Party Deft/Harleysville Mutual Ins. Co.**

Michael X. McBride, Esq.
Patti A. Lee, Esq.
Connell Foley
888 Seventh Avenue
New York, NY 10106
**Attorneys for Third Party Deft/Cermak, Peterka Petersen, Inc.**

Jeremy Platek, Esq.
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue
White Plains, NY 10601
**Attorneys for 4th Pty Deft/Bartec Industries, Inc.**

Martin P. Lavelle, Esq.
Erika C. Aljens, Esq.
Law Offices of Green & Lavelle
12 MetroTech Center, 28th Floor
Brooklyn, NY 11201
**Attorneys for Fourth Party Deft/National Union Fire Insurance of Pittsburgh PA**

I hereby certify that on _____, 2008, I forwarded a copy of Memorandum of Law, Affirmation of Donald G. Sweetman, Esq. and Exhibits, Affidavit of Josh Schaad and Exhibits in support of defendant Great American Insurance Company's motion for summary judgment and Proof of Service by placing same in a sealed Federal Express envelope for Federal Express delivery to:

Henry G. Morgan, Esq.
Morgan, Melhuish, Monaghan, Arvidson, Abrutyn & Lisowski
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
**Attorneys for Fourth Party Deft/Ohio Casualty Ins. Co.**

Mark L. Fleder, Esq.
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068

Dated: Parsippany, New Jersey
August 8, 2008

GENNET, KALLMANN, ANTIN & ROBINSON
Attorneys for Defendant Great American Insurance Company

By_____
DONALD G. SWEETMAN (DS2716)