UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as administrator for RELIANCE INSURANCE COMPANY,<br><br>                                  Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. AND KOHN PEDERSEN FOX ASSOCIATES, P.C.<br><br>                                  Defendants. | CASE NO. 07-CV-6915 (DLC)<br>ECF CASE<br><br><br>CIVIL ACTION<br><br><br>**NOTICE OF MOTION** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,<br><br>                         Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>                         Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                         Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN | |

INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 AND XYZ CORPS. 1-20,

                Fourth-Party Defendants.

**TO:** All Counsel on the Attached Service List

**COUNSEL:**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, attorneys for Fourth Party Defendant Harleysville Insurance Company of New Jersey, improperly pled as Harleysville Mutual Insurance Company ("Harleysville ") shall apply to the Hon. Denise L. Cote, U.S.D.J., United States District Court, Southern District of New York, 500 Pearl Street, Room 1020, New York, New York, for an Order granting summary judgment to Harleysville in the above-captioned matter pursuant to FED. R. CIV. P. 56(c).

**PLEASE TAKE FURTHER NOTICE** that, in support of the aforementioned motion, Harleysville shall rely upon the enclosed Memorandum of Law, Rule 56.1 Statement of Undisputed Material Facts, and the Supporting Affirmations of Derrick Harris and Counsel served herewith.

                **RIKER, DANZIG, SCHERER,**
                **HYLAND & PERRETTI LLP**

                500 Fifth Avenue, Suite 4920

        New York, New York 10010
        (212) 302-6574

        -and-

        Headquarters Plaza
        One Speedwell Avenue
        Morristown, NJ 07962-1981
        (973) 538-0800

Attorneys for Fourth Party Defendant,
Harleysville Insurance Company of New Jersey


By:    /s/ Lance J. Kalik
        Lance J. Kalik (LK-4677)

Dated: August 8, 2008

## **TRAVELERS CASUALTY & SURETY COMPANY V. DASNY ET AL.**

### **CIVIL ACTION NO.: 04CV 5101**

### **COUNSEL LIST**

| | |
|---|---|
| Eli John Rogers, Esq.<br>JoAnne M. Bonacci, Esq.<br>Dreifuss Bonacci & Parker, LLP<br>26 Columbia Turnpike<br>North Entrance<br>Florham Park, New Jersey 07932<br>Tel. No.: 973-514-1414<br>Fax No.: 973-514-5959<br>Email: erogers@dbplawfirm.com<br>Email: jbonacci@dbplawfirm.com | *Attorneys for Plaintiff/Third-Party Defendant/*<br>*Fourth-Party Plaintiff, Travelers Casualty*<br>*and Surety Company,*<br>*and Third-Party Defendant/*<br>*Fourth-Party Plaintiff, Trataros Construction, Inc.* |
| Timothy B. Froessel, Esq.<br>HOLLAND & KNIGHT, LLP<br>195 Broadway<br>New York, New York 10007<br>Tel. No.: 212-513-3484<br>Fax No.: 212-385-9010<br>Email: tbfroess@hklaw.com<br>Lead Attorney | *Attorneys for Defendant/Third-Party Plaintiff,*<br>*Dormitory Authority of the State of New York*<br>*and Defendant TDX Construction Corp.* |
| David Abramovitz, Esq.<br>Louis J. Dennis, Esq.<br>ZETLIN & DECHIARA, LLP<br>801 Second Avenue<br>New York, New York 10017<br>Tel. No.: 212-682-6800<br>Fax No.: 212-682-6861<br>Email: dabramovitz@zdlaw.com<br>Lead Attorney | *Attorneys for Defendant,*<br>*Kohn, Pederson, Fox & Associates, P.C.* |

| | |
|---|---|
| Robert Mark Wasko, Esq.<br>TORRE, LENTZ, GAMELL, GARY &<br>  RITTMASTER LLP<br>226 West 26th Street, 8th Floor<br>New York, NY  10001<br>Tel. No.:  516-240-8900<br>Fax No.:  212-691-6452<br>Email: rwasko@tlggr.com<br><br>Vincent J. Zichello, Esq.<br>ZICHELLO & McINTYRE, LLP<br>420 Lexington Avenue, Suite 2800<br>New York, NY  10170<br>Tel. No. 212-972-5560<br>Fax. No. 212-972-5569<br>Email:  zimc@msn.com | *Attorney's for Fourth-Party Defendants, Carolina Casualty Insurance Company* |
| <u>JEREMY PLATEK, ESQ.</u><br>O'CONNOR, REDD, GOLLIHUE &<br>  SKLARIN, LLP<br>200 Mamaroneck Avenue<br>White Plains, New York 10601<br>Tel. No.:  914-686-1700 x.239<br>Fax No.:  914-328-3184<br>Email: jplatek@oconnorlawfirm.com | a.   *Attorneys for Fourth-Party Defendant,*<br>b.   *Bartec Industries Inc.* |
| William G. Kelly, Esq.<br>Matthew J. Mcdermott, Esq.<br>Suzin L. Raso, Esq.<br>GOLDBERG SEGALLA, LLP<br>170 Hamilton Avenue, Suite 203<br>White Plains, New York  10601-1717<br>Tel No.:  914-798-5400<br>Fax No.:  914-253-5500<br>Email: wkelly@goldbergsegalla.com | *Attorneys for Fourth-Party Defendant, Dayton Superior Specialty Chemical Corp. a/k/a Dayton Superior Corp.*<br>c. |
| Christian Holt Gannon, Esq.<br>Robert R. Brooks-Rigolosi, Esq.<br>SEGAL MCCAMBRIDGE SINGER &<br>  MAHONEY, LTD.<br>830 Third Avenue, Suite 400<br>New York, New York 10022 | *Attorneys for Fourth-Party Defendant, Specialty Construction Brands, Inc. t/a TEC* |

