# EXHIBIT

# K

Harleysville Insurance Company of New Jersey
Harleysville Mutual Insurance Company
Harleysville Preferred Insurance Company

# LETTER OF CERTIFICATION

April 04, 2005

Tracy Williams
North-east Claims Service Center

This is to certify that the attached is a true and correct copy of

the policy of insurance: contractor's Business Owners #CB-8E8397,

all policy terms, endorsements and declaration pages from 05/26/03 to 05/26/04,

insofar as it relates to the insurance afforded thereunder at the following location:

PO Box 715, New Providence, NJ 07974, to the Named: Bartec Industries, Rencon Corp.,

on the date of loss 10/27/03, the New Jersey Buyer's Guide and the

Coverage Selection Forms as are mandated by law.

*R. Bruce Livingston*

R. Bruce Livingston
Assistant Vice President

Harleysville Insurance Company of New Jersey
224 Strawbridge Drive, Suite 301
Moorestown, NJ 08057-4602
www.harleysvillegroup.com

**CONTRACTORS'**
**BUSINESS OWNERS POLICY**
**CB 8E8397**



Named Insured:

BARTEC INDUSTRIES
RENCON CORP
P O BOX 715
NEW PROVIDENCE NJ  07974

Account            8E8397
Policy Term        05/26/03 to 05/26/04
                   12:01 A.M. Standard Time
Issue Date         04/25/03
Reason for Issue   Renewal Certificate

For assistance please contact your agent
**WHARTON/ATLANTIC**
at **732-531-3003**

(Agent Code 29-9626)

```
Legal Status:    Corporation
Business:    FLOOR CONTRACOTR

          Estimated Total Annual Policy Premium:    $8,333.00
                 Estimated Total Policy Premium:    $8,333.00
       New Jersey Property-Liability Insurance
                   Guaranty Association Surcharge:     $21.00
                              Total Amount Due:     $8,354.00
```

The amount shown above is the total amount due.  This premium is due as
indicated on the premium invoice.  Failure to remit when due can result in
the cancellation of your policy.  If you request cancellation, there is a
minimum premium retention for this policy of      $75.

Renewal offer is contingent upon payment of prior policy term.

This policy contains an audit condition.  All rating information and
classifications are subject to verification and change at audit.  Premium was
based on exposures you estimated, and final premium will be computed when your
actual exposures are determined.

Insurance is afforded only with respect to the coverages listed.  The limit of
the company's liability shall be as stated herein subject to all terms of the
policy.

For specific provisions and coverage definitions applicable to the following
schedules, refer to the appropriate attached form or endorsement.  A schedule of
forms and endorsements made part of this policy can be found at the end of this
declarations.

New Jersey   02 03 DB     V       Page  1 Continued
PD-0113 (Ed. 6-85)

Harleysville Insurance Company of New Jersey
224 Strawbridge Drive, Suite 301
Moorestown, NJ 08057-4602
www.harleysvillegroup.com

**CONTRACTORS'
BUSINESS OWNERS POLICY
CB 8E8397**



| | |
|---|---|
| **Policy Term** | 05/26/03 to 05/26/04  12:01 A.M. Standard Time |
| **Issue Date** | 04/25/03 |
| **Agent Code** | 29-9626 |

**BARTEC INDUSTRIES**

---

**SCHEDULE OF LOCATIONS**

```
Loc
 No    Location Description
 001   435 Main Street               Little Falls NJ 07424
```

**SCHEDULE OF COVERAGES**

Section I:   Property Coverages   Section I Deductible:   $500

Deductible Exceptions:

   Contractors' Equipment Endorsement Deductible
    Refer to the Schedule of Other Coverages and Endorsements
    for applicable deductible.

Location 001 Building 001                                     Limit of Insurance

  Construction:  Joisted Masonry       Coinsurance: 80%
  Terr:   050   Protection:   04
  Occupancy:  Floor Contractor

| | |
|---|---|
| Business Personal Property | $15,000 |
| Accounts Receivable | $10,000 |
| Money and Securities  Inside the premises | $10,000 |
|    Outside the premises | $10,000 |

Other Coverages and Endorsements:
    Replacement Cost
      Applies to Business Personal Property Only
    Compupak Endorsement
      Data And Media                                     $10,000

Section II:  Comprehensive Business Liability

| | |
|---|---|
| Business Liability and Medical Expenses  Each Occurrence | $1,000,000 |
| General Aggregate (Other Than Products-Completed Operations) | Not Applicable |
| Products Completed Operations Aggregate | $2,000,000 |
| Medical Expenses | $5,000 |
| Fire Legal Liability | $100,000 |

**SCHEDULE FOR COMPREHENSIVE BUSINESS LIABILITY CLASSIFICATIONS**

| Loc/Bldg | State-Terr | Description | Class Code | |
|---|---|---|---|---|
| 001/001 | 29-050 | Cement, Concrete Or Granolithic Floor Construction, Finishing Or Surfacing | 17713 | |
| | | Payroll Premium Basis | | $75,000 |

Harleysville Insurance Company of New Jersey
224 Strawbridge Drive, Suite 301
Moorestown, NJ 08057-4602
www.harleysvillegroup.com

**CONTRACTORS'
BUSINESS OWNERS POLICY
CB 8E8397**



| | |
|---|---|
| Policy Term | 05/26/03 to 05/26/04<br>12:01 A.M. Standard Time |
| Issue Date | 04/25/03 |
| Agent Code | 29-9626 |

