UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. AND KOHN PEDERSEN FOX ASSOCIATES, P.C.<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 07-CV-6915 (DLC)<br>ECF CASE<br><br><br>CIVIL ACTION |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,<br><br>　　　　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　　　　　　Third-Party Defendant. | DECLARATION OF DERRICK HARRIS IN SUPPORT OF HARLEYSVILLE'S MOTION FOR SUMMARY JUDGMENT |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　　　　　Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN | |

INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY (U.S.) INC., f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES 1-20 AND XYZ CORPS. 1-20,

Fourth-Party Defendants.

I, Derrick Harris, of full age, declare under penalty of perjury that the foregoing is true and correct:

1. I am currently employed by the Harleysville Insurance Companies as a Construction Defect Litigation Specialist.

2. I have reviewed Harleysville's entire file relating to claims arising from the Baruch College Project under Contractor's Business Owners Policy Number CB-8E8397.

3. Harleysville did not receive notice from Trataros Construction, Inc. that it was seeking coverage under a Harleysville policy for claims arising from the Baruch College Project until service of the Amended Fourth Party Complaint against Harleysville in March 2005.

Dated: 8/8/08

By: _____
Derrick Harris

385 2200:1

2