UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>    Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>*Document Electronically Filed* |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>    Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>    Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>    Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, et al.,<br><br>    Fourth-Party Defendants. | |

**DECLARATION OF MARK T. HALL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT TO DISMISS THE FOURT-PARTY COMPLAINT AS AGAINST THE FOURTH PARTY DEFENDANT OHIO CASUALTY INSURANCE COMPANY**

I Mark T. Hall, declare as follows:

1. I am an Associate of the law firm of Morgan Melhuish Abrutyn, attorneys for the Fourth Party Defendant Ohio Casualty Ins. Co., (Ohio). As such I am entrusted with the handling of this matter and am fully familiar with the within facts. I submit this Affirmation in support of Ohio Casualty Ins. Company's Motion for Summary Judgment seeking to dismiss the Fourth Party Complaint of Trataros Construction Co., (Trataros) and Travelers Casualty and Surety Company (Travelers).

2. A true and correct copy of Prime Contract No. 16 is annexed hereto as Exhibit "A".

3. A true and correct copy of Crocetti Subcontract is annexed hereto as Exhibit "B".

4. A true and correct copy of the Floor Leveling Change Order is annexed hereto as Exhibit "C".

5. A true and correct copy of the Conflow Purchase Order is annexed hereto as Exhibit "D".

6. A true and correct copy of the Defective Flooring Correspondence is annexed hereto as Exhibit "E".

7. A true and correct copy of several Repair Tickets is annexed hereto as Exhibit "F".

8. A true and correct copy of the Third Party Complaint in 04 Civ. 5101. is annexed hereto as Exhibit "G".

9. A true and correct copy of the Complaint in <u>R&J Construction Corp. v. Trataros Construction Inc., et al.</u>, Index No. 113225/2003 is annexed hereto as Exhibit "H".

10. A true and correct copy of the Crocetti's Answer in <u>R&J Construction Corp. v. Trataros Construction Inc., et al.</u>, Index No. 113225/2003 is annexed hereto as Exhibit "J".

11. A true and correct copy of the Bartec's Answer in <u>R&J Construction Corp. v. Trataros Construction Inc., et al.</u>, Index No. 113225/2003 is annexed hereto as Exhibit "K".

12. A true and correct copy of the Fourth Party Complaint in 04 Civ. 5101. is annexed hereto as Exhibit "L".

13. A true and correct copy of TDX Construction's correspondence refusing to issue change order for floor repairs is annexed hereto as Exhibit "M".

I Declare under the penalties of perjury that the foregoing is true and correct.

Executed this 8th Day of August, 2008 at Livingston, New Jersey

**MORGAN MELHUISH ABRUTYN**
**Attorneys for Defendant, Ohio Casualty Insurance Company**

s/ *Mark T. Hall*
By:_____
MARK T. HALL (MH3275).

Dated:   Livingston, New Jersey
         August 8, 2008

2