DASNY 20

# CONTRACT



**DORMITORY AUTHORITY – STATE OF NEW YORK**

# CONTRACT

This Agreement made as of the 27th day of August   1998 by and between the DORMITORY AUTHORITY -- State of New York, hereinafter referred to as the  "OWNER" and

TRATAROS CONSTRUCTION, INC.

664 64th Street, Brooklyn, New York  11220

hereinafter referred to as the    General Construction

CONTRACTOR for Work at the    Baruch College

WITNESSETH:  That the OWNER and the CONTRACTOR for the consideration named agree as follows:

1.    The CONTRACTOR shall provide and shall perform all Work of every kind or nature whatsoever required and all other things necessary to complete in a proper and workmanlike manner the General Construction #2, - Contract #16 at Baruch College - Site B. DA # 6500 1802 2178, JDE# 61506 in strict accordance with the Contract Documents as defined in the General Conditions (and of which a listing of specifications and drawings are attached hereto) and in strict accordance with such changes as are ordered and approved pursuant to the Contract, and shall perform all other obligations imposed on such CONTRACTOR by the Contract.

2a.    The CONTRACTOR agrees to perform all Work and labor required, necessary, proper for, or incidental to the Work, and to Furnish all supplies and materials required, necessary, proper for, or incidental to the Work for the total sum of Twenty-four Million, One Hundred Forty Thousand and 00/100 Dollars ($24,140,000.00), which sum shall be deemed to be in full consideration for the performance by the CONTRACTOR of all the duties and obligations of such CONTRACTOR under the Contract.

2b.    In the event the Form of Bid includes Alternates for an extended warranty service maintenance agreement, and the OWNER'S letter of intent accepts those alternates, funds for said Alternates shall be encumbered upon the final execution of said agreement.  However, if the extended warranty service maintenance agreement is not signed concurrent with this contract, the warranty service provider's authorized representative acknowledges by signature hereto that the warranty service provider will execute the extended warranty service agreement which is included with the contract documents.

3.    The CONTRACTOR shall commence Work on the Contract at a time to be specified in a written notice to proceed issued by the OWNER and complete the project no later than November 1, 2000.

The CONTRACTOR shall pay to the OWNER, as liquidated damages, the sum of <u>Five Hundred and 00/100 Dollars ($ 500.00)</u> for each and every day that the CONTRACTOR shall be in default after the above time of completion.

4.    The full name and address of the OWNER (s):

(a.)    of the land is: <u>DORMITORY AUTHORITY-STATE OF NEW YORK, 515 Broadway, Albany, New York 12207.</u>

(b.)    of the building is: <u>DORMITORY AUTHORITY - STATE OF NEW YORK, 515 Broadway, Albany, New York 12207.</u>

The street address, or section, block and lot numbers, or deed book and page number of the property which is the subject of the Contract is as follows:

55 Lexington Avenue, New York, New York  10010

IN WITNESS WHEREOF, the parties hereto have executed this Contract the day and year first above written.

DORMITORY AUTHORITY

_Douglas Van Vleck_
(Signature)

Managing Director of **Construction**
(Title)

TRATAROS CONSTRUCTION, INC.
**(Contractor - Legal Name)**

By _[signature]_
(Signature)

_GEORGE CURIS TREASURER_
(Title)

N/A
**(Warranty Service Provider - Legal Name)**

By
(Signature)


(Title)

CERTIFICATION OF NON-SEGREGATED FACILITIES;
NON-DISCRIMINATION IN EMPLOYMENT IN NORTHERN IRELAND
COMPLIANCE WITH FEDERAL EQUAL EMPLOYMENT OPPORTUNITY ACT;
COMMITMENT TO NEW YORK STATE BUSINESS ENTERPRISE;
AND NON-COLLUSIVE BIDDING REQUIREMENT

1. The CONTRACTOR certifies that the CONTRACTOR or its SubCONTRACTOR does not, nor shall not, maintain or provide for the employees of such CONTRACTOR or SubCONTRACTOR any segregated facilities at any establishments, of such CONTRACTOR or SubCONTRACTOR, and that the CONTRACTOR or SubCONTRACTOR shall not permit any employees, of such CONTRACTOR or SubCONTRACTOR, to perform services at any location, under the control of such CONTRACTOR or SubCONTRACTOR, where segregated facilities are maintained. The CONTRACTOR or SubCONTRACTOR agrees that a breach of this certification is a violation of the equal opportunity clauses of the Agreement. The CONTRACTOR or SubCONTRACTOR further agrees that, except in any instance in which the CONTRACTOR or SubCONTRACTOR has obtained identical certifications from proposed SubCONTRACTORS for specific time periods, such CONTRACTORs or SubCONTRACTOR shall obtain identical certifications from proposed SubCONTRACTORs prior to the award of subcontracts exceeding Ten Thousand Dollars ($10,000.00); that such CONTRACTOR or SubCONTRACTOR shall retain such certifications in the files of such CONTRACTOR or SubCONTRACTOR.

2. The CONTRACTOR or SubCONTRACTOR further stipulates that it, and any individual or legal entity in which the CONTRACTOR or SubCONTRACTOR holds a ten percent (10%) or greater ownership interest and any such entity that holds such an interest in the CONTRACTOR or the SubCONTRACTOR, either:

    (i)   has no business operations in Northern Ireland; or

    (ii)  shall take all lawful steps in good faith to conduct any business operations it has or in which it has such an interest in Northern Ireland in accordance with the MacBride Fair Employment Principles as set forth in Chapter 807 of the Laws of 1992 and shall permit any independent monitoring of its compliance with said Principles.

3. The CONTRACTOR attests to its compliance with the Federal Equal Employment Opportunity Act of 1972 (P.L. 92-261), as amended.

4. It is the policy of New York State to maximize opportunities for the participation of New York State business enterprises, including minority and women-owned business enterprises as bidders, subCONTRACTORs, and suppliers on its procurement contracts. Information on the availability of New York State subCONTRACTORs and suppliers, including the Directory of Certified Minority and Women-Owned Business Enterprises, is available from the New York State Department of Economic Development.

5. The Omnibus Procurement Act of 1992 (as amended) requires that by signing this bid/proposal, the CONTRACTOR certifies that whenever the total bid amount is greater than $1 million:

    (i)   The CONTRACTOR has made reasonable efforts to encourage the participation of New York State Business Enterprises as suppliers and subCONTRACTORs on this project, and has retained the documentation of these efforts to be provided upon request to the Owner.

    (ii)  The CONTRACTOR agrees to make reasonable efforts to provide notification to New York State residents of employment opportunities on this project through listing any such positions with the **Job Service Division** of the New York State Department of Labor, or providing such notification in such manner as is consistent with existing collective bargaining contracts or agreements. The CONTRACTOR agrees to document these efforts and to provide said documentation to the Owner upon request.

    On contracts of One Million Dollars or more, the CONTRACTOR acknowledges notice of the requirement to cooperate with New York State in efforts to obtain offset credits from foreign countries as a condition of contract award.

6. In accordance with Section 139-d of the State Finance Law, if this contract was awarded based upon the submission of bids, the CONTRACTOR warrants, under penalty of perjury, that its bid was arrived at independently and without collusion aimed at restricting competition. The CONTRACTOR further warrants that, at the time the CONTRACTOR submitted its bid, an authorized and responsible person executed and delivered to the Owner a non-collusive bidding certification on the CONTRACTOR behalf.

