
(Exhibit 'C')

## DORMITORY AUTHORITY – STATE OF NEW YORK
515 Broadway, Albany, New York 12207-2964

### CHANGE ORDER

TO: Contractor: __TRATAROS CONSTRUCTION, INC.__
Street: __122 E. 25th Street__
City State Zip: __New York, NY 10010__

Change Order No. __GC2-028__
JD Edwards Change Request No: _____
JD Edwards Contract No: __61506__
JD Edwards Project No: __12777099999__

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: Baruch College – Site "B"

Description of Work:
Allocation of additional funds as compensation for supplying labor, equipment and materials required in the installation of "self leveling" floor fill, from the 3rd floor through to the 14th floor.

Full consideration for this change order shall be an INCREASE/~~DECREASE~~ of the original contract amount by:

Dollars

Labor    = $ 541,869.00
Material = $ 311,500.00
Total    = $ 853,369.00

Increase/Decrease of the original schedule by _0_ days. In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns form any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

Recommended by:                              Accepted by:

CONSTRUCTION MANAGER OR ARCHITECT            CONTRACTOR

__TDX CONSTRUCTION CORPORATION__             __TRATAROS CONSTRUCTION, INC.__
Name                                         Name
** By [signature]  4-19-00                    By [signature]  4/16/00
   Date                                         Date

INSTITUTION (WHERE REQUIRED)                 Approved by: DORMITORY AUTHORITY

_____                              By: _____
Name                                             Date

_____                              _____
Date                                         Title

Dormitory Authority Use Only:

ALT  BAC  BND  CLA  CLO  COM  COR  DE  DO  EMR  FLD  INF  INS  OFS  PRG

* SEE TRATAROS PROPOSAL WHICH INCLUDES A STATEMENT REGARDING RESERVATION OF RIGHTS FOR ADDITIONAL COST AND TIME EXTENSIONS.

** SEE TDX MEMO REGARDING CONTRACTOR'S STATEMENT

CR1003