2111

**crocetti**
3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| OBJECT NAME: BARUCH COLLEGE | JOB NO: 48106 | DATE: 3/16/01 |
|---|---|---|
| ADDRESS: 55TH & LEXINGTON | PREPARED BY: RAY TOFFOLI | |
| FLOOR/LEVEL: 13    SPACE/AREA: LOBBY | FIELD/WORK ORDER: | |
| SEND INVOICE TO: TERTAROS CONSTRUCTION | ATTENTION: | |
| DESCRIPTION OF WORK    DATE WORK PERFORMED: 3/8/01 | PX NO. (PENDING EXTRA): | |

REMOVE LOOSE UNDERLAYMENT - TERRAZZO TOPPING AND
INSTALL ADDITIONAL UNDERLAYMENT - FLEX MEMBRANE   Added Item?

## LABOR SUMMARY

| | | CLASSIFICATION | | | | | |
|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | | |
| | | MECHANIC FOREMAN | | | | | |
| | ✓ | MECHANIC | 1 | 7 | | 7 | |
| | | FINISHER FOREMAN | | | | | |
| | | FINISHER | | | | | |
| | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | MARBLE POLISHER (SHOP) | | | | | |
| | | TRUCK DRIVER | | | | | |
| | | WAREHOUSE | | | | | |
| | | FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | | |
|---|---|---|
| 8 BAGS | SAND | |
| 2 " | MAPOCEM CEMENT | |
| 3 GALS. | MEMBRANE | |
| 3 " | " HARDENER | |
| 1 ROLL | FIBERGLASS MESH | |
| | | SALES TAX |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____

J.M.C. Representative _____


EXHIBIT
BARTEC
1
7/25/08  WH

CR0662

# WORK ORDER

**2112**

**crocetti**
CERAMIC MARBLE GRANITE TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| Field | Value |
|---|---|
| PROJECT NAME | BARUCH COLLEGE |
| ADDRESS | 55 LEXINGTON AVE |
| FLOOR/LEVEL | 15 |
| SPACE/AREA | LOBBY |
| SEND INVOICE TO | TRATAROS CONSTRUCTION |
| JOB NO. | 9806 |
| DATE | 3/16/01 |
| PREPARED BY | RAY TOFFOLI |
| FIELD/WORK ORDER | |
| ATTENTION | |
| PX NO. (PENDING EXTRA) | |

**DESCRIPTION OF WORK** — DATE WORK PERFORMED: 3/9/01

REMOVE LOOSE UNDERLAYMENT & TERRAZZO & INSTALL NEW UNDERLAYMENT & ADDITIONAL

## LABOR SUMMARY

| Classification | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | | | | | | |
| MECHANIC | | | 1 | 7 | | | 7 |
| FINISHER FOREMAN | | | | | | | |
| FINISHER | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | 1 | 7 | | | 7 |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| | | |
|---|---|---|
| | | |
| | | |

SALES TAX

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print)

G.M.C. Representative

CR0663

# Crocetti

MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**2113**

MEP Battles Laiment

| PROJECT NAME | BARUCH COLLEGE | JOB NO 98106 | DATE 3/16/01 |
|---|---|---|---|
| ADDRESS | 55 LEXINGTON AVE. | PREPARED BY | |
| FLOOR/LEVEL 13 | SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO | TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/12/01 | (PRICE PENDING EXTRA) | |

REMOVE LOOSE UNDERLAYMENT & TERRAZZO & INSTALL NEW UNDERLAYMENT & FLEX MEMBRANE.

## LABOR SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | | |
| | MECHANIC FOREMAN | | | | | | | |
| ✓ | MECHANIC | | 1 | 4 | | 4 | | |
| | FINISHER FOREMAN | | | | | | | |
| ✓ | FINISHER | | 1 | 4 | | 4 | | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | | 1 | |
| | TRUCK DRIVER | | | | | | | |
| | WAREHOUSE | | | | | | | |
| | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | D.S. | |
| | | | | | |
| | | | | | |
| | | | | SALES TAX | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)    (Print)

