

**TDX CONSTRUCTION CORPORATION**

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 FAX
www.tdxconstruction.com

*[handwritten: We must bring up a claim w/ a meeting w/ DASNY.]*

May 13, 2002

*[handwritten: ND# 1686]*

Trataros Construction Corporation
55 Lexington Avenue
New York, NY 10010

Attn: Athena Curtis

RE: Baruch College - Site "B"
Uplifting Terrazzo Repairs

This is a response to your memorandum of 4/16/02 requesting a change order to repair the Uplifting Terrazzo. Your request is hereby denied since it is your responsibility to ensure that the substrate is acceptable to receive the Terrazzo. If the conditions are not acceptable, then the Terrazzo should not have been poured. The specification stated that "start of work shall imply acceptance of surfaces to install the epoxy Terrazzo."

In addition, it is also your responsibility to properly prepare the substrate as per spec. Section 09420 paragraph 3.02 if contaminants and or dust are encountered.

Reimbursement for this work should be between Trataros, Crocetti and or Bar-Tek.

We remain.

Very truly yours,
TDX Construction Corporation

Ray Leu
Project Manager

RL/qtw

Cc: N. D'Ambrosio
T. Mockler
J. Jones Jr.
J. Demase
ND# 1686
Ltr Trataros uplifting terrazzo repairs ND#1686

Corporate Office 345 Seventh Avenue, New York, NY 10001

CR1568