UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>AFFIDAVIT OF CHRISTINE HAMILTON IN SUPPORT OF OHIO CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK,<br><br>Third-Party Plaintiff,<br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | |
| TRATAROS CONSTRUCTION INC., and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth-Party Plaintiffs,<br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; Et.Al.,<br><br>Fourth-Party Defendants. | |

I Christine Hamilton, being of full age and duly sworn hereby deposes and says:

1. I am a Senior Claims Representative with Peerless Insurance Company, successor in interest to the Ohio Casualty Insurance Company, 9450 Seward Road, Fairfield, Ohio. As such I am responsible for overseeing the management of certain claims for Ohio Casualty Insurance Company.

2.  Ohio Casualty Insurance Company issued a certain general liability insurance policy to Bartec Industries, Inc. under policy Number BHO 52849621, for policy period May 26, 2001 to May 26, 2002. Exhibit A.

3.  Ohio Casualty Insurance Company issued a certain umbrella Liability insurance policy to Bartec Industries, Inc., under policy Number BXO 52849621, for policy period May 26, 2001 to May 26, 2002. Exhibit B.

4.  Each of the afformentioned Ohio Casualty Insurance policies contains a notice provision which requires a person or entity seeking coverage under the policy to notify Ohio Casualty Insurance Company of an "occurrence" or suit "as soon as practacble:

> 2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**
>
> a.  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:
>
> (1) How, when and where the "occurrence" or offense took place;
>
> (2) The names and addresses of any injured persons and witnesses; and
>
> (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b.    If a claim is made or "suit" is brought against any insured, you must:

        (1)    Immediately record the specifics of the claim or "suit" and the date received; and

        (2)    Notify us as soon as practicable.

    Your must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c.    You and any other involved insured must:

        (1)    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit"; ...[2]

5.    Ohio Casualty received notice from Bartec Industries, on December 2, 2003, regarding a Complaint asserted against Bartec in the matter of: R&J Construction Corp. v. Trataros Construction Inc., et al. New York Supreme Court, New York County under Index No. 113225/2003. That Complaint was dated July 18, 2003.

---

[2] The policy language differs only slightly between the policies, but is nearly identical in all practical affects.

6. Upon receipt of the notice of claim, Ohio Casualty investigated the factual matter, and promptly disclaimed coverage.

*[signature]*

Christine Hamilton, AIC

Sworn and subscribed before me
On this ___ day of August, 2008;

_____
Notary public

Patricia J. Dougherty
Notary Public, State of New York
No. 01DO4505038
Qualified in Onondaga County
Commission Expires 9/30/2009

#495393