UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

**Case No: 07- CV-6915 (DLC)**

Plaintiff,

- against -

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP., and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

Defendants,

---

DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

Third-Party Plaintiffs,

- against -

TRATAROS CONSTRUCTION, INC.,

Third-Party Defendant,

---

TRATAROS CONSTRUCTION, INC., and TRAVELERS
CASUALTY AND SURETY COMPANY

Fourth-Party Plaintiffs,

- against -

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC
INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON SUPERIOR
CORPORATION; SPECIALTY CONSTRUCTION BRANDS,
INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY
d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED
STATES FIRE INSURANCE COMPANY; ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL
UNDERWRITERS INSURANCE COMPANY; ZURICH
AMERICAN INSURANCE COMPANY d/b/a ZURICH
INSURANCE COMPANY; OHIO CASUALTY INSURANCE
COMPANY d/b/a  OHIO CASUALTY GROUP;
HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY);
JOHN DOES 1- 20 AND XYZ CORPS. 1-12,

Fourth-Party Defendants,

---

DAYTON SUPERIOR CORPORATION,

                        Fifth-Party Plaintiff,

    - against -

G.M. CROCETTI, INC.,

                        Fifth-Party Defendant.

## <u>NOTICE OF ATTORNEY WITHDRAWAL</u>

**PLEASE TAKE NOTICE** that Matthew J. McDermott, hereby withdraws himself as counsel for Defendant DAYTON SUPERIOR CORPORATION s/h/a DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION in the above-entitled action and, pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served upon Matthew J. McDermott, Esq., Goldberg Segalla LLP, 170 Hamilton Avenue, Suite 203, White Plains, New York 10601, mmcdermott@goldbergsegalla.com, including those required to be served and noticed through the Court's Electronic Court Filing system (ECF) in this case to be withdrawn and not served upon the above party and served upon the attorneys ANDREA J. SMITH, Esq. and SUZIN L. RASO, Esq. from GOLDBERG SEGALLA LLP, (who have filed notice of appearance for defendant DAYTON SUPERIOR CORPORATION s/h/a DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION)

Dated: August 11, 2008
      White Plains, New York

GOLDBERG SEGALLA, LLP

By:_____ /S/ _____
       MATTHEW J. MCDERMOTT, Esq. (MM-7164)
       ***Attorneys for Fourth-Party Defendant***
       **DAYTON SUPERIOR CORPORATION s/h/a**
       **DAYTON SUPERIOR SPECIALTY**
       **CHEMICAL CORP. a/k/a DAYTON**
       **SUPERIOR CORPORATION**
       170 Hamilton Avenue, Suite 203
       White Plains, New York 10601-1717
       (914) 798-5400
       GS File No.: 15180.0001

To:   See Attached Certificate of Service

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I electronically filed the foregoing NOTICE OF WITHDRAWAL with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

JoAnne M. Bonacci, Esq.
DREIFUSS BONACCI & PARKER, LLP
Attorneys for Fourth-Party Plaintiffs
TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY COMPANY
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey 07932
(973) 514-1414

David Abramovitz, Esq.
Zeynel Karcioglu, Esq.
Attorneys for Defendant
ZETLIN & DeCHIARA
801 Second Avenue, 17th Floor
New York, New York 10017
(212) 682-6800

Robert Rigliosi, Esq.
SEGAL McCAMBRIDGE SINGER & MAHONEY
Attorneys for Fourth-Party Defendant
SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC
830 Third Avenue, Suite 400
New York, NY 10022
(212) 651-7500

Robert Mark Wasko, Esq.
TORRE, LENTZ, GAMMELL, GARY & RITTMASTER,LLP
Attorneys for Fourth-Party Defendant
CAROLINA CASUALTY INSURANCE COMPANY
226 West 26th Street, 8th Floor
New York, New York 10001-6785
(516) 240-8900

Steven A. Coploff, Esq.
STEINBERG & CAVALIERE, LLP
50 Main Street, Suite 901
White Plains, New York 10606
(914) 761-4200

George J. Manos, Esq.
David N. Larson, Esq.
BOLLINHGER, RUBERRY & GARVEY
Attorneys for Fourth-Party Defendant
KEMPER CASUALTY INSURANCE
d/b/a KEMPER INSURANCE COMPANY
500 West Madison, Suite 2300
Chicago, Illinois 60661
(312) 366-8000

Henry G. Morgan, Esq.
MORGAN, MELHUISH, MONAGHAN,
ARVIDSON, ARBUTYN & LISOWSKI
Attorneys for Fourth-Party Defendant
OHIO CASUALTY INSURANCE COMPANY
651 West Mt. Pleasant Avenue, Suite 200
Livingston, New Jersey 07039
(973) 994-2500

Donald G. Sweetman, Esq.
GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
Attorneys for Fourth-Party Defendants
GREAT AMERICAN INSURANCE COMPANY,
AMERICAN ALLIANCE INSURANCE COMPANY,
AMERICAN NATIONAL FIRE INSURANCE COMPANY
and GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK
6 Campus Drive
Parsippany, New Jersey 07054
(973) 285-1919

John P. DeFilippis, Esq.
CARROLL, McNULTY & KULL
Attorneys for Fourth-Party Defendant
UNITED STATE FIRE INSURANCE COMPANY
570 Madison Avenue
New York, New York 10016
(212) 252-0004

S. Dwight Stephens, Esq.
MELITO & ADOLFSEN, P.C.
Attorneys for Fourth-Party Defendant
ZURICH AMERICAN INSURANCE COMPANY
233 Broadway
New York, New York 10279
(212) 238-8900

Martin Paul Lavelle, Esq.
GREEN & LAVELLE
Attorneys for Fourth-Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
110 William Street
New York, New York 10038
(212) 266-5880/5881

Diana E. Goldberg, Esq.
MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Fourth-Party Defendants
COMMERCIAL UNDERWRITERS INSURANCE
COMPANY and ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.
One Battery Park Plaza, 9th Floor
New York, New York 10004-1486
(212) 804-4200

Jeremy D. Platek
O'CONNOR REDD, LLP
Attorneys for Fourth-Party Defendant
BARTEC INDUSTRIES, INC.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700

Timothy B. Froessel, Esq.
HOLLAND & KNIGHT, LLP
Attorneys for Defendants/Third-Party Plaintiff
DORMITORY AUTHORITY OF THE STATE
OF NEW YORK and TDX CONSTRUCTION CORP.
195 Broadway
New York, New York 10007
(212) 513-3484

Gary L. Rubin, Esq.
MAZUR, CARP & RUBIN, P.C.
Attorneys for Defendant/Third-Party Plaintiff
TDX CONSTRUCTION CORP.
1250 Broadway, 38th Floor
New York, New York 10001

Marisa Slaten, Esq.
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Attorneys for Fourth-Party Defendant
HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
(973) 451-3862


By:_____/S/_____
      MATTHEW J. MCDERMOTT, Esq. (MM-7164)


121513.1