USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY
COMPANY as Administrator for RELIANCE
INSURANCE COMPANY,

    Plaintiff,

- against -

THE DORMITORY AUTHORITY OF THE
STATE OF NEW YORK, TDX CONSTRUCTION
CORP., and KOHN, PEDERSON, FOX &
ASSOCIATES, P.C.,

    Defendants.

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

    Third-Party Plaintiff,

- against -

TRATAROS CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY,

    Third-Party Defendants.

Case No. 04 Civ. 5101 (HB)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for the respective parties:

    1.    The law firm of Dreifuss, Bonacci & Parker, LLP, is authorized to, and hereby does, accept service of the Third-Party Summons and Third-Party Complaint in this action on behalf of Third-Party Defendants Trataros Construction, Inc. and Travelers Casualty and Surety Company.

2. Dreifuss, Bonacci & Parker, LLP hereby acknowledges receipt of service of the Third-Party Summons and Third-Party Complaint, together with a copy of the original Summons and Complaint in this action, on behalf of the aforementioned Third-Party Defendants, on September 13, 2004.

Dated: Florham Park, New Jersey
September 13, 2004

| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>Attorneys for the Dormitory<br>Authority of the State of New York | DREIFUSS BONACCI & PARKER LLP<br>Attorneys for Trataros Construction, Inc.<br>and Travelers Casualty and Surety Co. |
| By: _____<br>Timothy B. Froessel (TF 2848)<br>195 Broadway<br>New York, New York 10007<br>(212) 513-3200 | By: _____<br>David C. Dreifuss<br>26 Columbia Turnpike<br>North Entrance<br>Florham Park, New Jersey 07932<br>(973) 514-1414 |

# 2244200_v1

SO ORDERED:

_____
U.S.D.J.   10/7/04