UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff

vs.

DORMITORY AUTHORITY – STATE OF NEW YORK, et al.,

    Defendants.

DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, et al.,

    Fourth-Party Defendants.

Case No. 07-CV-6915 (DLC)
ECF CASE

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for Fourth-Party Defendants to the above entitled action, that any and all cross claims asserted by Fourth-Party Defendant Carolina Casualty Insurance Company against Fourth-Party Defendant Specialty Construction Brands, Inc. t/a TEC are hereby discontinued without prejudice and without any costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court and TEC will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated: New York, New York
August 4, 2008

Segal McCambridge Singer & Mahoney, Ltd.
*Attorneys for Fourth-Party Defendant*
*Specialty Construction Brands, Inc. t/a TEC*

/s/
Christian H. Gannon (CHG 1621)
830 Third Avenue, Suite 400
New York, NY 10022
(212) 651-7500
cgannon@smsm.com

Zichello & McIntyre, LLP
*Attorneys for Fourth-Party Defendant*
*Carolina Casualty Insurance Company*

Vincent J. Zichello, Esq. (VZ-3487)
420 Lexington Avenue, Suite 2800
New York, NY 10170
(212) 972-5560
zimc@msn.com

Torre, Lentz, Gamell, Gary & Rittmaster, LLP
*Attorneys for Fourth-Party Defendant*
*Carolina Casualty Insurance Company*

Robert M. Wasko, Esq. (RW 7811)
226 West 26th Street
New York, New York 10001
516.240.8965
rwasko@tlggr.com

SO ORDERED

_____
Denise L. Cote
United States District Judge

August 18, 2008