**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY, | : : : |
| Plaintiff, | : : |
| vs. | : 07-CV-6915 (DLC) : |
| DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C., | : **NOTICE OF MOTION** : **FOR ORDER** : **ALLOWING COUNEL** : **TO WITHDRAW** |
| Defendants. | : |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP., | : : : |
| Third-Party Plaintiffs, | : : |
| vs. | : : |
| TRATAROS CONSTRUCTION, INC., | : : |
| Third-Party Defendant. | : |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY, | : : : |
| Fourth-Party Plaintiffs | : : |
| vs. | : : |
| CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; UNITED STATES FIRE INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS | : : : : : : : : : : : |

INSURANCE COMPANY; ZURICH AMERICAN INSURANCE'     :
COMPANY d/b/a ZURICH INSURANCE COMPANY; OHIO      :
CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY    :
GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY      :
(a/k/a HARLEYSVILLE INSURANCE COMPANY); JOHN DOES :
1-20 and XYZ CORPS. 1-20,                         :
                                                  :
              Fourth-Party Defendants.          :

      PLEASE TAKE NOTICE that, upon the accompanying Declarations of Brett L. Warning, George J. Manos and David N. Larson, Fourth-Party Defendant Lumbermens Mutual Casualty Company ("LMC"), improperly sued as Kemper Casualty Insurance Company d/b/a Kemper Insurance Company, will move before the Court, particularly The Honorable Denise L. Cote, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on the date and time to be determined by the Court, for an Order, pursuant to Local Civil Rule 1.4, U.S.D.C.S.D.N.Y. , allowing Brett L. Warning, George J. Manos and David N. Larson, all of the Chicago, Illinois law firm, Bollinger, Ruberry & Garvey, to withdraw as co-counsel for Fourth-Party Defendant LMC.

DATED:  August 20, 2008

                                                 By:   /s/ Michael S. Miller
                                                     Michael S. Miller
                                                     **TOMPKINS, McGUIRE,**
                                                     **WACHENFELD &  BARRY LLP**
                                                     *Attorneys for Fourth-Party Defendant*
                                                   *Lumbermens Mutual Casualty Company,*
                                                   *improperly sued as Kemper Casualty*
                                                   *Insurance Company d/b/a Kemper*
                                                   *Insurance Company*
                                                   140 Broadway
                                                   51st Floor
                                                   New York, New York 10005
                                                   (212) 714-1720
                                                   -and-
                                                   Four Gateway Center

                                                   100 Mulberry Street  
                                                   Newark, New Jersey 07102  
                                                   (973) 622-3000

## DECLARATION OF SERVICE

The undersigned hereby declares, under penalty of perjury, that on August 20. 2008, he caused a true copy of the foregoing Notice of Motion and the supporting Declarations of Brett L. Warning, George J. Manos and David N. Larson to be served via electronic filing upon counsel for the various parties as follows:

JoAnne M. Bonacci, Esq.
**DREIFUSS BONACCI & PARKER, LLP,**
Attorneys for Fourth-Party Plaintiffs,
*TRATAROS* CONSTRUCTION, *INC AND TRAVELERS CASUALTY AND SURETY COMPANY*
26 Columbia Turnpike - North Entrance
Florham Park, NJ 07932
Tel:   (973) 514-1414
Fax:   (973) 514-5959
email: jbonacci@dbplawfirm.com

David Abramovitz, Esq,
Matthew J. McDermott, Esq.
**ZETLIN & DECI-HARA, LLP**
Attorneys for Defendants/Third-Party Plaintiff,
*KOHN PEDERSON, FOX & ASSOCIATES, P.C*
501 Second Avenue
New York, NY 10017
Tel:   (212) 682-6800
Fax:   (212) 682-6861
Email: dabramovitz@zdlaw.com

Christian H. Gannon
**SEGAL McCAMBRIDGE SINGER & MAHONEY**
Attorneys for Fourth-Party Defendant
*SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC*
830 Third Aye, Suite 400
NY, NY 10022
Tel:   (212) 651-7500/(212) 651-7423
Fax:   (212) 651-7499
email: rrigolosi@msm.com

Gary Wirth, Esq.
**TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP**
Attorneys for Fourth-Party Defendant
*CAROLINA CASUALTY INSURANCE COMPANY*
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Tel:   (516) 240-8900
Fax:   (516) 240-8950
Email: gwirth@tlggr.com


