

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY    :
as Administrator for RELIANCE            :
INSURANCE COMPANY,                       :
                                         :
                Plaintiff,               :   07 Civ. 6915 (DLC)(THK)
                                         :
     -against-                           :
                                         :   SCHEDULING ORDER
DORMITORY AUTHORITY - STATE OF NEW       :
YORK, TDX CONSTRUCTION CORP. and KOHN    :
PEDERSEN FOX ASSOCIATES, P.C.,           :
                                         :
                Defendants.              :
                                         :
-----------------------------------------:
DORMITORY AUTHORITY OF THE STATE OF      :
NEW YORK and TDX CONSTRUCTION CORP.,     :
                                         :
                Third-Party Plaintiffs,  :
                                         :
     -against-                           :
                                         :
TRATAROS CONSTRUCTION, INC.,             :
                                         :
                Third-Party Defendant.   :
                                         :
-----------------------------------------:
TRATAROS CONSTRUCTION, INC., and         :
TRAVELERS CASUALTY AND SURETY COMPANY,   :
                                         :
                Fourth-Party Plaintiffs, :
                                         :
     -against-                           :
                                         :
CAROLINA CASUALTY INSURANCE COMPANY;     :
BARTEC INDUSTRIES, INC.; DAYTON          :
SUPERIOR SPECIALTY CHEMICAL CORP.        :
a/k/a DAYTON SUPERIOR CORPORATION;       :
SPECIALTY CONSTRUCTION BRANDS, INC.      :
t/a TEC; KEMPER CASUALTY INSURANCE       :
COMPANY d/b/a KEMPER INSURANCE           :
COMPANY; GREAT AMERICAN INSURANCE        :
COMPANY; NATIONAL UNION FIRE             :
INSURANCE COMPANY OF PITTSBURGH, PA.;    :
UNITED STATES FIRE INSURANCE COMPANY;    :
ALLIED WORLD ASSURANCE COMPANY;          :
ALLIED WORLD ASSURANCE COMPANY (U.S.)    :
```

```
INC. f/k/a COMMERCIAL UNDERWRITERS      :
INSURANCE COMPANY; ZURICH AMERICAN      :
INSURANCE COMPANY d/b/a ZURICH          :
INSURANCE COMPANY; OHIO CASUALTY        :
INSURANCE COMPANY d/b/a OHIO CASUALTY   :
GROUP; HARLEYSVILLE MUTUAL INSURANCE    :
COMPANY (a/k/a HARLEYSVILLE INSURANCE   :
COMPANY); JOHN DOES 1-20 and XYZ        :
CORPS. 1-20,                            :
                                        :
            Fourth-Party Defendants.    :
                                        :
----------------------------------------:
KOHN PEDERSEN FOX ASSOCIATES, P.C.      :
                                        :
            Third-Party Plaintiff,      :
                                        :
     -against-                          :
                                        :
WEIDLINGER ASSOCIATES CONSULTING        :
ENGINEERS, P.C., CASTRO-BLANCO          :
PISCIONERI AND ASSOCIATES, ARCHITECTS,  :
P.C., ARQUITECTONIA NEW YORK, P.C.,     :
CONSENTINI ASSOCIATES, INC., CERMAK,    :
PETERKA PETERSEN, INC., JORDAN PANEL    :
SYSTEMS CORP., TRATAROS CONSTRUCTION,   :
INC., and LBL SKYSYSTEMS (U.S.A.),      :
INC.,                                   :
                                        :
            Third-Party Defendants.     :
                                        :
----------------------------------------:
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case has been referred to this Court for settlement. The Court held a settlement conference on August 7, 2008. It is hereby ORDERED that there will be a further settlement conference on October 29 and 30, 2008. The conference will begin with a visit to the site at issue in this case at Baruch College, on Lexington Avenue between 24th and 25th streets, at 9:30 a.m. on October 29. After the site visit, the conference will continue at the Courthouse. On October 30, the conference will begin at

10:00 a.m. at the Courthouse, in Room 17-D. Counsel are directed to make all necessary arrangements for attendance of party representatives with settlement authority.

    SO ORDERED.

                                                           THEODORE H. KATZ
                                       UNITED STATES MAGISTRATE JUDGE

Dated: September 11, 2008
       New York, New York