# EXHIBIT

# 4

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

————————————————————————

TRAVELERS CASUALTY AND SURETY COMPANY as

Administrator for RELIANCE INSURANCE

COMPANY,

                    Plaintiff,

          -against-

DORMITORY AUTHORITY-STATE OF NEW YORK, TDX

CONSTRUCTION CORP. and KOHN PEDERSEN FOX

ASSOCIATES, P.C.,

                    Defendants.

Case No. 08-CV-6915 (DLC)


          (CAPTION CONTINUED)

————————————————————————


                    July 24, 2008

                    10:21 a.m.


          DEPOSITION of ATHENA CURIS,

taken by Defendant, pursuant to Notice,

held at the offices of HOLLAND & KNIGHT

LLP, 195 Broadway, New York, New York

before Wayne Hock, a Notary Public of the

State of New York.

11

A. Curis

1

2      asking, please let me know that and I

3      will be happy to rephrase it.

4          Q.    Are you currently employed?

5          A.    Yes.

6          Q.    Who is your employer?

7          A.    I'm self-employed, Fox

8      Industries.

9          Q.    You say self-employed.

10              Are you the owner of that

11      company?

12          A.    One of the principals, yes.

13          Q.    Who are the other principals?

14          A.    Steve Plagianos.

15          Q.    Where is Fox Industries located?

16          A.    One Commerce Street in Brooklyn.

17          Q.    How long have you been employed

18      by Fox Industries?

19          A.    From September of 2002.

20          Q.    And in September of 2002, were

21      you a principal of Fox Industries?

22          A.    Yes.

23          Q.    Where were you employed prior to

24      Fox Industries?

25          A.    Trataros Construction.

12

A. Curis

1

2      Q.      How long were you employed at

3  Trataros Construction?

4      A.      On or about fifteen years.

5      Q.      When you started at Trataros

6  Construction, I'm assuming it would have

7  been about 1987; does that sound right?

8      A.      On or about, yeah.

9      Q.      When you started at Trataros,

10  what was your title or position?

11      A.      I was an estimator.

12      Q.      For how long were you an

13  estimator?

14      A.      About a year.

15      Q.      And after that year, did your

16  job title change?

17      A.      Yes, it did.

18      Q.      And what did it change to?

19      A.      Project coordinator.

20      Q.      And how long did you hold that

21  title?

22      A.      Several years, four or five

23  years.

24      Q.      And at the end of that four or

25  five-year period, did your title then

13

A. Curis

1

2      change again?

3          A.      Yes, it did.

4          Q.      What did it change to?

5          A.      Project manager.

6          Q.      How long did you hold that

7      title?

8          A.      Pretty much until the end of my

9      time with Trataros.

10         Q.      When did you leave Trataros?

11         A.      Just prior to Fox Industries

12     being incorporated.

13         Q.      Why did you leave Trataros?

14         A.      Trataros was no longer in

15     business.

16         Q.      Were you at any time a principal

17     of Trataros Construction?

18         A.      No.

19         Q.      Do you know who the principals

20     of Trataros Construction were?

21         A.      Gus Trataros.

22         Q.      Anyone else?

23         A.      I'm not really sure.

24         Q.      Did Steve Plagianos work for

25     Trataros when you were there?

18

1                    A. Curis

2        Q.      What was your first job while

3    you -- after you got out of Pratt

4    Institute?

5        A.      Breger Terjesen.

6        Q.      When you left Trataros

7    Construction, was it still a going

8    concern?

9            MS. BONACCI: Objection.

10            THE WITNESS:  I'm not sure what

11        happens here.

12            MS. BONACCI: I'll make an

13        objection because I have an issue with

14        the way the question is asked or the

15        form of it and then, if you still

16        understand the question, then you

17        would answer it if you still

18        understand it.  If you don't

19        understand it, ask him to --

20        A.      Please clarify.

21        Q.      When you left Trataros, were

22    they still in business?

