# EXHIBIT 10

# DORMITORY AUTHORITY – STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

## CHANGE ORDER

TO: Contractor: __TRATAROS CONSTRUCTION, INC.__  Change Order No. __GC2-028__
  Street: __122 E. 25th Street__     JD Edwards Change Request No: _____
  City State Zip: __New York, NY 10010__   JD Edwards Contract No: ___61506___
                 JD Edwards Project No: ___12777099999___

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College – Site "B**

Description of Work:
  Allocation of additional funds as compensation for supplying labor, equipment and materials required in the installation of "self leveling" floor fill from the 3rd floor through to the 14th floor.

Full consideration for this change order shall be an **INCREASE/~~DECREASE~~** of the original contract amount by:

  Dollars

| | | |
|---|---|---|
| Labor | = | $ 541,869.00 |
| Material | = | $ 311,500.00 |
| Total | = | $ 853,369.00 |

Increase/Decrease of the original schedule by _0_ days. In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns form any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

**Recommended by:**            **Accepted by:**

  **CONSTRUCTION MANAGER OR ARCHITECT**       **CONTRACTOR**

   __TDX CONSTRUCTION CORPORATION__     __TRATAROS CONSTRUCTION, INC.__
         Name                Name
**✶✶** By _____   _4-19-00_    By _____   _4/16/00_
             Date               Date

  **INSTITUTION (WHERE REQUIRED)**      **Approved by: DORMITORY AUTHORITY**

                    By: _____
_____
       Name                     Date

_____
       Date                  Title

### Dormitory Authority Use Only:

ALT BAC BND CLA CLO COM COR DE DO EMR FLD INF INS OFS PRG

**✶** SEE TRATAROS PROPOSAL WHICH INCLUDES A STATEMENT REGARDING RESERVATION OF RIGHTS FOR ADDITIONAL COST AND TIME EXTENSIONS.

**✶✶** SEE TDX MEMO REGARDING CONTRACTOR'S STATEMENT



EXHIBIT
T 29
5/22/08  WH
PENGAD 800-631-6989

DASNY_TRAVELERS2 150186

# TDX CONSTRUCTION CORPORATION

## BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO: GC2-028

IN ORDER OF APPEARANCE:

[X]    ORIGINAL SIGNED CHANGE ORDER:

[X]    CHANGE ORDER COST REVIEW CERTIFICATION:

[X]    CHANGE ORDER MEMORANDUM:

[X]    DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]    COPY OF TDX LETTER OF DIRECTIVE DATED: 1/13/2000

[X]    RECORD OF NEGOTIATION DATED 3/30/2000

[X]    TDX ESTIMATE

[X]    COPY OF CONTRACTORS PROPOSAL DATED 3/21/2000 IN THE AMOUNT $532,328.00.

[X]    REFEERENCE DOCUMENTS : Manufacturer's Catalogue Sheet., KPF Memo 11/8/99

DASNY_TRAVELERS2 150187

**DORMITORY AUTHORITY STATE OF NEW YORK**
**CHANGE ORDER COST REVIEW CERTIFICATION**

PROJECT: BARUCH COLLEGE - SITE "B"    ND# 577    CR#

CONTRACTOR FILING CLAIM: **TRATAROS, CONSTRUCTION, INC.**   COST: **$ 853,369.00**

CHANGE ORDER NO: **GC2-028** ORIGINAL CONTRACT NO: **61506**

DESCRIPTION OF CHANGE ORDER WORK:

Allocation of additional funds as compensation for supplying labor, equipment and materials required in the installation of "self leveling" floor fill from the 3rd floor through to the 14th floor.

This is to certify that the following applicable reviews have been made relative to the contractor's cost calculation for the above change order.

**YES**   **NO**

X   ____1. Unit rates from construction applied (where applicable).

X   ____2. Wage rates correct / Man hours reasonable.

X   ____3. Material prices verified and reasonable.

X   ____4. Rental rates verified and reasonable.

X   ____5. Percentage mark-ups applied properly as per General Conditions.

Based on the above reviews, the following recommendation is hereby made to the Dormitory Authority regarding the disposition of said Change Order.
X   1. Change Order should be approved.
____2. Change Order should be deferred for approval subject to the following modifications:

This cost review completed by:      Antonio I. Alolod

Representing the: Architect:_____ Construction Manager:__X___Other:

Signature of reviewing person:

Acknowledge by Dormitory Authority: __/

Date:_____   Disposition Approved:_____   Deferred:_____

DASNY_TRAVELERS2 150188

## MEMORANDUM
### (Contractor's Statement)

DATE:      4/12/2000

TO:        Nick D'Ambrosio

FROM:      John J. McCullough

JOB:       **Baruch College - Site B**

RE:        **Self Leveling Floor Fill--Trataros Const., Inc.
           C. O. No.: GC 2-028**

.......................................................................................................................

This memorandum is in reply to the contractor's comment inserted at the bottom front page of this change order.

We have considered the contractor's comment along with the included statement. Any time impact to the contract or any costs associated with an extension of time to the contract is not acknowledged and has not been determined at this time. Appropriate consideration will be made at a future date, in accordance with contractual obligations for any time impact to the contract and costs associated with same.

DASNY_TRAVELERS2 150189

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    4/10/2000

**TO:**    Nick D'Ambrosio

**FROM:**    John J. McCullough

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2-028, Trataros Construction, Inc.**

...........................................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $ 853,369.00 is for the allocation of additional funds as compensation for supplying labor, equipment and materials required in the installation of "self leveling" floor fill from the 3rd floor through to the 14th floor. KPF, by their memorandum issued on 11/8/99 has emphasized that the criteria to be used for slab tolerances for finish floor materials shall be 1/4" over 10 feet run for Terrazzo and VCT and ½" over 10 feet for Carpet floor finish. Where slabs are beyond these tolerances, self leveling floor fill should be used to level the slabs prior to finish installation. Survey results revealed that leveling work is necessary and primarily covers the corridor floors and some isolated areas. It was agreed in the meeting held on 3/30/00 that payments shall be assessed by the unit cost of $59.68 per bag of cementitious self leveling materials used (inclusive of all labor, materials, equipment, overhead and profit), and regardless of the thickness in placed. Progress payment will be made to the contractor and the amount owed will be deducted from this fund. If upon completion of this work, the final amount exceeds the allocated funds, a supplemental change order will then be issued.

