# EXHIBIT 12

Case 1:07-cv-06915-DLC   Document 311-14   Filed 09/12/2008   Page 1 of 3

{ Exhibit E }

03551-01-01

# SHOP DRAWING AND SAMPLE TRANSMITTAL

| | |
|---|---|
| OWNER: | DORMITORY AUTHORITY OF THE STATE OF N.Y. |
| PROJECT: | BARUCH ACADEMIC COMPLEX - SITE B |
| CONTRACTOR: | TRATAROS CONSTRUCTION, INC. |
| CONSTRUCTION MANAGER: | XX CONSTRUCTION CORP. |
| SUBMITTED BY: | J. PHILLIP |
| DATE SUBMITTED: | 4-10-00 |
| CONTRACT NO.: | 16 |
| SUB NO.: | |
| QTY. ORIG/PRINTS: | 4 |
| KPF JOB NO.: | 1063-01 |
| TO: | P. SHEEHAN @ KPF |
| DATE RECEIVED: | 4.11.2000 |
| TO: | L. JANKOWSKI @ T.D.X. |
| DATE RETURNED: | 4.13.2000 |
| ACTION: | |

ACTION: A APPROVED / B APPROVED AS NOTED / C REVISE & RESUBMIT / D REJECTED

| SPEC. SECT. | FILE NO. | TYPE | DESCRIPTION | A | B | C | D |
|---|---|---|---|---|---|---|---|
| 3551 | D001 | ~~BAR~~ (Cuts) | SELF LEVELING UNDERLAYMENT | X | | | |

RECEIVED APR 14 2000 TDX CONSTRUCTION

ARCHITECT'S REMARKS:

CONSTRUCTION MANAGER'S REMARKS:

EXHIBIT T35 5/14/05

# TECHNICAL DATA

CONTRACT # _16_
ROS CONSTRUCTION, INC.
TITLE _SELF LEVELING UNDERLAYMENT_
SUB. # _03551-0001-01_
_4/5/00_
(FOR FLOOR LEVELING CHANGE ORDER)

## Conflow

### Self-finishing and Leveling Composition

RECEIVED APR - 7 2000
TDX CONSTRUCTION

### Description

Conflow is a self-leveling and self-finishing polymer modified Portland Cement based material. Use Conflow as an underlayment for interior applications.

2. Areas with heavy or loose cutback must be removed.
3. Shot blasting is recommended.
4. Use Conspec Orange Peel to remove any residual cutback.

*Exhibit 'E'*

RECEIVED APR 1 4 2000
TDX CONSTRUCTION

**BARUCH ACADEMIC COMPLEX**
**55 LEXINGTON AVENUE**
**NEW YORK, N.Y.**

| | | |
|---|---|---|
| [X] | A ACTION | APPROVED |
| | B ACTION | APPROVED AS NOTED Resubmit for Record Purposes Only |
| | C ACTION | REVISE AND RESUBMIT |
| | D ACTION | REJECTED |

Reviewing is only for conformance with the design concept of the project and compliance with the information given in the contract documents. The contractor is responsible for dimensions to be confirmed and correlated at the site, for information that pertains solely to the fabrication processes or to the means, methods, techniques, sequences and procedures of construction, and for coordination of the work of all trades.

KOHN PEDERSEN FOX ASSOCIATES P.C.
Date _4-13-00_  By _MK_

| 03551 | 01 | 01 |
|---|---|---|
| SECTION | FILE NO. | SUBMISSION |

...the
...tes in
...ipment and
...to continuously

...arious types of pumps
available for the application of
...lt with your local representative
...s, availability and recommenda-

...ackaging
45 lb. triple lined bag (20.4 kg)

...ans
...rying

...eas should be
...24 hours
...to traffic. If the
...eeds 48 hours or there

### Limitations/Precautions

DO NOT place at temperatures below 50°F(10°C) or if the temperature is expected to fall below 50°F(10°C) in the next twenty-four hour period. Severe variation of 1" (2.54 cm) or more over 1' (.30 m) or less should be referred to manufacturer for proper procedure. Wind over 5 m.p.h. can dehydrate Conflow and cause cracking. Unless area of application can be

...the
...ood
...in force
...ING
...IEU OF ANY
...WARRANTIES
...OR A
...ER WARRANTIES
...ON OF LAW, COURSE
...E OR OTHERWISE. As the
...Warranty, we will replace
...wever, that the buyer examine the
promptly notify us in writing of any
...are used or incorporated into a
months after Conspec Marketing &
...nc. has shipped the materials, all our
...r duties with respect to the quality of the
...red shall conclusively be presumed to have been
...liability therefore terminates, and no action for breach
...ies may thereafter commence. Conspec Marketing &
...acturing Co., Inc. shall in no event be liable for
...equential damages. Unless otherwise agreed to in writing, no
warranty is made with respect to materials not manufactured by
Conspec Marketing & Manufacturing Co., Inc. We cannot
warrant or in any way guarantee any particular method of use of
application or the performance of materials under any particular
condition. Neither this Warranty nor our liability may be extended
or amended by our salespeople, distributors or representatives or
by any sales information or drawings.

### Receiving

All bagged products should be checked for dryness prior to signing shipping papers.

### Storage

Conflow should be stored in a cool, dry interior area. At no time should material be exposed to high moisture, rain or snow conditions.

### Fax-On-Demand

Request Document 1000 for a complete Index of Conspec Product Information. For Conflow documents request 1525 for Literature and 1526 for the MSDS.



Fax-On-Demand      0608098



CONSPEC Marketing & Manufacturing Co., Inc. • 636 S. 66th Terrace • Kansas City, KS 66111 • 913-287-1700 • 800-348-7351

DASNY_TRAVELERS2 228521
DASNY_TRAVELERS2 228521