# EXHIBIT 14



# TRATAROS
Construction, Inc.

March 7, 2001

TDX Construction Corporation
137 East 25th Street
New York, New York 10010

Attn:   John McCullough, P.E.
        Project Manager

Re:     Baruch Academic Complex
        GC-2  Contract #16
        Terrazzo installation
        TDX letter of 02/28/01

Gentlemen:

We are in receipt of your letter dated February 28, 2001 pertaining to terrazzo flooring. We will answer your letter with the same numbering system as yours:

1 – A survey has been taken of all terrazzo areas. Other than the 13th floor, we can find no other problems.

2 – A survey has been taken of installed Conflow. We cannot find any areas that are delaminating.

3 – We have taken cores and enclose a copy of the testing lab results.

4 – It is the concessive or all parties that the delaminating of the terrazzo was due to contamination of the last lift of Conflow.

5 – We are proposing a sealer be used on the top layer of Conflow especially if the duration of time is more than two (2) days before the epoxy is installed. A formal submission of sealers will be submitted along with a price for this additional work.

Very truly yours,
TRATAROS CONSTRUCTION, INC.

Walter Bartels
General Superintendent

WB/bf
CC:    Nick D'Ambrosio – DASNY
       Crocetti
       Office
       files

664 64th Street
Brooklyn, New York 11220
Phone: 718 / 833-6070
Fax: 718 / 238-4462

DASNY_TRAVELERS2 281314