# EXHIBIT
# 15

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  ------------------------------------------

4  TRAVELERS CASUALTY AND SURETY COMPANY as

   Administrator for RELIANCE INSURANCE

5  COMPANY,

6                          Plaintiff,

7              -against-

8  DORMITORY AUTHORITY-STATE OF NEW YORK, TDX

   CONSTRUCTION CORP. and KOHN PEDERSEN FOX

9  ASSOCIATES, P.C.,

10                         Defendants.

11 Case No. 08-CV-6915 (DLC)

12

            (CAPTION CONTINUED)

13 ------------------------------------------

14

                    July 8, 2008

15                  10:06 a.m.

16

17          DEPOSITION of NICHOLAS

18 D'AMBROSIO, taken by Plaintiff, pursuant

19 to Notice, held at the offices of

20 HOLLAND & KNIGHT LLP, 195 Broadway, New

21 York, New York before Wayne Hock, a Notary

22 Public of the State of New York.

23

24

25

16

N. D'Ambrosio

1

2    Q.    And what is the job description

3    of a chief project manager?

4    A.    It's to manage multiple

5    projects.  It's a program manager on

6    multiple projects that I manage and

7    oversee.

8    Q.    So it's more than one project?

9    A.    Correct.

10    Q.    Are there a set number of

11    projects that you manage?

12    A.    No.

13    Q.    And are there other chief

14    project managers?

15    A.    Yes.

16    Q.    How many chief project managers

17    are there?

18    A.    I don't know.

19    Q.    Did you hold that title

20    throughout the duration of the Baruch

21    project?

22    A.    No.

23    Q.    When was your first involvement

24    with Baruch?

25    A.    From the beginning.

17

N. D'Ambrosio

2    Q.    And when you say, "from the
3    beginning," does that include prior to the
4    design phase?

5    A.    Yes.

6    Q.    So before KPF is brought
7    onboard?

8    A.    I don't understand that
9    question.

10   Q.    From the beginning of the
11   project meaning the conceptual beginning
12   of the project with CUNY approaching DASNY
13   to work in connection with it?

14   A.    I wasn't involved with that.

15   Q.    What was your job title at the
16   beginning of the Baruch project?

17   A.    Senior project manager.

18   Q.    And as senior project manager,
19   what were your responsibilities?

20   A.    It was the same as the program
21   manager.

22   Q.    And specifically in connection
23   with Baruch, what were you vested with the
24   responsibility for doing?

25   A.    To manage the process to build

19

                    N. D'Ambrosio

1

2          Q.     Was there any point in time

3    where you were working exclusively on

4    Baruch?

5          A.     Yes.

6          Q.     When was that?

7          A.     Probably -- I don't remember,

8    but it's probably when construction

9    started, maybe before that.  The other

10   jobs were phasing out so just if you want

11   a date, I don't know what that date is.

12         Q.     When the other projects had

13   phased out and you were working on Baruch,

14   did there come a point in time when you

15   were also managing other projects as well

16   as Baruch?

17         A.     No.

18         Q.     And is there a point in time

19   when you were no longer working on the

20   Baruch project?

21         A.     Yes.

22         Q.     When is that?

23         A.     When we turned the building over

24   to the client.

25         Q.     Was that in 2002?

20

N. D'Ambrosio

1

2      A.      I believe it was 2001.

3      Q.      At that point in time, Mr.

4  D'Ambrosio, what was your next project

5  that you went to?

6      A.      That's when I got promoted to

7  chief and I went into the hospital

8  program.

9      Q.      After the building was turned

10 over, did you have any further involvement

11 in the Baruch project?

12     A.      None whatsoever.

13     Q.      And that would include even

14 meetings with DASNY to discuss the floor?

15     A.      Correct.

16     Q.      Prior to your administrative

17 responsibilities, did you ever perform

18 actual construction work in the field?

19     A.      No.

20     Q.      With respect to the terrazzo and

21 the flooring aspects of the Baruch

22 project, did you have any responsibilities

23 that were particular to that?

24     A.      I'm not sure what that -- the

25 question is.

39

1                N. D'Ambrosio

2    of its contractual obligations to assist

3    with monitoring KPF's contractual

4    obligations?

5         A.    Not to my knowledge.

6         Q.    And I don't want to

7    mischaracterize what you said, Mr.

8    D'Ambrosio, so just to clarify it, to your

9    knowledge, during the time frame that you

10   were affiliated with the project, you were

11   not aware of any flooring problems?

