# EXHIBIT 16

# DORMITORY AUTHORITY – STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

DEC 1 6 2003

## CHANGE ORDER

TO: Contractor: ___Trataros Construction, Inc.___
    Street: ___664 64th Street___
    City State Zip: ___Brooklyn, NY 11220___
    Original Contract Date _____
    Original Contract Amount: ___$24,140,000___
    Current Contract Amount: _____

Change Order No: ___GC2/202___
JD Edwards Change Request No: ___1101___
JD Edwards Contract No: ___61506___
JD Edwards Project No: ___12777099999___
Total Approved Change Order: _____

SUPPLIER 107895

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College Site-"B"**    5 1000192

Description of Work: Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

Full consideration for this change order shall be an **INCREASE** of the original contract amount by:

               Dollars

Labor   = $  7,962.00
Material = $  1,971.00
Total   = $  9,933.00

Increase of the Contract completion date by _0 days_. In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns from any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

**Recommended by:**                                        **Accepted by:**

CONSTRUCTION MANAGER OR ARCHITECT                  CONTRACTOR

  ___TDX Construction Corp.___                        ___Trataros Construction, Inc.___
        Name                                           Name

By _____  ___11/6/03___                    By _____  ___10/30/03___
        Date                                           Date

INSTITUTION (WHERE REQUIRED)                Approved by: DORMITORY AUTHORITY

_____                                  By _____  ___12/12/03___
    Name                                              Date
                                            Chief Project Manager, CUNY Program
_____                                              Title
    Date

Dormitory Authority Use Only:

ALT   BAC   BND   CLA   CLO   COM   COR   DE   DO   EMR   (FLD)   INF   INS   OFS   PRG

___JM  12/18/03___
___7/12/01___

CONTRACT & CLAIMS UNIT
DORMITORY AUTHORITY

5301P

DORMITORY AUTHORITY OF NYS
Print Change Request Summary

Page : 1
Date : 12/15/03

| | | |
|---|---|---|
| Job Number . . . . . : | 1277709999  BARUCH-Site B Facility | Chg Group . . . . : C  CHANGE ORDER |
| Design Num . . . . . : | CO#GC2-202Hydraulic cement to | Priority Code . . : |
| Supplier# . . . . . : | 107395    Trataros Construction Inc | Complete? . . . . : |
| Supplier#2 . . . . . : | Markowitz, Wayne H. | Ret Number . . . . : |
| Original Date . . . : | 11/18/03 | Owner Change Reqd : |
| Approval Date . . . : | FLD | Cost Code . . . . : |
| Initiated By . . . . : | | Area Code . . . . : |

C.O. Field Conditions

CHANGE REQUEST DESCRIPTION

CO#GC2-202 Install hydraulic cement base in lieu of conflow
in order to accelerate the work schedule. This was done to
allow the building to open on the college target date of
Aug.27,2001 Field condition $9,933

CHANGE REQUEST LOG DETAIL

| Li | Description | S/T | Explanation | Issue | Dates Expired | Required | P/E | Cat CDI | Cat CD2 |
|---|---|---|---|---|---|---|---|---|---|
| A | Change Notice | Y | Anil Raut | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval-$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | N | PM Name Here | | | | N | | |
| C | PM Receive Cost Proposal | N | PM Name Here | | | | N | | |
| C | PM Review Cost Proposal | N | PM Name Here | | | | N | | |
| C | Rec'd C.O. from Contractor | N | PM Name Here | | | | N | | |
| C | Director/Chief Approval | Y | Jay Goldstein | | | 12/12/03 | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

CHANGE REQUEST DETAIL

| Description | S/T | Cost Amount | Revenue Amount | Buyout S/T Amount |
|---|---|---|---|---|

Construction    Qty/UM/Unit Price    9,933.00    .0000 A
                Acount : :
                Sbl/Type/Date : :

```
5301P                         DORMITORY AUTHORITY OF NYS                          Page :
                              Print Change Request Summary                        Date : 11/18/03

Job Number . . . . :  1277709999  BARUCH-Site B Facility
Change Number . . :   COM#C22-202Hydraulic cement to           Chg Group Code . . :  C  CHANGE ORDER
Supplier # . . . . :  107895      Tractacors Construction Inc   Complete? . . . . :
Engineer # . . . . :  11718203    Markowitz, Wayne H.           Reason Number . . :
Orig Date . . . . :   11718203                                  Owner Change Reqd :
Approval Date . . :                                             Cost Code . . . . :
Initiated By . . . :  FLD                                       Area Code . . . . :

                              CHANGE REQUEST DESCRIPTION
                         C.O. Field Conditions

COM#C22-202 Install hydraulic cement base in lieu of conflow
in order to accelerate the work schedule. This was done to
allow the building to open on the college target date of
Aug.27,2001. Field condition $9.933

                              CHANGE REQUEST LOG DETAIL

L                             S                                      Issue   Dates    Required  P Cat Cat
I   Description               T    Explanation                               Expired  E DI CO1 CO2
A Change Notice               Y Anil Raut                            07/12/01       N
C Dir/Chief Pre-Approve>$50K  N Director/Chief Name Here                              N
C Dir of PM Pre-Approval<$150K N Dir of PM Name Here                                  N
C Managing Dir Pre-Approve>$150K N Managing Director Name Here                        N
C PM Req Prop from Contractor  N PM Name Here                                         N
C PM Receive Cost Proposal     N PM Name Here                                         N
C PM Review Cost Proposal      N PM Name Here                                         N
C Rec'd C.O. from Contractor   N PM Name Here                                         N
C Director/Chief Approval      N Director/Chief Name Here                             N
C Rec'd by Cost Control Unit   N Claims Analyst Name Here                             N
C Budget Edit 1 or PM Notified N Cost Control Name Here                               N
C Cost Control Review Completed N Cost Control Name Here                              N
C Final Approval               N Dir of PM or Managing Dir                            N
C Budget Edit 2 Completed      N Project Mgt Admin Name Here                          N

                              CHANGE REQUEST DETAIL

                                    Cost . . . .          Revenue . . . .
Description               Amount        S  LT      Amount      S  LT                   Buyout . . . .
                                                                                       Amount      S
                                                                                                   T
                                                                         9,933
```

