# Exhibit 17

# Part B

# WORK ORDER
## 3131

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME *Baruch College* | JOB NO. *98-106* | DATE *12/12/01* |
|---|---|---|
| ADDRESS *25ᵗ & Lex Ave NYC* | PREPARED BY *R Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO *Tri Tarous Const* | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED *12/11 → 12/12* | PX NO. (PENDING EXTRA) |

ND1523

*Cut Terrazzo Base To fit Circular Brick Wall on B-3*

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | |
| | (PX)1 | | | MECHANIC FOREMAN | 1 | 12 | | | 12 |
| | (PX)1 | | | MECHANIC | 1 | 12 | | | 12 |
| | | | | FINISHER FOREMAN | | | | | |
| | | | | FINISHER | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | | MARBLE POLISHER (SHOP) | *Cut B* | | | | |
| | | | | TRUCK DRIVER | *Circula* | | | | |
| | | | | WAREHOUSE | *On* | | | | |
| | | | | FOREMAN HELPERS | | | | | |

*Cut Base To fit Circular Brick Wall on B-3*

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL → | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative



**crocetti**

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3134

| PROJECT NAME *Baruch College* | JOB NO. *95-106* | DATE *12/12/01* |
|---|---|---|
| ADDRESS *25 Lex Ave NYC* | PREPARED BY *R Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO *Tatarous Const* | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED *Wed 12/12* | PX NO. (PENDING EXTRA) *ND ###-1503* |

*Install Membrane with Mesh on B-3 Level*

## LABOR SUMMARY

| T | M | TK | CLASSIFICATION | NO. OF MEN | REG'T HOURS | PREM HOURS | DOUBLE TIME | TOTAL HOURS REG | O.T | D.T |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | | | |
| ☑ | 1 | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| ☑ | 1 | | MECHANIC | 1 | 7 | | | 7 | | |
| | | | FINISHER FOREMAN | | | | | | | |
| ☑ | 2 | | FINISHER | 2 | 7 | | | 14 | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TK = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 28 | Units of Membrane | | |
| 8 | Rolls Mesh | | |
| 2 | Units of Epoxy (for cracks) | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification"

Prepare a separate work order for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

**crocetti**

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
3574

ND # 1288

| PROJECT NAME BARUCH COLLEGE | | JOB NO. 98-106 | DATE 1/28/02 |
|---|---|---|---|
| ADDRESS 25ST & LEX AVE NYC. | | PREPARED BY R. GARDNER | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO Tra Tarous Const. | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/17 Thru | PX NO. (PENDING EXTRA) | |

Floor 2 & Ground - Patch Epoxy floor BASE Chiped Nosing on STEP

### LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | |
| | | 1 | MECHANIC FOREMAN | 1 | 7 | | | 7 |
| | | | MECHANIC | | | | | |
| | | | FINISHER FOREMAN | | | | | |
| | | 1 | FINISHER | 1 | 7 | | | 7 |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | |
| | | | TRUCK DRIVER | | | | | |
| | | | WAREHOUSE | | | | | |
| | | | FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | EXTRA | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Anthony Mxcrle

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

crocetti

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**3575**

ND # 1288

| PROJECT NAME *Baruch College* | JOB NO. | DATE 1/28/02 |
|---|---|---|
| ADDRESS *25st & Lex Ave NYC* | PREPARED BY *A. Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |

| SEND INVOICE TO *Trataros Const* | ATTENTION |
|---|---|
| DESCRIPTION OF WORK | DATE WORK PERFORMED *1/18 thru* | PX NO. (PENDING EXTRA) |

*Patching & Grinding Base- Floor & Nosering on Steps*
*B-1 - B-2*

## LABOR SUMMARY

| | | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | | |
| 1 | | MECHANIC FOREMAN | 1 | 7 | | 7 | |
| | | MECHANIC | | | | | |
| | | FINISHER FOREMAN | | | | | |
| 1 | | FINISHER | 1 | 7 | | 7 | |
| | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | MARBLE POLISHER (SHOP) | | | | | |
| | | TRUCK DRIVER | | | | | |
| | | WAREHOUSE | | | | | |
| | | FOREMAN HELPERS | | | | | |

T = Tile     M = Marble     TB = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | *Extra* | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

