# EXHIBIT 19

S# 107895   as of 11/20/02
                poc 11/25/02

COUNSEL
RECEIVED
NOV 2 2002

NOTICE UNDER MECHANIC'S LIEN LAW
FOR ACCOUNT OF PUBLIC IMPROVEMENT

TO: DORMITORY AUTHORITY Comptroller of the State of New York and Chief Financial Officer of the Dormitory Authority of the State of New York

PLEASE TAKE NOTICE, that R & J Construction Corp., being a corporation composed of officers, directors and shareholders, whose business address is at 4435 Austin Boulevard, Island Park, New York 11558, and whose principal place of business is at 4435 Austin Boulevard, Island Park, New York 11558, has and claims a lien for the principal and interest of the agreed price and value of the labor and material hereinafter mentioned upon the moneys of such municipal corporation applicable to the construction of the public improvement hereinafter mentioned, to the extent of the amount due or to become due in and on the contract with said municipal corporation hereinafter described, and further states

(1) The name of the contractor(s) for whom the labor was performed and materials furnished was Trataros Construction Inc., 664 64th Street, Brooklyn, New York 11220.

(2) The amount due or to become due the lienor is $2,397,163.00 The amount due the lienor is $2,397,163.00. The total amount claimed to be due or to become due for which this lien is filed is $2,397,163.00 and the date when due is August 26, 2002.

(3) A description of the public improvement upon which the labor was performed and materials expended is as follows:— Baruch College - Site B, Package No. 1 - General Construction Work, Contract No. 15, DA #6500 1802 2176.

(4) The labor performed was rough carpentry, drywall and related work as per the plans and specifications.

The materials furnished were wallboard partitions, ceilings, soffits, acoustical panel ceilings, insulation, framing materials and misc. materials as per the plans and specifications.

The material actually manufactured for but not delivered to said public improvement is None.

(5) A general description of the contract pursuant to which such public improvement was constructed is as follows: Baruch College - Site B, Package No. 1 - General Construction Work, Contract No. 15, DA #6500 1802 2176.

DASNY_TRAVELERS2 139312

(6) The labor and materials above specified were actually performed and furnished, and have been actually used in the execution of the contract aforementioned; and the materials actually manufactured for, but not delivered to, the improvement were actually so manufactured for use in the execution of the said contract.

(7) Thirty days have not elapsed since the completion and acceptance of the construction of said public improvement.

(8) The statements and matters in paragraphs numbered 1 - 7 herein are alleged on information and belief.

Dated: November 18, 2002

                    R & J CONSTRUCTION CORP.

By: _____
      Joseph M. Ferrara, Vice Pres.

20166

DASNY_TRAVELERS2 139313

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

Joseph M. Ferrara, being duly sworn, says that deponent is the Vice President of R & J Construction Corp. herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, Vice President of R & J Construction Corp. which is a New York corporation, and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: the books and records of the corporation.

_____
Joseph M. Ferrara

Sworn to before me this
18th day of November, 2002.

_____
Notary Public

STEVEN RUBIN
Notary Public, State of New York
No. 30-8695360
Qualified in Nassau County
Commission Expires Sept. 30, 2006

20166

DASNY_TRAVELERS2 139314

STATE OF NEW YORK   )
                   :   ss.:
COUNTY OF NASSAU   )

SUSAN B. RUBIN, being duly sworn, deposes and says; that she is over the age of 18 years and deponent further says that she did on the 19th day of November 2002, serve the within Notice Under Mechanic's Lien Law For Account Of Public Improvement upon the contractor listed below by depositing a true copy thereof, properly enclosed in a postpaid wrapper, by **CERTIFIED MAIL/RETURN RECEIPT REQUESTED** in an official depository of the United States Postal Service in New York State.

        Trataros Construction Inc.
        664 64th Street
        Brooklyn, New York 11220

        _____
        SUSAN B. RUBIN

Sworn to before me, this
19th day of November, 2002
_____
   Notary Public

STEVEN RUBIN
Notary Public, State of New York
No. 30-8605360
Qualified in Nassau County
Commission Expires Sept. 30, 2006

20166