# EXHIBIT 23

SUPREME COURT: COUNTY OF NEW YORK
----------------------------------------X

R & J CONSTRUCTION CORPORATION       :

                            Plaintiff, :       Index No. 113225/03

        - against -       :

TRATAROS CONSTRUCTION, INC.
RELIANCE INSURANCE COMPANY, TRAVELERS   :
CASUALTY SURETY COMPANY OF AMERICA,
THE DORMITORY AUTHORITY STATE OF NEW    :   Stipulation of
YORK, ALEXANDRIA TILE CORP., AMERICAN       Discontinuance of
WOODS & VENEER WORKS, INC.,             :   R & J's Claims
ARCHITECTURAL MILLWORK INSTALLATION         Against Trataros,
CORP., BARTEC INDUSTRIES, INC.,         :   Reliance, Travelers,
BAYSIDE FENCING, INC., COMPONENT            and DASNY
ASSEMBLY SYSTEMS INC., CONSTRUCTAMAX,   :
INC., CRAFT-TECH MFG CORP.,
G.M. CROCETTI INC., GOETZ FITZPATRICK,  :
LLP, KLEPP WOOD FLOORING CORP.,
L & L PAINTING CO., INC.,               :
LBL SKYSYSTEMS CORPORATION, PORTER
ATHLETIC EQUIPMENT CO., REIDMAN         :
CONSTRUCTION CORP., and UNIVERSAL
SERVICES GROUP LTD., and TRAVELERS      :
CASUALTY AND SURETY COMPANY.
                            Defendants.   :

                                                     :
----------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the plaintiff R & J Construction Corporation ("R&J") and defendants Trataros Construction, Inc. ("Trataros"), Reliance Insurance Company ("Reliance"), Travelers Casualty Surety Company of America, ("TCSCA") and Travelers Casualty and Surety Company ("TC&SC") (Trataros, Reliance, TC&SC and TCSCA hereinafter collectively "Travelers Defendants") and defendant Dormitory Authority State of New York, ("DASNY") that whereas no party is an infant or incompetent person for whom a committee has been appointed and no

person not a party has an interest in the subject matter of the action that (1) all claims, causes of action, counterclaims, and cross-claims by and between R & J and the Travelers Defendants and (2) claims by R & J against DASNY set forth in the above entitled action arising under or in connection with Baruch College - Site B, Package No. 1 - General Construction Work, Contract No. 15, DA #6500 1802 2176. ("Prime Contract no. 15") and Baruch College - Site B, Package No. 2 - General Construction Work, Contract No. 16, DA #6500 1802 2178. ("Prime Contract no. 16") are withdrawn and discontinued pursuant to the terms and conditions of the stipulation of settlement of R & J claims dated ~~January~~ February 23, 2005 in the above entitled action.

This stipulation may be signed in counterpart signature pages and facsimile signatures shall be considered as original.

This stipulation may filed with the clerk of the court without further notice.

Dated: Melville, New York
~~January~~ February 25, 2005

_____
Steven G. Rubin & Assoc. P.C.
Attorney for Plaintiff
R & J Construction Corporation
225 Old Country Road
Melville, New York 11747
Tel (631) 761-0760
Fax (631) 622-0009
File No. 1236.43/20893

_____
Holland & Knight LLP
Attorneys for Defendant
Dormitory Authority of
the State of New York
195 Broadway, New York, New York 10007
Tel (212) 513-3200
Fax (202) 955-5564

_____
Dreifuss Bonacci & Parker, LLP
Attorneys for Defendants
Trataros Construction, Inc.,
Travelers Casualty and Surety
Company, Travelers Casualty and
Surety Company of America,
Reliance Insurance Co.
26 Columbia Turnpike,
North Entrance
Florham Park, New Jersey 07932
Tel (973) 514-1414,
Fax (973) 514-5959

(Ex. G-1)