# EXHIBIT 35

# DREIFUSS BONACCI & PARKER, LLP
## ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ & PA)
Ronald I. Parker (NJ & NY)
Bruce Dickstein (NJ & NY)

Derek A. Popeil (NJ & NY)
Paul H. Mandal (NJ & NY)
George Christopoulos (NJ & NY)
Monika S. Pundahk (NJ)
Eli J. Rogers (NJ & NY)
Jonathan D. Morales (NJ & NY)
Adam M. Fontana (NJ &NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
*erogers@dbplawfirm.com*

One Penn Plaza
36th Floor
New York, New York 10119
(212) 835-1514

1500 Market Street
12th Floor
East Tower
Philadelphia, Pennsylvania 19102

*Please reply to New Jersey Office*

October 1, 2007

**VIA FEDERAL EXPRESS**
All Counsel on Attached Service List

Re:     Travelers Casualty and Surety Company v. Dormitory Authority of the State of New York, *et al.*
        United States District Court, Southern District of New York – Civil Action No. 07-CV-6915

Dear Counsel:

Our firm represents the Plaintiff, Travelers Casualty and Surety Company ("Travelers"), and Third-Party Defendant, Trataros Construction, Inc. ("Trataros") in connection with the above-referenced litigation, arising from a construction project known as Baruch College, Site B, located in the County and State of New York (the "Baruch Project"). Today we received copies of the enclosed Third-Party Complaint, Rule 7.1 Disclosure Statement, and Answer with Affirmative Defenses, Counterclaims, and Cross-Claims, filed by the Dormitory Authority of the State of New York ("DASNY") and TDX Construction Corp. ("TDX").

Please note that DASNY alleges two counts for money damages against Trataros, seeking an alleged **$20,000,000 (Twenty million dollars)** in damages associated with alleged construction defects, as well as an alleged $8,000,000 in "delay, disruption and impact" damages. (See, Third-Party Complaint, ¶¶ 52-62.) With respect to the defective construction claim, several paragraphs of the Third-Party Complaint's general allegations set forth the apparent underlying substance of DASNY's claim, discussing purported deterioration, cracking, crumbling, delamination, "blistering" and/or "otherwise defective" work with respect to interior epoxy terrazzo flooring at the Baruch Project. The Third-Party Complaint alleges that the purportedly defective epoxy terrazzo flooring was installed by Trataros and/or G.M. Crocetti, Inc.

Upon information and belief, the claims at issue in this litigation may potentially involve one or more of the following insureds/additional insureds under policies issued by your respective clients:

Trataros Construction, Inc.
G.M. Crocetti, Inc.
Bartec Industries
Dormitory Authority – State of New York
City University of New York
Baruch College
TDX Construction Corp.
Kohn Pedersen Fox Associates, P.C.

Please be guided accordingly.

Thank you for your attention to this matter.

Very truly yours,
Dreifuss Bonacci & Parker, LLP

By: _____
Eli J. Rogers

EJR/jfb
Enclosure
cc:    JoAnne Bonacci, Esq.

**Travelers Cas. and Sur. Co. v. Dormitory Auth. – State of N.Y., et al.**
United States District Court, Southern District of New York
Civil Action No. 07-CV-6915

**COUNSEL LIST**

Steven Alan Coploff, Esq.
Steinberg & Cavaliere, LLP
50 Main Street
White Plains, NY 10606
     -and-
David A. Larson, Esq.
Bollinger Ruberry & Garvey
500 West Madison Street, 23rd Floor
Chicago, Illinois 60661
Tel. No.: 312-466-8000
Fax No.: 312-466-8001
*Attorneys for Kemper*

Donald G. Sweetman, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, New Jersey 07054
Tel. No.: 973-285-1919
Fax No.: 973-285-1177
*Attorneys for American Alliance Insurance Company,*
*Great American Insurance Company,*
*American National Fire Insurance Company, and*
*Great American Insurance Company of New York*

Martin P. Lavelle, Esq.
Law Offices of Martin P. Lavelle
110 William Street, 18th Floor
New York, New York 10038
Tel. No.: 212-266-5880
Fax No.: 212-528-0134
*Attorneys for National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

Margaret F. Catalano, Esq.
John P. DeFilippis, Esq.
Ann Odelson, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue, 10th Floor
New York, New York 10022

Tel. No.: 212-252-0004
Fax No.: 212-252-0444
*Attorneys for United States Fire Insurance Company*

Diana E. Goldberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza, 9th Floor
New York, New York 10004
Tel. No.: 212-804-4221
Fax No.: 212-344-8066
*Attorneys for Commercial Underwriters and Allied World Assurance Company*

S. Dwight Stephens , Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279
Tel. No.: 212-238-8900
Fax No.: 212-238-8999
*Attorneys for Zurich*

Henry G. Morgan, Esq.
Morgan, Melhuish, Monaghan, Arvidson, Abrutyn & Lisowski
651 West Mount Pleasant Avenue
Livingston, New Jersey 07039
Tel. No.: 973-994-2500
Fax No.: 973-994-3375
*Attorneys for Ohio Casualty*

Marisa Slaten, Esq.
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
Tel: 973.451.3862
Fax: 973.451.3714
*Attorneys for Harleysville*