# EXHIBIT 7



**TDX CONSTRUCTION CORPORATION**

121 West 27th Street  
New York, N.Y. 10001  
(212) 807-1414  
FAX: (212) 807-1421

Baruch College Field Office  
137 East 25th Street  
New York, N.Y. 10010  
(212) 679-0031

November 3, 1998

Kohn Pedersen Fox  
111 West 57th Street  
New York, NY 10019

Attn: Chris Stoddard

Re: Baruch College - Site - B  
Contract #9 - S.S. - Concrete

Gentlemen:

We are enclosing, for your records, a copy of the October 7, 1998 letter from Shroid Construction which was previously transmitted to you at the October 14, 1998 Team Meeting and discussed at that time.

We have checked the level of the finished floors referenced in the contractors correspondence and have reached similar conclusions.

- Finished floor heights remain as much as 2" high in the vicinity of the trusses.
- Deflections of intermediate floor beam members has resulted in "dips" and "birdbaths" in finished floors.

As discussed and agreed to at the October 14, 1998 team meeting, no action will be taken at this time with regard to leveling of the floor finish. These conditions will be reviewed at a later date and evaluations made as to areas which will require remedial action.

Very truly yours,  
TDX Construction Corporation

John J. McCullough, P.E.  
Project Manager

JJM/amo  
Encl.

cc: Nick D'Ambrosio  
Lloyd Sigal (KPF)  
File 2.3B

Ltr SS Concrete 11-3-98

FAX: (212) 679-0037

EXHIBIT  
T 22