# EXHIBIT 8

# Trataros Construction, Inc.

**TRANSMITTAL**
**No. 00238**

122 East 25th Street  
New York, New York 10010

Phone: (212)539-9960  
Fax: (212)539-9961

**PROJECT:** BARUCH ACADEMIC COMPLEX

**DATE:** 8/5/99

**TO:** TDX Construction Corporation  
137 East 25th Street  
New York, New York 10010

**REF:** TERRAZZO  
GC 2 - CONTRACT NO. 16

**ATTN:** John McCullough

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| ☐ Shop Drawings | ☐ Approval | ☐ Approved as Submitted |
| ☑ Letter | ☐ Your Use | ☐ Approved as Noted |
| ☐ Prints | ☐ As Requested | ☐ Returned After Loan |
| ☐ Change Order | ☑ Review and Comment | ☐ Resubmit |
| ☐ Plans | | ☐ Submit |
| ☐ Samples | SENT VIA: | ☐ Returned |
| ☐ Specifications | ☑ Attached | ☐ Returned for Corrections |
| ☐ Other: | ☐ Separate Cover Via: | ☐ Due Date: |

| ITEM | PACKAGE | SUBMITTAL | DRAWING | REV | ITEM NO. | COPIES | DATE | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| LTR | | | | | 1 | 1 | 8/5/99 | EPOXY TERRAZZO INSTALLATION | |

**Remarks:**

TDX  
CONSTRUCTION CORP.  
AUG 0 5 1999  
RECEIVED

**CC:**

EXHIBIT  
T25

Signed: Athena Curis

Expedition ®

# Trataros Construction, Inc.

122 East 25th Street
New York, New York 10010

Phone: (212)539-9960
Fax: (212)539-9961

August 5, 1999

TDX Construction Corporation
137 East 25th Street
New York, New York 10010

Attn: John McCullough

Project: BARUCH ACADEMIC COMPLEX
Re: Epoxy terrazzo installation

Project #: DA #6500 1802 2178
Job #: Contract #16 / GC2

Dear Mr. McCullough:

    The epoxy terrazzo, a non self leveling product will require concrete slabs to be leveled in order for the installation to meet the specified tolerances. We have been advised by our subcontractor that a non gypsum product must be used for this purpose. Existing conditions reveal the concrete slabs to be as much as 5/8" to 3/4" out of tolerance. There is approximately 80,000sf of area scheduled to receive the epoxy terrazzo through out the building.

    After meeting with our terrazzo subcontractor, we have also been advised that the installation process will take approximately five to six months to complete using a twenty man crew. It is our recommendation that TDX consider leveling these slabs particularly in the upper floors where there is limited activity at present.

Sincerely,

*[signature]*

Athena Curis
Project Manager

*[handwritten: SEE ALLOWANCES FOR FLASH PATCHING]*

CC: JC/WB/RR/TCI file