# EXHIBIT 12

Case 1:07-cv-06915-DLC    Document 313-15    Filed 09/12/2008    Page 1 of 3

Exhibit E

03551-01-01

# SHOP DRAWING AND SAMPLE TRANSMITTAL

**OWNER:** DORMITORY AUTHORITY OF THE STATE OF N.Y.
**PROJECT:** BARUCH ACADEMIC COMPLEX - SITE B
**CONTRACTOR:** TRATAROS CONSTRUCTION, INC.

**CONSTRUCTION MANAGER:** ~~TDX~~ CONSTRUCTION CORP.
**SUBMITTED BY:** J. PHILLIP
**DATE SUBMITTED:** 4-10-00
**CONTRACT NO.:** 16
**SUB NO.:** 
**FILE NO.:** 
**QTY. ORIG/PRINTS:** 4
**TYPE:** (cuts)

**TO:** P. SHEEHAN @ KPF
**DATE RECEIVED:** 4·11·2000
**DATE RETURNED:** 4·13·2000
**KPF JOB NO.:** 1063-01

**TO:** L. JANKOWSKI @ T.D.X.
**ACTION:** A

| SPEC. SECT. | | DESCRIPTION | A | B | C | D |
|---|---|---|---|---|---|---|
| 3551 | D001 | SELF LEVELING UNDERLAYMENT | X | | | |

RECEIVED APR 14 2000 TDX CONSTRUCTION

**ARCHITECT'S REMARKS:**

**CONSTRUCTION MANAGER'S REMARKS:**

Action key: A APPROVED / B APPROVED AS NOTED / C REVISE & RESUBMIT / D REJECTED

EXHIBIT T35

# TECHNICAL DATA

CONTRACT # 16
ROS CONSTRUCTION, INC.
TITLE: SELF LEVELING UNDERLAYMENT
SUB. # 03551-0001-01
4/5/00
(FOR FLOOR LEVELING CHANGE ORDER)

## Conflow
### Self-finishing and Leveling Composition

RECEIVED APR - 7 2000
TDX CONSTRUCTION

### Description

Conflow is a self-leveling and self-finishing polymer modified Portland Cement based material. Use Conflow as an underlayment for interior applications.

2. Areas with heavy or loose cutback must be removed.
3. Shot blasting is recommended.
4. Use Conspec Orange Peel to remove any residual cutback.

*Exhibit 'E'*

RECEIVED APR 14 2000
TDX CONSTRUCTION

**BARUCH ACADEMIC COMPLEX**
**55 LEXINGTON AVENUE**
**NEW YORK, N.Y.**

| | A ACTION | APPROVED |
|---|---|---|
| X | | |
| | B ACTION | APPROVED AS NOTED Resubmit for Record Purposes Only |
| | C ACTION | REVISE AND RESUBMIT |
| | D ACTION | REJECTED |

Reviewing is only for conformance with the design concept of the project and compliance with the information given in the contract documents. The contractor is responsible for dimensions to be confirmed and correlated at the site, for information that pertains solely to the fabrication processes or to the means, methods, techniques, sequences and procedures of construction, and for coordination of the work of all trades.

KOHN PEDERSEN FOX ASSOCIATES P.C.
Date 4-13-00  By [signature]

| 03551 | 01 | 01 |
|---|---|---|
| SECTION | FILE NO. | SUBMISSION |

...the
...tes in
...ipment and
...e to continuously

...arious types of pumps
available for the application of
...lt with your local representative
...s, availability and recommenda-

### Packaging
45 lb. triple lined bag (20.4 kg)

### Limitations/Precautions
DO NOT place at temperatures below 50°F(10°C) or if the temperature is expected to fall below 50°F(10°C) in the next twenty-four hour period. Severe variation of 1" (2.54 cm) or more over 1' (.30 m) or less should be referred to manufacturer for proper procedure. Wind over 5 m.p.h. can dehydrate Conflow and cause cracking. Unless area of application can be

the
...ood
...in force
...ING
...IEU OF ANY
...WARRANTIES
...OR A
...ER WARRANTIES
...ON OF LAW, COURSE
...E OR OTHERWISE. As the
...Warranty, we will replace
...owever, that the buyer examine the
promptly notify us in writing of any
...are used or incorporated into a
months after Conspec Marketing &
...nc. has shipped the materials, all our
...r duties with respect to the quality of the
...ered shall conclusively be presumed to have been
...liability therefore terminates, and no action for breach
...ies may thereafter commence. Conspec Marketing &
...acturing Co., Inc. shall in no event be liable for
...sequential damages. Unless otherwise agreed to in writing, no
warranty is made with respect to materials not manufactured by
Conspec Marketing & Manufacturing Co., Inc. We cannot
warrant or in any way guarantee any particular method of use of
application or the performance of materials under any particular
condition. Neither this Warranty nor our liability may be extended
or amended by our salespeople, distributors or representatives or
by any sales information or drawings.

### Receiving
All bagged products should be checked for dryness prior to signing shipping papers.

### Storage
Conflow should be stored in a cool, dry interior area. At no time should material be exposed to high moisture, rain or snow conditions.

### Fax-On-Demand
Request Document 1000 for a complete Index of Conspec Product Information. For Conflow documents request 1525 for Literature and 1526 for the MSDS.



Fax-On-Demand
0608098

ans
...rying
...eas should be
...24 hours
...to traffic. If the
...eeds 48 hours or there



## CONSPEC®

NSPEC Marketing & Manufacturing Co., Inc. • 636 S. 66th Terrace • Kansas City, KS 66111 • 913-287-1700 • 800-348-7351

DASNY_TRAVELERS2 228521
DASNY_TRAVELERS2 228521