# EXHIBIT 13



**CONSPEC**

Marketing & Manufacturing Co., Inc.

636 South 66th Terrace
Kansas City, Kansas 66111
Telephone (913) 287-1700
Toll-Free (800) 348-7351
Fax (913) 287-2716
E-mail: conspec@conspecmkt.com
Web site: www.conspecmkt.com

March 1, 2001

Mr. Walter Bartels
Trataroz Construction Co.
55 Lexington Ave
New York, NY 10010

Re: Baruch College

Dear Mr. Bartels:

Thank you for meeting with me last Tuesday to review the application of Conflow Self Finishing and Leveling Composition at the Baruch College project. We certainly appreciate the use of our material on such a project and are most anxious to provide information and assistance to you regarding the correct use and installation of our material.

One area of concern regarding the installation of Conflow was evident on the 13th floor. The terrazzo flooring has come loose in a small portion of the lobby area. The area of Conflow that is now exposed exhibits a powdery, loose surface not suitable for any type of flooring material. It appears as though some type of contamination, foreign substance, or environmental condition affected the floor after the material application, thereby compromising the surface. We recommend that the area be ground back to a solid surface before proceeding with a reapplication of the flooring system.

A second area of concern that we discussed was the overall depth to which Conflow can be installed. As you know, our literature calls for a maximum depth per lift 1".
Several areas on the project will need material installed at a depth many times the 1" allowance. We do recommended application procedures are followed. The material has been successfully installed in numerous applications at a depth of several inches, however material mixing, handling and application must always follow standard recommended application procedures are followed. The material has been successfully installed in numerous applications at a depth of several inches; however material mixing, handling, and application must always follow standard recommended practices.

We thank you for using this fine Conspec material on your project and ask that you contact us whenever you feel we can assist you.

Sincerely,

CONSPEC

Jim Wallmuth
Jim Wallmuth
Northeast Regional Sales Manager

RECEIVED
3-7-01

*Commitment To Excellence Since 1972*
*Chemistry To Compete*

American Concrete Institute
Construction Specifications Institute
Tilt-Up Concrete Association
American Society for Concrete Construction
International Concrete Repair Institute
Specialty Tools and Fasteners Distributors Association

DASNY_TRAVELERS2 281315