# EXHIBIT
# 16

## DORMITORY AUTHORITY – STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

### CHANGE ORDER

DEC 1 6 2003

TO: Contractor:   Trataros Construction, Inc.
   Street:   664 64th Street
   City State Zip:   Brooklyn, NY 11220
   Original Contract Date
   Original Contract Amount:   $24,140,000
   Current Contract Amount:

Change Order No:   GC2/202
JD Edwards Change Request No:   1101
JD Edwards Contract No:   61506
JD Edwards Project No:   12777099999
Total Approved Change Order:

SUPPLIER 107895

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College Site-"B"**

5 1000192

Description of Work: Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

Full consideration for this change order shall be an **INCREASE** of the original contract amount by:

          **Dollars**

Labor   = $   7,962.00
Material  = $   1,971.00
Total   = $   9,933.00

Increase of the Contract completion date by _0 days_. In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns from any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

**Recommended by:**

**CONSTRUCTION MANAGER OR ARCHITECT**

     **TDX Construction Corp.**
          Name

By _____   11/6/03
               Date

**INSTITUTION (WHERE REQUIRED)**

_____
         Name

_____
         Date

**Accepted by:**

**CONTRACTOR**

     **Trataros Construction, Inc.**
          Name

By _____   10/30/03
              Date

Approved by: DORMITORY AUTHORITY

By _____   12/12/03
              Date
**Chief Project Manager, CUNY Program**
              Title

Dormitory Authority Use Only:

ALT  BAC  BND  CLA  CLO  COM  COR  DE  DO  EMR  (FLD)  INF  INS  OFS  PRG

JM 12/18/03

7/12/01

CONTRACT & CLAIMS UNIT
DORMITORY AUTHORITY

```
5301P                         DORMITORY AUTHORITY OF NYS                              Page :    1
                              Print Change Request Summary                           Date : 12/15/03

Job Number    :  1277709999  BARUCH-Site B Facility        Chg Group    :
Design Number :  CO#GC2-202Hydraulic cement to             Priority Code :
Supplier PH   :      107595  Trataros Construction Inc      Complete?    :
Contract PH   :      107595  Markowitz, Wayne H.            Re:e Number  :
O.O. Number   :    11/18/03                                 Owner Change Reqd :
Original Date :    11/18/03                                 Cost Code    :
Approval Date :                                             Area Code    :
Initiated By  :         FLD  C.O Field Conditions

                              CHANGE REQUEST DESCRIPTION

CO#GC2-202 Install hydraulic cement base in lieu of conflow
in order to accelerate the work schedule. This was done to
allow the building to open on the college target date of
Aug.27,2001 Field condition $9,933

                              CHANGE REQUEST LOG DETAIL

                                                           Dates                P Cat Cat
# Description              S   Explanation            Issue Expired Required    E CD1 CD2
  T
A Change Notice            Y  Anil Raut                             07/12/01    N
C Dir/Chief Pre-Approve>$50K N Director/Chief Name Here                         N
C Dir of PM Pre-Approval-$150K N Dir of PM Name Here                            N
C Managing Dir Pre-Approve>$150K N Managing Director Name Here                  N
C PM Req Prop from Contractor N PM Name Here                                    N
C PM Receive Cost Proposal  N PM Name Here                                      N
C PM Review Cost Proposal   N PM Name Here                                      N
C Rec'd C.O. from Contractor N PM Name Here                                     N
C Director/Chief Approval   Y Jay Goldstein                         12/12/03    N
C Rec'd by Cost Control Unit N Claims Analyst Name Here                         N
C Budget Edit 1 or PM Notified N Cost Control Name Here                         N
C Cost Control Review Completed N Cost Control Name Here                        N
C Final Approval            N Dir of PM or Managing Dir                         N
C Budget Edit 2 Completed   N Project Mgt Admin Name Here                       N

                              CHANGE REQUEST DETAIL

                          S
Description               T  Cost  . . .   Amount  Revenue  . . . Amount  Buyout . . .  Amount
                          LT                 LT
```

Construction

Qty/UM/Unit Price
Account
Sbl/Type/Date : :

9,933.00

.0000 A

```
5301P                              DORMITORY AUTHORITY OF NYS                                   Page :         1
                                   Print Change Request Summary                                Date : 11/18/03
```

```
Job Number     : 1277709999  BARUCH-Site B Facility          Chg Group Code .:  C    C  CHANGE ORDER
Change Number  : CO#GC2-202 Hydraulic cement to              Complete? ......:
Supplier PO #  : 107395     Trataros Construction Inc        Complete? ......:
Supplier #     : 107395     Markowitz, Wayne H.              Revenue Number .:
Orig Date      : 11/18/03                                    Owner Change Reqd:
Approval Date  :                                             Cost Code ......:
Initiated By   : FLD  C.O.Field Conditions                   Area Code ......:
```

### CHANGE REQUEST DESCRIPTION

CO#GC2-202 Install hydraulic cement base in lieu of conflow
in order to accelerate the work schedule. This was done to
allow the building to open on the college target date of
Aug.27,2001. Field condition $9.933

### CHANGE REQUEST LOG DETAIL

| L/T | Description | S/T | Explanation | Issue | Dates Expired | Required | P/E | Cat CD1 | Cat CD2 |
|---|---|---|---|---|---|---|---|---|---|
| A | Change Notice | Y | Anil Raut | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval<$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | N | PM Name Here | | | | N | | |
| C | PM Receive Cost Proposal | N | PM Name Here | | | | N | | |
| C | PM Review Cost Proposal | N | PM Name Here | | | | N | | |
| C | Rec'd C.O. from Contractor | N | PM Name Here | | | | N | | |
| C | Director/Chief Approval | N | Director/Chief Name Here | | | | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

