# Exhibit 17

# Part A

## DORMITORY AUTHORITY – STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

### CHANGE ORDER

DEC – 9 2002

TO:  Contractor:     Trataros Construction, Inc.
    Street:              664 64ᵗʰ Street
    City State Zip:    Brooklyn, NY  11220
    Original Contract Date
    Original Contract Amount:    $24,140,000
    Current Contract Amount:

Change Order No:        GC2-187 ~~(055)~~ (062)
JD Edwards Change Request No: 1019
JD Edwards Contract No:        61506
JD Edwards Project No:         12777099999
Total Approved Change Order:

SUPPLIER 107895

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College Site-"B"**

Description of Work: Provide all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor. This work was recorded on a time and material ticket basis.

Full consideration for this change order shall be an **INCREASE** of the original contract amount by:

Dollars

Labor    = $   16,321.00
Material = $    4,399.00
Total    = $   20,720.00                    57000056

**Increase** of the Contract completion date by _0_ days.  In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns from any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

**Recommended by:**                                    **Accepted by:**

**CONSTRUCTION MANAGER OR ARCHITECT**                  **CONTRACTOR**

TDX Construction Corp.                                 Trataros Construction, Inc.

**By** _____  Name _____  11/12/02          **By** _____  Name _____  11/12/02
                              Date                                              Date

**INSTITUTION (WHERE REQUIRED)**                       **Approved by: DORMITORY AUTHORITY**

_____                                By _____  12/9/02
Name                                                   Chief Project Manager, CUNY Program

_____                                _____
Date                                                   Title

Dormitory Authority Use Only:

ALT  BAC  BND  CLA  CLO  COM   COR  DE  DO  EMR  (FLD)  INF  INS  OFS  PRG

* See Trataros proposal which includes a statement regarding additional cost & time extension.

** SEE TDX MEMO REGARDING contractor's statement

A P P R O V E D
By _____ JM  12/17/02
CM _____  7/12/01

DEC 2 4 2002
MM

CONTRACT & CLAIMS UNIT
DORMITORY AUTHORITY

```
5301P                      DORMITORY AUTHORITY OF NYS                                    Page   :
                           Print Change Request Summary                                  Date   :    12/06/02
```

| | | |
|---|---|---|
| Job Number. . . . . : | 1277709999  BARUCH-Site B Facility | Chg Group . . . . : C   CHANGE ORDER |
| Change Number . . . : | 100019 | Priority Code . . : C |
| Description . . . . : | Trataros GC2-182 | Complete Number . : |
| Originator# . . . . : | 1003005  Trataros Construction Inc | Ref Number . . . . : |
| Originator . . . . : | Markowitz, Wayne H. | Owner Number . . . : |
| Approval Date . . . : | 12/02/02 | Cost Change Reqd . : |
| Initiated By. . . . : | FLD    C.O.Field Conditions | Area Code. . . . . : |

CHANGE REQUEST DESCRIPTION

Repair damaged terrazzo base caused by unidentified trades
and repair cracks in the existing floor slab in the B-3
level prior to the installation of the terrazzo floor. This
work was recorded on a time and material ticket basis and
is the result of field conditions in the amount of
$20,720.

CHANGE REQUEST LOG DETAIL

| # | Description | S T | Explanation | Issue | Dates Expired | Required | P E | Cat CD1 | Cat CD2 |
|---|---|---|---|---|---|---|---|---|---|
| A | Change Notice | Y | WMarkowitz | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval<$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | Y | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Receive Cost Proposal | Y | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Review Cost Proposal | Y | WMarkowitz | | | 10/31/02 | N | | |
| C | Rec'd C.O. from Contractor | Y | WMarkowitz | | | 11/12/02 | N | | |
| C | Director/Chief Approval | Y | Jay Goldstein | | | 12/04/02 | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

CHANGE REQUEST DETAIL

```
                        . . . . . Cost . . . . .          . . . Revenue. . .          Buyout . . . . . . .
```



| Description | Amount | S LT | Amount | S LT | Amount | S LT | Amount | S LT |
|---|---|---|---|---|---|---|---|---|
| Construction | | | | | 20,720.00 | | .0000 A | |

