# Exhibit 17

# Part B

# WORK ORDER
## 3131

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME *Baruch College* | JOB NO. *98-106* | DATE *12/12/01* |
|---|---|---|
| ADDRESS *25 & Lex Ave NYC* | PREPARED BY *R Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO *Trataros Const* | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED *12/11 – 12/12* | PX NO. (PENDING EXTRA) *ND1523* |

*Cut Terrazzo Base To Fit Circular Brick Wall on B-3*

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | PX1 | | | MECHANIC FOREMAN | 1 | 12 | | | 12 | | |
| | PX1 | | | MECHANIC | 1 | 12 | | | 12 | | |
| | | | | FINISHER FOREMAN | | | | | | | |
| | | | | FINISHER | | | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | *Cut* *B to fit* | | | | | | |
| | | | | TRUCK DRIVER | *Circula* *Brick Wall* | | | | | | |
| | | | | WAREHOUSE | *on* *B-3* | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

# WORK ORDER
## 3134

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME *Baruch College* | JOB NO. *98-106* | DATE *12/12/01* |
|---|---|---|
| ADDRESS *25 Lex Ave NYC* | PREPARED BY *R Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO *Tratarous Const* | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED *WID 12/12* | PX NO. (PENDING EXTRA) *ND 153* |

*Install membrane with mesh on B-3 level*

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS REG | 1½ | DT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | | | |
| 28 | 1 | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| 28 | 1 | | MECHANIC | 1 | 7 | | | 7 | | |
| | | | FINISHER FOREMAN | | | | | | | |
| 28 | 2 | | FINISHER | 2 | 7 | | | 14 | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 28 | Units of Membrane | | |
| 8 | Rolls Mesh | | |
| 2 | Units of Epoxy (for cracks) | | |
| | | SALES TAX | |
| | | TOTAL | |

*"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification"*

Prepare a separate work order for each job.
Do not combine jobs/days.

_____    _____
Customer authorized representative (sign)          (Print)

_____
G.M.C. Representative

# crocetti

CERAMIC
MARBLE
GRANITE
TERRAZZO

**WORK ORDER**
**3574**

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

ND # 1288

| PROJECT NAME | BARUCH COLLEGE | JOB NO. 98-106 | DATE 1/28/02 |
|---|---|---|---|
| ADDRESS | 25ST + LEX AVE NYC. | PREPARED BY R. GARDNER | |
| FLOOR/LEVEL | SPACE/AREA | | |
| SEND INVOICE TO | | ATTENTION | |
| Tra Taraus Const. | | | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/17 Thru | PX NO. (PENDING EXTRA) | |

floor. 2 & Ground - Patch Epoxy floor BASE chiped Nosing on STEP

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREMIUM HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | | | |
| | | 1 | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | | | MECHANIC | | | | | | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | | 1 | FINISHER | 1 | 7 | | | 7 | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | EXTRA | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Anthony Moccelar

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

**crocetti**

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466
Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**3575**

ND # 1288

| PROJECT NAME Baruch College | JOB NO. | DATE 1/28/02 |
|---|---|---|
| ADDRESS 25st x Lex Ave NYC | PREPARED BY J. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Tratarous Const | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/18 thru | PX NO. (PENDING EXTRA) |

Patching & Grinding Base-Floor & Nosein on Steps
B-1 - B-2

## LABOR SUMMARY

| | NO. | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | | |
| | 1 | MECHANIC FOREMAN | 1 | 7 | | | 7 |
| | | MECHANIC | | | | | |
| | | FINISHER FOREMAN | | | | | |
| | 1 | FINISHER | 1 | 7 | | | 7 |
| | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | MARBLE POLISHER (SHOP) | | | | | |
| | | TRUCK DRIVER | | | | | |
| | | WAREHOUSE | | | | | |
| | | FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Extra | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)    (Print)

