# EXHIBIT 19

S # 107895    as of 11/20/02

**COUNSEL**
**RECEIVED**

NOV 2 2002

**NOTICE UNDER MECHANIC'S LIEN LAW**
**FOR ACCOUNT OF PUBLIC IMPROVEMENT**

DORMITORY AUTHORITY The Comptroller of the State of New York and Chief Financial
Officer of the Dormitory Authority of the State of New York

**PLEASE TAKE NOTICE**, that R & J Construction Corp., being a
corporation composed of officers, directors and
shareholders, whose business address is at 4435 Austin
Boulevard, Island Park, New York 11558, and whose principal
place of business is at 4435 Austin Boulevard, Island Park,
New York 11558, has and claims a lien for the principal and
interest of the agreed price and value of the labor and
material hereinafter mentioned upon the moneys of such
municipal corporation applicable to the construction of the
public improvement hereinafter mentioned, to the extent of
the amount due or to become due in and on the contract with
said municipal corporation hereinafter described, and
further states

(1) The name of the contractor(s) for whom the labor was
performed and materials furnished was Trataros Construction
Inc., 664 64th Street, Brooklyn, New York 11220.

(2) The amount due or to become due the lienor is $2,397,163.00
The amount due the lienor is $2,397,163.00. The total
amount claimed to be due or to become due for which this
lien is filed is $2,397,163.00 and the date when due is
August 26, 2002.

(3) A description of the public improvement upon which the labor
was performed and materials expended is as follows:— Baruch
College - Site B, Package No. 1 - General Construction Work,
Contract No. 15, DA #6500 1802 2176.

(4) The labor performed was rough carpentry, drywall and related
work as per the plans and specifications.

The materials furnished were wallboard partitions, ceilings,
soffits, acoustical panel ceilings, insulation, framing
materials and misc. materials as per the plans and
specifications.

The material actually manufactured for but not delivered to
said public improvement is None.

(5) A general description of the contract pursuant to which such
public improvement was constructed is as follows: Baruch
College - Site B, Package No. 1 - General Construction Work,
Contract No. 15, DA #6500 1802 2176.

DASNY_TRAVELERS2 139312

(6)  The labor and materials above specified were actually
     performed and furnished, and have been actually used in the
     execution of the contract aforementioned; and the materials
     actually manufactured for, but not delivered to, the
     improvement were actually so manufactured for use in the
     execution of the said contract.

(7)  Thirty days have not elapsed since the completion and
     acceptance of the construction of said public improvement.

(8)  The statements and matters in paragraphs numbered 1 - 7
     herein are alleged on information and belief.

Dated: November  18 , 2002


                         R & J CONSTRUCTION CORP.

                    By: _____
                         Joseph M. Ferrara, Vice Pres.


20166

DASNY_TRAVELERS2 139313

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NASSAU         )

Joseph M. Ferrara, being duly sworn, says that deponent is the Vice President of R & J Construction Corp. herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.  The reason why this verification is made by deponent is that deponent is an officer, to wit, Vice President of R & J Construction Corp. which is a New York corporation, and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: the books and records of the corporation.

_____
Joseph M. Ferrara

Sworn to before me this
18th day of November, 2002.

_____
Notary Public

STEVEN RUBIN
Notary Public, State of New York
No. 30-8695360
Qualified in Nassau County
Commission Expires Sept. 30, 2006

20166

STATE OF NEW YORK  )
                  :      ss.:
COUNTY OF NASSAU  )


      SUSAN B. RUBIN, being duly sworn, deposes and says; that she is over the age of 18 years and deponent further says that she did on the 19th day of November 2002, serve the within Notice Under Mechanic's Lien Law For Account Of Public Improvement upon the contractor listed below by depositing a true copy thereof, properly enclosed in a postpaid wrapper, by <u>CERTIFIED MAIL/RETURN RECEIPT REQUESTED</u> in an official depository of the United States Postal Service in New York State.

                  Trataros Construction Inc.
                  664 64th Street
                  Brooklyn, New York 11220


                                      _____
                                          SUSAN B. RUBIN


Sworn to before me, this
19th day of November, 2002
_____
         Notary Public

               STEVEN RUBIN
          Notary Public, State of New York
              No. 30-8605360
          Qualified in Nassau County
        Commission Expires Sept. 30, 2006

20166

DASNY_TRAVELERS2 139315