# EXHIBIT 9

Kohn Pedersen Fox Associates PC
Architects and Planning Consultants
New York, London, Tokyo

111 West 57th Street, New York, NY 10019
Telephone 212 977 6500
Fax 212 956 2526

# KPF

**Memorandum**

To: John McCullough, TDX

From: Christopher Stoddard

Date: November 8, 1999

Re: Baruch Academic Complex - Site B
Slab Tolerances

Copies to: N. D'Ambrosio, R. Leu, J. Berarra, R. Hartwig, C. File, File 4.8

---

The following criteria shall be used for slab tolerances for each finish floor material. Where slabs are beyond these tolerances, flash patch material should be used to level the slabs prior to finish installation.

- Terrazzo   1/4" over 10 feet
- Carpet     1/2" over 10 feet
- VCT        1/4" over 10 feet

1/2" maximum undercut allowed for doors at saddle and carpet conditions.

EXHIBIT  T26

B:\projects\106Bar\DOCS\memo\110299m.doc

TOTAL P.02