# EXHIBIT 16

## DORMITORY AUTHORITY – STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

### CHANGE ORDER

DEC 1 6 2003

TO: Contractor: __Trataros Construction, Inc.__   Change Order No: _____GC2/202
    Street: _____664 64th Street_____   JD Edwards Change Request No: __1101
    City State Zip: _____Brooklyn, NY 11220_____   JD Edwards Contract No: _____61506
    Original Contract Date _____   JD Edwards Project No: _____12777099999
    Original Contract Amount: ____$24,140,000____   Total Approved Change Order: _____
    Current Contract Amount: _____   SUPPLIER 107895

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College Site-"B"**   5 1000 192

Description of Work: Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

Full consideration for this change order shall be an **INCREASE** of the original contract amount by:

    Dollars

Labor  = $  7,962.00
Material = $  1,971.00
Total  = $  9,933.00

Increase of the Contract completion date by _0 days_. In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns from any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

Recommended by:                        Accepted by:

CONSTRUCTION MANAGER OR ARCHITECT                CONTRACTOR

____TDX Construction Corp.____                ____Trataros Construction, Inc.____
            Name                            Name
By _____  11/6/03            By _____  10/30/03
            Date                            Date

INSTITUTION (WHERE REQUIRED)                Approved by: DORMITORY AUTHORITY

_____                By _____  12/12/03
        Name                                Date
                                **Chief Project Manager, CUNY Program**
_____                            Title
        Date

Dormitory Authority Use Only:

ALT   BAC   BND   CLA   CLO   COM   COR   DE   DO   EMR   (FLD)   INF   INS   OFS   PRG

JM  12/18/03

7/12/01

CONTRACT & CLAIMS UNIT
DORMITORY AUTHORITY

5301P

DORMITORY AUTHORITY OF NYS
Print Change Request Summary

Page : 1
Date : 12/15/03

```
Job Number     : 1277709999  BARUCH-Site B Facility        Chg Group        :
Design Num     : CO#GC2-202Hydraulic cement to              Priority Code    : C  CHANGE ORDER
Supplier P#    : 107395  Trataroa Construction Inc          Complete?        :
Supplier#      : 107395                                     Ref Number       :
OOriginal Date : 11/18/03  Markowitz, Wayne H.              Owner Change Reqd :
Original Date  : 11/18/03                                   Cost Code        :
Approval Date  :                                            Area Code        :
Initiated By   : FLD      C.O Field Conditions
```

CHANGE REQUEST DESCRIPTION

CO#GC2-202 Install hydraulic cement base in lieu of conflow
in order to accelerate the work schedule. This was done to
allow the building to open on the college target date of
Aug.27,2001 Field condition $9,933

CHANGE REQUEST LOG DETAIL

| T | Description | S/T | Explanation | Issue | Dates Expired | Required | P/E | Cat CD1 | Cat CD2 |
|---|-------------|-----|-------------|-------|---------------|----------|-----|---------|---------|
| A | Change Notice | Y | Anil Raut | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval-$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | N | PM Name Here | | | | N | | |
| C | PM Receive Cost Proposal | N | PM Name Here | | | | N | | |
| C | PM Review Cost Proposal | N | PM Name Here | | | | N | | |
| C | Rec'd C.O. from Contractor | N | PM Name Here | | | | N | | |
| C | Director/Chief Approval | Y | Jay Goldstein | | | 12/12/03 | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

CHANGE REQUEST DETAIL

| Description | S/T | Cost Amount | Revenue Amount | S/T LT | Buyout Amount | S/T |
|-------------|-----|-------------|----------------|--------|---------------|-----|

9,933.00                    .0000 A

Construction   Qty/UM/Unit Price
               Account
               Sbl/Type/Date : :

5301P

DORMITORY AUTHORITY OF NYS
Print Change Request Summary

Page :
Date : 11/18/03

```
Job Number     : 12777099999   BARUCH-Site B Facility
Change Number  : CO#GC2-202Hydraulic cement to      Chg Group Code . : C   CHANGE ORDER
Supplier #     : 107895        Tracacos Construction Inc   Complete?
Engineer #     :               Markowitz, Wayne H.   Revr Number
Orig Date      : 11/13/03                            Owner Change Reqd
Approval Date  :                                     Cost Code
Initiated By   : FLD           C.O Field Conditions   Area Code
```

CHANGE REQUEST DESCRIPTION

CO#GC2-202 Install hydraulic cement base in lieu of conflow
in order to accelerate the work schedule. This was done to
allow the building to open on the college target date of
Aug.27,2001. Field condition $9.933

CHANGE REQUEST LOG DETAIL

| L T | Description | S T | Explanation | Issue | Dates Expired | Required | P E | Cat CD1 | Cat CD2 |
|-----|-------------|-----|-------------|-------|---------------|----------|-----|---------|---------|
| A | Change Notice | Y | Anil Raut | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval<$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | N | PM Name Here | | | | N | | |
| C | PM Receive Cost Proposal | N | PM Name Here | | | | N | | |
| C | PM Review Cost Proposal | N | PM Name Here | | | | N | | |
| C | Rec'd C.O. from Contractor | N | PM Name Here | | | | N | | |
| C | Director/Chief Approval | N | Director/Chief Name Here | | | | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

CHANGE REQUEST DETAIL

| Description | Cost | | | Revenue | | | Buyout | |
|-------------|------|-----|-----|---------|-----|-----|--------|-----|
| | Amount | S T | LT | Amount | S T | LT | | S T |
| | | | | | | | | Amount |

9,933

# DORMITORY AUTHORITY STATE OF NEW YORK
## CHANGE ORDER COST REVIEW CERTIFICATION

PROJECT:   BARUCH COLLEGE - SITE "B"          ND# __1775__    CR# _____

CONTRACTOR FILING CLAIM:   **Trataros Construction, Inc.**    COST: __$9,933.00__

CHANGE ORDER NO:   __GC2-202__    ORIGINAL CONTRACT NO: __61506__

DESCRIPTION OF CHANGE ORDER WORK:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001.  This work was recorded on a time and material ticket basis.

