# Exhibit 17

# Part A

## DORMITORY AUTHORITY – STATE OF NEW YORK
### 515 Broadway, Albany, New York 12207-2964

## CHANGE ORDER

DEC – 9 2002

| | | |
|---|---|---|
| TO: Contractor: | Trataros Construction, Inc. | Change Order No: _____ GC2-182 ~~(055)~~ (062) |
| Street: | 664 64th Street | JD Edwards Change Request No: 1019 |
| City State Zip: | Brooklyn, NY 11220 | JD Edwards Contract No: 61506 |
| Original Contract Date | | JD Edwards Project No: 12777099999 |
| Original Contract Amount: | $24,140,000 | Total Approved Change Order: |
| Current Contract Amount: | | SUPPLIER 107895 |

You are hereby directed to perform all labor and to provide all materials necessary to carry out the work described below:

Project Name and Location: **Baruch College Site-"B"**

Description of Work: Provide all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor. This work was recorded on a time and material ticket basis.

Full consideration for this change order shall be an **INCREASE** of the original contract amount by:

                    Dollars

Labor   = $  16,321.00
Material = $   4,399.00                    57000056
Total   = $  20,720.00

**Increase** of the Contract completion date by 0 days. In accepting and executing this change order the contractor, its heirs, executors administrators, successors, and assigns hereby release and forever discharge the Dormitory Authority of the State of New York, its successors, and assigns from any and all actions, causes of action, claims and demands whatsoever in law or in equity which the contractor ever had, now has or may have against the Dormitory Authority of the State of New York in any way arising out of this change.

**Recommended by:**                                    **Accepted by:**

**CONSTRUCTION MANAGER OR ARCHITECT**                    **CONTRACTOR**

TDX Construction Corp.                                Trataros Construction, Inc.

By _____  11/12/02                By _____  11/12/02
               Name          Date                                   Name         Date

**INSTITUTION (WHERE REQUIRED)**                    **Approved by: DORMITORY AUTHORITY**

_____                            By _____  12/9/02
        Name                                        Chief Project Manager, CUNY Program

_____                            _____
        Date                                                Title

**Dormitory Authority Use Only:**

ALT  BAC  BND  CLA  CLO  COM  COR  DE  DO  EMR  (FLD)  INF  INS  OFS  PRG

* See Trataros proposal which includes a statement regarding additional cost & time extension.

** SEE TDX MEMO REGARDING Contractor's STATEMENT

A P P R O V E D
By _____ JM  12/17/02
CM _____ 7/12/01

DEC 2 4 2002

CONTRACT & CLAIMS UNIT
DORMITORY AUTHORITY

5301P

DORMITORY AUTHORITY OF NYS
Print Change Request Summary

Page :
Date :     12/06/02

```
Job Number. . . . :  1277709999   BARUCH-Site B Facility          Chg Group . . . :  C  CHANGE ORDER
Change Number . . :  100019                                       Priority Code . :
Description. . . . :  Tab0005-GC2-182                              Compl Number. . :
Originator#. . . . :  1002002      Lataros Construction Inc        Ref Number. . . :
Originator# . . . :               Markowitz, Wayne H.             Owner Change Reqd :
Approval Date . . :  12/02/02                                      Cost Code . . . :
Initiated By. . . :  FLD          C.O.Field Conditions            Area. . . . . . . :
```

CHANGE REQUEST DESCRIPTION

Repair damaged terrazzo base caused by unidentified trades
and repair cracks in the existing floor slab in the B-3
level prior to the installation of the terrazzo floor. This
work was recorded on a time and material ticket basis and
is the result of field conditions in the amount of
$20,720.

