# Exhibit 17

# Part B

**crocetti**

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

# WORK ORDER
## 3131

| PROJECT NAME _Baruch College_ | JOB NO. _98-106_ | DATE _12/12/01_ |
|---|---|---|
| ADDRESS _25ᵀ & Lex Ave NYC_ | PREPARED BY _R Gardner_ | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO _Tratarous Const_ | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED _12/11 - 12/12_ | PX NO. (PENDING EXTRA) _ND1___1523_ |

_Cut Terrazzo Base To Fit Circular Brick Wall on B-3_

## LABOR SUMMARY

| T | M | E | TB | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS T / M / E |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | |
| | PX1 | | | MECHANIC FOREMAN | 1 | 12 | | | 12 |
| | PX1 | | | MECHANIC | 1 | 12 | | | 12 |
| | | | | FINISHER FOREMAN | | | | | |
| | | | | FINISHER | | | | | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | | MARBLE POLISHER (SHOP) | Cut Base To Fit | | | | |
| | | | | TRUCK DRIVER | Circular Brick Wall | | | | |
| | | | | WAREHOUSE | On B-3 | | | | |
| | | | | FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TB = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _Anthony Maccio_          (Print)

G.M.C. Representative

# WORK ORDER
## 3134

**crocetti**
CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

| PROJECT NAME *Baruch College* | | JOB NO. *PS-106* | DATE *12/12/01* |
|---|---|---|---|
| ADDRESS *25 Lex Ave NYC* | | PREPARED BY *R Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO *Tratarous Const* | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED *WED 12/12* | PX NO. (PENDING EXTRA) *ND EESS 1503* | |

*Install Membrane with Mesh on B-3 Level*

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO. OF MEN | REG'T HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS REG | PR | DT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | GENERAL FOREMAN | | | | | | | |
| | 1 | | MECHANIC FOREMAN | 1 | 7 | | | 7 | | |
| | 1 | | MECHANIC | 1 | 7 | | | 7 | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | 2 | | FINISHER | 2 | 7 | | | 14 | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 28 | Units of Membrane | | |
| 8 | Rolls Mesh | | |
| 2 | Units of Epoxy (for cracks) | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

Prepare a separate work order daily for each job.
Do not combine jobs/days.

Customer authorized representative (sign) _____  (Print) _____

G.M.C. Representative _____

**crocetti**

CERAMIC
MARBLE
GRANITE
TERRAZZO

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**3574**

ND # 1288

| PROJECT NAME *Baruch College* | | JOB NO. *98-106* | DATE *1/28/02* |
|---|---|---|---|
| ADDRESS *255 + Lex Ave NYC.* | | PREPARED BY *R. Gardner* | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER | |
| SEND INVOICE TO *Tratarous Const.* | | ATTENTION | |
| DESCRIPTION OF WORK | DATE WORK PERFORMED *1/17 Thru* | PX NO. (PENDING EXTRA) | |

*Floor. 2 & Ground - Patch Epoxy floor Base   Chiped Nosing on Step*

## LABOR SUMMARY

| T | M | TR | CLASSIFICATION | NO. OF MEN | REG. HOURS | ½ TIME HOURS | DOUBLE TIME | TOTAL HOURS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GENERAL FOREMAN | | | | | | | |
| | | 1 | MECHANIC FOREMAN | 1 | 7 | | 7 | | | |
| | | | MECHANIC | | | | | | | |
| | | | FINISHER FOREMAN | | | | | | | |
| | | 1 | FINISHER | 1 | 7 | | 7 | | | |
| | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | | |
| | | | MARBLE POLISHER (SHOP) | | | | | | | |
| | | | TRUCK DRIVER | | | | | | | |
| | | | WAREHOUSE | | | | | | | |
| | | | FOREMAN HELPERS | | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | *Extra* | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

*Anthony Moceri* (signature)

Customer authorized representative (sign)                    (Print)

G.M.C. Representative

"This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification."

