# EXHIBIT 32

APPEAL, CASREF, ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06915-DLC

Travelers Casualty and Surety Company v. Dormitory Authority State of New York et al
Assigned to: Judge Denise L. Cote
Referred to: Magistrate Judge Theodore H. Katz (Settlement)
Related Case: 1:08-cv-06239-DLC
Cause: 28:1332 Diversity-Other Contract

Date Filed: 08/01/2007
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**Travelers Casualty and Surety Company**
*as Administrator for Reliance Insurance Company*

represented by **David Craig Dreifuss**
Dreifuss Bonacci & Parker, LLP
One Penn Plaza
36th Fl
New York, NY 10119
973-514-1414
Fax: 973-514-5959
Email: DDreifuss@dbplawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eli John Rogers**
Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
(973)-514-1414
Fax: (973)-514-5959
Email: erogers@dbplawfirm.com
*ATTORNEY TO BE NOTICED*

**Joanne M. Bonacci**
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, Nj 07932
(973)-514-1414
Fax: (973)-514-5959
Email: jbonacci@dbplawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Dormitory Authority State of New York** | represented by | **Timothy B Froessel** Holland & Knight LLP (FL) 50 North Laura Street, Suite 3900 Jacksonville, FL 32202 (212) 513-3484 Fax: (212) 385-9010 Email: tbfroess@hklaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **TDX Construction Corp.** | represented by | **Timothy B Froessel** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kohn Pedersen Fox Associates, P.C.** | represented by | **David Abramovitz** Zeynel Karcioglu, Esq 36 East 20th Street New York, NY 10003 (212) 661-0722 Fax: 212-682-6861 Email: dabramovitz@zdlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Louis Jay Dennis** Zetlin & De Chiara, LLP(NYC) 801 Second Avenue New York, NY 10017 (212) 682-6800 Fax: (212) 682-6861 Email: ldennis@zdlaw.com |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Kohn Pedersen Fox Associates, P.C.** | represented by | **David Abramovitz** (See above for address) *ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**

| | | |
|---|---|---|
| **Trataros Construction, Inc.** | represented by | **Eli John Rogers** (See above for address) *ATTORNEY TO BE NOTICED* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FourthParty Defendant**

**Great American Insurance Company**    represented by    **Donald George Sweetman**
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, NJ 07054
(973)285-1919
Fax: (973)285-1177
Email: dsweetman@gkar-law.com
*ATTORNEY TO BE NOTICED*

**FourthParty Defendant**

**National Union Fire Insurance Company of Pittsburgh, PA.**    represented by    **Erika Catherine Aljens**
Law Offices of Green & Lavelle
110 William Street
New York, NY 10038
(212)-266-5880
Fax: (212)-528-0134
Email: erika.aljens@aig.com
*ATTORNEY TO BE NOTICED*

**FourthParty Defendant**

**United States Fire Insurance Company**
*TERMINATED: 03/07/2008*    represented by    **John Paul DeFilippis**
L'Abbate, Balkan, Colavita and Contini, LLP(NYC)
One Battery Park Place
New York, NY 10004
(718)-932-4024
Fax: (212)-825-0657
Email: jdefilippis@cmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FourthParty Defendant**

**United States Fire Insurance Company**

**FourthParty Defendant**

**Zurich American Insurance Company**    represented by    **S. Dwight Stephens**
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279
212 238 8900
Fax: 212 238 8999
Email: sds@melitoadolfsen.com
*ATTORNEY TO BE NOTICED*

**FourthParty Defendant**

**Ohio Casualty**    represented by    **Henry G. Morgan**

| | |
|---|---|
| **Insurance Company** | Morgan,Melhuish,Monaghan,Arviidson,Abrutyn & Lisowski<br>39 Broadway<br>35th Floor<br>New York, NY 10006<br>(212) 735-8600<br>Fax: (212) 509-3422<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | **Joseph DeDonato**<br>Morgan,Melhuish,Monaghan,Arviidson,Abrutyn&Lisowski<br><br>39 Broadway-35flr<br>New York, NY 10006<br>(212) 735-8600<br>Fax: (212)-509-3422<br>Email: jdedonato@morganlawfirm.com<br>*ATTORNEY TO BE NOTICED* |
| | **Mark Thomas Hall**<br>Morgan Melhuish Abrutyn ( NJ )<br>651 W. Mt. Pleasant Avenue<br>Livingston, NJ 07039<br>(973)-863-7634<br>Fax: (973)-994-3375<br>Email: mhall@morganlawfirm.com<br>*ATTORNEY TO BE NOTICED* |
| **FourthParty Defendant** | |
| **Harleysville Mutual Insurance Company** represented by | **Lance Jon Kalik**<br>Riker, Danzig, Scherer, Hyland & Perretti, LLP(NJ)<br>Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981<br>Morristown, NJ 07962<br>973-451-8447<br>Fax: 973-538-1984<br>Email: lkalik@riker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Tracey Kohl Wishert**<br>Riker Danzig Scherer Hyland Perretti LLP(Morristown)<br>One Speedwell Avenue<br>Morristown, NJ 07962<br>(973) 451-8591<br>Fax: (973) 538-1984<br>Email: twishert@riker.com<br>*ATTORNEY TO BE NOTICED* |

