# EXHIBIT A

```
                                                               1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   _____
 4   TRAVELERS CASUALTY AND SURETY COMPANY as
     Administrator for RELIANCE INSURANCE
 5   COMPANY,
 6                        Plaintiff,
 7           -against-
 8   DORMITORY AUTHORITY-STATE OF NEW YORK, TDX
     CONSTRUCTION CORP. and KOHN PEDERSEN FOX
 9   ASSOCIATES, P.C.,
10                        Defendants.
11   Case No. 08-CV-6915 (DLC)
12
             (CAPTION CONTINUED)
13   _____
14
                         July 24, 2008
15                       10:21 a.m.
16
17         DEPOSITION of ATHENA CURIS,
18   taken by Defendant, pursuant to Notice,
19   held at the offices of HOLLAND & KNIGHT
20   LLP, 195 Broadway, New York, New York
21   before Wayne Hock, a Notary Public of the
22   State of New York.
23
24
25
```

```
                                                              11
 1                      A. Curis
 2    asking, please let me know that and I
 3    will be happy to rephrase it.
 4        Q.    Are you currently employed?
 5        A.    Yes.
 6        Q.    Who is your employer?
 7        A.    I'm self-employed, Fox
 8    Industries.
 9        Q.    You say self-employed.
10              Are you the owner of that
11    company?
12        A.    One of the principals, yes.
13        Q.    Who are the other principals?
14        A.    Steve Plagianos.
15        Q.    Where is Fox Industries located?
16        A.    One Commerce Street in Brooklyn.
17        Q.    How long have you been employed
18    by Fox Industries?
19        A.    From September of 2002.
20        Q.    And in September of 2002, were
21    you a principal of Fox Industries?
22        A.    Yes.
23        Q.    Where were you employed prior to
24    Fox Industries?
25        A.    Trataros Construction.
```

                                                                12
                         A. Curis
1
2       Q.    How long were you employed at
3   Trataros Construction?
4       A.    On or about fifteen years.
5       Q.    When you started at Trataros
6   Construction, I'm assuming it would have
7   been about 1987; does that sound right?
8       A.    On or about, yeah.
9       Q.    When you started at Trataros,
10  what was your title or position?
11      A.    I was an estimator.
12      Q.    For how long were you an
13  estimator?
14      A.    About a year.
15      Q.    And after that year, did your
16  job title change?
17      A.    Yes, it did.
18      Q.    And what did it change to?
19      A.    Project coordinator.
20      Q.    And how long did you hold that
21  title?
22      A.    Several years, four or five
23  years.
24      Q.    And at the end of that four or
25  five-year period, did your title then

13

```
 1                    A. Curis
 2   change again?
 3        A.    Yes, it did.
 4        Q.    What did it change to?
 5        A.    Project manager.
 6        Q.    How long did you hold that
 7   title?
 8        A.    Pretty much until the end of my
 9   time with Trataros.
10        Q.    When did you leave Trataros?
11        A.    Just prior to Fox Industries
12   being incorporated.
13        Q.    Why did you leave Trataros?
14        A.    Trataros was no longer in
15   business.
16        Q.    Were you at any time a principal
17   of Trataros Construction?
18        A.    No.
19        Q.    Do you know who the principals
20   of Trataros Construction were?
21        A.    Gus Trataros.
22        Q.    Anyone else?
23        A.    I'm not really sure.
24        Q.    Did Steve Plagianos work for
25   Trataros when you were there?
```

                                                                18
1                    A. Curis
2        Q.    What was your first job while
3    you -- after you got out of Pratt
4    Institute?
5        A.    Breger Terjesen.
6        Q.    When you left Trataros
7    Construction, was it still a going
8    concern?
9              MS. BONACCI: Objection.
10             THE WITNESS:  I'm not sure what
11       happens here.
12             MS. BONACCI: I'll make an
13       objection because I have an issue with
14       the way the question is asked or the
15       form of it and then, if you still
16       understand the question, then you
17       would answer it if you still
18       understand it.  If you don't
19       understand it, ask him to --
20       A.    Please clarify.
21       Q.    When you left Trataros, were
22   they still in business?
23       A.    No.
24       Q.    When did Trataros' business
25   cease?

211

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of July, 2008.

_____Wayne Hock_____

VERITEXT REPORTING COMPANY
212-267-6868                                           516-608-2400