```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as  :
Administrator for RELIANCE INSURANCE      :
COMPANY,                                  :
               Plaintiff,                 :   07 Civ. 6915 (DLC)
                                          :
          -v-                             :        ORDER
                                          :
DORMITORY AUTHORITY - STATE OF NEW YORK,  :
TDX CONSTRUCTION CORP. and KOHN PEDERSEN  :
FOX ASSOCIATES, P.C.,                     :
               Defendants.                :
------------------------------------------:
DORMITORY AUTHORITY OF THE STATE OF NEW   :
YORK and TDX CONSTRUCTION CORP.,          :
               Third-Party Plaintiffs,    :
                                          :
          -v-                             :
                                          :
TRATAROS CONSTRUCTION, INC.,              :
               Third-Party Defendant.     :
------------------------------------------:
TRATAROS CONSTRUCTION, INC. and TRAVELERS :
CASUALTY AND SURETY COMPANY,              :
               Fourth-Party Plaintiffs,   :
                                          :
          -v-                             :
                                          :
CAROLINA CASUALTY INSURANCE COMPANY;      :
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR  :
SPECIALTY CHEMICAL CORP. a/k/a DAYTON     :
SUPERIOR CORPORATION; SPECIALTY           :
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER :
CASUALTY INSURANCE COMPANY d/b/a KEMPER   :
INSURANCE COMPANY; GREAT AMERICAN         :
INSURANCE COMPANY; NATIONAL UNION FIRE    :
INSURANCE COMPANY OF PITTSBURGH, PA.;     :
UNITED STATES FIRE INSURANCE COMPANY;     :
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.:
f/k/a COMMERCIAL UNDERWRITERS INSURANCE   :
COMPANY; ZURICH AMERICAN INSURANCE COMPANY:
d/b/a ZURICH INSURANCE COMPANY; OHIO      :
CASUALTY INSURANCE COMPANY d/b/a OHIO     :
CASUALTY GROUP; HARLEYSVILLE MUTUAL       :
INSURANCE COMPANY (a/k/a HARLEYSVILLE     :
INSURANCE COMPANY); JOHN DOES 1-20 and XYZ:
CORPS. 1-20,                              :
               Fourth-Party Defendants.   :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/09

DENISE COTE, District Judge:

It is hereby

ORDERED, as set forth in the July 14, 2008 Order in this case, that counsel for Travelers Casualty and Surety Company and Trataros Construction, Inc. shall file their June 5, 2009 letter identifying which parties (other than Dayton Superior Corporation) will be filing summary judgment motions.

IT IS FURTHER ORDERED that the June 5, 2009 date for filing summary judgment motions is adjourned to July 17, 2009. Opposition is due August 7, 2009; replies are due August 14, 2009. At the time any reply is filed, the moving party shall provide two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         May 6, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge