```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
TRAVELERS CASUALTY AND SURETY COMPANY as  :
Administrator for RELIANCE INSURANCE      :
COMPANY,                                  :
                Plaintiff,                :
                                          :
          -v-                             :
                                          :         MASTER FILE:
DORMITORY AUTHORITY - STATE OF NEW YORK,  :      07 Civ. 6915 (DLC)
TDX CONSTRUCTION CORP., and KOHN PEDERSEN :
FOX ASSOCIATES, P.C.,                     :
                                          :            ORDER
                Defendants.               :
---------------------------------------- :
DORMITORY AUTHORITY OF THE STATE OF NEW   :
YORK and TDX CONSTRUCTION CORP.,          :
                                          :
                Third-Party Plaintiffs,   :
                                          :
          -v-                             :
                                          :
TRATAROS CONSTRUCTION, INC.,              :
                                          :
                Third-Party Defendant.    :
---------------------------------------- :
TRATAROS CONSTRUCTION, INC. and TRAVELERS :
CASUALTY AND SURETY COMPANY,              :
                                          :
                Fourth-Party Plaintiffs,  :
                                          :
          -v-                             :
                                          :
CAROLINA CASUALTY INSURANCE COMPANY;      :
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR  :
SPECIALTY CHEMICAL CORP. a/k/a DAYTON     :
SUPERIOR CORPORATION; SPECIALTY           :
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER :
CASUALTY INSURANCE COMPANY d/b/a KEMPER   :
INSURANCE COMPANY; GREAT AMERICAN         :
INSURANCE COMPANY; NATIONAL UNION FIRE    :
INSURANCE COMPANY OF PITTSBURGH, PA.;     :
UNITED STATES FIRE INSURANCE COMPANY;     :
NORTH AMERICAN SPECIALTY INSURANCE        :
COMPANY; ALLIED WORLD ASSURANCE COMPANY   :
(U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS :
```

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/10

```
INSURANCE COMPANY; ZURICH AMERICAN            :
INSURANCE COMPANY d/b/a ZURICH INSURANCE      :
COMPANY; OHIO CASUALTY INSURANCE COMPANY      :
d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE       :
MUTUAL INSURANCE COMPANY (a/k/a               :
HARLEYSVILLE INSURANCE COMPANY); JOHN         :
DOES 1-20; and XYZ CORPS. 1-19,               :
                                              :
              Fourth-Party Defendants.        :
-------------------------------------------   :
KOHN PEDERSEN FOX ASSOCIATES, P.C.,           :
                                              :
              Third-Party Plaintiff,          :
                                              :
              -v-                             :
                                              :
WEIDLINGER ASSOCIATES CONSULTING              :
ENGINEERS, P.C.; CASTRO-BLANCO PISCIONERI     :
AND ASSOCIATES, ARCHITECTS, P.C.;             :
ARQUITECTONICA NEW YORK, P.C.; COSENTINI      :
ASSOCIATES, INC.; CERMAK, PETERKA             :
PETERSEN, INC.; JORDAN PANEL SYSTEMS          :
CORP.; TRATAROS CONSTRUCTION, INC.; and       :
LBL SKYSYSTEMS (U.S.A.), INC.,                :
                                              :
              Third-Party Defendants.         :
------------------------------------------- X
```

DENISE COTE, District Judge:

All of the summary judgment motions filed on February 19, 2010, having been decided, it is hereby

ORDERED that the plaintiff shall, following consultation with the other remaining parties to this litigation, submit a letter to the Court by **September 10, 2010**, providing: (1) a list of all parties remaining in this litigation; (2) the current contact information for counsel for each of the remaining parties; and (3) a list of all claims that remain for trial.

2

IT IS FURTHER ORDERED that a status conference will be held with all remaining parties at **2:00 pm** on **September 13, 2010**, in Courtroom 11B, United States Courthouse, 500 Pearl Street, New York, NY 10007. The purpose of this conference will be to set a trial date and to determine a schedule for any further pre-trial submissions in this litigation.

IT IS FURTHER ORDERED that, to the extent the docket sheet maintained by the Clerk of Court for this case does not accurately reflect the status of all parties involved in this litigation, the plaintiff shall, by **September 10, 2010**, submit a proposed Order directing the Clerk of Court to make the necessary corrections to the docket sheet. The proposed Order shall specifically identify the parties that should be reflected as "terminated" and shall direct the Clerk of Court's attention to the specific docket entries that dismissed those parties. To the extent the plaintiff locates any other errors on the docket sheet, the proposed Order may also request appropriate corrections.

SO ORDERED:

Dated:   New York, New York
         August 26, 2010

_____
DENISE COTE
United States District Judge