UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>G.M. CROCETTI, INC.,<br><br>    Debtor. | Case No. 08-CV-6239 (DLC)<br>ECF CASE<br><br>Bankruptcy Case No. 07-10319 (BRL) |
| G.M. CROCETTI, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>    Defendants. | STIPULATION OF DISCONTINUANCE AS TO THIRD-PARTY CLAIMS AGAINST OHIO CASUALTY <u>INSURANCE COMPANY</u> |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>    Third Party Plaintiffs,<br>v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK; TDX CONSTRUCTION CORP.; KOHN PEDERSEN FOX ASSOCIATES, P.C.; CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; ZURICH AMERICAN INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY; HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY; JOHN DOES 1-20 and XYZ CORPS. 1-20,<br><br>    Third Party Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 9/17/10

SEP. 15. 2010   3:37PM     M. M. A     9739943375                              NO. 0169   P. 4/5

**WHEREFORE** the within action was previously consolidated for discovery purposes only with a prior civil action entitled <u>Travelers Casualty and Surety Company, et al. v. Dormitory Authority - State of New York, et al.</u>, Case No. 07-CV-6915 (DLC) (the "Travelers Action"), and

**WHEREFORE** the Second Amended Third-Party Complaint, alleging claims against Ohio Casualty Insurance Company ("Ohio Casualty") *inter alia*, was filed in the within action by Trataros Construction, Inc. ("Trataros") and Travelers Casualty and Surety Company ("Travelers") on or about November 28, 2008, and

**WHEREFORE**, on or about February 19, 2010, Ohio Casualty filed a motion for summary judgment in the Travelers Action, on grounds of alleged lack of coverage under certain policies of insurance, and said motion having been ruled upon by this Court in an Opinion and Order entered on or about July 30, 2010 (the "Order"), and

**WHEREFORE**, the parties to the within action have consented and stipulated to the consolidation of the trial of within action with the trial of the Travelers Action, therefore it is

**STIPULATED AND AGREED** by and between the attorneys for the undersigned parties to the within action that the third-party claims alleged by Trataros and Travelers in the within action against Ohio Casualty are hereby discontinued without prejudice only to the extent of and so as to conform with the Order entered by the Honorable Denise L. Cote, U.S.D.J., disposing of Ohio Casualty's motion for summary judgment on coverage grounds in the Travelers Action, and without costs and fees to any party; and it is further

**STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and

that for purposes of this Stipulation, facsimile signatures will have the same effect as original signatures.

DATED:    September 14, 2010

**DREIFUSS BONACCI & PARKER, LLP**
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Trataros Construction, Inc. and*
*Travelers Casualty and Surety Company*
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel. No. (973) 514-1414

By: _____
    JoAnne M. Bonacci, Esq.

**MORGAN MELHUISH ABRUTYN**
*Attorneys for Third-Party Defendant,*
*Ohio Casualty Insurance Company*
651 West Mount Pleasant Ave., Suite 200
Livingston, New Jersey 07039
Tel. No. (973) 994-2500

By: _____
    Henry Morgan, Esq.

**SO ORDERED:**

_____
THE HONORABLE DENISE L. COTE, U.S.D.J.

Sept. 17, 2010

3