/0565.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

    Plaintiff

vs.

DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,

    Defendants.

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK AND TDX CONSTRUCTION CORP.,

    Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

    Third-Party Defendant.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, et al.,

    Fourth-Party Defendants.

---

Case No. 07-CV-6915 (DLC)
**ECF CASE**

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for Fourth-Party Defendants to the above entitled action, that any and all cross claims asserted by Fourth-Party Defendant Carolina Casualty Insurance Company against Fourth-Party Defendant Specialty Construction Brands, Inc. t/a TEC are hereby discontinued with prejudice and without any costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court and TEC will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated: New York, New York
February 22, 2010

Segal McCambridge Singer & Mahoney, Ltd.
*Attorneys for Fourth-Party Defendant*
*Specialty Construction Brands, Inc. t/a TEC*

_____
Robert R. Brooks-Rigolosi (RBR 5264)
830 Third Avenue, Suite 400
New York, NY 10022
(212) 651-7500
rrigolosi@smsm.com

Zichello & McIntyre, LLP
*Attorneys for Fourth-Party Defendant*
*Carolina Casualty Insurance Company*

_____
Vincent J. Zichello, Esq.
~~420 Lexington Avenue, Suite 2800~~ 60 East 42d St
New York, NY ~~10170~~ 10165
(212) 972-5560
zimc@msn.com

SO ORDERED

_____
Denise L. Cote
United States District Judge

Sept. 17, 2010