Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>Consolidated with<br>Case No. 08-CV-6239 |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ | STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE OF RESPECTIVE CROSS-CLAIMS BETWEEN WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, CASTRO-BLANCO PISCIONERI, ARQUITECTONICA NEW YORK, TRATAROS CONSTRUCTION, INC., and TRAVELERS CASUALTY AND SURETY COMPANY |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10

| | |
|---|---|
| CORPS. 1-19,<br><br>　　　　　Fourth-Party Defendants. | |
| KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,<br><br>　　　　　Third-Party Defendants. | |
| In Re:<br><br>G.M. CROCETTI, INC.,<br>　　　　　Debtor. | Case No. 08-CV-6239 (DLC)<br>ECF CASE<br>(Consolidated Action) |
| G.M. CROCETTI, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　　Defendants. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　　Third Party Plaintiffs,<br><br>　　v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK; TDX CONSTRUCTION CORP.; KOHN PEDERSEN FOX ASSOCIATES, P.C.; CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; ZURICH AMERICAN INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY; HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY; JOHN | |

| DOES 1-20 and XYZ CORPS. 1-20, |
|---|
| Third Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the cross-claims of third-party defendant Trataros Construction, Inc. as against third-party defendants Weidlinger Associates Consulting Engineers, P.C., Castro-Blanco Piscioneri and Associates, Architects, P.C., and Arquitectonica New York, P.C. are hereby discontinued without prejudice, without costs to either party; and it is

FURTHER STIPULATED AND AGREED by and between the undersigned attorneys that the respective cross-claims of third-party defendants Weidlinger Associates Consulting Engineers, P.C., Castro-Blanco Piscioneri and Associates, Architects, P.C., and Arquitectonica New York, P.C. as against third-party defendant Trataros Construction, Inc. and Plaintiff Travelers Casualty and Surety Company are hereby discontinued without prejudice, without costs to either party as against the other; and it is

FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court, may be executed in counterpart, and facsimile and/or photocopied signatures shall have the same force and effect as original signatures.

Dated: September 14, 2010

_____
GOGICK BYRNE & O'NEILL, LLP
By: Stephen P. Schreckinger, Esq. (SPS-4448)
Attorneys for Third-Party Defendants,
Weidlinger Associates; Castro-Blanco
Piscioneri; and Arquitectonica New York
11 Broadway, Suite 1560
New York, New York 10004
Tel. No. 212-422-9424

_____
DREIFUSS BONACCI & PARKER, LLP
By: Eli J. Rogers (EJR-6564)
Counsel for Travelers Casualty & Surety Co.
and Trataros Construction, Inc.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
Tel. No. (973) 514-1414

SO ORDERED:

_____
HON. DENISE L. COTE, U.S.D.J.
Sept. 17, 2010