UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07-CV-6915 (DLC)<br>ECF CASE<br><br>Consolidated with<br>Case No. 08-CV-6239 |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>Third-Party Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/17/10 |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Fourth-Party Plaintiffs,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ | STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE OF TRATAROS' CROSS-CLAIMS AGAINST CERMAK, PETERKA PETERSEN, INC. and CERMAK, PETERKA PETERSEN, INC.'S CROSS-CLAIMS AGAINST TRATAROS |

| | |
|---|---|
| CORPS. 1-19,<br><br>    Fourth-Party Defendants. | |
| KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,<br><br>    Third-Party Defendants. | |
| In Re:<br><br>G.M. CROCETTI, INC.,<br>    Debtor. | **Case No. 08-CV-6239 (DLC)**<br>**ECF CASE**<br><br>**Consolidated with**<br>**Case No. 07-CV-6915** |
| G.M. CROCETTI, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>    Defendants. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>    Third Party Plaintiffs,<br><br>  v.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK; TDX CONSTRUCTION CORP.; KOHN PEDERSEN FOX ASSOCIATES, P.C.; CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; ZURICH AMERICAN INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY; HARLEYSVILLE | |

| INSURANCE COMPANY OF NEW JERSEY; JOHN DOES 1-20 and XYZ CORPS. 1-20, |
|---|
| Third Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the cross-claims of third-party defendant Trataros Construction, Inc. as against third-party defendant Cermak, Peterka, Petersen, Inc., and the cross-claims of third-party defendant Cermak, Peterka, Petersen, Inc. as against third-party defendant Trataros Construction, Inc. are hereby discontinued without prejudice, without costs to either party as against the other; and it is

FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court. This stipulation may be executed in counterpart, and facsimile and/or photocopied signatures shall have the same force and effect as original signatures.

Dated: September 12, 2010

*[signature: Patricia A. Lee]*
CONNELL FOLEY, LLP
By: Patricia A. Lee, Esq. (PAL-5082)
Attorneys for Third-Party Defendant,
Cermak, Peterka, Petersen, Inc.
85 Livingston Avenue
Roseland, NJ 07068
Tel. No. (973) 535-0500

*[signature: E. Rogers]*
DREIFUSS BONACCI & PARKER, LLP
By: Eli J. Rogers (EJR-6564)
Attorneys for Third-Party Defendant,
Trataros Construction, Inc.
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
Tel. No. (973) 514-1414

SO ORDERED:

*[signature: Denise Cote]*
HON. DENISE L. COTE, U.S.D.J.

Sept. 17, 2010

3