**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

G.M. CROCETTI, INC.,

    Debtor.

---

G.M. CROCETTI, INC.,

    Plaintiff,

v.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Defendants.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

    Third Party Plaintiffs,

v.

DORMITORY AUTHORITY - STATE OF NEW YORK; TDX CONSTRUCTION CORP.; KOHN PEDERSEN FOX ASSOCIATES, P.C.; CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; ZURICH AMERICAN INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY; HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY; JOHN DOES 1-20 and XYZ CORPS. 1-20,

    Third Party Defendants.

Case No. 08-CV-6239 (DLC)
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10

STIPULATION OF DISCONTINUANCE AS TO THIRD-PARTY CLAIMS AGAINST ZURICH AMERICAN INSURANCE COMPANY AND ASSURANCE COMPANY OF AMERICA

**WHEREFORE** the within action was previously consolidated for discovery purposes only with a prior civil action entitled <u>Travelers Casualty and Surety Company, et al. v. Dormitory Authority - State of New York, et al.</u>, Case No. 07-CV-6915 (DLC) (the "Travelers Action"), and

**WHEREFORE** the Second Amended Third-Party Complaint, alleging claims against Zurich American Insurance Company ("Zurich") and Assurance Company of America ("Assurance"), *inter alia*, was filed in the within action by Trataros Construction, Inc. ("Trataros") and Travelers Casualty and Surety Company ("Travelers") on or about November 28, 2008, and

**WHEREFORE**, on or about February 19, 2010, Assurance filed a motion for summary judgment in the Travelers Action, on grounds of alleged lack of coverage under certain policies of insurance, and said motion having been ruled upon by this Court in an Opinion and Order entered on or about July 30, 2010 (the "Order"), and

**WHEREFORE**, the parties to the within action have consented and stipulated to the consolidation of the trial of within action with the trial of the Travelers Action, therefore it is

**STIPULATED AND AGREED** by and between the attorneys for the undersigned parties to the within action that the third-party claims alleged by Trataros and Travelers in the within action against Zurich and Assurance are hereby discontinued without prejudice only to the extent of and so as to conform with the Order entered by the Honorable Denise L. Cote, U.S.D.J., disposing of Assurance's motion for summary judgment on coverage grounds in the Travelers Action, and without costs and fees to any party; and it is further

2

**STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, that for purposes of this Stipulation, facsimile signatures will have the same effect as original signatures.

DATED:	September 14, 2010

**DREIFUSS BONACCI & PARKER, LLP**
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Trataros Construction, Inc. and*
*Travelers Casualty and Surety Company*
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel. No. (973) 514-1414

By: _____
	JoAnne M. Bonacci, Esq.

**MELITO & ADOLFSEN, P.C.**
*Attorneys for Third-Party Defendants,*
*Zurich American Insurance Co. and*
*Assurance Company of America*
233 Broadway
New York, New York 10279

By: _____
	S. Dwight Stephens, Esq. (SS 2161)

**SO ORDERED:**

_____
THE HONORABLE DENISE L. COTE, U.S.D.J.

Sept. 17, 2010

3