```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as   :
Administrator for RELIANCE INSURANCE       :
COMPANY,                                   :
                Plaintiff,                 :
                                           :
        -v-                                :
                                           :
DORMITORY AUTHORITY - STATE OF NEW YORK,   :
TDX CONSTRUCTION CORP. and KOHN PEDERSEN   :
FOX ASSOCIATES, P.C.,                      :    MASTER FILE:
                Defendants.                :    07 Civ. 6915 (DLC)
-------------------------------------------:
DORMITORY AUTHORITY OF THE STATE OF NEW    :
YORK and TDX CONSTRUCTION CORP.,           :         ORDER
                Third-Party Plaintiffs,    :
                                           :
        -v-                                :
                                           :
TRATAROS CONSTRUCTION, INC.,               :
                Third-Party Defendant.     :
-------------------------------------------:
TRATAROS CONSTRUCTION, INC. and TRAVELERS  :
CASUALTY AND SURETY COMPANY,               :
                Fourth-Party Plaintiffs,   :
                                           :
        -v-                                :
                                           :
CAROLINA CASUALTY INSURANCE COMPANY;       :
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR   :
SPECIALTY CHEMICAL CORP. a/k/a DAYTON      :
SUPERIOR CORPORATION; SPECIALTY            :
CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER  :
CASUALTY INSURANCE COMPANY d/b/a KEMPER    :
INSURANCE COMPANY; GREAT AMERICAN          :
INSURANCE COMPANY; NATIONAL UNION FIRE     :
INSURANCE COMPANY OF PITTSBURGH, PA.;      :
UNITED STATES FIRE INSURANCE COMPANY;      :
ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. :
f/k/a COMMERCIAL UNDERWRITERS INSURANCE    :
COMPANY; ZURICH AMERICAN INSURANCE COMPANY :
d/b/a ZURICH INSURANCE COMPANY; OHIO       :
CASUALTY INSURANCE COMPANY d/b/a OHIO      :
CASUALTY GROUP; HARLEYSVILLE MUTUAL        :
INSURANCE COMPANY (a/k/a HARLEYSVILLE      :
INSURANCE COMPANY); JOHN DOES 1-20 and XYZ :
CORPS. 1-20,                               :
                Fourth-Party Defendants.   :
-------------------------------------------:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10

```
------------------------------------- :
KOHN PEDERSEN FOX ASSOCIATES, P.C.,   :
                                      :
          Third-Party Plaintiff,      :
                                      :
     -v-                              :
                                      :
WEIDLINGER ASSOCIATES CONSULTING      :
ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI :
AND ASSOCIATES, ARCHITECTS, P.C.,     :
ARQUITECTONICA NEW YORK, P.C., COSENTINI :
ASSOCIATES, INC., CERMAK, PETERKA     :
PETERSEN, INC., JORDAN PANEL SYSTEMS  :
CORP., TRATAROS CONSTRUCTION, INC. and :
LBL SKYSYSTEMS (U.S.A.), INC.,        :
                                      :
          Third-Party Defendants.     :
------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held on September 13, 2010, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties must contact the chambers of Magistrate Judge Katz immediately in order to schedule settlement discussions under his supervision.

2. The Joint Pretrial Order must be filed by **January 7, 2011**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due **January 14, 2011**. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

   IT IS HEREBY ORDERED that the final pretrial conference is scheduled for **January 28, 2011** at **2 p.m.** in Courtroom 11B, 500 Pearl Street.

   IT IS FURTHER ORDERED that the trial will begin at **9:30 a.m.** on **February 14, 2011**.

2

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with the following documents:

    (a) Three copies of a complete exhibit list.

    (b) A set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labelled with the exhibit numbers and placed in a suitable container or box for ready reference.

    (c) The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence, expert reports, and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 p.m. to 2 p.m.

5. There should be no sidebars during jury trials. Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6. If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

7. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

Dated:   New York, New York
         September 17, 2010

                                    _____
                                    DENISE COTE
                                    United States District Judge

3