Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>　　　　　　　　Defendants. | Case No.<br>07 Civ. 6915 (DLC)<br><br>**STIPULATION**<br>**OF DISMISSAL** |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,<br><br>　　　　　　　　Third-Party Plaintiffs,<br><br>- against –<br><br>TRATAROS CONSTRUCTION, INC.,<br><br>　　　　　　　　Third-Party Defendant. | |
| TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　　　　　Fourth-Party Plaintiffs,<br><br>- against –<br><br>CAROLINA CASUALTY INSURANCE COMPANY, BARTEC INDUSTRIES, INC., DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION, SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC, KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., UNITED STATES FIRE INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP, HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY), JOHN DOES 1-20 AND XYZ CORPS. 1-20,<br><br>　　　　　　　　Fourth-Party Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/20/2010 |

| |
|---|
| KOHN PEDERSEN FOX ASSOCIATES, P.C., <br><br>   Third-Party Plaintiff, <br><br>   - against - <br><br> WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC., <br><br>   Third-Party Defendants. |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel of record for the respective parties, and subject to the approval of the Court pursuant to Fed. R. Civ. P. 41(a)(2), that:

1. All of Kohn Pedersen Fox Associates, P.C.'s ("KPF") causes of action against LBL SkySystems (U.S.A.), Inc. ("LBL") in this action are dismissed with prejudice, and without costs.

2. All of LBL's causes of action against KPF in this action are dismissed with prejudice, and without costs.

3. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

4. This Stipulation may be transmitted via facsimile or electronic mail, and any signatures hereupon that are so transmitted shall have the same force and effect as an ink-signed original.

Dated: New York, New York
       September 7, 2010

*So ordered.*

*[signature]*
Sept. 20, 2010

- 2 -

DUANE MORRIS LLP
*Attorneys for LBL*

By: /s/ Richard P. Dyer
Richard P. Dyer
1540 Broadway
New York, NY 10036
(212)-692-1090
rdyer@duanemorris.com

ZETLIN & DE CHIARA, LLP
*Attorneys for KPF*

By: /s/ Michael K. De Chiara
Michael K. De Chiara
David Abramovitz
801 Second Avenue
New York, NY 10017
(212) 682-6800
mkd@zdlaw.com
dabramovitz@zdlaw.com

SO ORDERED:

_____
Hon. Denise L. Cote, U.S.D.J.

- 3 -