

**K D V G**

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

ATTORNEYS AT LAW



SEP 2 2 2010

Ci...

DENISE COTE

Robert Mark Wasko, Esq.
rwasko@kdvglaw.com

September 21, 2010

**By Certified Mail - RRR**

Honorable Denise L. Cote
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007-1312

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 10/4/10 |

> **Re:** *Travelers Cas. & Sur. Co, v. Dormitory Auth. – State of N.Y. et al.*
> **Case No. 07-CV-6915(DLC)**
> **KDV File No.: 0166009-0002**

Dear Judge Cote:

This office has been co-counsel for Carolina Casualty Insurance Company ("Carolina"), a fourth-party defendant in the above captioned matter, along with the firm of Zichello and McIntyre, LLP from the inception of the fourth-party complaint.

By reason of the change in the status of the case after the Court's decisions on various motions for summary or partial summary judgment, Carolina has decided to proceed with one, rather than two attorneys. I and the firm with which I am affiliated, Kaufman Dolowich Voluck & Gonzo LLP have been relieved by Carolina while Zichello and McIntyre, LLP will continue to represent Carolina in this matter.

We believe that a formal motion seeking leave to withdraw is unnecessary because Carolina is still represented by counsel and we ask that Your Honor endorse an Order relieving us as co-counsel for Carolina. If the Court deems this insufficient, we will make a formal application to be relieved.

*Kaufman Dolowich 's application
to be relieved as counsel for
Carolina is granted.*
*Denise Cote*
*Oct. 4, 2010*

Encl.

Respectfully submitted,

Kaufman Dolowich Voluck & Gonzo, LLP

By: _____
Robert Mark Wasko, Esq. (RW 7811)

**135 CROSSWAYS PARK DRIVE, SUITE 201, WOODBURY, NEW YORK 11797**
**PHONE: 516.681.1100  |  FAX: 516.681.1101  |  WWW.KDVGLAW.COM**

NEW YORK   |   PHILADELPHIA   |   SAN FRANCISCO   |   NEW JERSEY   |   LOS ANGELES

Honorable Denise L. Cote
United States District Judge
United States District Court, Southern District of New York
September 21, 2010
Page 2

cc:    Via E-Mail
Zichello and McIntyre, LLP
Attention: Vincent Zichello, Esq.

Via E-Mail
Carolina Casualty Insurance Company
The Berkley Group
Attn:   Michael Hurley, Esq.

Via E-Mail
Kaufman Dolowich Voluck & Gonzo, LLP
Attn:   Gary Wirth, Esq.

Via E-mail
Attached Service List

4821-3102-7207, v. 1

## SERVICE LIST

Joanne M. Bonacci, Esq.                     jbonacci@dbplawfirm.com
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932

Eli John Rogers, Esq.                       erogers@dbplawfirm.com
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932

Timothy B. Froessel, Esq.                   tim.froessel@hklaw.com
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019-6123

Stephen Shapiro, Esq.                       stephen.shapiro@hklaw.com
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

David Abramovitz, Esq.                      dabramovitz@zdlaw.com
Zetlin & De Chiara LLP
801 Second Avenue
New York, New York 10017

William G. Kelly, Esq.                      wkelly@goldbergsegalla.com
Goldberg & Segalla LLP
11 Martine Avenue, 7th Floor
White Plains, New York 10606

Jeremy Platek, Esq.                         jplatek@oconnorlawfirm.com
O'Connor, Redd, Gollihue & Sklarin, LLP
200 Mamaroneck Avenue
White Plains, New York 10601

Leonard Spielberg, Esq.                     lspielberg@hsss.org
Harold Salant Strassfield & Spielberg, Esqs.
81 Main Street
White Plains, New York 10601

ND: 4833-3898-6759, v. 1