```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

        Plaintiff,

vs.

DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,

        Defendants.

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,

        Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

        Third-Party Defendant.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

        Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO

Case No. 07-CV-6915 (DLC)
**ECF CASE**

Consolidated with
Case No. 08-CV-6239 (DLC)

**ORDER MODIFYING
DOCKET SHEET
(Amended Form of Order)**

CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ CORPS. 1-19,

        Fourth-Party Defendants.

---

KOHN PEDERSEN FOX ASSOCIATES, P.C.,

        Third-Party Plaintiff,

vs.

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

        Third-Party Defendants.

---

In Re:

G.M. CROCETTI, INC.,

        Debtor.

**Case No. 08-CV-6239 (DLC)**
**ECF CASE**
(Consolidated Action)

---

G.M. CROCETTI, INC.,

        Plaintiff,

v.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

        Defendants.

---

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

        Third Party Plaintiffs,

v.

DORMITORY AUTHORITY - STATE OF NEW YORK;
TDX CONSTRUCTION CORP.; KOHN PEDERSEN FOX
ASSOCIATES, P.C.; CAROLINA CASUALTY
INSURANCE COMPANY; BARTEC INDUSTRIES INC.;
DAYTON SUPERIOR SPECIALTY CHEMICAL CORP.
a/k/a DAYTON SUPERIOR CORPORATION; ZURICH
AMERICAN INSURANCE COMPANY; ASSURANCE
COMPANY OF AMERICA; OHIO CASUALTY
INSURANCE COMPANY; HARLEYSVILLE
INSURANCE COMPANY OF NEW JERSEY; JOHN
DOES 1-20 and XYZ CORPS. 1-20,

Third Party Defendants.

All of the summary judgment motions filed on February 19 2010 in the action entitled Travelers Casualty and Surety Company, *et al.* v. Dormitory Authority - State of New York, *et al.*, Case No. 07-CV-6915 (DLC) (the "Travelers Action") having been decided by this Court; and in light of this Court's previous Order entered on August 3, 2009 consolidating the Travelers Action with an action entitled G.M. Crocetti, Inc. v. Trataros Construction, Inc., *et al.*, Case No. 08-CV-6239 (DLC) (the "Crocetti Action"); and upon information furnished by the parties referenced below, it is hereby

**ORDERED** that the Clerk of Court for the United States District Court for the Southern District of New York shall modify the docket sheet for the Travelers Action, and where applicable the docket sheet for the Crocetti Action, to reflect that the following parties are of a "terminated" status. The Clerk of Court's attention is further directed to the following specific docket entries which dismissed the said parties.

3

| ▮ | ▮ | ▮ |
|---|---|---|
| LBL Skysystems (U.S.A.), Inc. | 8, 92, 522, 523, 524, 536 | N/A |
| Cermak Peterka Petersen, Inc. | 8, 92, 463, 521, 523, 533 | N/A |
| Cosentini Associates, Inc. | 8, 92, 491, 508, 520, 521, 522 | N/A |
| Specialty Construction Brands, Inc. t/a TEC | 201, 531 | N/A |
| North American Specialty Insurance Company | 365 | N/A |
| Allied World Assurance Company (U.S.) Inc. f/k/a Commercial Underwriters Insurance Company | 365 | N/A |
| United States Fire Insurance Company | 235 | N/A |
| Great American Insurance Company | 364 | N/A |
| National Union Fire Insurance Company of Pittsburgh, Pa. | 365 | N/A |
| Kemper Casualty Insurance Company d/b/a Kemper Insurance Company | 366 | N/A |
| Zurich American Insurance Company | 371, 534 | 58, 68 |
| Assurance Company of America | 371, 526, 534 | 58, 68 |
| Ohio Casualty Insurance Company d/b/a Ohio Casualty Group | 373, 526, 530 | 57, 64 |
| Jordan Panel Systems Corp. | 8, 92, 463, 491, 513, 525 | N/A |
| Weidlinger Associates Consulting Engineers, P.C. | 8, 24, 92, 513, 517, 518, 520, | N/A |

| ███████████████████████ | | |
|---|---|---|
| | 521, 527, 525, 532 | |
| Arquitectonica New York, P.C. | 8, 24, 92, 513, 517, 519, 520, 521, 525, 527, 532 | N/A |
| Castro-Blanco Piscioneri and Associates, Architects, P.C. | 8, 24, 92, 513, 517, 519, 520, 521, 525, 527, 532 | N/A |

**SO ORDERED:**

Dated:   New York, New York
         September ___, 2010

_____
THE HONORABLE DENISE L. COTE, U.S.D.J.

 *O. Xober 4, 2010*