UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07 Civ. 6915 (DLC)<br><br>Consolidated with<br>Case No. 08 Civ. 6239 (DLC) |
| AND THIRD AND FOURTH PARTY ACTIONS. | |
| In Re:<br>G.M. CROCETTI, INC.,<br><br>Debtor. | Case No. 08 Civ. 6239 (DLC)<br>(Consolidated Action)<br><br>**NOTICE OF ENTRY OF APPEARNCE** |
| G.M. CROCETTI., INC.,<br><br>Plaintiff,<br><br>- against -<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Defendants. | |
| TRATAROS CONSTRUCTION. INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Third-Party Plaintiffs,<br>- against -<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,<br><br>Third-Party Defendants. | |

Now comes Cheryl A. Feeley of Holland & Knight, LLP and hereby enters an appearance as counsel of record on behalf of Defendants Dormitory Authority of the State of New York and TDX Construction Corp.. All court filings and orders can be served on Ms. Feeley at the address set forth below, or via the Court's electronic filing system at the email address below.

Respectfully submitted this 19th day of October, 2010.

/s/ Cheryl A. Feeley
Cheryl A. Feeley, Bar Code: CF1441
NY Bar No. 4849527
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave. NW, Suite 100
Washington, DC 20037
T: (202) 955-3000
F: (202) 955-5564
cheryl.feeley@hklaw.com