UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>          Defendants.<br><br>AND THIRD AND FOURTH PARTY ACTIONS. | Case No. 07 Civ. 6915 (DLC)<br><br>Consolidated with<br>Case No. 08 Civ. 6239 (DLC)<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL** |
| In Re:<br>G.M. CROCETTI, INC.,<br><br>          Debtor.<br><br>G.M. CROCETTI., INC.,<br><br>          Plaintiff,<br><br>- against -<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>          Defendants.<br><br>TRATAROS CONSTRUCTION. INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>          Third-Party Plaintiffs,<br><br>- against -<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,<br><br>          Third-Party Defendants. | Case No. 08 Civ. 6293 (DLC)<br>(Consolidated Action) |

-2-

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of Timothy B. Froessel, sworn to October 13, 2010, and the certificates of good standing annexed thereto, and upon all pleadings and proceedings heretofore had herein, defendants Dormitory Authority of the State of New York and TDX Construction Corp., hereby move this Court, before the Hon. Denise L. Cote, at Courtroom 11B of the United States Courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, permitting Livya L. Heithaus, Esq. of Holland & Knight LLP, 2099 Pennsylvania Avenue, NW, Washington, DC 20006, tel. no. 202-955-3000, fax no. 202-955-5564, to appear in this case as counsel for said defendants.

Dated: New York, New York
       October 13, 2010

                                    HOLLAND & KNIGHT LLP

                                    By: /s/ Timothy B. Froessel
                                    Timothy B. Froessel
                                    31 West 52nd Street
                                    New York, New York 10019
                                    (212) 513-3200

To:   All Counsel of Record

#9805912_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  - against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>        Defendants.<br><br>AND THIRD AND FOURTH PARTY ACTIONS. | Case No. 07 Civ. 6915 (DLC)<br><br>Consolidated with<br>Case No. 08 Civ. 6239 (DLC)<br><br>**AFFIDAVIT OF TIMOTHY B. FROESSEL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| In Re:<br>G.M. CROCETTI, INC.,<br><br>        Debtor.<br><br>G.M. CROCETTI., INC.,<br><br>        Plaintiff,<br><br>  - against -<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>        Defendants.<br><br>TRATAROS CONSTRUCTION. INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>        Third-Party Plaintiffs,<br><br>  - against -<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,<br><br>        Third-Party Defendants. | Case No. 08 Civ. 6293 (DLC)<br>(Consolidated Action) |

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

TIMOTHY B. FROESSEL, being duly sworn, hereby deposes and says as follows:

1. I am a member of the bar of this Court in good standing and an attorney with the law firm of Holland & Knight LLP ("Holland & Knight"), counsel for defendants Dormitory Authority of the State of New York and TDX Construction Corp. I submit this affidavit pursuant to Local Civil Rule 1.3(c) in support of defendants' application for an order granting Livya L. Heithaus *pro hac vice* admission to this Court to act as counsel for the defendants in this action.

2. Ms. Heithaus is an associate in Holland & Knight's Washington, D.C. office, located at 2099 Pennsylvania Avenue, NW, Washington, D.C. She was admitted to practice law in the State of Maryland in 2006, and was admitted to practice law in the District of Columbia in 2008. Certificates of Ms. Heithaus' good standing with the Maryland and District of Columbia bars are annexed hereto as Exhibit A.

3. Ms. Heithaus is experienced in construction litigation, and has been assisting in research and the review of documents produced in this case. Given her experience and familiarity with underlying documents and facts, it would be efficient and economical for her to assist us in the trial of this matter. I have worked closely with Ms. Heithaus since September, 2009, and know her to be of high moral character.

**WHEREFORE**, it is respectfully requested that the Court enter an order, pursuant to Local Civil Rule 1.3(c), allowing Livya L. Heithaus to appear in this case as counsel for Dormitory Authority of the State of New York and TDX Construction Corp.

_____
TIMOTHY B. FROESSEL

Sworn to before me this
13th day of October, 2010

_____
Notary Public

MARY ANNE TORSWICK
NOTARY PUBLIC, State of New York
No. 41-4774741
Qualified in Nassau County
Commission Expires April 30, ~~19~~ 2014

#9805944_v1

**EXHIBIT A**

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelfth day of December, 2006,

### Livya Louise Heithaus

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

                    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of October, 2010.

                              *Bessie M. Decker*
                       Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

LIVYA HEITHAUS

was on the 4TH day of FEBRUARY, 2008 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 7, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## **CERTIFICATE OF SERVICE**

TIMOTHY B. FROESSEL hereby declares the following to be true under penalty of perjury:

On October 13, 2010, I caused the foregoing Notice of Motion for Pro Hac Vice Admission of Counsel, with the supporting Affidavit of Timothy B. Froessel and Certificates of Good Standing, to be served upon all parties listed in the attached Service List, at the addresses designated for service, by depositing same, enclosed in a properly addressed wrapper, first-class postage pre-paid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
       October 13, 2010

_____
TIMOTHY B. FROESSEL

#2153451_v1

## SERVICE LIST

JoAnne M. Bonacci, Esq.  
Dreifuss, Bonacci & Parker, LLP  
26 Columbia Turnpike  
North Entrance  
Florham Park, NJ 07932  

*Counsel for Travelers Casualty & Surety Co.*  
*& Trataros Construction, Inc.*

William G. Kelly, Esq.  
Goldberg Segalla LLP  
11 Martine Avenue  
Suite 750  
White Plains, NY 10606-1934  

*Counsel for Dayton Superior Chem. Corp.*

David Abramovitz, Esq.  
Zetlin & De Chiara LLP  
801 Second Avenue  
New York, NY 10017  

*Counsel for Kohn Pedersen Fox Assocs.*

Vincent J. Zichello, Esq.  
Zichello & McIntyre  
60 East 42nd Street  
New York, NY 10165  

*Counsel for Carolina Casualty Ins. Co.*

Jeremy Platek, Esq.  
O'Connor Redd LLP  
200 Mamaroneck Avenue  
White Plains, NY 10601  

*Counsel for Bartec Industries, Inc.*

#9840041_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>              Defendants. | Case No. 07 Civ. 6915 (DLC)<br><br>Consolidated with<br>Case No. 08 Civ. 6239 (DLC)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |
| AND THIRD AND FOURTH PARTY ACTIONS. | |
| In Re:<br>G.M. CROCETTI, INC.,<br><br>              Debtor. | Case No. 08 Civ. 6293 (DLC)<br>(Consolidated Action) |
| G.M. CROCETTI., INC.,<br><br>              Plaintiff,<br><br>- against -<br><br>TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>              Defendants. | |
| TRATAROS CONSTRUCTION. INC. and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>              Third-Party Plaintiffs,<br><br>- against -<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,<br><br>              Third-Party Defendants. | |

-2-

UPON THE MOTION of Timothy B. Froessel, attorney for the Dormitory Authority of the State of New York and TDX Construction Corp., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>  Livya L. Heithaus
>  Holland & Knight LLP
>  2099 Pennsylvania Avenue, NW
>  Washington, DC 20006
>  Tel.: 202-955-3000
>  Fax: 202-955-5564

is admitted *pro hac vice* as counsel for the Dormitory Authority of the State of New York and TDX Construction Corp. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       October ___, 2010

                                          _____
                                          United States District Judge

\# 9846126_v1