UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07 Civ. 6915 (DLC)<br><br>Consolidated with<br>Case No. 08 Civ. 6239 (DLC)<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL** |

AND THIRD AND FOURTH PARTY ACTIONS.

In Re:
G.M. CROCETTI, INC.,

Debtor.

G.M. CROCETTI., INC.,

Plaintiff,

- against -

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

Defendants.

TRATAROS CONSTRUCTION. INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

Third-Party Plaintiffs,
- against -

DORMITORY AUTHORITY - STATE OF NEW YORK, et al.,

Third-Party Defendants.

Case No. 08 Civ. 6293 (DLC)
(Consolidated Action)

*Granted.*
[signature]
10/25/10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2010

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of Timothy B. Froessel, sworn to October 13, 2010, and the certificates of good standing annexed thereto, and upon all pleadings and proceedings heretofore had herein, defendants Dormitory Authority of the State of New York and TDX Construction Corp., hereby move this Court, before the Hon. Denise L. Cote, at Courtroom 11B of the United States Courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, permitting Livya L. Heithaus, Esq. of Holland & Knight LLP, 2099 Pennsylvania Avenue, NW, Washington, DC 20006, tel. no. 202-955-3000, fax no. 202-955-5564, to appear in this case as counsel for said defendants.

Dated: New York, New York
October 13, 2010

HOLLAND & KNIGHT LLP

By: /s/ Timothy B. Froessel
Timothy B. Froessel
31 West 52nd Street
New York, New York 10019
(212) 513-3200

To:   All Counsel of Record

#9805912_v1