Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,

Plaintiff,

vs.

DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP. and KOHN PEDERSEN FOX ASSOCIATES, P.C.,

Defendants.

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,

Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

Third-Party Defendant.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY d/b/a OHIO CASUALTY GROUP; HARLEYSVILLE MUTUAL INSURANCE COMPANY (a/k/a HARLEYSVILLE INSURANCE COMPANY,); JOHN DOES 1-20 and XYZ

Case No. 07-CV-6915 (DLC)
**ECF CASE**

**Consolidated with**
**Case No. 08-CV-6239**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2010

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE OF CERTAIN CROSS-CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS ALLEGED BY TRAVELERS CASUALTY AND SURETY COMPANY, TRATAROS CONSTRUCTION, INC., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,**

CORPS. 1-19,

Fourth-Party Defendants.

KOHN PEDERSEN FOX ASSOCIATES, P.C.,

Third-Party Plaintiff,

vs.

WEIDLINGER ASSOCIATES CONSULTING ENGINEERS, P.C., CASTRO-BLANCO PISCIONERI AND ASSOCIATES, ARCHITECTS, P.C., ARQUITECTONICA NEW YORK, P.C., COSENTINI ASSOCIATES, INC., CERMAK, PETERKA PETERSEN, INC., JORDAN PANEL SYSTEMS CORP., TRATAROS CONSTRUCTION, INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

Third-Party Defendants.

In Re:

G.M. CROCETTI, INC.,
Debtor.

**Case No. 08-CV-6239 (DLC)**
**ECF CASE**
**(Consolidated Action)**

G.M. CROCETTI, INC.,

Plaintiff,

v.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

Defendants.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

Third Party Plaintiffs,

v.

DORMITORY AUTHORITY - STATE OF NEW YORK; TDX CONSTRUCTION CORP.; KOHN PEDERSEN FOX ASSOCIATES, P.C.; CAROLINA CASUALTY INSURANCE COMPANY; BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; ZURICH AMERICAN INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; OHIO CASUALTY INSURANCE COMPANY; HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY; JOHN

DOES 1-20 and XYZ CORPS. 1-20,

Third Party Defendants.

WHEREFORE on or about February 19, 2010, Kohn Pedersen Fox Associates, P.C. ("KPF") filed a motion for summary judgment seeking dismissal of the affirmative claims alleged against KPF by Travelers Casualty and Surety Company ("Travelers") in the action entitled Travelers Casualty and Surety Company v. Dormitory Authority - State of New York, *et al.*, Case No. 07-CV-6915 (DLC) (the "Travelers Action"); and

WHEREFORE on or about August 11, 2010 the Court entered an Opinion and Order disposing of KPF's motion for summary judgment, *inter alia*; it is hereby

STIPULATED AND AGREED that Travelers' "Cross-Claims Against Defendants TDX and KPF," pleaded by Travelers in "Plaintiff's Answer to Counterclaims Asserted By Dormitory Authority - State of New York with Cross-Claims" filed in the Travelers Action, is hereby discontinued without prejudice as against KPF, and without costs; and it is

FURTHER STIPULATED AND AGREED that the "Cross-Claim Against KPF and Counterclaim Against TDX," pleaded by Trataros Construction, Inc. ("Trataros") in "Trataros Construction, Inc.'s Answer to Third-Party Complaint" filed in the Travelers Action, is hereby discontinued without prejudice as against KPF, and without costs; and it is

FURTHER STIPULATED AND AGREED that the causes of action alleged against Trataros by KPF in "Defendant Kohn Pedersen Fox Associates, P.C.'s Third-Party Complaint," filed in the Travelers Action, are hereby discontinued without prejudice as against Trataros, and without costs; and it is

FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court, may be executed in counterpart, and facsimile and/or

photocopied signatures shall have the same force and effect as original signatures.

Dated: November 16, 2010

ZETLIN & DE CHIARA, LLP
By: David Abramovitz, Esq. (DA- ______)
*Attorneys for Kohn Pedersen Fox Associates, P.C.*
801 Second Avenue
New York, New York 10017
Tel. No. (212) 682-6800

DREIFUSS BONACCI & PARKER, LLP
By: Eli J. Rogers (EJR-6564)
*Counsel for Travelers Casualty & Surety Co. and Trataros Construction, Inc.*
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel. No. (973) 514-1414

SO ORDERED:

HON. DENISE L. COTE, U.S.D.J.
Nov. 22, 2010