

# GOLDBERG SEGALLA LLP

*Attorneys at Law*

William G. Kelly
PARTNER
Direct Dial 914.798.5475
wkelly@goldbergsegalla.com

11 Martine Avenue, Suite 750
White Plains, New York 10606
914.798.5400 FAX 914.798.5401
www.goldbergsegalla.com

December 9, 2010

**VIA HAND DELIVERY**

Honorable Denise L. Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|10|10

Re: Travelers v. Dayton Superior, et al.
07-CV-6915 (DLC)
GS File No.: 15180.0001

**MEMO ENDORSED**

Dear Judge Cote:

  We are counsel to the fourth-party defendant/fifth-party plaintiff, Dayton Superior Corporation, in the above referenced action. In accordance with Federal Rule 26(a)(2), on April 22, 2009, our office disclosed Dr. Michele Cyr as the only engineering expert retained on behalf of Dayton Superior Corporation, in addition to disclosing the report she authored. Dr. Cyr's deposition was taken in January 2010.

  Since her deposition, Dr. Cyr changed her place of employment, leaving her position as Senior Engineer at Exponent, Inc., to take a new position as Senior Project Director at Thornton Thomasetti. This week, while communicating with Dr. Cyr regarding the timing of the trial, scheduled to proceed on February 14, 2011, Dr. Cyr informed our office that her current employer, Thornton Thomasetti, performs work for Kohn Pedersen Fox Associates, P.C., ("KPF"), the architect who designed the Baruch College building at issue in this litigation, and a named defendant in this action. Because of the relationship her employer has with KPF, Dr. Cyr has informed us that she is unable to testify as an expert on behalf of Dayton Superior Corporation in this matter.

  In an attempt to quickly remedy this situation, our office contacted Michael Drerup, an engineer also in the employ of Exponent, Inc., who assisted Dr. Cyr in the expert evaluation she performed on the premises of the Baruch College building, located at 24th Street and Lexington Avenue in New York City. Mr. Drerup informed our office that he contributed to the drafting of the expert report generated by Dr. Cyr in conjunction with her analysis and testing of the samples

Hon. Denise L. Cote
December 9, 2010
Page 2

taken from the Baruch College building, located at 24th Street and Lexington Avenue, and that his opinions about this matter differ little from those set forth in the report signed by Dr. Cyr.

Because of the conflict recently disclosed to us by Dr. Cyr, and the first-hand information possessed by Mr. Drerup with regard to this matter, we respectfully request your consent to utilize Mr. Michael Drerup as Dayton Superior Corporation's engineering expert in this matter,

Mr. Drerup is leaving for India on December 8, 2010, and will return at the end of December 2010. Should Your Honor authorize this change to the expert witness designated on behalf of Dayton Superior Corporation, we will produce Mr. Drerup's expert report in the first week of January 2011, and we will produce him for deposition during the second week of January 2011.

Counsel for the plaintiff and all defendants have been advised of this change in identification of the expert witness retained on behalf of Dayton Superior Corporation, and are also aware of our intent to seek Your Honor's authorization to permit the substitution of Mr. Drerup.

Thank you for your consideration of this request. Should you require any additional information, I can be reached via email at wkelly@goldbergsegalla.com, or via telephone at (914) 798-5475.

Respectfully yours,

William G. Kelly

WGK/mrp

SO ORDERED:

_____
HONORABLE DENISE L. COTE, USDJ

December 10, 2010

Hon. Denise L. Cote
December 9, 2010
Page 3

cc:     JoAnne M. Bonacci, Esq.
        DREIFUSS BONACCI & PARKER, LLP
        26 Columbia Turnpike
        North Entrance
        Florham Park, New Jersey 07932

        Jeremy D. Platek
        O'CONNOR REDD, LLP
        200 Mamaroneck Avenue
        White Plains, New York 10601

        David Abramovitz, Esq.
        Zeynel Karcioglu, Esq.
        801 Second Avenue, 17th Floor
        New York, New York 10017

        Robert Rigliosi, Esq.
        SEGAL McCAMBRIDGE SINGER & MAHONEY
        830 Third Avenue, Suite 400
        New York, NY 10022

        Vincent J. Zichello, Esq.
        ZICHELLO & McINTYRE, LLP
        The Graybar Building
        420 Lexington Avenue
        New York, New York 10170

        Robert Mark Wasko, Esq.
        TORRE, LENTZ, GAMMELL, GARY & RITTMASTER, LLP
        226 West 26th Street, 8th Floor
        New York, New York 10001-6785

        Henry G. Morgan, Esq.
        MORGAN, MELHUISH, MONAGHAN,
        ARVIDSON, ARBUTYN & LISOWSKI
        651 West Mt. Pleasant Avenue, Suite 200
        Livingston, New Jersey 07039

        S. Dwight Stephens, Esq.
        MELITO & ADOLFSEN, P.C.
        233 Broadway
        New York, New York 10279

        Timothy B. Froessel, Esq.
        HOLLAND & KNIGHT, LLP
        195 Broadway
        New York, New York 10007

Hon. Denise L. Cote
December 9, 2010
Page 4

       Tricia Wishert, Esq.
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960

Martin Schwartzberg, Esq.
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
1001 Franklin Avenue
Garden City, New York 11530

Stephen Schreckinger, Esq.
GOGICK, BYRNE &O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004
Terrence O'Connor, Esq.
KALK & ROSENFELD, P.C.
1470 Bruckner Blvd.
Bronx, New York 10473

Henry G. Morgan
Morgan, Melhuish, Monaghan, Arviidson, Abrutyn & Lisowski
39 Broadway, 35th Floor
New York, NY 10006

Louis B. Antonacci
Holland & Knight LLP (DC)
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006

220476.1