UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY
as Administrator for RELIANCE
INSURANCE COMPANY,

          Plaintiff,          07 Civ. 6915 (DLC)(THK)

   -against-

                                 ORDER

DORMITORY AUTHORITY - STATE OF NEW
YORK, TDX CONSTRUCTION CORP. and KOHN
PEDERSEN FOX ASSOCIATES, P.C.,

          Defendants.

----------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

It is hereby ORDERED that a telephone conference shall be held with the Court, counsel for Travelers Casualty and Surety Company ("Plaintiff"), and counsel for Dormitory Authority - State of New York ("Defendant"), on December 22, 2010, at 2:00 p.m. Defendant's counsel shall initiate the conference.

SO ORDERED.

                                          Theodore H. Katz
                                  United States Magistrate Judge

Dated: December 17, 2010
       New York, New York