UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY as
Administrator for RELIANCE INSURANCE COMPANY,

**Case No: 07- CV-6915 (DLC)**

Plaintiff,

- against -

DORMITORY AUTHORITY – STATE OF NEW YORK,
TDX CONSTRUCTION CORP., and KOHN PEDERSEN
FOX ASSOCIATES, P.C.,

Defendants,

---

DORMITORY AUTHORITY OF THE STATE OF NEW
YORK and TDX CONSTRUCTION CORP.,

Third-Party Plaintiffs,

- against -

TRATAROS CONSTRUCTION, INC.,

Third-Party Defendant,

---

TRATAROS CONSTRUCTION, INC., and TRAVELERS
CASUALTY AND SURETY COMPANY

Fourth-Party Plaintiffs,

- against -

CAROLINA CASUALTY INSURANCE COMPANY; BARTEC
INDUSTRIES, INC.; DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON SUPERIOR
CORPORATION; SPECIALTY CONSTRUCTION BRANDS,
INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY
d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN
INSURANCE COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED
STATES FIRE INSURANCE COMPANY; ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL
UNDERWRITERS INSURANCE COMPANY; ZURICH
AMERICAN INSURANCE COMPANY d/b/a ZURICH
INSURANCE COMPANY; OHIO CASUALTY INSURANCE
COMPANY d/b/a  OHIO CASUALTY GROUP;
HARLEYSVILLE MUTUAL INSURANCE COMPANY
(a/k/a HARLEYSVILLE INSURANCE COMPANY);
JOHN DOES 1- 20 AND XYZ CORPS. 1-12,

Fourth-Party Defendants,

---

## NOTICE OF ATTORNEY APPEARANCE

**PLEASE TAKE NOTICE** that Kevin Burns, hereby appears as counsel for Defendant

DAYTON SUPERIOR CORPORATION s/h/a DAYTON SUPERIOR SPECIALTY

CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION in the above-entitled action

and, pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required

to be given in this case and all papers served or required to be served including those required to

be served and noticed through the Court's Electronic Court Filing system (ECF) in this case be

given to and served upon the undersigned.

Dated: December 21, 2010
      White Plains, New York

GOLDBERG SEGALLA, LLP

By:_____ /S/ _____
Kevin Burns (KB9940)
*Attorneys for Fourth-Party Defendant*
**DAYTON SUPERIOR CORPORATION s/h/a
DAYTON SUPERIOR SPECIALTY
CHEMICAL CORP. a/k/a DAYTON
SUPERIOR CORPORATION**
11 Martine Avenue, Suite 750
White Plains, New York 10606
(914) 798-5400
kburns@goldbergsegalla.com
GS File No.: 15180.0001

To:  See Attached Certificate of Service

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2010, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**Plaintiff**

**Travelers Casualty and**        represented by    **David Craig Dreifuss**
**Surety Company**                                  Dreifuss Bonacci & Parker, LLP
*as Administrator for*                              One Penn Plaza
*Reliance Insurance*                               36th Fl
*Company*                                          New York, NY 10119
                                                   973-514-1414
                                                   Fax: 973-514-5959
                                                   Email: DDreifuss@dbplawfirm.com

                                                   **Eli John Rogers**
                                                   Dreifuss Bonacci & Parker, LLP
                                                   26 Columbia Turnpike, North Entrance
                                                   Florham Park, NJ 07932
                                                   (973)-514-1414
                                                   Fax: (973)-514-5959
                                                   Email: erogers@dbplawfirm.com

                                                   **Joanne M. Bonacci**
                                                   Dreyfuss, Bonacci & Parker, LLP
                                                   26 Columbia Turnpike, North Entrance
                                                   Florham Park, Nj 07932
                                                   Tel:  (973)-514-1414  ext. 1905
                                                   Fax: (973)-514-5959
                                                   Email: jbonacci@dbplawfirm.com

V.

