```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as   :
Administrator for RELIANCE INSURANCE       :
COMPANY,                                   :
                Plaintiff,                 :
                                           :
           -v-                             :
                                           :
DORMITORY AUTHORITY - STATE OF NEW YORK,   :
                Defendants.                :
-------------------------------------------:    MASTER FILE:
DORMITORY AUTHORITY OF THE STATE OF NEW    :    07 Civ. 6915 (DLC)
YORK and TDX CONSTRUCTION CORP.,           :
                Third-Party Plaintiffs,    :       ORDER
                                           :
           -v-                             :
                                           :
TRATAROS CONSTRUCTION, INC.,               :
                Third-Party Defendant.     :
-------------------------------------------:
TRATAROS CONSTRUCTION, INC. and TRAVELERS  :
CASUALTY AND SURETY COMPANY,               :
                Fourth-Party Plaintiffs,   :
                                           :
           -v-                             :
                                           :
CAROLINA CASUALTY INSURANCE COMPANY;       :
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR   :
SPECIALTY CHEMICAL CORP. a/k/a DAYTON      :
SUPERIOR CORPORATION; HARLEYSVILLE MUTUAL  :
INSURANCE COMPANY (a/k/a HARLEYSVILLE      :
INSURANCE COMPANY); JOHN DOES 1-20 and XYZ :
CORPS. 1-20,                               :
                Fourth-Party Defendants.   :
-----------------------------------------X
```

DENISE COTE, District Judge:

By letter dated January 3, 2011, fourth-party defendant, Dayton Superior Corporation indicates that there is a dispute between the parties concerning a supplemental expert report and related supplemental discovery materials that were served by DASNY and TDX on December 30, 2010. It is hereby

1

ORDERED that principal trial counsel for all parties in the above-captioned matter shall appear for a conference tomorrow, January 6, 2011 at 3:00 pm in Courtroom 11B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         January 5, 2011

_____
DENISE COTE
United States District Judge