UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY as       :
Administrator for RELIANCE INSURANCE            :
COMPANY,                                        :
           Plaintiff,                      :
                                               :
      -v-                               :
                                               :
DORMITORY AUTHORITY - STATE OF NEW YORK,        :
           Defendants.                     :
-------------------------------------------:
DORMITORY AUTHORITY OF THE STATE OF NEW         :
YORK and TDX CONSTRUCTION CORP.,                :
           Third-Party Plaintiffs,         :
                                               :
      -v-                               :
                                               :
TRATAROS CONSTRUCTION, INC.,                    :
           Third-Party Defendant.          :
-------------------------------------------:
TRATAROS CONSTRUCTION, INC. and TRAVELERS       :
CASUALTY AND SURETY COMPANY,                    :
           Fourth-Party Plaintiffs,        :
                                               :
      -v-                               :
                                               :
CAROLINA CASUALTY INSURANCE COMPANY;            :
BARTEC INDUSTRIES, INC.; DAYTON SUPERIOR        :
SPECIALTY CHEMICAL CORP. a/k/a DAYTON           :
SUPERIOR CORPORATION; HARLEYSVILLE MUTUAL       :
INSURANCE COMPANY (a/k/a HARLEYSVILLE           :
INSURANCE COMPANY); JOHN DOES 1-20 and XYZ      :
CORPS. 1-20,                                    :
           Fourth-Party Defendants.        :
-------------------------------------------X

MASTER FILE:
07 Civ. 6915 (DLC)

ORDER

DENISE COTE, District Judge:

    By letter dated December 10, 2010, fourth-party

defendant/fifth-party plaintiff Dayton Superior ("Dayton")

indicated that its expert, Dr. Michele Cyr ("Cyr"), had recently

accepted a position at Thornton Thomasetti, Inc. ("TTI") a firm

that works for another party in this case, Kohn Pedersen Fox

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 | 14 | 2011

Associates ("KPF").  Based on this change in Cyr's place of
employment, Dayton requested leave to substitute Michael Drerup
("Drerup") as its engineering expert.  The letter further
indicated that "counsel for the plaintiff and all defendants
ha[d] been advised of this change."  Having received no
objections from any of the parties in this case, by memorandum
endorsed Order dated December 10, 2010 ("December 10 Order"),
the Court granted Dayton's request.

On January 13, 2011, the Court received a letter from KPF
objecting to Dayton's substitution of experts and indicating
that KPF had waived any conflict of interest arising from Cyr's
new position at TTI.  The Court convened a telephone conference
that day to provide all parties with an opportunity to be heard
on this issue.  During the call, KPF confirmed that it was
willing to waive any conflict of interest arising from Cyr's
employment at TTI.

By letter dated January 13, the Dormitory Authority of the
State of New York and TDX Construction Corp. requested an
extension of time to oppose four motions in limine that were
filed on January 11, and an adjournment of the final pretrial
conference.  Accordingly, it is hereby

ORDERED that the December 10 Order permitting Dayton to
substitute an expert witness is vacated and Dayton is denied
leave to substitute Drerup for Cyr.

2

    IT IS FURTHER ORDERED that any responsive papers to the

motions in limine shall be due on **January 24, 2011** at 12:00 p.m.

Counsel will provide the Court with two (2) courtesy copies of

all pretrial documents at the time of filing.

    IT IS FURTHER ORDERED that the final pretrial conference is

scheduled for **February 3, 2011** at 9:30 a.m. in Courtroom 11B,

500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
          January 14, 2011

                              _____
                                      DENISE COTE
                              United States District Judge