# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Stephen B. Shapiro
(202) 457-7032
stephen.shapiro@hklaw.com

January 21, 2011

*Via Hand Delivery*

Hon. Denise L. Cote, U.S.D.J.
United States District Court
500 Pearl Street, Room 1040
New York, New York 10007

**MEMO ENDORSED**

Re: *Travelers Cas. and Sur. Co. v. Dormitory Authority of the State of New York, et al.*
Case No. 07 Civ. 6915 (DLC)

Dear Judge Cote:

We are pleased to report that Plaintiff Travelers Casualty and Surety Company ("Travelers"), Defendants Dormitory Authority of the State of New York ("DASNY"), TDX Construction Corp. ("TDX") and Kohn Pedersen Fox Associates, P.C. ("KPF"), and Third-Party Defendant Trataros Construction, Inc. ("Trataros")(jointly referred to as the "Settling Parties") have reached an agreement in principle to settle all claims asserted against each other in the above-referenced case. The settlement in principle resolves all disputed issues in the Omnibus portion of this case, and leaves only the epoxy terrazzo flooring issues to be tried. Therefore, the time required for trial will be reduced substantially from what is reported in the Joint Pretrial Statement.

As the Court is aware, the Settling Parties have filed motions in limine that must be responded to by 12:00 p.m. on Monday, January 24, 2011. This settlement will obviate the need for the Settling Parties to respond each others motions. Therefore, to provide sufficient time to draft and execute an appropriate settlement agreement, the Settling Parties respectfully request a three (3) day time extension to respond to the following motions:

1. Notice of Motion and all documents filed in support of Travelers' Motion in Limine - Docket No. 556
2. Notice of Motion and all documents filed in support of Trataros' Motion in Limine - Docket No. 560
3. Notice of Motion and documents filed in support of the DASNY, TDX, and KPF's Motion in Limine - Docket No. 553

*Granted.*
*Denise Cote*
*Jan. 21, 2011*

Hon. Denise L. Cote, U.S.D.J.
January 21, 2011
Page 2

      This request is filed on behalf of the Settling Parties only, and does not ask for an extension of time to respond to any other Motion in Limine in this case. Furthermore, the Settling Parties do not request an extension of time for any other party in this case to respond to DASNY's motion in limine - Docket No. 553.

      I have been authorized to send this letter on behalf of counsel for all of the Settling Parties.

      We thank you for your attention to this request.

                                  Respectfully submitted,

                                  *Stephen B. Shapiro* /TBF

                                  Stephen B. Shapiro

cc: All Counsel of Record (via e-mail)

#10067432_v1