## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing MEMORANDUM OF LAW IN OPPOSITION TO MOTION IN LIMINE OF DASNY, TDX AND KPF with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**Plaintiff**

| | | |
|---|---|---|
| **Travelers Casualty and Surety Company** *as Administrator for Reliance Insurance Company* | represented by | **David Craig Dreifuss** Dreifuss Bonacci & Parker, LLP One Penn Plaza 36th Fl New York, NY 10119 973-514-1414 Fax: 973-514-5959 Email: DDreifuss@dbplawfirm.com |
| | | **Eli John Rogers** Dreifuss Bonacci & Parker, LLP 26 Columbia Turnpike, North Entrance Florham Park, NJ 07932 (973)-514-1414 Fax: (973)-514-5959 Email: erogers@dbplawfirm.com |
| | | **Joanne M. Bonacci** Dreyfuss, Bonacci & Parker, LLP 26 Columbia Turnpike, North Entrance Florham Park, Nj 07932 Tel: (973)-514-1414 ext. 1905 Fax: (973)-514-5959 Email: jbonacci@dbplawfirm.com |

V.

**Defendant**

| | | |
|---|---|---|
| **Dormitory Authority State of New York** | represented by | **Timothy B Froessel** Holland & Knight LLP(FLA) 50 North Laura Street, Suite 3900 Jacksonville, FL 32202 (212) 513-3484 Fax: (212) 385-9010 Email: tbfroess@hklaw.com *LEAD ATTORNEY* |

9

Steve Shapiro, Esq. of Holland & Knight

**Defendant**

TDX Construction Corp.    represented by **Timothy B Froessel**
(See above for address)

**Defendant**

Kohn Pedersen Fox Associates, P.C.    represented by **David Abramovitz**
Zeynel Karcioglu, Esq
36 East 20th Street
New York, NY 10003
(212) 661-0722
Fax: 212-682-6861
Email: dabramovitz@zdlaw.com

**Louis J. Dennis**
Zetlin & De Chiara LLP
801 Second Avenue
New York, NY 10017
(212) 682-6800
Fax: (212) 682-6861

**Third Party Plaintiff**

Kohn Pedersen Fox Associates, P.C.    represented by **David Abramovitz**
(See above for address)

V.

**Third Party Defendant**

Trataros Construction, Inc.    represented by **Eli John Rogers**
(See above for address)

**Joanne M. Bonacci**
(See above for address)

**Third Party Defendant**

10

Weidlinger Associates Consulting Engineers, P.C.

**Third Party Defendant**

Castro-Blanco Piscioneri and Associates

**Third Party Defendant**

Arquitectonica New York, P.C.

**Third Party Defendant**

Cosentini Associates, Inc.

**Third Party Defendant**

Cermak Peterka Petersen, Inc.

**Third Party Defendant**

| | | |
|---|---|---|
| **Jordan Panel Systems Corp.** | represented by | **Terrence Joseph O'Connor**<br>Kalb & Rosenfeld P.C.<br>1470 Bruckner Blvd<br>Bronx, NY 10473<br>(718) 328 1610<br>Fax: (718) 589-1039<br>Email: toconnor@ptd.net |

**Third Party Defendant**

| | | |
|---|---|---|
| **Trataros** | represented by | **Eli John Rogers** |

| | | |
|---|---|---|
| Construction, Inc. | | (See above for address) |
| **Third Party Defendant** | | |
| **Trataros Construction, Inc.** | represented by | **Eli John Rogers** (See above for address) |
| **Third Party Defendant** | | |
| **LBL Skysystems (U.S.A.), Inc.** | | |
| **Third Party Defendant** | | |
| **Jordan Panel Systems Corp.** | represented by | **Terrence Joseph O'Connor** (See above for address) |
| **Fourth Party Defendant** | | |
| **Carolina Casualty Insurance Company** | represented by | **Robert Mark Wasko** Torre, Lentz, Gamell, Gary & Riimaster, LLP 226 West 26th Street 8th Floor New York, NY 10001 (516) 240 8900 Fax: (212) 691 6452 Email: rwasko@tlggr.com |
| | | **Vincent J. Zichello** Zichello & McIntyre, LLP 420 Lexington Avenue, Suite 2800 New York, NY 10170 212-972-5560 Fax: 212-972-5569 Email: zimc@msn.com |
| **Fourth Party Defendant** | | |

12

| | | |
|---|---|---|
| **Bartec Industries, Inc.** | represented by | **Jeremy D. Platek**<br>O'CONNOR REDD, LLP<br>200 Mamaroneck Avenue<br>White Plains, New York 10601<br>Tel: (914) 686-1700<br>Fax: (914)-328-3184<br>Email: jplatek@oconnorlawfirm.com<br><br>O'Bryan, Baun, Cohen & Kuebler<br>401 S. Woodward, Suite 450<br>Birmingham, MI 48009 |
| **Specialty Construction Brands, Inc. t/a TEC** | represented by | **Christian Holt Gannon**<br>Segal McCambridge Singer & Mahoney, Ltd.<br>Sears Tower, 233 S. Wacker Drive, Ste 5500<br>Chicago, IL 60606<br>212-651-7500 x7417<br>Fax: (212)651-7499<br>Email: cgannon@smsm.com<br><br>**Robert Richard Brooks-Rigolosi**<br>Segal McCambridge Singer & Mahoney, Ltd.<br>Sears Tower, 233 S. Wacker Drive, Ste 5500<br>Chicago, IL 60606<br>212 651-7500 x7417<br>Fax: (212)651-7499<br>Email: rrigolosi@smsm.com |

