UNITED STATES DISTRICT COURT            ECF
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY,
etc.,

                                                            07-CV-6915 DLC

                     Plaintiff,

         - - against - -

DORMITORY AUTHORITY - STATE OF NEW YORK,
et al.,

                     Defendants.
-----------------------------------------------------------------X
         - - and impleader actions - -
-----------------------------------------------------------------X

**Vincent J. Zichello**, an attorney duly admitted to practice before this court submits this declaration, pursuant to 28U.S.C. §1746, under penalty of perjury.

         This is submitted to present certain documentary exhibits in connection with our response to a motion [docket # 604] to substitute parties.

         The exhibits consist of copies of (1) a "Subcontract Performance Bond" with Carolina Casualty Insurance Company as surety and Trataros Construction Inc. as obligee, and (2) a January 30, 2011 "Settlement Agreement" between the Dormitory Authority, Travelers Casualty and Surety, and others, with "Exhibits A" through "C' thereto, captioned respectively, "Liquidating Agreement", (proposed) "Order", (proposed) "Consent Order").

         A memo of law is being filed separately, but we ask that it be considered herewith as it explains our response to the motion to substitute, on behalf of Carolina Casualty Insurance and G.M. Crocetti, Inc.

**Dated** New York NY
February 4, 2011

/s/
_____
Vincent J. Zichello (VZ 3487)

**Zichello & McIntyre, LLP**
Attorneys for Carolina Casualty
Company
Office & P.O. Address
60 East 42nd Street
New York, NY 10165
Tel. 212-972-5560
E-mail zimc@msn.com