UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORMITORY AUTHORITY - STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>Defendants. | Case No. 07-CV-6915 (DLC)<br><br>Consolidated with:<br>Case No. 08-CV-6239 (DLC)<br>**ECF CASE** |

Case No. 07-CV-6915 (DLC)

Consolidated with:
Case No. 08-CV-6239 (DLC)
**ECF CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  2|14|2011

**CONSENT ORDER**

DORMITORY AUTHORITY OF THE STATE OF NEW YORK and TDX CONSTRUCTION CORP.,

Third-Party Plaintiffs,

vs.

TRATAROS CONSTRUCTION, INC.,

Third-Party Defendant.

TRATAROS CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY,

Fourth-Party Plaintiffs,

vs.

CAROLINA CASUALTY INSURANCE COMPANY, BARTEC INDUSTRIES INC.; DAYTON SUPERIOR SPECIALTY CHEMICAL CORP. a/k/a DAYTON SUPERIOR CORPORATION; SPECIALTY CONSTRUCTION BRANDS, INC. t/a TEC; KEMPER CASUALTY INSURANCE COMPANY d/b/a KEMPER INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNITED STATES FIRE INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. f/k/a COMMERCIAL UNDERWRITERS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY d/b/a ZURICH INSURANCE

COMPANY; ASSURANCE COMPANY OF
AMERICA; OHIO CASUALTY INSURANCE
COMPANY d/b/a OHIO CASUALTY GROUP;
HARLEYSVILLE MUTUAL INSURANCE
COMPANY (a/k/a HARLEYSVILLE INSURANCE
COMPANY,); JOHN DOES 1-20 and XYZ CORPS.
1-19,

                          Fourth-Party Defendants.

---

KOHN PEDERSEN FOX ASSOCIATES, P.C.,

                          Third-Party Plaintiff,

        vs.

WEIDLINGER ASSOCIATES CONSULTING
ENGINEERS, P.C., CASTRO-BLANCO
PISCIONERI AND ASSOCIATES, ARCHITECTS,
P.C., ARQUITECTONICA NEW YORK, P.C.,
COSENTINI ASSOCIATES, INC., CERMAK,
PETERKA PETERSEN, INC., JORDAN PANEL
SYSTEMS CORP., TRATAROS CONSTRUCTION,
INC. and LBL SKYSYSTEMS (U.S.A.), INC.,

                          Third-Party Defendants.

---

**WHEREAS,** Bartec Industries, Ltd. ("Bartec"), Dormitory Authority of the State of New York ("DASNY"), TDX Construction Corp., ("TDX"), and Kohn Pedersen Fox Associates, P.C. ("KPF") have negotiated a Settlement Agreement and Liquidating Agreement concerning all claims pending between the aforesaid parties (the "Settling Parties"); and

**WHEREAS,** Bartec's liability to DASNY has been liquidated and Bartec has agreed to assign to DASNY its respective causes of action and claims against Carolina Casualty Insurance Company ("Carolina") and Dayton Superior Specialty Chemical Corp. a/k/a Dayton Superior Corp. ("Dayton Superior") in these consolidated actions;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT,** as a result of the settlement by the Settling Parties, DASNY shall pursue Bartec's cross-claims against Carolina and Dayton Superior in this action in DASNY's own name;

So ordered.

Denise Feb. 14, 2011

**Dated**: February 12, 2011

HOLLAND & KNIGHT
*Attorneys for Dormitory Authority of the*
*State of New York and TDX Construction*
*Corp.*

By: _____
         Timothy B. Froessel

**ZETLIN & DECHIARA, LLP**
*Attorneys for Kohn Pedersen Fox*
*Associates, P.C.*

By: _____
         David Abramovitz

O'CONNOR REDD LLP
*Attorneys for Bartec Industries, Inc.*

By: _____
         Jeremy D. Platek

SO ORDERED:

_____
**HONORABLE DENISE L. COTE, U.S.D.J.**