UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY as Administrator for RELIANCE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>      - against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, TDX CONSTRUCTION CORP., and KOHN PEDERSEN FOX ASSOCIATES, P.C.,<br><br>               Defendants. | Case No.<br>07 Civ. 6915 (DLC)<br><br>**STIPULATION<br>OF DISMISSAL** |
| AND THIRD- AND FOURTH-PARTY ACTIONS | |

| | |
|---|---|
| In re:<br><br>G.M. CROCETTI, INC.,<br><br>               Debtor. | Case No.<br>08 Civ. 6293 (DLC)<br>(Consolidated Action) |
| G.M. CROCETTI, INC.,<br><br>               Plaintiff,<br><br>      - against -<br><br>TRATAROS CONSTRUCTION INC. and TRAVELERS CASUALTY and SURETY COMPANY,<br><br>               Defendants. | |
| TRATAROS CONSTRUCTION INC. and TRAVELERS CASUALTY and SURETY COMPANY,<br><br>               Third-Party Plaintiffs,<br><br>      - against -<br><br>DORMITORY AUTHORITY – STATE OF NEW YORK, *et al.*,<br><br>               Third-Party Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02|14|2011

     **IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned

counsel of record for the respective parties, and subject to the approval of the Court pursuant to

Fed. R. Civ. P. 41(a)(2), that:

1.      All of Carolina Casualty Insurance Company's ("Carolina") cross-claims or other causes of action against Kohn Pedersen Fox Associates, P.C. ("KPF") in this action are dismissed with prejudice, and without costs.

2.      All of Dayton Superior Specialty Chemical Corp. a/k/a Dayton Superior Corporation's ("Dayton") cross-claims or other causes of action against KPF in this action are dismissed with prejudice, and wihout costs.

3.      All of KPF's causes of action against Carolina and all of KPF's causes of action against Dayton in this action are dismissed with prejudice, and without costs.

4.      This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

5.      This Stipulation may be transmitted via facsimile or electronic mail, and any signatures hereupon that are so transmitted shall have the same force and effect as an ink-signed original.

Dated: New York, New York
        February 9, 2011

ZICHELLO & MCINTYRE LLP
*Attorneys for Carolina*

By: _____ 2/11/11
        Vincent J. Zichello
60 East 42nd Street
New York, NY 10165
(212) 972-5560

GOLDBERG SEGALLA LLP
*Attorneys for Dayton*

By: _____
        William G. Kelly
11 Martine Avenue
White Plains, NY 10606
(914) 798-5400

So ordered.

Feb. 14, 2011

ZETLIN & DE CHIARA, LLP
*Attorneys for KPF*

By
David Abramovitz
801 Second Avenue
New York, NY 10017
(212) 682-6800

**SO ORDERED:**

_____
Hon. Denise L. Cote, U.S.D.J.

- 3 -