Tel. No.: 212-651-7500
Fax No.: 212-651-7499
Email: rrigolosi@smsm.com
Email: cgannon@smsm.com

| | |
|---|---|
| Michael Scott Miller, Esq.<br>TOMPKINS, McGUIRE, WACHENFELD & BARRY<br>Four Gateway Center, 100 Mulberry Street<br>Newark, NJ 07012<br>Tel. No.: 973-622-3000<br>Fax. No.: 973-623-7780<br>Email: mmiller@tompkinsmcguire.com | *Attorneys for Fourth-Party Defendant, Kemper Insurance Company* |
| David N. Larson, Esq.<br>Brett L. Warning, Esq.<br>George J. Manos, Esq.<br>BOLLINGER, RUBERRY & GARVEY<br>500 West Madison Street, 23rd Floor<br>Chicago, IL 60661<br>Tel. No.: 312-466-8000<br>Fax No.: 312-466-8001<br>David.larson@brg-law.net<br>Brett.warning@brg-law.net<br>George.manos@brg-law.net | |
| Erika Catherine Aljens, Esq.<br>Law Offices of Green & Lavelle<br>110 William Street, 18th Floor<br>New York, New York 10038<br>Tel. No.: 212-266-5880<br>Fax No.: 212-528-0134<br>Email: martin.lavelle@aig.com | *Fourth-Party Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.* |
| Donald G. Sweetman, Esq.<br>Gennet, Kallmann, Antin & Robinson, P.C.<br>6 Campus Drive<br>Parsippany, New Jersey 07054<br>Tel. No.: 973-285-1919<br>Fax No.: 973-285-1177<br>dsweetman@gkar-law.com | *Attorneys for Fourth-Party Defendant, Great American Insurance Company, American Alliance Insurance Company, American National Fire Insurance Company, and Great American Insurance Company of New York* |

| | |
|---|---|
| John P. DiFilippis, Esq.<br>Carroll, McNulty & Kull<br>570 Lexington Avenue, 10th Floor<br>New York, New York 10022<br>Tel. No.:  212-252-0004<br>Fax No.: 212-252-0444<br>Email: jdifilippis@cmk.com | *Attorneys for Fourth-Party Defendant,*<br>*United States Fire Insurance Company* |
| S. Dwight Stephens , Esq.<br>Melito & Adolfsen, P.C.<br>233 Broadway<br>New York, NY 10279<br>Tel. No.:  212-238-8900<br>Fax No.: 212-238-8999<br>Email: sds@melitoadolfsen.com | *Attorney's for Fourth-Party Defendant,*<br>*Zurich American Insurance Company* |
| Joseph DeDonato, Esq.<br>Morgan, Melhuish, Monaghan, Arvidson, Abrutyn & Lisowski<br>39 Broadway, 35 Floor<br>New York, NY  10006<br>Tel. No.:  212-735-8600<br>Fax No.: 212-509-3422<br>Email: jdedonato@morganlawfirm.com | *Attorneys for Fourth-Party Defendant,*<br>*Ohio Casualty Insurance Company* |
| Lance J. Kalik, Esq.<br>Tracey Wishert, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti  LLP,<br>Headquarters Plaza<br>One Speedwell Avenue<br>P.O. Box 1981<br>Morristown, New Jersey 07962-1981<br>Tel. No.:  973-451-8447<br>Tel No.:  973-451-8591<br>Fax No.:  973-538-1984<br>Email: lkalik@riker.com<br>Email: twishert@riker.com | *Attorneys for Fourth-Party Defendant,*<br>*Harleysville Mutual Insurance Company* |
| Joel M. Simon, Esq.<br>Smith Mazure Director Wilkins Young  & Yagerman, P.C.<br>111 John Street<br>New York, NY  10038<br>Tel No.:  212-964-7400 | *Attorneys for Fourth-Party Defendant,*<br>*Allied World Assurance Company formerly known as Commercial Underwriters Insurance Company*<br>*North American Specialty* |