**BARTEC INDUSTRIES**

---

SCHEDULE OF OTHER COVERAGES AND ENDORSEMENTS

  Contractors' Equipment Endorsement

    Schedule for Contractors' Equipment

| Item No | Ded Amt | Description | Manufacturer | Identifying Marks & Nos | Amount of Insurance |
|---|---|---|---|---|---|
| 1 | | Miscellaneous Tools | N/A | N/A | $15,000 |
| 2 | | Swing Concrete Pump<br>Year Built 1997 | N/A | 171500116 | $46,000 |
| 3 | | System Pipe<br>Year Built 1997 | N/A | N/A | $8,000 |
| 4 | | Hyster Lift<br>Year Built 1999 | N/A | H177b05028V | $22,588 |

  The Company shall not be liable for more than (    $91,588)
  in any one disaster, either in case of partial or total
  loss or salvage changes or any other charges or all combined.

  Deductible:  $500

  Deductible exceptions are reflected for scheduled items.
  In case of "loss" involving more than one scheduled item,
  the highest deductible amount shown for scheduled covered
  property involved is the deductible amount.

  Compupak Endorsement

| Loc No | Bldg No | Property Covered | Limit of insurance |
|---|---|---|---|
| 001 | 001 | "data" And "media" | $10,000 |

FORMS AND ENDORSEMENTS

                                                                    Loc/
                                                         State      Bldg

| | | |
|---|---|---|
| PJ0002E | 0200 | Policy Jacket |
| BO7194 | 0190 | Exclusion-Asbestos |
| IL0208 | 0900 | New Jersey Changes - Cancellation and Nonrenewal |
| PT0617 | 0190 | Contractors' Business Owners Policy |
| BO7124 | 1288 | Compupak Endorsement |
| BO7191 | 0190 | Contractors Equipment Coverage Endorsement |
| BO7253 | 0293 | Personal Property Off Premises |
| BO7411 | 0201 | Civil Authority Amendment Endorsement |
| *BO7433 | 0802 | Nuclear Hazard Exclusion Amendment |
| *BO7436 | 1102 | Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses |
| IL7131 | 0498 | Exclusion of Certain Computer-Related Losses |
| *ST7316 | 0802 | Important Change Nuclear Hazard Exclusion |
| BO7111 | 0189 | New Jersey Changes - Auto/Mobile Equipment and Nonowned Watercraft |
| BO7117 | 0189 | New Jersey Changes - Business Liability Coverage |
| BO7233 | 0193 | Employment - Related Practices Exclusion |

Harleysville Insurance Company of New Jersey
224 Strawbridge Drive, Suite 301
Moorestown, NJ 08057-4602
www.harleysvillegroup.com

**CONTRACTORS'
BUSINESS OWNERS POLICY
CB 8E8397**



| | |
|---|---|
| Policy Term | 05/26/03 to 05/26/04
12:01 A.M. Standard Time |
| Issue Date | 04/25/03 |
| Agent Code | 29-9626 |

**BARTEC INDUSTRIES**

```
BO7302        0195  Amendment - Leased Workers
BO7314        0896  Amendment Section II - Who Is An Insured
BO7328        0796  Exclusion - Snow and Ice Removal
BO7376        1098  New Jersey Changes-Lead Contamination Liability
*BO7437       1202  Nuclear, Biological Or Chemical Terrorism
                    Exclusion (Other Than Certified Acts Of
                    Terrorism); Cap On Losses From Certified Acts Of
                    Terrorism
*BO7438       1102  Exclusion Of Punitive Damages Related To A
                    Certified Act Of Terrorism
CG7167        0195  Additional Insured Endorsement Construction
                    Contracts
IL7107        0791  Voluntary Property Damage Endorsement
```

**IMPORTANT INFORMATION**
The following material contains information about your policy.
Please read carefully.

```
ST7115        0900  Premium Audit Notice
*ST7394       1202  Policyholder Disclosure Notice of Terrorism
                    Insurance Coverage
*ST7408       1102  Important Notice To Policyholders - Exclusion Of
                    Acts Of Biological Or Chemical Terrorism; Cap On
                    Losses From Certified Acts Of Terrorism; Coverage
                    For Certain Fire Losses
*ST7409       1202  Important Notice To Policyholders - Nuclear,
                    Biological Or Chemical Terrorism Exclusion (Other
                    Than Certified Acts Of Terrorism); Cap On Losses
                    From Certified Acts Of Terrorism
*ST7410       1102  Important Notice To Policyholders - Exclusion Of
                    Punitive Damages Related To A Certified Act Of
                    Terrorism
*ST7419       0203  New Jersey Earthquake Insurance Availability
                    Notice
Z887          1299  Direct Claims Reporting Saves You Time and Money!
```

* Indicates a new or replacement form.  Retain listed forms not replaced.

Renewal Insuring Agreement:  In consideration of payment of the premium
specified on the renewal declarations, this policy is renewed for the period
stated.  The renewal is subject to all terms, conditions, forms and endorsements
attached to the policy or to this renewal declarations.

## E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

### 2. Duties In the Event of Occurrence, Claim or Suit

a. You must see to it that we are notified promptly of an "occurrence" that may result in a claim. Notice should include:

   (1) How, when and where the occurrence" took place; and

   (2) The names and addresses of any injured persons and witnesses.

b. If a claim is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the claim or "suit."

c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Financial Responsibility Laws

a. When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

b. With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motors, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

### 4. Legal Action Against Us

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgement against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 5. Separation of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claims is made or "suit" is brought.