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

_GEORGE CHRIS TREASURER_    _(signature)_    _9/9/98_
(Name and Title of Certifier-Please Type)    (Signature)    (Date)

-1-

ACKNOWLEDGMENT OF OFFICER OF OWNER EXECUTING CONTRACT

STATE OF NEW YORK)
COUNTY OF ALBANY)ss:

On the _6_ day of _Octter_ in the year 1998 before me personally came DOUGLAS M. VAN VLECK, to me known, who, being by me duly sworn, did depose and say that he resides at 28 Furry Road, Wynantskill, New York 12198; that he is the Managing Director of Construction of the Dormitory Authority, the corporation described in and which executed the above instrument; and that he signed his name thereto by order of the Board of Directors of said corporation.

PEARL ELLEN ROCK
Notary Public, State of New York
No. 01RO5022790
Qualified in Albany County
Commission Expires Jan. 18, 20 __

_____
Notary Public

ACKNOWLEDGMENT OF CONTRACTOR, IF A CORPORATION

STATE OF ___NEW YORK___ )
COUNTY OF ___KINGS___ )ss:

On the _9_ day of _SEPT_ in the year 1998, before me personally came _GEORGE CURIS_ to me known, who, being by me duly sworn, did depose and say that (s)he resides at _STATEN ISLAND NEW YORK_ that (s)he is the _TREASURER_ of TRATAROS CONSTRUCTION, INC., the corporation described in and which executed the above instrument; and that (s)he signed her/his name thereto by order of the Board of Directors of said corporation.

DIMITRA ANDREOU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AN6003638
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES MARCH 9, 20__

_____
Notary Public

ACKNOWLEDGMENT OF CONTRACTOR, IF A PARTNERSHIP

STATE OF _____ )
COUNTY OF _____ )ss:.

On the _____ day of _____ in the year 19__, before me personally came _____ _____ to me known and known to me to be a member of the firm _, described in and who executed the foregoing instrument, and (s)he duly acknowledged to me that (s)he executed the same for and in behalf of said firm for the uses and purpose mentioned therein.

_____
Notary Public

ACKNOWLEDGMENT OF CONTRACTOR, IF AN INDIVIDUAL

STATE OF _____ )
COUNTY OF _____ )ss:

On the _____ day of _____ in the year 19__, before me personally came _____ _____, to me known and known to me to be the person described in and who executed the foregoing instrument and (s)he duly acknowledged that (s)he executed the same.

_____
Notary Public

-1-

ACKNOWLEDGMENT OF WARRANTY SERVICE PROVIDER, IF A CORPORATION

STATE OF _____)
COUNTY OF _____)ss:

On the _____ day of _____ in the year 19__, before me personally came
_____ to me known, who, being by me duly sworn, did depose and say that (s)he
resides at_____, that
(s)he is the _____ of N/A, the corporation described in and which executed the above instrument;
and that (s)he signed her/his name thereto by order of the Board of Directors of said corporation.

_____
Notary Public

ACKNOWLEDGMENT OF WARRANTY SERVICE PROVIDER, IF A PARTNERSHIP

STATE OF _____)
COUNTY OF _____)ss:.

On the _____ day of _____ in the year 19__, before me personally came _____
_____ to me known and known to me to be a member of the firm N/A, described in and who executed
the foregoing instrument, and (s)he duly acknowledged to me that (s)he executed the same for and in behalf of said
firm for the uses and purpose mentioned therein.

_____
Notary Public

ACKNOWLEDGMENT OF WARRANTY SERVICE PROVIDER, IF AN INDIVIDUAL

STATE OF _____)
COUNTY OF _____)ss:

On the _____ day of _____ in the year 19__, before me personally came _____
_____, to me known and known to me to be the person described in and who executed the foregoing instrument
and (s)he duly acknowledged that (s)he executed the same.

_____
Notary Public

## SPECIFICATIONS AND DRAWINGS LISTING

The following is a list of contract specifications and drawings placed for bid; changes, additions, and deletions made by addenda may not be listed, but remain a part of the Contract as referenced in the Form of Bid.

## SPECIFICATIONS

SECTION 01030:  ALTERNATES
SECTION 02518   SAND SET PAVERS
SECTION 02520:  CONCRETE SIDEWALKS
SECTION 02900:  LANDSCAPING
SECTION 03302:  CAST-IN-PLACE CONCRETE – SWIMMING POOL
SECTION 03303:  CAST-IN-PLACE CONCRETE (CURBS, EQUIPMENT
                PADS, TOPPING)
SECTION 03551   CEMENTITIOUS FLOOR LEVELING
SECTION 04101:  MASONRY MORTARS & GROUTS (GC#2)
SECTION 04224:  INTERIOR CONCRETE BLOCK CURBS (GC#2)
SECTION 04420:  EXTERIOR STONEWORK
SECTION 04440:  STONE TESTING
SECTION 04450:  INTERIOR STONEWORK
SECTION 05301:  METAL DECK (GC#2) – RECITAL HALL STAGE
SECTION 05505:  MISCELLANEOUS METAL WORK
SECTION 05510:  METAL STAIRS
SECTION 05520:  HANDRAILS, RAILINGS & GUARDRAILS
SECTION 05540:  CONSTRUCTION CASTINGS
SECTION 05700:  ORNAMENTAL METAL
SECTION 06100:  ROUGH CARPENTRY
SECTION 06200:  FINISH CARPENTRY

BARUCH COLLEGE
GENERAL CONSTRUCTION #2 - CONTRACT #16
DA# 6500 1802 2178

SECTION 06400:  ARCHITECTURAL WOODWORK
SECTION 06420: WOOD PANELING
SECTION 07111: VAULT WATERPROOFING
SECTION 07112: WATER TANK COATING
SECTION 07115: HOT APPLIED ASPHALTIC MEMBRANE
SECTION 07125: CAPILLARY WATERPROOFING
SECTION 07131: BENTONITE WATERPROOFING POOL AREA
SECTION 07193: SELF-ADHESIVE MEMBRANE GALVANIZED
                   STEEL CLOSURES AND INSULATION
                   (EXTERIOR STONE)
SECTION 07210: BUILDING INSULATION
SECTION 07218: SPRAYED THERMAL INSULATION
SECTION 07271: FIRESTOPPING/SMOKE SEALS (GC#2)
SECTION 07521: INVERTED HOT LIQUID MEMBRANE ROOFING
SECTION 07575: TRAFFIC BEARING DECK COATING
SECTION 07625: STAINLESS FLASHING (WITH ROOFING ONLY)
SECTION 07628: EXTERIOR PLAZAS STAINLESS FLASHING
SECTION 07700: ROOF ACCESSORIES
SECTION 07903:  INTERIOR JOINT SEALERS (GC#2)