G.M.C. Representative

**crocetti**
CERAMIC MARBLE GRANITE TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER 2114**

| PROJECT NAME | BARUCH COLLEGE | JOB NO. | 98106 | DATE | 3/16/01 |
|---|---|---|---|---|---|
| ADDRESS | 55 LEXINGTON AVE | PREPARED BY | RAY TOFFOLI | | |
| FLOOR/LEVEL | 13 | SPACE/AREA | LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO | TRATAROS CONSTRUCTION | ATTENTION | | | |
| DESCRIPTION OF WORK | | DATE WORK PERFORMED 3/13/01 | | PX NO. (PENDING EXTRA) | |

REMOVE LOOSE UNDERLAYMENT & TERRAZZO AND INSTALL NEW UNDERLAYMENT & FLEX MEMBRANE — what is the stone there.

### LABOR SUMMARY

| | | | Category | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | | |
| | | | MECHANIC FOREMAN | | | | | | |
| | ✓ | | MECHANIC | 1 | 4 | | | 4 | |
| | | | FINISHER FOREMAN | | | | | | |
| | ✓ | | FINISHER | 1 | 4 | | | 4 | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | |
| | | | TRUCK DRIVER | | | | | | |
| | | | WAREHOUSE | | | | | | |
| | | | FOREMAN HELPERS | | | | | | |

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

### MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | SALES TAX | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____
M.C. Representative _____

Order from NEBS CUSTOM printing service

CR0665

**crocetti**
CERAMIC MARBLE GRANITE TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**2124**

| PROJECT NAME | BARUCH COLLEGE | JOB NO. 98106 | DATE 3/29/01 |
|---|---|---|---|
| ADDRESS | 55 LEXINGTON AVE. | PREPARED BY | RAY TOFFOLI |
| FLOOR/LEVEL 13 | SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO | TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/15/01 | PX NO. (PENDING EXTRA) | |

INSTALL NEW TERRAZZO IN AREAS WHERE LOOSE UNDERLAYMENT & TERRAZZO WERE REMOVED.

**LABOR SUMMARY**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | | | |
| MECHANIC FOREMAN | | 1 | 4 | | | 4 | | | |
| MECHANIC | | | | | | | | | |
| FINISHER FOREMAN | | | | | | | | | |
| FINISHER | | 1 | 7 | | | 7 | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | | | |
| TRUCK DRIVER | | | | | | | | | |
| WAREHOUSE | | | | | | | | | |
| FOREMAN HELPERS | | | | | | | | | |

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | | | | |
|---|---|---|---|---|
| 180 LFT | DIVIDER STRIP | | .90 | 162.00 |
| 30 GALS | EPOXY MATRIX | | 28.00 | 840.00 |
| 8 BAGS | MARBLE CHIPS | | 21.00 | 168.00 |
| 1½ " | MOTHER OF PEARL CHIPS | | 120.00 | 180.00 |
| 3 " | FILLER | | 8.00 | 24.00 |
| | | | SALES TAX | |

work order daily for each job.

(Print)

CR0667

# WORK ORDER
## 2126

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME: BARUCH COLLEGE | JOB NO. 98106 | DATE 3/29/01 |
|---|---|---|
| ADDRESS: 55 LEXINGTON AVE | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL: 13 | SPACE/AREA: LOBBY | FIELD/WORK ORDER |
| SEND INVOICE TO: TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/16/01 | PX NO. (PENDING EXTRA) |

INSTALL NEW TERRAZZO IN AREAS WHERE LOOSE UNDERLAYMENT & TERRAZZO WERE REMOVED.

### LABOR SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | |
| MECHANIC FOREMAN | 1 | 5 | | | 5 |
| MECHANIC | 1 | 5 | | | 5 |
| FINISHER FOREMAN | | | | | |
| FINISHER | 2 | 5 | | | 10 |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| MARBLE POLISHER (SHOP) | | | | | |
| TRUCK DRIVER | | | | | |
| WAREHOUSE | | | | | |
| FOREMAN HELPERS | | | | | |

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

### MATERIAL AND EQUIPMENT

SALES TAX

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____
G.M.C. Representative

CR0668

**WORK ORDER**

**2153**

| PROJECT NAME | | JOB NO. | DATE |
|---|---|---|---|
| BARUCH COLLEGE | | | JUNE 6, 2001 |
| ADDRESS | | PREPARED BY | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED | PX NO. (PENDING EXTRA) | |