Robert Mark Wasko, Esq.
**TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP**
*Co-Counsel for Fourth-Party Defendant*
*CAROLINA CASUALTY INSURANCE COMPANY*
226 West 26th Street, 8th Floor
New York, NY 10001
Tel:   (516) 240-8900
Fax:   (212) 691-6452

Andrea J. Smith, Esq.
William Kelly, Esq.
**GOLDBERG SEGALL, LLP.**
Attorneys for Fourth-Party Defendant
DAYTON *SUPERIOR SPECIALTY CHEMICAL CORP.*
a/k/a *DAYTON SUPERIOR* CORP.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel:   (914) 798-5400
Fax:   (914) 798-5401
email: wkelly@goldbergsegalla.com
email: asmith@goldbergsegalla.com

Henry G. Morgan, Esq.
Joseph DeDonato, Esq.
**MORGAN, MELHUISH, ABRUTYN**
Attorneys for Fourth-Party Defendant
*OHIO CASUALTY INSURANCE COMPANY*
651 West Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039
Tel:   (973) 994-2500
Fax:   (973) 994-3375
email: counsel@morganlawfirm.com

Donald G. Sweetman, Esq.
**GENNET, KALLMANN, ANTIN & ROBINSON, P.C.**
Attorney for Fourth-Party Defendants
*GREAT AMERICAN INSURANCE COMPANY,*
*AMERICAN ALLIANCE INSURANCE COMPANY,*
*AMERICAN NATIONAL FIRE INSURANCE COMPANY*
*and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK*

6 Campus Drive
Parsippany, NJ 07054
Tel:    (973) 285-1919
Fax:    (973) 285-1177
Email: dsweetman@gkar-law.com

S. Dwight Stephens, Esq.
**MELITO & ADOLFSEN, P.C.**
Attorneys for Fourth-Party Defendant
*ZURICH AMERICAN INSURANCE COMPANY*
233. Broadway
New York, NY 10279
Tel:    (212) 238-5900
Fax:    (212) 238-8999
Email: sds@melitoadolfsen.com

Martin Paul Lavelle, Esq.
Erika L. Aljens, Esq.
**GREEN & LAVELLE**
Attorneys for Fourth-Party Defendant,
*NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA*
110 William Street
New York, NY 10038
Tel:    (212) 266-5580/5881
Fax:    (212) 528-0134
Email: martin.lavelle@aig.com
Email: erika.aljiens@aig.com

Joel M. Simon, Esq.
**SMITH MAZURE**
Attorneys for Fourth-Party Defendant
*COMMERCIAL UNDERWRITERS INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.*
111 John Street
New York, NY 10038
Tel:    (212) 964-7400
Fax:    (212) 374-1935
Email:  jsimon@smithmazure.com


Timothy B. Froessell, Esq.
**HOLLAND & KNIGHT, LLP**

Attorneys for Defendants/Third-Party Plaintiffs,
*DORMITORYAUTHORITY- STATE OF NEW YORK
and* TDX *CONSTRUCTION CORP.*
195 Broadway
New York, NY 10007
Tel:   (212) 513-3484
Fax:   (212) 385-9010
email: tbfroess@hklaw.com

Tracey K. Wishert, Esq.
Lance J. Kalik, Esq.
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP**
Attorneys for Fourth-Party Defendant,
*HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY)*
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Tel:   (973) 451-3862
Fax:   (973) 451-3714
email: twishert@riker.com
email: lkalik@riker.com

Vincent Zichello, Esq.
**ZICHELLO & MCINTYRE, LLP**
Attorneys for Fourth-Party Defendant,
*CARLOLINA CASUALTY INSURANCE COMPANY*
420 Lexington Avenue, Suite 2800
New York, New York  10170
Tel:   (212) 972-5560
Fax:   (212) 972-5569

Jeremy Platek, Esq.
**O'CONNOR, REDD, GOLLIHUE & SKLARIN, LLP**
Attorneys for Fourth –Party Defendant,
*BARTEC INDUSTRIES, INC.*
200 Mamaroneck Avenue
White Plains, New York 10601
Tel:   (914) 686-1700 x 239
Fax:   (914) 328-3184

Martin A. Schwartzberg, Esq.
**L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP**
Attorneys for
*COSENTINI ASSOCIATES*

1001 Franklin Avenue
Garden City, NY  11530
Tel:    516-294-8844
Fax:    516-294-8202



DATED:  August    20, 2008

                                                                                    /s/Michael S. Miller
                                                                                    Michael S. Miller