23        A.      No.

24        Q.      When did Trataros' business

25    cease?

19

A. Curis

1

2    A.    I believe it was sometime in

3    2002, early 2003.

4    Q.    At the time you left Trataros

5    did any employees remain after you had

6    left?

7    A.    I believe perhaps my husband may

8    have still been there for a month or so.

9    Q.    Do you know why Trataros'

10   principals closed the business?

11          MS. BONACCI: Objection.

12   A.    I don't know the specific

13   reason.

14   Q.    Do you know if it involved

15   financial issues?

16   A.    I don't know that.

17   Q.    Do you know what became of

18   Trataros' offices after the company went

19   out of business?

20   A.    Could you please rephrase it?

21   Q.    Sure.

22          What became of Trataros'

23   office --

24          MR. FROESSEL: Withdrawn.

25   Q.    Where was Trataros' office

20

                        A. Curis

1
2    located?

3        A.    64th Street in Brooklyn.

4        Q.    Is that where you were

5    headquartered pretty much until the day

6    you left?

7        A.    I was pretty much in the field,

8    but that's where the main office was, yes.

9        Q.    Do you know what date that main

10   office closed?

11       A.    I don't know the exact date, no.

12       Q.    Do you know -- did anyone stay

13   behind to clean out the office?

14       A.    I don't know that.

15       Q.    Did Trataros keep books or

16   records in the office at 64th Street?

17       A.    Yes, they did.

18       Q.    Do you know what became of those

19   records?

20       A.    I believe the attorneys have

21   those records.

22       Q.    What's the basis for your

23   belief?

24       A.    I've seen files in Ms. Bonacci's

25   office.  In addition, I had arranged for

24

A. Curis

1

2  subject matter of the deposition notice

3  with him?

4      A.    No.

5          MR. FROESSEL: Mark this as

6  DASNY 20.

7          (Whereupon, a document entitled

8      Contract was marked DASNY Exhibit 20

9      for identification.)

10         MR. FROESSEL: For the record,

11     we've marked as DASNY Exhibit 20 a

12     contract dated as of August 27, 1998.

13     Q.    Ms. Curis, have you ever seen

14  this document before?

15     A.    Yes, I have.

16     Q.    Can you tell me what it is.

17     A.    It's contract sixteen on the

18  Baruch College project.

19     Q.    And this was a contract between

20  Trataros and the Dormitory Authority of

21  the State of New York; correct?

22     A.    Correct.

23     Q.    Did you personally have any

24  involvement in the execution of Trataros'

25  work under this contract?

25

A. Curis

1

2     A.     Yes, I did.

3     Q.     What was your involvement?

4     A.     I was project manager for

5  contract sixteen.

6     Q.     Were you the project manager for

7  contract sixteen throughout the entire

8  duration of that work?

9     A.     Yes.

10    Q.     Did Trataros have any other

11  employees with responsibilities on

12  contract sixteen at the project?

13    A.     Yes.

14    Q.     Can you tell me who they were,

15  please.

16    A.     Ramesh, the last name is very

17  long, there was Walter Bartels, there was

18  John Clarke, Tom Spinthourakis, Dino

19  Liapes, Bea Fioriello.

20    Q.     Was there anyone else you

21  recall?

22    A.     There may have been, I just

23  don't recall specifically.

24    Q.     What was John Clarke's title

25  with respect to the Baruch College

29

A. Curis

1

2    A.    No.

3    Q.    How about John Clarke, have you

4  spoken with him since you left Trataros?

5    A.    No.

6    Q.    How about Dino Liapes, do you

7  know where he's currently employed?

8    A.    Yes, I do.

9    Q.    Where is he employed?

10    A.    At a Dunkin' Donuts in Brooklyn.

11    Q.    When's the last time you spoke

12  with Dino Liapes?

13    A.    A year or two.

14    Q.    Did Trataros do any other work

15  at Baruch College beside the work done

16  under contract sixteen?