This additional work is necessary due to the camber in the steel not coming out in the loading of the structure. The slab had to be pinned to ensure that the required thickness in the slab was achieved for structural integrity as well as to attain the proper coverage over shear studs, conduits and other embedded items. This created irregular contours in the flatness of the slab. A credit change order (SC-022) was taken against Contract No. 9 for what he would have expended in flash patching of the slabs if the camber had come down.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a design omission.

DASNY_TRAVELERS2 150190

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO: GC2-028

CONTRACTOR: TRATAROS CONSTRUCTION, INC.

DESCRIPTION OF CHANGE:

Allocation of additional funds as compensation for supplying labor, equipment and materials required in the installation of "self leveling" floor fill from the 3rd floor through to the 14th floor.

REASON FOR CHANGE:

The allocation of funds will enable the contractor to provide financial relief to his sub contractor and to insure that the progress of work is not delayed due to financial constraint. Final valuation will be reflected in a corresponding change order and shall be calculated in accordance with the agreed unit cost per bag of the cementitious leveling materials used. If the final amount do not meet the amount of this drawdown, the balance owed will accordingly be deducted from the contractor's remaining funds. Otherwise, a supplemental change order will be issued. This additional work is necessary due to the camber in the steel not coming out in the loading of the structure.

RECORD OF NEGOTIATIONS:

The contractor submitted a proposal in the corrected amount of $529,867.90. This was based on the application of 3/8" thickness on a floor coverage of 100,000 sq.ft. In the meeting held at TDX field office on 3/30/2000, an agreement was reached to adopt ¼" thickness as a basis for an estimate due to the surveys that were taken. Based on this criteria and an estimated floor area coverage of 100,000 square feet, the negotiating participants (DASNY, Trataros, TDX) agreed on a unit cost of $59.68 per bag installed (regardless of actual thickness), for a total Change Order amount of $853,369.00. .

Attendees:

| DASNY | TDX | TRATAROS |
|---|---|---|
| N. D'Ambrosio | R. Leu | J. Clark |
| J. Mueller | J. R. Jones | R. Rangaswamy |
| | A. I. Alolod | |

DASNY_TRAVELERS2 150191

# TDX DIRECTIVE

## Dated: 1/13/2000

## Change Order No.:GC2-028

DASNY_TRAVELERS2 150192



**TDX CONSTRUCTION CORPORATION**

121 West 27th Street
New York, N.Y. 10001
(212) 807-1414
FAX: (212) 807-1421

Baruch College Field Office
137 East 25th Street
New York, N.Y. 10010
(212) 679-0031

January 13, 2000

Trataros Construction Inc.
122 East 25th Street
New York, NY 10010

Attn: John Clarke

RE: *Baruch College – Site "B"*
Contract No. 16 – G.C. #2
ND# 577

Gentlemen:

    You are hereby directed to furnish and install additional floor leveling in the locations as noted in the attached estimate. The basement levels and the 1st floor are forth coming.

    Please transmit your cost proposal for the cost of floor leveling which is in excess of due allowances for floor patching in your contract.

Very truly yours,
*TDX Construction Corporation*

John J. McCullough, P.E.
Project Manager

RL/amo
Encl.