12        A.    Correct.

13        Q.    To the best of your knowledge,

14   when did KPF first become aware that the

15   floor slabs were out of tolerance, the

16   concrete slabs?

17        A.    I would guess after they were

18   poured.  That makes sense.

19        Q.    And do you know who provided

20   that information to KPF?

21        A.    That probably would have been

22   our CM.

23        Q.    Did you have any -- in

24   connection with Trataros, did you have any

25   interactions with Trataros' subcontractors

40

1              N. D'Ambrosio

2    in connection with the flooring aspects of

3    the project?

4              MR. SHAPIRO: I'm going to -- I

5         just want to clarify here.

6              When you're talking about

7         flooring problems, I think Mr.

8         D'Ambrosio was thinking terrazzo

9         flooring problems.  If you have a

10        different understanding --

11        Q.    I understood you to mean -- just

12   so we both have the same understanding,

13   during the project time frame, you're not

14   aware of any terrazzo issues or terrazzo

15   problems; is that accurate?

16        A.    Correct.

17        Q.    During your involvement with the

18   project, did you have any interactions

19   with Trataros' subcontractors in

20   connection with the flooring portions of

21   the project?

22        A.    No.

23        Q.    And that would include GM

24   Crocetti?

25        A.    Correct.

125

N. D'Ambrosio

1

2    A.    When I left, I was the chief.

3    Q.    In connection with the Baruch

4 project, you were the project manager?

5    A.    Correct.

6    Q.    And you had that job until what,

7 August, September of '01; is that correct?

8    A.    Yeah, somewhere around that.

9    Q.    And you had been the project

10 manager for Baruch continuously up to that

11 point from at least when construction work

12 started?

13    A.    Yes.

14    Q.    Construction work included the

15 work that was done before the Trataros

16 contract?

17    A.    Yes.

18    Q.    Could you briefly give us a

19 brief rundown of exactly the type of

20 activities that you would do as part of

21 your job as construction manager for

22 Baruch.

23    A.    Okay.

24        In hopefully a few words or

25 less, but it's basically the overall

133

N. D'Ambrosio

2  Q.    You mentioned McCullough.

3      McCullough is a TDX guy; is that

4  correct?

5  A.    McCullough is a construction

6  manager for TDX, yes.

7  Q.    When you left the Baruch project

8  in September of '01, how far along was the

9  project at that point?

10  A.    The job was occupied.

11  Q.    The flooring was in, the

12  finished flooring?

13  A.    Yes.

14  Q.    What did it look like?

15  A.    It looked great.

16  Q.    As far as you know when you

17  left, there were no complaints about the

18  finished flooring?

19  A.    That is correct.

20  Q.    And you, yourself, never

21  observed any terrazzo that looked bad to

22  you as of the time you left?

23  A.    No, I did not.

24  Q.    What is this camber that we

25  heard about?

213

1                        N. D'Ambrosio

2    -- I can't remember that far -- that date.

3    I can't.

4         Q.    So you have no recollection?

5         A.    No.

6         Q.    To your knowledge, did there

7    come a time when, on behalf of DASNY or

8    TDX, that Trataros was placed on notice

9    that it would be held responsible for

10   problems associated with the terrazzo

11   flooring?

12        A.    Not to my knowledge.

13             MR. SIMON: I've not nothing

14        further.

15             MR. HALL: I have just a couple

16        of quick questions.

17   EXAMINATION BY

18   MR. HALL:

19        Q.    Mr. D'Ambrosio, my name is Mark

20   Hall.  I represent Ohio Casualty Insurance

21   Company.

22             In the late winter/spring of

23   2001, you were the project manager on this

24   job?

25        A.    Late?

214

N. D'Ambrosio

1

2      Q.     Late winter/spring of 2001,

3  February, March, April.

4      A.     Yes.

5      Q.     In that capacity, would you have

6  expected to receive reports of the

7  terrazzo flooring delaminating?

8             MR. SHAPIRO: Objection.

9             You can answer.

10     A.     Would I have -- if it was, yes.

11     Q.     Would you have expected to

12  receive reports that the terrazzo had

13  failed to the point where it had to be

14  removed and replaced?

15            MR. ZICHELLO: Objection to form.

16     Q.     You can answer the question.

17            MR. SHAPIRO: Yes.

18     A.     Yes.

19     Q.     Do you have any personal

20  recollection of receiving any reports in

21  that time frame about the terrazzo

22  failing?

23     A.     No.

24     Q.     Earlier you indicated that,

25  prior to working for DASNY, you spent

232

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of July, 2008.

_Wayne Hock_

_____

**VERITEXT REPORTING COMPANY**