# DORMITORY AUTHORITY STATE OF NEW YORK
# CHANGE ORDER COST REVIEW CERTIFICATION

PROJECT:   BARUCH COLLEGE - SITE "B"          ND# __1775__    CR# _____

CONTRACTOR FILING CLAIM:  **Trataros Construction, Inc.**   COST:   __$9,933.00__

CHANGE ORDER NO:   __GC2-202__      ORIGINAL CONTRACT NO:  __61506__

DESCRIPTION OF CHANGE ORDER WORK:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001.  This work was recorded on a time and material ticket basis.

This is to certify that the following applicable reviews have been made relative to the contractor's cost calculation for the above change order.

**YES**  **NO**

_X_  ____1. Unit rates from construction applied (where applicable).

_X_  ____2. Wage rates correct / Man hours reasonable.

_X_  ____3. Material prices verified and reasonable.

_X_  ____4. Rental rates verified and reasonable.

_X_  ____5. Percentage mark-ups applied properly as per General Conditions.

Based on the above reviews, the following recommendation is hereby made to the Dormitory Authority regarding the disposition of said Change Order.

_X_ 1. Change Order should be approved.

____ 2. Change Order should be deferred for approval subject to the following modifications:

This cost review completed by:          James Grundvig

Representing the:  Architect:_____ Construction Manager: _X__ Other:

Signature of reviewing person: _____

Acknowledge by Dormitory Authority: _____

Date:_____    Disposition Approved:_____    Deferred:

*Claims analyst*
*J. Moeller*
*12/18/03*

## TDX CONSTRUCTION CORPORATION

### BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO:  GC2-202

IN ORDER OF APPEARANCE:

[X]    ORIGINAL SIGNED CHANGE ORDER:

[X]    CHANGE ORDER COST REVIEW CERTIFICATION:

[X]    CHANGE ORDER MEMORANDUM:

[X]    DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]    COPY OF TDX LETTER OF DIRECTIVE DATED:        7/12/01

[X]    COPY OF TDX CHANGE ORDER ESTIMATE:

[X]    COPY OF CONTRACTORS PROPOSAL:        N/A

[X]    REFERENCE DOCUMENTS:

[X]    WAGE RATES:        APPROVED

## TDX CONSTRUCTION CORPORATION

### MEMORANDUM

**DATE:**     **January 24, 2003**

**TO:**     Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**     **Baruch College - Site B**

**RE:**     **GC2-202,  ND #1775**

...................................................................................................................

This memorandum is in reply to contractor's comment inserted at the bottom front of this page of change order.

We have considered the contractor's comment along with the included statement.  Any time impact to the contract or any cost with an extension of time to the contract is not acknowledged and has not been determined at this time.  Appropriate consideration will be made at a future date in accordance with contractual obligations for any time impact to the contract and cost associated with same.

<u>**TDX CONSTRUCTION CORPORATION**</u>

<u>**CHANGE ORDER MEMORANDUM**</u>

| | |
|---|---|
| **DATE:** | **January 24, 2003** |
| **TO:** | Nick D'Ambrosio |
| **FROM:** | Ray Leu |
| **JOB:** | **Baruch College - Site B** |
| **RE:** | **GC2-202, ND #1775** |

............................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,933.00 is for providing all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material. The Conflow product has to be placed in layers with lengthy periods of time to cure. Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor. These areas predominantly encompassed fill-ins around the elevators.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Field X.

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO: GC2-202

CONTRACTOR:    Trataros Construction, Inc.

### DESCRIPTION OF CHANGE:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

### REASON FOR CHANGE:

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material. The Conflow product has to be placed in layers with lengthy periods for time to cure. Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor. These areas predominantly encompassed fill-ins around the elevators.

### RECORD OF NEGOTIATIONS:

The Contractor submitted a proposal dated 1/24/03 in the amount total $11,287.29.
TDX estimated the cost to be $9,933.00.
The Contractor accepted the estimate.

# TDX DIRECTIVE

## Dated:    7/12/01

## Change Order No.:   GC2-202



**TDX** CONSTRUCTION CORPORATION

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com

July 12, 2001

Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn:  John Clarke

RE:     *Baruch College - Site "B"*
        Contract No. 16 - G. C. #2
        ND #1288   1775

Gentlemen:

        You are hereby directed to repair the terrazzo base through out the building that was damaged by others.

        Please proceed immediately and advise if there is any cost impact to your contract.

                                    Very truly yours,
                                    **TDX Construction Corporation**

                                    John J. McCullough, P.E.
                                    Project Manager

RL/kdl
Cc:    N. D'Ambrosio
       J. Barrera
       T. Mockler
       J. Jones, Jr.
       ND #1288

Ltr Trataros ND#1288

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:   GC2-202

1

# TDX CONSTRUCTION CORPORATION

**PROJECT: BARUCH COLLEGE SITE 'B'**                    **DATE:**        **1/20/03**
**SUBJECT:  ND# 1775 -- GC2-202 (CROCETTI - T&M)**