**crocetti**

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
3576

ND # 1288

| PROJECT NAME Baruch College | JOB NO. 98-106 | DATE 1/28/02 |
|---|---|---|
| ADDRESS 25 St & Lex Ave. NYC. | PREPARED BY R. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO TraTaros Cont | | ATTENTION |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/21 Mon | PX NO. (PENDING EXTRA) |

Grind & patch Epoxy floor - Base - Step mosery B-2 -B3

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF DEPART MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | |
| | | 1 | | MECHANIC FOREMAN | 1 | 7 | | | 7 |
| | | | | MECHANIC | | | | | |
| | | | | FINISHER FOREMAN | | | | | |
| | | 1 | | FINISHER | 1 | 7 | | | 7 |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | |
| | | | | TRUCK DRIVER | | | | | |
| | | | | WAREHOUSE | | | | | |
| | | | | FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Extra | | |
| | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX | |
|---|---|---|
| | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days

_____          _____
Customer authorized representative (sign)          (Print)

G.M.C. Representative

# <u>Contractor's Proposal</u>

## <u>Dated:   10/31/02</u>

## <u>Change Order No.:  GC2-182</u>

10/31/02  THU 10:31 FAX 539 9961        TRATAROS CONST BARUCH                        ☑002

# Trataros Construction, Inc.

c/o Baruch College
55 Lexington Avenue
New York, New York 10010
Tel.: (646)935-0101    Fax.: (646)935-0757

October 31, 2002

TDX
137 East 25th Street
New York, New York 10010

Att:    Mr. Ray Leu

Re:    **Baruch Academic Complex**
       **GC 2 - Contract #16**
       **Change Order Proposal #351**
       **Title:    Crocetti T&M Invoices**

Dear Mr. Leu:

       We hereby submit costs submitted by GM Crocetti for additional work performed on a time and material basis.  Ticket nos. 3116 - 3119, 3131 - 3134 and 3574 - 3576 have been included in this proposal.

       Our cost for the above mentioned totals ($20,732.00) Twenty thousand, seven hundred and thirty two dollars. See enclosed itemized breakdown provided by GM Crocetti.

| | | |
|---|---|---|
| Subcontractor Base Cost (Labor & Material) | $ | 15,304.72 |
| Subcontractor Premium Cost | $ | 1,101.24 |
| Subcontractor OH&P on Base Cost | $ | 3,060.94 |
| GC Overhead & Profit | $ | 1,265.24 |
| **Total** | $ | 20,732.14 |

       Please also be advised that, not withstanding the release and schedule analysis contained in this proposal, this proposal does not include costs associated with any cost or time impact which the work encompassed therein may have on the contract work or work encompassed by any other changes, and Trataros Construction reserves its rights concerning any such impact, as well as its right to seek an appropriated extension of time.

Sincerely,

Athena Curis
Project Manager

cc:    TCI Office - files
encl.:    Ticket nos. 3116-3119, 3131-3134, 3574-3576

** TOTAL PAGE.02 **

**B**

**Baruch College**

**Request for Proposal Dated 10/28/02**

TCI #251

| GMC WO#(s) | GMC Invoice | Description | Premium Time — Mechanic Foreman Hours | Premium Time — Mechanic Hours | Premium Time — Finisher Foreman Hours | Premium Time — Finisher Foreman Double Time | Premium Time — Finisher Hours | Straight Time — Machado Foreman Hours | Straight Time — Machado Hours | Straight Time — Finisher Foreman Hours | Straight Time — Finisher Hours | Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3116 | C-11643 | Cut "V" Joints @ Premium Time Sat. 12/1/01 | | | ? | | | | | | | |
| 3117 | C-11644 | Cut "V" Joints @ Double Time Sun. 12/2/01 | | | ? | | | | | 7 | | |
| 3118 | C-11645 | Cut "V" Joints & Epoxy Joints on Level B-3 | | | | | | | | 7 | | |
| 3118 | C-11646 | Cut "V" Joints & Epoxy Joints on Level B-3 | | | | | | | | 7 | | |
| 3131 | C-11649 | Cut Terrazzo Base to fit Circular Wall on B-3 | | | | | | 7 | 7 | 7 | | |
| 3133 | C-11660 | Installed Membrane w/Mesh @ B-3 Sat 12/8 | ? | ? | | | 7 | 12 | 12 | | | |
| 3134 | C-11661 | Rembinng/Grinding- Chipped floor/floor | | | | | | 7 | 7 | | 14 | 3,474.00 |
| 3874 | C-11381 | Patching/Grinding of Base, Floor & Steps | | | | | | ? | 7 | | ? | |
| 3876 | C-11396 | Patching/Grinding- Chipped Steps/Floor | ? | | ? | ? | 7 | ? | ? | | ? | |
| 3132 | | Installed Membrane w/Mesh on Level B-3 | | | | | | ? | 7 | | 14 | |
| | | | | | | | | | | | | |
| | | **Total Hours** | 7 | 7 | ? | ? | 7 | 68 | 33 | 28 | 68 | $3,474.00 |