### CHANGE REQUEST DETAIL

| Description | Cost | | | Revenue | | | Buyout | |
|---|---|---|---|---|---|---|---|---|
| | Amount | S/T | LT | Amount | S/T | LT | Amount | S/T |
| | | | | | | | 9,933 | |

# DORMITORY AUTHORITY STATE OF NEW YORK
## CHANGE ORDER COST REVIEW CERTIFICATION

PROJECT:   BARUCH COLLEGE - SITE "B"          ND# __1775__      CR# _____

CONTRACTOR FILING CLAIM:   **Trataros Construction, Inc.**     COST: __$9,933.00__

CHANGE ORDER NO:   __GC2-202__        ORIGINAL CONTRACT NO: __61506__


DESCRIPTION OF CHANGE ORDER WORK:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001.  This work was recorded on a time and material ticket basis.

This is to certify that the following applicable reviews have been made relative to the contractor's cost calculation for the above change order.

**YES   NO**

_X_  ____1. Unit rates from construction applied (where applicable).

_X_  ____2. Wage rates correct / Man hours reasonable.

_X_  ____3. Material prices verified and reasonable.

_X_  ____4. Rental rates verified and reasonable.

_X_  ____5. Percentage mark-ups applied properly as per General Conditions.


Based on the above reviews, the following recommendation is hereby made to the Dormitory Authority regarding the disposition of said Change Order.

_X_ 1. Change Order should be approved.
____ 2. Change Order should be deferred for approval subject to the following modifications:


This cost review completed by:          James Grundvig

Representing the:  Architect:_____ Construction Manager: _X_ Other:

Signature of reviewing person: _____

Acknowledge by Dormitory Authority: _____

Date:_____     Disposition Approved:_____     Deferred:

*Claims analyst*
*J. Moeller*
*12/19/03*

## TDX CONSTRUCTION CORPORATION

### BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO:  GC2-202

IN ORDER OF APPEARANCE:

[X]     ORIGINAL SIGNED CHANGE ORDER:

[X]     CHANGE ORDER COST REVIEW CERTIFICATION:

[X]     CHANGE ORDER MEMORANDUM:

[X]     DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]     COPY OF TDX LETTER OF DIRECTIVE DATED:       7/12/01

[X]     COPY OF TDX CHANGE ORDER ESTIMATE:

[X]     COPY OF CONTRACTORS PROPOSAL:       N/A

[X]     REFERENCE DOCUMENTS:

[X]     WAGE RATES:       APPROVED

## TDX CONSTRUCTION CORPORATION

## <u>MEMORANDUM</u>

**DATE:**        **January 24, 2003**

**TO:**          Nick D'Ambrosio

**FROM:**        Ray Leu

**JOB:**         **Baruch College - Site B**

**RE:**          **GC2-202,  ND #1775**

........................................................................................................

This memorandum is in reply to contractor's comment inserted at the bottom front of this page of change order.

We have considered the contractor's comment along with the included statement.  Any time impact to the contract or any cost with an extension of time to the contract is not acknowledged and has not been determined at this time.  Appropriate consideration will be made at a future date in accordance with contractual obligations for any time impact to the contract and cost associated with same.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**     **January 24, 2003**

**TO:**       Nick D'Ambrosio

**FROM:**     Ray Leu

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-202,  ND #1775**

...................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,933.00 is for providing all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material.  The Conflow product has to be placed in layers with lengthy periods of time to cure.  Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor.  These areas predominantly encompassed fill-ins around the elevators.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Field X.

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO: GC2-202

CONTRACTOR:     Trataros Construction, Inc.

### DESCRIPTION OF CHANGE:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001.  This work was recorded on a time and material ticket basis.

### REASON FOR CHANGE:

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material.  The Conflow product has to be placed in layers with lengthy periods for time to cure.  Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor.  These areas predominantly encompassed fill-ins around the elevators.

### RECORD OF NEGOTIATIONS:

The Contractor submitted a proposal dated 1/24/03 in the amount total $11,287.29.
TDX estimated the cost to be $9,933.00.
The Contractor accepted the estimate.

# TDX DIRECTIVE

## Dated:    7/12/01

## Change Order No.:   GC2-202

 **TDX** CONSTRUCTION CORPORATION

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com

July 12, 2001

Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn:  John Clarke

RE:    *Baruch College - Site "B"*
Contract No. 16 - G. C. #2
ND #1288   *1775*

Gentlemen:

You are hereby directed to repair the terrazzo base through out the building that was damaged by others.

Please proceed immediately and advise if there is any cost impact to your contract.

Very truly yours,
**TDX Construction Corporation**

John J. McCullough, P.E.
Project Manager

RL/kdl
Cc:    N. D'Ambrosio
       J. Barrera
       T. Mockler
       J. Jones, Jr.
       ND #1288

Ltr Trataros ND#1288

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:   GC2-202

1

 **TDX CONSTRUCTION CORPORATION**

| PROJECT: BARUCH COLLEGE SITE 'B' | DATE: | 1/20/03 |
|---|---|---|
| SUBJECT:  ND# 1775 -- GC2-202 (CROCETTI - T&M) | | |