Qty/UM/Unit Price
Account
Sbi/Type/Date

5301P

DORMITORY AUTHORITY OF NYS
Print Change Request Summary

Page  :
Date  :  12/02/02

```
Job Number . . . . :  1277709999  BARUCH-Site B Facility        Chg Group Code . . . . :  C  CHANGE ORDER
Change Number . . :  1019                                       Property? Code . . . . :
Description . . . :  Tr0089S  GC2 -Statewide Construction Inc    Ref. Number . . . . . :
Originator# . . . :  10089S    Markowitz, Wayne H.              Owner Number . . . . . :
SOO/C/D Date . . :  12/03/02                                    Owner Change Reqd . . :
Approval Date . . :  12/02/02                                   Code . . . . . . . . . :
Initiated By . . :  FLD       C.O.-Field Conditions            Area . . . . . . . . . :
```

CHANGE REQUEST DESCRIPTION

Repair damaged terrazzo base caused by unidentified trades
and repair cracks in the existing floor slab in the B-3
level prior to the installation of the terrazzo floor. This
work was recorded on a time and material ticket basis and
is the result of field conditions in the amount of
$20,720.

CHANGE REQUEST LOG DETAIL

| L | Description | S T | Explanation | Issue | Dates Expired | Required | P E | Cat CD1 | Cat CD2 |
|---|---|---|---|---|---|---|---|---|---|
| A | Change Notice | Y | WMarkowitz | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval<$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | N | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Receive Cost Proposal | N | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Review Cost Proposal | N | WMarkowitz | | | 11/12/02 | N | | |
| C | Rec'd C.O. from Contractor | N | WMarkowitz | | | | N | | |
| C | Director/Chief Approval | N | Director/Chief Name Here | | | | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

CHANGE REQUEST DETAIL

Cost . . . . . . . . . . . . . . . . .    Revenue. . . . . . . . . . . . . . . . .    Buyout . . . . . . . . . .



Description                    Amount        S T LT        Amount        S T LT        Amount        S T

Construction
Qty/UM/Unit Price
Account
Sbl/Type/Date

20,720.00                                                                              .0000 A

# TDX CONSTRUCTION CORPORATION

## BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO:  GC2-182

IN ORDER OF APPEARANCE:

[X]    ORIGINAL SIGNED CHANGE ORDER:

[X]    CHANGE ORDER COST REVIEW CERTIFICATION:

[X]    CHANGE ORDER MEMORANDUM:

[X]    DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]    COPY OF TDX LETTER OF DIRECTIVE DATED:      7/12/01

[X]    COPY OF TDX CHANGE ORDER ESTIMATE:

[X]    COPY OF CONTRACTORS PROPOSAL DATED 10/31/02 IN THE AMOUNT TOTAL $20,732.14.

[X]    REFERENCE DOCUMENTS:      ATTACHED

[X]    WAGE RATES:      APPROVED

# DORMITORY AUTHORITY STATE OF NEW YORK
## CHANGE ORDER COST REVIEW CERTIFICATION

PROJECT:   BARUCH COLLEGE - SITE "B"                    ND# __1288__          CR# __

CONTRACTOR FILING CLAIM:   **Trataros Construction, Inc.**     COST:   **$20,720.00**

CHANGE ORDER NO:    __GC2-182__      ORIGINAL CONTRACT NO:    __61506__

DESCRIPTION OF CHANGE ORDER WORK:

Provide all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor. This work was recorded on a time and material ticket basis.

This is to certify that the following applicable reviews have been made relative to the contractor's cost calculation for the above change order.

**YES    NO**

_X_   ____1. Unit rates from construction applied (where applicable)

_X_   ____2. Wage rates correct / Man hours reasonable.

_X_   ____3. Material prices verified and reasonable.

_X_   ____4. Rental rates verified and reasonable.

_X_   ____5. Percentage mark-ups applied properly as per General Conditions.

Based on the above reviews, the following recommendation is hereby made to the Dormitory Authority regarding the disposition of said Change Order.