G.M.C. Representative

**crocetti**

WORK ORDER
3576

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

CERAMIC
MARBLE
GRANITE
TERRAZZO

ND # 1288

| PROJECT NAME Baruch College | JOB NO. 98-106 | DATE 1/28/02 |
|---|---|---|
| ADDRESS 25 st & Lex Ave. NYC. | PREPARED BY R. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO TraTarous Const | | ATTENTION |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/21 MON | PX NO. (PENDING EXTRA) |

Grind & patch Epoxy floor - Base - step mosery B-2 -B3

### LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF DEPARTMENT | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS STR. | DT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | |
| | | 1 | | MECHANIC FOREMAN | 1 | 7 | | | 7 | |
| | | | | MECHANIC | | | | | | |
| | | | | FINISHER FOREMAN | | | | | | |
| | | 1 | | FINISHER | 1 | 7 | | | 7 | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | |
| | | | | TRUCK DRIVER | | | | | | |
| | | | | WAREHOUSE | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Extra | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

# <u>Contractor's Proposal</u>

## <u>Dated:   10/31/02</u>

## <u>Change Order No.:  GC2-182</u>

10/31/02  THU 10:31 FAX 539 9961          TRATAROS CONST BARUCH                    ☐002

# Trataros Construction, Inc.

c/o Baruch College
55 Lexington Avenue
New York, New York 10010
Tel.: (646)935-0101   Fax.: (646)935-0757

October 31,2002

TDX
137 East 25th Street
New York, New York 10010

Att:    Mr. Ray Leu

Re:    **Baruch Academic Complex**
       **GC 2 - Contract #16**
       **Change Order Proposal #351**
       **Title:    Crocetti T&M Invoices**

Dear Mr. Leu:

We hereby submit costs submitted by GM Crocetti for additional work performed on a time and material basis. Ticket nos. 3116 - 3119, 3131 - 3134 and 3574 - 3576 have been included in this proposal.

Our cost for the above mentioned totals ($20,732.00) Twenty thousand, seven hundred and thirty two dollars. See enclosed itemized breakdown provided by GM Crocetti.

| | | |
|---|---|---|
| Subcontractor Base Cost (Labor & Material) | $ | 15,304.72 |
| Subcontractor Premium Cost | $ | 1,101.24 |
| Subcontractor OH&P on Base Cost | $ | 3,060.94 |
| GC Overhead & Profit | $ | 1,265.24 |
| **Total** | $ | 20,732.14 |

Please also be advised that, not withstanding the release and schedule analysis contained in this proposal, this proposal does not include costs associated with any cost or time impact which the work encompassed therein may have on the contract work or work encompassed by any other changes, and Trataros Construction reserves its rights concerning any such impact, as well as its right to seek an appropriated extension of time.

Sincerely,

Athena Curis
Project Manager

cc:    TCI Office - files
encl.:    Ticket nos. 3116-3119, 3131-3134, 3574-3576

10/31/02  THU 10:31 FAX 539 9961    TRATAROS CONST BARUCH    @003

** TOTAL PAGE.02 **

TC1 #251

Page 1

| GMC WO#(s) | GMC Invoice | Baruch College Request for Proposal Dated 10/02/02 | Premium Time | | | | | Straight Time | | | | | Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mechanic Foreman Hours | Mechanic Hours | Finisher Foreman Hours | Finisher Foreman Double Time | Finisher Hours | Machado Foreman Hours | Machado Hours | Finisher Foreman Hours | Finisher Hours | Plaster Hours | |
| 3116 | C-11843 | Cut "V" Joints @ Premium Time Sat. 12/1/01 | | | | | | | | | | | |
| 3117 | C-11844 | Cut "V" Joints @ Double Time Sun. 12/2/01 | | | 7 | | | | | 7 | | | |
| 3116 | C-11845 | Cut "V" Joints & Epoxy Joints on Level B-3 | | | | 7 | | | | 7 | | | |
| 3116 | C-11846 | Cut "V" Joints & Epoxy Joints on Level B-3 | | | | | | | | 7 | | | |
| 3131 | C-11848 | Cut Terrazzo Base to Fit Circular Wall on B-3 | | | | | | 12 | 12 | | | | |
| 3133 | C-11849 | Installed Membrane w/Mesh @ B-3 Sat.12fr. | 7 | | | | 7 | 7 | 7 | | | 14 | 3,474.00 |
| 3134 | C-11870 | Installed Membrane w/Mesh on Level B-3 | | | | | | 7 | | | | 7 | |
| 3674 | C-11991 | Repairing/Grinding - Chipped Steps/Floor | | | | | | 7 | | | | 7 | |
| 3875 | C-11993 | Patching/Grinding of Base, Floor & Steps | | 7 | | 7 | 7 | 7 | 7 | | | 7 | |
| 3876 | C-11995 | Patching/Grinding- Chipped Steps/Floor | | | | | | 7 | 7 | | | 7 | |
| 3132 | | Installed Membrane w/Mesh on Level B-3 | 7 | | | | 7 | 7 | 7 | 7 | | 14 | |
| | | Total Hours | 7 | 7 | 7 | 7 | 7 | 68 | 33 | 28 | 7 | 56 | $3,474.00 |