This is to certify that the following applicable reviews have been made relative to the contractor's cost calculation for the above change order.

**YES**   **NO**
_X_    ____1. Unit rates from construction applied (where applicable).

_X_    ____2. Wage rates correct / Man hours reasonable.

_X_    ____3. Material prices verified and reasonable.

_X_    ____4. Rental rates verified and reasonable.

_X_    ____5. Percentage mark-ups applied properly as per General Conditions.

Based on the above reviews, the following recommendation is hereby made to the Dormitory Authority regarding the disposition of said Change Order.

_X_  1. Change Order should be approved.
____ 2. Change Order should be deferred for approval subject to the following modifications:

This cost review completed by:          James Grundvig

Representing the:  Architect:_____ Construction Manager:_X__Other:

Signature of reviewing person: _____

Acknowledge by Dormitory Authority: _____

Date:_____  Disposition Approved:_____  Deferred:_____

*Claims analyst*

*J. Moeller*

*12/18/03*

## TDX CONSTRUCTION CORPORATION

### BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO:  GC2-202

IN ORDER OF APPEARANCE:

[X]    ORIGINAL SIGNED CHANGE ORDER:

[X]    CHANGE ORDER COST REVIEW CERTIFICATION:

[X]    CHANGE ORDER MEMORANDUM:

[X]    DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]    COPY OF TDX LETTER OF DIRECTIVE DATED:      7/12/01

[X]    COPY OF TDX CHANGE ORDER ESTIMATE:

[X]    COPY OF CONTRACTORS PROPOSAL:      N/A

[X]    REFERENCE DOCUMENTS:

[X]    WAGE RATES:      APPROVED

## TDX CONSTRUCTION CORPORATION

## <u>MEMORANDUM</u>

**DATE:**        **January 24, 2003**

**TO:**        Nick D'Ambrosio

**FROM:**        Ray Leu

**JOB:**        **Baruch College - Site B**

**RE:**        **GC2-202, ND #1775**

...................................................................................................................

This memorandum is in reply to contractor's comment inserted at the bottom front of this page of change order.

We have considered the contractor's comment along with the included statement. Any time impact to the contract or any cost with an extension of time to the contract is not acknowledged and has not been determined at this time. Appropriate consideration will be made at a future date in accordance with contractual obligations for any time impact to the contract and cost associated with same.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**      **January 24, 2003**

**TO:**        Nick D'Ambrosio

**FROM:**      Ray Leu

**JOB:**       **Baruch College - Site B**

**RE:**        **GC2-202,  ND #1775**

........................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $9,933.00 is for providing all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor. This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001. This work was recorded on a time and material ticket basis.

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material. The Conflow product has to be placed in layers with lengthy periods of time to cure. Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor. These areas predominantly encompassed fill-ins around the elevators.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Field X.

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO: GC2-202

CONTRACTOR:    Trataros Construction, Inc.

### DESCRIPTION OF CHANGE:

Provide all labor, equipment and material necessary to install hydraulic cement base in areas left out by the underlayment subcontractor.  This was due to accelerating the work schedule in order to open the building on the college target date of August 27, 2001.  This work was recorded on a time and material ticket basis.

### REASON FOR CHANGE:

During the final push to open the building on time for the college fall semester, the flooring subcontractor installed quick-setting hydraulic cement in lieu of Conflow underlayment material.  The Conflow product has to be placed in layers with lengthy periods for time to cure.  Since the work schedule had been increased to meet the opening target date, the hydraulic cement was placed in fill-in areas left out by the underlayment subcontractor.  These areas predominantly encompassed fill-ins around the elevators.

### RECORD OF NEGOTIATIONS:

The Contractor submitted a proposal dated 1/24/03 in the amount total $11,287.29.
TDX estimated the cost to be $9,933.00.
The Contractor accepted the estimate.

# TDX DIRECTIVE

## Dated:    7/12/01

## Change Order No.:   GC2-202



**TDX** CONSTRUCTION CORPORATION

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com

July 12, 2001

Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn:  John Clarke

RE:    *Baruch College - Site "B"*
Contract No. 16 - G. C. #2
ND #1288   *1775*

Gentlemen:

  You are hereby directed to repair the terrazzo base through out the building that was damaged by others.

  Please proceed immediately and advise if there is any cost impact to your contract.

Very truly yours,
**TDX Construction Corporation**

John J. McCullough, P.E.
Project Manager

RL/kdl
Cc:    N. D'Ambrosio
  J. Barrera
  T. Mockler
  J. Jones, Jr.
  ND #1288

Ltr Trataros ND#1288

Corporate Office 345 Seventh Avenue, New York, NY 10001

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:   GC2-202

# TDX CONSTRUCTION CORPORATION

**PROJECT: BARUCH COLLEGE SITE 'B'**
**SUBJECT:  ND# 1775 -- GC2-202 (CROCETTI - T&M)**

**DATE:**      **1/20/03**

## T&M TICKETS: TERRAZZO FLOORING

| ITEM | QTY | UNIT | UN COST | | TOTAL ($) | |
|------|-----|------|---------|---|-----------|---|
| **I.   Material** | 1 | ls | $ | 1,516.00 | $ | 1,516.00 |
| **II.   Labor** | | | | | | |
| Mechanic Foreman | 16 | hr | $ | 67.37 | $ | 1,077.92 |
| General Foreman | 7 | hr | $ | 67.37 | $ | 471.59 |
| Mechanic | 23 | hr | $ | 61.84 | $ | 1,422.32 |
| Foreman Helper | 7 | hr | $ | 65.69 | $ | 459.83 |
| Finisher | 37 | hr | $ | 60.17 | $ | 2,226.29 |
| | | | | | | |
| **TOTAL BASE (I & II) =** | | | | | $ | **7,173.95** |
| OH&P | 20% | | | | $ | 1,434.79 |
| **III.   PREMIUM TIME:** | | | | | | |
| General Foreman | 7 | hr | $ | 29.19 | $ | 204.33 |
| Mechanic | 7 | hr | $ | 29.19 | $ | 204.33 |
| Foreman Helper | 7 | hr | $ | 28.29 | $ | 198.03 |
| **TOTAL (III) =** | | | | | $ | 606.69 |
| **TOTAL (SUBCONTRACTOR) =** | | | | | $ | 9,215.43 |
| GC MARKUP 10,5,3% = | | | | | $ | 717.40 |