CHANGE REQUEST LOG DETAIL

| L T | Description | S T | Explanation | Issue | Dates Expired | Required | P E | Cat CD1 | Cat CD2 |
|---|---|---|---|---|---|---|---|---|---|
| A | Change Notice | Y | WMarkowitz | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval<$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | Y | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Receive Cost Proposal | Y | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Review Cost Proposal | Y | WMarkowitz | | | 10/31/02 | N | | |
| C | Rec'd C.O. from Contractor | Y | WMarkowitz | | | 11/12/02 | N | | |
| C | Director/Chief Approval | Y | Jay Goldstein | | | 12/04/02 | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

CHANGE REQUEST DETAIL

. . . . . . . . . Cost . . . . . . . . . . . . Revenue. . . . . . . . . . Buyout. . . . . . . . .



| Description | Amount | S LT | Amount | S LT | Amount | S LT | Amount | S LT |
|---|---|---|---|---|---|---|---|---|
| Construction | | | | | 20,720.00 | | .0000 A | |

Qty/UM/Unit Price
Account
Sbi/Type/Date

5301P

DORMITORY AUTHORITY OF NYS
Print Change Request Summary

Page :
Date : 12/02/02

```
Job Number . . . . : 1277709999  BARUCH-Site B Facility          Chg Group Code. . : C  CHANGE ORDER
Change Number . . : 1019                                         Proplct? Code . . :
Description. . . . : Trl068G5 GC2-1  Stataros Construction Inc    Refr Number . . . :
Originator# . . . :                  Markowitz, Wayne H.          Owner Change Reqd :
SOS/Orig Date . . : 12/02/02                                      Owner Code. . . . :
Approval Date . . : 12/02/02                                      Area. . . . . . . :
Initiated By. . . : FLD              C.O.:Field Conditions
```

CHANGE REQUEST DESCRIPTION

Repair damaged terrazzo base caused by unidentified trades
and repair cracks in the existing floor slab in the B-3
level prior to the installation of the terrazzo floor. This
work was recorded on a time and material ticket basis and
is the result of field conditions in the amount of
$20,720.

CHANGE REQUEST LOG DETAIL

| Ln | Description | S T | Explanation | Issue | Dates Expired | Required | P B | Cat CD1 | Cat CD2 |
|----|-------------|-----|-------------|-------|---------------|----------|-----|---------|---------|
| A | Change Notice | Y | WMarkowitz | | | 07/12/01 | N | | |
| C | Dir/Chief Pre-Approve>$50K | N | Director/Chief Name Here | | | | N | | |
| C | Dir of PM Pre-Approval<$150K | N | Dir of PM Name Here | | | | N | | |
| C | Managing Dir Pre-Approve>$150K | N | Managing Director Name Here | | | | N | | |
| C | PM Req Prop from Contractor | N | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Receive Cost Proposal | N | WMarkowitz | | | 10/31/02 | N | | |
| C | PM Review Cost Proposal | N | WMarkowitz | | | 11/12/02 | N | | |
| C | Rec'd C.O. from Contractor | N | WMarkowitz | | | | N | | |
| C | Director/Chief Approval | N | Director/Chief Name Here | | | | N | | |
| C | Rec'd by Cost Control Unit | N | Claims Analyst Name Here | | | | N | | |
| C | Budget Edit 1 or PM Notified | N | Cost Control Name Here | | | | N | | |
| C | Cost Control Review Completed | N | Cost Control Name Here | | | | N | | |
| C | Final Approval | N | Dir of PM or Managing Dir | | | | N | | |
| C | Budget Edit 2 Completed | N | Project Mgt Admin Name Here | | | | N | | |

CHANGE REQUEST DETAIL

Cost . . . . . . . . . . .       Revenue. . . . . . . . . . .       Buyout . . . . . . .



Description          Amount          S LI          Amount          S LI          Amount          S LI          Amount          S T
                                     T I                           T I                                         T

Construction  Qty/UM/Unit Price                                                                20,720.00                              .0000 A
              Account
              Sb1/Type/Date

# TDX CONSTRUCTION CORPORATION

## BARUCH COLLEGE - SITE B

## CHANGE ORDER CHECKLIST

CHANGE ORDER NO:  GC2-182

IN ORDER OF APPEARANCE:

[X]    ORIGINAL SIGNED CHANGE ORDER:

[X]    CHANGE ORDER COST REVIEW CERTIFICATION:

[X]    CHANGE ORDER MEMORANDUM:

[X]    DETAILED MEMORANDUM OF JUSTIFICATION AND NEGOTIATION:

[X]    COPY OF TDX LETTER OF DIRECTIVE DATED:    7/12/01

[X]    COPY OF TDX CHANGE ORDER ESTIMATE:

[X]    COPY OF CONTRACTORS PROPOSAL DATED 10/31/02 IN THE AMOUNT TOTAL $20,732.14.