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

**WORK ORDER**
**3575**

ND # 1288

| PROJECT NAME Baruch College | | JOB NO. | DATE 1/28/02 |
|---|---|---|---|
| ADDRESS 25 st & Lex Ave NYC | | PREPARED BY J. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER | |

| SEND INVOICE TO Trataros Const. | | ATTENTION | |
|---|---|---|---|
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/18 thru | PX NO. (PENDING EXTRA) | |

Patching & Grinding Base- Floor & Nosein on Steps
B-1 - B-2

## LABOR SUMMARY

| | T | M | TE | CLASSIFICATION | NO. OF MEN | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL FOREMAN | | | | | |
| | 1 | | | MECHANIC FOREMAN | 1 | 7 | | 7 | |
| | | | | MECHANIC | | | | | |
| | | | | FINISHER FOREMAN | | | | | |
| | 1 | | | FINISHER | 1 | 7 | | 7 | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | |
| | | | | TRUCK DRIVER | | | | | |
| | | | | WAREHOUSE | | | | | |
| | | | | FOREMAN HELPERS | | | | | |

T = Tile    M = Marble    TE = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| | Extra | | |
| | | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days.

_____
Customer authorized representative (sign)          (Print)

_____
G.M.C. Representative

**WORK ORDER**
**3576**

**crocetti**

C E R A M I C
M A R B L E
G R A N I T E
T E R R A Z Z O

3960 Merritt Ave.
BRONX, NY 10466

Phone (718) 994-0900
Fax (718) 994-4505

ND # 1288

| PROJECT NAME Baruch Collese | JOB NO. 98-106 | DATE 1/28/02 |
|---|---|---|
| ADDRESS 25st & Lex Ave. NYC. | PREPARED BY R. Gardner | |
| FLOOR/LEVEL | SPACE/AREA | FIELD/WORK ORDER |
| SEND INVOICE TO Tratarus Con+ | | ATTENTION |
| DESCRIPTION OF WORK | DATE WORK PERFORMED 1/21 Mon | PX NO. (PENDING EXTRA) |

Grind & patch Epoxy floor – Base – Step Mosery  B-2 -B3

## LABOR SUMMARY

| T | M | E | TR | CLASSIFICATION | NO. OF DEPARTMENT | REG. HOURS | PREM. HOURS | DOUBLE TIME | TOTAL HOURS ST | DT |
|---|---|---|----|----------------|---------|-----------|------------|------------|-------------|----|
| | | | | GENERAL FOREMAN | | | | | | |
| | | | 1 | MECHANIC FOREMAN | 1 | 7 | | | 7 | |
| | | | | MECHANIC | | | | | | |
| | | | | FINISHER FOREMAN | | | | | | |
| | | | 1 | FINISHER | 1 | 7 | | | 7 | |
| | | | | MARBLE POLISHER FOREMAN (SHOP) | | | | | | |
| | | | | MARBLE POLISHER (SHOP) | | | | | | |
| | | | | TRUCK DRIVER | | | | | | |
| | | | | WAREHOUSE | | | | | | |
| | | | | FOREMAN HELPERS | | | | | | |

T = Tile    M = Marble    TR = Terrazzo    E = Exterior

## MATERIAL AND EQUIPMENT

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|----------|-------------|------------|-----------|
| | Extra | | |
| | "This acknowledgement is for time and material only, and is not an acknowledgement that the work involved is in fact a contract modification." | | |
| | | SALES TAX | |
| | | TOTAL | |

Prepare a separate work order daily for each job.
Do not combine jobs/days

_____
Customer authorized representative (sign)                    (Print)

G.M.C. Representative

# **<u>Contractor's Proposal</u>**

## **<u>Dated:   10/31/02</u>**

## **<u>Change Order No.:  GC2-182</u>**

## Trataros Construction, Inc.

c/o Baruch College
55 Lexington Avenue
New York, New York 10010
Tel.: (646)935-0101    Fax.: (646)935-0757

October 31, 2002

TDX
137 East 25th Street
New York, New York 10010

Att:    Mr. Ray Leu

Re:    **Baruch Academic Complex**
       **GC 2 - Contract #16**
       **Change Order Proposal #351**
       **Title:    Crocetti T&M Invoices**

Dear Mr. Leu:

    We hereby submit costs submitted by GM Crocetti for additional work performed on a time and material basis.  Ticket nos. 3116 - 3119, 3131 - 3134 and 3574 - 3576 have been included in this proposal.