**FourthParty Defendant**

**John Does**
*1-20*

**FourthParty Defendant**

**XYZ Corps.**
*1-20*

**FourthParty Defendant**

| | | |
|---|---|---|
| **Allied World Assurance Company (U.S.) Inc.**<br>*formerly known as*<br>Commercial Underwriters Insurance Company | represented by | **Diana Elaine Goldberg**<br>Mound Cotton Wollan & Greengrass (NYC)<br>One Battery Park Plaza<br>New York, NY 10004<br>212-804-4221<br>Fax: 212-344-8066<br>Email: dgoldberg@moundcotton.com<br>*TERMINATED: 07/10/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joel M Simon**
Smith Mazure
111 John Street
New York City, NY 10038
212-964-7400
Fax: 212-374-1935
Email: jsimon@smithmazure.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FourthParty Defendant**

| | | |
|---|---|---|
| **North American Specialty Insurance Company** | represented by | **Joel M Simon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**FifthParty Plaintiff**

| | | |
|---|---|---|
| **Dayton Superior Corporation**<br>*TERMINATED: 03/03/2008* | represented by | **Andrea June Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**William Gordon Kelly**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**FifthParty Defendant**

**G.M. Crocetti, Inc.**
*TERMINATED:*

Travelers Casualty and
Surety Company
*as Administrator for
Reliance Insurance
Company*

**Counter Defendant**

| **Trataros Construction, Inc.** | represented by | **Eli John Rogers** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Joanne M. Bonacci** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

**Travelers Casualty And
Surety Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2007 | 1 | COMPLAINT against Dormitory Authority State of New York, TDX Construction Corp., Kohn Pedersen Fox Associates, P.C.. (Filing Fee $ 350.00, Receipt Number 622700)Document filed by Travelers Casualty and Surety Company.(tro) (Entered: 08/02/2007) |
| 08/01/2007 | | SUMMONS ISSUED as to Dormitory Authority State of New York, TDX Construction Corp., Kohn Pedersen Fox Associates, P.C. (tro) (Entered: 08/02/2007) |
| 08/01/2007 | | CASE REFERRED TO Judge Harold Baer as possibly similar to 04cv5101. (tro) (Entered: 08/02/2007) |
| 08/01/2007 | | Case Designated ECF. (tro) (Entered: 08/02/2007) |
| 08/01/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Travelers Insurance Group Holdings, Inc., Travelers Property Casualty Corp., The Travelers Companies, Inc. as Corporate Parent. Document filed by Travelers Casualty and Surety Company.(tro) (Entered: 08/02/2007) |
| 08/10/2007 | 3 | MOTION for Joanne M. Bonacci to Appear Pro Hac Vice. Document filed by Travelers Casualty and Surety Company.(jco) (Entered: 08/15/2007) |
| 08/14/2007 | | CASE DECLINED AS NOT SIMILAR. Case referred as similar to 1:04-cv-5101 and declined by Judge Harold J. Baer and returned to wheel for assignment. (laq) (Entered: 08/20/2007) |
| 08/14/2007 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Denise L. Cote. Judge Unassigned is no longer assigned to the case. (laq) Additional attachment(s) added on 8/21/2007 (Aquino, Lourdes). (Entered: 08/20/2007) |
| 08/14/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 08/20/2007) |
| 08/16/2007 |  | CASHIERS OFFICE REMARK on 3 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 08/10/2007, Receipt Number 623462. (jd) (Entered: 08/16/2007) |
| 08/20/2007 |  | Mailed notice to the attorney(s) of record. (laq) (Entered: 08/20/2007) |
| 08/20/2007 | 5 | ORDER granting 3 Motion for Joanne M. Bonacci to Appear Pro Hac Vice for defendant Travelers Casualty and Surety Company. (Signed by Judge Denise L. Cote on 8/20/07) (db) (Entered: 08/21/2007) |
| 08/28/2007 |  | Transmission to Attorney Admissions Clerk. Transmitted re: 5 Order on Motion to Appear Pro Hac Vice to the Attorney Admissions Clerk for updating of Attorney Information. (db) (Entered: 08/28/2007) |
| 09/10/2007 | 6 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 10/12/2007 at 11:30 AM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 9/10/07) (tro) (Entered: 09/10/2007) |
| 09/28/2007 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by TDX Construction Corp..(Froessel, Timothy) (Entered: 09/28/2007) |
| 09/28/2007 | 8 | ANSWER to Complaint., CROSSCLAIM against Kohn Pedersen Fox Associates, P.C.., COUNTERCLAIM against Travelers Casualty and Surety Company. Document filed by Dormitory Authority State of New York. (Froessel, Timothy) (Entered: 09/28/2007) |
| 09/28/2007 | 11 | THIRD PARTY COMPLAINT against Trataros Construction, Inc. Document filed by Dormitory Authority State of New York, TDX Construction Corp. (jco) (Entered: 10/02/2007) |
| 10/01/2007 | 9 | MOTION to Dismiss *Complaint*. Document filed by Kohn Pedersen Fox Associates, P.C..Responses due by 10/16/2007 (Attachments: # 1 Affidavit Declaration of Peter Catalano in Support of Motion to Dismiss# 2 Exhibit Exhibit A to Catalano Declaration# 3 Exhibit Exhibit B (Part 1 of 2) to Catalano Declaration# 4 Exhibit Exhibit B (Part 2 of 2) to Catalano Declaration)(Abramovitz, David) (Entered: 10/01/2007) |
| 10/01/2007 | 10 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Dismiss Complaint (Memorandum in Support). Document filed by Kohn Pedersen Fox Associates, P.C. (Abramovitz, David) Modified on 10/2/2007 (KA). (Entered: 10/01/2007) |
| 10/02/2007 |  | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney David Abramovitz to RE-FILE Document 10 MOTION to Dismiss Complaint (Memorandum in Support). Use the document type Memorandum of Law in Support of Motion found under the document list Replies, Opposition and Supporting Documents. (KA) (Entered: 10/02/2007) |
| 10/02/2007 | 12 | MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss |

| | | |
|---|---|---|
| | | *Complaint - Memorandum in Support..* Document filed by Kohn Pedersen Fox Associates, P.C.. (Abramovitz, David) (Entered: 10/02/2007) |
| 10/09/2007 | 13 | ENDORSED LETTER addressed to Judge Denise L. Cote from Timothy Froessel dated 10/4/07 re: Request to adjourn the initial ptc set for 10/12/07 to 11/9/07. ENDORSEMENT: The conference is adjourned to 11/30/07 at 11:00 am. Initial Conference reset for 11/30/2007 at 11:00 AM before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 10/5/07) (cd) (Entered: 10/09/2007) |
| 10/16/2007 | 14 | DECLARATION of John Scarpellino, Sr. in Opposition re: 9 MOTION to Dismiss *Complaint..* Document filed by Travelers Casualty and Surety Company. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Rogers, Eli) (Entered: 10/16/2007) |
| 10/16/2007 | 15 | DECLARATION of JoAnne M. Bonacci, Esq. in Opposition re: 9 MOTION to Dismiss *Complaint..* Document filed by Travelers Casualty and Surety Company. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6 -pt 1# 7 Exhibit Exhibit 6 -pt 2# 8 Exhibit Exhibit 7# 9 Exhibit Exhibit 7- pt2# 10 Exhibit Exhibit 8# 11 Exhibit Exhibit 9# 12 Exhibit Exhibit 10# 13 Exhibit Exhibit 11# 14 Exhibit Exhibit 12# 15 Exhibit Exhibit 13# 16 Exhibit Exhibit 14# 17 Exhibit Exhibit 15# 18 Exhibit Exhibit 16# 19 Exhibit Exhibit 17# 20 Exhibit Exhibit 18# 21 Exhibit Exhibit 19# 22 Exhibit Exhibit 20# 23 Exhibit Exhibit 21# 24 Exhibit Exhibit 22# 25 Exhibit Exhibit 23# 26 Exhibit Exhibit 24# 27 Exhibit Exhibit 25# 28 Exhibit Exhibit 26# 29 Exhibit Exhibit 27# 30 Exhibit Exhibit 28)(Rogers, Eli) (Entered: 10/16/2007) |
| 10/17/2007 | 16 | FIRST MEMORANDUM OF LAW in Opposition re: 9 MOTION to Dismiss *Complaint..* Document filed by Travelers Casualty and Surety Company. (Dreifuss, David) (Entered: 10/17/2007) |
| 10/17/2007 | 17 | RESPONSE in Opposition re: 9 MOTION to Dismiss *Complaint. Counter proposed order.* Document filed by Travelers Casualty and Surety Company. (Dreifuss, David) (Entered: 10/17/2007) |
| 10/17/2007 | 18 | DECLARATION of Eli J. Rogers, Esq. in Opposition re: 9 MOTION to Dismiss *Complaint..* Document filed by Travelers Casualty and Surety Company. (Rogers, Eli) (Entered: 10/17/2007) |
| 10/17/2007 | 19 | DECLARATION of Eli J. Rogers, Esq. in Opposition re: 9 MOTION to Dismiss *Complaint..* Document filed by Travelers Casualty and Surety Company. (Attachments: # 1 Exhibit Exh. A# 2 Exhibit Exh B# 3 Exhibit Exhib B-2# 4 Exhibit Exhib B-3# 5 Exhibit Exhib B-4# 6 Exhibit Exhib B-5# 7 Exhibit Exhib C-1# 8 Exhibit Exhib C-2# 9 Exhibit Exhib D-1# 10 Exhibit Exhib D-2# 11 Exhibit Exhib E# 12 Exhibit Exhib F# 13 Exhibit Exhib F-2# 14 Exhibit Exhib F-3# 15 Exhibit Exhib F-4# 16 Exhibit Exhib F-5# 17 Exhibit Exhib F-6# 18 Exhibit Exhib F-7# 19 Exhibit Exhib F-8# 20 Exhibit Exhib G# 21 Exhibit Exhib G-2# 22 Exhibit Exhib G-3# 23 Exhibit Exhib G-4# 24 Exhibit Exhib G-5# 25 Exhibit Exhib G-6)(Rogers, Eli) (Entered: 10/17/2007) |
| 10/23/2007 | 20 | REPLY MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss |

| | | |
|---|---|---|
| | | *Complaint..* Document filed by Kohn Pedersen Fox Associates, P.C.. (Abramovitz, David) (Entered: 10/23/2007) |
| 10/26/2007 | 21 | ANSWER to Counterclaim., CROSSCLAIM against Kohn Pedersen Fox Associates, P.C., TDX Construction Corp.. Document filed by Travelers Casualty and Surety Company.(Rogers, Eli) (Entered: 10/26/2007) |
| 10/31/2007 | 22 | MOTION for Louis J. Dennis to Appear Pro Hac Vice. Document filed by Kohn Pedersen Fox Associates, P.C. (jco) (Entered: 11/05/2007) |
| 11/13/2007 | 23 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Travelers Insurance Group Holdings; Travelers Property Casualty Corp.; The Travelers Companies, Inc. for Travelers only as Corporate Parent. Document filed by Travelers Casualty and Surety Company, Trataros Construction, Inc.. (Rogers, Eli) (Entered: 11/13/2007) |
| 11/13/2007 | 24 | ANSWER to Third Party Complaint., CROSSCLAIM against Kohn Pedersen Fox Associates, P.C.., COUNTERCLAIM against TDX Construction Corp.. Document filed by Trataros Construction, Inc..(Rogers, Eli) (Entered: 11/13/2007) |
| 11/13/2007 | 25 | CERTIFICATE OF SERVICE of Answer to Third-Party Complaint served on Dormitory Authority-State of New York; TDX Construction Corp.; and Kohn Pedersen Fox Assocs. on November 13, 2007. Document filed by Trataros Construction, Inc.. (Rogers, Eli) (Entered: 11/13/2007) |
| 11/14/2007 | | CASHIERS OFFICE REMARK on 22 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 10/31/2007, Receipt Number 631567. (jd) (Entered: 11/14/2007) |
| 11/14/2007 | 26 | FOURTH PARTY COMPLAINT against Carolina Casualty Insurance Company, Bartec Industries, Inc., Dayton Superior Specialty Chemical Corp., Specialty Construction Brands, Inc. t/a TEC, Kemper Casualty Insurance Company, Great American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., United States Fire Insurance Company, Zurich American Insurance Company, Ohio Casualty Insurance Company, Harleysville Mutual Insurance Company, John Does, XYZ Corps. Document filed by Travelers Casualty and Surety Company, Trataros Construction, Inc. (jco) (Entered: 11/16/2007) |
| 11/14/2007 | 27 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR FOURTH-PARTY PLAINTIFFS, TRATAROS CONSTRUCTION, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY. No Corporate Parent. Document filed by Travelers Casualty and Surety Company, Trataros Construction, Inc. (jco) (Entered: 11/16/2007) |
| 11/19/2007 | 28 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 22 Motion for Louis J. Dennis to Appear Pro Hac Vice. IT IS HEREBY ORDERED that: Louis J. Dennis is admitted to practice pro hac vice for Defendant Kohn Pedersen Fox Associates, P.C. in the above captioned case. (Signed by Judge Denise L. Cote on 11/19/07) (tro) (Entered: 11/19/2007) |
| | | |