**Defendant**

**Dormitory Authority**           represented by    **Timothy B Froessel**
**State of New York**                               Holland & Knight LLP(FLA)
                                                   50 North Laura Street, Suite 3900
                                                   Jacksonville, FL 32202
                                                   (212) 513-3484
                                                   Fax: (212) 385-9010
                                                   Email: tbfroess@hklaw.com
                                                   *LEAD ATTORNEY*

                                                   **Steve Shapiro, Esq. of Holland & Knight**

**Defendant**

**TDX Construction
Corp.**                          represented by   **Timothy B Froessel**
(See above for address)


**Defendant**

**Kohn Pedersen Fox
Associates, P.C.**               represented by   **David Abramovitz**
Zeynel Karcioglu, Esq
36 East 20th Street
New York, NY 10003
(212) 661-0722
Fax: 212-682-6861
Email: dabramovitz@zdlaw.com

**Louis J. Dennis**
Zetlin & De Chiara LLP
801 Second Avenue
New York, NY 10017
(212) 682-6800
Fax: (212) 682-6861


**Third Party Plaintiff**

**Kohn Pedersen Fox
Associates, P.C.**               represented by   **David Abramovitz**
(See above for address)


V.

**Third Party Defendant**

**Trataros Construction,
Inc.**                           represented by   **Eli John Rogers**
(See above for address)

**Joanne M. Bonacci**
(See above for address)


**Third Party Defendant**

**Weidlinger Associates
Consulting Engineers,
P.C.**

**Third Party Defendant**

**Castro-Blanco
Piscioneri and
Associates**


**Third Party Defendant**

**Arquitectonica New
York, P.C.**


**Third Party Defendant**

**Cosentini Associates,
Inc.**


**Third Party Defendant**

**Cermak Peterka
Petersen, Inc.**


**Third Party Defendant**

**Jordan Panel Systems
Corp.**                      represented by   **Terrence Joseph O'Connor**
                                             Kalb & Rosenfeld P.C.
                                             1470 Bruckner Blvd
                                             Bronx, NY 10473
                                             (718) 328 1610
                                             Fax: (718) 589-1039
                                             Email: toconnor@ptd.net


**Third Party Defendant**

**Trataros Construction,
Inc.**                       represented by   **Eli John Rogers**
                                             (See above for address)


**Third Party Defendant**

**Trataros Construction,
Inc.**                       represented by   **Eli John Rogers**
                                             (See above for address)


**Third Party Defendant**

**LBL Skysystems
(U.S.A.), Inc.**

**Third Party Defendant**

| | | |
|---|---|---|
| **Jordan Panel Systems Corp.** | represented by | **Terrence Joseph O'Connor**<br>(See above for address) |

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Carolina Casualty Insurance Company** | represented by | **Robert Mark Wasko**<br>Torre, Lentz, Gamell, Gary & Riimaster, LLP<br>226 West 26th Street<br>8th Floor<br>New York, NY 10001<br>(516) 240 8900<br>Fax: (212) 691 6452<br>Email: rwasko@tlggr.com |

**Vincent J. Zichello**
Zichello & McIntyre, LLP
420 Lexington Avenue, Suite 2800
New York, NY 10170
212-972-5560
Fax: 212-972-5569
Email: zimc@msn.com

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Bartec Industries, Inc.** | represented by | **Jeremy D. Platek**<br>O'CONNOR REDD, LLP<br>200 Mamaroneck Avenue<br>White Plains, New York 10601<br>Tel:  (914) 686-1700<br>Fax: (914)-328-3184<br>Email: jplatek@oconnorlawfirm.com |

O'Bryan, Baun, Cohen & Kuebler
401 S. Woodward, Suite 450
Birmingham, MI 48009

| | | |
|---|---|---|
| **Specialty Construction Brands, Inc. t/a TEC** | represented by | **Christian Holt Gannon**<br>Segal McCambridge Singer & Mahoney, Ltd.<br>Sears Tower, 233 S. Wacker Drive, Ste 5500<br>Chicago, IL 60606<br>212-651-7500 x7417<br>Fax: (212)651-7499<br>Email: cgannon@smsm.com |

**Robert Richard Brooks-Rigolosi**
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, 233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
212 651-7500 x7417
Fax: (212)651-7499
Email: rrigolosi@smsm.com

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Kemper Casualty**<br>**Insurance Company** | represented by | **Brett L. Warning**<br>Bollinger, Ruberry & Garvey<br>500 West Madison Street<br>23rd Floor<br>Chicago, IL 60661<br>312 466 7214<br>Fax: 312 466 7294<br>Email: brett.warning@brg-law.net |