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Kemper Casualty Insurance Company** | represented by | **Brett L. Warning**<br>Bollinger, Ruberry & Garvey<br>500 West Madison Street<br>23rd Floor<br>Chicago, IL 60661<br>312 466 7214<br>Fax: 312 466 7294<br>Email: brett.warning@brg-law.net<br><br>**David L. Larson**<br>Bollinger, Ruberry & Garvey<br>500 West Madison Street<br>23rd Floor<br>Chicago, IL 60661<br>(312) 466-7294 |

                                                Fax: (312) 466-7294
                                                Email: david.larson@brg-law.net

**George J. Manos**
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, IL 60661
(312)466-8000
Email: george.manos@brg-law.net

**Michael Scott Miller**
Tompkins,McGuire, Wachenfeld & Barry
Four Gateway Center, 100 Mulberry Street
Newark, NY 07012
973-622-3000
Fax: 973-623-7780
Email: mmiller@tompkinsmcguire.com

**Fourth Party Defendant**

**Great American Insurance Company**    represented by **Donald George Sweetman**
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany, NJ 07054
(973)285-1919
Fax: (973)285-1177
Email: dsweetman@gkar-law.com

**Fourth Party Defendant**

**National Union Fire Insurance Company of Pittsburgh, PA.**    represented by **Erika Catherine Aljens**
Law Offices of Green & Lavelle
110 William Street
New York, NY 10038
(212)-266-5880
Fax: (212)-528-0134
Email: erika.aljens@aig.com

**Fourth-Party Defendant**

14

| | | |
|---|---|---|
| **United States Fire Insurance Company** *TERMINATED: 03/07/2008* | represented by | **John Paul DeFilippis** L'Abbate, Balkan, Colavita and Contini, LLP(NYC) One Battery Park Place New York, NY 10004 (718)-932-4024 Fax: (212)-825-0657 Email: jdefilippis@cmk.com |

**Fourth Party Defendant**

**United States Fire Insurance Company**

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Zurich American Insurance Company** | represented by | **S. Dwight Stephens** Melito & Adolfsen, P.C. 233 Broadway New York, NY 10279 212 238 8900 Fax: 212 238 8999 Email: sds@melitoadolfsen.com |

**Fourth Party Defendant**

| | | |
|---|---|---|
| **Ohio Casualty Insurance Company** | represented by | **Henry G. Morgan** Morgan, Melhuish, Monaghan, Arviidson, Abrutyn & Lisowski 39 Broadway 35th Floor New York, NY 10006 (212) 735-8600 Fax: (212) 509-3422 <br><br>**Joseph DeDonato** Morgan, Melhuish, Monaghan, Arviidson, Abrutyn & Lisowski 39 Broadway-35flr New York, NY 10006 (212) 735-8600 Fax: (212)-509-3422 Email: jdedonato@morganlawfirm.com |

15

**Fourth Party**
**Defendant**

**Harleysville Mutual**    represented by    **Lance Jon Kalik**
**Insurance Company**                                   Riker, Danzig, Scherer, Hyland & Perretti, LLP(NJ)
                                                                      Headquarters Plaza, One Speedwell Avenue, P.O. Box
                                                                      1981
                                                                      Morristown, NJ 07962
                                                                      973-451-8447
                                                                      Fax: 973-538-1984
                                                                      Email: lkalik@riker.com

                                                                      **Tracey Kohl Wishert**
                                                                      Riker Danzig Scherer Hyland Perretti LLP(Morristown)
                                                                      One Speedwell Avenue
                                                                      Morristown, NJ 07962
                                                                      (973) 451-8591
                                                                      Fax: (973) 538-1984
                                                                      Email: twishert@riker.com

**Fourth Party**
**Defendant**

**Allied World**    represented by    **Diana Elaine Goldberg**
**Assurance Company**                                 Mound Cotton Wollan & Greengrass (NYC)
**(U.S.) Inc.**                                                  One Battery Park Plaza
*formerly known as*                                    New York, NY 10004
Commercial                                               212-804-4221
Underwriters Insurance                       Fax: 212-344-8066
Company                                                 Email: dgoldberg@moundcotton.com

**Fourth Party**
**Defendant**

**North American**    represented by    **Joel M. Simon**
**Specialty Insurance**                                 Smith Mazure Director Wilkins Young & Yagerman PC
**Company**                                                  111 John Street
                                                                      New York, NY 10038
                                                                      212-964-7400
                                                                      Direct: 212-485-8756
                                                                      Fax: 212-374-1935

Email: jsimon@smithmazure.com

**<u>Fourth Party</u>**
**<u>Defendant</u>**

**John Does**
*1-20*

**<u>Fourth Party</u>**
**<u>Defendant</u>**

**XYZ Corps.**
*1-20*

By:_____/S/_____
William G. Kelly, Esq. (WGK-2982)

17