Fax No.: 212-485-8756
Email: jsimon@smithmazure.com

| | |
|---|---|
| Stephen P. Schreckinger, Esq.<br>Gogick, Byrne & O'Neill, LLP<br>11 Broadway, Suite 1560<br>New York, New York 10004<br>Tel. No.: 212-422-9424<br>Fax No.: 212-422-9429<br>Email: sps@gogick.com | *Attorneys for Third-Party Defendant,*<br>*Weidlinger Associates Consulting*<br>*Engineers, P.C.*<br>*Attorneys for Castro-Blanco Piscioneri*<br>*& Associates,*<br>*Architects, P.C. n/k/a Arquitectonica*<br>*New York, P.C.* |
| Michael I. Seltzer, Esq.<br>Law Office of Vincent P. Crisci, Esq.<br>17 State Street- 8th Floor<br>New York, New York 10004<br>Tel. No.: 212-943-8940<br>Fax No.: 212-425-3428<br>Email: miseltzer@allmerica.com | *Attorneys for Third-Party Defendant,*<br>*Poulin & Morris, Inc.* |
| Cheryl L. Davis, Esq.<br>Menaker & Herrmann, LLP<br>*Blackett & Assocs.*<br>10 East 40th Street<br>43rd Floor<br>New York, New York 10016<br>Tel. No.: 212-545-1900 x222<br>Fax No.: 212-545-1656<br>Email: cdavis@mhjur.com | *Attorneys for Third-Party Defendant,*<br>*Shen Milson & Wilke, Inc. and Anthony* |
| Martin A. Schwartzberg, Esq.<br>L'Abbate, Balkan, Colavita & Contini, LLP<br>1050 Franklin Avenue<br>Garden City, New York 11530<br>Tel. No.: 516-294-8844<br>Fax No.: 516-294-8202<br>Email: mhoenings@lbcclaw.com | *Attorneys for Third-Party Defendant,*<br>*Cosentini Associates, Inc.* |
| Christopher A. Albanese, Esq.<br>Milber Makris Plousadis & Seiden, LLP<br>3 Barker Avenue, 6th Floor<br>White Plains, New York 10601<br>Tel. No.: 914-681-8700<br>Fax No.: 914-681-8709<br>Email: calbanese@milbermakris.com | *Attorneys for Third-Party Defendant,*<br>*Vollmer Associates, LLP* |

| | |
|---|---|
| Annalee Cataldo-Barile, Esq.<br>Sinnreich Safar & Kosakoff, LLP<br>320 Carleton Avenue<br>Suite 3200<br>Central Islip, New York 11722<br>Tel. No.: 631-650-1200 x.23<br>Fax No.: 631-650-1207<br>Email: acataldo-barile@ssklaw.net | *Attorneys for Third Party Defendant,*<br>*John A. Van Deusen & Associates, Inc.* |
| Frank T. Santoro, Esq.<br>Glenn Firth, Esq.<br>Wilson, Elser, Moskowitz, Edelman &<br>  Dicker, LLP<br>150 East 42nd Street<br>New York, New York 10017-5639<br>Tel. No.: 212-490-3000<br>Fax No.: 212-490-3038<br>Email: santorof@wemed.com | *Attorneys for Third- Party Defendant,*<br>*Jerome Gilman Consulting Architect, P.C.* |
| Barry Jacobs, Esq.<br>Abrams, Gorelick, Friedman & Jacobson,<br>  P.C.<br>One Battery Park Plaza, 4th Floor<br>New York, New York 10004<br>Tel. No.: 212-422-1200<br>Fax No.: 212-968-7573<br>Email: bjacobs@agfjlaw.com | *Attorneys for Third-Party Defendant,*<br>*Warfel Schrager Architectural Lighting* |
| Marc S. Krieg, Esq.<br>Krieg Associates, P.C.<br>5 Heather Court<br>Dix Hills, New York 11746<br>Tel. No.: 631-499-8409<br>Fax No.: 631-493-0763<br>Email: 01marc@optonline.net | *Attorneys for Third-Party Defendants*<br>*Counsilman/Hunsaker & Associates,*<br>*and Entek Engineering, PLLC* |
| Terrence O'Connor, Esq.<br>O'Connor & Golder, LLP<br>16 Rose Drive<br>Saylorsburg, Pennsylvania 18353<br>Tel. No.: 570-619-4191<br>Fax No.: 570-619-6007<br>Email: toconnor@ptd.net | *Attorneys for Third-Party Defendant,*<br>*Jordan Panel Systems Corp.* |

Paul A. Winick, Esq.
Richard P. Dyer, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
875 Third Avenue
New York, New York 10022
Tel. No.: 212-603-2000
Email: pwinick@thelenreid.com          *Attorneys for Third-Party Defendant,*
Fax No.: 212-603-2001                  *L.B.L. Skysystems*
Email: rpdyer@thelenreid.com