## VOLUME #2 – PROJECT MANUAL AND CONTRACT SPECIFICATIONS

TABLE OF CONTENTS
SECTION 08301: SLIDING FIRE DOOR (S)
SECTION 08306: FLOOR HATCHES
SECTION 08330: OVERHEAD COILING DOORS
SECTION 08333: COUNTER SHUTTER
SECTION 08340: OVERHEAD COILING GRILLES
SECTION 08348: MANUAL FIRE RATED COUNTER SHUTTERS
SECTION 08400: MAIL SLOT DOORS & FRAMES
SECTION 08420: ALUMINUM AND GLASS DOORS
SECTION 08426: INTERIOR STAINLESS STEEL ENTRANCE DOORS
SECTION 08470: REVOLVING ENTRANCE DOORS
SECTION 08830: UNFRAMED MIRRORS
SECTION 08850: INTERIOR GLASS & GLAZING
SECTION 08860: GLASS RAILINGS
SECTION 08955: TUBULAR ALUMINUM FRAMING
SECTION 08960: INTERIOR ALUMINUM WINDOW WALLS
SECTION 09111: STEEL STUD FRAMING (GC#2)
SECTION 09216: VENEER PLASTER (GC#2)
SECTION 09251: GYPSUM DRYWALL (GC#2)
SECTION 09275: PREFABRICATED REINFORCED GYPSUM (GFRG)
SECTION 09310: CERAMIC TILE
SECTION 09315: SWIMMING POOL TILE
SECTION 09330: QUARRY TILE
SECTION 09410: PRECAST TERRAZZO
SECTION 09420: EPOXY TERRAZZO
SECTION 09521: FABRIC WRAPPED PANELS
SECTION 09550: WOOD STRIP FLOORING
SECTION 09650: RESILIENT FLOORING
SECTION 09665: SHEET FLOORING (LINOLEUM)

SECTION 09677: RESILIENT SPORTS FLOORING
SECTION 09685: GLUE-DOWN CARPETING (FOR INFORMATION ONLY)
SECTION 09703: BITUMINOUS EPOXY COATIING
SECTION 09704: TROWELED EPOXY RESIN FLOORING
SECTION 09781: CONCRETE FLOOR SEALER
SECTION 09900: PAINTING
SECTION 10100: VISUAL DISPLAY BOARDS
SECTION 10120: BULLETIN BOARDS
SECTION 10121: DISPLAY CASES
SECTION 10160: METAL TOILET PARTITIONS
SECTION 10190: CUBICLE CURTAINS AND TRACKS
SECTION 10260: WALL PROTECTIVE DEVICES
SECTION 10350: FLAGPOLES
SECTION 10500: METAL LOCKERS (FOR INFORMATION ONLY)
SECTION 10505: WOOD LOCKERS (FOR INFORMATION ONLY)
SECTION 10520: FIRE EXTINGUISHER CABINETS
SECTION 10601: WIRE MESH PARTITIONS
SECTION 10650: OPERABLE PARTITIONS
SECTION 10675: METAL STORAGE SHELVING
SECTION 10800: METAL TOILET ACCESSORIES
SECTION 11062: PERFORMANCE DRAPERY (FOR INFORMATION ONLY)
SECTION 11063: PERFORMANCE PLATFORM (FOR INFORMATION ONLY)
SECTION 11064: PERFORMANCE RIGGING (FOR INFORMATION ONLY)
SECTION 11065: PEFORMANCE TENSION WIRE GRID MESH
SECTION 11091: COAT & HAT RACKS
SECTION 11132: PROJECTION SCREENS
SECTION 11135: MOTORIZED PROJECTION SCREENS
SECTION 11161: HYDRAULIC DOCK LEVELER
SECTION 11165: DOCK BUMPERS
SECTION 11170: SOLID WASTE HANDLING EQUIPMENT
SECTION 11400: FOOD SERVICE EQUIPMENT
               (FOR INFORMATION ONLY)
SECTION 11452: APPLIANCES
SECTION 11470: DARKROOM EQUIPMENT (FOR INFORMATION ONLY)
SECTION 11480: SCOREBOARD
SECTION 11484: BASKETBALL BACKSTOPS
SECTION 11490: GYMNASIUM EQUIPMENT
SECTION 11964: PERFORMANCE LIGHTING INSTRUMENTS &
               ACCESSORIES (FOR INFORMATION ONLY)
SECTION 12522: MANUAL ROLL-UP SHADES
SECTION 12525: MOTORIZED ROLL-UP SHADES
SECTION 12550: FIXED FURNITURE (FOR INFORMATION ONLY)
SECTION 12670: ENTRANCE MAT ASSEMBLIES
SECTION 12691: FLOOR MATS & FRAMES
SECTION 12760: TELESCOPING BLEACHERS
               (FOR INFORMATION ONLY)
SECTION 13030: SAUNA
SECTION 13031: RACQUETBALL COURTS
SECTION 13150: SWIMMING POOL
SECTION 16051: BASIC ELECTRICAL MATERIALS AND METHODS
SECTION 16121: WIRES AND CABLES
SECTION 16131: RACEWAYS AND BOXES

TABLE OF CONTENTS

SECTION 16192: SUPPORTING DEVICES
SECTION 16193: SEISMIC DESIGN
SECTION 16196: ELECTRICAL IDENTIFICATION
SECTION 16580: PERFORMANCE DIMMING AND CONTROLS
                  (FOR INFORMATION ONLY)

## LIST OF DRAWINGS

**UNLESS OTHERWISE NOTED, THE ISSUE DATE FOR ALL DRAWINGS IN THIS CONTRACT IS 5/4/**

### *VOLUME #1*

| DWG. NO. | TITLE |
|---|---|
| --- | COVER SHEET |
| 001 | GENERAL CONSTRUCTION #2 DRAWING LIST |
| | **ARCHITECTURAL DRAWINGS** |
| A-002 | MATERIAL LEGEND, KEY, GRAPHIC SYMBOLS & ABBREVIATIONS |
| P-2 | SITE SURVEY |
| BP-01 | BUILDERS PAVEMENT SITE PLAN AND GENERAL NOTES |
| BP-02 | BUILDERS PAVEMENT LAYOUT PLAN |
| BP-03 | BUILDERS PAVEMENT LAYOUT PLAN |
| BP-04 | BUILDERS PAVEMENT LAYOUT PLAN |
| BP-05 | BUILDERS PAVEMENT LAYOUT PLAN |
| BP-06 | BUILDERS PAVEMENT LAYOUT PLAN |
| BP-07 | BUILDERS PAVEMENT LAYOUT PLAN |
| BP-08 | BUILDERS PAVEMENT PROFILE |
| BP-09 | BUILDERS PAVEMENT PROFILE |
| BP-10 | BUILDERS PAVEMENT PROFILE |
| BP-11 | BUILDERS PAVEMENT CROSS SECTION |
| BP-12 | BUILDERS PAVEMENT CROSS SECTION |
| BP-13 | BUILDERS PAVEMENT CROSS SECTION |
| BP-14 | BUILDERS PAVEMENT DETAILS |
| BP-15 | BUILDERS PAVEMENT DETAILS |
| BP-16 | BUILDERS PAVEMENT - PAVEMENT PROFILE |
| BP-17 | BUILDERS PAVEMENT - PAVEMENT RESTORATION |
| A-050 | SITE PLAN |
| A-051 | PLAZA PARTIAL PLANS |
| A-052 | PLAZA ELEVATIONS |
| A-053 | SITE DETAILS |
| A-054 | SITE DETAILS |
| A-055 | SITE DETAILS |
| A-056 | SITE DETAILS |
| A-075 | SITE A CELLAR PLAN |