## LABOR SUMMARY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | | | | |
| | 1 | MECHANIC FOREMAN | | | | | | | |
| | | MECHANIC | | | 7 hrs | | | | |
| | | FINISHER FOREMAN | | | | | | | |
| | | FINISHER | | | | | | | |
| | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | TRUCK DRIVER | | | | | | | |
| | | WAREHOUSE | | | | | | | |
| | 1 | FOREMAN HELPERS | | | | | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

## MATERIAL AND EQUIPMENT

fill in front of elevators with epoxy + sand mix.
fill in front of double doors to offices with epoxy + sand mix.

material
5 gal of epoxy
6 bags of sand   2 bags of chips

SALES TAX

EXHIBIT
BARTEL
2
7/8/08

**WORK ORDER 2154**

3950 Merritt Ave
BRONX, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME: BARUCH COLLEGE | JOB NO. | DATE: JUNE 7, 2001 |
|---|---|---|
| ADDRESS | PREPARED BY | |
| FLOOR/LEVEL: 5th FLOOR    SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | ATTENTION | No M.O. # reg |
| DESCRIPTION OF WORK    DATE WORK PERFORMED | PX NO. (PENDING EXTRA) | |

### LABOR SUMMARY

| | | | | |
|---|---|---|---|---|
| GENERAL FOREMAN | | | | |
| MECHANIC FOREMAN | | | | |
| MECHANIC | | 5 hrs | | |
| FINISHER FOREMAN | | | | |
| FINISHER | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | |
| MARBLE POLISHER (SHOP) | | | | |
| TRUCK DRIVER | | | | |
| WAREHOUSE | | | | |
| FOREMAN HELPERS | | 5 hrs | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

fill in front of escalators with hydraulic cement
material
4 bags of hydraulic cement
12 bags of sand

SALES TAX

Prepare a separate work order daily for each job.
...jobs/days.

_____ Allen Moore _____
Authorized representative (sign)    (Print)

Representative
From NEBS CUSTOM printing service

BATEE 3

# WORK ORDER
## 3583

**crocetti**
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME: Baruch College | JOB NO. 98-106 | DATE 2/01/02 |
|---|---|---|
| ADDRESS: 25st & Lex Ave NYC | PREPARED BY: R. Gardner | |
| FLOOR/LEVEL: / SPACE/AREA: | FIELD/WORK ORDER: | |
| SEND INVOICE TO: Trataros Const | ATTENTION: | |
| DESCRIPTION OF WORK / DATE WORK PERFORMED 1/27 6PM | PX NO. (PENDING EXTRA): | |

Repairing Hollow Areas on Ground Floor

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS RT | PT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | 1 | MECHANIC FOREMAN | 1 | | | 7 | | | 7 |
| | | | | MECHANIC | | | | | | | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | | | 1 | FINISHER | 1 | | | 7 | | | 7 |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| Extra | | | |
| | | | |
| | Verified Time | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL → | |

Prepare a separate work order daily for each job
Do not combine jobs

EXHIBIT
BATEE
3
7/25/08  WH

CR0737

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER 3584**

| PROJECT NAME | JOB NO. | DATE |
|---|---|---|
| BARUCH COLLEGE | 98-106 | 2/01/02 |

| ADDRESS | PREPARED BY |
|---|---|
| 25 ST & LEX. AVE   NYC | R. GARDNER |

| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
|---|---|---|

| SEND INVOICE TO | ATTENTION |
|---|---|
| TRATAROUS CONST | |

| DESCRIPTION OF WORK | DATE WORK PERFORMED | PX NO. (PENDING EXTRA) |
|---|---|---|
| | 1/28 MON | |

Repairing Hallow Areas on Ground Floor

**LABOR SUMMARY**

| T | M | R | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | O.T. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | |
| | | | 1 | MECHANIC FOREMAN | 1 | 7 | | | 7 |
| | | | 2 | MECHANIC | 2 | 14 | | | 14 |
| | | | | FINISHER FOREMAN | | | | | |
| | | | 1 | FINISHER | 1 | 7 | | | 7 |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | |
| | | | | TRUCK DRIVER | | | | | |
| | | | | WAREHOUSE | | | | | |
| | | | | FOREMAN HELPERS | | | | | |