17    A.    Yes, we were also under contract

18  fifteen.

19    Q.    Did John Clarke have any duties

20  with respect to Trataros' work under

21  contract fifteen?

22    A.    The same as contract sixteen.

23    Q.    The same duties?

24    A.    Yes.

25    Q.    Did Walter Bartels have any

32

1              A. Curis

2        Q.     Did Trataros enter into contract

3    fifteen before it entered into contract

4    sixteen?

5        A.     Yes.

6        Q.     And had work under contract

7    fifteen begun at the project before the

8    contract sixteen work started?

9        A.     Yes.

10       Q.     About how long before the

11   contract sixteen work started would you

12   say the contract fifteen work began,

13   roughly?

14       A.     I don't know.

15       Q.     If you look at DASNY Exhibit 20

16   and turn about seven pages in, you'll see

17   there's a specifications and drawings

18   listing.

19       A.     Yes.

20       Q.     On the first page of that

21   listing, do you see there's a

22   section 03551, cementitious floor

23   leveling?

24       A.     Yes.

25       Q.     Was that specification

33

1                        A. Curis

2    incorporated into Trataros' contract

3    sixteen?

4        A.    Yes.

5        Q.    If you turn to the next page,

6    toward the bottom do you see where it says

7    section 09420, epoxy terrazzo?

8        A.    Yes.

9        Q.    Was that specification, the

10   epoxy terrazzo spec, incorporated into

11   Trataros' contract sixteen work?

12       A.    Yes.

13            MR. FROESSEL: Let's mark this as

14       DASNY Exhibit 21, please.

15            (Whereupon, a document entitled

16       General Conditions was marked DASNY

17       Exhibit 21 for identification.)

18            MR. FROESSEL: For the record,

19       we've marked as DASNY Exhibit 21,

20       which is a document entitled General

21       Conditions.

22       Q.    Ms. Curis, I'd ask you to please

23   let me know if you've ever seen that

24   document before.

25       A.    Yes, I have.

34

1                        A. Curis

2          Q.     Could you tell me what that

3     document is.

4          A.     It's the general conditions for

5     the project.

6          Q.     Specifically were these general

7     conditions applicable to contract sixteen?

8          A.     They're pretty much boilerplate,

9     so it would be more than likely similar or

10    the same to contract fifteen, also.

11         Q.     As you sit here today, do you

12    have any reason to believe that these are

13    not the general conditions that were

14    applicable to contract sixteen?

15         A.     No.

16         Q.     If you turn to page six in the

17    general conditions of Exhibit 21.  At the

18    top of the page you'll see there's a

19    subparagraph D which says, "the contractor

20    shall develop and implement quality

21    control plans to ensure itself and the

22    owner that all work performed by the

23    contractor and its subcontractors complies

24    fully with all contract requirements."

25               Do you see that language?

39

```
1                    A. Curis

2    had been there --

3            MR. FROESSEL: Withdrawn.

4        Q.    Do you recall how long Walter,

5    Tom, and Dino had been working at the

6    Baruch College project on the contract

7    fifteen work before the contract sixteen

8    work started?

9            MS. BONACCI: Objection.

10       A.    I don't know.

11       Q.    If you turn to page eighteen of

12   DASNY Exhibit 21, please.

13           Do you see at the bottom of the

14   page there's an article twelve,

15   subcontracts?

16       A.    Yes.

17       Q.    And do you see section 12.01,

18   subsection C where it says, "the

19   contractor shall be fully responsible for

20   the work, acts, and omissions of

21   subcontractors?"

22       A.    Yes, I do.

23       Q.    In connection with the

24   self-leveling underlayment and the epoxy

25   terrazzo, did Trataros employ any
```