Cc: N. D'Ambrosio
    J. Barrera
    J. R. Jones
    A. Yuen
    ND# 577/2.3B

Ltr Trataros ND# 577

FAX (212) 679-0037

DASNY_TRAVELERS2 150193

# RECORD OF NEGOTIATION

## Dated: 3/30/00

## Change Order No.:GC2-028

DASNY_TRAVELERS2 150194

# TDX CONSTRUCTION, CORP.
## ND 577- FLOOR LEVELING

Latest revision 3/30/00 3:00PM
DISCUSSED IN THE MEETING OF 3/30/2000

### CONTRACTOR: TRATAROS CONST., INC.-  NEGOTIATIONS

| TDX ESTIMATE- 3/4" THICK | | | BASED ON 100,000 SF | | | |
|---|---|---|---|---|---|---|
| Description | Materials Qty | Unit | Rate | Amount | | TOTALS |
| Modified Polymer P.C. | 14300 | bags | 21.00 | $ 300,300.00 | | |
| (yield bags @ 3/4" is 7.3 sf) | | | | | | |
| Adhesive primer | 1000 | gals | 9.00 | $ 9,000.00 | | |
| Sandpaper | 1 | LS | 800.00 | $ 800.00 | | |
| Stops | 1800 | LF | 0.50 | $ 900.00 | | |
| Sweeping Compound | 1 | LS | 500.00 | $ 500.00 | | $ 311,500.00 |
| Equipment | | | | | | |
| Fork Lift | 15 | days | 200.00 | $ 3,000.00 | | |
| Miscellaneous Tools | 1 | LS | 1,000.00 | $ 1,000.00 | | |
| Rental for Pump(1) | 70 | days | 100.00 | $ 7,000.00 | | $ 11,000.00 |
| Material Handling Costs( 953 bags per day) | | | | | | |
| Teamster Driver | 15 | days | 410.00 | $ 6,150.00 | | |
| 5-Laborer | 15 | days | 1,750.00 | $ 26,250.00 | | |
| 1-Fork Lift Operator | 15 | days | 500.00 | $ 7,500.00 | | |
| Hoist Charges | 15 | days | 1,600.00 | $ 24,000.00 | | $ 63,900.00 |
| Layout, Shoot pins, measure | | | | | | |
| Estimated @ 4500 s.f./day | | | | | | |
| 2- Surveyor | 22.22 | days | 900.00 | $ 20,000.00 | | |
| (Initial Survey) 2- Surveyor | 8 | days | 900.00 | $ 7,200.00 | | $ 27,200.00 |
| Installation of Stops- Total (150 L.F./FL.=1800L.F | | | | | | |
| 1- Carpenter | 12 | days | 350.00 | $ 4,200.00 | | $ 4,200.00 |
| Preparation of Floors | | | | | | |
| Shot blasting,Sanding, Sweeping, Applying Primer | | | | | | |
| Shot blasting, sanding, and sweeping | 100000 | sf | 0.30 | $ 30,000.00 | | $ 30,000.00 |
| Apply Primer ( Mop or broom) | 100000 | sf | 0.30 | $ 30,000.00 | | $ 30,000.00 |
| Additional Primer And Sweeping | 100000 | sf | 0.30 | $ 30,000.00 | | $ 30,000.00 |
| Pumping- 204 bags per day | | | | | | |
| 5 Men | 70 | days | 1750.00 | $ 122,500.00 | | $ 122,500.00 |
| TOTAL SUBCONTRACTOR'S COST | | | | $ 630,300.00 | | |
| 20% o.h. & p | | | | $ 126,060.00 | | $ 756,360.00 |
| GC MARKUP, 10% 5% and 3% | | | | $ 21,409.00 | | |
| SUB TOTAL | | | | $ 777,769.00 | | |
| GC DIRECT COST: | | | | | | |
| Supervisor | 70 | days | 400.00 | $ 28,000.00 | | |
| Operating Engineer | 70 | days | 500.00 | $ 35,000.00 | | |
| TOTAL GC COST | | | | $ 63,000.00 | | |
| 20% o.h. & p | | | | $ 12,600.00 | | |
| SUB TOTAL | | | | $ 75,600.00 | | |
| GRAND TOTAL FOR CHANGE ORDER | | | | $ 853,369.00 | | |

1 To formulate "Cost per Bag", Grand Total / Total No. of Bags
i.e.,   853,369.00/14300=   $ 59.68

| | | |
|---|---|---|
| Materials | 36.50% | $ 311,500.00 |
| Labor | 63.50% | $ 541,869.00 |
| | | $ 853,369.00 |

DASNY_TRAVELERS2 150195

# TDX CONSTRUCTION, CORP.
## ND 577- FLOOR LEVELING

Latest revision 3/30/00 3:00PM
DISCUSSED IN THE MEETING OF 3/30/2000

### CONTRACTOR: TRATAROS CONST., INC.

| ITEM NO. | Description | Materials Qty | Unit | Rate | Amount | TOTALS |
|---|---|---|---|---|---|---|
| | **CONTRACTOR'S PROPOSAL (CORRECTED)** | | | 3/8"th | BASED ON 100,000 SF | |
| 1 | Modified Polymer P.C. | 7150 bags | | 21.00 | $ 150,150.00 | |
| 2 | (yield bags @3/8" is 14 sf) | | | | | |
| 3 | Adhesive primer | 1000 gals | | 9.00 | $ 9,000.00 | |
| 4 | Sandpaper | 1 LS | | 1,000.00 | $ 1,000.00 | |
| 5 | Stops | 1 LS | | 2,400.00 | $ 2,400.00 | |
| 6 | Sweeping Compound | 1 LS | | 500.00 | $ 500.00 | |
| 7 | | | | | | $ 163,050.00 |
| 8 | Equipment | | | | | |
| 9 | Fork Lift | 8 days | | 200.00 | $ 1,600.00 | |
| 10 | Miscellaneous Tools | 1 | LS | 1,000.00 | $ 1,000.00 | |
| 11 | Rental for Pump | 42 days | | 300.00 | $ 12,600.00 | |
| 12 | | | | | | $ 15,200.00 |
| 13 | Material Handling Costs (894 bags per day) | | | | | |
| 14 | Teamster Driver | 8 days | | 410.00 | $ 3,280.00 | |
| 15 | 5-Laborer | 8 days | | 1,750.00 | $ 14,000.00 | |
| 16 | 1-Fork Lift Operator | 8 days | | 500.00 | $ 4,000.00 | |
| 17 | Hoist Charges | 8 days | | 1,600.00 | $ 12,800.00 | |
| 18 | | | | | | $ 34,080.00 |
| 19 | Layout, Shoot pins, measure | | | | | |
| 20 | Estimated @ 4000 s.f./day | | | | | |
| 21 | 2- Surveyor | 25 days | | 900.00 | $ 22,500.00 | |
| 22 | (Initial Survey) 2- Surveyor | 8 days | | 900.00 | $ 7,200.00 | |
| 23 | | | | | | $ 29,700.00 |
| 24 | Installation of Stops- Total= 4800L.F @ 400L.F./day | | | | | |
| 25 | 1- Carpenter | 12 days | | 350.00 | $ 4,200.00 | |
| 26 | | | | | | $ 4,200.00 |
| 27 | Preparation of Floors- 2500 s.f./day | | | | | |
| 28 | Sanding, Sweeping, Applying Primer | | | | | |
| 29 | 5-men | 40 days | | 1,750.00 | $ 70,000.00 | |
| 30 | | | | | | $ 70,000.00 |
| 31 | Pumping- 175 bags per day | | | | | |
| 32 | 5-men | 42 days | | 1750.00 | $ 73,500.00 | $ 73,500.00 |
| 33 | TOTAL SUBCONTRACTOR'S COST | | | | $ 389,730.00 | |
| 34 | 20% o.h. & p | | | | $ 77,946.00 | $ 467,676.00 |
| 35 | GC MARKUP, 10%, 5% and 3% | | | | $ 14,191.90 | |
| 36 | SUB TOTAL | | | | $ 481,867.90 | |
| 37 | | | | | | |
| 38 | GC DIRECT COST: | | | | | |
| 39 | Supervisor | 40 days | | 500.00 | $ 20,000.00 | |
| 40 | Operating Engineer | 40 days | | 500.00 | $ 20,000.00 | |
| 41 | TOTAL GC COST | | | | $ 40,000.00 | |
| 42 | 20% o.h. & p | | | | $ 8,000.00 | |
| 43 | SUB TOTAL | | | | $ 48,000.00 | |
| 44 | | | | | | |
| 45 | **GRAND TOTAL FOR CHANGE ORDER** | | | | $ 529,867.90 | |