## T&M TICKETS: TERRAZZO FLOORING

| ITEM | QTY | UNIT | UN COST | | TOTAL ($) | |
|---|---|---|---|---|---|---|
| I.   Material | 1 | ls | $ | 1,516.00 | $ | 1,516.00 |
| II.  Labor | | | | | | |
| Mechanic Foreman | 16 | hr | $ | 67.37 | $ | 1,077.92 |
| General Foreman | 7 | hr | $ | 67.37 | $ | 471.59 |
| Mechanic | 23 | hr | $ | 61.84 | $ | 1,422.32 |
| Foreman Helper | 7 | hr | $ | 65.69 | $ | 459.83 |
| Finisher | 37 | hr | $ | 60.17 | $ | 2,226.29 |
| | | | | | | |
| **TOTAL BASE (I & II) =** | | | | | $ | **7,173.95** |
| OH&P | 20% | | | | $ | 1,434.79 |
| III.   PREMIUM TIME: | | | | | | |
| General Foreman | 7 | hr | $ | 29.19 | $ | 204.33 |
| Mechanic | 7 | hr | $ | 29.19 | $ | 204.33 |
| Foreman Helper | 7 | hr | $ | 28.29 | $ | 198.03 |
| **TOTAL (III) =** | | | | | $ | **606.69** |
| **TOTAL (SUBCONTRACTOR) =** | | | | | $ | **9,215.43** |
| GC MARKUP 10,5,3% = | | | | | $ | 717.40 |

| **TOTAL =** | | | | | $ | **9,933** |
|---|---|---|---|---|---|---|

## I.   MATERIAL

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|------|-----|------|---------|-----------|
| Hydraulic Cem. | 35 | bag | $ 25.00 | $ 875.00 |
| Sand | 150 | bag | $ 2.50 | $ 375.00 |
| Latex Primer | 3.5 | gal | $ 12.00 | $ 42.00 |
| Epoxy | 8 | gal | $ 28.00 | $ 224.00 |
| | 196.5 | | | |

### TOTAL (I) =                                                      $   1,516.00

| TICKET | DATE | ITEM | QTY | UNIT | AMOUNT | TOTAL |
|--------|------|------|-----|------|--------|-------|
| 2106 | 3/7/01 | Hydraulic Cem. | 12 | bag | 1 | 12 |
| " | " | Sand | 48 | bag | 1 | 48 |
| 2132 | 3/29/01 | Hydraulic Cem. | 5 | bag | 1 | 5 |
| " | " | Sand | 25 | bag | 1 | 25 |
| " | " | Epoxy | 3 | gal | 1 | 3 |
| 2166 | 10/25/01 | Hydraulic Cem. | 10 | bag | 1 | 10 |
| " | " | Sand | 40 | bag | 1 | 40 |
| " | " | Latex Primer | 2 | gal | 1 | 2 |
| 2167 | 10/26/01 | Hydraulic Cem. | 8 | bag | 1 | 8 |
| " | " | Sand | 37 | bag | 1 | 37 |
| " | " | Latex Primer | 1.5 | gal | 1 | 1.5 |
| " | " | Epoxy | 5 | gal | 1 | 5 |

## II.   LABOR

| TICKET | DATE | M. FRMN | MECH. | GEN. FRMN | FINISHER | FINISHER |
|--------|------|---------|-------|-----------|----------|----------|
| 2104 | 3/1/01 | 7 | | | 7 | |
| 2105 | 3/2/01 | | 7 | | 7 | |
| 2106 | 3/7/01 | | 7 | | 7 | |
| 2107 | 3/8/01 | | 7 | | 7 | |
| 2109 | 3/12/01 | 2 | 2 | | 2 | |
| 2132 | 3/26/01 | 7 | | | 7 | |
| 2167 | 10/26/01 | | | 7 | | 7 |

### TOTAL (II) =          16          23          7          37          7

## III.   PREMIUM TIME

| TICKET | DATE | GEN FRMN | MECH. | FRM HELPER |
|--------|------|----------|-------|------------|
| 2166 | 10/25/01 | 7 | 7 | 7 |

### TOTAL (III) =          7          7          7

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2104**

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/1/01 |
|---|---|---|
| ADDRESS 55th & LEXINGTON | PREPARED BY RAY TOPTOLI | |
| FLOOR/LEVEL 11th    SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK    DATE WORK PERFORMED 3/1/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

## LABOR SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | | | |
| | | MECHANIC FOREMAN | | | | | | |
| | | MECHANIC | 1 | 7 | | | 7 | |
| | | FINISHER FOREMAN | | | | | | |
| | | FINISHER | | | | | | |
| | | MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | 7 | |
| | | MARBLE POLISHER (SHOP) | | | | | | |
| | | TRUCK DRIVER | | | | | | |
| | | WAREHOUSE | | | | | | |
| | | FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| SALES TAX | |
|---|---|

a separate work order daily for each job.
combine jobs days.

authorized representative (sign)

(Print)

representative

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2105**

PROJECT NAME _BARUCH COLLEGE_

ADDRESS _25TH & LEXINGTON_

FLOOR/LEVEL _11TH_   SPACE/AREA _ELEVATOR AREA_

SEND INVOICE TO _TRATAROS CONSTRUCTION_

DESCRIPTION OF WORK   DATE WORK PERFORMED _3/2/01_

JOB NO. _98106_   DATE _3/2/01_

PREPARED BY _RAY TOFFOLI_

FIELD/WORK ORDER

ATTENTION

PX NO. (PENDING EXTRA)

_FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-LAYMENT CONTRACTOR_

## LABOR SUMMARY

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN |  |  |  |  |  |  |  |
| MECHANIC FOREMAN |  |  |  |  |  |  |  |
| ✓ | MECHANIC |  |  |  |  |  |  |
| FINISHER FOREMAN |  | 1 | 7 |  |  | 7 |  |
| ✓ | FINISHER |  |  |  |  |  |  |
| MARBLE POLISHER FOREMAN (SHOP) |  | 1 | 7 |  |  | 7 |  |
| MARBLE POLISHER (SHOP) |  |  |  |  |  |  |  |
| TRUCK DRIVER |  |  |  |  |  |  |  |
| WAREHOUSE |  |  |  |  |  |  |  |
| FOREMAN HELPERS |  |  |  |  |  |  |  |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