**Premium Time/Double Time:**

- 7 Premium Time Mechanic Foreman Hours @ $27.68 = $193.76
- 7 Premium Time Mechanic Hours @ $27.68 = $193.82
- 7 Premium Time Finisher Foreman Hours @ $26.91 = $186.57
- 7 Double Time Finisher Foreman Hours @ $48.19 = $337.32
- 7 Premium Time Finisher Hours @ $26.88 = $188.15

$1,101.24

**Straight Time:**

- 68 Mechanic Foreman Hours @ $67.37 = $4,581.16
- 33 Mechanic Hours @ $61.84 = $2,040.72
- 28 Finisher Foreman Hours @ $65.69 = $1,839.32
- 68 Finisher Hours @ $50.17 = $3,366.62

$11,830.72

Material = $3,474.00

$15,304.72

10% Overhead = $1,530.47

10% Profit = $1,530.47

$18,365.88

**Grand Total =** $18,385.88

88106

OCT 31 2002 10:21   FR GM CROCETTI        718994454505 TO 16463121521          P.02/02

Page 1

# Reference Documents

## Change Order No.:  GC2-182

## DRAWINGS:

A-101   2ND SUBCELLAR / B3 FLOOR PLAN
A-102   SUBCELLAR / B2 FLOOR PLAN
A-103   CELLAR / B1 FLOOR PLAN
A-104   GROUND FLOOR PLAN
A-105   2ND FLOOR PLAN









# <u>Approved Wage Rates</u>

## <u>Change Order No.:     GC2-182   </u>

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G.M. CROCETTI INC | Date: | 9/26/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No.: | |
| | BRONX NY 10466 | Location: | BARUCH COLLEGE |
| Telephone No.: | 718 994 0900 | | |

LABOR RATE BREAKDOWN    (Use a separate sheet for each trade and classification)
Trade: TERRAZZO MECHANIC - FOREMAN

Check One Box Only:    Union Shop: ☒    Local #: 7
Open Shop: ☐

Effective Dates for Wage Rates:    From 7/01/01    To 12/31/01

| | | | REGULAR TIME | PREMIUM TIME OVERTIME | DOUBLETIME |
|---|---|---|---|---|---|
| A. BASE RATE PER HOUR | | | $ 31.88 | 47.82 | 63.76 |

| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | |
|---|---|---|---|---|---|
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity INT'L BAC PAC | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| LOCAL PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| DEFENSE FUND | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ .05 | .05 | .075 | .10 |
| INT'L PENSION | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| I M I | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| PROMOTIONAL FUND | ☐ | % | $ .22 | .22 | .22 | .22 |
| BUILDERS FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| WELFARE SUB FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| B. TOTAL BENEFITS PER HOUR | | | $ 24.48 | $ 24.48 | 32.68 | 35.28 |

| PAYROLL TAXES AND INSURANCE | | | | |
|---|---|---|---|---|
| FICA | 7.65% | 3.04 | 4.35 | 5.45 |
| Federal Unemployment | .80% | .32 | .45 | .59 |
| State Unemployment | 3.70% | 1.47 | 2.10 | 2.73 |
| Workmen's Compensation | 8.65% | 3.43 | 4.90 | 6.37 |
| Disability | .40% | .16 | .16 | .16 |
| C/L | 6.50% | 2.59 | 2.59 | 2.59 |
| (hourly base rate plus taxable benefits) $ _____ times _____ % | % | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | $ 11.01 | 14.55 | 18.09 |
| D. TOTAL LABOR RATE    (A + B + C) = | | $ 67.37 | 95.05 | 117.13 |