## T&M TICKETS: TERRAZZO FLOORING

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|---|---|---|---|---|
| I.   Material | 1 | ls | $ 1,516.00 | $ 1,516.00 |
| II.   Labor | | | | |
| Mechanic Foreman | 16 | hr | $ 67.37 | $ 1,077.92 |
| General Foreman | 7 | hr | $ 67.37 | $ 471.59 |
| Mechanic | 23 | hr | $ 61.84 | $ 1,422.32 |
| Foreman Helper | 7 | hr | $ 65.69 | $ 459.83 |
| Finisher | 37 | hr | $ 60.17 | $ 2,226.29 |
| | | | | |
| **TOTAL BASE (I & II) =** | | | | $ 7,173.95 |
| OH&P | 20% | | | $ 1,434.79 |
| III.   PREMIUM TIME: | | | | |
| General Foreman | 7 | hr | $ 29.19 | $ 204.33 |
| Mechanic | 7 | hr | $ 29.19 | $ 204.33 |
| Foreman Helper | 7 | hr | $ 28.29 | $ 198.03 |
| TOTAL (III) = | | | | $ 606.69 |
| TOTAL (SUBCONTRACTOR) = | | | | $ 9,215.43 |
| GC MARKUP 10,5,3% = | | | | $ 717.40 |

| **TOTAL =** | | | | $ 9,933 |
|---|---|---|---|---|

## I.   MATERIAL

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|------|-----|------|---------|-----------|
| Hydraulic Cem. | 35 | bag | $ 25.00 | $ 875.00 |
| Sand | 150 | bag | $ 2.50 | $ 375.00 |
| Latex Primer | 3.5 | gal | $ 12.00 | $ 42.00 |
| Epoxy | 8 | gal | $ 28.00 | $ 224.00 |
| | 196.5 | | | |

**TOTAL (I) =**                                        **$ 1,516.00**

| TICKET | DATE | ITEM | QTY | UNIT | AMOUNT | TOTAL |
|--------|------|------|-----|------|--------|-------|
| 2106 | 3/7/01 | Hydraulic Cem. | 12 | bag | 1 | 12 |
| " | " | Sand | 48 | bag | 1 | 48 |
| 2132 | 3/29/01 | Hydraulic Cem. | 5 | bag | 1 | 5 |
| " | " | Sand | 25 | bag | 1 | 25 |
| " | " | Epoxy | 3 | gal | 1 | 3 |
| 2166 | 10/25/01 | Hydraulic Cem. | 10 | bag | 1 | 10 |
| " | " | Sand | 40 | bag | 1 | 40 |
| " | " | Latex Primer | 2 | gal | 1 | 2 |
| 2167 | 10/26/01 | Hydraulic Cem. | 8 | bag | 1 | 8 |
| " | " | Sand | 37 | bag | 1 | 37 |
| " | " | Latex Primer | 1.5 | gal | 1 | 1.5 |
| " | " | Epoxy | 5 | gal | 1 | 5 |

## II.   LABOR

| TICKET | DATE | M. FRMN | MECH. | GEN. FRMN | FINISHER | FINISHER |
|--------|------|---------|-------|-----------|----------|----------|
| 2104 | 3/1/01 | 7 | | | 7 | |
| 2105 | 3/2/01 | | 7 | | 7 | |
| 2106 | 3/7/01 | | 7 | | 7 | |
| 2107 | 3/8/01 | | 7 | | 7 | |
| 2109 | 3/12/01 | 2 | 2 | | 2 | |
| 2132 | 3/26/01 | 7 | | | 7 | |
| 2167 | 10/26/01 | | | 7 | | 7 |

**TOTAL (II) =**    **16**    **23**    **7**    **37**    **7**

## III.   PREMIUM TIME

| TICKET | DATE | GEN FRMN | MECH. | FRM HELPER |
|--------|------|----------|-------|------------|
| 2166 | 10/25/01 | 7 | | 7 |

**TOTAL (III) =**    **7**    **7**    **7**

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2104**

| | |
|---|---|
| PROJECT NAME  BARUCH COLLEGE | JOB NO.  98106  DATE  3/1/01 |
| ADDRESS  55TH & LEXINGTON | PREPARED BY  RAY TOPPOLI |
| FLOOR/LEVEL 11TH  SPACE/AREA  ELEVATOR AREA | FIELD/WORK ORDER |
| SEND INVOICE TO  TRATAROS CONSTRUCTION | ATTENTION |
| DESCRIPTION OF WORK  DATE WORK PERFORMED  3/1/01 | PX NO. (PENDING EXTRA) |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

## LABOR SUMMARY

| | | CLASSIFICATION | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | | | |
| | | MECHANIC FOREMAN | | | | | | |
| | | MECHANIC | 1 | 7 | | | 7 | |
| | | FINISHER FOREMAN | | | | | | |
| | | FINISHER | | | | | | |
| | | MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | 7 | |
| | | MARBLE POLISHER (SHOP) | | | | | | |
| | | TRUCK DRIVER | | | | | | |
| | | WAREHOUSE | | | | | | |
| | | FOREMAN HELPERS | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time
and material only, and is not an
acknowledgement that the work
involved is in fact a contract
modification."