_X_  1. Change Order should be approved.
____  2. Change Order should be deferred for approval subject to the following modifications:

This cost review completed by:          James Grundvig

Representing the:  Architect:_____  Construction Manager: _X_ Other:_____

Signature of reviewing person: _____

Acknowledge by Dormitory Authority: _____

Date:_____   Disposition Approved:_____   Deferred:_____

C.A. _____           Date __12/20/02__

# TDX CONSTRUCTION CORPORATION

## MEMORANDUM

**DATE:**       **November 1, 2002**

**TO:**         Nick D'Ambrosio

**FROM:**       Ray Leu

**JOB:**        **Baruch College - Site B**

**RE:**         **GC2-182,  ND #1288**

..........................................................................................................

This memorandum is in reply to contractor's comment inserted at the bottom front of this page of change order.

We have considered the contractor's comment along with the included statement.  Any time impact to the contract or any cost with an extension of time to the contract is not acknowledged and has not been determined at this time.  Appropriate consideration will be made at a future date in accordance with contractual obligations for any time impact to the contract and cost associated with same.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**    November 1, 2002

**TO:**    Nick D'Ambrosio

**FROM:**    Ray Leu

**JOB:**    **Baruch College - Site B**

**RE:**    **GC2-182, ND #1288**

...........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $20,720.00 is for providing all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor. This work was recorded on a time and material ticket basis.

During the course of construction, some of the terrazzo base was damaged by unidentified trades and needs to be repaired. The Contractor was directed to make these repairs and we could not identify the responsible parties for appropriate backcharge.

The Contractor noticed large cracks in the existing floor slab of the B-3 level that would be detrimental to their terrazzo flooring system. Before the underlayment was to be placed, the cracks had to be repaired. The Contractor chipped and routed out the cracks, which for the most part took place along the column lines, from north to south. These V-shaped joints were cut out and filled with epoxy grout. The Contractor also installed wire mesh along with the waterproofing membrane system to reinforce the underlayment where smaller cracks were noticed on the existing B-3 level floor slab. All of this repair work was not shown in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Field X.

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO:    **GC2-182**

CONTRACTOR:    **Trataros Construction, Inc.**

DESCRIPTION OF CHANGE:

Provide all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor. This work was recorded on a time and material ticket basis.

REASON FOR CHANGE:

During the course of construction, some of the terrazzo base was damaged by unidentified trades and need to be repaired. The Contractor was directed to make these repairs and we could not identify the responsible parties for appropriate backcharge.

The Contractor noticed large cracks in the existing floor slab of the B-3 level that would be detrimental to their terrazzo flooring system. Before the underlayment was to be placed, the cracks had to be repaired. The Contractor chipped and routed out the cracks, which for the most part took place along the column lines, from north to south. These V-shaped joints were cut out and filled with epoxy grout. The Contractor also installed wire mesh along with the waterproofing membrane system to reinforce the underlayment where smaller cracks were noticed on the existing B-3 level floor slab. All of this repair work was not shown in the contract documents.

RECORD OF NEGOTIATIONS:

The Contractor submitted a proposal dated 10/31/02 in the amount total $20,732.14.
TDX estimated the cost to be $20,720.00.
The Contractor accepted the estimate.

# TDX DIRECTIVE

## Dated:    7/12/01

## Change Order No.:   GC2-182

 **TDX** CONSTRUCTION CORPORATION

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com

July 12, 2001

Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn: John Clarke

RE:  *Baruch College - Site "B"*
Contract No. 16 - G. C. #2
ND #1288

Gentlemen:

You are hereby directed to repair the terrazzo base through out the building that was damaged by others.

Please proceed immediately and advise if there is any cost impact to your contract.

Very truly yours,
*TDX Construction Corporation*

John J. McCullough, P.E.
Project Manager

RL/kdl
Cc:   N. D'Ambrosio
      J. Barrera
      T. Mockler
      J. Jones, Jr.
      ND #1288