**Premium Time/Double Time**

| 7 Premium Time Mechanic Foreman Hours | @ $27.86 | = | $193.76 | |
| 7 Premium Time Mechanic Hours | @ $27.69 | = | $193.82 | |
| 7 Premium Time Finisher Foreman Hours | @ $26.91 | = | $188.37 | |
| 7 Double Time Finisher Foreman Hours | @ $46.18 | = | $323.26 | |
| 7 Premium Time Finisher Hours | @ $26.88 | = | $188.16 | |
| | | | $1,161.24 | |

**Straight Time**

| 68 Machado Foreman Hours | @ $67.37 | = | $4,581.16 | |
| 33 Machado Hours | @ $61.84 | = | $2,040.72 | |
| 28 Finisher Foreman Hours | @ $65.69 | = | $1,839.32 | |
| 56 Finisher Hours | @ $60.17 | = | $3,369.52 | |
| | | | $11,830.72 | |
| Material = | | | $3,474.00 | |
| | | | $15,304.72 | |
| 10% Overhead = | | | $1,530.47 | |
| 10% Profit = | | | $1,530.47 | |
| | | | $18,365.66 | |

Grand Total =    $18,465.60

88106

OCT 31 2002 10:21   FR GM CROCETTI          718994545 TO 16463121211         P.02/02

# Reference Documents

## Change Order No.:  GC2-182

### DRAWINGS:

**A-101**  2ND SUBCELLAR / B3 FLOOR PLAN
**A-102**  SUBCELLAR / B2 FLOOR PLAN
**A-103**  CELLAR / B1 FLOOR PLAN
**A-104**  GROUND FLOOR PLAN
**A-105**  2ND FLOOR PLAN









# **Approved Wage Rates**

## **Change Order No.:    GC2-182**

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: G.M. CROCETTI INC | Date: 9/26/02 |
|---|---|
| Address: 3960 MERRITT AVENUE | DASNY Project No.: |
| BRONX NY 10466 | Location: BARUCH COLLEGE |
| Telephone No.: 718 994 0900 | |

LABOR RATE BREAKDOWN    (Use a separate sheet for each trade and classification)
Trade: TERRAZZO MECHANIC - FOREMAN
Check One Box Only:    Union Shop: ☒  Local #: 7
                       Open Shop: ☐
Effective Dates for Wage Rates:   From 7/01/01   To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME OVERTIME | PREMIUM TIME DOUBLETIME |
|---|---|---|---|---|---|---|
| A. BASE RATE PER HOUR | | | | $31.87 | 47.82 | 63.75 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity INT'L BAC PAC | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| LOCAL PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| DEFENSE FUND | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ .05 | .05 | .075 | .10 |
| INT'L PENSION | ☐ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| I.M.I | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| PROMOTIONAL FUND | ☐ | % | $ .22 | .22 | .22 | .22 |
| BUILDERS FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| WELFARE SUB FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| B. TOTAL BENEFITS PER HOUR | | | | $ 24.48 | 32.68 | 35.28 |
| PAYROLL TAXES AND INSURANCE | | | | | | |
| FICA | | 7.65% | | 3.04 | 4.35 | 5.45 |
| Federal Unemployment | | .80% | | .32 | .45 | .59 |
| State Unemployment | | 3.70% | | 1.47 | 2.10 | 2.73 |
| Workmen's Compensation | | 8.65% | | 3.43 | 4.90 | 6.37 |
| Disability | | .40% | | .16 | .16 | .16 |
| G/L | | 6.50% | | 2.59 | 2.59 | 2.59 |
| (hourly base rate plus taxable benefits) $_____ times _____ % | | % | | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $ 11.01 | 14.55 | 18.09 |
| D. TOTAL LABOR RATE    (A + B + C) = | | | | $ 67.33 | 95.05 | 117.13 |