| **TOTAL =** | | | | | $ | **9,933** |
|------|-----|------|---------|---|-----------|---|

## I. MATERIAL

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|------|-----|------|---------|-----------|
| Hydraulic Cem. | 35 | bag | $ 25.00 | $ 875.00 |
| Sand | 150 | bag | $ 2.50 | $ 375.00 |
| Latex Primer | 3.5 | gal | $ 12.00 | $ 42.00 |
| Epoxy | 8 | gal | $ 28.00 | $ 224.00 |
| | 196.5 | | | |

**TOTAL (I) =**                                **$ 1,516.00**

| TICKET | DATE | ITEM | QTY | UNIT | AMOUNT | TOTAL |
|--------|------|------|-----|------|--------|-------|
| 2106 | 3/7/01 | Hydraulic Cem. | 12 | bag | 1 | 12 |
| " | " | Sand | 48 | bag | 1 | 48 |
| 2132 | 3/29/01 | Hydraulic Cem. | 5 | bag | 1 | 5 |
| " | " | Sand | 25 | bag | 1 | 25 |
| " | " | Epoxy | 3 | gal | 1 | 3 |
| 2166 | 10/25/01 | Hydraulic Cem. | 10 | bag | 1 | 10 |
| " | " | Sand | 40 | bag | 1 | 40 |
| " | " | Latex Primer | 2 | gal | 1 | 2 |
| 2167 | 10/26/01 | Hydraulic Cem. | 8 | bag | 1 | 8 |
| " | " | Sand | 37 | bag | 1 | 37 |
| " | " | Latex Primer | 1.5 | gal | 1 | 1.5 |
| " | " | Epoxy | 5 | gal | 1 | 5 |

## II. LABOR

| TICKET | DATE | M. FRMN | MECH. | GEN. FRMN | FINISHER | FINISHER |
|--------|------|---------|-------|-----------|----------|----------|
| 2104 | 3/1/01 | 7 | | | 7 | |
| 2105 | 3/2/01 | | 7 | | 7 | |
| 2106 | 3/7/01 | | 7 | | 7 | |
| 2107 | 3/8/01 | | 7 | | 7 | |
| 2109 | 3/12/01 | 2 | 2 | | 2 | |
| 2132 | 3/26/01 | 7 | | | 7 | |
| 2167 | 10/26/01 | | | 7 | | 7 |

**TOTAL (II) =**     **16**       **23**       **7**       **37**       **7**

## III. PREMIUM TIME

| TICKET | DATE | GEN FRMN | MECH. | FRM HELPER |
|--------|------|----------|-------|------------|
| 2166 | 10/25/01 | 7 | 7 | 7 |

**TOTAL (III) =**     **7**       **7**       **7**

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2104**

| | |
|---|---|
| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106   DATE 3/1/01 |
| ADDRESS 55th & LEXINGTON | PREPARED BY RAY TOPPOLI |
| FLOOR/LEVEL 11th   SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION |
| DESCRIPTION OF WORK   DATE WORK PERFORMED 3/1/01 | PX NO. (PENDING EXTRA) |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

## LABOR SUMMARY

| | | | CLASSIFICATION | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | GENERAL FOREMAN | | | | | | |
| | | MECHANIC FOREMAN | | | | | | |
| | | MECHANIC | 1 | 7 | | | 7 | |
| | | FINISHER FOREMAN | | | | | | |
| | | FINISHER | | | | | | |
| | | MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | 7 | |
| | | MARBLE POLISHER (SHOP) | | | | | | |
| | | TRUCK DRIVER | | | | | | |
| | | WAREHOUSE | | | | | | |
| | | FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

"This acknowledgement is for time
and material only, and is not an
acknowledgement that the work
involved is in fact a contract
modification."

| | SALES TAX |
|---|---|
| a separate work order daily for each job. | |
| combine jobs days. | |

Anthony Mocue

authorized representative (sign)          (Print)
representative

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2105**

| | |
|---|---|
| PROJECT NAME *BARUCH COLLEGE* | JOB NO. *98106*  DATE *3/2/01* |
| ADDRESS *25TH & LEXINGTON* | PREPARED BY *RAY TOFFOLI* |
| FLOOR/LEVEL *11TH*  SPACE/AREA *ELEVATOR AREA* | FIELD/WORK ORDER |
| SEND INVOICE TO *TRATAROS CONSTRUCTION* | ATTENTION |
| DESCRIPTION OF WORK  DATE WORK PERFORMED *3/2/01* | PX NO. (PENDING EXTRA) |

*FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-LAYMENT CONTRACTOR*

**LABOR SUMMARY**

| | CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | | |
| | MECHANIC FOREMAN | | | | | | | |
| ✓ | MECHANIC | | | | | | | |
| | FINISHER FOREMAN | | | *1* | *7* | | | *7* |
| ✓ | FINISHER | | | | | | | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | *1* | *7* | | | *7* |
| | MARBLE POLISHER (SHOP) | | | | | | | |
| | TRUCK DRIVER | | | | | | | |
| | WAREHOUSE | | | | | | | |
| | FOREMAN HELPERS | | | | | | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

**MATERIAL AND EQUIPMENT**

| DESCRIPTION | | | | SERIAL # | QUANTITY |
|---|---|---|---|---|---|
| | | | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX | → | |
|---|---|---|---|

Use a separate work order daily for each job.
Don't combine jobs/days.