[X]    REFERENCE DOCUMENTS:    ATTACHED

[X]    WAGE RATES:    APPROVED

# DORMITORY AUTHORITY STATE OF NEW YORK
## CHANGE ORDER COST REVIEW CERTIFICATION

PROJECT:   BARUCH COLLEGE - SITE "B"               ND# __1288__        CR# __

CONTRACTOR FILING CLAIM: **Trataros Construction, Inc.**    COST: __$20,720.00__

CHANGE ORDER NO:    __GC2-182__        ORIGINAL CONTRACT NO:    __61506__

DESCRIPTION OF CHANGE ORDER WORK:

Provide all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor. This work was recorded on a time and material ticket basis.

This is to certify that the following applicable reviews have been made relative to the contractor's cost calculation for the above change order.

| YES | NO | |
|---|---|---|
| X | ____ | 1. Unit rates from construction applied (where applicable) |
| X | ____ | 2. Wage rates correct / Man hours reasonable. |
| X | ____ | 3. Material prices verified and reasonable. |
| X | ____ | 4. Rental rates verified and reasonable. |
| X | ____ | 5. Percentage mark-ups applied properly as per General Conditions. |

Based on the above reviews, the following recommendation is hereby made to the Dormitory Authority regarding the disposition of said Change Order.

__X__ 1. Change Order should be approved.
____ 2. Change Order should be deferred for approval subject to the following modifications:

This cost review completed by:          James Grundvig

Representing the: Architect:_____ Construction Manager: _X__ Other:

Signature of reviewing person: _____

Acknowledge by Dormitory Authority: _____

Date:_____ Disposition Approved:_____ Deferred:_____

C.A. _____                        Date __12/20/02__

# TDX CONSTRUCTION CORPORATION

## MEMORANDUM

**DATE:**   **November 1, 2002**

**TO:**       Nick D'Ambrosio

**FROM:**   Ray Leu

**JOB:**      **Baruch College - Site B**

**RE:**       **GC2-182,  ND #1288**

......................................................................................................

This memorandum is in reply to contractor's comment inserted at the bottom front of this page of change order.

We have considered the contractor's comment along with the included statement.  Any time impact to the contract or any cost with an extension of time to the contract is not acknowledged and has not been determined at this time.  Appropriate consideration will be made at a future date in accordance with contractual obligations for any time impact to the contract and cost associated with same.

# TDX CONSTRUCTION CORPORATION

## CHANGE ORDER MEMORANDUM

**DATE:**   **November 1, 2002**

**TO:**     Nick D'Ambrosio

**FROM:**   Ray Leu

**JOB:**    **Baruch College - Site B**

**RE:**     **GC2-182, ND #1288**

..................................................................................................................

Attached you will find one original of the above referenced change order signed by the contractor and one copy of the required back up.

This change order in the amount of $20,720.00 is for providing all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor. This work was recorded on a time and material ticket basis.

During the course of construction, some of the terrazzo base was damaged by unidentified trades and needs to be repaired. The Contractor was directed to make these repairs and we could not identify the responsible parties for appropriate backcharge.

The Contractor noticed large cracks in the existing floor slab of the B-3 level that would be detrimental to their terrazzo flooring system. Before the underlayment was to be placed, the cracks had to be repaired. The Contractor chipped and routed out the cracks, which for the most part took place along the column lines, from north to south. These V-shaped joints were cut out and filled with epoxy grout. The Contractor also installed wire mesh along with the waterproofing membrane system to reinforce the underlayment where smaller cracks were noticed on the existing B-3 level floor slab. All of this repair work was not shown in the contract documents.

TDX has reviewed this change order and finds it to be fair and reasonable and recommends its approval. It is our recommendation that the cost should be appropriated as a Field X.