    Our cost for the above mentioned totals ($20,732.00) Twenty thousand, seven hundred and thirty two dollars. See enclosed itemized breakdown provided by GM Crocetti.

| | | |
|---|---|---|
| Subcontractor Base Cost (Labor & Material) | $ | 15,304.72 |
| Subcontractor Premium Cost | $ | 1,101.24 |
| Subcontractor OH&P on Base Cost | $ | 3,060.94 |
| GC Overhead & Profit | $ | 1,265.24 |
| **Total** | $ | 20,732.14 |

    Please also be advised that, not withstanding the release and schedule analysis contained in this proposal, this proposal does not include costs associated with any cost or time impact which the work encompassed therein may have on the contract work or work encompassed by any other changes, and Trataros Construction reserves its rights concerning any such impact, as well as its right to seek an appropriated extension of time.

Sincerely,

Athena Curis
Project Manager

cc:    TCI Office - files
encl.:  Ticket nos. 3116-3119, 3131-3134, 3574-3576

10/31/02  THU 10:31 FAX 539 9961          TRATAROS CONST BARUCH                          @003

** TOTAL PAGE.02 **

TC1 #251

Baruch College
Request for Proposal Dated 10/26/02

| GMC Invoice / WO#(s) | Description | Premium Time |  |  |  |  | Straight Time |  |  |  |  | Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Mechanic Foreman Hours | Mechanic Hours | Finisher Foreman Hours | Finisher Double Time | Finisher Hours | Mechanic Foreman Hours | Mechanic Hours | Finisher Foreman Hours | Finisher Hours | Plaster Hours |  |
| 3116 | C-11343 Cut "V" Joints @ Premium Time Sat. 12/1/01 |  |  | 7 |  |  |  |  |  |  |  |  |
| 3117 | C-11344 Cut "V" Joints @ Double Time Sun. 12/2/01 |  |  |  | 7 |  |  |  | 7 |  |  |  |
| 3118 | C-11345 Cut "V" Joints on Level B-3 |  |  |  |  |  |  |  | 7 |  |  |  |
| 3116 | C-11346 Cut "V" Joints & Epoxy Joints on Level B-3 |  |  |  |  |  |  |  | 7 |  |  |  |
| 3115 | C-11348 Cut "V" Joints & Epoxy Joints on Level B-3 |  |  |  |  |  |  |  | 7 |  |  |  |
| 3131 | C-11349 Cut Terrazzo Base to Fit Circular Wall on B-3 | 7 |  |  |  | 7 | 12 | 12 |  |  |  |  |
| 3132 | C-11350 Installed Membrane w/Mesh @ B-1 Sat 1/28 |  | 7 |  |  | 7 | 7 | 7 |  | 14 | 3,474.00 |  |
| 3134 | C-11670 Installed Membrane w/Mesh on Level B-3 |  |  |  |  | 7 | 7 |  |  | 7 |  |  |
| 3674 | C-11361 Patching/Grinding- Chipped Steps/Floor |  |  |  |  |  | 7 | 7 |  | 7 |  |  |
| 3876 | C-11391 Patching/Grinding of Base, Floor & Steps |  |  |  |  |  | 7 | 7 |  | 7 |  |  |
| 3576 | C-11395 Patching/Grinding- Chipped Steps/Floor |  |  |  |  |  | 7 | 7 |  | 7 |  |  |
| 3532 |  Installed Membrane w/Mesh on Level B-3 |  |  |  |  | 7 | 7 | 7 |  | 14 |  |  |
|  | Total Hours | 7 | 7 | 7 | 7 | 7 | 68 | 33 | 28 | 68 | $3,474.00 |

Premium Time/Double Time
7 Premium Time Mechanic Foreman Hours        @ $27.86  =  $193.76
7 Premium Time Mechanic Hours                @ $27.69  =  $193.82
7 Premium Time Finisher Foreman Hours        @ $26.91  =  $188.37
7 Double Time Finisher Foreman Hours         @ $46.16  =  $327.06
7 Premium Time Finisher Hours                @ $26.88  =  $188.15
                                                          $1,161.24

Straight Time
68 Mechanic Foreman Hours                    @ $67.37  =  $4,581.16
33 Mechanic Hours                            @ $61.84  =  $2,040.72
28 Finisher Foreman Hours                    @ $65.69  =  $1,839.32
68 Finisher Hours                            @ $50.17  =  $3,388.62
                                                          $11,830.72

Material =                                                $3,474.00
                                                          $15,304.72