**David L. Larson**
Bollinger, Ruberry & Garvey
500 West Madison Street
23rd Floor
Chicago, IL 60661
(312) 466-7294
Fax: (312) 466-7294
Email: david.larson@brg-law.net

**George J. Manos**
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, IL 60661
(312)466-8000
Email: george.manos@brg-law.net

**Michael Scott Miller**
Tompkins,McGuire, Wachenfeld & Barry
Four Gateway Center, 100 Mulberry Street
Newark, NY 07012
973-622-3000
Fax: 973-623-7780
Email: mmiller@tompkinsmcguire.com

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Great American Insurance Company** | represented by | **Donald George Sweetman** Gennet, Kallmann, Antin & Robinson, P.C. 6 Campus Drive Parsippany, NJ 07054 (973)285-1919 Fax: (973)285-1177 Email: dsweetman@gkar-law.com |

**Fourth Party Defendant**

| | | |
|---|---|---|
| **National Union Fire Insurance Company of Pittsburgh, PA.** | represented by | **Erika Catherine Aljens** Law Offices of Green & Lavelle 110 William Street New York, NY 10038 (212)-266-5880 Fax: (212)-528-0134 Email: erika.aljens@aig.com |

**Fourth-Party Defendant**

| | | |
|---|---|---|
| **United States Fire Insurance Company** *TERMINATED: 03/07/2008* | represented by | **John Paul DeFilippis** L'Abbate, Balkan, Colavita and Contini, LLP(NYC) One Battery Park Place New York, NY 10004 (718)-932-4024 Fax: (212)-825-0657 Email: jdefilippis@cmk.com |

**Fourth Party Defendant**

**United States Fire Insurance Company**

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Zurich American Insurance Company** | represented by | **S. Dwight Stephens** Melito & Adolfsen, P.C. 233 Broadway New York, NY 10279 212 238 8900 Fax: 212 238 8999 Email: sds@melitoadolfsen.com |

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Ohio Casualty**<br>**Insurance Company** | represented by | **Henry G. Morgan**<br>Morgan, Melhuish, Monaghan, Arviidson, Abrutyn &<br>Lisowski<br>39 Broadway<br>35th Floor<br>New York, NY 10006<br>(212) 735-8600<br>Fax: (212) 509-3422 |
| | | **Joseph DeDonato**<br>Morgan, Melhuish, Monaghan, Arviidson, Abrutyn &<br>Lisowski<br>39 Broadway-35flr<br>New York, NY 10006<br>(212) 735-8600<br>Fax: (212)-509-3422<br>Email: jdedonato@morganlawfirm.com |

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Harleysville Mutual**<br>**Insurance Company** | represented by | **Lance Jon Kalik**<br>Riker, Danzig, Scherer, Hyland & Perretti, LLP(NJ)<br>Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981<br>Morristown, NJ 07962<br>973-451-8447<br>Fax: 973-538-1984<br>Email: lkalik@riker.com |
| | | **Tracey Kohl Wishert**<br>Riker Danzig Scherer Hyland Perretti LLP(Morristown)<br>One Speedwell Avenue<br>Morristown, NJ 07962<br>(973) 451-8591<br>Fax: (973) 538-1984<br>Email: twishert@riker.com |

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Allied World Assurance**<br>**Company (U.S.) Inc.**<br>*formerly known as*<br>Commercial<br>Underwriters Insurance<br>Company | represented by | **Diana Elaine Goldberg**<br>Mound Cotton Wollan & Greengrass (NYC)<br>One Battery Park Plaza<br>New York, NY 10004<br>212-804-4221<br>Fax: 212-344-8066 |

Email: dgoldberg@moundcotton.com

**Fourth Party Defendant**

| | | |
|---|---|---|
| **North American Specialty Insurance Company** | represented by | **Joel M. Simon**<br>Smith Mazure Director Wilkins Young & Yagerman PC<br>111 John Street<br>New York, NY 10038<br>212-964-7400<br>Direct: 212-485-8756<br>Fax: 212-374-1935<br>Email: jsimon@smithmazure.com |

**Fourth Party Defendant**

**John Does**
*1-20*

**Fourth Party Defendant**

**XYZ Corps.**
*1-20*

By:_____/S/_____
Kevin Burns (KB9940)