EMIC COM₽
6500 1802

THE BARUCH ACADEMIC COMPLEX
DASNY PROJECT NO. 6500 1802 2178

| DWG. NO. | TITLE |
|---|---|
| A-101 | 2ND SUBCELLAR / B3 FLOOR PLAN |
| A-102 | SUBCELLAR / B2 FLOOR PLAN |
| A-103 | CELLAR / B1 FLOOR PLAN |
| A-104 | GROUND FLOOR PLAN |
| A-105 | 2ND FLOOR PLAN |
| A-106 | MEZZANINE FLOOR PLAN |
| A-107 | 3RD FLOOR PLAN |
| A-108 | 4TH FLOOR PLAN |
| A-109 | 5TH FLOOR PLAN |
| A-110 | 6TH FLOOR PLAN |
| A-111 | 7TH FLOOR PLAN |
| A-112 | 8TH FLOOR PLAN |
| A-113 | 9TH FLOOR PLAN |
| A-114 | 10TH FLOOR PLAN |
| A-115 | 11TH FLOOR PLAN |
| A-116 | 12TH FLOOR PLAN |
| A-117 | 13TH FLOOR PLAN |
| A-118 | 14TH FLOOR PLAN |
| A-119 | MECHANICAL PENTHOUSE PLAN |
| A-120 | ROOF PLAN |
| | |
| A-121 | 2ND SUBCELLAR/B3 FLOOR RCP |
| A-122 | SUBCELLAR/B2 FLOOR RCP |
| A-123 | CELLAR/B1 FLOOR RCP |
| A-124 | GROUND FLOOR RCP |
| A-125 | 2ND FLOOR RCP |
| A-126 | 3RD FLOOR RCP |
| A-127 | 4TH FLOOR RCP |
| A-128 | 5TH FLOOR RCP |
| A-129 | 6TH FLOOR RCP |
| A-130 | 7TH FLOOR RCP |
| A-131 | 8TH FLOOR RCP |
| A-132 | 9TH FLOOR RCP |
| A-133 | 10TH FLOOR RCP |
| A-134 | 11TH FLOOR RCP |
| A-135 | 12TH FLOOR RCP |
| A-136 | 13TH FLOOR RCP |
| A-137 | 14TH FLOOR RCP |
| | |
| A-140 | INTERIOR FINISHES SCHEDULE |
| A-141 | 2ND SUBCELLAR / B3 FINISH PLAN |
| A-142 | SUBCELLAR / B2 FINISH AND FIXTURE PLAN |
| A-143 | CELLAR / B1 FINISH AND FIXTURE PLAN |
| A-144 | GROUND FLOOR FINISH AND FIXTURE PLAN |
| A-145 | 2ND FLOOR FINISH AND FIXTURE PLAN |
| A-145A | MEZZANINE FLOOR FINISH AND FIXTURE PLAN |
| A-146 | 3RD FLOOR FINISH AND FIXTURE PLAN |
| A-147 | 4TH FLOOR R FINISH AND FIXTURE PLAN |
| A-148 | 5TH FLOOR FINISH AND FIXTURE PLAN |
| A-149 | 6TH FLOOR FINISH AND FIXTURE PLAN |

S 5/4/98

TABLE OF CONTENTS

| DWG. NO. | TITLE |
|---|---|
| A-150 | 7TH FLOOR FINISH AND FIXTURE PLAN |
| A-151 | 8TH FLOOR FINISH AND FIXTURE PLAN |
| A-152 | 9TH FLOOR FINISH AND FIXTURE PLAN |
| A-153 | 10TH FLOOR FINISH AND FIXTURE PLAN |
| A-154 | 11TH FLOOR FINISH AND FIXTURE PLAN |
| A-155 | 12TH FLOOR FINISH AND FIXTURE PLAN |
| A-156 | 13TH FLOOR FINISH AND FIXTURE PLAN |
| A-157 | 14TH FLOOR FINISH AND FIXTURE PLAN |
| A-158 | PENTHOUSE FLOOR FINISH AND FIXTURE PLAN |
| | |
| A-161 | 2ND SUBCELLAR / B3 FLOOR P&T PLAN |
| A-162 | SUBCELLAR / B2 FLOOR P&T PLAN |
| A-163 | CELLAR / B1 FLOOR P&T PLAN |
| A-164 | GROUND FLOOR P&T PLAN |
| A-165 | 2ND FLOOR P&T PLAN |
| A-166 | 3RD FLOOR P&T PLAN |
| A-167 | 4TH FLOOR P&T PLAN |
| A-168 | 5TH FLOOR P&T PLAN |
| A-169 | 6TH FLOOR P&T PLAN |
| A-170 | 7TH FLOOR P&T PLAN |
| A-171 | 8TH FLOOR P&T PLAN |
| A-172 | 9TH FLOOR P&T PLAN |
| A-173 | 10TH FLOOR P&T PLAN |
| A-174 | 11TH FLOOR P&T PLAN |
| A-175 | 12TH FLOOR P&T PLAN |
| A-176 | 13TH FLOOR P&T PLAN |
| A-177 | 14TH FLOOR P&T PLAN |
| | |
| A-201 | NORTH AND WEST ELEVATIONS |
| A-202 | SOUTH AND EAST ELEVATIONS |
| A-203 | BUILDING SECTIONS |
| A-204 | BUILDING SECTIONS |
| A-205 | PENTHOUSE SECTIONS |
| A-206 | PENTHOUSE SECTIONS |
| A-210 | EXTERIOR WALL GEOMETRY |
| A-211 | EXTERIOR WALL GEOMETRY |
| A-212 | EXTERIOR WALL GEOMETRY |
| A-213 | ELLIPSE GEOMETRY |
| A-220 | CONCRETE BLOCK CURB DIAGRAMS |
| A-221 | CONCRETE BLOCK CURB DIAGRAMS |
| A-250 | ROOF DETAILS |
| | |
| A-301 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-302 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-303 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-304 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-305 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-306 | EXTERIOR WALL PARTIAL ELEVATIONS - LOWRISE |
| A-307 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-308 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |

TABLE OF CONTENTS

| DWG. NO. | TITLE |
|---|---|
| A-309 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-310 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-311 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-312 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-313 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-314 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-315 | EXTERIOR WALL PARTIAL ELEVATIONS - HIGHRISE |
| A-316 | EXTERIOR WALL PARTIAL ELEVATIONS – EXT. STONE PATTERN |
| A-320 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-321 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-322 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-323 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-324 | EXTERIOR WALL PARTIAL SECTIONS - LOWRISE |
| A-330 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-331 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-332 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-333 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-334 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-335 | EXTERIOR WALL PARTIAL SECTIONS - HIGHRISE |
| A-340 | EXTERIOR WALL PARTIAL PLANS - NORTH AND WEST LOWRISE |
| A-341 | EXTERIOR WALL PARTIAL PLANS - SOUTHWEST LOWRISE |
| A-342 | EXTERIOR WALL PARTIAL REFL. CLG. PLAN - NORTH AND WEST LOWRISE |
| A-350 | EXTERIOR WALL DETAILS - BRICK SCHEDULE |
| A-351 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-351A | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-352 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-353 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-354 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-355 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-356 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-357 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-357A | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-358 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-358A | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-359 | EXTERIOR WALL PLAN DETAILS - LOWRISE |
| A-360 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-360A | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-361 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-362 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-363 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-364 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-365 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-365A | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-366 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-367 | EXTERIOR WALL SECTION DETAILS - LOWRISE |