T = Tile   M = Marble   (TR) = Terrazzo   E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | EXTRA | | |
| | | | |
| | [signature] | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____

G.M.C. Representative _____

CR0738

**WORK ORDER**
**3585**

crocetti
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME Baruch College | JOB NO. 98-106 | DATE 2/01/02 |
|---|---|---|
| ADDRESS 25 Lex Ave. NYC | PREPARED BY R. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Tratanous Const. | | ATTENTION |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/29 Tue | PX NO. (PENDING EXTRA) |

Repairing Hollow Areas on Ground Floor

**LABOR SUMMARY**

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS RT | PT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | 1 | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | | | | MECHANIC | | | | | | | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | | | 1 | FINISHER | 1 | 7 | | | 7 | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | EXTRA | | |
| 2½ | Gals Epoxy | | |
| | | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL ⇨ | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)     (Print)

G.M.C. Representative

CR0739

# WORK ORDER

## 2174

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME | JOB NO. | DATE |
|---|---|---|
| BARUCH COLLEGE | | |
| ADDRESS: 24 TH ST | PREPARED BY: E. Sweeney | |
| FLOOR/LEVEL: SECOND   SPACE/AREA: COFFEE SHOP | FIELD/WORK ORDER | |
| SEND INVOICE TO: TRATAROS | ATTENTION | |
| DESCRIPTION OF WORK   DATE WORK PERFORMED: Jan. 9, 2002 | PX NO. (PENDING EXTRA) | |

### LABOR SUMMARY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | 4 ½ | | | | | | | |
| MECHANIC FOREMAN | | | | | | | | | | | |
| MECHANIC | | | | | | | | | | | |
| FINISHER FOREMAN | | | | | | | | | | | |
| FINISHER | | | | | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | | | | | | |
| TRUCK DRIVER | | | | | | | | | | | |
| WAREHOUSE | | | | | | | | | | | |
| FOREMAN HELPERS | | | | 4 ½ | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

cut and chop out hollow conflow
and fill in with hydraulic cement

material
(2) bags of hydraulic cement
(6) bags of sand
(1) gal of primer

B/C Baxter 1/10/02

SALES TAX

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)    (Print)

G.M.C. Representative
Reorder from NEBS CUSTOM printing service  1-800-888-6327  NEBS, Inc. Peterborough, NH 03458  www.nebs.com

Ref. No: G 35270205F

CR0692

# WORK ORDER
## 2115

**croce**
CERAMIC MARBLE GRANITE TERRAZZO

3960 Merritt Ave
BRONX, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME: BARUCH COLLEGE | JOB NO: 90106 | DATE: 3/12/01 |
|---|---|---|
| ADDRESS: 55 LEXINGTON AVE. | PREPARED BY: RAY TOFFOLI | |
| FLOOR/LEVEL: 16  SPACE/AREA: LOBBY | FIELD/WORK ORDER: | |
| SEND INVOICE TO: TRATAROS CONSTRUCTION | ATTENTION: | |
| DESCRIPTION OF WORK: | DATE WORK PERFORMED: 3/12/01 & 3/13/01 | PX NO. (PENDING EXTRA): |

chopped out underlayment & fill Hydroho 6

## LABOR SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | |
| MECHANIC FOREMAN | 1 | 8 | | | 8 | |
| MECHANIC | | | | | | |
| FINISHER FOREMAN | | | | | | |
| FINISHER | 1 | 8 | | | 8 | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | |
| TRUCK DRIVER | | | | | | |
| WAREHOUSE | | | | | | |
| FOREMAN HELPERS | | | | | | |

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

## MATERIAL AND EQUIPMENT

| 12 BAGS | SAND | | |
| 3 " | MAPOCEM CEMENT | | |
| 1 ROLL | FIBERGLASS MESH | | |

SALES TAX

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print) _____

G.M.C. Representative
Reorder from NEBS CUSTOM printing service

CR0666

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 M___ Ave.
BRONX, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