40

```
 1                    A. Curis
 2   subcontractors?
 3        A.    Yes, we did.
 4        Q.    Who were they?
 5        A.    For the terrazzo, it was
 6   Crocetti.  And for the underlayment,
 7   Bartec.  Crocetti also did some
 8   underlayment and I believe Klepp Floors
 9   did some underlayment, also.
10            MS. SMITH: Could you read the
11        last answer, please.
12            (Whereupon the requested portion
13        was read back by the reporter)
14        Q.    In what areas did Klepp Floors
15   put down self-leveling underlayment?
16            MS. BONACCI: Objection.
17        A.    I believe it was the gymnasium
18   area.
19        Q.    Is that an area with a wood
20   floor?
21        A.    I believe so.
22        Q.    To your knowledge, did Klepp put
23   down any self-leveling underlayment in
24   areas that received epoxy terrazzo?
25        A.    I don't believe so.
```

211

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this   29th   day of  July , 2008.

_____

VERITEXT REPORTING COMPANY

212-267-6868                                      516-608-2400

213

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  _____

4  TRAVELERS CASUALTY AND SURETY COMPANY as

   Administrator for RELIANCE INSURANCE

5  COMPANY,

6                         Plaintiff,

7            -against-

8  DORMITORY AUTHORITY-STATE OF NEW YORK, TDX

   CONSTRUCTION CORP. and KOHN PEDERSEN FOX

9  ASSOCIATES, P.C.,

10                        Defendants.

11 Case No. 08-CV-6915 (DLC)

12

            (CAPTION CONTINUED)

13 _____

14

                    July 25, 2008

15                  10:12 a.m.

16

17        CONTINUED DEPOSITION of ATHENA

18 CURIS, taken by Defendant, pursuant to

19 Notice, held at the offices of HOLLAND &

20 KNIGHT LLP, 195 Broadway, New York, New

21 York before Wayne Hock, a Notary Public of

22 the State of New York.

23

24

25

241

A. Curis

1

2          MR. FROESSEL: If we could mark

3     that as DASNY Exhibit 50, please.

4          (Whereupon, a letter dated

5     May 13, 2002 was marked DASNY

6     Exhibit 50 for identification.)

7          MR. FROESSEL: For the record,

8     we've marked as DASNY Exhibit 50 a

9     letter on TDX Construction letterhead

10    dated May 13, 2002.  It's addressed to

11    Trataros Construction.

12    Q.    Ms. Curis, have you ever seen

13 this letter before?

14    A.    Just give me a moment.

15    Q.    Sure, take your time.

16    A.    (Reviewing).

17          More than likely.

18    Q.    Did Trataros respond to this

19 letter from TDX?

20    A.    I really can't say with any

21 specifics unless I see some documents.

22    Q.    Did Trataros still have a field

23 office at Baruch College in May of 2002?

24    A.    I don't know the specific dates,

25 but I know our field office was vacated

242

1                    A. Curis

2     sometime between occupancy between the

3     upper levels and prior to occupancy in the

4     basement.

5          Q.    But you don't recall the time

6     frames in terms of months and years?

7          A.    Unfortunately, no.  Time flies

8     when you're having fun.

9          Q.    That's what they say.

10             You stated yesterday that you

11    became a principal of Fox Industries

12    sometime in 2002; is that correct?

13         A.    Correct, September of 2002.

14         Q.    Were you ever simultaneously a

15    principal of Fox Industries and an

16    employee of Trataros?

17             MS. BONACCI: Objection to form.

18         A.    There may have been a minor

19    overlap.

20         Q.    When you say, "minor," is that

21    in terms of weeks, months?

22         A.    Probably weeks to a month or so.

23         Q.    Do you have any knowledge of a

24    financing agreement between Travelers

25    Casualty and Surety Company and Trataros?

451

A. Curis

1    limiting your knowledge just you know they

2    were kept in the office?

3        A.    I know they were kept in the

4    office and I know they were separated by

5    job, by contract.

6        Q.    In terms of what was maintained

7    at the field office, were these

8    certificates at least maintained there for

9    the subcontractors?