COMMENTS
1 To formulate "Cost per Bag", Grand Total / Total No. of Bags
i.e., 529,867.90/7150 = [ $ 74.11 ]

Page 1 of 3]

DASNY_TRAVELERS2 150196

# TDX CONSTRUCTION, CORP.
## ND 577- FLOOR LEVELING

Latest revision 3/30/00 3:00PM
DISCUSSED IN THE MEETING OF 3/30/2000

### CONTRACTOR: TRATAROS CONST., INC.

| Description | Materials Qty | Unit | Rate | Amount | TOTALS |
|---|---|---|---|---|---|
| **TDX ESTIMATE- 3/8" THICK** | | BASED ON 100,000 SF | | | |
| Modified Polymer P.C. | 7150 bags | | 21.00 | $150,150.00 | |
| (yield bags @ 3/8" is 14 sf) | | | | | |
| Adhesive primer | 500 gals | | 9.00 | $ 4,500.00 | |
| Sandpaper | 1 LS | | 800.00 | $ 800.00 | |
| Stops | 1800 LF | | 0.50 | $ 900.00 | |
| Sweeping Compound | 1 LS | | 500.00 | $ 500.00 | $ 156,850.00 |
| | | | | | |
| Equipment | | | | | |
| Fork Lift | 8 days | | 200.00 | $ 1,600.00 | |
| Miscellaneous Tools | 1 | LS | 1,000.00 | $ 1,000.00 | |
| Rental for Pump | 40 days | | 100.00 | $ 4,000.00 | $ 6,600.00 |
| | | | | | |
| Material Handling Costs (894 bags per day) | | | | | |
| Teamster Driver | 8 days | | 410.00 | $ 3,280.00 | |
| 5-Laborer | 8 days | | 1,750.00 | $ 14,000.00 | |
| 1-Fork Lift Operator | 8 days | | 500.00 | $ 4,000.00 | |
| Hoist Charges | 8 days | | 1,600.00 | $ 12,800.00 | $ 34,080.00 |
| | | | | | |
| Layout, Shoot pins, measure | | | | | |
| Estimated @ 4500 s.f./day | | | | | |
| 2- Surveyor | 22.22 days | | 900.00 | $ 20,000.00 | |
| (Initial Survey) 2- Surveyor | 8 days | | 900.00 | $ 7,200.00 | $ 27,200.00 |
| | | | | | |
| Installation of Stops- Total (150 L.F/FL.=1800L.F | | | | | |
| 1- Carpenter | 12 days | | 350.00 | $ 4,200.00 | $ 4,200.00 |
| | | | | | |
| Preparation of Floors | | | | | |
| Shot blasting,Sanding, Sweeping, Applying Primer | | | | | |
| Shot blasting, sanding,and sweeping | 100000 sf | | 0.30 | $ 30,000.00 | $ 30,000.00 |
| Apply Primer ( Mop or broom) | 100000 sf | | 0.30 | $ 30,000.00 | $ 30,000.00 |
| | | | | | |
| Pumping- 175 bags per day | | | | | |
| 5-men | 40 days | | 1750.00 | $ 70,000.00 | $ 70,000.00 |
| **TOTAL SUBCONTRACTOR'S COST** | | | | $358,930.00 | |
| 20% o.h. & p | | | | $ 71,786.00 | $ 430,716.00 |
| GC MARKUP. 10%, 5% and 3% | | | | $ 13,267.90 | |
| **SUB TOTAL** | | | | $443,983.90 | |
| | | | | | |
| GC DIRECT COST: | | | | | |
| Supervisor | 40 days | | 400.00 | $ 16,000.00 | |
| Operating Engineer | 40 days | | 500.00 | $ 20,000.00 | |
| **TOTAL GC COST** | | | | $ 36,000.00 | |
| 20% o.h. & p | | | | $ 7,200.00 | |
| **SUB TOTAL** | | | | $ 43,200.00 | |
| | | | | | |
| **GRAND TOTAL FOR CHANGE ORDER** | | | | $487,183.90 | |

1.To formulate "Cost per Bag", Grand Total / Total No. of Bags
i.e.,    487,183.90/7150=    [$      68.14 ]

Page 2 of 3]