SALES TAX

e a separate work order daily for each job.
t combine jobs/days.

er authorized representative (sign)         (Print)

Representative

**WORK ORDER**

**2106**

crocetti
ERAMIC
ARBLE
RANITE
ERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| OJECT NAME BARUCH COLLEGE | JOB NO. 6276 98106 | DATE 3/7/01 |
|---|---|---|
| DRESS 25th & LEXINGTON | PREPARED BY RAY TOFFOLI | |
| OR/LEVEL 8th   SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| D INVOICE TO TRATAROS CONSTRUCTION, INC. | ATTENTION | |
| CRIPTION OF WORK   DATE WORK PERFORMED 3/7/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

**LABOR SUMMARY**

| | ASSIGNEDMEN | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | 24 | | | | |
| MECHANIC FOREMAN | | | 61 | | | | |
| MECHANIC | | | | | | | |
| FINISHER FOREMAN | | 1 | 7 | | | 7 | |
| FINISHER | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | 1 | 7 | | | 7 | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

**MATERIAL AND EQUIPMENT**

| | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 12 BAGS HYDRAULIC CEMENT | | | | |
| 48 " SAND | | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX | |
|---|---|---|

e a separate work order daily for each job.
combine jobs/days.

_____
er authorized representative (Sign)                    (Print)

Representative

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2107**

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/8/01 |
|---|---|---|
| ADDRESS 25TH & LEXINGTON | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 8TH  SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| BILL INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK  DATE WORK PERFORMED 3/8/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

## LABOR SUMMARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | | | | | | |
| MECHANIC | | | | | | | |
| FINISHER FOREMAN | 1 | 7 | | | | 7 | |
| FINISHER | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | | 7 | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

| | | | |
|---|---|---|---|
| SEE WORK ORDER #2106 | | | |
| | | | |
| | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

SALES TAX

a separate work order daily for each job.
combine jobs/days.

Anthony Macaluso (sign)                    (Print)

authorized representative (sign)

Representative

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2109**

| | |
|---|---|
| PROJECT NAME *BARUCH COLLEGE* | JOB NO. *98106* — DATE *3/12/01* |
| ADDRESS *25TH & LEXINGTON* | PREPARED BY *RAY TOFFOLI* |
| FLOOR/LEVEL *8TH* — SPACE/AREA *ELEVATOR AREA* | FIELD/WORK ORDER |
| SEND INVOICE TO *TRATAROS CONSTRUCTION* | ATTENTION |
| DESCRIPTION OF WORK — DATE WORK PERFORMED *3/12/01* | PX NO. (PENDING EXTRA) |

*INSTALL UNDERLAYMENT @ ELEVATORS*

## LABOR SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | |
| MECHANIC FOREMAN | | | | | | |
| MECHANIC | 1 | 2 | | | 2 | |
| FINISHER FOREMAN | 1 | 2 | | | 2 | |
| FINISHER | | | | | 2 | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 2 | | | 2 | |
| MARBLE POLISHER (SHOP) | | | | | | |
| TRUCK DRIVER | | | | | | |
| WAREHOUSE | | | | | | |
| FOREMAN HELPERS | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX |
|---|---|

Use a separate work order daily for each job.
Do not combine jobs/days.

*Anthony Macer.*

Authorized representative (sign)     (Print)

Representative

# WORK ORDER

## 2132

**rocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| ~ECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/29/01 |
|---|---|---|
| ~RESS 55 LEXINGTON AVE. | PREPARED BY RAY TOFFOLI | |
| ~OR/LEVEL 11 | SPACE/AREA LOBBY | FIELD/WORK ORDER |
| ~ INVOICE TO TRATAROS CONSTRUCTION | | ATTENTION |
| ~RIPTION OF WORK | DATE WORK PERFORMED 3/26/01 | PX NO. (PENDING EXTRA) |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

### LABOR SUMMARY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | | | |
| ✓ | MECHANIC FOREMAN | | 1 | 7 | | | 7 | | |
| | MECHANIC | | | | | | | | |
| | FINISHER FOREMAN | | | | | | | | |
| ✓ | FINISHER | | 1 | 7 | | | 7 | | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | | | | |
| | TRUCK DRIVER | | | | | | | | |
| | WAREHOUSE | | | | | | | | |
| | FOREMAN HELPERS | | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

| | | | | |
|---|---|---|---|---|
| 3 GALS | EPOXY | | 28.00 | 84.00 |
| 5 BAGS | MAPOCEM HYDRAULIC CEMENT | | 25.00 | 125.00 |
| 25 | SAND | | 25.00 | 62.50 |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

SALES TAX →

~are a separate work order daily for each job.
~t combine jobs/days.