SECTION D: CONTRACTOR'S CERTIFICATION

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

_____
Signature

MICHAEL E BOSAL
Print Name of Authorized Representative

Payroll Manager
Print Title

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 483-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2003

Sworn before me this 26 day of Sept 2002

_____
Notary Public

P/R Taxes & Insurance %'s

CCCU - 02-26-2001 APPLY TO GROSS TAXABLE
AS FOLLOWS:

| Reg Time | 1½x | 2x |
|---|---|---|
| 39.73 | 56.13 | 73.87 |

TOTAL P.02
PAGE.02

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| | |
|---|---|
| Contractor Name: G. M. CROCETTI INC | Date: 9/26/02 |
| Address: 3960 MERRITT AVENUE | DASNY Project No.: |
| BRONX NY 10466 | Location: BARUCH COLLEGE |
| Telephone No.: 718 994 0900 | |

**LABOR RATE BREAKDOWN**   (Use a separate sheet for each trade and classification)

Trade: TERRAZZO ASSISTANT - FOREMAN

Check One Box Only:   Union Shop: ☒ . Local #: 7
                      Open Shop: ☐

Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
| | | | | | overtime | doubletime |
| A. BASE RATE PER HOUR | | | | 3 30⁵¹ | # 45⁸⁶ | # 61¹⁹ |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC. PAC. | ☑ | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | ☐ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund DEFENSE F.D. | ☑ | % | $ .05 | .05 | .075 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| IMI | ☐ | % | $ .22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☐ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| B. TOTAL BENEFITS PER HOUR | | | $ 24⁴⁸ | $ 24⁴⁸ | 32 6⁸ | 35 2⁸ |
| PAYROLL TAXES AND INSURANCE | | | | | | |
| FICA | | 7.65 % | | 2.99 | 4.20 | 5.95 |
| Federal Unemployment | | .80 % | | .31 | .44 | .57 |
| State Unemployment | | 3.70 % | | 1.42 | | |
| Workmen's Compensation | | 8.63 % | | 3.32 | 2.03 4.74 | 2.64 6.85 |
| Disability | | .40% | | .15 | .15 | .15 |
| Gen. LIABILITY | | 6.50% | | 2.50 | 2.50 | 2.50 |
| | | % | | | | |
| (hourly base rate plus taxable benefits) $_____ times _____% | | | | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | 5 10⁶⁹ | 14 06 | 17 46 |
| D. TOTAL LABOR RATE   (A + B + C) = | | | | $ 65⁶⁹ | 92 60 | 113 88 |

**SECTION D: CONTRACTOR'S CERTIFICATION**

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Signature
MICHAEL E. BOBAL
Print Name of Authorized Representative
PAYROLL MANAGER
Print Title

MICHAEL ZANZANO
Notary Public, State of New York
No. 80-4...
Sworn before me this 26 day of Sept 2002
Qualified in West...
Certified Filed in ...
Commission Expires A...31, 2003

Notary Public

CCCU – 02-26-2001

SEP 05 2002 19:36

Payroll taxes & insurance %'s apply to gross pay as follows

Reg Time        1½x        2x.
38⁴⁸            54⁸²        71²⁵

① One hour extra pay - per day. 32⁵¹ x $150/wk

TOTAL P.02  150
PAGE.02     ‾‾‾ = 4.2?
            35

*** TOTAL PAGE.03 ***

06/11/2002 13:48 FAX 518 257 3468        DASNY 3rd FLOOR                                    Ø003

MAY 09 2002 14:45  FR GM CROCETTI         7189944505 TO 12126790037        P.02/03
                                          TO:12128790831                    PAGE  2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207                                    **LABOR RATE WORKSHEET**

| Contractor Name: | GM Crocetti Inc. | | Date: | 5/8/02 | |
|---|---|---|---|---|---|
| Address: | 3960 Merritt Ave | | DASNY Project No.: | | |
| | Bronx, NY 10466 | | Location: | Baruch College Site B | |
| Telephone No.: | (718) 994-0900 | | | | |