SALES TAX

a separate work order daily for each job.
combine jobs days.

authorized representative (sign)

(Print)

representative

**WORK ORDER**

**2105**

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| | |
|---|---|
| ROJECT NAME _BARUCH COLLEGE_ | JOB NO _98106_   DATE _3/2/01_ |
| DDRESS _25TH & LEXINGTON_ | PREPARED BY _RAY TOFFOLI_ |
| LOOR/LEVEL _11TH_   SPACE/AREA _ELEVATOR AREA_ | FIELD/WORK ORDER |
| END INVOICE TO _TRATAROS CONSTRUCTION_ | ATTENTION |
| ESCRIPTION OF WORK   DATE WORK PERFORMED _3/2/01_ | PX NO. (PENDING EXTRA) |

_FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-_
_LAYMENT CONTRACTOR_

**LABOR SUMMARY**

| | CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | | |
| | MECHANIC FOREMAN | | | | | | | |
| ✓ | MECHANIC | | | | | | | |
| | FINISHER FOREMAN | | | 1 | 7 | | | 7 |
| ✓ | FINISHER | | | | | | | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | 1 | 7 | | | 7 |
| | MARBLE POLISHER (SHOP) | | | | | | | |
| | TRUCK DRIVER | | | | | | | |
| | WAREHOUSE | | | | | | | |
| | FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

**MATERIAL AND EQUIPMENT**

| DESCRIPTION | | SUBTOTAL |
|---|---|---|
| | | |

"This acknowledgement is for time
and material only, and is not an
acknowledgement that the work
involved is in fact a contract
modification."

SALES TAX

e a separate work order daily for each job.
t combine jobs/days.

_Gregory Neral_

er authorized representative (sign)                    (Print)

Representative

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2106**

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/7/01 |
| ADDRESS 25th & LEXINGTON | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 8TH   SPACE/AREA ELEVATOR AREA | FIELD WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION, INC. | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/7/01 | PX NO. (PENDING EXTRA) |

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

**LABOR SUMMARY**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | 24 | | | | | |
| MECHANIC FOREMAN | | | 61 | | | | | |
| MECHANIC | | | | | | | | |
| FINISHER FOREMAN | | 1 | 7 | | | 7 | | |
| FINISHER | | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | | 1 | 7 | | | 7 | | |
| MARBLE POLISHER (SHOP) | | | | | | | | |
| TRUCK DRIVER | | | | | | | | |
| WAREHOUSE | | | | | | | | |
| FOREMAN HELPERS | | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

**MATERIAL AND EQUIPMENT**

| | | | |
|---|---|---|---|
| 12 BAGS HYDRAULIC CEMENT | | | |
| 48 " SAND | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX | |
|---|---|---|

Use a separate work order daily for each job.
Do not combine jobs/days.

_____ Authorized representative (sign)          (Print)

_____
Representative

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2107**

| | | |
|---|---|---|
| OJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/8/01 |
| RESS 25TH E LEXINGTON | PREPARED BY RAY TOFFOLI | |
| OR/LEVEL 8TH SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| D INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| CRIPTION OF WORK DATE WORK PERFORMED 3/8/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

## LABOR SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | |
| MECHANIC FOREMAN | | | | | | |
| MECHANIC | | | | | | |
| FINISHER FOREMAN | 1 | 7 | | | 7 | |
| FINISHER | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | 7 | |
| MARBLE POLISHER (SHOP) | | | | | | |
| TRUCK DRIVER | | | | | | |
| WAREHOUSE | | | | | | |
| FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| | | | |
|---|---|---|---|
| SEE WORK ORDER #2106 | | | |
| | | | |
| | | | |
| | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

SALES TAX

a separate work order daily for each job.
combine jobs/days.

Anthony Mocellar

r authorized representative (sign)                    (Print)

Representative

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

2109

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/12/01 |
|---|---|---|
| ADDRESS 25TH & LEXINGTON | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 8TH  SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| AND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/12/01 | PX NO. (PENDING EXTRA) |

INSTALL UNDERLAYMENT @ ELEVATORS

## LABOR SUMMARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | | | | | | |
| MECHANIC | 1 | 2 | | | 2 | | |
| FINISHER FOREMAN | 1 | 2 | | | 2 | | |
| FINISHER | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 2 | | | 2 | | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX | |
|---|---|---|

a separate work order daily for each job.
combine jobs/days.

_Anthony Macer_
authorized representative (sign)                    (Print)

Representative

# WORK ORDER

## 2132

**rocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| ...ECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/29/01 |
|---|---|---|
| ...RESS 55 LEXINGTON AVE. | PREPARED BY RAY TOFFOLI | |
| ...R/LEVEL 11    SPACE/AREA LOBBY | FIELD/WORK ORDER | |
| ...INVOICE TO RJAROS CONSTRUCTION | ATTENTION | |
| ...RIPTION OF WORK    DATE WORK PERFORMED 3/26/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

### LABOR SUMMARY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | | | |
| ✓ | MECHANIC FOREMAN | | | 1 | 7 | | | 7 | |
| | MECHANIC | | | | | | | | |
| | FINISHER FOREMAN | | | | | | | | |
| ✓ | FINISHER | | | 1 | 7 | | | 7 | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | | | | |
| | TRUCK DRIVER | | | | | | | | |
| | WAREHOUSE | | | | | | | | |
| | FOREMAN HELPERS | | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

| | | | |
|---|---|---|---|
| 3 GALS | EPOXY | 28.00 | 84.00 |
| 5 BAGS | MAPOCEM HYDRAULIC CEMENT | 25.00 | 125.00 |
| .5 " | SAND | ~~15.00~~ | ~~62.50~~ |
| | | SALES TAX | → |

"This acknowledgement is for time
and material only, and is not an
acknowledgement that the work
involved is in fact a contract
modification."

...re a separate work order daily for each job.
...t combine jobs/days.