Ltr Trataros ND#1288

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:   GC2-182

1

 **TDX CONSTRUCTION CORPORATION**

**DATE:**          **10/15/02**

**PROJECT: BARUCH COLLEGE SITE 'B'**
**SUBJECT:  ND# 1288 -- GC2-182 (CROCETTI - T&M)**

### T&M TICKETS: TERRAZZO FLOORING

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|---|---|---|---|---|
| I.    Material | 1 | ls | $  3,464.00 | $     3,464.00 |
| II.   Labor | | | | |
| Mechanic Foreman | 68 | hr | $    67.37 | $     4,581.16 |
| Mechanic | 33 | hr | $    61.84 | $     2,040.72 |
| Finisher Foreman | 28 | hr | $    65.69 | $     1,839.32 |
| Finisher | 56 | hr | $    60.17 | $     3,369.52 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL BASE (I & II) =** | | | | | | $ | **15,294.72** |
| OH&P          20% | | | | | | $ | 3,058.94 |
| **PREMIUM TIME:** | | | | | | $ | 30,589.44 |
| Mechanic Frm'n | 7 | $ | 27.68 | | | $ | 193.76 |
| Mechanic | 7 | $ | 27.66 | | | $ | 193.62 |
| Finisher Form'n | 7 | $ | 26.91 | $ 188.37 | 7 | $  48.19 | $ 337.33 | $ | 525.70 |
| Finisher | 7 | $ | 26.88 | | | $ | 188.16 |
| **TOTAL (PREMIUM TIME) =** | | | | | | $ | **1,101.24** |
| **TOTAL (SUBCONTRACTOR) =** | | | | | | $ | **19,454.90** |
| GC MARKUP 10,5,3% = | | | | | | $ | 1,264.74 |

| | | |
|---|---|---|
| **TOTAL =** | $ | **20,720** |

2

## I.  MATERIAL

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|------|-----|------|---------|-----------|
| Epoxy | 2 | gal | $    28.00 | $      56.00 |
| Mesh | 18 | roll | $    40.00 | $     720.00 |
| Membrane | 28 | roll | $    96.00 | $   2,688.00 |

**TOTAL (I) =**                **$    3,464.00**

| TICKET | DATE | ITEM | QTY | UNIT | AMOUNT | TOTAL |
|--------|------|------|-----|------|--------|-------|
| 3134 | 11/20/01 | Epoxy | 2 | gal | 1 | 2 |
| " | " | Mesh | 18 | roll | 1 | 18 |
| " | " | Membrane | 28 | roll | 1 | 28 |

## II.  LABOR

| TICKET | DATE | M. FRMN | MECH. | FIN. FRMN | FINISHER |
|--------|------|---------|-------|-----------|----------|
| 3116* | 12/1/01 | | | 7 | |
| 3117* | 12/2/01 | | | 7 | |
| 3118 | 12/3/01 | 7 | | 7 | |
| 3132 | 12/3/01 | 7 | 7 | | 14 |
| 3119 | 12/4/01 | 7 | | 7 | |
| 3133* | 12/8/01 | 7 | 7 | | 7 |
| 3131 | 12/11-12/01 | 12 | 12 | | |
| 3134 | 12/12/01 | 7 | 7 | | 14 |
| 3574 | 1/17/02 | 7 | | | 7 |
| 3575 | 1/18/02 | 7 | | | 7 |
| 3576 | 1/21/02 | 7 | | | 7 |

*Note: Premium Time Tickets not paid under ND #1643.

**TOTAL (II) =**      **68**      **33**      **28**      **56**

## II.  LABOR

| TICKET | DATE | M. FRMN | MECH. | FIN. FRMN | FINISHER |
|--------|------|---------|-------|-----------|----------|
| 3116* | 12/1/01 | | | 7 | |
| 3117* | 12/2/01 | | | 7 | |
| 3133* | 12/8/01 | 7 | 7 | | 7 |

**TOTAL (PT) =**      **7**      **7**      **14**      **7**

**WORK ORDER**
**3116**

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME Baruch College | JOB NO. 95-106 | DATE 12/6/01 |
|---|---|---|
| ADDRESS 25 Lex. Ave. NYC | PREPARED BY R. Gandhen | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Pa/Aroos Const. SAT | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/1 | PX NO. (PENDING EXTRA) NO #L522 1523 |

Worked on 13-3 cutting V Joints in floor

## LABOR SUMMARY

| T | M | TR | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS REG | PRE | DE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GENERAL FOREMAN | | | | | | | |
| | | | | | MECHANIC FOREMAN | | | | | | | |
| | | | | | MECHANIC | | | | | | | |
| | (PS) | 1 | | | FINISHER FOREMAN | 1 | | 7 | | | 7 | |
| | | | | | FINISHER | | | | | | | |
| | | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | | TRUCK DRIVER | | | | | | | |
| | | | | | WAREHOUSE | | | | | | | |
| | | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL ➤ | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Anthony Moch