SECTION D: CONTRACTOR'S CERTIFICATION

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Signature _[signature]_

Print Name of Authorized Representative   MICHAEL E BOSAL

Print Title   Payroll Manager

MICHAEL ZANZANO
Notary Public, State of New York   Sworn before me this 26 day of Sept 2002
No. 60 483-7765
Qualified in Westchester County
Certificate Filed in Bronx County   Notary Public
Commission Expires Aug 31. 2003

_[signature]_

P/R Taxes & Insurance %'s
CCCU - 02-26-2001 APPLY TO GROSS TAXABLE
AS FOLLOWS:

Reg Time 39.22    1½x 56.43    2x 73.87

TOTAL P.02
PAGE.02

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| | |
|---|---|
| Contractor Name: G·M· CROCETTI INC | Date: 9/26/02 |
| Address: 3960 MERRITT AVENUE | DASNY Project No.: |
| BRONX NY 10466 | Location: BARUCH COLLEGE |
| Telephone No.: 718 994 0900 | |

**LABOR RATE BREAKDOWN**  (Use a separate sheet for each trade and classification)

Trade: TERRAZZO ASSISTANT - FOREMAN

Check One Box Only:   Union Shop: ☒ .  Local #: 7
   Open Shop: ☐

Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
| | | | | | overtime | double time |
| A. BASE RATE PER HOUR | | | | $ 30.51 | $ 45.86 | $ 61.19 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☑ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | ☐ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund DEFENSE FD. | ☑ | % | $ .05 | .05 | .075 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| IMI | ☐ | % | $ .22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☐ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| B. TOTAL BENEFITS PER HOUR | | | $ 24.48 | $ 24.48 | 32.68 | 35.28 |
| PAYROLL TAXES AND INSURANCE | | | | | | |
| FICA | | 7.65 % | | 2.91 | 4.20 | 5.85 |
| Federal Unemployment | | .80 % | | .31 | .44 | .57 |
| State Unemployment | | 3.70 % | | 1.42 | | 2.64 |
| Workmen's Compensation | | 8.63 % | | 3.31 | 2.03 / 4.74 | 6.85 |
| Disability | | .40% | | .15 | .15 | .15 |
| Gen. LIABILITY | | 6.50% | | 2.50 | 2.50 | 2.50 |
| (hourly base rate plus taxable benefits) $_____ times _____% | | % | | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $10.60 | 14.06 | 17.46 |
| D. TOTAL LABOR RATE    (A + B + C) = | | | | $65.59 | 92.60 | 113.88 |

**SECTION D: CONTRACTOR'S CERTIFICATION**

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe-benefit amounts, and expenses are the actual and true costs incurred.*

Signature _____

MICHAEL E. BOBAL
Print Name of Authorized Representative

PAYROLL MANAGER
Print Title

MICHAEL ZANZANO
Notary Public, State of New York
No. 80-4...
Qualified in West...
Certified Filed in...
Commission Expires A... 31, 2003