*Gustau Noul*

Owner authorized representative (sign)                    (Print)

Representative

**WORK ORDER**

**2106**

crocetti
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/7/01 |
|---|---|---|
| ADDRESS 25th & LEXINGTON | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 8TH SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION, INC. | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 3/7/01 | PX NO. (PENDING EXTRA) |

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

**LABOR SUMMARY**

| | | ASSEMBLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | 24 | | | | | |
| | MECHANIC FOREMAN | | 61 | | | | | |
| | MECHANIC | | | | | | | |
| | FINISHER FOREMAN | 1 | 7 | | | 7 | | |
| | FINISHER | | | | | | | |
| | MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | 7 | | |
| | MARBLE POLISHER (SHOP) | | | | | | | |
| | TRUCK DRIVER | | | | | | | |
| | WAREHOUSE | | | | | | | |
| | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

| | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 12 | BAGS HYDRAULIC CEMENT | | | |
| 48 | " SAND | | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

| | SALES TAX | |
|---|---|---|

Use a separate work order daily for each job.
Do not combine jobs/days.

Owner authorized representative (Sign)                (Print)

Representative

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2107**

PROJECT NAME BARUCH COLLEGE

ADDRESS 25TH & LEXINGTON

FLOOR/LEVEL 8TH

SPACE/AREA ELEVATOR AREA

SEND INVOICE TO TRATAROS CONSTRUCTION

DESCRIPTION OF WORK

DATE WORK PERFORMED 3/8/01

JOB NO. 98106    DATE 3/8/01

PREPARED BY RAY TOFFOLI

FIELD/WORK ORDER

ATTENTION

PX NO. (PENDING EXTRA)

FILL IN AREAS LEFT OUT BY UNDERLAYMENT INSTALLER

## LABOR SUMMARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | | |
| MECHANIC FOREMAN | | | | | | | |
| MECHANIC | | | | | | | |
| FINISHER FOREMAN | 1 | 7 | | | | 7 | |
| FINISHER | | | | | | | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 7 | | | | 7 | |
| MARBLE POLISHER (SHOP) | | | | | | | |
| TRUCK DRIVER | | | | | | | |
| WAREHOUSE | | | | | | | |
| FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

SEE WORK ORDER #2106

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

SALES TAX

Use a separate work order daily for each job.
Do not combine jobs/days.

Anthony Moraca (sign) authorized Representative (sign)    (Print)

Representative

**crocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

**2109**

| PROJECT NAME BARUCH COLLEGE | JOB NO. 98106 | DATE 3/12/01 |
|---|---|---|
| ADDRESS 25TH & LEXINGTON | PREPARED BY RAY TOFFOLI | |
| FLOOR/LEVEL 8TH   SPACE/AREA ELEVATOR AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATAROS CONSTRUCTION | ATTENTION | |
| DESCRIPTION OF WORK   DATE WORK PERFORMED 3/12/01 | PX NO. (PENDING EXTRA) | |

INSTALL UNDERLAYMENT @ ELEVATORS

**LABOR SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL FOREMAN | | | | | | |
| MECHANIC FOREMAN | | | | | | |
| MECHANIC | 1 | 2 | | | 2 | |
| FINISHER FOREMAN | 1 | 2 | | | 2 | |
| FINISHER | | | | | 2 | |
| MARBLE POLISHER FOREMAN (SHOP) | 1 | 2 | | | 2 | |
| MARBLE POLISHER (SHOP) | | | | | | |
| TRUCK DRIVER | | | | | | |
| WAREHOUSE | | | | | | |
| FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

**MATERIAL AND EQUIPMENT**

"This acknowledgement is for time
and material only, and is not an
acknowledgement that the work
involved is in fact a contract
modification."

| | SALES TAX | |
|---|---|---|

Use a separate work order daily for each job.
Do not combine jobs/days.

_Anthony Maci jr._
Our authorized representative (sign)

(Print)

Representative

# WORK ORDER

## 2132

**rocetti**
C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| | | JOB NO. 98106 | DATE 3/29/01 |
|---|---|---|---|
| ECT NAME BARUCH COLLEGE | | PREPARED BY RAY TOFFOLI | |
| RESS 55 LEXINGTON AVE. | | FIELD/WORK ORDER | |
| OR/LEVEL 11 | SPACE/AREA LOBBY | | |
| INVOICE TO TRATAROS CONSTRUCTION | | ATTENTION | |
| RIPTION OF WORK | DATE WORK PERFORMED 3/26/01 | PX NO. (PENDING EXTRA) | |

FILL IN AREAS AROUND ELEVATORS LEFT OUT BY UNDER-
LAYMENT INSTALLER

### LABOR SUMMARY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | GENERAL FOREMAN | | | | | | | | |
| ✓ | MECHANIC FOREMAN | | 1 | 7 | | | | 7 | |
| | MECHANIC | | | | | | | | |
| | FINISHER FOREMAN | | | | | | | | |
| ✓ | FINISHER | | 1 | 7 | | | | 7 | |
| | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | | |
| | MARBLE POLISHER (SHOP) | | | | | | | | |
| | TRUCK DRIVER | | | | | | | | |
| | WAREHOUSE | | | | | | | | |
| | FOREMAN HELPERS | | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

### MATERIAL AND EQUIPMENT

| | | | | |
|---|---|---|---|---|
| 3 GALS | EPOXY | | 28.00 | 84.00 |
| 5 BAGS | MAPOCEM HYDRAULIC CEMENT | | 25.00 | 125.00 |
| 25 | SAND | | | 62.50 |
| | | | SALES TAX | → |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

re a separate work order daily for each job.
t combine jobs/days.

ner authorized representative (sign)                    (Print)

Representative

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER

~~20~~ Bags  **2167**

| PROJECT NAME  BARUCH COLLEGE | | JOB NO. | DATE  Oct, 25, 2001 |
|---|---|---|---|
| ADDRESS | | PREPARED BY  E. Sweeney | |
| FLOOR/LEVEL  MAIN FLOOR | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED  10-26-01 | PX NO. (PENDING EXTRA) | No ND #  Required |