# TDX CONSTRUCTION CORPORATION

## Baruch College - Site B

### CHANGE ORDER MEMORANDUM OF JUSTIFICATION AND NEGOTIATION

CHANGE ORDER NO:     **GC2-182**

CONTRACTOR:          **Trataros Construction, Inc.**

DESCRIPTION OF CHANGE:

Provide all labor, equipment and material necessary to repair damaged terrazzo base caused by unidentified trades and  to repair cracks in the existing floor slab in the B-3 level prior to the installation of the terrazzo floor . This work was recorded on a time and material ticket basis.

REASON FOR CHANGE:

During the course of construction, some of the terrazzo base was damaged by unidentified trades and need to be repaired. The Contractor was directed to make these repairs and we could not identify the responsible parties for appropriate backcharge.

The Contractor noticed large cracks in the existing floor slab of the B-3 level that would be detrimental to their terrazzo flooring system.  Before the underlayment was to be placed, the cracks had to be repaired. The Contractor chipped and routed out the cracks, which for the most part took place along the column lines, from north to south.  These V-shaped joints were cut out and filled with epoxy grout.  The Contractor also installed wire mesh along with the waterproofing membrane system to reinforce the underlayment where smaller cracks were noticed on the existing B-3 level floor slab. All of this repair work was not shown in the contract documents.

RECORD OF NEGOTIATIONS:

The Contractor submitted a proposal dated 10/31/02 in the amount total $20,732.14.
TDX estimated the cost to be $20,720.00.
The Contractor accepted the estimate.

# TDX DIRECTIVE

## Dated:    7/12/01

## Change Order No.:   GC2-182



**TDX CONSTRUCTION CORPORATION**

Baruch College Field Office  137 East 25th Street, 6th Floor, New York, NY 10010

212 679 0031
212 679 0037 fax
www.tdxconstruction.com

July 12, 2001


Trataros Construction Inc.
55 Lexington Avenue
New York, NY 10010

Attn:  John Clarke

                                    RE:    *Baruch College - Site "B"*
                                            Contract No. 16 - G. C. #2
                                            ND #1288

Gentlemen:

     You are hereby directed to repair the terrazzo base through out the building that was damaged by others.

     Please proceed immediately and advise if there is any cost impact to your contract.


                              Very truly yours,
                              *TDX Construction Corporation*

                              John J. McCullough, P.E.
                              Project Manager

RL/kdl
Cc:    N. D'Ambrosio
        J. Barrera
        T. Mockler
        J. Jones, Jr.
        ND #1288


Ltr Trataros ND#1288

# TDX CHANGE ORDER ESTIMATE

## Change Order No.:   GC2-182

1

 **TDX CONSTRUCTION CORPORATION**

DATE:          10/15/02

**PROJECT: BARUCH COLLEGE SITE 'B'**
**SUBJECT:  ND# 1288 -- GC2-182 (CROCETTI - T&M)**

## T&M TICKETS: TERRAZZO FLOORING

| ITEM | QTY | UNIT | UN COST | | TOTAL ($) | |
|---|---|---|---|---|---|---|
| I.    Material | 1 | ls | $ | 3,464.00 | $ | 3,464.00 |
| II.    Labor | | | | | | |
| Mechanic Foreman | 68 | hr | $ | 67.37 | $ | 4,581.16 |
| Mechanic | 33 | hr | $ | 61.84 | $ | 2,040.72 |
| Finisher Foreman | 28 | hr | $ | 65.69 | $ | 1,839.32 |
| Finisher | 56 | hr | $ | 60.17 | $ | 3,369.52 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL BASE (I & II) =** | | | | | | | | $ | 15,294.72 |
| OH&P          20% | | | | | | | | $ | 3,058.94 |
| **PREMIUM TIME:** | | | | | | | | $ | 30,589.44 |
| Mechanic Frm'n | 7 | $ | 27.68 | | | | | $ | 193.76 |
| Mechanic | 7 | $ | 27.66 | | | | | $ | 193.62 |
| Finisher Form'n | 7 | $ | 26.91 | $  188.37 | 7 | $ | 48.19 | $  337.33 | $ | 525.70 |
| Finisher | 7 | $ | 26.88 | | | | | $ | 188.16 |
| **TOTAL (PREMIUM TIME) =** | | | | | | | | $ | **1,101.24** |
| **TOTAL (SUBCONTRACTOR) =** | | | | | | | | $ | **19,454.90** |
| GC MARKUP 10,5,3% = | | | | | | | | $ | 1,264.74 |