10%   Overhead =                                          $1,530.47
10%   Profit   =                                          $1,530.47
                                                          $18,365.66

Grand Total =                                             $18,465.00

Page 1

88/08

7289944505 TO 16463125121T                    OCT 31 2002 10:21 FR GM CROCETTI

P.02/02

# <u>Reference Documents</u>

## <u>Change Order No.:  GC2-182</u>

### <u>DRAWINGS</u>:

**A-101**    2ND SUBCELLAR / B3 FLOOR PLAN
**A-102**    SUBCELLAR / B2 FLOOR PLAN
**A-103**    CELLAR / B1 FLOOR PLAN
**A-104**    GROUND FLOOR PLAN
**A-105**    2ND FLOOR PLAN









# **Approved Wage Rates**

## **Change Order No.:     GC2-182**

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: | G.M. CROCETTI INC | Date: | 9/26/02 |
|---|---|---|---|
| Address: | 3960 MERRITT AVENUE | DASNY Project No.: | |
| | BRONX NY 10466 | Location: | BARUCH COLLEGE |
| Telephone No.: | 718 994 0900 | | |

**LABOR RATE BREAKDOWN**    (Use a separate sheet for each trade and classification)

Trade: TERRAZZO MECHANIC - FOREMAN

Check One Box Only:   Union Shop: ☒   Local #: 7
                      Open Shop: ☐

Effective Dates for Wage Rates:   From   7/01/01   To   12/31/01

| | | | | REGULAR TIME | PREMIUM TIME OVERTIME | DOUBLETIME |
|---|---|---|---|---|---|---|
| **A. BASE RATE PER HOUR** | | | | $31.87 | 47.82 | 63.75 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| LOCAL PAC | ☑ | % | $ .02 | .02 | .03 | .04 |
| DEFENSE FUND | ☑ | % | $ .05 | .05 | .075 | .10 |
| TRAVEL EXPENSE | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| INT'L PENSION | ☐ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| I.M.I. | ☐ | % | $ .22 | .22 | .22 | .22 |
| PROMOTIONAL FUND | ☐ | % | $ .10 | .10 | .10 | .10 |
| BUILDERS FUND | ☑ | % | $ .10 | .10 | .15 | .20 |
| WELFARE SUB FUND | ☐ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| FOREMANS PAY | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 24.48 | $ 24.48 | 32.68 | 35.28 |
| **PAYROLL TAXES AND INSURANCE** | | | | | | |
| FICA | 7.65% | | | 3.04 | 4.35 | 5.45 |
| Federal Unemployment | .80% | | | .32 | .45 | .59 |
| State Unemployment | 3.70% | | | 1.47 | 2.00 | 2.73 |
| Workmen's Compensation | 8.65% | | | 3.43 | 4.90 | 6.37 |
| Disability | .40% | | | .16 | .16 | .16 |
| C/L | 6.50% | | | 2.59 | 2.59 | 2.59 |
| (hourly base rate plus taxable benefits) $_____ times _____ % | % | | | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | $ 11.81 | 14.55 | 18.09 |
| **D. TOTAL LABOR RATE    (A + B + C) =** | | | | $ 68.33 | 95.05 | 117.13 |

**SECTION D: CONTRACTOR'S CERTIFICATION**

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Signature [signature]

Print Name of Authorized Representative: MICHAEL E BOSAL

Print Title: Payroll Manager

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 483-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2003

Sworn before me this 26 day of Sept 2002

Notary Public [signature]

P/R Taxes & Insurance %'s

CCCU – 02-26-2001 APPLY TO GROSS TAXABLE AS FOLLOWS:

| Reg Time | 1½x | 2x |
|---|---|---|
| 39.73 | 56.13 | 73.87 |

SEP 05 2002 19:36

TOTAL P.02
PAGE.02

**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

| Contractor Name: G. M. CROCETTI INC | Date: 9/26/02 |
| Address: 3960 MERRITT AVENUE | DASNY Project No.: |
| BRONX NY 10466 | Location: BARUCH COLLEGE |
| Telephone No.: 718 994 0900 | |