TABLE OF CONTENTS

| DWG. NO. | TITLE |
|---|---|
| A-368 | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369 | EXTERIOR WALL DETAILS - BASE |
| A-369A | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369B | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369C | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-369D | EXTERIOR WALL SECTION DETAILS - LOWRISE |
| A-370 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-371 | EXTERIOR WALL METAL COMPONENT PROFILES |
| A-372 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-373 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-374 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-375 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-376 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-377 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-378 | EXTERIOR WALL PLAN DETAILS - HIGHRISE |
| A-380 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-381 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-382 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-383 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-384 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-385 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-386 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-387 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-388 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-389 | EXTERIOR WALL SECTION DETAILS – HIGHRISE |
| A-390 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-391 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-392 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-393 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-394 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-395 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-396 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-397 | EXTERIOR WALL SECTION DETAILS - HIGHRISE |
| A-401 | FIRE STAIR PLANS |
| A-402 | FIRE STAIR PLANS |
| A-403 | FIRE STAIR PLANS |
| A-404 | FIRE STAIR PLANS |
| A-405 | FIRE STAIR PLANS |
| A-406 | FIRE STAIR PLANS |
| A-407 | FIRE STAIR PLANS & SECTIONS |
| A-408 | STAIR @ 4TH FLOOR LECTURE HALL |
| A-410 | FIRE STAIR SECTIONS |
| A-411 | FIRE STAIR SECTIONS |
| A-412 | FIRE STAIR SECTIONS |
| A-413 | FIRE STAIR SECTIONS |
| A-414 | FIRE STAIR DETAILS |

| DWG. NO. | TITLE |
|---|---|
| A-415 | FIRE STAIR DETAILS |
| A-416 | FIRE STAIR DETAILS |
| A-420 | ELEVATOR HOISTWAY PLANS |
| A-421 | ELEVATOR HOISTWAY PLANS |
| A-422 | ELEVATOR HOISTWAY SECTIONS |
| A-423 | ELEVATOR HOISTWAY PLANS |
| A-425 | THEATER ELEVATOR (HPE-4) CAB ELEVATIONS |
| A-426 | SPORTS ELEVATOR (HPE-14) CAB ELEVATIONS |
| A-427 | FACULTY ELEVATOR (PE-1, PE-2, PE-3) CAB ELEVATIONS |
| A-428 | STUDENT ELEVATOR (PE-5 THRU PE-11) CAB ELEVATIONS |
| A-430 | ELEVATOR DETAILS |
| A-431 | ELEVATOR DETAILS |
| A-435 | ESCALATOR SECTIONS |
| A-437 | ESCALATOR DETAILS B2 TO GROUND FLOOR |
| A-440 | TOILET ROOM PLANS |
| A-441 | TOILET ROOM PLANS |
| A-442 | TOILET ROOM ELEVATIONS |
| A-443 | TOILET ROOM ELEVATIONS |
| A-444 | TOILET ROOM ELEVATIONS |
| A-445 | TOILET ROOM PLANS & ELEVATIONS |
| A-446 | TOILET ROOM PLANS & ELEVATIONS |
| A-447 | TOILET ROOM TILE DETAILS |
| A-450 | LOADING DOCK AREA PLAN |
| A-451 | LOADING DOCK AREA SECTIONS |
| A-452 | LOADING DOCK AREA DETAILS |
| A-460 | PUBLIC STAIR #1, PLANS & DETAILS |
| A-461 | PUBLIC STAIR #3. PLANS & DETAILS |
| A-462 | PUBLIC STAIR #4, PLANS & DETAILS |
| A-463 | TYPICAL ATRIUM STAIR PLANS, PUBLIC STAIRS #2, 5-8 |
| A-464 | ATRIUM RAILING PLANS |
| A-465 | PUBLIC STAIR SECTIONS |
| A-466 | PUBLIC STAIR SECTIONS |
| A-467 | PUBLIC STAIR & RAILING DETAILS |
| A-468 | PUBLIC STAIR & RAILING DETAILS |
| A-469 | PUBLIC STAIR #1 DETAILS |
| A-470 | THEATRE AREA DETAIL PLANS |
| A-471 | THEATRE AREA DETAIL PLANS |
| A-475 | MISCELLANEOUS STEEL DETAILS |
| A-476 | MISCELLANEOUS STEEL TYPICAL DETAILS |

## *VOLUME #2*

| DWG. NO. | TITLE |
|---|---|
| --- | COVER SHEET |
| 001 | GENERAL CONSTRUCTION #2 DRAWING LIST |

**ARCHITECTURAL DRAWINGS**

| DWG. NO. | TITLE |
|---|---|
| A-501 | NORTH & EAST ELEVATIONS - THEATER ATRIUM |
| A-502 | SOUTH & WEST ELEVATIONS - THEATER ATRIUM |
| A-503 | NORTH & EAST ELEVATIONS - SPORTS ATRIUM |
| A-504 | SOUTH & WEST ELEVATIONS - SPORTS ATRIUM |
| A-507 | BASEMENT LOBBY ELEVATIONS |
| A-508 | BASEMENT LOBBY ELEVATIONS |
| A-509 | BASEMENT LOBBY ELEVATIONS |
| A-511 | PARTIAL SECTION @ RECITAL HALL & THEATER |
| A-512 | PARTIAL SECTION @ RECITAL HALL |
| A-513 | PARTIAL SECTION @ THEATER |
| A-515 | PARTIAL SECTION @ POOL AND DOUBLE GYM - NORTH |
| A-516 | PARTIAL SECTION @ DOUBLE GYM & POOL - SOUTH |
| A-517 | PARTIAL SECTION @ POOL & FITNESS CENTER |
| A-518 | PARTIAL SECTION @ DOUBLE GYM & AUX. GYM - EAST |
| A-519 | PARTIAL SECTION @ DOUBLE GYM & AUX. GYM - WEST |
| A-520 | PARTIAL SECTION @ RACQUETBALL & AUX. GYM |
| A-521 | PARTIAL SECTION @ RACQUETBALL & AUX. GYM |
| A-523 | PARTIAL EAST ELEVATION - STAIR LOBBY |
| A-524 | PARTIAL WEST ELEVATION - ENTRY COURT |
| A-525 | INTERIOR ELEVATIONS EXTERIOR WALL - NORTH ELEVATION |
| A-526 | PARTIAL SOUTH ELEVATION @ ENTRY COURT |
| A-527 | PARTIAL EAST & WEST ELEVATIONS @ 24TH ST. LOBBY |
| A-528 | GROUND FLOOR LOBBY ELEVATIONS |
| A-529 | 2ND FLOOR LOBBY ELEVATIONS |
| A-530 | INTERIOR ELEVATIONS / SECTIONS - 24TH ST. LOBBY |
| A-531 | ELEVATION / SECTION – FOODCOURT |
| A-532 | ELEVATION/SECTION - CLASSROOM |
| A-533 | ELEVATION/SECTION - CLASSROOM |
| A-534 | ELEVATION/SECTION – LABS/CONFERENCE ROOMS |
| A-535 | ELEVATION/SECTION – CLASSROOM |
| A-536 | ELEVATION/SECTIONS – CONFERENCE ROOMS |
| A-537 | INTERIOR WINDOW PLANS / ELEVATIONS |
| A-537A | INTERIOR WINDOW PLANS / ELEVATIONS |
| A-537B | INTERIOR STOREFRONT PLANS / ELEVATIONS |
| A-537C | INTERIOR STOREFRONT PLANS / ELEVATIONS |
| A-547D | MUSIC ROOMS: ELEVATIONS WITH FABRIC WRAPPED PANELS |
| A-541 | UPPER ATRIUM ELEVATIONS |
| A-542 | UPPER ATRIUM ELEVATIONS |
| A-543 | UPPER ATRIUM ELEVATIONS |