WORK ORDER 2108

| PROJECT NAME | BARUCH COLLEGE | JOB NO. 98106 | DATE 3/9/01 |
| ADDRESS | 25TH & LEXINGTON | PREPARED BY KAY TOFFOLI | |
| FLOOR/LEVEL 8TH | SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/9/01 | PX NO. (PENDING EXTRA) | |

REMOVE LOOSE UNDERLAYMENT & INSTALL NEW UNDERLAYMENT

### LABOR SUMMARY

| | | CLASSIFICATION | | | DOUBLE | TOTAL HOURS |
|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | |
| | | MECHANIC FOREMAN | | | | |
| | | MECHANIC | | | | |
| | | FINISHER FOREMAN | 1 | 7 | | 7 |
| | | FINISHER | | | | |
| | | MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | 7 |
| | | MARBLE POLISHER (SHOP) | | | | |
| | | TRUCK DRIVER | | | | |
| | | WAREHOUSE | | | | |
| | | FOREMAN HELPERS | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

### MATERIAL AND EQUIPMENT

| QUANTITY | | | | EXTENSION |
|---|---|---|---|---|
| | | | | |

SALES TAX

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____  (Print) _____

C.M.C. Representative _____
Order from NEBS CUSTOM printing service 1-800-388-6327. NEBS, Inc. Peterborough, NH 03458  www.nebs.com

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

**WORK ORDER**
**2101**

Bronx, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

| | |
|---|---|
| PROJECT NAME | BARUCH COLLEGE |
| JOB NO. | 98106 |
| DATE | 2/27/01 |
| ADDRESS | 25TH & LEXINGTON |
| PREPARED BY | RAY TOFFOLI |
| FLOOR/LEVEL | 11TH |
| SPACE/AREA | LOBBY |
| FIELD/WORK ORDER | |
| SEND INVOICE TO | TRATAROS CONSTRUCTION |
| ATTENTION | |
| DESCRIPTION OF WORK | REMOVE LOOSE UNDERLAYMENT AND FILL IN WITH NEW UNDERLAYMENT. |
| DATE WORK PERFORMED | 2/27/01 |
| PX NO. (PENDING EXTRA) | |

**LABOR SUMMARY**

| | | | | |
|---|---|---|---|---|
| GENERAL FOREMAN | | | | |
| MECHANIC FOREMAN | 1 | 7 | | 7 HRS. |
| MECHANIC | 1 | 7 | | 7 HRS. |
| FINISHER FOREMAN | | | | |
| FINISHER | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | |
| MARBLE POLISHER (SHOP) | | | | |
| TRUCK DRIVER | | | | |
| WAREHOUSE | | | | |
| FOREMAN HELPERS | | | | |

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

**MATERIAL AND EQUIPMENT**

| | | |
|---|---|---|
| 6 BAGS | HYDRAULIC CEMENT | |
| 40 " | SAND | |
| 20 GALS | EPOXY MATRIX | |
| " " | HARDENER | |

SALES TAX

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)    (Print)
G.M.C. Representative

CR0654

# WORK ORDER

**2103**

**Crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME: BARUCH COLLEGE | JOB NO. 98106 | DATE 2/28/01 |
|---|---|---|
| ADDRESS: 25th E LEXINGTON | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 4H   SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| SEND INVOICE TO: TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK   DATE WORK PERFORMED 2/28/01 | PX NO. (PENDING EXTRA) | |

REMOVE LOOSE UNDERLAYMENT AND FILL IN WITH NEW UNDERLAYMENT

## LABOR SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | |
| MECHANIC FOREMAN | | 1 | 7 | | 7 | |
| MECHANIC | | 1 | 7 | | 7 | |
| FINISHER FOREMAN | | | | | | |
| FINISHER | | 2 | 7 | | 14 | |
| MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| MARBLE POLISHER (SHOP) | | | | | | |
| TRUCK DRIVER | | | | | | |
| WAREHOUSE | | | | | | |
| FOREMAN HELPERS | | | | | | |

T = Tile   M = Marble   TR = Terrazzo   E = Exterior

## MATERIAL AND EQUIPMENT

| DESCRIPTION | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | SALES TAX | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)            (Print)

G.M.C. Representative
Reorder From NEBS CUSTOM printing service...

CR0655