10       A.    Not necessarily.

11       Q.    Do you have any particular

12   knowledge as to the Crocetti insurance

13   certificate, was that maintained at the

14   field office?

15       A.    I don't know that specifically.

16   But for me to have requested a renewal, I

17   must have seen it, an existing

18   certificate.

19           MR. THELANDER: I'm going to show

20       you T86.

21           (Whereupon, a letter dated

22       March 7, 2003 was marked Exhibit T86

23       for identification.)

24       Q.    I'm going to show you a document

452

1                       A. Curis

2    marked T86.  It is a letter with

3    enclosures from TDX to Trataros dated

4    March 7, 2003.

5              Take your time.  Let me know

6    when you've completed looking at it.

7         A.    (Reviewing).

8              Okay.

9         Q.    Do you recall ever seeing this

10   document before today?

11        A.    Not at the time of the writing

12   of the document, no.

13        Q.    But have you seen it prior to

14   today?

15        A.    Yes.

16        Q.    Could you tell me what your

17   understanding of this document consists

18   of?

19        A.    Quite frankly, Trataros was not

20   in business at this time.  I was no longer

21   an employee of Trataros as of the date of

22   this correspondence.

23              Do you want me to read it now

24   and give you an understanding of what I

25   see it is?

453

1                    A. Curis

2       Q.      Sure.

3               My confusion, I guess, is

4  because it's still addressed to you.

5       A.      Again, I don't even think

6  Trataros was in business at the time of

7  this correspondence.  It's regarding some

8  Testwell laboratory results.

9       Q.      Does it identify any problems or

10  anything with what you just identified?

11              MS. BONACCI: Objection to form.

12              MR. PLATEK: Join.

13      A.      Uplifting and debonding.

14      Q.      Uplifting and debonding?

15      A.      That's what's identified as the

16  reference.

17      Q.      Just so I'm correct, you were

18  employed at Trataros up until September of

19  2002?

20      A.      On or about, yes.

21      Q.      This document is marked as

22  DASNY 36.

23              You've seen this document prior

24  to today; have you not?

25      A.      Yes.

456

A. Curis

1

2      A.    I would probably first speak

3  with John Clarke.

4      Q.    Do you recall ever speaking to

5  John Clarke about this DASNY 50 letter in

6  particular?

7      A.    I have no recollection of this

8  letter as I stated previously.

9      Q.    Do you recall the time period

10  February, 2002 to May, 2002 speaking to

11  other employees of Trataros with regard to

12  communications with TDX about problems

13  with terrazzo?

14          MS. BONACCI: Objection to form.

15          MR. ZICHELLO: Objection to form.

16      A.    I don't have any specific

17  recollection.

18      Q.    You don't recall?

19      A.    I don't have any specific

20  recollection.

21      Q.    At some point in time did you,

22  yourself, ever consider contacting the

23  Trataros insurer with regard to the

24  possibility of an insurance claim?

25      A.    That's not my responsibility.

457

A. Curis

1

2    And there was no issue for a claim.  There

3    was no -- I was not aware of any uplifting

4    terrazzo, you know, other than the areas

5    that were isolated incidents and repairs

6    that were done during the course of the

7    project.

8        Q.    Who was in charge of deciding

9    whether or not to submit a claim to

10   Trataros' insurer for this project?

11       A.    I don't know.

12       Q.    Did you ever overhear any

13   conversations between any other Trataros

14   employees with regard to submitting any

15   sort of insurance claim to Trataros'

16   insurer?

17       A.    I have no recollection of that.

18       Q.    Do you have any recollection

19   about Trataros reporting a claim to any

20   insurer of any of the subcontractors in

21   contract sixteen?

22       A.    I don't know.  I don't have

23   knowledge of that.

24            MR. THELANDER: Thank you.

25       That's all I have.

477

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this _29_ day of _July_, 2008.

_____