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:GC2-028

DASNY_TRAVELERS2 150198

# TDX CONSTRUCTION, CORP.
### ND 577- FLOOR LEVELING

TDX ESTIMATE

## CONTRACTOR: TRATAROS CONST., INC.

| ITEM NO. | Description | Materials Qty | Unit | Rate | Amount | TOTALS |
|---|---|---|---|---|---|---|
| | **CONTRACTOR'S PROPOSAL (CORRECTED)** | | | | **BASED ON 100,000 SF** | |
| 1 | Modified Polymer P.C. | 7150 bags | | 21.00 | $ 150,150.00 | |
| 2 | (yield bags @3/8" is 14 sf) | | | | | |
| 3 | Adhesive primer | 1000 gals | | 9.00 | $ 9,000.00 | |
| 4 | Sandpaper | 1 LS | | 1,000.00 | $ 1,000.00 | |
| 5 | Stops | 1 LS | | 2,400.00 | $ 2,400.00 | |
| 6 | Sweeping Compound | 1 LS | | 500.00 | $ 500.00 | $ 163,050.00 |
| 7 | | | | | | |
| 8 | Equipment | | | | | |
| 9 | Fork Lift | 8 days | | 200.00 | $ 1,600.00 | |
| 10 | Miscellaneous Tools | 1 | LS | 1,000.00 | $ 1,000.00 | |
| 11 | Rental for Pump | 42 days | | 300.00 | $ 12,600.00 | $ 15,200.00 |
| 12 | | | | | | |
| 13 | Material Handling Costs (894 bags per day) | | | | | |
| 14 | Teamster Driver | 8 days | | 410.00 | $ 3,280.00 | |
| 15 | 5-Laborer | 8 days | | 1,750.00 | $ 14,000.00 | |
| 16 | 1-Fork Lift Operator | 8 days | | 500.00 | $ 4,000.00 | |
| 17 | Hoist Charges | 8 days | | 1,600.00 | $ 12,800.00 | $ 34,080.00 |
| 18 | | | | | | |
| 19 | Layout, Shoot pins, measure | | | | | |
| 20 | Estimated @ 4000 s.f./day | | | | | |
| 21 | 2- Surveyor | 25 days | | 900.00 | $ 22,500.00 | |
| 22 | (Initial Survey) 2- Surveyor | 8 days | | 900.00 | $ 7,200.00 | $ 29,700.00 |
| 23 | | | | | | |
| 24 | Installation of Stops- Total= 4800L.F. @ 400L.F./day | | | | | |
| 25 | 1- Carpenter | 12 days | | 350.00 | $ 4,200.00 | |
| 26 | | | | | | $ 4,200.00 |
| 27 | | | | | | |
| 28 | Preparation of Floors- 2500 s.f./day | | | | | |
| 29 | Sanding, Sweeping, Applying Primer | | | | | |
| 30 | 5-men | 40 days | | 1,750.00 | $ 70,000.00 | $ 70,000.00 |
| 31 | | | | | | |
| 32 | Pumping- 175 bags per day | | | | | |
| 33 | 5-men | 42 days | | 1750.00 | $ 73,500.00 | $ 73,500.00 |
| 33 | TOTAL SUBCONTRACTOR'S COST | | | | $ 389,730.00 | |
| 34 | 20% o.h. & p | | | | $ 77,946.00 | |
| 35 | GC MARKUP, 10%, 5% and 3% | | | | $ 14,191.90 | $ 467,676.00 |
| 36 | SUB TOTAL | | | | $ 481,867.90 | |
| 37 | | | | | | |
| 38 | GC DIRECT COST: | | | | | |
| 39 | Supervisor | 40 days | | 500.00 | $ 20,000.00 | |
| 40 | Operating Engineer | 40 days | | 500.00 | $ 20,000.00 | |
| 41 | TOTAL GC COST | | | | $ 40,000.00 | |
| 42 | 20% o.h. & p | | | | $ 8,000.00 | |
| 43 | SUB TOTAL | | | | $ 48,000.00 | |
| 44 | | | | | | |
| 45 | GRAND TOTAL FOR CHANGE ORDER | | | | $ 529,867.90 | |

COMMENTS
1. Sum of Item 33 and 34, SubContractor's Sub Total, shall be taken to formulate "Cost per Bag"
i.e.,    467,676.00/7150=   $ 65.41

Page 1 of 3

# TDX CONSTRUCTION, CORP.

TDX ESTIMATE

**ND 577- FLOOR LEVELING**

## CONTRACTOR: TRATAROS CONST., INC.

| Description | Materials Qty | Unit | Rate | Amount | TOTALS |
|---|---|---|---|---|---|
| **TDX ESTIMATE- 3/8" THICK** | | **BASED ON 100,000 SF** | | | |
| Modified Polymer P.C. | 7150 bags | | 21.00 | $ 150,150.00 | |
| (yield bags @3/8" is 14 sf) | | | | | |
| Adhesive primer | 500 gals | | 9.00 | $ 4,500.00 | |
| Sandpaper | 1 LS | | 800.00 | $ 800.00 | |
| Stops | 1800 LF | | 0.50 | $ 900.00 | |
| Sweeping Compound | 1 LS | | 500.00 | $ 500.00 | $ 156,850.00 |
| | Equipment | | | | |
| Fork Lift | 8 days | | 200.00 | $ 1,600.00 | |
| Miscellaneous Tools | 1 | LS | 1,000.00 | $ 1,000.00 | |
| Rental for Pump | 40 days | | 100.00 | $ 4,000.00 | $ 6,600.00 |
| | Material Handling Costs (894 bags per day) | | | | |
| Teamster Driver | 8 days | | 410.00 | $ 3,280.00 | |
| 5-Laborer | 8 days | | 1,750.00 | $ 14,000.00 | |
| 1-Fork Lift Operator | 8 days | | 500.00 | $ 4,000.00 | |
| Hoist Charges | 8 days | | 1,600.00 | $ 12,800.00 | $ 34,080.00 |
| | Layout, Shoot pins, measure | | | | |
| | Estimated @ 5000 s.f./day | | | | |
| 2- Surveyor | 20 days | | 900.00 | $ 18,000.00 | |
| (Initial Survey) 2- Surveyor | 5 days | | 900.00 | $ 4,500.00 | $ 22,500.00 |
| | Installation of Stops- Total (150 L.F./FL.=1800L.F | | | | |
| 1- Carpenter | 8 days | | 350.00 | $ 2,800.00 | $ 2,800.00 |
| | Preparation of Floors | | | | |
| | Shot blasting, Sanding, Sweeping, Applying Primer | | | | |
| Shot blasting, sanding, and sweeping | 100000 sf | | 0.30 | $ 30,000.00 | $ 30,000.00 |
| Apply Primer ( Mop or broom) | 100000 sf | | 0.25 | $ 25,000.00 | $ 25,000.00 |
| | Pumping- 175 bags per day | | | | |
| 5-men | 40 days | | 1750.00 | $ 70,000.00 | $ 70,000.00 |
| **TOTAL SUBCONTRACTOR'S COST** | | | | $347,830.00 | |
| 20% o.h. & p | | | | $ 69,566.00 | $ 417,396.00 |
| GC MARKUP, 10%, 5% and 3% | | | | $ 12,934.90 | |
| **SUB TOTAL** | | | | **$430,330.90** | |
| | | | | | |
| GC DIRECT COST. | | | | | |
| Supervisor | 40 days | | 350.00 | $ 14,000.00 | |
| Operating Engineer | 40 days | | 500.00 | $ 20,000.00 | |
| **TOTAL GC COST** | | | | $ 34,000.00 | |
| 20% o.h. & p | | | | $ 6,800.00 | |
| **SUB TOTAL** | | | | **$ 40,800.00** | |
| | | | | | |
| **GRAND TOTAL FOR CHANGE ORDER** | | | | **$471,130.90** | |