~ner authorized representative (sign)                (Print)

~: Representative

# WORK ORDER

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

*Bags* 2167

| PROJECT NAME  BARUCH COLLEGE | JOB NO. | DATE  Oct. 25, 2001 |
|---|---|---|
| ADDRESS | PREPARED BY  L. Sweeney | |
| FLOOR/LEVEL  MAIN FLOOR    SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | ATTENTION | |
| DESCRIPTION OF WORK    DATE WORK PERFORMED  10.26.01 | PX NO. (PENDING EXTRA) | *No ND # Required* |

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | REG TIME M-F | REG HOURS | PREM HOURS | DOUBLE TIME | TOTAL HOURS |   |   |
|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   | GENERAL FOREMAN | | 7 | | | | | |
|   | TR | 1 | MECHANIC FOREMAN | | | | | | | |
|   |   |   | MECHANIC | | | | | | | |
|   |   |   | FINISHER FOREMAN | | | | | | | |
|   |   |   | FINISHER | | | | | | | |
|   |   |   | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
|   |   |   | MARBLE POLISHER (SHOP) | | | | | | | |
|   |   |   | TRUCK DRIVER | | | | | | | |
|   |   |   | WAREHOUSE | | | | | | | |
|   | TR | 1 | FOREMAN HELPERS | | 7 | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Fill in bridge by removing area | | |
| | 5 gal. of epoxy | | |
| | 8 bags of hydraulic cement | | |
| | 37 bags of sand | | |
| | 1½ gal. of latex primer | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_____
Customer authorized representative (sign)                (Print)

G.M.C. Representative

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

2166

(24)

Bags

| PROJECT NAME BARUCH COLLEGE | | JOB NO. | DATE Oct. 25, 2001 |
|---|---|---|---|
| ADDRESS | | PREPARED BY Ed Sweeney | |
| FLOOR/LEVEL MAIN FLOOR | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 10-25-01 | PX NO. (PENDING EXTRA) | No NO# Required |

## LABOR SUMMARY

| | M | | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | DBL. HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | GENERAL FOREMAN | | | 7 | | | | |
| | | | MECHANIC FOREMAN | | | | | | | |
| | | 1 | MECHANIC | | | 7 | | | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | | | FINISHER | | | | | | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | 1 | FOREMAN HELPERS | | | 7 | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | fill in theater lobby with hydraulic cement | | |
| | 10 bags of hydraulic | | |
| | 40 bags of sand | | |
| | 2 gals latex primer | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print)

C.M.C. Representative

# Reference Documents

## Change Order No.:GC2-169

## DRAWINGS:

A-104    GROUND FLOOR PLAN
A-112    8TH FLOOR PLAN
A-115    11TH FLOOR PLAN

# Approved Wage Rates

## Change Order No.:    GC2-202

7189944505 TO 1518257310D   P.03/03

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G. M. CROCETTI   INC | Date: | 9/26/02 |
|---|---|---|---|
| Address: | 3960 MERROTT AVENUE | DASNY Project No.: | |
| | BRONX  NY  10466 | Location: | BARUCH COLLEGE |
| Telephone No.: | 718 994 0900 | | |

**LABOR RATE BREAKDOWN**   (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT - FOREMAN
Check One Box Only:   Union Shop: ☒   Local #: 7
Open Shop: ☐
Effective Dates for Wage Rates:   From  7/1/01   To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME OVERTIME | DOUBLE TIME |
|---|---|---|---|---|---|---|
| **A. BASE RATE PER HOUR** | | | | $ 30.83 | $ 45.84 | $ 61.84 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.50 |
| Health & Welfare | ☑ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC PAC | | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund DEFENSE Fd. | ☑ | % | $ .05 | .05 | .075 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| IMI | | % | $ .22 | .22 | .22 | .22 |
| PROMOTION FND | | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 24.48 | $ 24.48 | 32.60 | 35.28 |
| **PAYROLL TAXES AND INSURANCE** | | | | | | |
| FICA | | 7.65 % | | 2.44 | 4.20 | 5.45 |
| Federal Unemployment | | .80 % | | .31 | .44 | .57 |
| State Unemployment | | 3.70 % | | 1.42 | 2.03 | 2.64 |
| Workman's Compensation | | 8.43 % | | 3.22 | 4.74 | 6.15 |
| Disability | | .40 % | | .15 | .15 | .15 |
| Gen. LIABILITY | | 6.50 % | | 2.50 | 2.50 | 2.50 |
| | | % | | | | |
| (hourly base rate plus taxable benefits)    times   % | | | | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | $ 10.04 | 14.06 | 17.46 |
| **D. TOTAL LABOR RATE**   (A+B+C) = | | | | $ 65.34 | 92.50 | 113.58 |

JM 9/10/02

COST CONTROL UNIT
DORMITORY AUTHORITY

**SECTION D: CONTRACTOR'S CERTIFICATION**
*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Signature
MICHAEL E. BOBAR
Print Name of Authorized Representative
PAYROLL MANAGER
Print Title

MICHAEL ZANZANO
Notary Public, State of New ___
No. 60 499-7 ___
Qualified in West ___
Certificate Filed in ___
Commission Expires A ___ 31, 2003

Sworn before me this 26 day of Sept 2002

Notary Public

CCCU – 02-26-2001

Payroll taxes & insurance %'s apply to gross pay as follows

Reg Time          1½x          2x
38.48             54.82         71.35

① One hour extra pay-per day · 32.83  ×  $150/wk

SEP 05 2002 19:36

TOTAL P.02
PAGE.02        150/35 =

** TOTAL PAGE.03 **

06/11/2002 13:47 FAX 518 257 3468          DASNY 3rd FLOOR                                    ☒002

MAY 09 2002 14:45 FR GM CROCETTI          7189944505 TO 12126790037     P.03/03
                                                                        PAGE  2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: G M CROCETTI INC | Date: 5/8/02 |
|---|---|
| Address: 3960 MERRITT AVENUE  BRONX N.Y. 10466 | DASNY Project: Location: BARUCH COLLEGE  SITE B |
| Telephone No.: | |

**LABOR RATE BREAKDOWN**     (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT
Check One Box Only:   Union Shop: ☒   Local #: 7
                      Open Shop: ☐
Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

**A. BASE RATE PER HOUR**

|  | | | | REGULAR TIME | PREMIUM TIME Overtime/Doubletime |  |
|---|---|---|---|---|---|---|
|  | | | | $30.57 | $45.86 | $61.14 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour |  | 45.86 | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.60 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| W&L BAC PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | ☐ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund (WHEN SL FB) | ☑ | % | $ .05 | .05 | .073 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| IMI | ☐ | % | $ .22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| (Identify Taxable Benefits) | ☐ | % | $ | | | |