LABOR RATE BREAKDOWN (Use a separate sheet for each trade and classification)
Trade: ~~Ceramic~~ Terrazzo Mechanic
Check One Box Only:   Union Shop: ☒   Local #: 7
                      Open Shop: ☐
Effective Dates for Wage Rates: From 2/1/01 To 12/31/01

| A. BASE RATE PER HOUR | | | | REGULAR TIME $ 31.88 | PREMIUM TIME Overtime Doubletime $ 47.82 $ 63.76 |
|---|---|---|---|---|---|

| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | |
|---|---|---|---|---|---|
| Vacation & Holiday | | % | | | 47.82 |
| Health & Welfare | ☐ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Pension | ☐ | % | $ 5.60 | 5.40 | 11.20 |
| Annuity | ☐ | % | $ 4.15 | 4.15 | 4.15 |
| International BAC PAC | ☐ | % | $ 3.00 | 3.00 | 4.60 | 6.00 |
| Local PAC | ☐ | % | $ .03 | .03 | .06 |
| Sunday Fund (Defense fund) | ☐ | % | $ .02 | .02 | .05 |
| Travel Expense | ☐ | % | $ .05 | .05 | .025 | .10 |
| International Pension | ☐ | % | $ 1.42 | 1.42 | 1.42 |
| IMI | ☐ | % | $ 1.50 | 1.50 | 1.50 |
| Promotional Fund | ☐ | % | $ .22 | .22 | .22 |
| Building Fund | ☐ | % | $ .10 | .10 | .10 |
| * WELFARE  Sub. B. Fund | ☐ | % | $ .10 | .10 | .20 |
| (Identify Taxable Benefits) | | % | $ 2.00 | 2.00 | 2.00 |
| | | % | $ | | |

| B. TOTAL BENEFITS PER HOUR | | | $ 3.28.19 | $ 20.14 | $ 28.09 | $ 36.17 |
|---|---|---|---|---|---|

| PAYROLL TAXES AND INSURANCE | | | | | |
|---|---|---|---|---|---|
| FICA | | 7.65 % | 2.70 | 26.39 | 4.00 |
| Federal Unemployment | | .80 % | .18 | .4.00 | |
| State Unemployment | | 3.70% | 1.31 | .92 | .55 |
| Workman's Compensation | | 8.63% | 3.05 | 1.42 | 2.56 |
| Disability | | .40% | .14 | 4.51 | 5.97 |
| General Liability | | 6.50% | 2.29 | .14 | .14 |
| (Hourly taxes and plus taxable benefits) | | 27.68% | | 2.29 | 2.29 |

| C. TOTAL TAXES AND INSURANCE PER HOUR | $ 9.77 | $ 13.29 | $ 16.80 |
|---|---|---|---|
| D. TOTAL LABOR RATE   (A+B+C) = | $ 61.84 | | |

SECTION D: CONTRACTOR'S CERTIFICATION
I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

$101.84        $ 89.50        $111.55

Signature: _Michael E Borr_
Print Name of Authorized Representative: MICHAEL E. BORR
PAYROLL MANAGER
Print Title

Sworn before me this 9 day of May 2002

Notary Public

**MICHAEL ZANZANO**
Notary Public, State of New York
No. 60-468-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

* SUPPLEMENTAL (UNEMPLOYMENT) BENEFIT FUND

CCCU - 02.26.2001

① P/R Taxes & Insurance %'s apply to gross payroll or dollars

Reg time    1 1/2 x    2 x

06/11/2002 13:47 FAX 518 257 3468        DASNY 3rd FLOOR                    @002

MAY 09 2002 14:45  FR GM CROCETTI              7189944505 TO 12126790037      P.03/03
                                                                              PAGE  2/3

 **DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

Contractor Name: G M CROCETTI INC          Date: 5/8/02
Address: 3960 MERRITT AVENUE               DASNY Project No.:
         BRONX N.Y. 10466                  Location: BARUCH COLLEGE
Telephone No.:                                        SITE B