...ner authorized representative (sign)          (Print)

...: Representative

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER

Bags   2167

| PROJECT NAME  BARUCH COLLEGE | | JOB NO. | DATE  Oct. 25, 2001 |
|---|---|---|---|
| ADDRESS | | PREPARED BY  E. Sweeney | |
| FLOOR/LEVEL  MAIN FLOOR | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED  10.26.01 | PX NO. (PENDING EXTRA) | No ND # Required |

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | 7 | | | | | |
| | 1 | | MECHANIC FOREMAN | | | | | | | |
| | | | MECHANIC | | | | | | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | | | FINISHER | | | | | | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| T | | 1 | FOREMAN HELPERS | | 7 | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Fill in bridge by removing areas | | |
| | 5 gal. of epoxy | | |
| | 8 bags of hydraulic cement | | |
| | 37 bags of sand | | |
| | 1½ gal. of latex primer | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

Product of NEBS CUSTOM printing service

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

2166

(24)

Bags

| PROJECT NAME BARUCH COLLEGE | | JOB NO. | DATE Oct 25, 2001 |
|---|---|---|---|
| ADDRESS | | PREPARED BY Ed Sweeney | |
| FLOOR/LEVEL MAIN FLOOR | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 10-25-01 | PX NO. (PENDING EXTRA) | No NO# Required |

**LABOR SUMMARY**

| | M | | CLASSIFICATION | NO OF MEN | REG HOURS | PREM HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | GENERAL FOREMAN | | | 7 | | | | |
| | | | MECHANIC FOREMAN | | | | | | | |
| | | 1 | MECHANIC | | | 7 | | | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | | | FINISHER | | | | | | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | 1 | FOREMAN HELPERS | | | 7 | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | fill in theater lobby with hydraulic cement | | |
| | 10 bags of hydraulic | | |
| | 40 bags of sand | | |
| | 2 pails latex primer | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____ (Print)

C.M.C. Representative

# Reference Documents

## Change Order No.:GC2-169

## DRAWINGS:

A-104     GROUND FLOOR PLAN
A-112     8TH FLOOR PLAN
A-115     11TH FLOOR PLAN

# Approved Wage Rates

## Change Order No.:     GC2-202

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G. M. CROCETTI INC | Date: | 9/26/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No.: | |
| | BRONX NY 10466 | Location: | BARUCH COLLEGE |
| Telephone No.: | 718 994 0900 | | |

**LABOR RATE BREAKDOWN** (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT - FOREMAN
Check One Box Only:   Union Shop: ☒   Local #: 7
Open Shop: ☐
Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

|  |  |  | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
|  |  |  | | | OVERTIME | DOUBLE TIME |
| **A. BASE RATE PER HOUR** | | | | $ 30.83 | $ 45.84 | $ 61.04 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☑ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC PAC | | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund DEFENSE Fd. | ☑ | % | $ .05 | .05 | .075 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| IMI | | % | $ .22 | .22 | .22 | .22 |
| PROMOTION FUND | | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 24.48 | $ 24.48 | 32.60 | 35.32 |
| **PAYROLL TAXES AND INSURANCE** | | | | | | |
| FICA | | 7.65 % | | 2.44 | 4.20 | 5.45 |
| Federal Unemployment | | .80 % | | .31 | .44 | .57 |
| State Unemployment | | 3.70 % | | 1.42 | 2.03 | 2.64 |
| Workman's Compensation | | 8.43 % | | 3.22 | 4.74 | 6.15 |
| Disability | | .40 % | | .15 | .15 | .15 |
| Gen. LIABILITY | | 6.50 % | | 2.50 | 2.50 | 2.50 |
| | | % | | | | |
| (hourly base rate plus taxable benefits) ____ times ____% | | | | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | $ 10.04 | 14.06 | 17.46 |
| **D. TOTAL LABOR RATE   (A + B + C) =** | | | | $ 65.35 | 92.50 | 113.38 |

JM 9/10/02
COST CONTROL UNIT
DORMITORY AUTHORITY

**SECTION D: CONTRACTOR'S CERTIFICATION**
I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature: _____
Print Name of Authorized Representative: MICHAEL E. BOBAR
Print Title: PAYROLL MANAGER

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 499-7 ___
Qualified in West ___
Certificate Filed in ___
Commission Expires Aug 31, 2003

Sworn before me this ___ day of Sept 2002
_____ Notary Public

CCCU - 02-26-2001

Payroll taxes & insurance %'s apply to gross pay as follows

| Reg Time | 1½× | 2× |
|---|---|---|
| 30.48 | 54.82 | 71.35 |

SEP 05 2002 19:36

① One hour extra pay per day. 32.53 = $150/wk

TOTAL P.02
PAGE.02

150 / 35 = 1

** TOTAL PAGE.03 **

06/11/2002 13:47 FAX 518 257 3468          DASNY 3rd FLOOR                          ☑002

MAY 09 2002 14:45  FR GM CROCETTI          7189944505 TO 12126790037      P.03/03
                                                                          PAGE   2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207                                    **LABOR RATE WORKSHEET**

| Contractor Name: | G M CROCETTI INC | Date: | 5/8/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No: | |
| | BRONX N.Y. 10466 | Location: | BARUCH COLLEGE SITE B |
| Telephone No: | | | |