Customer authorized representative (sign)         (Print)

G.M.C. Representative



**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3117

| PROJECT NAME Barvch College | JOB NO. 9%-106 | DATE 12/6/01 |
|---|---|---|
| ADDRESS 25E LLEX AVE NYC | PREPARED BY R. Gandner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO TRATAROUS CONST. SCH | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/2 | PX NO. (PENDING EXTRA) NDA 1523 |

Cutting V Joints on B-3 Level

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | RT | PT | DT |
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | | MECHANIC FOREMAN | | | | | | | |
| | | | | MECHANIC | | | | | | | |
| | PS1 | | | FINISHER FOREMAN | 1 | | | 7 | | | 7 |
| | | | | FINISHER | | | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Anthony Moral

Customer authorized representative (sign)                (Print)

G.M.C. Representative

# crocetti

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3118

| | |
|---|---|
| PROJECT NAME Baruch College | JOB NO. 98-106     DATE 12/6/01 |
| ADDRESS 25 & Lex Ave NYC | PREPARED BY K Gardner |
| FLOOR/LEVEL          SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Tra Jarous Const. | ATTENTION |
| DESCRIPTION OF WORK      DATE WORK PERFORMED 12/3 | PX NO. (PENDING EXTRA)  NO #1592 1523 |

V-cut & Epoxy Joints      B-3 Level

## LABOR SUMMARY

| T | M | G | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | ⊕ | 1 | MECHANIC FOREMAN | 1 | 7 | | 7 | | | 1 |
| | | | | MECHANIC | | | | | | | |
| | | ⊕ | 1 | FINISHER FOREMAN | 1 | 7 | | 7 | | | |
| | | | | FINISHER | | | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

Prepare a separate work order daily for each job.
Do not combine jobs/days

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

# WORK ORDER
## 3132

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME: Baruch College | | JOB NO. 98-106 | DATE 12/12/01 |
|---|---|---|---|
| ADDRESS 25½ Lex Ave. NYC | | PREPARED BY R. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO Trataros Const. Mgn | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/3 | PX NO. (PENDING EXTRA) | NO ~~TESS~~ 1523 |

To install membrane with mesh on B-3

## LABOR SUMMARY

| Ti | M | P | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS RT | PRE | DTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | P1 | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | | P1 | | MECHANIC | 1 | 7 | | | 7 | | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | | P | 2 | FINISHER | 2 | 14 7 | | | 14 | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_Anthony Moaller_
Customer authorized representative (sign)                    (Print)

G.M.C. Representative

# crocetti
**C E R A M I C**
**M A R B L E**
**G R A N I T E**
**T E R R A Z Z O**

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3119

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98-106 | DATE 12/6/01 |
|---|---|---|
| ADDRESS 25ST & LEX AVE. NYC | PREPARED BY R. GARDNER | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO TRATAROUS Const. | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/4 | PX NO. (PENDING EXTRA) NO H~~__~~ 1523 |

V-CUT & Epoxy Joint. In 3 Loca   B-3 LEVEL

## LABOR SUMMARY

| T | M | TR | E | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS REG | PREM | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | (A) | | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | | | | MECHANIC | | | | | | | |
| | (B) | 1 | | FINISHER FOREMAN | 1 | 7 | | | 7 | | |
| | | | | FINISHER | | | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)          (Print)

G.M.C. Representative



**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3133

| PROJECT NAME Baruch College | JOB NO. 98-106 | DATE 12/12/01 |
|---|---|---|
| ADDRESS 25st & Lex Ave NYC | PREPARED BY R Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Tratarous Const. Att | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/8 | PX NO. (PENDING EXTRA) NO 1523 |

Install membrane with mesh on B-3

## LABOR SUMMARY

| | M | B | T | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | P.S. | | 1 | MECHANIC FOREMAN | 1 | | 7 | | | 7 | |
| | P.S. | | 1 | MECHANIC | 1 | | 7 | | | 7 | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | P.S. | | 1 | FINISHER | 1 | | 7 | | | 7 | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SALES TAX | |

*"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."*

Prepare a separate work order daily for each job.
Do not combine jobs/days.

| | TOTAL | |
|---|---|---|

Customer authorized representative (sign) _____    (Print) _____

G.M.C. Representative