Sworn before me this 26 day of Sept 2002

_____
Notary Public

CCCU – 02-26-2001

Payroll taxes & insurance %'s apply to gross pay as follows

Reg Time     1½x     2x.
38.48        54.82    71.25

SEP 05 2002 19:36

① One hour extra pay per day. 32.51 = $150/wk

06/11/2002 13:48 FAX 518 257 3468       DASNY 3rd FLOOR                          ☑003

MAY 09 2002 14:45  FR GM CROCETTI            7189944505 TO 12126790037      P.02/03
                                             ID:12128790031                      PAGE   2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | GM Crocetti Inc. | | Date: | 5/8/02 |
| Address: | 3960 Merritt Ave. | | DASNY Project No.: | |
| | Bronx, NY 10466 | | Location: | Baruch College Site B |
| Telephone No.: | (718) 994-0900 | | | |

LABOR RATE BREAKDOWN (Use a separate sheet for each trade and classification)
Trade: ~~Granite~~ Terrazzo Mechanic
Check One Box Only:   Union Shop: ☒  Local #: 7
                      Open Shop: ☐
Effective Dates for Wage Rates: From 2/1/01  To 12/31/01

| A. BASE RATE PER HOUR | | | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
| | | | | $ 31.88 | Overtime $47.82 | Double time $63.76 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | | % | | | | |
| Health & Welfare | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Pension | ☑ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Annuity | ☑ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| International BACP&c | ☑ | % | $ 3.00 | 3.00 | 4.60 | 6.00 |
| Local PAC | ☑ | % | $ .03 | .03 | .03 | .06 |
| Standby Fund (Defense fund) | ☑ | % | $ .02 | .02 | .03 | .04 |
| Travel Expense | ☑ | % | $ .05 | .05 | .075 | .10 |
| International Pension | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | ☑ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| Promotional Fund | ☑ | % | $ .22 | .22 | .22 | .22 |
| Building Fund | ☑ | % | $ .10 | .10 | .10 | .10 |
| * Welfare Supp. B. Fund | ☑ | % | $ .10 | .10 | .10 | .20 |
| (Identify Taxable Benefits) | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| | | % | $ | | | |
| B. TOTAL BENEFITS PER HOUR | | | $ 32.19 | $ 20.19 | $ 28.49 | $ 36.71 |
| PAYROLL TAXES AND INSURANCE | | | | | 28.37 | |
| FICA | | 7.65 % | | 2.70 | 4.00 | 5.29 |
| State Unemployment | | .80 % | | .28 | .42 | .55 |
| Workmen's Compensation | | 3.70 % | | 1.31 | 1.93 | 2.56 |
| Disability | | 8.63 % | | 3.05 | 4.51 | 5.97 |
| General Liability | | .40 % | | .14 | .14 | .14 |
| (hourly taxes only plus taxable benefits) | | 6.50 % | | 2.29 | 2.29 | 2.29 |
| | | 27.68 % | | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $ 9.77 | $ 13.29 | $ 16.80 |
| D. TOTAL LABOR RATE  (A+B+C) = | | | | $ 61.84 | B | |

SECTION D: CONTRACTOR'S CERTIFICATION
I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

$61.84        $ 89.50        $111.55

Signature _____
Print Name of Authorized Representative: MICHAEL E. SORA
Print Title: PAYROLL MANAGER

Sworn before me this 9 day of MAY 2002

Notary Public _____

MICHAEL ZANZANO
Notary Public, State of New York
No. 60-468-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

CCCU-02-26-2001

* SUPPLEMENTAL (Unemployment) BENEFIT FUND

① P/R Taxes & Insurance %'s apply to gross taxable dollars

Reg time   1½x   2x

GM 6/11/02
COST CONTROL UNIT
DORMITORY AUTHORITY



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

Contractor Name: G M CROCETTI INC       Date: 5/8/02
Address: 3960 MERRITT AVENUE            DASNY Project No.:
BRONX N.Y. 10466                        Location: BARUCH COLLEGE
Telephone No.:                                    SITE B