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO.  STP  MEN | REG.  HOURS | PREM.  HOURS | DOUBLE  TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ST | OT | DT |
| | | | GENERAL FOREMAN | | 7 | | | | | |
| | TR | 1 | MECHANIC FOREMAN | | | | | | | |
| | | | MECHANIC | | | | | | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | | | FINISHER | | | | | | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | TR | 1 | FOREMAN HELPERS | | 7 | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Fill in bridge by removing area | | |
| | 5 gal of epoxy | | |
| | 8 bags of hydraulic cement | | |
| | 37 bags of sand | | |
| | 1½ gal of latex primer | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_____  Quinton Weaver  _____
Customer authorized representative (sign)                    (Print)

G.M.C. Representative

Reorder from NEBS CUSTOM printing service

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**

2166

(24)

*Bags*

| PROJECT NAME BARUCH COLLEGE | | JOB NO. | DATE Oct 25, 2001 |
|---|---|---|---|
| ADDRESS | | PREPARED BY Ed Sweeney | |
| FLOOR/LEVEL MAIN FLOOR | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO TRATABUS | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 10-25-01 | PX NO. (PENDING EXTRA) | No NO# Required |

**LABOR SUMMARY**

| M | | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | PS | 1 | GENERAL FOREMAN | | | 7 | | |
| | | | MECHANIC FOREMAN | | | | | |
| | PS | 1 | MECHANIC | | | 7 | | |
| | | | FINISHER FOREMAN | | | | | |
| | | | FINISHER | | | | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | |
| | | | TRUCK DRIVER | | | | | |
| | | | WAREHOUSE | | | | | |
| | ES | 1 | FOREMAN HELPERS | | | 7 | | |

T = Tile     M = Marble     TR = Terrazzo     E = Exterior

**MATERIAL AND EQUIPMENT**

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | fill in theater lobby with hydraulic cement | | |
| | 10 bags of hydraulic | | |
| | 40 bags of sand | | |
| | 2 gal latex primer | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_____  _____
Customer authorized representative (sign)          (Print)

C.M.C. Representative

NEBS CUST-4-M printing service

# Reference Documents

## Change Order No.:GC2-169

## DRAWINGS:

| | |
|---|---|
| A-104 | GROUND FLOOR PLAN |
| A-112 | 8TH FLOOR PLAN |
| A-115 | 11TH FLOOR PLAN |

## Approved Wage Rates

## Change Order No.:     GC2-202

7189944505 TO 1S1B2573100   P.03/03

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G. M. CROCETTI  INC | Date: | 9/26/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No.: | |
| | BRONX NY 10466 | Location: | BARUCH COLLEGE |
| Telephone No.: | 718 994 0900 | | |

**LABOR RATE BREAKDOWN**    (Use a separate sheet for each trade and classification)

Trade: TERRAZZO ASSISTANT - FOREMAN

Check One Box Only:   Union Shop: ☒   Local #: 7
Open Shop: ☐

Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
| | | | | | OVERTIME | DOUBLE TIME |
| **A. BASE RATE PER HOUR** | | | | $ 30.82 | $ 45.84 | $ 61.74 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.50 |
| Health & Welfare | ☑ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| Security Fund DEFENSE FD. | ☑ | % | $ .05 | .05 | .075 | .10 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| IMI | | % | $ .22 | .22 | .22 | .22 |
| PROMOTION FUND | | % | $ .10 | .10 | .10 | .10 |
| BUILDING FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| FOREMANS PAY | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| **B. TOTAL BENEFITS PER HOUR** | | | | $ 24.48 | 32.68 | 35.88 |
| **PAYROLL TAXES AND INSURANCE** | | | | | | |
| FICA | | 7.65 % | | 2.44 | 4.20 | 5.45 |
| Federal Unemployment | | .80 % | | .31 | .44 | .57 |
| State Unemployment | | 3.90 % | | 1.42 | 2.03 | 2.64 |
| Workman's Compensation | | 8.43 % | | 3.32 | 4.74 | 6.15 |
| Disability | | .40 % | | .15 | .15 | .15 |
| Gen. LIABILITY | | 6.50 % | | 2.50 | 2.50 | 2.50 |
| | | % | | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | $ 10.64 | 14.06 | 17.46 |
| **D. TOTAL LABOR RATE**   (A + B + C) = | | | | $ 65.94 | 92.58 | 115.08 |

JM 9/10/02

COST CONTROL UNIT
(ory AUTHORITY)

(hourly base rate plus taxable benefits) _____ times _____ %

**SECTION D: CONTRACTOR'S CERTIFICATION**

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature

Print Name of Authorized Representative   MICHAEL E. BOBAR

Print Title   PAYROLL MANAGER

MICHAEL ZANZANO
Notary Public, State of New York
No. 60-499-7-00
Qualified in Westchester
Certificate Filed in New York
Commission Expires Aug. 31, 2003

Sworn before me this 26 day of Sept 2002

Notary Public

CCCU – 02-26-2001

Payroll taxes & insurance %'s apply to gross pay as follows

| Reg Time | 1½x | 2x |
|---|---|---|
| 30.48 | 54.82 | 71.35 |

SEP 05 2002 19:36

① One hour extra pay-per day. 32.82 ≈ $150/wk   150/35 =

TOTAL P.02
PAGE.02

** TOTAL PAGE.03 **

06/11/2002 13:47 FAX 518 257 3468          DASNY 3rd FLOOR                                    ☒002

  MAY 09 2002 14:45  FR GM CROCETTI            7189944505 TO 12126790037        P.03/03
                                                                               PAGE   2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207                                    **LABOR RATE WORKSHEET**

| Contractor Name: | G M CROCETTI INC | Date: | 5/8/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project: | |
| | BRONX N.Y. 10466 | Location: | BARUCH COLLEGE SITE B |
| Telephone No.: | | | |