| **TOTAL =** | | $ | **20,720** |
|---|---|---|---|

2

## I.    MATERIAL

| ITEM | QTY | UNIT | UN COST | TOTAL ($) |
|------|-----|------|---------|-----------|
| Epoxy | 2 | gal | $ 28.00 | $ 56.00 |
| Mesh | 18 | roll | $ 40.00 | $ 720.00 |
| Membrane | 28 | roll | $ 96.00 | $ 2,688.00 |

### TOTAL (I) =                                                  $  3,464.00

| TICKET | DATE | ITEM | QTY | UNIT | AMOUNT | TOTAL |
|--------|------|------|-----|------|--------|-------|
| 3134 | 11/20/01 | Epoxy | 2 | gal | 1 | 2 |
| " | " | Mesh | 18 | roll | 1 | 18 |
| " | " | Membrane | 28 | roll | 1 | 28 |

## II.    LABOR

| TICKET | DATE | M. FRMN | MECH. | FIN. FRMN | FINISHER |
|--------|------|---------|-------|-----------|----------|
| 3116* | 12/1/01 | | | 7 | |
| 3117* | 12/2/01 | | | 7 | |
| 3118 | 12/3/01 | 7 | | 7 | |
| 3132 | 12/3/01 | 7 | 7 | | 14 |
| 3119 | 12/4/01 | 7 | | 7 | |
| 3133* | 12/8/01 | 7 | 7 | | 7 |
| 3131 | 12/11-12/01 | 12 | 12 | | |
| 3134 | 12/12/01 | 7 | 7 | | 14 |
| 3574 | 1/17/02 | 7 | | | 7 |
| 3575 | 1/18/02 | 7 | | | 7 |
| 3576 | 1/21/02 | 7 | | | 7 |

*Note: Premium Time Tickets not paid under ND #1643.

### TOTAL (II) =          68          33          28          56

## II.    LABOR

| TICKET | DATE | M. FRMN | MECH. | FIN. FRMN | FINISHER |
|--------|------|---------|-------|-----------|----------|
| 3116* | 12/1/01 | | | 7 | |
| 3117* | 12/2/01 | | | 7 | |
| 3133* | 12/8/01 | 7 | 7 | | 7 |

### TOTAL (PT) =          7          7          14          7

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3116

| PROJECT NAME Baruch College | JOB NO. 95-106 | DATE 12/6/01 |
|---|---|---|
| ADDRESS 25 Lex Ave MYC | PREPARED BY R. Gandhan | |
| FLOOR/LEVEL        SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO  Rajapoos Const SAT | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED  12/1 | PX NO. (PENDING EXTRA)  NO #LE32  1523 |

Worked on 13-3 cutting V Joints in floor

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS REG | PR | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | | MECHANIC FOREMAN | | | | | | | |
| | | | | MECHANIC | | | | | | | |
| | (PS) 1 | | | FINISHER FOREMAN | 1 | | 7 | | 7 | | |
| | | | | FINISHER | | | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL ▷ | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_Anthony Moca_

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3117

| PROJECT NAME _Baruch College_ | JOB NO. _96-106_ | DATE _12/6/01_ |
|---|---|---|
| ADDRESS _25E ALEX Ave NYC_ | PREPARED BY _R. Gardner_ | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO _Tratarous Const. SCH_ | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED _12/2_ | PX NO. (PENDING EXTRA) _NO # 1523_ |

_Cutting V Joints on B-3 Level_

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | TI | M | TE |
| | | | | GENERAL FOREMAN | | | | | | | |
| | | | | MECHANIC FOREMAN | | | | | | | |
| | | | | MECHANIC | | | | | | | |
| (P)1 | | | | FINISHER FOREMAN | 1 | | | 7 | | | 7 |
| | | | | FINISHER | | | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | TRUCK DRIVER | | | | | | | |
| | | | | WAREHOUSE | | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_Anthony Moale_