**LABOR RATE BREAKDOWN**   (Use a separate sheet for each trade and classification)

Trade: TERRAZZO ASSISTANT - FOREMAN

Check One Box Only:   Union Shop: ☒   Local #: 7
Open Shop: ☐

Effective Dates for Wage Rates:   From 7/1/01   To 12/31/01

| | Taxable Benefits | % per hour | $ per hour | REGULAR TIME | PREMIUM TIME overtime | PREMIUM TIME DOUBLE TIME |
|---|---|---|---|---|---|---|
| A. BASE RATE PER HOUR | | | | 30.51 | 45.86 | 61.19 |
| BENEFITS: (Check All Taxable Benefits That Apply) | | | | | | |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Health & Welfare | ☐ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| Annuity | ☐ | % | $ 3.00 | 3.00 | 4.50 | 6.00 |
| INT'L BAC. PAC | ☑ | % | $ .03 | .03 | .045 | .06 |
| Supplemental Unemployment | | % | | | | |
| Security Fund DEFENSE FD. | ☑ | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| LOCAL PAC | ☑ | % | $ .05 | .05 | .075 | .10 |
| TRAVEL EXPENSE | ☑ | % | $ .02 | .02 | .03 | .04 |
| INT'L PENSION | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| PROMOTIONAL FUND | | % | $ .22 | .22 | .22 | .22 |
| BUILDING FUND | | % | $ .10 | .10 | .10 | .10 |
| FOREMANS PAY | ☑ | % | $ .10 | .10 | .15 | .20 |
| | ☑ | % | $ 4.29 | 4.29 | 4.29 | 4.29 |
| B. TOTAL BENEFITS PER HOUR | | | | $ 24.48 | 32.60 | 35.28 |
| PAYROLL TAXES AND INSURANCE | | | | | | |
| FICA | | 7.65 % | | 2.99 | 4.20 | 5.85 |
| Federal Unemployment | | .80 % | | .31 | .44 | .57 |
| State Unemployment | | 3.70 % | | 1.42 | 2.03 | 2.64 |
| Workmen's Compensation | | 8.63 % | | 3.32 | 4.74 | 6.85 |
| Disability | | .40% | | .15 | .15 | .15 |
| Gen. LIABILITY | | 6.50% | | 2.50 | 2.50 | 2.50 |
| | | % | | | | |
| (hourly base rate plus taxable benefits) $ _____ times _____ % | | | | | | |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | 10.69 | 14.06 | 17.46 |
| D. TOTAL LABOR RATE     (A + B + C) = | | | | 65.09 | 92.60 | 113.88 |

**SECTION D: CONTRACTOR'S CERTIFICATION**

*I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.*

Signature _Michael E. Bobal_

Print Name of Authorized Representative
MICHAEL E. BOBAL

Print Title
PAYROLL MANAGER

MICHAEL ZANZANO
Notary Public, State of New York
No. 80 ...
Qualified in West...
Certified Filed in...
Commission Expires A...31, 2003

Sworn before me this 26 day of Sept 2002

_[signature]_
Notary Public

CCCU – 02-26-2001

Payroll taxes & insurance %'s apply to gross pay as follows

| Reg Time | 1½x | 2x |
|---|---|---|
| 38.48 | 54.82 | 71.25 |

SEP 05 2002 19:36

① One hour extra pay - per day. 32.53 x $150/wk
150/35 = 4.29

06/11/2002 13:48 FAX 518 257 3488      DASNY 3rd FLOOR                    ☒003

MAY 09 2002 14:45  FR GM CROCETTI      7189944505 TO 12126790037    P.02/03
                                       ID:12128790031                PAGE  2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207                      **LABOR RATE WORKSHEET**

| Contractor Name: | GM Crocetti, Inc. | Date: | 5/8/02 |
|---|---|---|---|
| Address: | 3960 Merritt Ave. | DASNY Project No.: | |
| | Bronx, NY 10466 | Location: | Baruch College Site B |
| Telephone No.: | (718) 994-0900 | | |