TABLE OF CONTENTS

BARUCH  ACADEMIC COMPLEX
D..NY PROJECT NO. 6500 1802 2178

| DWG. NO. | TITLE |
|---|---|
| A-545 | STUDENT ELEVATOR LOBBY ELEVATIONS |
| A-551 | ELEVATIONS @ CLASSROOM CORRIDOR |
| A-552 | LECTURE HALL – 3RD FLOOR PLAN |
| A-553 | LECTURE HALL - 3RD AND 4TH FLOOR PLAN |
| A-554 | LECTURE HALL - 5TH FLOOR PLAN |
| A-555 | LECTURE HALL - SECTIONS |
| A-556 | LECTURE HALL RCP |
| A-557 | LECTURE HALL - SECTIONS |
| A-561 | SUITE ENTRY DETAILS |
| A-563 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-564 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-565 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-566 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-567 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-568 | 14TH FLOOR ELEVATIONS / SECTIONS |
| A-601 | INTERIOR MASONRY DETAILS - POOL/GYM |
| A-602 | INTERIOR MASONRY DETAILS - RECITAL HALL & THEATER |
| A-603 | CERAMIC TILE DETAIL @ POOL |
| A-604 | INTERIOR MASONRY DETAILS |
| A-605 | RECITAL HALL / THEATER DETAILS |
| A-606 | INT. MASONRY PLAN DETAILS - SPORTS & THEATER ATRIA |
| A-607 | INT. MASONRY PLAN DETAILS - SPORTS, THEATER & GROUND FLOOR ATRIA |
| A-608 | INTERIOR BRICK PLAN DETAILS |
| A-609 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-610 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-611 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-612 | INTERIOR BRICK SECTION DETAILS - BASEMENT ATRIA |
| A-613 | INTERIOR MASONRY PLAN DETAILS - 24TH ST. LOBBY |
| A-614 | INTERIOR MASONRY PLAN DETAILS - GR. & 2ND FLOOR |
| A-615 | INTERIOR MASONRY SECTION DETAILS - 24TH ST. LOBBY |
| A-616 | INTERIOR MASONRY DETAILS - ENTRY HALL |
| A-618 | FIN TUBE ENCLOSURE DETAILS |
| A-620 | ATRIUM WALL DETAILS |
| A-621 | ATRIUM WALL DETAILS |
| A-622 | ATRIUM WALL DETAILS |
| A-623 | ATRIUM WALL DETAILS |
| A-624 | ATRIUM WALL DETAILS |
| A-625 | ATRIUM WALL DETAILS |
| A-626 | ATRIUM WALL DETAILS |
| A-630 | FOOD COURT BRIDGE DETAILS |
| A-635 | MISCELLANEOUS POOL DETAILS |
| A-637 | TERRAZZO DETAILS |
| A-640 | DISPATCH DESK |
| A-641 | DISPATCH DESK |
| A-642 | GYM CONCESSIONS |
| A-643 | DISPATCH DESK |

TABLE OF CONTENTS

| DWG. NO. | TITLE |
|----------|-------|
| A-644 | DESK DETAILS |
| A-645 | THEATRE CONCESSIONS |
| A-646 | THEATRE CONCESSIONS |
| A-647 | 2ND FLOOR COFFEE BAR |
| A-648 | 2ND FLOOR COFFEE BAR DETAILS |
| A-649 | BENCH DETAILS |
| A-650 | COLUMN ENCLOSURES |
| | |
| A-652 | SPORTS ATRIUM DETAILS |
| A-653 | THEATRE ELEVATOR  ENCLOSURE PLAN  (HPE-4) |
| A-654 | SPORTS ELEVATOR ENCLOSURE DETAILS |
| A-655 | INFORMATION LOBBY DETAILS |
| A-656 | THEATRE LOBBY SECTIONS |
| A-657 | ELEVATOR ENCLOSURE DETAILS |
| A-658 | THEATRE GATE SECTION DETAILS |
| A-659 | THEATRE GATE SECTION DETAILS |
| A-665 | WOOD PANEL & STAINLESS STEEL HANDRAIL DETAILS |
| A-666 | MISCELLANEOUS DETAILS |
| A-671 | INTERIOR CANOPY DETAILS |
| | |
| A-691 | MILLWORK |
| A-692 | MILLWORK |
| A-693 | MILLWORK |
| A-694 | MILLWORK |
| | |
| A-701 | PARTITION TYPE DETAILS |
| A-702 | PARTITION TYPE DETAILS |
| A-703 | PARTITION TYPE DETAILS |
| A-704 | PARTITION TYPE DETAILS |
| A-705 | DOOR SCHEDULE - SUBCELLAR / B3 FLOOR |
| A-706 | DOOR SCHEDULE - CELLARS B2 / B1 |
| A-707 | DOOR SCHEDULE - GROUND FLOOR |
| A-708 | DOOR SCHEDULE - SECOND FLOOR |
| A-709 | DOOR SCHEDULE - THIRD FLOOR |
| A-710 | DOOR SCHEDULE - FOURTH FLOOR |
| A-711 | DOOR SCHEDULE - FIFTH FLOOR |
| A-712 | DOOR SCHEDULE - SIXTH FLOOR |
| A-713 | DOOR SCHEDULE - SEVENTH FLOOR |
| A-714 | DOOR SCHEDULE - EIGHTH FLOOR |
| A-715 | DOOR SCHEDULE - NINTH FLOOR |
| A-716 | DOOR SCHEDULE - TENTH FLOOR |
| A-717 | DOOR SCHEDULE - ELEVENTH FLOOR |
| A-718 | DOOR SCHEDULE - TWELFTH FLOOR |
| A-719 | DOOR SCHEDULE - THIRTEENTH FLOOR |
| A-720 | DOOR SCHEDULE - FOURTEENTH FLOOR/ MECH. PENTHOUSE |
| A-721 | INTERIOR DOOR TYPES AND DETAILS |
| A-722 | INTERIOR DOOR DETAILS |
| A-723 | INTERIOR DOOR & SADDLE DETAILS |
| A-724 | INTERIOR DOOR & SADDLE DETAILS |
| A-727 | OPERABLE WALL DETAILS |