1.Sum of Item 33 and 34, SubContractor's Sub Total, shall be taken to formulate "Cost per Bag"

i.e.,   417,396.00/7150≈        $      56.38

DASNY_TRAVELERS2 150200

# TDX CONSTRUCTION, CORP.
## ND 577- FLOOR LEVELING

TDX ESTIMATE

## CONTRACTOR: TRATAROS CONST., INC.

| Description | Materials Qty | Unit | Rate | Amount | TOTALS |
|---|---|---|---|---|---|
| **TDX ESTIMATE- 3/4" THICK** | | **BASED ON 100,000 SF** | | | |
| Modified Polymer P.C. | 14300 | bags | 21.00 | $ 300,300.00 | |
| (yield bags @3/4" is 7.3 sf) | | | | | |
| Adhesive primer | 500 | gals | 9.00 | $   4,500.00 | |
| Sandpaper | 1 | LS | 800.00 | $     900.00 | |
| Stops | 1800 | LF | 0.50 | $     900.00 | |
| Sweeping Compound | 1 | LS | 500.00 | $     500.00 | $ 307,000.00 |
| | | | | | |
| **Equipment** | | | | | |
| Fork Lift | 15 | days | 200.00 | $   3,000.00 | |
| Miscellaneous Tools | 1 | LS | 1,000.00 | $   1,000.00 | |
| Rental for Pump(1) | 40 | days | 100.00 | $   4,000.00 | $   8,000.00 |
| | | | | | |
| **Material Handling Costs( 953 bags per day)** | | | | | |
| Teamster Driver | 15 | days | 410.00 | $   6,150.00 | |
| 5-Laborer | 15 | days | 1,750.00 | $  26,250.00 | |
| 1-Fork Lift Operator | 15 | days | 500.00 | $   7,500.00 | |
| Hoist Charges | 15 | days | 1,600.00 | $  24,000.00 | $  63,900.00 |
| | | | | | |
| **Layout, Shoot pins, measure** | | | | | |
| Estimated @ 5000 s.f./day | | | | | |
| 2- Surveyor | 20 | days | 900.00 | $  18,000.00 | |
| (Initial Survey) 2- Surveyor | 5 | days | 900.00 | $   4,500.00 | $  22,500.00 |
| | | | | | |
| **Installation of Stops- Total (150 L.F/FL.=1800LF** | | | | | |
| 1- Carpenter | 8 | days | 350.00 | $   2,800.00 | $   2,800.00 |
| | | | | | |
| **Preparation of Floors** | | | | | |
| Shot blasting,Sanding, Sweeping, Applying Primer | | | | | |
| Shot blasting, sanding,and sweeping | 100000 | sf | 0.30 | $  30,000.00 | $  30,000.00 |
| Apply Primer ( Mop or broom) | 100000 | sf | 0.25 | $  25,000.00 | $  25,000.00 |
| Pumping- 358 bags per day | | | | | |
| 5- Men | 40 | days | 1750.00 | $  70,000.00 | $  70,000.00 |
| **TOTAL SUBCONTRACTOR'S COST** | | | | $ 529,200.00 | |
| 20% o.h. & p | | | | $ 105,840.00 | $ 635,040.00 |
| GC MARKUP, 10% 5% and 3% | | | | $  18,376.00 | |
| **SUB TOTAL** | | | | $ 653,416.00 | |
| | | | | | |
| **GC DIRECT COST:** | | | | | |
| Supervisor | 40 | days | 350.00 | $  14,000.00 | |
| Operating Engineer | 40 | days | 500.00 | $  20,000.00 | |
| **TOTAL GC COST** | | | | $  34,000.00 | |
| 20% o.h. & p | | | | $   6,800.00 | |
| **SUB TOTAL** | | | | $  40,800.00 | |
| | | | | | |
| **GRAND TOTAL FOR CHANGE ORDER** | | | | $ 694,216.00 | |

1 Sum of Item 33 and 34. SubContractor's Sub Total, shall be taken to formulate "Cost per Bag"
i.e., 635,040.00/14300= $ 44.41

DASNY_TRAVELERS2 150201

# **Contractor's Proposal**

## Dated: 3/21/2000

## Change Order No.: GC2-028

DASNY_TRAVELERS2 150202



**TRATAROS**
Construction, Inc.

March 21, 2000

John McCullough
TDX
137 East 25th Street
New York, N.Y.  10010

Re:    Baruch Academic Complex
       GC-2    Contract #16
       ND #577
       Floor leveling

Gentlemen:

As requested by TDX, we are submitting cost estimates for installation of 3/8" floor leveling.  This estimate is based on 100,000 sft. area for floors 3 to 16.  The areas are to be identified prior to installation by TDX. Please issue a change order in the amount of $532,328.00.