**B. TOTAL BENEFITS PER HOUR**     $ 20.15   $20.19   $27.89   $30.99

**PAYROLL TAXES AND INSURANCE**     JPM 6/11/02

| | | REGULAR | PREMIUM OT | PREMIUM DT |
|---|---|---|---|---|
| FICA | 7.65 % | 2.40 | 3.15 | 5.22 |
| Federal Unemployment | .80 % | .27 | .40 | .53 |
| State Unemployment | 3.70 % | 1.26 | 1.86 | 2.46 |
| Workmen's Compensation | 8.43 % | 2.93 | 4.39 | 5.79 |
| Disability | .40 % | .14 | .14 | .14 |
| Gross Liability | 4.50 % | 2.31 | 2.21 | 2.21 |
| (hourly base rate plus taxable benefits) $ ____ times ____ | 23.68 % | | | |

COST CONTROL UNIT
DORMITORY AUTHORITY

**C. TOTAL TAXES AND INSURANCE PER HOUR**     $ 9.31   $ 12.80   $ 16.28
**D. TOTAL LABOR RATE**   (A + B + C) =     $60.17   $ 87.05   $ 100.41

**SECTION D: CONTRACTOR'S CERTIFICATION**     $60.17   $87.05   $103.41

*I certify that the labor rates on this worksheet are the applicable prevailing wage rate, and that the labor rates, insurance costs, labor benefit amounts, and expenses are the actual and true costs incurred.*

Signature: Michael E. Boel
Print Name of Authorized Representative: MICHAEL E. BOEL
Print Title: PAYROLL MANAGER

Sworn before me this 9 day of MAY 2002
Notary Public: _____

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 488-7785
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug. 31, 2005

CCCU – 02-25-2001

① P/R TAXES & INS. %'s apply to gross pay as follows

|  | Reg Time | 1½ x | 2 x |
|---|---|---|---|
|  | 33⁹⁸ | 50⁷⁸ | 66⁵⁰ |

JAN 08 2002 11:24

06/11/2002 13:48 FAX 518 257 3468     DASNY 3rd FLOOR     @003

MAY 09 2002 14:45 FR GM CROCETTI     7189944505 TO 12126790037     P.02/03
                                                                   PAGE   2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| | |
|---|---|
| Contractor Name: GM Crocetti, Inc. | Date: 5/8/02 |
| Address: 3960 Merritt Ave Bronx, NY 10466 | DASNY Project No.: |
| Telephone No.: (718) 994-0900 | Location: Baruch College Site B |

**LABOR RATE BREAKDOWN** (Use a separate sheet for each trade and classification)
Trade: Classic/a Terrazzo Mechanic
Check One Box Only:   Union Shop: ☑   Local #: 7
                      Open Shop: ☐

Effective Dates for Wage Rates:   From  2/1/01   To  12/31/01

|  | | | | REGULAR TIME | PREMIUM TIME |  |
|---|---|---|---|---|---|---|
|  | | | | | Overtime | Doubletime |
| **A. BASE RATE PER HOUR** | | | | $ 51.88 | $ 82.75 | $23.16 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | | 47.82 | | |
| Health & Welfare | | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Pension | | % | $ 5.60 | 5.40 | 11.20 | 11.20 |
| Annuity | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| International BAC PAC | ☑ | % | $ 3.00 | 3.00 | 4.60 | 6.00 |
| Local B&G | ☑ | % | $ .03 | .03 | .04 | .06 |
| Security Fund (Defense fund) | ☑ | % | $ .02 | .04 | .03 | .04 |
| Travel Expense | ☑ | % | $ .05 | .05 | .025 | .10 |
| International Pension | | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| Promotional Fund | | % | $ .22 | .22 | .22 | .22 |
| Building Fund | | % | $ .10 | .10 | .10 | .10 |
| ✱ Welfare Sub B. Fund | ☑ | % | $ .10 | .10 | .15 | .20 |
| (Identify Taxable Benefits) | | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 33.2809 | $ 30.14 | $ 28.09 | $ 30.99 |
| **PAYROLL TAXES AND INSURANCE** ① | | | | | | |
| FICA | | 7.65 % | | 2.70 | 28.39 | |
| Federal Unemployment | | .80% | | .28 | 4.00 | 5.29 |
| State Unemployment | | 3.70% | | | .42 | |
| Worker's Compensation | | 8.63% | | 1.31 | 1.92 | 2.56 |
| Disability | | .40% | | 3.05 | 4.51 | 5.97 |
| General Liability | | 6.50% | | .14 | .14 | .14 |
| (hourly base rate plus taxable benefits) x factors | | 27.68% | | 2.29 | 2.29 | 2.29 |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** (A + B + C) = | | | | $ 9.77 | $ 13.29 | $ 10.80 |
| **D. TOTAL LABOR RATE** | | | | $ 61.65 | | |

**SECTION D: CONTRACTOR'S CERTIFICATION**

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

$101.84     $89.50     $111.55

Signature: _____
Print Name of Authorized Representative: MICHAEL E. BOBER
Print Title: PAYROLL MANAGER

Sworn before me this 9 day of May 20__

Notary Public: _____

MICHAEL ZANZANO
Notary Public, State of New York
No. 60-468-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

✱ SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND

CCCU - 02-26-2001

① P/R Taxes & Insurance %'s apply to gross taxable $ dollars

Reg time  1½x  2x

SEP 26 2002 16:12  FR GM CROCETTI          7189944505 TO 15182573100          P.02/03



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G.M. CROCETTI INC | Date: | 9/26/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No.: | |
| | BRONX NY 10466 | Location: | BARUCH COLLEGE |
| Telephone No.: | 718 994 0700 | | |