**LABOR RATE BREAKDOWN** (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT
Check One Box Only: Union Shop ☒   Local #: 7
                    Open Shop ☐
Effective Dates for Wage Rates: From  7/1/01  To  12/31/01

| | | | | REGULAR TIME | PREMIUM TIME |
|---|---|---|---|---|---|
| | | | | $30.57 | Overtime $45.86 / Doubletime $61.14 |
| A. BASE RATE PER HOUR | | | | | 45.860 |
| BENEFITS: (Check All Taxable Benefits That apply) | Taxable Benefits | % per hour | $ per hour | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 / 4.00 |
| Health & Welfare | ☑ | % | $ 5.40 | 5.40 | 11.40 / 11.40 |
| Pension | ☑ | % | $ 4.15 | 4.15 | 4.15 / 4.15 |
| WFL BAC PAC | ☑ | % | $ 3.00 | 3.00 | 4.50 / 6.00 |
| Supplemental Unemployment | ☑ | % | $ .03 | .045 / .06 |
| Security Fund (WFEN St FB) | ☑ | % | $ 2.00 | 2.00 | 2.00 / 2.00 |
| LOCAL PAC | ☑ | % | $ .05 | .05 | .075 / .10 |
| TRAVEL EXPENSE | ☑ | % | $ .02 | .02 | .03 / .04 |
| INTL PENSION | ☑ | % | $ 1.42 | 1.42 | 1.42 / 1.42 |
| IMI | ☑ | % | $ 1.50 | 1.50 | 1.50 / 1.50 |
| PROMOTIONAL FUND | | % | $ .22 | .22 | .22 / |
| AUXILIARY FUND | | % | $ .10 | .10 | .10 / .10 |
| (Identify Taxable Benefits) | ☑ | % | $ .10 | .10 | .15 / .20 |
| B. TOTAL BENEFITS PER HOUR | | | | $ 20.13 | $30.19 / $40.49 |
| PAYROLL TAXES AND INSURANCE | | | | | |
| FICA | | 7.65 % | | 2.60 | 3.85 / 5.11 |
| Federal Unemployment | | .80 % | | .37 | .40 / .53 |
| State Unemployment | | 3.90 % | | 1.26 | 1.86 / 2.46 |
| Workmen's Compensation | | 8.43 % | | 2.93 | 4.34 / 5.79 |
| Disability | | .40 % | | .14 | .14 / .14 |
| Gen Liability | | 6.50 % | | 2.21 | 2.21 / 2.21 |
| (hourly base rate plus taxable benefits) $__ times __ | | 22.68 % | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $ 9.41 | $12.80 / $16.28 |
| D. TOTAL LABOR RATE  (A+B+C)= | | | | $ 60.12 | $ 87.05 / $100.41 |

JM 6/11/02

COST CONTROL UNIT
DORMITORY AUTHORITY

SECTION D: CONTRACTOR'S CERTIFICATION                        $60.17    $ 87.05    $103.41

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates,
insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature: Michael E Boal
Print Name of Authorized Representative: MICHAEL E. BOAL
Print Title: PAYROLL MANAGER

Sworn before me this 9 day of MAY 2002
Notary Public

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 488-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

CCCU – 02-25-2001

① P/R TAXES & INS. %'s apply to gross pay as follows

JAN 08 2002 11:24        Reg Time        1½ x        2 x
                          33.98          ___        ___

59014

Page No . . . . 1
Date . . . . 12/17/02

DORMITORY AUTHORITY OF NYS
Anticipated to Pending Edit

Budget Edit ... FINAL MODE ---
--- Run SUCCESSFUL

Job Number 127770-9999  BARUCH-Site B Facility
Change Order No  11019-9999

| Project Number | Min Sub | Max Sub | JA (Prj Bgt) Ledger | AA (Actual) Ledger | PA (Open Ctr) Ledger | PE (Pending) Ledger | Requested Amount | Remaining Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 127770-9999 | 5 | 54000001 | 225,149,867.00 | 221,217,617.08 | 2,681,549.60 | 463,614.59 | 20,720.00 | 766,365.73 | |