**LABOR RATE BREAKDOWN**    (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT
Check One Box Only:  Union Shop: ☒  Local #: 7
                     Open Shop:  ☐
Effective Dates for Wage Rates:  From  7/1/01  To  12/31/01

| | | | | REGULAR TIME | PREMIUM TIME |
|---|---|---|---|---|---|
| | | | | | Overtime Doubletime |
| **A. BASE RATE PER HOUR** | | | | $30.57 | $45.86  $61.14 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | 45.86 |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☑ | % | $ 5.60 | 5.60 | 11.60 | 11.20 |
| Pension | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☑ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| N.Y.L. BAC PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund (WHEN St FB.) | ☑ | % | $ .05 | .05 | .073 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| IMI | | % | $ .22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| (Identify Taxable Benefits) | | % | $ | | | |
| **B. TOTAL BENEFITS PER HOUR** | | | | $ 20.19 | $ 20.19 | $ 27.49 $ 30.99 |
| **PAYROLL TAXES AND INSURANCE** | | | | | | |
| FICA | | 7.65 % | | 2.40 | 3.15 | 5.42 |
| Federal Unemployment | | .80 % | | .27 | .40 | .53 |
| State Unemployment | | 3.70 % | | 1.26 | 1.80 | 2.46 |
| Workmen's Compensation | | 8.63 % | | 2.93 | 4.34 | 5.79 |
| Disability | | .40 % | | .14 | .14 | .14 |
| Gross Liability | | 4.50 % | | 2.21 | 2.21 | 2.21 |
| (hourly base rate plus taxable benefits) $ _____ times _____ | | 22.68 % | | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | $ 9.21 | $ 12.80 | $ 16.28 |
| **D. TOTAL LABOR RATE   (A + B + C) =** | | | | $60.17 | $ 87.05 | $ 100.41 |

JM 6/11/02

COST CONTROL UNIT
DORMITORY AUTHORITY

**SECTION D: CONTRACTOR'S CERTIFICATION**                 $60.17    $ 87.05   $ 103.41

I certify that the labor rates on this worksheet are the applicable prevailing wage rate, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

_Michael E. Boyle_
Signature
MICHAEL E. BOYLE
Print Name of Authorized Representative
PAYROLL MANAGER
Print Title

Sworn before me this 9 day of MAY 2002

_[signature]_
Notary Public

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 488-7785
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31. 2005

CCCU - 02-25-2001

① P/R TAXES & INS. %: apply to gross pay as follows

| | Reg Time | 1½ x | 2 x |
|---|---|---|---|
| | 33.99 | 50.78 | 66.50 |

JAN 08 2002 11:24

06/11/2002 13:48 FAX 518 257 3468    DASNY 3rd FLOOR    ☒003

MAY 09 2002 14:45 FR GM CROCETTI    7189944505 TO 12126790037    P.02/03
TO 12126790031
PAGE    2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| | | | |
|---|---|---|---|
| Contractor Name: GM Crocetti Inc. | | Date: 5/8/02 | |
| Address: 3960 Merritt Ave | | DASNY Project No: | |
| Bronx, NY 10466 | | Location: Baruch College Site B | |
| Telephone No: (718) 994-0900 | | | |

**LABOR RATE BREAKDOWN** (Use a separate sheet for each trade and classification)
Trade: Classoia Terrazzo Mechanic
Check One Box Only:    Union Shop: ☒  Local #: 7
                       Open Shop: ☐
Effective Dates for Wage Rates: From 1/1/01  To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME Overtime Doubletime |
|---|---|---|---|---|---|
| **A. BASE RATE PER HOUR** | | | | $31.88 | $47.82  $63.76 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | |
| Vacation & Holiday | ☑ | % | | 47.82 | |
| Health & Welfare | | % | $ 2.00 | 2.00 | 3.00  4.00 |
| Pension | | % | $ 5.60 | 5.60 | 11.20  11.20 |
| Annuity | | % | $ 4.15 | 4.15 | 4.15  4.15 |
| International BAC Pen | ☑ | % | $ 3.00 | 3.00 | 4.60  6.00 |
| Local P.A.C. | ☑ | % | $ .03 | .03 | .04  .06 |
| Surety Fund (Defense fund) | ☑ | % | $ .02 | .02 | .03  .04 |
| Travel Expense | ☑ | % | $ .05 | .05 | .025  .10 |
| International Pension | | % | $ 1.42 | 1.42 | 1.42  1.42 |
| IMI | | % | $ 1.50 | 1.50 | 1.50  1.50 |
| Promotional Fund | | % | $ .22 | .22 | .22  .22 |
| Building Fund | | % | $ .10 | .10 | .10  .10 |
| ✱Welfare  Sup. B. Fund | ☑ | % | $ .10 | .10 | .15  .20 |
| (Identify Taxable Benefits) | | % | $ 2.00 | 2.00 | 2.00  2.00 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 33.2829 | $33.14 | $39.24  $41.11 |
| **PAYROLL TAXES AND INSURANCE** ① | | | | | |
| FICA | | 7.65 % | | 2.70 | 26.39  5.29 |
| Federal Unemployment | | .80% | | .18 | 4.00  |
| State Unemployment | | 3.70% | | .42 | .72  |
| Workmen's Compensation | | 8.63% | | 1.31 | 1.93  2.56 |
| Disability | | .40% | | 3.05 | 4.51  5.97 |
| General Liability | | 6.50% | | .14 | .14  .14 |
| (hourly base rate plus taxable benefits) × above % | | 27.68% | | 2.29 | 2.29  2.29 |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | $ 9.77 | $13.29  $16.80 |
| **D. TOTAL LABOR RATE** (A+B+C) = | | | | $ 46.85 | |

**SECTION D: CONTRACTOR'S CERTIFICATION**

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

$101.84  $89.50  $111.55

Signature: _____
Print Name of Authorized Representative: Michael E. Rabal
Print Title: Payroll Manager

Sworn before me this 9 day of May 20__

Notary Public: _____

MICHAEL ZANZANO
Notary Public, State of New York
No. 60-468-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

✱ Supplemental Unemployment Benefit Fund

CCCU – 02-26-2001

① P/R Taxes & Insurance %'s apply to gross payroll of dollars
   Reg time   1½x   2x
   × 30       × 24   × 16