**LABOR RATE BREAKDOWN** (Use a seperate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT
Check One Box Only:   Union Shop: [X]   Local #: 7
                      Open Shop: [ ]
Effective Dates for Wage Rates:  From  7/1/01  To  12/31/01

| | | REGULAR TIME | PREMIUM TIME |
|---|---|---|---|
| | | | Overtime / Doubletime |
| A. BASE RATE PER HOUR | | $30.57 | $45.86 / $61.14 |
| | | | 45.860 |

| BENEFITS: (Check All Taxable Benefits That apply) | Taxable Benefits | % per hour | $ per hour | | |
|---|---|---|---|---|---|
| Vacation & Holiday | [X] | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | | % | $ 5.40 | 5.40 | 11.40 | 11.40 |
| Annuity | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| WFL BAC PAC | | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| Supplemental Unemployment | | % | $ .03 | .03 | .045 | .06 |
| Security Fund (BMFEN ST FB) | [X] | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| LOCAL PAC | [X] | % | $ .05 | .05 | .075 | .10 |
| TRAVEL EXPENSE | [X] | % | $ .02 | .02 | .03 | .04 |
| INTL PENSION | | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| PROMOTIONAL FUND | | % | $ .22 | .22 | .22 | |
| AUXILIARY FUND | | % | $ .10 | .10 | .10 | .10 |
| (Identify Taxable Benefits) | | % | $ .10 | .10 | .15 | .20 |
| B. TOTAL BENEFITS PER HOUR | | | $ 20.15 | $20.19 | $28.94 | $30.99 |

| PAYROLL TAXES AND INSURANCE | | | | |
|---|---|---|---|---|
| FICA | 7.65 % | 2.60 | 3.85 | 5.91 |
| Federal Unemployment | .80 % | .27 | .40 | .53 |
| State Unemployment | 3.70 % | 1.26 | 1.86 | 2.46 |
| Workmen's Compensation | 8.63 % | 2.93 | 4.34 | 5.71 |
| Disability | .40 % | .14 | .14 | .14 |
| Gross Liability | 6.50 % | 2.21 | 2.21 | 2.21 |
| (hourly base rate plus taxable benefits) $ ____ times ____ | 27.68 % | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | $ 9.41 | $ 12.80 | $ 16.28 |
| D. TOTAL LABOR RATE (A+B+C)= | | $60.17 | $ 87.05 | $ 100.41 |

SECTION D: CONTRACTOR'S CERTIFICATION

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature: Michael E. Born
Print Name of Authorized Representative: MICHAEL E. BORN
Print Title: PAYROLL MANAGER

Sworn before me this ___ day of MAY 2002
Notary Public

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 488-7785
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

CCCU – 02-25-2001

① P/R TAXES & INS. %'s apply to gross pay as follows

Reg Time    1½ x    2x
33.98

59014

DORMITORY AUTHORITY OF NY/S
Anticipated to Pending Edit

Page No . . . 1
Date : . . . 12/17/02

Budget Edit --- FINAL MODE ---

Job Number . . 127770999  BARUCH-Site B Facility
Change Order No  I1019999

| Project Number | Min Sub | Max Sub | JA (Prj Bdgt) Ledger | AA (Actual) Ledger | PA (Open Ctr) Ledger | PE (Pending) Ledger | Requested Amount | Remaining Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 127770999 | 5 | | | | | | | | |
| | | 54000001 | 225,149,867.00 | 221,217,617.08 | 2,681,549.60 | 463,614.59 | 20,720.00 | 766,365.73 | |