LABOR RATE BREAKDOWN          (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT
Check One Box Only:   Union Shop☒   Local #: 7
                      Open Shop☐
Effective Dates for Wage Rates:  From  7/1/01  To  12/31/01

| A. BASE RATE PER HOUR | | | | REGULAR TIME $30.57 | PREMIUM TIME Overtime $45.86 45.86 | Doubletime $61.14 |
|---|---|---|---|---|---|---|
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | | % | $ 5.60 | 5.60 | 11.60 | 11.60 |
| Pension | | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| W F L BAC PAC | ☑ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| Supplemental Unemployment | | % | $ .03 | .03 | .045 | .06 |
| Security Fund (WHEN ST FD) | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| LOCAL PAC | ☑ | % | $ .05 | .05 | .073 | .10 |
| TRAVEL EXPENSE | ☑ | % | $ .02 | .02 | .03 | .04 |
| INTL PENSION | | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| PROMOTIONAL FUND | | % | $ .22 | .22 | .22 | .22 |
| BUILDING FUND | ☑ | % | $ .10 | .10 | .10 | .10 |
| (Identify Taxable Benefits) | | % | $ .10 | .10 | .15 | .20 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 20.19 | 20.19 | 28.89 | 30.99 |

| PAYROLL TAXES AND INSURANCE | | | | | |
|---|---|---|---|---|---|
| FICA | | 7.65 % | 2.40 | 3.15 | 5.88 |
| Federal Unemployment | | .80 % | .27 | .40 | .13 |
| State Unemployment | | 3.70 % | 1.26 | 1.80 | 2.46 |
| Workmen's Compensation | | 8.43 % | 2.93 | 4.34 | 5.79 |
| Disability | | .40 % | .14 | .14 | .14 |
| Gross Liability | | 4.50 % | 2.21 | 2.21 | 2.21 |
| (hourly base rate plus taxable benefits) $ _____ times _____ | | 22.68 % | | | |

| C. TOTAL TAXES AND INSURANCE PER HOUR | $ 9.21 | $ 12.80 | $ 16.28 |
|---|---|---|---|
| D. TOTAL LABOR RATE   (A + B + C) = | $ 60.17 | $ 87.05 | $ 100.41 |

SECTION D: CONTRACTOR'S CERTIFICATION          $60.17   $87.05   $103.41

*I certify that the labor rates on this worksheet are the applicable prevailing wage rate, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Signature: Michael E. Boал

Print Name of Authorized Representative: MICHAEL E. BOAT

Print Title: PAYROLL MANAGER

Sworn before me this 9 day of MAY 2002

Notary Public

COST CONTROL UNIT
DORMITORY AUTHORITY

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 488-7785
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug.31, 2005

CCCU – 02-25-2001

① P/R TAXES & INS. %: apply to gross pay as follows

|   | Reg Time | 1½ x | 2 x |
|---|---|---|---|
| | 33.99 | 50.78 | 66.50 |

JAN 08 2002 11:24

08/11/2002 13:48 FAX 518 257 3468    DASNY 3rd FLOOR    @003

MAY 09 2002 14:45 FR GM CROCETTI    7189944505 TO 12126790037    P.02/03
TO 12126790031
PAGE    2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| | |
|---|---|
| Contractor Name: GM Crocetti Inc. | Date: 5/8/02 |
| Address: 3960 Merritt Ave Bronx, NY 10466 | DASNY Project No: |
| Telephone No: (718) 994-0900 | Location: Baruch College Site B |

**LABOR RATE BREAKDOWN**  (Use a separate sheet for each trade and classification)
Trade: Classic Terrazzo Mechanic
Check One Box Only:  Union Shop: ☒  Local #: 7
Open Shop: ☐
Effective Dates for Wage Rates:  From 1/1/01  To 12/31/01

| A. BASE RATE PER HOUR | | | | REGULAR TIME $51.88 | PREMIUM TIME Overtime Doubletime $ 43.16 |
|---|---|---|---|---|---|
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | |
| Vacation & Holiday | ☑ | % | | 47.82 | |
| Health & Welfare | | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Pension | | % | $ 5.60 | 5.40 | 11.20 | 11.20 |
| Annuity | | % | $ 4.15 | 4.15 | 6.15 | 4.15 |
| International BAC PE | ☑ | % | $ 3.00 | 3.00 | 4.60 | 6.00 |
| Local B&G | ☑ | % | $ .03 | .03 | .045 | .06 |
| Security Fund (Defense fund) | ☑ | % | $ .02 | .02 | .03 | .04 |
| Travel Expense | ☑ | % | $ .05 | .05 | .075 | .10 |
| International Pension | | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| Promotional Fund | | % | $ .22 | .22 | .22 | .22 |
| Building Fund | | % | $ .10 | .10 | .10 | .10 |
| * Welfare Sub. B. Fund | | % | $ .10 | .10 | .15 | .20 |
| (Identify Taxable Benefits) | | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| B. TOTAL BENEFITS PER HOUR | | | $ 33.09 | $ 21.14 | $ 29.0? | $ 30.?? |

**PAYROLL TAXES AND INSURANCE** ①

| | | | | | |
|---|---|---|---|---|---|
| FICA | | 7.65 % | | 2.70 | 28.39 | |
| Federal Unemployment | | .80% | | .28 | 4.00 | 5.29 |
| State Unemployment | | 3.70% | | .42 | .42 | |
| Workman's Compensation | | 8.63% | | 1.31 | 1.93 | 2.56 |
| Disability | | .40% | | 3.05 | 4.51 | 5.97 |
| General Liability | | 6.50% | | .14 | .14 | .14 |
| (hourly base rate plus taxable benefits) x % above | | 27.68% | | 2.29 | 2.29 | 2.29 |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $ 9.77 | $ 13.29 | $ 16.80 |
| D. TOTAL LABOR RATE (A+B+C) = | | | | $ 64.85 | | |

**SECTION D: CONTRACTOR'S CERTIFICATION**

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

$101.84   $89.50   $111.55

Signature: [signed]
Print Name of Authorized Representative: MICHAEL E. ROBA
Print Title: PAYROLL MANAGER

Sworn before me this 9 day of May 20__
Notary Public: [signed]

**MICHAEL ZANZANO**
Notary Public, State of New York
No. 02-468-7768
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

* SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND

CCCU - 02-26-2001

① P/R Taxes & Insurance %'s apply to gross taxable dollars

Reg time    1½x    2x
1-30        =24    =16

COST CONTROL UNIT
[DORMITORY] AUTHORITY
GM 10/11/02

SEP 26 2002 16:12  FR GM CROCETTI           7189944505 TO 15182573100        P.02/03



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G.M. CROCETTI INC | Date: | 9/26/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No.: | |
| | BRONX NY 10466 | Location: | BARUCH COLLEGE |
| Telephone No.: | 718 994 0300 | | |

LABOR RATE BREAKDOWN    (Use a separate sheet for each trade and classification)
Trade: TERRAZZO MECHANIC - FOREMAN

Check One Box Only:   Union Shop: ☒    Local #: 7
                      Open Shop: ☐

Effective Dates for Wage Rates:   From   7/01/01   To   12/31/01

| | | | | REGULAR TIME | PREMIUM TIME |
|---|---|---|---|---|---|
| | | | | | OVERTIME / DOUBLETIME |
| **A. BASE RATE PER HOUR** | | | | $ 31.87 | 47.82 / 63.26 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | |
| Vacation & Holiday | ☑ | % | | | |
| Health & Welfare | ☐ | % | $ 2.00 | 2.00 | 3.00 / 4.00 |
| Pension | ☐ | % | $ 5.60 | 5.60 | 11.20 / 11.20 |
| Annuity | ☐ | % | $ 4.15 | 4.15 | 4.45 / 4.15 |
| INT'L   BAC. PAC. | ☑ | % | $ 3.00 | 3.00 | 4.45 / 4.15 |
| LOCAL PAC | ☐ | % | | 4.50 | 6.00 |
| DEFENSE FUND | ☑ | % | $ .03 | .03 | .045 / .06 |
| TRAVEL EXPENSE | ☑ | % | $ .02 | .02 | .03 / .04 |
| INT'L PENSION | ☑ | % | $ .05 | .05 | .075 / .10 |
| I.M.I. | ☐ | % | $ 1.42 | 1.42 | 1.42 / 1.42 |
| PROMOTIONAL FUND | ☐ | % | $ 1.50 | 1.50 | 1.50 / 1.50 |
| BUILDERS FUND | ☑ | % | $ .22 | .22 | .22 / .22 |
| WELFARE SUB FUND | ☑ | % | $ .10 | .10 | .10 / .10 |
| FOREMAN'S PAY | ☑ | % | $ .10 | .10 | .15 / .20 |
| | ☑ | % | $ 2.00 | 2.00 | 2.00 / 2.00 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 4.29 | 4.29 | 4.29 / 4.29 |
| **PAYROLL TAXES AND INSURANCE** | | | $ 24.48 | 24.48 | 32.68 / 35.58 |
| FICA | | 7.65 % | | 3.00 | 4.25 / 5.45 |
| Federal Unemployment | | .80 % | | .32 | .45 / .59 |
| State Unemployment | | 3.20 % | | 1.47 | 2.15 / 2.73 |
| Workmen's Compensation | | 8.65 % | | 3.43 | 4.90 / 6.33 |
| Disability | | .40 % | | .16 | .16 / .16 |
| | | 6.80 % | | 2.59 | 2.59 / 2.59 |
| | | % | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | 11.87 | |
| **D. TOTAL LABOR RATE** (A + B + C) = | | | | $ 62.33 | 14.55 / 18.04 |
| | | | | | 95.05 / 117.18 |

JM 9/30/02   COST CONTROL UNIT DORMITORY AUTHORITY

(hourly base rate plus taxable benefits) $_____ times _____%

**SECTION D: CONTRACTOR'S CERTIFICATION**

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature _____
MICHAEL E. BOBAL
Print Name of Authorized Representative

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 483-7703
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2003

Sworn before me this 26 day of Sept 2002

_____ Notary Public

Title: PAYROLL MANAGER
Print Title

CCCU - 02-26-2001

P/R TAXES & INSURANCE 9.5
APPLY TO GROSS TAXABLE
AS FOLLOWS:

Reg Time   1½x   2x
39.21      56.82   73.82

SEP 05 2002 19:36

COST CONTROL UNIT
DORMITORY AUTHORITY
TOTAL P.02
PAGE.02

```
Program ID . . : P59010                                          Report Date . : 12/24/03
Version . . . : ZTBST01542                                       Report Time . : 11:00:52

                              Batch Multi Funding BE II
                              MultG Funding Edit Run

        The Following Version Options Were Selected:
            Print Cover Page (Y/N) . . . . . . . .   Y
            Print Instructions (Y/N) . . . . . . .   N
            User Exclusive (0/1/2/3/4) . . . . . .   2
            User ID. . . . . . . . . . . . . . . .   PVANGS

        The Following Forms Options Were Selected:
            Form Type. . . . . . . . . . . . . . .
            Maximum Form Width . . . . . . . . . .
            Maximum Form Length. . . . . . . . . .
            Location From Page Overflow. . . . . .

        The Following Printer Options Were Selected:
            Print Queue. . . . . . . . . . . . . .
            Hold in Prt Queue (Y/N/S/T). . . . . .   Y
            Lines/Inch (6/8) . . . . . . . . . . .
            Chars/Inch (10/15) . . . . . . . . . .
            Number of Report Copies. . . . . . . .   001

        The Following Processing Options Were Selected:
        MULTI-FUNDING PROCESS OPTION:. . . . . . .   1
            1. Run the MULTI-FUNDING
               update procedure is to be run
               Note:  A blank entry results in
                      no update processing

        CONTRACT IDENTIFICATION (REQUIRED):
            2. Enter the contract number.          61506
            3. Enter the conttrc(CO type).         252
            4. Enter (CO type: AMDMNT)             1277709999
            4A. Enter Project number associated
                with contract to process.

        LEDGER TYPES (OPTIONAL):                More...
            5. Enter the GL/Ledger Type to be      B1
               used for the GL/Ledger
               (If blank, 'B1' will be used)
            6. Enter the Ledger Type to be         JA
               used for the Budget Ledger
               (If blank, 'JA' will be used)

        FISCAL DATE:                            More...
            9. Enter the fiscal date to be used
               If this is run left blank then
               Today's date will be used.

        BUSINESS UNIT TYPE(S):                  More...
           10. Enter Valid Project Types for      PJ,PH
               Multi Funding.
               (If left
               blank default will be 'PJ')
```