Customer authorized representative (sign)          (Print)

G.M.C. Representative

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3118

| | | |
|---|---|---|
| PROJECT NAME *Baruch College* | JOB NO. *98-106* | DATE *12/6/01* |
| ADDRESS *25 Lex Ave NYC* | PREPARED BY *K Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO *Tra-Tarous Const.* | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED *12/3* | PX NO. (PENDING EXTRA) *NO #1592 1523* |

*V-cut & Epoxy Joints    B-3 Level*

## LABOR SUMMARY

| T | M | E | TB | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | |
| | | | ①1 | MECHANIC FOREMAN | 1 | 7 | | 7 | 1 |
| | | | | MECHANIC | | | | | |
| | | | ①1 | FINISHER FOREMAN | 1 | 7 | | 7 | |
| | | | | FINISHER | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | |
| | | | | TRUCK DRIVER | | | | | |
| | | | | WAREHOUSE | | | | | |
| | | | | FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TB = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

Prepare a separate work order daily for each job.
Do not combine jobs/days

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3132

| PROJECT NAME: Baruch College | | JOB NO. 98-106 | DATE 12/12/01 |
|---|---|---|---|
| ADDRESS 25 1/2 Lex Ave. NYC | | PREPARED BY R. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO Trataros Const. mgn. | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/3 | PX NO. (PENDING EXTRA) NO ~~PX~~ 1523 | |

To install membrane with mesh on B-3

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | RT | PT | DT |
| | | | GENERAL FOREMAN | | | | | | | |
| | (PS)1 | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | (PS)1 | | MECHANIC | 1 | 7 | | | 7 | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | (PS) | 2 | FINISHER | 2 | ~~12~~ 7 | | | 14 | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Anthony Moaller

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3119

| | | |
|---|---|---|
| PROJECT NAME BARUCH COLLEGE | JOB NO. 98-106 | DATE 12/6/01 |
| ADDRESS 25ST & LEX AVE. NYC | PREPARED BY R. GARDNER | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO TRATAROUS CONST. | | ATTENTION |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/4 | PX NO. (PENDING EXTRA) NO H 1523 |

V-CUT & EPOXY JOINT IN 5 LOCA B-3 LEVEL

## LABOR SUMMARY

| T | M | TR | E | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS REG | PREM | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GENERAL FOREMAN | | | | | | | |
| | Ⓐ | | | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | | | | | MECHANIC | | | | | | | |
| | Ⓑ | 1 | | | FINISHER FOREMAN | 1 | 7 | | | 7 | | |
| | | | | | FINISHER | | | | | | | |
| | | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | | | TRUCK DRIVER | | | | | | | |
| | | | | | WAREHOUSE | | | | | | | |
| | | | | | FOREMAN HELPERS | | | | | | | |

T = Tile      M = Marble      TR = Terrazzo      E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_Anthony Moaner_

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

# crocetti

**CERAMIC**
**MARBLE**
**GRANITE**
**TERRAZZO**

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3133

| PROJECT NAME Baruch College | JOB NO. 98-106 | DATE 12/12/01 |
|---|---|---|
| ADDRESS 25st & Lex Ave NYC | PREPARED BY R Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Tratarous Const. | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 12/8 | PX NO. (PENDING EXTRA) NO 1523 |

INSTALL MEMBRANE WITH MESH ON B-3

## LABOR SUMMARY

| M | B | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS R | S | D |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | | | |
| CPS | | 1 | MECHANIC FOREMAN | 1 | | 7 | | 7 | | |
| CPS | | 1 | MECHANIC | 1 | | 7 | | 7 | | |
| | | | FINISHER FOREMAN | | | | | | | |
| CPS | | 1 | FINISHER | 1 | | 7 | | 7 | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | SALES TAX | | |
| | TOTAL | | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_____
Customer authorized representative (sign)          (Print)

G.M.C. Representative