LABOR RATE BREAKDOWN  (Use a separate sheet for each trade and classification)
Trade: ~~Concrete~~ Terrazzo Mechanic
Check One Box Only:  Union Shop: ☒  Local #: 7
                     Open Shop: ☐
Effective Dates for Wage Rates:  From  2/1/01  To  12/31/01

| A. BASE RATE PER HOUR | | | | REGULAR TIME | PREMIUM TIME | |
|---|---|---|---|---|---|---|
| | | | | $31.88 | Overtime | Doubletime |
| | | | | | $47.82 | $63.76 |
| BENEFITS: (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | | |
| Vacation & Holiday | | % | | | | |
| Health & Welfare | ☑ | % | $ 2.00 | 2.00 | 3.00 | 4.00 |
| Pension | ☑ | % | $ 5.60 | 5.60 | 11.20 | 11.20 |
| Annuity | ☑ | % | $ 4.15 | 4.15 | 4.15 | 4.15 |
| International BAC PAC | ☑ | % | $ 3.00 | 3.00 | 4.60 | 6.00 |
| Local PAC | ☑ | % | $ .03 | .03 | .03 | .06 |
| Surety Fund (Defense fund) | ☑ | % | $ .02 | .02 | .03 | .04 |
| Travel Expense | ☑ | % | $ .05 | .05 | .075 | .10 |
| International Pension | ☑ | % | $ 1.42 | 1.42 | 1.42 | 1.42 |
| IMI | ☑ | % | $ 1.50 | 1.50 | 1.50 | 1.50 |
| Promotional Fund | ☑ | % | $ .22 | .22 | .22 | .22 |
| Building Fund | ☑ | % | $ .10 | .10 | .10 | .10 |
| ✗ Welfare S.U.B. Fund | ☑ | % | $ .10 | .10 | .10 | .20 |
| (Identify Taxable Benefits) | | % | $ 2.00 | 2.00 | 2.00 | 2.00 |
| | | % | $ | | | |
| B. TOTAL BENEFITS PER HOUR | | | $ 33.2819 | $30.19 | $28.9 | $36.1 |
| PAYROLL TAXES AND INSURANCE ① | | | | | 28.39 | |
| FICA | | | 7.65 % | 2.70 | 4.00 | 5.29 |
| Federal Unemployment | | | .80 % | .18 | .40 | .55 |
| State Unemployment | | | 3.70% | 1.31 | 1.93 | 2.56 |
| Workmen's Compensation | | | 8.63% | 3.05 | 4.51 | 5.97 |
| Disability | | | .40% | .14 | .14 | .14 |
| General Liability | | | 6.50% | 2.29 | | |
| (Identify taxes not plus taxable benefits) ③ | | | 27.68% | 2.29 | 2.29 | 2.29 |
| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | $ 9.77 | $13.29 | $16.80 |
| D. TOTAL LABOR RATE  (A+B+C) = | | | | $ | $ | |

SECTION D: CONTRACTOR'S CERTIFICATION

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

$101.84      $ 89.50      $111.55

Signature _____
Print Name of Authorized Representative: MICHAEL E. SORA
PAYROLL MANAGER
Print Title

Sworn before me this 9 __ day of May 2__

Notary Public _____

**MICHAEL ZANZANO**
Notary Public, State of New York
No. 60-468-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

CCCU - 02-26-2001

✗ SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND

① P/R Taxes & Insurance %'s apply to gross payroll $ of dollars
   Reg time    1½ x    2 x

06/11/2002 13:47 FAX 518 257 3468      DASNY 3rd FLOOR          ☑002

MAY 09 2002 14:45   FR GM CROCETTI       7189944505 TO 12126790037      P.03/03
                                                                 PAGE   2/3



**DORMITORY AUTHORITY OF THE STATE OF NEW YORK**
515 Broadway
Albany, New York 12207

**LABOR RATE WORKSHEET**

Contractor Name: G M CROCETTI INC     Date: 5/8/02
Address: 3960 MERRITT AVENUE     DASNY Project No.:
         BRONX N.Y. 10466     Location: BARUCH COLLEGE
Telephone No.:                                          SITE B

**LABOR RATE BREAKDOWN** (Use a separate sheet for each trade and classification)
Trade: TERRAZZO ASSISTANT
Check One Box Only:   Union Shop ☒   Local #: 7
                Open Shop ☐
Effective Dates for Wage Rates: From 7/1/01 To 12/31/01