TABLE OF CONTENTS

| DWG. NO. | TITLE |
|---|---|
| A-734 | CEILING DETAILS |
| A-735 | CEILING DETAILS |
| A-736 | CEILING DETAILS |
| A-737 | CEILING DETAILS |
| A-738 | LIGHT FIXTURE / CEILING DETAILS |
| A-739 | CEILING DETAILS |
| A-740 | INTERIOR COLUMN ENCLOSURES |
| A-741 | INTERIOR COLUMN ENCLOSURES |
| | |
| A-742 | MISCELLANEOUS DRYWALL DETAILS |
| A-743 | MISCELLANEOUS DRYWALL DETAILS |
| A-744 | MISCELLANEOUS DRYWALL DETAILS |
| A-745 | INTERIOR WINDOW DETAILS |
| A-746 | INTERIOR WINDOW DETAILS |
| A-747 | ROLL-DOWN GRILLE @ COFFEE SHOP |
| A-750 | PARTITION DETAILS - CLASSROOM CORRIDORS |
| A-751 | CEILING / SOFFIT DETAILS |
| A-752 | PARTITION DETAILS - CLASSROOM CORRIDORS |
| A-753 | PARTITION DETAILS – LOBBY |
| A-755 | MISCELLANEOUS DETAILS – LECTURE HALL |
| A-756 | MISCELLANEOUS DETAILS – LECTURE HALL |
| A-757 | MISCELLANEOUS DETAILS - LECTURE HALL |
| A-757A | MISCELLANEOUS DETAILS – CLASSROOM CORRIDOR |
| A-758 | MISCELLANEOUS DETAILS - CLASSROOM |
| A-759 | MISCELLANEOUS DETAILS - CLASSROOM |
| A-801 | MISCELLANEOUS FLOOR DETAILS |
| A-810 | RECITAL HALL STAGE AND ANTE ROOM DETAILS |
| A-811 | RECITAL HALL ACOUSTIC PANEL DETAILS |
| A-812 | RECITAL HALL ACOUSTIC PANEL DETAILS |
| A-813 | RECITAL HALL MISCELLANEOUS DETAILS |
| A-814 | RECITAL HALL CONTROL ROOM SECTIONS / DETAILS |
| A-821 | MISC. DETAILS, FOOD SERVERY |
| A-822 | MISC. DETAILS, FOOD SERVERY |
| A-825 | MISC. DETAILS, FOOD SERVERY |
| | |
| | **SWIMMING POOL DRAWINGS** |
| | |
| SP-1.0 | POOL PLAN AND SECTIONS |
| SP-1.1 | POOL AREA DETAILS |
| SP-2.0 | MECHANICAL PLAN & ELEVATIONS |
| SP-2.1 | POOL MECHANICAL DETAILS |
| | |
| | **THEATER DRAWINGS (FOR INFORMATION ONLY)** |
| | |
| TE-01A | PLATFORMS |
| TE-01B | PLATFORMS |
| TE-02 | PERFORMANCE EQUIPMENT STUDIO THEATRE |
| TE-03 | THEATRE EQUIPMENT RECITAL HALL |

TABLE OF CONTENTS

| DWG. NO. | TITLE | D' |
|----------|-------|-----|
| | **FOOD SERVICE DRAWINGS (FOR INFORMATION ONLY)** | S- |
| FS-001 | GROUND FLOOR EQUIPMENT PLAN | S- |
| FS-002 | KITCHEN & PANTRY EQUIPMENT SCHEDULES | S- |
| FS-003 | ELECTRICAL SPOT CONNECTION PLAN | S- |
| FS-004 | ELECTRICAL SPOT CONNECTION SCHEDULES – KITCHEN | S- |
| FS-005 | PLUMBING SPOT CONNECTION PLAN | S- |
| FS-006 | VENTILATION SPOT CONNECTION PLAN | S- |
| FS-007 | MECHANICAL AND PLUMBING SPOT CONNECTION SCHEDULES – KITCHEN) | S |
| FS-008 | SPECIAL CONDITIONS PLAN | S |
| FS-009 | MASONRY BASE PLAN | S |
| FS-010 | COFFEE BAR PLAN & UTILITY SPOT CONNECTIONS | S |
| FS-011 | 14TH FLOOR EQUIPMENT PLAN | S |
| FS-012 | 14TH FLOOR ELECTRICAL SPOT CONNECTIONS | S |
| FS-013 | 14TH FLOOR PLUMBING SPOT CONNECTIONS PLAN | S |
| | | S |
| | **STRUCTURAL DRAWINGS** | S |
| | | S |
| S-002 | GENERAL NOTES, DESIGN CRITERIA AND ABBREVIATIONS | S |
| S-100 | UNDER SLAB DRAINAGE & TRENCHES | S |
| S-101 | FOUNDATION PLAN BASEMENT 3 (B3) | S |
| S-102 | 2ND BASEMENT FRAMING PLAN BASEMENT (B2) | S |
| S-103 | 1ST BASEMENT FRAMING PLAN  BASEMENT  (B1) | S |
| S-104 | GROUND FLOOR FRAMING PLAN | S |
| S-104A | MISCELLANEOUS FRAMING PLAN | E |
| S-104B | GROUND FLOOR CURB LAYOUT | E |
| S-105 | 2ND FLOOR FRAMING PLAN | E |
| S-106 | MEZZANINE FRAMING PLAN | E |
| S-107 | 3RD FLOOR FRAMING PLAN | E |
| S-108 | 4TH FLOOR FRAMING PLAN | E |
| S-109 | 5TH FLOOR FRAMING PLAN | E |
| S-110 | 6TH FLOOR FRAMING PLAN | |
| S-111 | 7TH FLOOR FRAMING PLAN | |
| S-112 | 8TH FLOOR FRAMING PLAN | |
| S-113 | 9TH FLOOR FRAMING PLAN | |
| S-114 | 10TH FLOOR FRAMING PLAN | |
| S-115 | 11TH FLOOR FRAMING PLAN | |
| S-116 | 12TH FLOOR FRAMING PLAN | |
| S-117 | 13TH FLOOR FRAMING PLAN | |
| S-118 | 14TH FLOOR FRAMING PLAN | |
| S-119 | MECHANICAL P.H. FLOOR FL. FRAMING PLAN | |
| S-120 | ROOF FRAMING PLAN | |
| | | |
| S-201 | FOOTING SCHEDULE AND FOUNDATION DETAILS | |
| S-202 | FOUNDATION SECTIONS AND DETAILS (1) | |
| S-203 | FOUNDATION SECTIONS AND DETAILS (2) | |
| S-204 | FOUNDATION SECTIONS AND DETAILS (3) | |
| S-205 | FOUNDATION WALL ELEVATIONS | |
| S-206 | SWIMMING POOL DETAILS | |