A billable change order must be in place prior to starting this operation.

## SUBCONTRACTOR COST:

### Materials:
| | | |
|---|---|---:|
| a) 7150 bags @ $21/bag.................................... | $ | 150,150.00 |
| (yield /bag @ 3/8" thickness is 14 sft) | | |
| b) 1000 gals primer @ $9/gal.............................. | | 9,000.00 |
| c) Sand paper  l.s......................................... | | 1,000.00 |
| d) Stops................................................... | | 2,400.00 |
| e) Sweeping compound................................... | | 500.00 |

### Equipment:
| | | |
|---|---|---:|
| a) Fork lift  8 days rental @ $200/day..................... | $ | 1,600.00 |
| b) Miscellaneous tools.................................... | | 1,000.00 |
| c) Pump rental  42 days @ $300/day....................... | | 12,600.00 |

### Labor Costs:
| | | |
|---|---|---:|
| A)  Material Handling | | |
| i teamster driver 8 days @ $410/day................... | $ | 3,280.00 |
| 5 laborers 8 days @ $350/day......................... | | 16,000.00  × 14,000 ✓ |
| 1 fork lift operator @ $500/day........................ | | 4,000.00 |
| Hoist charges  8days @ $1600/day..................... | | 12,800.00 |

304 4th Street
Brooklyn New York 11220
Phone  718   871-6070
Fax  718   788-6462

**TDX**
CONSTRUCTION CORP.

MAR 2 2 2000

RECEIVED

DASNY_TRAVELERS2 150203

Page 2

*LAYOUT*

B) Mark floor, shoot pins, measure
   4000 sq. ft/day
   2 men, 25 days @ $450/day............................ $ 22,500.00
   2 men, 8 days @ $450/day............................. 7,200.00
   (initial survey completed by Bartech)

C) Installation of stops
   4800 lft total  400 lft/day
   12 days @ $350/day.................................... $  4,200.00

D) Preparation:
   Sanding, sweeping, apply primer
   2500 sq. ft/day
   5 men, 40 days @ $350/day............................ $ 70,000.00

E) Pumping
   175 bags/day
   Crew of 5 men, 42 days @ $1750/day............... $ 73,500.00

              Total subcontractor cost.......... $391,730.00
              20% O.H & P....................... $ 78,346.00
              G.C. Markup....................... $ 14,252.00
                     TOTAL #1................ $484,328.00

## DIRECT COST:

A) 1 supervisor – 40 days @ $500/day.............. $ 20,000.00
   1 operating engineer  40 days @ $500/day........ $ 20,000.00

              Sub total #2........................ $ 40,000.00
              G.C. Mark up....................... $  8,000.00
                     TOTAL #2.............. $ 48,000.00

       **GRAND TOTAL FOR CHANGE ORDER**    $532,328.00

DASNY_TRAVELERS2 150204

Page 3

## EXCLUSIONS:

1 – Actual impacts on project schedule.
2 – Coordination with other prime contractors.
3 – Comeback costs for areas that cannot be completed at the time we are working on the floor.
4 – Not responsible for active cracks which may occur in under layment due to building movement.
5 – Down days are extra.
6 – Water supply by others.
7 – Electric hook up by others.
8 – Not responsible for concrete delamination.
9 – Protection of floors by TDX
10 -  No heavy duty work by others for three (3) days after placement.
12 – Moving of materials.
13 – Initial cleaning.

Please be advised that, not withstanding the release schedule analysis contained in this proposal, this proposal does not include costs associated with any cost or time impact which the work encompassed therein may have on the contract work or work encompassed by any other changes, and Trataros Construction and its subcontractors reserves its rights concerning any such impact, as well as its right to seek an appropriate extension of time.

Very truly yours,

TRATAROS CONSTRUCTION, INC.

Ramesh Rangaswamy
Project Manager

RR/bf
Encl
CC:      Nick D'Ambrosio, DASNY
         JFC, AC, WB
         Field
         Office
         Files

# Reference Documents

## Change Order No.:GC2-028

Manufacturer's Catalogue Sheet.,
KPF Memo 11/8/99

DASNY_TRAVELERS2 150206

**T E C H N I C A L   D A T A**

# Conflow

## Self-finishing and Leveling Composition

## Description

*Conflow is a self-leveling and self-finishing polymer modified Portland Cement based material. Use Conflow as an underlayment for interior applications.*

## Manufacturer

Conspec Marketing & Manufacturing Co., Inc.
636 South 66th Terrace
Kansas City, Kansas 66111
Telephone: (913) 287-1700
(800) 348-7351

## Use

For new concrete, old concrete, old concrete with cutback, tile or terrazzo, wood and special shot-blasted surfaces.

## Architectural Specifications

*Self-leveling Underlayment:* All concrete floors to be leveled and/or resurfaced shall be topped with a self-leveling, polymer modified material. Approved product: Conspec Conflow or approved equivalent.

## Application

*Surface Preparation - Typical for All Surfaces:*
1. Floor should be free of oils, waxes, curing compounds, sealers and any foreign material.
2. Clean floors with a mechanical scrubber with a vacuum pickup or shot blasting equipment to remove dust and dirt. DO NOT broom sweep.
3. Use hand metal scrubbers. Mop or wet dry vacuum in small areas where a mechanical scrubber is impractical. NOTE: Refer to specific floor sections below for further instructions.

*New and Old Concrete Surfaces:*
1. Surface should be hard, dense and non-dusting.
2. Surface should be twenty-eight days or older and free of all curing agents, sealers etc.
3. Patching materials that are loose or unsound should be removed. Refer to "Special Surfaces" for further details.
4. Test the Primeflow® on the prepared surface to insure good adhesion: STEP A. Apply the Primeflow to a 4' by 4'(1.22 m x 1.22 m) area with a broom or mop and allow it to dry. STEP B. Using the pointed end of a knife or a sharp device, scrape through the Primeflow. If the Primeflow can be peeled up, it is not a suitable

application. If the scraper only scratches the Primeflow, the surface is suitable for application.