**LABOR RATE BREAKDOWN**  (Use a separate sheet for each trade and classification)
Trade: TERRAZZO MECHANIC - FOREMAN
Check One Box Only:  Union Shop: ☒   Local #: 7   Open Shop: ☐
Effective Dates for Wage Rates:  From  7/01/01  To  12/31/01

| | | | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
| | | | | | OVERTIME | DOUBLETIME |
| **A. BASE RATE PER HOUR** | | | | $ 31.87 | 47.82 | 63.76 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☒ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.20 | 8.00 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 8.20 |
| INT'L  BAG PAC | ☒ | % | $ 3.00 | 3.00 | 4.45 | 4.15 |
| LOCAL  PAC | ☐ | % | $ .03 | 4.50 | .045 | 6.00 |
| DEFENSE FUND | ☒ | % | $ .02 | .03 | .045 | .06 |
| TRAVEL EXPENSE | ☒ | % | $ .05 | .02 | .03 | .04 |
| INT'L PENSION | ☒ | % | $ 1.42 | .05 | .075 | .10 |
| I.M.I | ☒ | % | $ 1.50 | 1.42 | 1.42 | 1.42 |
| PROMOTIONAL FUND | ☒ | % | $ .22 | 1.50 | 1.50 | 1.50 |
| BUILDERS FUND | ☒ | % | $ .10 | .22 | .22 | .22 |
| WELFARE SUB FUND | ☒ | % | $ .10 | .15 | .10 | .10 |
| FOREMAN'S PAY | ☒ | % | $ 2.00 | .10 | .15 | .20 |
| | | | | 2.00 | 2.00 | 2.00 |
| **B. TOTAL BENEFITS PER HOUR** | ☐ | % | $ 4.29 | 24.98  4.29 | 4.29 | 4.29 |
| **PAYROLL TAXES AND INSURANCE** | | | | $ 24.98 | 32.68 | 35.88 |
| FICA | | | 7.65 % | 3.02 | 4.35 | 5.45 |
| Federal Unemployment | | | .80 % | .32 | .45 | .59 |
| State Unemployment | | | 3.70 % | 1.47 | 2.5 | 2.73 |
| Workmen's Compensation | | | 8.63 % | 3.43 | 4.90 | 6.33 |
| Disability | | | .40 % | .16 | .16 | .16 |
| | | | 6.60 % | 2.59 | 2.59 | 2.59 |
| | | | % | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | | | |
| **D. TOTAL LABOR RATE**  (A + B + C) = | | | | $ 11.84 | 14.53 | 18.04 |
| | | | | $ 62.33 | 95.03 | 117.2 |

(Jml 9/30/02)

COST CONTROL UNIT
DORMITORY AUTHORITY

(hourly base rate plus taxable benefits) $ _____ times _____ %

**SECTION D: CONTRACTOR'S CERTIFICATION**

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature
Print Name of Authorized Representative  MICHEL E. BOBAE
Print Title  Payroll Manager

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 493-7703
Qualified in Westchester Co.
Certificate Filed in Bronx Co.
Commission Expires Aug 31, 2003

Sworn before me this 26 day of Sept 2002

Notary Public

P/R TAXES & INSURANCE 9.__
CCCU - 02-26-2001  APPLY TO GROSS TAXABLE
AS FOLLOWS:

| Reg Time | 1½ | 2.0 |
|---|---|---|
| 39.21 | 56.82 | 73.82 |

SEP 05 2002 19:36

COST CONTROL UNIT
DORMITORY AUTHORITY

TOTAL P.02
PAGE.02

```
Program ID . . : +P59010                        Batch Multi-Funding BE II                        Report Date. : 12/24/03
Version. . . . : ZTBST01542                       Multi-Funding Edit Run                         Report Time. : 11:00:52


   The Following Version Options Were Selected:
       Print Cover Page (Y/N) . . . . . . . . Y
       Print Options (Y/N). . . . . . . . . . N
       User Exclusive (0/1/2/3/4) . . . . . .
       User ID. . . . . . . . . . . . . . . . PVANGS

   The Following Forms Options Were Selected:
       Form Type. . . . . . . . . . . . . . .
       Maximum Form Width . . . . . . . . . .
       Maximum Form Length. . . . . . . . . .
       Location of Page Overflow. . . . . . .

   The Following Printer Options Were Selected:
       Print Queue. . . . . . . . . . . . . .
       Hold in Prt Queue (Y/N/S/T). . . . . . Y
       Lines/Inch (6/8) . . . . . . . . . . .
       Chars/Inch (10/15) . . . . . . . . . .
       Number of Report Copies. . . . . . . . 001

   The Following Processing Options Were Selected:
   MULTI-FUNDING PROCESS. . . . . . . . . . . 1
       1. Enter the Multi-Funding
          Update procedure to be run
          Note: A blank entry results in
               no update processing.

   CONTRACT IDENTIFICATION (REQUIRED):
       2. Enter the contract number. . . . . . 61506
       3. Enter the coffixc. . . . . . . . . . 252
       4. Enter the coffixc(CoType.AMOUNT). . 1277709999
       4A. Enter Project number associated
           with contract to process.

   LEDGER TYPES (OPTIONAL):               More...
       5. Enter the GL/Job Ledger Type
          Types in the GL Ledger
          (If blank, 'B1' will be used)      B1
       6. Enter the PA Ledger Type to be
          used for the Project Ledger        JA
          (If blank, 'JA' will be used)

   FISCAL DATE:                           More...
       9. Enter the fiscal date to be used
          for this run. If left blank then
          Today's date will be used.

   BUSINESS UNIT TYPE(S):                 More...
      10. Enter Valid Project Types for
          Multi-Funding.
          (If left
          blank Default will be '*PJ')       PJ,PH
```

Program ID . . : *PS9010
Version. . . . : ZTBSF001542

Report Date. . : 12/24/03
Report Time. . : 11:00:52

Batch Multi Funding BB II
Budget Funding Sch
Multi Funding Edit Run

JB,JH

11.) Enter up to 8 additional Job
     Types for Multi Funding.
     Default will be = (JB) blank
                      = -

                          MORE

TERM or EMERGENCY PROCESSING
12) Enter a 'Y' to process Change
    Order or Amendment.
    Project cost if the contract were
    Note Well: This option should only
    be used for work where Management
    has clearly authorized this amend-
    ment or change order.