*** End of Report ***

```
Program ID . . : ZTS90100                                                    Report Date . : 12/24/02
Version  . . . : ZTS700164                                                   Report Time . : 11:16:42

                                    Batch Multi-Funding BE II
                                       Budget Edit Batch
                                      Multi Funding Edit Run

The Following Version Options Were Selected:
    Print Cover Page (Y/N) . . . . . . . . . .  Y
    Print Exclusive (0/9/1/2/3)  . . . . . . .  N
    User ID  . . . . . . . . . . . . . . . . .  PVANCE

The Following Forms Options Were Selected:
    Form Type  . . . . . . . . . . . . . . . .
    Maximum Form Width . . . . . . . . . . . .
    Maximum Form Length  . . . . . . . . . . .
    Location of Page Overflow  . . . . . . . .

The Following Printer Options Were Selected:
    Hold in Queue  . . . . . . . . . . . . . .
    Hold in Print Queue(Y/N/S/T) . . . . . . .  Y
    Lines/Inch (6/8/9) . . . . . . . . . . . .
    Chars/Inch (10/15) . . . . . . . . . . . .
    Number Of Report Copies  . . . . . . . . .  001

The Following Processing Options Were Selected:
    MULTI-FUNDING PROCESSING (OPTIONAL):
    1. Enter the Multi-Funding  . . . . . . . .  1
       Note: A blank entry results in
             no update processing

    CONTRACT IDENTIFICATION (REQUIRED):
    2. Enter the Contract Number  . . . . . . .  61506
    3. Enter the Contract Type  . . . . . . . .  269
    4. Enter the ( MEMMT)  . . . . . . . . . . .  066
    4A. Enter the sub-number associated  . . . .  1237709999
        with Contract to process.

    LEDGER TYPES (OPTIONAL)                More ...
    5. Enter the G/L Ledger Type to be
       Used for the Job Funding Ledger  . . . .  B1
    6. Enter the G/L Ledger Type to be
       Used for the G/L Ledger  . . . . . . . .  JA

    FISCAL DATE                            More ...
    9.) Enter the Fiscal date to be used
        for this run if left blank then
        today's date will be used.

    BUSINESS UNIT TYPE(S)                  More ...
    10.) Enter Valid Project Types for
         Multi-Funding                          PJ, PH
         Blank Default will be PJ)
```

Program ID . : PS9010
Version . . : ZTEST00164

Batch Multi-Funding BE II
Multi-Funding Edit Run

JB,JH

Report Date . : 12/31/02
Report Time . : 11:18:42

MORE

11) Enter up to 8 additional Job
Types for Multi-Funding.
Example: JB,JH will be = JB) blank
Default will be = JB).

TERM or EMERGENCY PROCESSING
12) Enter or Amend/Process a Change
Order as if the contract were
a Term Contract.
Note Well: This option should only
be used for work where Management
has cleared this amendment
ment or change order.

- MORE -

CREDIT CHANGE PROCESSING

13) Enter a '1' to make sure that no
single account/PA in a Job
becomes negative when a Credit is
applied (Default is blank).
If you are going to change this option
that the Credit is PAID immediately.
You cannot use the '1' option to
close a contract.

- BOTTOM -

The Following Sequencing/Selection Options Were Selected:

| Data Item | Selection Rel | Value | Opt No | Seg No | Opt |
|-----------|--------------|-------|--------|--------|-----|
| Order Number | | | | 1 | |
| Order Type | | | | 2 | |
| Order Suffix | | | | 3 | |

The Following Report Distributions were Entered:
** None Selected **

59010

DORMITORY AUTHORITY OF NYS
Budget Edit Batch
Multi Funding Edit Run

Page No. . : 1
Date - . . : 12/24/02

| Contract Number | Order Number | OR Co | Line Number | Project Number | Fund Number | Obj Acct | Sub | Line Description | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 61506 | 99999 | ZS | .001 | 1277709999 | 1277709999.000 | | | Header | |
| | | | | Account Number | 1277709999.000 | | | | |
| | Status: | | | Contract Line Has Been Funded | | | | | |
| 61506 | 99999 | ZS | .002 | 1277709999 | 1277709650.1331 | 51000056 | | PAYMENT LINE FOR CO# 062 | 16,321.00 |
| | | | | Account Number | 1277709999.1331.51000056 | | | | |
| | Status: | | | Contract Line Has Been Funded | | | | | |
| 61506 | 99999 | ZS | .003 | 1277709999 | 1277709604.1332 | 51000056 | | PAYMENT LINE FOR CO# 062 | 4,399.00 |
| | | | | Account Number | 1277709999.1332.51000056 | | | | |
| | Status: | | | Contract Line Has Been Funded | | | | | |

Total Amount Has Been funded:          20,720.00