COST CONTROL UNIT
...ORY AUTHORITY
GM 6/11/02

SEP 26 2002 16:12  FR GM CROCETTI            7189944505 TO 15182573100        P.02/03



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: G.M. CROCETTI INC. | Date: 9/26/02 |
| Address: 3960 MERRITT AVENUE | DASNY Project No.: |
| BRONX NY 10466 | Location: BARUCH COLLEGE |
| Telephone No.: 718 994 0300 | |

**LABOR RATE BREAKDOWN** (Use a separate sheet for each trade and classification)
Trade: TERRAZZO MECHANIC - FOREMAN
Check One Box Only: Union Shop: ☒   Local #: 7
Open Shop: ☐
Effective Dates for Wage Rates: From 7/01/01 To 12/31/01

| A. BASE RATE PER HOUR | | | | REGULAR TIME $31.87 | PREMIUM TIME OVERTIME 47.82 | DOUBLETIME 63.25 |
|---|---|---|---|---|---|---|
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☐ | % | | | | |
| Health & Welfare | ☐ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Pension | ☐ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Annuity | ☐ | % | $ 4.15 | 4.15 | 4.45 | 4.15 |
| INT'L BAC PAC | ☑ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| LOCAL PAC | ☐ | % | $ .03 | .03 | .045 | .06 |
| DEFENSE FUND | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ .05 | .05 | .075 | .10 |
| INT'L PENSION | ☐ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| I.M.I | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| PROMOTIONAL FUND | ☐ | % | $ .22 | .22 | .22 | .22 |
| BUILDERS FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| WELFARE SUB FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 4.29 | 4.29 | 4.29 | 4.29 |
| **PAYROLL TAXES AND INSURANCE** | | | $ 24.48 | 32.68 | 35.8 | |
| FICA | | 7.65 % | | 3.04 | 4.25 | 5.45 |
| Federal Unemployment | | .80 % | | .32 | .45 | .59 |
| State Unemployment | | 3.20 % | | 1.47 | 2.05 | 2.73 |
| Workman's Compensation | | 8.65 % | | 3.43 | 4.90 | 6.37 |
| Disability | | .40 % | | .16 | .16 | .16 |
| | | 6.80 % | | 2.59 | 2.59 | 2.59 |
| | | % | | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | | | |
| **D. TOTAL LABOR RATE** (A + B + C) = | | | | 62.33 | 95.03 | 117.2 |

(hourly base rate plus taxable benefits) $_____ times _____ %

**SECTION D: CONTRACTOR'S CERTIFICATION**

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature _____
Print Name of Authorized Representative: MICHAEL E. BOBAL
Print Title: PAYROLL MANAGER

MICHAEL ZANZANO
Notary Public, State of New York  Sworn before me this 26 day of Sept 2002
No. 60 483-7703
Qualified in Westchester Co.        _____
Certificate Filed in Bronx Co.   Notary Public
Commission Expires Aug 31, 2003

JML 9/30/02

COST CONTROL UNIT
DORMITORY AUTHORITY

D/WK

CCCU - 02-26-2001

P/R TAXES & INSURANCE 9.5
APPLY TO GROSS TAXABLE
AS FOLLOWS:

| Reg Time | 1½ | 2.0 |
| 39.21 | 56.83 | 73.87 |

SEP 05 2002 19:36

COST CONTROL UNIT
DORMITORY AUTHORITY

TOTAL P.02
PAGE.02

```
Program ID . . : *P59010                                                    Report Date . : 12/24/03
Version  . . . : ZTBST01542                                                 Report Time . : 11:00:52


                                    Batch Multi Funding BE II
                                      MultiFunding Edit Run


        The Following Version Options Were Selected:
            Print Cover Page (Y/N) . . . . . . . .  Y
            Print Instructions (Y/N) . . . . . . .  N
            User Exclusive (0/1/2/3/4) . . . . . .  Y
            User ID. . . . . . . . . . . . . . . .  PVANGS

        The Following Forms Options Were Selected:
            Form Type. . . . . . . . . . . . . . .
            Maximum Form Width . . . . . . . . . .
            Maximum Form Length. . . . . . . . . .
            Location Form Page Overflow. . . . . .

        The Following Printer Options Were Selected:
            Print Queue. . . . . . . . . . . . . .
            Hold in Prt Queue (Y/N/S/T). . . . . .  Y
            Lines/Inch (6/8/9) . . . . . . . . . .
            Chars/Inch (10/15) . . . . . . . . . .
            Number of Report Copies. . . . . . . .  001

        The Following Processing Options Were Selected:
            MULTI-FUNDING PROCESS THE MULTI-Funding     1
                1. Enter a '1' for the MULTI-Funding
                   update procedure is to be run
                Note: A blank entry result in an
                      no update processing.

            CONTRACT IDENTIFICATION (REQUIRED):
                2. Enter the contract number.                61506
                3. Enter the coffrec (CoType). . . .         2S2
                4. Enter the coffrec (Cotype AMDMNT)         1277709999
               4A. Enter Project number associated
                   with contract to process.

            LEDGER TYPES (OPTIONAL):               More...
                5. Enter the BL/Job/Vendor Type Ledge        B1
                   Ledger (If blank, 'B1' will be used)
                6. Enter the G/Ledger Type to be             JA
                   used for the Project Budget Ledger
                   (If blank, 'JA' will be used)

            FISCAL DATE:
                9. Enter the fiscal date to be used
                   for this run. If left blank then
                   Today's date will be used.

            BUSINESS UNIT TYPE(S):                 More...
               10. Enter Valid Project Types for           PJ,PH
                   Multi Funding.
                   (If left blank Default will be 'PJ')
```

Program ID . . : *PS9010
Version . . . : ZTBSF01542

Batch Multi Funding BB II
Multi Funding Edit Run

Report Date . : 12/24/03
Report Time . : 11:00:52

JB,JH

11.) Enter up to 8 additional Job
     Types for Multi Funding.
     (Default will be - JB) blank

                         MORE

TERM or EMERGENCY PROCESSING
12) Enter a 'A' to process a Change
    Order or Amendment. Process another
    Project case if the contract were
    a Project Contract.
    Note Well: This option should only
    be used for work where Management
    has clearly authorized this amend-
    ment or change order.