*** End of Report ***

```
Program ID . : ZTS90100                          Batch Multi-Funding BE II                              Report Date . : 12/24/02
Version . . : ZTRS700164                             Budget Edit Batch                                  Report Time . : 11:18:42
                                                    Multi Funding Edit Run


          The Following Version Options Were Selected:
              Print Cover Page (Y/N) . . . . . . . . . . Y
              Print Exclusive Log (Y/N) . . . . . . . . N
              User ID . . . . . . . . . . . . . . . . . PVANCE

          The Following Forms Options Were Selected:
              Form Type . . . . . . . . .
              Maximum Form Width . . . .
              Maximum Form Length . . .
              Location of Page Overflow .

          The Following Printer Options Were Selected:
              Queue . . . . . . . . . . . . . . . .
              Hold in Queue(Y/N/S/T) . . . . . . . Y
              Lines/Inch (6/8/9) . . . . . . . . .
              Number of Report Copies . . . . . . 001

          The Following Processing Options Were Selected:
          MULTI-FUNDING PROCESSING (OPTIONAL) . . . . . . . . 1
              1. Enter the G/L number for Multi Funding
                 Note: A blank entry results in
                       no update processing

          CONTRACT IDENTIFICATION (REQUIRED):
              3. Enter the Contract Type . . . . . . . . 61506
              5. Enter the Contract Number . . . . . . . 2892
              4A. Enter the subnumber associated
                  with Contract to process . . . . . . . 1277709999

          LEDGER TYPES (OPTIONAL):                    More ...
              5. Enter the G/L Ledger Type to be
                 used Enter the Job Ledger . . . . . . . B1
              6. Enter the G/L Ledger Budget to be
                 used Enter the G/L Ledger JA . . . . . . JA

          FISCAL DATE:                                More ...
              9.) Enter the fiscal date to be used
                  If this is run will be used. If left blank then
                  today's date will be used.

          BUSINESS UNIT TYPE(S):                      More...
              10.) Business Unit/Project Types for
                   Multi-Funding . . . . . . . . . . . . PJ, PH
                   Blank Default will be '* PJ'
```

Program ID . . : PS9010
Version . . . : ZTEST00164

Batch Multi-Funding BE II
Multi-Funding Edit Run

JB,JH

Report Date . . : 12/31/02
Report Time . . : 11:18:42

- MORE -

```
11) Enter up to 8 additional Job
    Types for Multi-Funding.
    (Example: JB,JH if JJH
    Default will be = JB) blank
```

TERM or EMERGENCY PROCESSING
```
12) Order or Amendment - Change
    Process another
    Project as if the contract were
    Note Well: This option should only
    be used for work where Management
    has cleared/authorized this amend-
    ment or change order.
```

CREDIT CHANGE PROCESSING          - MORE -

```
13) Enter a '1' to make sure that no          1
    single account PA in a Job
    becomes negative when a Credit is
    applied (default will...
    If you are going to change this option
    that are going to be made
    that the Credit is PAID immediately
    You cannot use the '1' option to
    close a contract.
```

- BOTTOM -

The Following Sequencing/Selection Options Were Selected:

| Data Item | Selection Rel | Value | Opt | No | Seg Opt |
|---|---|---|---|---|---|
| Order Number . . . . . . . . . : | | | | | |
| Order Type . . . . . . . . . . : | | | | | 1,2 |
| Order Suffix . . . . . . . . . : | | | | | 3 |

The Following Report Distributions were Entered:
** None Selected **

59010

DORMITORY AUTHORITY OF NYS
Budget Edit Batch
Multi Funding Edit Run

Page No. . . : 1
Date - . . : 12/24/02

| Contract Number | Order 1 Co | OrCo | Line Number | Project Number | Fund Number | Obj Acct | Sub | Line Description | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 61506 | 99999 | ZS | .001 | 1277709999 | 1277709999 | .000 | | Header | |
| | | | | Account Number | 1277709994 | .000 | | | |
| | | Status: | | Contract Line Has Been Funded | | | | | |
| 61506 | 99999 | ZS | .002 | 1277709999 | 1277700650 | .1331 | 51000056 | PAYMENT LINE FOR CO# 062 | 16,321.00 |
| | | | | Account Number | 1277709999 | .1331 | 51000056 | | |
| | | Status: | | Contract Line Has Been Funded | | | | | |
| 61506 | 99999 | ZS | .003 | 1277709999 | 1277700604 | .1332 | 51000056 | PAYMENT LINE FOR CO# 062 | 4,399.00 |
| | | | | Account Number | 1277709999 | .1332 | 51000056 | | |
| | | Status: | | Contract Line Has Been Funded | | | | | |

Total Amount Has Been funded:          20,720.00