Program ID . . : *PS9010
Version. . . . : ZTBSF01542

Batch Multi Funding BB II
Multi Funding Edit Run

Report Date. . : 12/24/03
Report Time. . : 11:00:52

JB,JH

11.) Enter up to 8 additional Job
     Types for Multi Funding.
     Default will be = (JB) blank
                    -

                              MORE

TERM or EMERGENCY PROCESSING
12) Enter a 'A' to process Change
    Order or Amendment. Process another
    Project cap if the contract were
    a Project Contract.
    Note Well: This option should only
    be used for work where Management
    has clearly authorized this amend-
    ment or change order.

                           - MORE -

CREDIT CHANGE PROCESSING
13) Enter a '1' to make sure that no                      1
    single account PA in a Job
    becomes negative when credit is
    applied. Default is = 1.
    If you are going to change this option
    that the credit is PAID immediately
    so that the credit is PAID immediately
    close a contract. '-' option to

                          - BOTTOM -

The Following Sequencing/Selection Options Were Selected:

| Data Item | Rel | Selection Value | Opt | Seq No. Opt |
|---|---|---|---|---|
| Order Number . . . . . . . . . | | | | 1 |
| Order Type . . . . . . . . . . | | | | 2 |
| Order Suffix . . . . . . . . . | | | | 3 |

The Following Report Distributions were Entered:
** None Selected **

DORMITORY AUTHORITY OF NYS
Budget Edit Batch
Multi Funding Edit Run

Page No. . . : 3
Date . . . : 12/24/03

59010

| Contract Number | Order Co | Or Co | Line Number | Project Number | Fund Number | Obj Acct | Sub | Line Description | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 61506 | 99999 | ZS | 001 | 1277709999 | 1277700604.000 | | | Header | |
| | | | | Account Number | 1277709999.000 | | | | |
| | | | Status: | | Contract Line Has Been Funded | | | | |
| 61506 | 99999 | ZS | 002 | 1277709999 | 1277700624.1331 | 51000192 | | PAYMENT LINE FOR COH 202 | 7,962.00 |
| | | | | Account Number | 1277709999.1331 | 51000192 | | | |
| | | | Status: | | Contract Line Has Been Funded | | | | |
| 61506 | 99999 | ZS | 003 | 1277709999 | 1277700624.1332 | 51000192 | | PAYMENT LINE FOR COH 202 | 1,971.00 |
| | | | | Account Number | 1277709999.1332 | 51000192 | | | |
| | | | Status: | | Contract Line Has Been Funded | | | | |

Total Amount Has Been funded:          9,933.00

59019

DORMITORY AUTHORITY OF NYS
Budget Edit II Batch
Multi Funding Edit Run

Date . . . 12/24/03
Time . . . 11:01:40

For Contract: 00061506 2S 202

Amount in Contract: .00
Amount in CR/Pending: 9,933.00

|  | Budget Category | Project |
|---|---|---|
| For Project: 1277709999 | 6 | 1277709999 |
|  | 5 | 1277709999 |

| Budget Category | JA Ledger (Current Budget) | PA Ledger (Committed) | AA Ledger (Invoiced) | PB Ledger (Pending) | Remaining Budget |
|---|---|---|---|---|---|
| 10 | .00 | .00 | .00 | .00 | .00 |
| 15 | .00 | .00 | .00 | .00 | .00 |
| 2 | 25,512,490.07 | 75,258.39 | 25,437,231.68 | .00 | .00 |
| 3 | 21,565,287.00 | 172,179.16 | 20,429,972.45 | .00 | 963,135.39 |
| 4 | 13,740,000.00 | 67,808.68 | 13,665,797.13 | .00 | 6,394.19 |
| 5 | 235,008,857.00 | 1,477,616.34 | 224,446,555.05 | 947,365.59 | 8,137,320.02 |
| 6 | 30,720,866.00 | 279,237.59 | 30,414,708.99 | .00 | 26,919.42 |
| 71 | 26,452,999.93 | 150,087.56 | 25,932,767.69 | .00 | 370,144.68 |
| 79 | 300,500.00 | 81.00 | 249,625.46 | .00 | 50,793.54 |
| 8 | .00 | .00 | .00 | .00 | .00 |
| 9 | .00 | .00 | .00 | .00 | .00 |
|  | 353,301,000.00 | 9,386,763.56 | 479,168,087.27 | 947,365.59 | 9,554,707.24 |

| For Job: | BJ Ledger (Current Budget) | PA Ledger (Committed) | AA Ledger (Invoiced) | Remaining Budget |
|---|---|---|---|---|
| 1277700604 | 17,907,000.00 | 143,347.25 | 17,762,011.81 | 1,640.94 |
| 1277700624 | 115,780,055.03 | 618,179.38 | 115,013,699.69 | 148,175.96 |
| 1277700650 | 25,481,144.97 | 97,785.30 | 25,380,086.78 | 3,272.89 |
| 1277700664 | 110,650,000.00 | 596,828.98 | 110,012,988.49 | 40,182.53 |
| 1277700670 | 24,388,000.00 | 571,349.82 | 23,749,604.92 | 67,045.26 |
| 1277702805 | 48,594,800.00 | 194,777.99 | 48,274,565.84 | 125,456.17 |
| 1277700937 | 400,000.00 | .00 | 383,700.92 | 16,299.08 |
| 1277703835 | 3,000,000.00 | .00 | .00 | 3,000,000.00 |
| 1277705219 | 7,100,000.00 | .00 | .00 | 7,100,000.00 |
| 1277709999 | .00 | .00 | .00 | .00 |
|  | 353,301,000.00 | 11,609,032.28 | 819,744,745.72 | 9,554,707.24 |