| | | | | REGULAR TIME | PREMIUM TIME |
|---|---|---|---|---|---|
| | | | | | Overtime / Doubletime |
| **A. BASE RATE PER HOUR** | | | | $30.57 | $45.86 / $61.14 |
| **BENEFITS:** (Check All Taxable Benefits That Apply) | Taxable Benefits | % per hour | $ per hour | | 45.860 |
| Vacation & Holiday | ☑ | % | $ 2.00 | 2.00 | 3.00 / 4.00 |
| Health & Welfare | ☐ | % | $ 5.40 | 5.40 | 11.20 / 11.20 |
| Pension | ☐ | % | $ 4.15 | 4.15 | 4.15 / 4.15 |
| MTL BAC PAC | ☑ | % | $ 3.00 | 3.00 | 4.50 / 6.00 |
| Supplemental Unemployment | ☐ | % | $ .03 | .03 | .045 / .06 |
| Security Fund (SUPEN ST FD) | ☑ | % | $ 2.00 | 2.00 | 2.00 / 2.00 |
| LOCAL PAC | ☑ | % | $ .05 | .05 | .075 / .10 |
| TRAVEL EXPENSE | ☑ | % | $ .02 | .02 | .03 / .04 |
| INTL PENSION | ☐ | % | $ 1.42 | 1.42 | 1.42 / 1.42 |
| IMI | ☐ | % | $ 1.50 | 1.50 | 1.50 / 1.50 |
| PROMOTIONAL FUND | ☐ | % | $ .22 | .22 | .22 / .22 |
| BUILDING FUND | ☐ | % | $ .10 | .10 | .10 / .10 |
| (Identify Taxable Benefits) | ☐ | % | $ .10 | .10 | .15 / .20 |
| **B. TOTAL BENEFITS PER HOUR** | | | $ 20.19 | $ 30.19 | $ 24.24 / $ 30.99 |
| **PAYROLL TAXES AND INSURANCE** | | | | | |
| FICA | | 7.65 % | | 2.60 | 3.85 / 5.49 |
| Federal Unemployment | | .80 % | | .37 | .40 / .53 |
| State Unemployment | | 3.50 % | | 1.26 | 1.86 / 2.46 |
| Workmen's Compensation | | 8.43 % | | 2.93 | 4.34 / 5.79 |
| Disability | | .40 % | | .14 | .14 / .14 |
| Gross Liability | | 6.50 % | | 2.21 | 2.21 / 2.21 |
| (hourly base rate plus taxable benefits) x _____ times _____ | | 27.68 % | | | |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | $ 9.41 | $ 12.80 / $ 16.28 |
| **D. TOTAL LABOR RATE** (A + B + C) = | | | $ 60.17 | $ 87.05 / $ 100.41 |

JM 6/11/02

COST CONTROL UNIT DORMITORY AUTHORITY

**SECTION D: CONTRACTOR'S CERTIFICATION**     $60.17 (circled)   $ 87.05   $109.41

I certify that the labor rates on this worksheet are the applicable prevailing wage rates, labor fringe benefit amounts, and expenses and that the labor rates, insurance costs, labor fringe benefit amounts, and expenses are the actual and true costs incurred.

Signature: _Michael E. Boral_
Print Name of Authorized Representative: MICHAEL E. BORAL
Print Title: PAYROLL MANAGER

Sworn before me this ____ day of MAY 2002
_____ (signature)
Notary Public

MICHAEL ZANZANO
Notary Public, State of New York
No. 60 486-7765
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires Aug 31, 2005

CCCU – 02-25-2001

① P/R TAXES & INS. %'s apply to gross pay as follows

| | Reg Time | 1½ x | 2 x |
|---|---|---|---|
| | 33.98 | | |

JAN 08 2002 11:24

59014

DORMITORY AUTHORITY OF NYS
ANTICIPATED to Pending Edit

Page No . . . 1
Date . . . 12/17/02

Budget Edit ... FINAL MODE ---

Budget ... Run SUCCESSFUL

Job Number
Change Order No      1277109999  BARUCH-Site B Facility
                     1101919999

| Project Number | Min Sub | Max Sub | JA (Prj Bdgt) Ledger | AA (Actual) Ledger | PA (Open Ctr) Ledger | PE (Pending) Ledger | Requested Amount | Remaining Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1277109999 5 | | 54000001 | 226,149,867.00 | 221,217,617.08 | 2,681,549.60 | 463,614.59 | 20,720.00 | 766,365.73 | |