TABLE OF CONTENTS

| DWG. NO. | TITLE |
|---|---|
| S-210 | COLUMN SCHEDULE 1 |
| S-211 | COLUMN SCHEDULE 2 |
| S-212 | WIND BRACING ELEVATIONS |
| S-213 | TRUSS ELEVATIONS 1 |
| S-214 | TRUSS ELEVATIONS 2 |
| S-215 | TYPICAL SECTIONS AND DETAILS |
| S-215A | SUPERSTRUCTURE TYPICAL DETAILS - 2 |
| S-216 | SUPERSTRUCTURE SECTIONS AND DETAILS (1) |
| S-217 | SUPERSTRUCTURE SECTIONS AND DETAILS (2) |
| S-218 | SUPERSTRUCTURE SECTIONS AND DETAILS (3) |
| S-219 | SUPERSTRUCTURE SECTIONS AND DETAILS (4) |
| S-220 | SUPERSTRUCTURE SECTIONS AND DETAILS (5) |
| S-221 | SUPERSTRUCTURE SECTIONS AND DETAILS (6) |
| S-222 | SUPERSTRUCTURE SECTIONS AND DETAILS (7) |
| S-223 | SUPERSTRUCTURE SECTIONS AND DETAILS (8) |
| S-224 | SUPERSTRUCTURE SECTIONS AND DETAILS (9) |
| S-225 | PARAPET SECTIONS AND DETAILS 1 |
| S-226 | PARAPET SECTIONS AND DETAILS 2 |
| S-227 | PARAPET SECTIONS AND DETAILS 3 |
| S-228 | SUPERSTRUCTURE SECTIONS AND DETAILS (10) |
| S-229 | SUPERSTRUCTURE SECTIONS AND DETAILS (11) |
| S-230 | SUPERSTRUCTURE SECTIONS AND DETAILS (12) |
| S-231 | SUPERSTRUCTURE SECTIONS AND DETAILS (13) |
| S-300 | EXTERIOR GIRT SYSTEM - NORTH AND WEST ELEVATIONS |
| S-301 | EXTERIOR GIRT SYSTEM - SOUTH AND EAST ELEVATIONS |
| S-302 | SLOPED EXTERIOR COLUMN GEOMETRY (1) |
| S-303 | SLOPED EXTERIOR COLUMN GEOMETRY (2) |
| S-304 | SLOPED EXTERIOR COLUMN GEOMETRY (3) |
| S-305 | SLOPED EXTERIOR GIRT GEOMETRY (1) |
| S-306 | SLOPED EXTERIOR GIRT GEOMETRY (2) |
| S-307 | SLOPED EXTERIOR GIRT GEOMETRY (3) |
| S-308 | SLOPED EXTERIOR GIRT GEOMETRY (4) |

**CON EDISON DRAWINGS**

| | | |
|---|---|---|
| --- | TRANSFORMER VAULT LAYOUT UNDER SIDEWALK | 3/9/98 |
| --- | TRANSFORMER VAULT LAYOUT SECTIONS AND DETAILS | 3/9/98 |
| --- | TRANSFORMER VAULT LAYOUT REINFORCEMENT PLAN | 3/9/98 |
| --- | REMOVABLE P.C. ROOF SLAB SIDEWALK – DETAILS | 3/9/98 |

**THE FOLLOWING BID PACKAGE DRAWINGS ARE INCLUDED AS PART OF THE CONTRACT DOCUMENTS:**

* CONTRACT #3:  DUCTWORK
* CONTRACT #6:  PLUMBING
* CONTRACT #7:  SPRINKLER AND STANDPIPE WORK
* CONTRACT #10: HEATING, VENTILATION AND AIR CONDITIONING WORK
* CONTRACT #11: ELECTRICAL WORK
* CONTRACT #12: FIRE ALARM SYSTEM
* CONTRACT #13: AUTOMATIC TEMPERATURE CONTROLS

TABLE OF CONTENTS

**Form W-9**
(Rev. January 1993)

Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

Give this form to the requester. Do NOT send to IRS

---

**Name** (If joint names, list first and circle the name of the person or entity whose number you enter in Part I below. See Instructions on page 2 if your name has changed.)

TRATAROS CONSTRUCTION INC

**Business name** (Sole proprietors see Instructions on page 2.) (If you are exempt from backup withholding, complete this form and enter "EXEMPT" in Part II below.)

**Address** (number and street)

664 64th St.

**City, state, and Zip code**

Brooklyn NY 11220

List account number(s) here (optional)

---

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the Appropriate box. For individuals, this is your social security number (SSN). For sole proprietors, see the Instructions on page 2. For other entities, it is your employer Identification number (EIN). If you do not have a number, see How To Obtain a TIN below.

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

**Social Security Number**

☐☐☐ ☐☐ ☐☐☐☐

OR

**Taxpayer Identification Number**

1 1 2 6 9 4 5 7

## Part II

For Payees Exempt From Backup Withholding (See Exempt Payees) and Payments on page 2)

▶

Requester's name and address (optional)

---

**Certification** - Under penalties of perjury, I certify that:

1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.**—You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment or secured property, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (Also see Signing the Certification on page 2.)

**Sign Here**   Signature ▶ _____   Date ▶ 8/13/98

---

**Section references are to the Internal Revenue Code**

**Purpose of Form**—A person who is required to file an information return with the IRS must obtain your current TIN to report income paid to you, real estate transactions, mortgage interest you paid, the acquisition or abandonment of secured property, or contributions you made to an IRA. Use Form W-9 to furnish your correct TIN to the requester (the person asking you to furnish your TIN) and, when applicable, (1) to certify that the TIN you are furnishing is correct (or that you are waiting for a number to be issued), (2) to certify that you are not subject to backup withholding, and (3) to claim exemption from backup withholding if you are an exempt payee. Furnishing your correct TIN and making the appropriate certifications will prevent certain payments from being subject to backup withholding.

**Note:** If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form.

**How to Obtain a TIN.**—If you do not have a TIN, apply for one immediately. To apply, get Form SS-5, Application for Social Security Card (for individuals), from your local office of the Social Security Administration, or Form SS-4, Application for Employer Identification Number (for businesses and all other entities) from your local IRS office. To complete Form W-9 if you do not have a TIN, write "Applied for" in the space for the TIN in Part I, sign and date the form, and give it to the requester. Generally, you will then have 60 days to obtain a

TIN and furnish it to the requester. If the requester does not receive your TIN within 60 days, backup withholding, if applicable, will begin and continue until you furnish your TIN to the requester. For reportable interest or dividend payments, the payer must exercise one of the following options concerning backup withholding during this 60-day period. Under option (1), a payer must backup withhold on any withdrawals you make from your account after 7 business days after the requester receives this form back from you. Under option (2), the payer must backup withhold on any reportable interest or dividend payments made to your account, regardless of whether you make any withdrawals. The backup withholding under option (2) must begin no later than 7 business days after the requester receives this form back. Under option (2), the payer is required to refund the amounts withheld if your certified TIN is received within the 60-day period and you were not subject to backup withholding during that period. Note: Writing "Applied for" on the form means that you have already applied for a TIN OR that you intend to apply for one in the near future. As soon as you receive your TIN, complete another Form W-9, include your TIN, sign and date the form, and give it to the requester. What is Backup Withholding?—Persons making certain payments to you after 1992 are required to withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that could be subject to backup withholding include interest, dividends,

broker and barter exchange transactions, rents, royalties, non-employee compensation, and certain payments from fishing boat operators, but do not include real estate transactions.

If you give the requester your correct TIN, make the appropriate certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1.  You do not furnish your TIN to the requester, or
2.  The IRS notifies the requester that you furnished an incorrect TIN, or
3.  You are notified by the IRS that you are subject to backup withholding because you failed to report all interest and dividends on your tax return (for reportable interest and dividends only), or
4.  You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only.) or
5.  You do not certify your TIN. This applies only to reportable interest, dividend, broker, or barter exchange accounts opened after 1983, or broker accounts considered inactive in 1983.

Except as explained in 5 above, other reportable payments are subject to backup withholding only if 1 or 2 above applies. Certain payees and payments are exempt from backup withholding and information reporting. See Payees and Payments Exempt From Backup Withhold-