*Old Concrete Surfaces With Cutback:*
1. Refer to the general procedures for "New and Old Concrete."

2. Areas with heavy or loose cutback must be removed.
3. Shot blasting is recommended.
4. Use Conspec Orange Peel to remove any residual cutback.

*Tile and Terrazzo Surfaces:*
1. Must be free of all waxes, sealers, oils or grease and any loose or foreign material.
2. The Primeflow test is critical. Refer to the Primeflow instructions in "New and Old Concrete."

### APPLICATION PROPERTIES

| | |
|---|---|
| Working Time (depending on environment) | |
| Interior | 10 - 25 minutes |
| Setting Time (ASTM C-266) | |
| Initial | 50 - 75 minutes |
| Final | 2 hrs. - 2 hrs., 30 min. |
| Avg. Compressive Strength, w/m = 0.21 (ASTM C-109) | |
| 1 day | 1500 psi min. (10.3 MPa) |
| 7 days | 3500 psi min. (24.1 MPa) |
| 28 days | 6000 psi min. (41.3 MPa) |
| Tensile Strength (ASTM C-307) | |
| 1 day | 300 psi (2.1 MPa) |
| 7 days | 500 psi (3.4 MPa) |
| Expansion (ASTM C-157) | |
| 1 day | .001% |
| 7 days | .001% |
| 28 days | .002% |
| Bond Strength (tension) | |
| 7 days exceeds | 200 psi (1.4 MPa) |
| Shear Bond Strength (ASTM C-1042) | |
| 14 days | 1054 psi (7.3 MPa) |
| Coverage of 45 lbs. at 1/4" | 22 sq. ft. (2.04 sq. m.) |
| Water Requirements for 45 lbs. (1 bag) | 1.18 to 1.31 gal.(4.5-5 L) |
| Mixing Time | 2 - 3 minutes |
| Maximum Depth | 1" (2.54 cm) |



**CONSPEC**

CONSPEC Marketing & Manufacturing Co., Inc. • 636 S. 66th Terrace • Kansas City, KS 66111 • 913-287-1700 • 800-348-7351

*Architects and Planning Consultants*
*New York, London, Tokyo*

Telephone 212 977 6500
Fax 212 956 2526

**Fax Transmittal**

Project: BARUCH COLLEGE - SITE B BUILDING    Date: 11/3/99
CUNY Project No. BA104-085
DASNY #6500 1802 3146
KPF Project No. 1083-01

To: ___ **DISTRIBUTION (See Below)**    Fax No. **DISTRIBUTION (See Below)**

Firm: _____    No. of Pages, including cover: 2

From: _____ *Chris Stoddard* _____

Firm: _____ KPF _____

Comments: _____

# KPF

Distribution:

| | FAX# |
|---|---|
| P. Logan / Baruch College | |
| L. Gartner / CUNY | FAX# (212) 802-2499 |
| K. Xanthakos / CUNY | FAX# (212) 541-0175 |
| N. D'Ambrosio / DASNY (Site Office) | FAX# (212) 541-0496 |
| DASNY (Penn Plaza) | FAX# (212) 679-0037/ |
| DASNY (Albany): | FAX# (212) 273-5121 |
| T. Piwinski | FAX# (518) 257-3256 |
| J. Mueller | |
| J. Ting | |
| R. Fraser | |

KPF Team:

| | FAX# |
|---|---|
| J. Tabaei / Castro-Blanco Piscioneri | FAX# (212) 533-9203 |
| T. Blackett / Anthony Blackett | FAX# (617) 625-4292 |
| J. Jones / TDX | FAX# (212) 807-1421 |
| TDX (Site Office): | FAX# (212) 679-0037 |
| J. McCullough | |
| R. Leu | |
| L. Jankowski | |
| Cosentini: | |
| V. Lameshev | FAX# (212) 615-3700 |
| E. Barbieri | |
| W. Leong | |
| R. Pinchott | |
| Weidlinger: | |
| M. Levy | FAX# (212) 367-3030 |
| A. Quintos | |
| J. Schondorf / Amis, Inc. | |
| A. Tanyeri / Van Deusen & Assoc. | FAX# (212) 684-4525 |
| F. Daniel / Shen Milson & Wilke | FAX# (973) 994-2539 |
| W. Warfel / Systems Design Assoc. | FAX# (212) 725-0664 |
| P. Mahoney / Vollmer Assoc. | FAX# (203) 773-0206 |
| P. Jackier / Jerome Gillman | FAX# (212) 366-5829 |
| D. Spector / DSA | FAX# (212) 349-9348 |
| | FAX# (203) 387-7122 |

If you do not receive this transmission in good condition, please call (212) 237-3344.

DASNY_TRAVELERS2 150208

Architects and Planning Consultants   Telephone 212 977 6500
New York, London, Tokyo               Fax 212 956 2526

# KPF

**Memorandum**

To
John McCullough, TDX

From
Christopher Stoddard          Date
                              November 8, 1999

Re
Baruch Academic Complex - Site B
Slab Tolerances

Copies to
N. D'Ambrosio, R. Leu, J. Berarra, R. Hartwig, C. File, File 4.8

The following criteria shall be used for slab tolerances for each finish floor material. Where slabs are beyond these tolerances, flash patch material should be used to level the slabs prior to finish installation.

- **Terrazzo**    1/4" over 10 feet
- **Carpet**      1/2" over 10 feet
- **VCT**         1/4" over 10 feet

1/2" maximum undercut allowed for doors at saddle and carpet conditions.

DASNY_TRAVELERS2 150209