                          - MORE -

CREDIT CHANGE PROCESSING

13) Enter a '1' to make sure that no
    single account PA in a Job                          1
    becomes negative when credit is
    applied (Default is 1)
    If you are going to change this option
    that the credit is PAID immediately
    close a contract.

                          - BOTTOM -

The Following Sequencing/Selection Options Were Selected:

| Data Item | Selection Rel | Value | Opt | Seq No. | Opt |
| --- | --- | --- | --- | --- | --- |
| Order Number | | | | 1 | |
| Order Type | | | | 2 | |
| Order Suffix | | | | 3 | |

The Following Report Distributions were Entered:
** None Selected **

DORMITORY AUTHORITY OF NYS
Budget Edit Batch
Multi Funding Edit Run

59010

| Contract Number | Order Co | Or Co | Line Number | Project Number | Fund Number | Obj Acct | Sub | Line Description | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 61506 | 99999 | ZS | .001 | 1277709999 | 1277700604.000 | | | Header | |
| | | | | Account Number | 1277709999.000 | | | | |
| | | Status: | | Contract Line Has Been Funded | | | | | |
| 61506 | 99999 | ZS | .002 | 1277709999 | 1277700624.1331 | 51000192 | | PAYMENT LINE FOR COH 202 | 7,962.00 |
| | | | | Account Number | 1277709999.1331 | 51000192 | | | |
| | | Status: | | Contract Line Has Been Funded | | | | | |
| 61506 | 99999 | ZS | .003 | 1277709999 | 1277700624.1332 | 51000192 | | PAYMENT LINE FOR COH 202 | 1,971.00 |
| | | | | Account Number | 1277709999.1332 | 51000192 | | | |
| | | Status: | | Contract Line Has Been Funded | | | | | |

Total Amount Has Been funded:          9,933.00

59019

DORMITORY AUTHORITY OF NYS
Budget Edit II Batch
Multi Funding Edit Run

Date . . . 12/24/03
Time . . . 11:01:40

For Contract: 00061506 2S 202

Amount in Contract: .00
Amount in CR/Pending: 9,933.00

| | Budget Category | Project |
|---|---|---|
| | 6 | 1277709999 |
| | 5 | 1277709999 |

For Project: 1277709999

| Budget Category | JA Ledger (Current Budget) | PA Ledger (Committed) | AA Ledger (Invoiced) | PB Ledger (Pending) | Remaining Budget |
|---|---|---|---|---|---|
| 10 | .00 | .00 | .00 | .00 | .00 |
| 15 | .00 | .00 | .00 | .00 | .00 |
| 2 | 25,512,490.07 | 75,258.39 | 25,437,231.68 | .00 | .00 |
| 3 | 21,565,287.00 | 172,179.16 | 20,429,972.45 | .00 | 963,135.39 |
| 4 | 13,740,000.00 | 67,808.68 | 13,665,797.13 | .00 | 6,394.19 |
| 5 | 235,008,857.00 | 1,477,616.34 | 224,446,555.05 | 947,365.59 | 8,137,320.02 |
| 6 | 30,720,866.00 | 279,237.59 | 30,414,708.99 | .00 | 26,919.42 |
| 71 | 26,452,999.93 | 150,087.56 | 25,932,767.69 | .00 | 370,144.68 |
| 79 | 300,500.00 | 81.00 | 249,625.46 | .00 | 50,793.54 |
| 8 | .00 | .00 | .00 | .00 | .00 |
| 9 | .00 | .00 | .00 | .00 | .00 |
| | 353,301,000.00 | 9,386,763.56 | 479,168,087.27 | 947,365.59 | 9,554,707.24 |

For Job:

| | BJ Ledger (Current Budget) | PA Ledger (Committed) | AA Ledger (Invoiced) | Remaining Budget |
|---|---|---|---|---|
| 1277700604 | 17,907,000.00 | 143,347.25 | 17,762,011.81 | 1,640.94 |
| 1277700624 | 115,780,055.03 | 618,179.38 | 115,013,699.69 | 148,175.96 |
| 1277700650 | 25,481,144.97 | 97,785.30 | 25,380,086.78 | 3,272.89 |
| 1277700664 | 110,650,000.00 | 596,828.98 | 110,012,988.49 | 40,182.53 |
| 1277700670 | 24,388,000.00 | 571,349.82 | 23,749,604.92 | 67,045.26 |
| 1277702805 | 48,594,800.00 | 194,777.99 | 48,274,565.84 | 125,456.17 |
| 1277700937 | 400,000.00 | .00 | 383,700.92 | 16,299.08 |
| 1277703835 | 3,000,000.00 | .00 | .00 | 3,000,000.00 |
| 1277705219 | 7,100,000.00 | .00 | .00 | 7,100,000.00 |
| 1277709999 | .00 | .00 | .00 | .00 |
| | 353,301,000.00 | 11,609,032.28 | 819,744,745.72 | 9,554,707.24 |