CREDIT CHANGE PROCESSING

                      - MORE -

13) Enter a '1' to make sure that no
    single account PA in a Job
    becomes negative when a credit is
    applied. (Default is '1'.)                              1
    If you are going to charge this option
    that the credit is PAID immediately
    close a contract. This option to

                      - BOTTOM -

The Following Sequencing/Selection Options Were Selected:
                                                                                            Seq
                    Data Item        Selection Rel    Value . . . . . . .    Opt    No. Opt

Order Number . . . . . . . . . .                                                     1
Order Type . . . . . . . . . . .                                                     2
Order Suffix . . . . . . . . . .                                                     3

The Following Report Distributions were Entered:
** None Selected **

```
59010                                    DORMITORY AUTHORITY OF NYS                                    Page No. . . :     3
                                            Budget Edit Batch                                          Date . . . : 12/24/03
                                          Multi Funding Edit Run

Contract  Order  Or   Line      Project       Fund      Obj   Sub   Line                                    Extended
Number    CO     Co   Number    Number        Number    Acct        Description                               Price
-------- ------ ---- ------- ------------- ------------- ----- ----- ------------------------------------- -----------
  61506  99999   ZS   .001  1277709999  1277700604.000             Header

        Status:              Account Number                 Contract Line Has Been Funded

  61506  99999   ZS   .002  1277709999  1277700624.1331  51000192  PAYMENT LINE FOR COH 202               7,962.00

        Status:              Account Number  1277709999.1331 51000192
                                             Contract Line Has Been Funded

  61506  99999   ZS   .003  1277709999  1277700624.1332  51000192  PAYMENT LINE FOR COH 202               1,971.00

        Status:              Account Number  1277709999.1332 51000192
                                             Contract Line Has Been Funded
                                                                         -----------
                             Total Amount Has Been funded:                  9,933.00
```

59019

DORMITORY AUTHORITY OF NYS
Budget Edit II Batch
Multi Funding Edit Run

Date . . . 12/24/03
Time . . . 11:01:40

For Contract: 00061506 2S 202

Amount in Contract:          .00
Amount in CR/Pending:   9,933.00

| | Budget Category | | Project |
|---|---|---|---|
| | 6 | | 1277709999 |
| | 5 | | 1277709999 |

For Project: 1277709999

| Budget Category | JA Ledger (Current Budget) | PA Ledger (Committed) | AA Ledger (Invoiced) | PB Ledger (Pending) | Remaining Budget |
|---|---|---|---|---|---|
| 10 | .00 | .00 | .00 | .00 | .00 |
| 15 | .00 | .00 | .00 | .00 | .00 |
| 2 | 25,512,490.07 | 75,258.39 | 25,437,231.68 | .00 | .00 |
| 3 | 21,565,287.00 | 172,179.16 | 20,429,972.45 | .00 | 963,135.39 |
| 4 | 13,740,000.00 | 67,808.68 | 13,665,797.13 | .00 | 6,394.19 |
| 5 | 235,008,857.00 | 1,477,616.34 | 224,446,555.05 | 947,365.59 | 8,137,320.02 |
| 6 | 30,720,866.00 | 279,237.59 | 30,414,708.99 | .00 | 26,919.42 |
| 71 | 26,452,999.93 | 150,087.56 | 25,932,767.69 | .00 | 370,144.68 |
| 79 | 300,500.00 | 81.00 | 249,625.46 | .00 | 50,793.54 |
| 8 | .00 | .00 | .00 | .00 | .00 |
| 9 | .00 | .00 | .00 | .00 | .00 |
| | 353,301,000.00 | 9,386,763.56 | 479,168,087.27 | 947,365.59 | 9,554,707.24 |

For Job:

| | BJ Ledger (Current Budget) | PA Ledger (Committed) | AA Ledger (Invoiced) | Remaining Budget |
|---|---|---|---|---|
| 1277700604 | 17,907,000.00 | 143,347.25 | 17,762,011.81 | 1,640.94 |
| 1277700624 | 115,780,055.03 | 618,179.38 | 115,013,699.69 | 148,175.96 |
| 1277700650 | 25,481,144.97 | 97,785.30 | 25,380,086.78 | 3,272.89 |
| 1277700664 | 110,650,000.00 | 596,828.98 | 110,012,988.49 | 40,182.53 |
| 1277700670 | 24,388,000.00 | 571,349.82 | 23,749,604.92 | 67,045.26 |
| 1277702805 | 48,594,800.00 | 194,777.99 | 48,274,565.84 | 125,456.17 |
| 1277700937 | 400,000.00 | .00 | 383,700.92 | 16,299.08 |
| 1277703835 | 3,000,000.00 | .00 | .00 | 3,000,000.00 |
| 1277705219 | 7,100,000.00 | .00 | .00 | 7,100,000.00 |
| 1277709999 | .00 | .00 | .00 | .00 |
| | 353,301,000.00 | 11,609,032.28 | 819,744,745.72 | 9,554,707.24 |