*** End of Report ***

Report Date . : 12/24/02
Report Time . : 11:18:42

Program ID . : ZPS0010
Version . . . : ZPS00164

Batch Multi-Funding BE II
Budget Edit Batch
Multi Funding Edit Run

The Following Version Options Were Selected:
Print Cover Page (Y/N) . . . . . . . . Y
Draft Execution (09/1,2/3/N) . . . . . N
Cancel . . . . . . . . . . . . . . . . N
User ID . . . . . . . . . . . . . . PVANCE

The Following Forms Options Were Selected:
Form Type
Maximum Form Width
Maximum Form Length
Location of Page Overflow

The Following Printer Options Were Selected:
Hold
Hold in Queue(Y/N/S/T) . . . . . . . . Y
Lines/Inch (4/6/8) . . . .
Number of Report Copies . . . . . . . 001

The Following Processing Options Were Selected:
MULTI-FUNDING PROCESSING (OPTIONAL):
1. Enter the Multi-Funding
date. A blank date will
Note: A blank entry results in
no update processing

CONTRACT IDENTIFICATION (REQUIRED):
2. Enter the Company . . . . . . . . 61506
3. Enter the Contract Type . . . . . 2692
4. Enter the Contract . . . . . . . 1277709999
4A. Enter the subnumber associated
with Contract to process.

LEDGER TYPES (OPTIONAL):                 More . . .
5. Enter the G/L Ledger Type to be
used . . . . . . . . . . . . . . . . B1
Used for the Job Winding Ledger
6. Enter the G/L Ledger Type to be
used for the G/L Budget Ledger . . . JA
Id blank, JA will be used.

FISCAL DATE:                             More . . .
9.) Enter the fiscal date to be used
for this run. If left blank then
today's date will be used.

BUSINESS UNIT TYPE(S):                   More . . .
10.) Enter valid Project Types for      PJ, PH
Multi-Funding.
Blank Default will be * PJ')

Program ID . . . +P59010
Version. . . . ZTEST00164

Batch Multi-Funding BE II
Budget Edit II Batch
Multi Funding Edit Run

Report Date. . 12/24/02
Report Time. . 11:18:42

11.) Enter up to 8 additional Job Types for Multi Funding. Ex: JB,JI,JH (If left blank Default will be = 'JB') — JB,JH

MORE

TERM or EMERGENCY PROCESSING

12) Enter a '1' to process a Change Order or Amendment to another Project (as if the contract were a Term Contract).
Note Well: This option should only be used for work where Management has clearly authorized this amendment or change order.

- MORE -

CREDIT CHANGE PROCESSING

13) Enter a '1' to make sure that no single account PA in a job becomes negative when a credit is applied. (Default is '1'.) — 1
If you are going to change this option you are responsible to make sure that the credit is PAID immediately You cannot use the ' ' option to close a contract.

- BOTTOM -

The Following Sequencing/Selection Options Were Selected:

| Data Item | Rel. | Value | Opt | Seq No. | Seq Opt |
|---|---|---|---|---|---|
| Order Number . . . . . . . . . . . . . . . | | | | 1 | |
| Order Type . . . . . . . . . . . . . . . . | | | | 2 | |
| Order Suffix . . . . . . . . . . . . . . . | | | | 3 | |

The Following Report Distributions were Entered:
** None Selected **

Page No . : . 1
Date - . : . 12/24/02

DORMITORY AUTHORITY OF NYS
Budget Edit Batch
Multi Funding Edit Run

59010

| Contract Number | Order Number | OC CO | Line Number | Project Number | Fund Number | Obj Acct | Sub | Line Description | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 61506 | 99999 | ZS | .001 | 1277709999 | 1277709999 | .000 | | Header | |
| | | | | Account Number | 1277709994 | | | | |
| | | | | Status: | Contract Line Has Been Funded | | | | |
| 61506 | 99999 | ZS | .002 | 1277709999 | 1277709650 .1331 | 51000056 | | PAYMENT LINE FOR CO# 062 | 16,321.00 |
| | | | | Account Number | 1277709999 .1331 | 51000056 | | | |
| | | | | Status: | Contract Line Has Been Funded | | | | |
| 61506 | 99999 | ZS | .003 | 1277709999 | 1277709604 .1332 | 51000056 | | PAYMENT LINE FOR CO# 062 | 4,399.00 |
| | | | | Account Number | 1277709999 .1332 | 51000056 | | | |
| | | | | Status: | Contract Line Has Been Funded | | | | |

Total Amount Has Been funded:          20,720.00